**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REBOTIX REPAIR LLC,

        Plaintiff,

vs.

INTUITIVE SURGICAL, INC.,

        Defendants.

Case No.: 8:20-cv-02274-T-33TGW

**UNOPPOSED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Intuitive Surgical, Inc. ("Intuitive") moves the Court to enter the Stipulated Confidentiality Order ("Confidentiality Order") attached as Exhibit 1. The parties have met and conferred and Plaintiff Rebotix Repair LLC ("Rebotix") does not oppose the motion.

In this suit, Rebotix has alleged that Intuitive engaged in anticompetitive conduct in violation of Sections 1 and Section 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2. The nature of this action involves Intuitive's patented technology and business practices, such as the design, testing, and engineering of Intuitive's EndoWrist instruments, and information about its customer relationships, including contractual terms. Rebotix's business model, as described in its Complaint, involves circumventing Intuitive's patented technology and soliciting business from Intuitive's customers. As a result, discovery will require disclosure and exchange of trade secrets and commercial information that is protected and confidential

between parties with competing business interests, and the parties have agreed to enter into a stipulated confidentiality agreement.

While Intuitive understands that the Court discourages unnecessary stipulated motions for a protective order, given the highly sensitive nature of the information at issue in this action and the parties' competing business interests, good cause exists for the Court to enter a confidentiality order in this action to protect certain documents, testimony, discovery responses, and other materials or information produced in connection with discovery or other disclosure obligations.

Further, the Court's entry of a confidentiality order will facilitate use of documents in this litigation that were produced in *Restore v. Intuitive*, 5:19-cv-00055-TKW-MJF (N.D. Fla.) ("Restore"), an ongoing litigation to which this action is related.  (*See* ECF No. 13.) The Stipulated Confidentiality Order is substantially similar to an existing protective order entered by Judge Wetherell in the Restore litigation.  *See* Exhibit 2.  The parties in *Restore* have conducted substantial discovery, and many of the documents produced in that action, including those produced by third parties, will likely be used in this action.  The third parties produced confidential records with an understanding that the protective order in *Restore* would apply to documents designated as confidential or highly confidential.  Intuitive anticipates that many of the documents that will be used in this action, including those produced by third parties, are subject to the protective order entered in Restore.  Thus, by entering the Confidentiality Order, the Court will (1) ensure that the parties' obligations pursuant to the pre-existing protective order remain consistent across related actions; and (2)

facilitate the sharing of information and materials subject to the Confidentiality Order between the two actions.

Accordingly, Intuitive respectfully requests that the Court enter the attached Confidentiality Order endorsing the parties' confidentiality agreement.

Dated: February 26, 2021            Respectfully submitted,

/s/ Karen Lent
KAREN HOFFMAN LENT
NY Reg. No. 3058021 (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

ALLEN RUBY
CA Bar No. 47109 (*Pro Hac Vice*)
ALLEN RUBY, ATTORNEY AT LAW
*Change in Address Filing Forthcoming*

LANCE A. ETCHEVERRY
CA Bar No. 199916 (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
lance.etcheverry@skadden.com

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

Counsel for Defendant
Intuitive Surgical, Inc.