IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBOTIX REPAIR LLC,

        Plaintiff,                    CASE NO.: 8:20-cv-02274

vs.

INTUITIVE SURGICAL, INC.,

        Defendant.

**DEFENDANT INTUITIVE SURGICAL, INC.'S
MOTION FOR ADMISSION *PRO HAC VICE*,
WRITTEN DESIGNATION AND CONSENT TO ACT FOR MICHAEL FOLGER**

Defendant, Intuitive Surgical, Inc. ("Intuitive"), by and through undersigned counsel, and pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, moves this Court for an order allowing Michael Folger ("Mr. Folger") to appear in this Court as co-counsel on behalf of Intuitive in the above-styled lawsuit, and in support thereof states as follows:

    1.    Mr. Folger, an associate with Skadden, Arps, Slate, Meagher & Flom LLP in New York City, N.Y., has been retained to represent Intuitive as counsel in all proceedings conducted in this cause.

    2.    Mr. Folger is admitted to practice before the New York Bar, Bar No. 5151337.

1

3. Mr. Folger has no disciplinary or suspension proceeding against him in any Court of the United States or any State, Territory, or Possession of the United States; is not a resident of the State of Florida; and does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.  (*See* Mr. Folger's Special Admission Attorney Certification, dated June 11, 2021, attached hereto as **Exhibit A**.)

4. Mr. Folger is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.04 in particular, and is also familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements now governing the professional behavior of members of The Florida Bar.

5. Mr. Folger designates David L. McGee and the law firm of Beggs & Lane, RLLP, 501 Commendencia Street, Pensacola, Florida 32502, as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6. Through his signature affixed below, David L. McGee, of the law firm of Beggs & Lane, RLLP, consents to such designation.

7. Pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, David L. McGee certifies that Mr. Folger has complied with the fee and e-mail registration requirements of Rule 2.01(d) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant, Intuitive Surgical, Inc., respectfully requests that this

Court enter an order admitting Michael Folger to practice before this Court *pro hac vice*.

Dated: June 11, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 *s/ David L. McGee*
　　　　　　　　　　　　　　　　　　　DAVID L. MCGEE
　　　　　　　　　　　　　　　　　　　FLA. BAR NO. 220000
　　　　　　　　　　　　　　　　　　　BEGGS & LANE, RLLP
　　　　　　　　　　　　　　　　　　　501 COMMENDENCIA STREET
　　　　　　　　　　　　　　　　　　　PENSACOLA, FL 32502
　　　　　　　　　　　　　　　　　　　TELEPHONE: (850) 432-2451
　　　　　　　　　　　　　　　　　　　DLM@BEGGSLANE.COM
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, Intuitive Surgical, Inc.*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic distribution to the following counsel of record on June 11, 2021:

David L. Luikart
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida, 33601
Tel: (813) 221-3900
dave.luikart@hwhlaw.com

Richard Lyon
Gregory Dovel
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
rick@dovellaw.com
greg@dovellaw.

/s/  David L. McGee
DAVID L. MCGEE
FLA. BAR NO. 220000
BEGGS & LANE, RLLP
501 COMMENDENCIA STREET
PENSACOLA, FL 32502
TELEPHONE: (850) 432-2451
DLM@BEGGSLANE.COM

*Attorney for Defendant*
*Intuitive Surgical, Inc.*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

_____,
Plaintiff(s)/Petitioner(s),

v.                                                                      CASE NO._____

_____,
Defendant(s)/Respondent(s)

_____ /

I, _____ (pro hac vice counsel), hereby submit this attorney certification form

to the Court on behalf of _____ (p arty represented).

**ATTORNEY INFORMATION**

Firm Name: _____

Address: _____

City: _____   State: _____   Zip : _____ - \_\_\_\_\_

Firm/Business Phone: \_\_\_\_ - \_\_\_\_ - \_\_\_\_   A lternate Phone: \_\_\_\_ - \_\_\_\_ - \_\_\_\_

Firm/Business Fax: \_\_\_\_ - \_\_\_\_ - \_\_\_\_

E-mail Address: _____

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
Signature                                                                      Date

Revised 01/01/15                                                                                                  Page 1 of 2

**CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)**

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

**ATTORNEY SPECIAL ADMISSION FEE**

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.