IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant. | Case No. 8:20-cv-02274 |

### JOINT MOTION SEEKING CLARIFICATION REGARDING OCTOBER 13 ORDER AMENDING THE CASE MANAGEMENT AND SCHEDULING ORDER

Defendant Intuitive Surgical, Inc. ("Intuitive") and Plaintiff Rebotix Repair LLC ("Rebotix," and together with Intuitive, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Motion seeking clarification regarding the Court's October 13, 2021 endorsed order (ECF No. 86) amending the Case Management and Scheduling Order (ECF No. 36). In support thereof, the Parties state as follows:

1. On October 13, 2021, the Parties jointly moved to extend the deadline for filing Motions for Summary Judgment, Motions for Judgment on the Pleadings, *Daubert* Motions, and *Markman* Motions by one week from October 22, 2021 to October 29, 2021. (ECF No. 85 (the "Joint Motion").)

2. The Court granted in part, and denied in part, the Parties' Joint Motion, finding it appropriate to continue the dispositive motions deadline under the circumstances described in the Joint Motion, but extending the deadline to file dispositive motions until November 17, 2021,

given that discovery would still be outstanding on October 29, 2021 (*i.e.*, the date the Parties proposed as a new deadline for Motions for Summary Judgment, Motions for Judgment on the Pleadings, *Daubert* Motions, and *Markman* Motions). (ECF No. 86.)

3. Accordingly, the Court's Order Amending the Case Management and Scheduling Order provided that "Dispositive motions are now due on November 17, 2021." (ECF No. 86.)

4. The Parties respectfully seek clarification as to whether the Court intended to move deadlines for all motions initially set for October 22, 2021, to November 17, 2021, or whether the Court intended to move only the deadline for filing Motions for Summary Judgment, thereby keeping the deadlines for all other motions as October 22, 2021, including *Daubert* motions, as originally set forth in the Case Management and Scheduling Order.

5. As it stands now, the deadline for filing *Daubert* and *Markman* motions is October 22, 2021, which falls before Intuitive's economic expert is deposed on November 3, 2021, and only 3 days after Rebotix's economic expert is deposed on October 19, 2021.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certify that counsel for the parties conferred prior to filing this motion and that Intuitive and Rebotix both agree to the relief requested herein.

DATED:     October 15, 2021

/s/ Alexander Erwig
Alexander Erwig
DOVEL & LUNER, LLP

*Attorney for Rebotix Repair LLC*

/s/ Michael Bailey
Michael Bailey
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

*Attorney for Defendant Intuitive Surgical, Inc.*