IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>        Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>        Defendant. | Case No. 8:20-cv-02274-T-33TGW |

**MOTION FOR LEAVE TO EXCEED
PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING**

Pursuant to Local Rule 3.01, Defendant and Counterclaimant Intuitive Surgical, Inc. ("Intuitive") hereby moves for leave to exceed the page limits for its motion for summary judgment, and for corresponding page extensions for any response thereto and Intuitive's reply in support thereof.  Plaintiff and Counterclaim Defendant Rebotix Repair LLC ("Rebotix") does not take a position on the relief sought.

Pursuant to the Court's order on October 13, 2021 (ECF No. 86) amending the scheduling order (ECF No. 36), motions for summary judgment, judgment on the pleadings and *Daubert* motions are due on November 17, 2021.  Intuitive has been working diligently to draft a summary judgment motion that is 25 pages or fewer, consistent with Local Rule 3.01(a).

However, as this Court recognized during the November 19, 2020 hearing regarding Intuitive's Motion to Transfer Venue, "antitrust cases don't come around every day…these cases are different than your routine slip and fall or even your more complicated products liability," and they are "very challenging." (ECF No. 39, Hr'g Tr. at 33:8-17; 35:4.) As a result of the complexity of the instant case, Intuitive's summary judgment motion will address multiple deficiencies in Rebotix's claims, including with regard to antitrust injury, relevant antitrust markets and anticompetitive conduct, and requires more than 25 pages to do so.

The Court's statement that antitrust cases such as this one can be "challenging" is reflected in the discovery record developed here. During discovery, the Parties produced approximately 127,000 documents and received non-party productions from over two dozen subpoena recipients. The Parties took 17 fact witness depositions—10 noticed by Rebotix and 7 noticed by Intuitive—exchanged reports from 13 experts, and took 13 expert depositions.

Accordingly, Intuitive respectfully requests leave to file a 40-page motion for summary judgment; that Rebotix be granted leave to file a corresponding 32-page response; and that Intuitive be granted leave to file an 11-page reply.

## LOCAL RULE 3.01(g) CERTIFICATION

Intuitive certifies that its counsel conferred by telephone and email with Rebotix's counsel on November 11, 2021. Rebotix stated that although it would not join in a consent motion, it did not oppose Intuitive's requested relief.

Dated:  November 12, 2021               Respectfully submitted,

/s/ David L. McGee
DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

ALLEN RUBY (*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

KAREN HOFFMAN LENT (*Pro Hac Vice*)
MICHAEL H. MENITOVE (*Pro Hac Vice*)
MICHAEL W. FOLGER (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com
michael.folger@skadden.com

MICHAEL S. BAILEY (*Pro Hac Vice*)
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
michael.bailey@skadden.com

Counsel for Defendant and Counterclaimant
Intuitive Surgical, Inc.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been filed via CM/ECF for electronic distribution to all counsel of record, this 12th day of November, 2021.

/s/ David L. McGee
DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

Counsel for Defendant and Counterclaimant Intuitive Surgical, Inc.