## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

REBOTIX REPAIR LLC,

      Plaintiff/Counterclaim
Defendant,

v.

INTUITIVE SURGICAL, INC.,

      Defendant/Counterclaim
Plaintiff.

Case No. 8:20-cv-02274-T-33TGW

## JOINT MOTION TO PROVISIONALLY FILE SUMMARY JUDGMENT AND DAUBERT MOTIONS UNDER SEAL

Defendant Intuitive Surgical, Inc. ("Intuitive") and Plaintiff Rebotix Repair

LLC ("Rebotix") hereby jointly move to provisionally file their motions for summary

judgment and *Daubert* motions–due to be filed by Wednesday, November 17, 2021–

under seal.

1.     The Parties agreed upon a confidentiality agreement order on

February 26, 2021, entered by the Court on March 10, 2021 (ECF No. 54) (the

"Confidentiality Agreement"), permitting parties and third parties to designate

documents as "confidential" or "highly confidential" under the standards set forth in

the order.

2. Supporting papers for the parties' forthcoming summary judgment and *Daubert* motions will include material marked "confidential" or "highly confidential" under the Confidentiality Agreement, including material marked with a confidentiality designation by third parties and material discussing proprietary technology and competitively sensitive information.

3. The parties are still in the process of conferring with each other and any third parties whose confidential material will be relied upon in their briefing to determine whether they intend to continue to assert confidentiality over the materials or will instead withdraw any designations.

4. The parties propose to file under seal documents and passages in the upcoming summary judgment and *Daubert* memoranda that contain confidential materials. The parties would simultaneously file preliminary public versions of all motions, redacting passages over which confidentiality may be asserted and leaving unredacted all portions that are not being maintained as confidential or do not raise confidentiality issues under the Confidentiality Agreement.

5. The parties then intend to continue conferring with each other and third parties to determine what additional materials, if any, do not require confidentiality protections and can be unsealed. This process would be completed no later than 14 days after the close of briefing on those motions, at which time final public versions of all motions would be filed.

6. Accordingly, the parties respectfully request that the Court permit them to provisionally file the briefing on the summary judgment and *Daubert* motions,

along with supporting documents, under seal until no later than 14 days after the completion of all briefing on those motions.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certify that counsel for the parties conferred prior to filing this motion and that Intuitive and Rebotix both agree to the relief requested herein.

Dated:  November 15, 2021

/s/ Alexander Erwig
ALEXANDER ERWIG (*Pro Hac Vice*)
DOVEL & LUNER, LLP
201 Santa Monica Blvd. Ste. 600
Los Angeles, CA 90401
203-859-4272
alexander@dovel.com
*Counsel for Rebotix Repair LLC*

/s/ David L. McGee
DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com
*Counsel for Intuitive Surgical, Inc.*

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic distribution to all counsel of record this 15th day of November, 2021.

*/s/ David L. McGee*
DAVID L. MCGEE
FLA. BAR NO. 220000
BEGGS & LANE, RLLP
501 COMMENDENCIA STREET
PENSACOLA, FL 32502
TELEPHONE: (850) 432-2451
DLM@BEGGSLANE.COM
*Attorneys for Defendant, Intuitive Surgical, Inc.*