IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBOTIX REPAIR LLC,

    Plaintiff,

vs.

INTUITIVE SURGICAL, INC.,

    Defendant.

Case No.: 8:20-cv-02274

## NOTICE OF MOTION FILING

Plaintiff Rebotix Repair, LLC files this notice to inform the Court that, pursuant to its order granting the parties' Motion to Seal (Dkt. 93), Plaintiff filed under seal today the following four motions by delivering a flash drive to the clerk:

1. Rebotix's Motion for Summary Judgment

2. Rebotix's Motion to Exclude Opinions of Dr. John Bomalaski

3. Rebotix's Motion to Exclude Opinions of Dr. Sara Parikh

4. Rebotix's Motion to Exclude Opinions of Heather Rosecrans

| | |
|---|---|
| Date: November 17, 2021 | Respectfully submitted, |
| | /s/ Alexander Erwig |
| | Alexander Erwig |
| | California Bar No. 334151 (*pro hac vice*) |
| | alexander@dovel.com |
| | Richard Lyon |
| | California Bar No. 229288 (*pro hac vice*) |
| | rick@dovel.com |
| | Gregory S. Dovel |
| | California Bar No. 135387 (*pro hac vice*) |
| | greg@dovel.com |
| | DOVEL & LUNER, LLP |
| | 201 Santa Monica Blvd., Suite 600 |
| | Santa Monica, California 90401 |
| | Telephone: (310) 656-7066 |
| | Facsimile: (310) 656-7069 |
| | David L. Luikart III |
| | Florida Bar No.: 21079 |
| | dave.luikart@hwhlaw.com |
| | HILL WARD & HENDERSON, P.A. |
| | 101 East Kennedy Blvd. |
| | Tampa, Florida 33602 |
| | Telephone: (813) 227-8419 |
| | Facsimile: (813) 221-2900 |
| | |
| | ATTORNEYS FOR PLAINTIFF |
| | REBOTIX REPAIR LLC |