UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

## NOTICE OF MOTION FILING

Defendant Intuitive Surgical, Inc. ("Intuitive") files this notice to inform the Court that, pursuant to its order granting the parties' Motion to Seal (Dkt. 93), Intuitive filed under seal today the following six motions and accompanying exhibits by delivering two flash drives to the clerk:

1. Intuitive Surgical, Inc.'s Dispositive Motion for Summary Judgment;

2. Intuitive Surgical, Inc.'s Motion to Exclude the Expert Opinions of Dr. Russell Lamb;

3. Intuitive Surgical, Inc.'s Motion to Exclude the Expert Opinions of J. Lawrence Stevens;

4. Intuitive Surgical, Inc.'s Motion to Exclude the Opinions of Dr. T. Kim Parnell;

5. Intuitive Surgical, Inc.'s Motion to Exclude the Opinions of Gwen Mandel and Kurt Humphrey; and

6. Intuitive Surgical, Inc.'s Motion to Exclude Certain Opinions of Dr. Larry Chiagouris.

DATED:  November 17, 2021    Respectfully submitted,

/s/ Karen Lent

| | |
|---|---|
| KAREN HOFFMAN LENT (*Pro Hac Vice*) <br> MICHAEL H. MENITOVE (*Pro Hac Vice*) <br> SKADDEN, ARPS, SLATE, <br>  MEAGHER & FLOM LLP <br> One Manhattan West <br> New York, NY 10001 <br> Tel: (212) 735-3000 <br> karen.lent@skadden.com <br> michael.menitove@skadden.com <br><br> MICHAEL S. BAILEY (*Pro Hac Vice*) <br> 1440 New York Avenue, N.W. <br> Washington, DC 20005 <br> Tel: (202) 371-7000 <br> michael.bailey@skadden.com <br> *Counsel for Intuitive Surgical, Inc.* | DAVID L. McGEE <br> Fla. Bar No. 220000 <br> BEGGS & LANE, RLLP <br> 501 Commendencia Street <br> Pensacola, FL 32502 <br> Telephone: (850) 432-2451 <br> dlm@beggslane.com <br><br> ALLEN RUBY (*Pro Hac Vice*) <br> Attorney at Law <br> 15559 Union Ave. #138 <br> Los Gatos, CA 95032 <br> Tel: (408) 477-9690 <br> allen@allenruby.com |