| **Number** | **Title** |
|---|---|
| 1 | Expert Report of Dr. John Bomalaski |
| 2 | Deposition of Dr. John Bomalaski |
| 3 | Expert Report of Dr. T. Kim Parnell |
| 4 | Expert Report of Dr. Robert Howe |
| 5 | Expert Report of J. Lawrence Stevens |
| 6 | Expert Report of Heather Rosecrans |
| 7 | Long Tail Intuitive-00102938 |