| Number | Title |
|---|---|
| 1 | First Expert Report of Heather Rosecrans |
| 2 | Second Expert Report of Heather Rosecrans |
| 3 | Expert Report of J. Lawrence Stevens |
| 4 | Deutsche Bank Report |
| 5 | Intuitive's Motion to Dismiss in SIS Case |
| 6 | Intuitive's Reply to Motion to Dismiss in SIS Case |
| 7 | Myriam Curet Letter to FDA |
| 8 | November 16 Letter from FDA |