| Number | Title |
|---|---|
| 1 | Rebotix Flyer |
| 2 | Expert Report of Sara Parikh |
| 3 | Deposition of Sara Parikh |
| 4 | Deposition of Glenn Papit Excerpt |
| 5 | Deposition of Pullman Regional (Ed Harrich) Excerpt |
| 6 | Deposition of Evergreen Health (Stacy Donovan) Excerpt |
| 7 | Hospital Right to Repair |
| 8 | Statement on Quality and Reliability |