Exhibit 4

Deposition of Glenn Papit Excerpt

CONF AEO 30(b)(6) Glenn Papit                              June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 1

1                UNITED STATES DISTRICT COURT

                 MIDDLE DISTRICT OF FLORIDA

2                     TAMPA DIVISION

3

4    REBOTIX REPAIR LLC,

5         Plaintiff,

                                      CIVIL ACTION FILE

6         vs.

                                      NO. 8:20-cv-02274

7    INTUITIVE SURGICAL, INC.,

8         Defendant.

9

10

11          CONFIDENTIAL ATTORNEYS' EYES ONLY

12

13          30(b)(6) VIDEO DEPOSITION OF

14          REBOTIX REPAIR, LLC through

15               GLENN PAPIT

16     TAKEN BY REMOTE VIDEOCONFERENCE

17               June 2, 2021

18               10:06 a.m.

19          St. Petersburg, Florida

20

21    Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

22

23

24

25

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 143

1      Q      What kinds of information?

2      A      Sometimes they would ask for a copy of one

3   of our documents to include with their presentation;

4   sometimes they would ask for an answer to a question

5   they received from a customer.

6      Q      Are there any other ways that you were

7   involved in developing customer-facing materials

8   about Rebotix services?

9      A      Well, we did not have extensive marketing

10  material, but I was involved in most of the material

11  that we had --

12             (Simultaneous speaking.)

13     Q      What marketing material -- sorry.

14             The reporter missed the end of your answer

15  because I spoke over you.  I apologize.

16     A      Oh, okay.  No problem.

17             We didn't have extensive marketing

18  material, but most of what we had, I was involved

19  with producing.

20     Q      What marketing material did Rebotix

21  Repairs have?

22     A      Probably our front piece was the statement

23  on quality and reliability.  That was a very

24  effective piece, and Stan and I wrote that; Stan

25  providing most of the technical data, and I writing

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 144

1    it up.

2         Q    What others did you have, other marketing

3    materials?

4              (Simultaneous speaking.)

5         A    We had a statement on the hospital's right

6    to repair.

7         Q    Any others?

8         A    Our price list was a marketing piece

9    because of the cost savings that we would do from

10   that.

11        Q    Any others?  Any other marketing

12   materials?

13        A    I'm sure there were a couple of pieces.

14   There was a flyer that we had that we used early on,

15   but we just stopped using it because we noticed

16   people would just leave it on the table and read the

17   other ones.

18        Q    What was that -- can you describe that

19   flyer for me?

20        A    It was a bullet point flyer with an

21   EndoWrist on it about Rebotix Repairs and telling

22   the customer basically four reasons why you should

23   look at using them.

24        Q    How long do you think you used that flyer?

25        A    Well, it was always available for use, but

Case 8:20-cv-02274-VMC-TGW   Document 111-5   Filed 12/01/21   Page 5 of 7 PageID 17255
CONF AEO 30(b)(6) Glenn Papit                                    June 2, 2025
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 145

1    I don't think we used it more than the first --

2    maybe for three or four months.  May have been a

3    little longer than that.  It wasn't a main piece.

4        Q    So the main pieces were the statement on

5    quality and reliability and the hospital's right to

6    repair?

7        A    Yes.

8        Q    Were there any other documents that you

9    considered main marketing pieces?

10       A    Well, it's not a marketing piece, but it's

11   a document on the Intuitive 510(k) summary.

12       Q    It's a document about the Intuitive 510(k)

13   summary?

14       A    It's a copy of it.

15       Q    Oh, it's the 510(k) summary itself?

16       A    Yes.

17       Q    And you used that in marketing?

18       A    We presented it to customers.  It wasn't a

19   marketing piece; it was an add-on.

20       Q    Why did you present that to customers?

21       A    Because of the statements it made of the

22   EndoWrist being identical to manual -- manual lap

23   instruments.

24       Q    Your understanding is that the 510(k) that

25   Intuitive filed says that EndoWrists are identical

Veritext Legal Solutions
800.808.4958                                              770.343.9696

CONF AEO 30(b)(6) Glenn Papit                          June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

                                                      Page 166

1        A     Surgical staff, biomedical staff,

2   purchasing, contracting, occasionally.

3        Q     Anyone else?

4        A     Anyone who has pertinent decision-making

5   power in the hospital we're going to try to talk to.

6        Q     How does Rebotix identify which customers

7   to target, potential customers?

8        A     There are two or three ways.  Primary way

9   is through the two contracts that we have, we'd want

10  to contact those hospitals; second way is many of

11  these distributors that we have I've known for a

12  long time, and I would ask them where they have

13  contacts with hospitals with robots, and the third

14  is to simply go online and find hospitals with

15  robots.

16       Q     And once you found a hospital with a

17  robot, what's the next step you would take?

18       A     I would first of all see if I knew anyone

19  in that area that I had a previous working

20  relationship with to see if they had any contacts at

21  the hospital, and if not, I would contact the

22  hospital directly via e-mail and/or phone call.

23       Q     Did you have any systematic way that you

24  went about trying to contact hospitals, potential

25  customers that had da Vinci robots?

CONF AEO 30(b)(6) Glenn Papit                              June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 167

1     A     The most systematic would have been the

2   contracted hospitals.

3     Q     With the group purchasing organizations?

4     A     Correct.

5     Q     What I'm trying to get at is did you have

6   a list of all the hospitals that had da Vinci robots

7   and just sort of go down that list contacting each

8   of them?

9     A     I think such lists could have been

10  available, but that was not the primary course I

11  chose.  It's much more efficient to go through

12  individuals you know that can get you into the door

13  to talk to somebody.

14    Q     Did Rebotix market to potential customers

15  that it would repair the EndoWrist to their original

16  function and specifications?

17    A     That sounds fairly accurate.

18    Q     Did Rebotix have access to the OEM

19  specifications for EndoWrists?

20    A     Intuitive doesn't publish their

21  specifications.

22    Q     So Rebotix did not have access to the OEM

23  specifications for EndoWrists?

24        MR. LYON:  Object to the form.

25        THE WITNESS:  Simply because Intuitive