**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

**EXHIBIT INDEX TO INTUITIVE SURGICAL, INC.'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. LARRY CHIAGOURIS**

| Number | Title |
|---|---|
| 1 | July 26, 2021 Expert Report of Dr. Sara Parikh |
| 2 | August 30, 2021 Expert Report of Dr. Larry Chiagouris |
| 3 | September 29, 2021 Deposition transcript of Dr. Larry Chiagouris, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 4 | September 27, 2021 Deposition transcript of Dr. Sara Parikh, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |