# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

## EXHIBIT INDEX TO INTUITIVE SURGICAL, INC.'S MOTION TO EXCLUDE THE OPINIONS OF GWEN MANDEL AND KURT HUMPHREY

| Number | Title |
|---|---|
| 1 | July 26, 2021 Expert Report of Gwen Mandel |
| 2 | October 6, 2021 Deposition transcript of Gwen Mandel, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 3 | July 26, 2021 Expert Report of Kurt Humphrey |
| 4 | September 17, 2021 Deposition transcript of Kurt Humphrey, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 5 | June 4, 2021 Deposition transcript of Stan Hamilton, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 6 | June 2, 2021 Deposition transcript of Glenn Papit, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |

| Number | Title |
|--------|-------|
| 7 | July 20, 2021 email from S. Hamilton to K. Humphrey and A. Erwig re: Feasibility report strategy (REBOTIX175345) |
| 8 | July 26, 2021 Expert Report of Robert Mills |
| 9 | July 18, 2021 email from C. Fornia to K. Humphrey re: Discussion about RF Info (REBOTIX175413) |
| 10 | August 25, 2017 email from C. Gibson to G. Fiegel re: Xi Information (REBOTIX171286) |
| 11 | G5 Engineering Solutions Endo-Wrist RFID Research and Analysis dated March 2, 2015 (REBOTIX004895) |
| 12 | G5 Engineering Solutions Endo-Wrist RFID Research and Analysis dated March 17, 2015 (REBOTIX004913) |
| 13 | G-5 Engineering Timeline (REBOTIX110980) |
| 14 | February 2, 2017 email from S. Hamilton to K. Claughton re: DaVinci (REBOTIX166249) |