# Exhibit 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| REBOTIX REPAIR LLC, ) | |
| ) | Case No. 8:20-cv-02274 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | HIGHLY CONFIDENTIAL |
| INTUITIVE SURGICAL, INC., ) | INFORMATION - ATTORNEYS' EYES |
| ) | ONLY |
| Defendant. ) | |
| ) | |

<u>**EXPERT REPORT OF GWEN MANDEL**</u>

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

## TABLE OF CONTENTS

I.   Introduction ........................................................................................................... 1

A.   Credentials ..................................................................................................... 1

B.   Work with Rebotix Repair LLC ("Rebotix") ............................................. 2

C.   Background on the Atmel CryptoRF AT88SC6416 RFID Chip on the da Vinci
X/Xi EndoWrists ........................................................................................... 5

D.   Description of Methodology .......................................................................... 7

E.   Opinions Based on Implemented Methodology ......................................... 13

F.   Conclusion ................................................................................................... 17

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

## I.    INTRODUCTION

### A.    <u>Credentials</u>

1.    I have been a Cybersecurity Specialist, SME, Independent Cybersecurity, and Embedded Systems Consultant for 4 years and founded Gwen Mandel, LLC where I currently work. Prior to my work as an Independent Cybersecurity consultant, I worked as an Assistant Medical Physicist at Physica Imaging.

2.    I have a Master of Science in Physics from The University of Alabama in Huntsville (UAH), with an emphasis on medical physics, and a thesis on communication in detectors and physical systems. I hold two bachelor's degrees: one is a Bachelor of Science in theoretical and applied physics with an emphasis on tomographic reconstruction methods. The other is a Bachelor of Arts in applied and theoretical mathematics. Both of these bachelor's degrees were obtained from UAH. My other areas of focus have included quantum cryptography, analog and computational analysis, field theory, computational physics, electronic communication, and mathematical formalism in data reconstruction.

3.    I have received National Science Foundation grants for research in data extraction, recovery and reconstruction, astrophysical analysis, and optics areas through UAH and The University of Rostock. I additionally served as a research specialist in tomographic reconstruction and have worked as an assistant medical physicist.

4.    I have over ten years of experience with medical software, coding, and programming. My area of expertise includes cybersecurity analysis specific to medical devices, and I have performed extensive penetration testing for wired and wireless devices. Over the course of my career, I have dealt with RFID, NFC, BLE, and many other forms of wireless communication technology and cryptography, in areas including design and development, testing, and

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

implementation. I have acted as a consultant for dozens of companies in the area of medical device cybersecurity.

5.       I have not been deposed or offered testimony in any matters in the last four years.

6.       The information I considered in drafting this report is identified herein and at Exhibit 1.  If I learn of new information, I may supplement this report and my opinions.

7.       I am being compensated in this matter at my usual hourly rate of $200.00. My compensation in this matter is not contingent on the content of my testimony or any outcome in this litigation.

### B.       Work with Rebotix Repair LLC ("Rebotix")

8.       I understand that Rebotix is currently in the business of repairing EndoWrist instruments that are compatible with Intuitive Surgical's da Vinci robots.[1]   Rebotix is currently only offering that repair service on da Vinci S and Si EndoWrists.[2]   I understand that EndoWrists include a usage counter that tracks the number of times an EndoWrist has been used in surgery. As part of that repair process for the S/Si EndoWrists,[3] Rebotix has developed a method to reset the usage counter to its original value.

9.       On the da Vinci Xi EndoWrist, ████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████

---

[1] Conversations with Stan Hamilton.

[2] Conversations with Stan Hamilton.

[3] Conversations with Stan Hamilton.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

      10.    RFID technology is commonly implemented in household devices, from credit cards and passports to cellphones and inventory management. One common use of the type of RFID chip contained in the da Vinci Xi EndoWrist is in personal home printers as printer cartridge control, to determine if a cartridge is counterfeit or proprietary.[4]



      11.

---

[4] Garcia, Flavio D., et al. "Dismantling SecureMemory, CryptoMemory and CryptoRF." Proceedings of the 17th ACM Conference on Computer and Communications Security - CCS 10, 2010, doi:10.1145/1866307.1866336.

[5] Conversations with Stan Hamilton.

---

Expert Report of Gwen Mandel                         3

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[6] Atmel Crypto RF EEPROM Memory Full Specification Datasheet at 112, 121

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[7] Atmel Crypto RF EEPROM Memory Full Specification Datasheet at 6.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

**D.**   <u>**Description of Methodology**</u>

---

[11] Conversation with Stan Hamilton.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



12

---

[12] Atmel Crypto RF EEPROM Memory Full Specification Datasheet at 9.

Expert Report of Gwen Mandel                                                      10

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



ge.

---
[13] Atmel Crypto RF EEPROM Memory Full Specification Datasheet at 80.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

E.    **Opinions Based on Implemented Methodology**

19.    Based on the work I have performed on the CryptoRF Atmel AT88SC6416 chip taken from multiple da Vinci Xi EndoWrist instruments, I have drawn three conclusions.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



14 Chantzis, Fotios, et al. Practical IoT Hacking: the Definitive Guide to Attacking the Internet of Things. No Starch
   Press, 2021.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[15] Atmel Crypto RF EEPROM Memory Full Specification Datasheet at 6 and 71.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

████████████████████████████████████████████████████

████████████████████████████████████████████

F.  **Conclusion**

27.    Based on my work and personal experience with the Atmel CryptoRF chip

on the da Vinci Xi EndoWrists, I have concluded that ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████

Executed on July 26, 2021,

_____

Gwen Mandel

**Exhibit 1**

- Atmel CryptoRF EEPROM Memory Full Specification
- Chantzis, Fotios, et al. Practical IoT Hacking: the Definitive Guide to Attacking the Internet of Things. No Starch Press, 2021.
- Garcia, Flavio D., et al. "Dismantling SecureMemory, CryptoMemory and CryptoRF." Proceedings of the 17th ACM Conference on Computer and Communications Security - CCS 10, 2010, doi:10.1145/1866307.1866336.
- Atmel's FingerChip Technology for B, Maletsky, Atmel, https://ww1.microchip.com/downloads/en/DeviceDoc/doc8545.pdf.
- A RFID-based IoT Cybersecurity Lab in Telecommunications Engineering, 2020.
- Smart Card ISO 7816 Basic Inter-Industry Commands.
- Fast Prototyping of a Contactless Reader for CryptoRF, Section 5, 11/25/2017, Atmel, http://ww1.microchip.com/downloads/en/Appnotes/doc5256.pdf.
- Tag Tuning/RFID Atmel Application Note, http://ww1.microchip.com/downloads/en/Appnotes/DOC2055.PDF.