# Exhibit 5

Page 1

1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                    TAMPA DIVISION
3
4    REBOTIX REPAIR LLC,                )
                                        )
5         Plaintiff,                    )
                                        )  CIVIL ACTION FILE
6    vs.                                )
                                        )  NO. 8:20-cv-02274
7    INTUITIVE SURGICAL, INC.,          )
                                        )
8         Defendant.                    )
9
10               ATTORNEYS EYES ONLY
11         VIRTUAL VIDEOTAPED DEPOSITION OF
12                  STAN HAMILTON
13              Friday, June 4, 2021
14                   9:08 a.m.
15
16         Robin K. Ferrill, CCR-B-1936, RPR

Case 8:20-cv-02274-VMC-TGW   Document 113-6   Filed 12/01/21   Page 3 of 5 PageID 17778

AEO Stan Hamilton                                                June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 102

1  versions of this set of slides.  But it's possible
2  that they were presented to someone at the level of
3  hospital decision-making in -- in Europe, yes.  These
4  were not -- this is -- we're only talking about a
5  period of time when -- this is outside U.S.  We
6  didn't really set the context.  These would have come
7  at the very end of Rebotix LLC before anything was
8  actually done very much.  And then the outside U.S.
9  business was transferred over to the -- to the
10 outside the U.S. company.
11        So this was right in that little narrow
12 time window when Rebotix LLC hadn't been -- I believe
13 the date is -- I mean, again, the exact dates.  But
14 this is roughly a time when Rebotix LLC was starting
15 to transfer that stuff over but it hadn't happened
16 yet.
17    Q.  Were these slides also used for sales
18 presentations to prospective customers in the United
19 States?
20    A.  No.
21    Q.  You're sure of that?
22    A.  Yes.  This version would definitely not
23 have been used for that.  I mean -- well, not to my
24 knowledge.  There was no activity in the U.S. at that
25 point.  There might have been informal discussions by

Page 103

1  Glenn still going on with certain people.  Glenn
2  would be the one to ask that.
3        But I certainly had no intent for these
4  slides to be used, to be seen by anyone in the United
5  States at this point and we had no activities in the
6  U.S.  So, I mean, I can't definitively tell you that
7  no, Glenn never showed these slides to anybody inside
8  the U.S., but nobody that there was any activity
9  with.
10    Q.  Would you look, please, at the slide that's
11 entitled "Business Model"?  It's about the third or
12 fourth slide in.
13    A.  Yep.
14    Q.  Whose business model are you describing?
15    A.  At the time it was the -- as it says, "the
16 Rebotix service concept."  So it was the -- the
17 Rebotix LLC at the time.  It hadn't transferred to
18 Rebotix Panama, so it would have been a business
19 model associated with the Rebotix process.  And the
20 business model did not only include Rebotix, it was a
21 broader business model, right, that included the
22 hospital.  It's -- the real concept is that the
23 hospital is -- this is things that are being done to
24 help the hospital implement this process.  They're
25 a -- they're a partner in this business model.

Page 104

1    Q.  Well, did the business model that's
2  described in the slide with Bates number 1069 ever
3  change from what it was from August of 2016?
4        MR. ERWIG:  Objection to form.
5    A.  Did it ever change after two -- 2016?
6  Basic concepts I don't think changed.  But the
7  specifics may well have changed and the way that we
8  articulate it would have changed.
9        For example, this was a very early version
10 of this going into service, right, which was outside
11 the U.S.  And this was an early phase where really
12 weren't -- I don't believe doing any business yet.
13 And if we had done -- again, now we would say
14 hospital, not surgeon, for example.  We wouldn't use
15 the word "surgeon" there.  Later versions of this
16 slide would have said "hospital" there, not
17 "surgeon."  But, I mean, the -- the basic concepts
18 did not significantly change.
19    Q.  (By Mr. Ruby)  Are you saying that for
20 marketing in the United States, the concept, the
21 service concept, was not that the surgeon decides
22 when a specific instrument is adequate for continued
23 use, but the hospital decides when a specific
24 instrument is adequate for continued use?
25    A.  Yes, and that clearly -- sorry.  Go ahead.

Page 105

1  Go ahead.
2    Q.  Is that your testimony?
3    A.  Yes.  That was clearly the working -- the
4  working concept, what we did.  It was about the
5  hospital.  We worked with all the aspects of the
6  hospital, especially the biomed engineering staff and
7  the technical people, right.  Not -- not the surgeon
8  specifically.
9        That -- this word was -- it was sort of, I
10 think, meant to imply something about the surgeon as
11 the head of that.  But I don't think it's really,
12 looking back on it, it's not the word that we used in
13 the future.  I don't think in -- it certainly wasn't
14 the way that -- that -- you know, we didn't view the
15 surgeon as the head of it, was just it was the
16 hospital's own makes the decision, right.
17        It's like any other big organization.  They
18 have people who have certain jobs, certain
19 specialties and they -- they contribute to all these
20 decisions they make every day.  Not -- not just for
21 these instruments, but for hundreds of other
22 instruments.  They constantly are -- are making these
23 decisions about them, right.  And there's different
24 people involved.  They have their roles in making
25 that decision.

Case 8:20-cv-02274-VMC-TGW   Document 113-6   Filed 12/01/21   Page 4 of 5 PageID 17779

AEO Stan Hamilton                                              June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 106

1  Q. Did Rebotix LLC or Rebotix Panama ever
2 acquire the specifications of the manufacturer for
3 the EndoWrist instruments?
4     MR. ERWIG: Objection to form.
5  A. Which specifications? "Specifications" is
6 a very broad term. It could mean anything, really.
7  Q. (By Mr. Ruby) So you don't understand my
8 question?
9  A. I -- I am asking you to clarify your
10 question, yes.
11  Q. What specifications of the manufacturer,
12 Intuitive, if any, did -- for the EndoWrist
13 instruments, did Rebotix LLC and/or Rebotix Panama
14 ever acquire?
15     MR. ERWIG: Objection to form.
16  A. I would not give you a complete list. I
17 don't know a complete list. But the basic answer is
18 the specifications that are implied by the intended
19 use, things like standards, were incorporated into
20 our process. Every one meets the same standards,
21 electrosurgical testing, as hospitals don't want any
22 surprises about that. They want to know that
23 electrosurgical safety was tested per the
24 international, well-accepted and well-established
25 standard by a compatibility testing should be done.

Page 107

1 That's a specification that should be done by the
2 well-accepted and understood standards.
3     As is common in the service industry, there
4 are certain specifications that must be reverse
5 engineered out of the device in order to do certain
6 aspects of -- of the testing of the -- of the
7 repaired device. That's extremely common. There's a
8 lot of it that goes on.
9     It has been questioned in the past. But,
10 in fact, when it has been questioned in the past,
11 it's been determined to be pretty good process. It
12 has not resulted in -- per -- per the FDA's own
13 words, I don't need to take my word for this, but in
14 the actual FDA report on service, much of which is
15 done using reverse in specifications for instruments
16 like this where the materials are known, you can see
17 everything about it. I mean, it's not a great
18 mystery.
19     The service that is done by others, who are
20 not the original equipment manufacturer service
21 departments, at 2016, again, going back to that
22 process, came into question about this. No
23 significant safety concerns were ever pointed out.
24 And that's what it says in the FDA report. In other
25 words, the process was working pretty well.

Page 108

1     So yes, part of the process of determining
2 the specifications, we did, like everybody else who
3 does thousands of other service processes, do it.
4 And it worked very well.
5  Q. (By Mr. Ruby) So do I understand from your
6 testimony that there are certain universal
7 specifications which applied to the EndoWrist
8 instruments; is that right?
9  A. Yes.
10  Q. Okay. But that wasn't the entire
11 population of specifications that the manufacturer
12 placed on its EndoWrist instruments; is that fair?
13  A. Yes.
14  Q. And so for the specifications which were
15 not universally available, Rebotix, what you called
16 reverse engineered those specifications and went
17 forward as though those were the actual factory
18 specifications; is that right?
19  A. No. We reverse engineered them and used
20 them as if they were appropriate specifications for a
21 service process. And they -- our opinion is and
22 our -- our -- our assertion is that they were. And
23 that was based on a great deal of work that occurred,
24 including materials analysis and independent
25 third-party assessment.

Page 109

1     So yeah, there was a great deal of
2 engineering that occurred in order to determine
3 the -- the amount of specification required to
4 safely, effectively, reliably perform a service
5 process. And again, that's no different from
6 thousands of other service processes that are out
7 there in hospitals right now. It was the exact same
8 model that's used by Benjamin, but not only by
9 Benjamin, by Northfield, by lots of other service --
10 and unfortunately -- and this was actually a topic of
11 that FDA, the last FDA, of what I call the funeral
12 meeting, when they decided not to do anything else
13 for service, to regulate service.
14     But that was a topic of that meeting. At
15 that point FDA had already stepped back a little bit
16 and were just trying to get the service people to go
17 with the manufacturers. And they were concerned at
18 that point, I was there and involved in this whole
19 process, FDA was pretty concerned that manufacturers
20 don't do a better job of providing specifications to
21 the hospitals who are doing the service and
22 maintaining this equipment.
23     Because there are many examples that have
24 occurred where if the hospitals had more information,
25 specification information like you're talking about,

Case 8:20-cv-02274-VMC-TGW   Document 113-6   Filed 12/01/21   Page 5 of 5 PageID 17780

AEO Stan Hamilton                                                    June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 110

 1  there are -- there are serious issues that occurred
 2  that could have been avoided if that specifications
 3  had been made more transparent.
 4        But, to this day, it does not usually occur
 5  that way, unfortunately.  And so yes, third-party
 6  service providers and the hospitals themselves were
 7  all in the same boat.  We have to determine what is
 8  the appropriate specification that is needed to do
 9  our job.
10        Which is not the full set of
11  specifications.  You don't need manufacturing
12  specifications to service a device.  You don't need
13  nearly that level of specification.  You -- you need
14  a subset of that.  And it's a pretty small subset of
15  that.  It's an important subset but it's a small
16  subset.
17     Q.  Let me see if I understand your testimony.
18        Do you agree that at no time did Rebotix or
19  Rebotix Panama have a complete set of the factory
20  specifications for the EndoWrist instruments?
21     A.  Yes.
22     Q.  And as to the factory specifications, which
23  Rebotix did not have, Rebotix and Rebotix Panama, as
24  you put it, reverse engineered the specifications
25  that were necessary and appropriate for Rebotix to do

Page 111

 1  its work?
 2        MR. ERWIG:  Objection to form.
 3     A.  I believe you summarized what I said, yes.
 4  But I -- I would -- I would go back to my own version
 5  of it rather than your summary of it.  But I -- I
 6  believe I agree with what you said, I think, yes.
 7     Q.  (By Mr. Ruby) Isn't it true that Rebotix,
 8  in marketing, and attempting to market what you
 9  called the process, assured prospective customers
10  that it's the EndoWrist instruments that were
11  serviced by Rebotix, would be returned to OEM or
12  factory specifications?
13     A.  Equivalent of.  So an example of that is --
14  you'll have to show me exactly where that wording
15  appeared.  You may have seen something in an e-mail
16  or something that said factory specifications.
17        Salesmen sometimes say things they don't
18  understand very well.  We all know that if we've been
19  in this business for very long.  However, OEM
20  equivalents is very valid to say.  And I'll give you
21  an example of why it's valid.
22        Okay.  So for -- let's take electrosurgical
23  testing, which is one of the most -- you know, most
24  important things.  This is where Intuitive had one of
25  their big recalls due to a design flaw, right?  And

Page 112

 1  it wasn't due to the materials in the instrument.  It
 2  was due to a design flaw.  And it resulted in
 3  injuries, escaping electrosurgical currents, voltage
 4  and currents, essentially, exposed patients to burns,
 5  that kind of thing.  It was something that had to be
 6  fixed in the design.  And this was in -- this was
 7  before we got started with a lot of the stuff doing
 8  the servicing, but it's something that's well aware,
 9  a lot of people are aware of that.
10        So an example of that, that dielectric
11  strength shouldn't have broken down.  It broke down
12  because of a design flaw.  But the way that it's
13  tested in a new instrument coming off the line is
14  determined by the standards.  The way that we test it
15  when it's being repaired is determined by those same
16  standards.
17        So we can say with confidence that it
18  should be OEM equivalent, unless it was done
19  incorrectly by the OEM.  Yes, we can state that.  So
20  there are a lot of cases where we can make pretty
21  confident statements.
22        So in that particular example, dielectric
23  strength breaks down over time.  It doesn't snap
24  unless there is a design flaw like there was with
25  that particular Intuitive instrument.  There was a

Page 113

 1  design flaw, so it might have snapped in that case,
 2  but we're not talking about that case.
 3        We're talking about the situation where
 4  dielectric strength, because of the number of, quote,
 5  unquote, "uses" has now started to break down.  So
 6  each time the instrument comes back through for
 7  service, it is tested to the original OEM equivalent
 8  specifications because that -- those are very
 9  well-known.  This is what it has to be tested to.
10        And so if there's any breakdown occurring
11  in dielectric strength of the instrument that would
12  result in any sort of safety issue, it is tested to
13  that same exact standard when it comes back through.
14  And that's just the way it -- you know, you're
15  talking about a curve where it breaks down.  If it's
16  starting to break down, you're going to catch it at
17  that test because you're still checking to make sure
18  it's this strong.  There's no breakdown that would be
19  any concern.
20        And so that's what we're talking about.
21  When we retest them, we're testing them as if we were
22  testing a new instrument and expecting it to go
23  forever, right?  Just like a lot of these manual
24  versions of the instruments do.  They go forever,
25  right?  They go until somebody decides they aren't