# Exhibit 6

Page 1

```
          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
               TAMPA DIVISION


REBOTIX REPAIR LLC,
    Plaintiff,
                              CIVIL ACTION FILE
    vs.
                              NO. 8:20-cv-02274
INTUITIVE SURGICAL, INC.,
    Defendant.



       CONFIDENTIAL ATTORNEYS' EYES ONLY


          30(b)(6) VIDEO DEPOSITION OF
           REBOTIX REPAIR, LLC through
                   GLENN PAPIT
         TAKEN BY REMOTE VIDEOCONFERENCE
                  June 2, 2021
                   10:06 a.m.
              St. Petersburg, Florida


    Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
```

Case 8:20-cv-02274-VMC-TGW   Document 113-7   Filed 12/01/21   Page 3 of 9 PageID 17783

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 34

1  A   The last products we received were
2  probably maybe two months ago.
3  Q   And what products were those?
4  A   EndoWrists.
5  Q   Do you know what entity you received them
6  from?
7  A   I would have to look that up; I do not.
8  Q   And have they been serviced and shipped
9  back?
10 A   Of course.
11 Q   Okay. Now, there's a distinct corporate
12 entity that's called Rebotix LLC, right?
13 A   I'm thinking. Are you referring to the
14 initial Rebotix --
15 Q   Yes.
16 A   -- because I'm a little confused here.
17 We've always gone by Rebotix Repair.
18 Q   You don't recall a point in time --
19     (Simultaneous speaking.)
20 A   -- you're referring to?
21 Q   Well, you don't recall an entity called
22 Rebotix LLC?
23 A   My memory is that it was always Rebotix
24 Repair, but I could be mistaken.
25 Q   My understanding is that Rebotix LLC was a

Page 35

1  separate corporation that filed with the Florida
2  Secretary of State to become a limited liability
3  company, but is that not familiar to you?
4  A   What would be the date on that, do you
5  know?
6  Q   2013. I think I have June 4th, 2013,
7  Rebotix LLC filed articles of conversion with the
8  Florida Secretary of State to be --
9  A   That's very possible, and I've always just
10 naturally called it Rebotix Repair. Forgive me.
11 Q   No, that's okay.
12     Do you recall when Rebotix LLC became
13 Rebotix Repair?
14 A   2018, I believe.
15 Q   So prior to 2018, Rebotix Repair didn't
16 exist as a corporate entity; is that right?
17 A   I'm giving a legal answer, but I think it
18 became a corporate entity in 2018.
19 Q   Okay. Prior to 2018, the company was just
20 known as Rebotix, right?
21 A   I'm accepting your finding on that.
22 Forgive me. But internally I always refer to it as
23 Rebotix Repair, but that's fine.
24 Q   What happened in 2018 that makes you say
25 that that's when Rebotix Repair came into existence?

Page 36

1  A   Because that's when we established
2  business here in St. Petersburg.
3  Q   Okay. When did you begin working at
4  Rebotix?
5  A   I've been here since its inception.
6  Q   I want to go back to Benjamin Biomedical
7  for a second.
8      Does Benjamin Biomedical do any work
9  related to EndoWrists?
10 A   No. We began the process for Rebotix back
11 in 2011 and separated that even in discussions and
12 planning, so Benjamin was never affiliated with it.
13 Q   Why not?
14 A   We felt it better to have a separate
15 company because it was a separate kind of distinct
16 repair to us, and it was going to take a lot of R&D
17 investigation to decide how to set up the repair,
18 and we didn't want that interfering with the flow of
19 our Benjamin business.
20 Q   What was your position with Rebotix in
21 2011?
22 A   It would be -- in 2011, I don't think we
23 had even assigned positions; we were just
24 formulating the company.
25 Q   Who other than you was involved in

Page 37

1  formulating the company?
2  A   David, Chris, myself, also Joe.
3  Q   What is Joe's last name?
4  A   I'm sorry, Morrison.
5  Q   Anyone else?
6  A   No, that was kind of the genesis.
7  Q   So those four individuals, yourself and
8  three others, were the people that started Rebotix
9  in 2011, correct?
10 A   Correct.
11 Q   And what were your responsibilities at
12 that time for Rebotix?
13 A   At that time, our focus was on
14 discovering -- when you take a new medical device,
15 you have to begin the process of understanding it.
16 I was focused on collecting what became thousands of
17 EndoWrists. We were focused on what the expenses
18 would be to secure our own robot. I was focused on
19 determining what the market was, how many hospitals
20 had these, those kind of basic business foundational
21 issues.
22 Q   How did you collect thousands of
23 EndoWrists?
24 A   We got some from a company called
25 Vanguard, which is a disposal company that grinds up

Case 8:20-cv-02274-VMC-TGW   Document 113-7   Filed 12/01/21   Page 4 of 9 PageID 17784

CONF AEO 30(b)(6) Glenn Papit                               June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 38

1 medical device waste. We've received many, many
2 others from hospitals where I had relationships with
3 a local rep who would receive them from the hospital
4 and send them to us.
5   Q   Were these all expired EndoWrists?
6   A   Interesting question. As they came in, we
7 would count them. And we collected around -- if
8 memory serves me -- forgive me.
9       Do you want me to call you Ms. Lent? Is
10 that acceptable?
11  Q   That's fine, yeah.
12  A   As we collected these, Ms. Lent, we got
13 around 7,000 of them, and we found that about 19 and
14 a half to 20 percent of them had remaining uses and
15 were being wasted or, more logically, had ceased
16 functioning.
17  Q   And what did you do with the EndoWrists
18 that you collected?
19  A   We began the long and arduous process of
20 what we in the medical repair business call reverse
21 engineering analysis and understanding.
22  Q   What do you mean by "reverse engineering
23 analysis"?
24  A   The EndoWrists were identified by category
25 of what they were, and then they would be

Page 39

1 disassembled, and every component would be measured,
2 range of motion would be measured, grasping
3 capability would be measured, cutting acceptability
4 or compat- -- capability would be measured, spatial
5 organization would be measured, component makeup
6 down to the molecular level was sent out. All this
7 was sent to independent labs. Electrosurgical,
8 electrostatic, everything is measured, recorded,
9 validated by an independent lab so that you have a
10 total understanding of what that instrument does,
11 what it's made of, and how it's supposed to work.
12  Q   What were you reverse engineering?
13  A   The EndoWrists.
14  Q   Anything in particular about them?
15  A   Everything. Every part of it.
16  Q   Did you study any new EndoWrists?
17  A   Absolutely.
18  Q   And where did you get those --
19  A   We purchased some EndoWrists and had a
20 large number of those.
21  Q   So you said that one of your
22 responsibilities was collecting the EndoWrists,
23 correct?
24  A   It was making the contacts to collect the
25 EndoWrists, yes.

Page 40

1   Q   Okay. Did you have any responsibility for
2 the reverse engineering analysis that was done on
3 the EndoWrists?
4   A   Yes, I watched.
5   Q   You watched?
6   A   Yes. I am not the technical person. The
7 appropriate people do that stuff.
8   Q   Who are the appropriate people?
9   A   Stan. Greg came on board about that time,
10 he graduated, and he had been working here summers
11 as a college student. He came on board. Chris
12 began that total disassembly process and the hard
13 work. And we have established relationships with
14 qualified outside labs that we send this work to.
15  Q   What labs are those?
16  A   Oh, I don't -- forgive me, I don't have
17 the names memorized. I would have to look up and
18 see -- that was 14 years ago -- see who we used at
19 that time.
20  Q   Okay.
21  A   But having the background that the
22 ownership had of ISO certification and those other
23 qualifications we had, we had relationships with
24 qualified labs who were able to do that.
25  Q   Who would know what labs you were using?

Page 41

1   A   Stan would know. Greg would know.
2   Q   You said another one of your
3 responsibilities at the start of Rebotix was to
4 determine how many hospitals had -- were using
5 EndoWrists; is that right?
6   A   Yes, a market examination to see what the
7 market was.
8   Q   How did you do that?
9   A   Well, Intuitive was kind enough to provide
10 that on their website.
11  Q   To provide a list of their customers; is
12 that right?
13  A   Provide where they had robots, even down
14 to where they had surgeons.
15  Q   I think you said another one of your
16 responsibilities was determining how to secure a
17 robot yourself; is that right?
18  A   Yes. Yes.
19  Q   How did you go about doing that?
20  A   We made numbers of calls. Please
21 understand, I'm going way back now, but I still know
22 people I worked with at Johnson & Johnson. You
23 don't lose touch with those people in this business.
24      So you just get on the phone and start
25 contacting people that know hospitals that have

11 (Pages 38 - 41)

Case 8:20-cv-02274-VMC-TGW   Document 113-7   Filed 12/01/21   Page 5 of 9 PageID 17785

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 86

1 earliest repair was April 2019. However -- yeah,
2 that's correct. That's what I have on the report.
3    Q    And which of the documents were you
4 looking at for those --
5    A    That is document 165979.
6    Q    Okay. So according to your records,
7 Rebotix Repairs did its first repair and reset for
8 an EndoWrist in March 2019 --
9    A    Correct.
10    Q    -- and Restore did its first repair and
11 reset in April of 2019.
12        Is that what your document's telling you?
13    A    What my document is telling me is that
14 this the first repair that they sent to us to do.
15    Q    Oh.
16    A    I don't think they were even doing them
17 yet by then.
18    Q    Okay.
19    A    Does that make sense?
20    Q    It does.
21        When Rebotix began resetting the usage
22 counters for EndoWrist for its customers, did you
23 receive any feedback from customers?
24    A    Yes.
25    Q    Were customers interested in using the

Page 87

1 service?
2    A    Overwhelmingly.
3    Q    Did you have repeat customers?
4    A    Yes.
5    Q    How many?
6    A    May I look at the document again?
7    Q    You may.
8    A    Thank you.
9        Just in the first three pages, I have 12.
10    Q    Did you ever field any concerns from
11 customers about resetting the usage counter on the
12 EndoWrist?
13    A    The concern from customers was always what
14 Intuitive's response would be and what the contract
15 said. I will tell you, frankly, their customers do
16 not like them.
17    Q    Well, I'm not sure that has anything to do
18 with the question I asked.
19        So the concerns that you said that you
20 heard were what Intuitive's response would be and
21 what the contract said, right?
22    A    Correct.
23    Q    Did you hear any other concerns from
24 customers or potential customers about resetting the
25 usage counter on their EndoWrist?

Page 88

1    A    All of them reasonably discussed with us
2 the safety of it, the -- they wanted to know as much
3 as they could understand about the process, they
4 wanted to do -- they wanted to know references and
5 if they could do a test.
6    Q    What specifically did customers or
7 potential customers want to know about the safety of
8 the EndoWrist reset?
9    A    They wanted to know if there was any way
10 it could damage the robot or interfere with surgery.
11    Q    And what did you tell them?
12    A    I told them that it was no more likely to
13 do that than the OEM model that was not repaired.
14    Q    What was the basis for that response?
15    A    Because in our lengthy testing, the
16 response of instruments was the same, and in our
17 understanding that the robot -- the host robot only
18 interchanges with the EndoWrist prior to surgery, it
19 checks the serial number, model number, and number
20 of remaining uses, and it does not interface with
21 the EndoWrist at all during surgery; it is totally
22 controlled by the surgeon.
23    Q    Who provided you that information?
24    A    I would say that was probably part of our
25 reverse engineering and discovery process.

Page 89

1    Q    Would you -- did you have the knowledge
2 yourself to provide those responses to customers or
3 did you have to go to someone else to get that
4 knowledge?
5    A    That was part of the knowledge discussed
6 among us as we were going through the analysis of
7 the product and the development of the reset. We
8 learned early on to reset it. You have to reset the
9 signals it's receiving, and those were the only
10 three signals it was receiving.
11    Q    You also mentioned that customers and
12 potential customers had questions about the process.
13        What did you mean by that?
14    A    They wanted to know what we went through
15 to prepare -- to conduct this -- complete this
16 repair. They wanted to know that it was a credible
17 repair.
18    Q    And what did you tell them?
19    A    I answered any questions they had. I gave
20 them a document we published called The
21 Reliability -- The Quality and Reliability Summary
22 of Our Repair, which Stan prepared which is quite
23 extensive of all the testing we did, all the
24 preparation we did, and that is a very well received
25 document. And then I offered them if they would

Case 8:20-cv-02274-VMC-TGW   Document 113-7   Filed 12/01/21   Page 6 of 9 PageID 17786

CONF AEO 30(b)(6) Glenn Papit                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 90

1  like to do a trial, I would provide them with a
2  couple of free repairs for them to trial. Or if
3  they wanted to do a comparison where surgeons would
4  use an OEM unrepaired instrument and a repaired
5  instrument to compare function and quality. We did
6  all of those things.
7      Q   You also said that customers or potential
8  customers sometimes asked for references; is that
9  right?
10     A   Yes.
11     Q   What -- did you provide customers with
12 references?
13     A   When we had customers. That's the
14 difficulty of a startup. Until you get customers,
15 you don't have references; but as soon as we got
16 customers, we had references.
17     Q   Did you not have customers from Europe
18 that used Rebotix Panama?
19     A   We did.
20     Q   Did you provide references from those
21 customers?
22     A   No, we didn't think it would be pertinent
23 to the US market.
24     Q   Why not?
25     A   Just didn't know how people would

Page 91

1  receive -- does it really matter to me in Omaha if
2  somebody is using this in Poland. It just isn't as
3  effective as saying someone is using it in America.
4  It's a marketing decision.
5      Q   Was there any concern that the customers
6  from Europe wouldn't provide positive references?
7      A   No because they were very happy with the
8  product. No concern about that at all.
9      Q   Did customers or potential customers
10 express concerns about warranties that Rebotix could
11 provide on the service to reset the usage counter?
12     A   Yes.
13     Q   What -- can you describe for me what that
14 concern was?
15     A   They asked if we would warrant -- warranty
16 our repair, and we told them that if there was any
17 failure prior to the designated number of uses,
18 whether it was 10, 15, 30, or a hundred, if it
19 didn't complete those uses, we would repeat the
20 repair, reset at no charge.
21     Q   I'm sorry, could you say that last part
22 again, we would repeat --
23     A   We would reset it at no charge.
24     Q   So if the -- oh, you would give them their
25 money back for the reset, is that what you mean?

Page 92

1      A   Correct -- no, we would -- we would do a
2  reset. If they sent me a repair for 10 and -- even
3  a scissor, if it didn't work after seven, they would
4  send it back to me, and I would put the three
5  remaining uses on it so it completed its cycle.
6      Q   So if the instrument failed prior to the
7  designated number of uses you reset it for, you
8  would take it back, and you would repair it again;
9  is that right?
10     A   We would examine it for any need of
11 repair, test it, and reset it to complete its
12 original designated number.
13     Q   And what if the instrument couldn't be
14 repaired, what would you do then?
15     A   We would tell them it was not a candidate
16 for repair, and we would give them a credit.
17     Q   A credit for what?
18     A   For the repair they paid for that no
19 longer could be repaired.
20     Q   Did customers or potential customers
21 express concern about potential liability associated
22 with using Rebotix to perform the EndoWrist usage
23 counter reset?
24     A   There was some expression of concern. I
25 would not say it was a lot, but there was some.

Page 93

1  Customers are very used to the medical device repair
2  business, and they're very used to utilizing it.
3      Q   So if I understand you correctly, there
4  was not a lot of concern expressed by customers or
5  potential customers about potential liability
6  associated with the reset; is that right?
7      A   There was some concern about liability.
8  The issue was raised, and the issue is always a
9  common sense thing to raise.
10     Q   But you said it was not a lot?
11     A   It wasn't the number one issue.
12     Q   What was the number one issue?
13     A   I remember the number one issue was how
14 Intuitive would respond.
15     Q   Did you hear from any customers or
16 potential customers that surgeons had expressed
17 concern about patient safety in connection with
18 resetting EndoWrists?
19     A   Early on I do not recall hearing any of
20 that. Once Intuitive knew we were in the
21 marketplace, then there was some concerns expressed
22 by surgeons. How that is related, I can't
23 demonstrate with any proof if there was any
24 connection there.
25     Q   Okay. So you did hear concerns raised by

Case 8:20-cv-02274-VMC-TGW   Document 113-7   Filed 12/01/21   Page 7 of 9 PageID 17787

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 98

1  other companies.
2       Q  How long have you known this to be the
3  case that a 510(k) isn't required for the repair of
4  a multiple-use instrument?
5       A  I would say I've known it for at least 15
6  or more years, maybe 20 years.  It's common
7  knowledge in the business, in the marketplace.
8       Q  Okay.  Did customers or potential
9  customers express concern about how using Rebotix to
10 reset EndoWrist usage counters could impact the
11 performance of the da Vinci?
12      A  Yes, that was a question that came up from
13 time to time.
14      Q  Did customers or potential customers
15 express concern about how utilizing Rebotix to reset
16 EndoWrist usage counters would violate the
17 customers' agreements with Intuitive?
18      A  They would express that they wanted to
19 look at their contracts to see that.  And in many
20 cases, that would be part of my presentation, to
21 invite them to examine their contracts and, in fact,
22 invited their legal departments to attend many of
23 those presentations, and some did.
24      Q  Did you ever express an opinion to
25 customers or potential customers about whether using

Page 99

1  Rebotix to reset the usage counter would violate
2  their agreements with Intuitive?
3       A  I would say that's possible.  I don't
4  remember it offhand, but I possibly may have told
5  them, in my opinion, you own the instrument, you
6  should have the right to repair it, but I can't name
7  specifically where I may have said that, but it's
8  possible.
9       Q  Okay.  Did customers ask to see Rebotix's
10 510(k) approval before utilizing the EndoWrist reset
11 service that you were offering?
12      A  No, they understood that a repaired
13 instrument didn't require a 510(k).
14      Q  All of the customers or potential
15 customers that you dealt with understood that a
16 510(k) wasn't required; is that right?
17         MR. LYON:  Objection to form.
18         THE WITNESS:  I cannot speak to what
19 knowledge all of the customers had.
20 BY MS. LENT:
21      Q  Okay.  But you're saying that no customer
22 asked to see a 510(k) approval before utilizing the
23 EndoWrist reset service?
24         MR. LYON:  Objection to form.
25         THE WITNESS:  There were customers that

Page 100

1  raised the question of whether a 510(k) was
2  necessary, and that would be discussed and explained
3  to them.
4  BY MS. LENT:
5       Q  You said earlier that the Interceptor
6  usage counter reset is only available for the
7  EndoWrist for the S and Si da Vincis; is that right?
8       A  Yes.
9       Q  And they're not available for the X or the
10 Xi, correct?
11      A  Correct.
12      Q  Why is that?
13      A  Because they're different signal sets.
14      Q  Is Rebotix trying to make an Interceptor
15 for the usage counter on an EndoWrist for an X or
16 Xi?
17      A  Yes.
18      Q  Has it -- has Rebotix been able to develop
19 that technology?
20      A  It's in process.  You would get an answer
21 from Stan that would be much more accurate.
22      Q  But your understanding is that the
23 technology hasn't yet been developed, right?
24      A  My understanding is it hasn't been
25 completed.

Page 101

1       Q  Well, is there a technology available
2  today to Rebotix to reset the usage counter on
3  EndoWrist for the X or Xi?
4          MR. LYON:  Objection to form.
5          THE WITNESS:  Today?
6  BY MS. LENT:
7       Q  Today.
8       A  Not today.
9       Q  How much money has Rebotix spent to
10 develop the technology to reset the counter on
11 EndoWrist for the X or Xi system?
12      A  My understanding of our R&D to get into
13 the market was approaching $5 million.
14      Q  As of today?
15      A  Correct.  That's R&D.
16      Q  Understood.
17         So Rebotix's business model for resetting
18 the usage counter and servicing EndoWrists was to
19 collect EndoWrists with one usage remaining, reset
20 the usage counter, and send it back to the customer;
21 is that right?
22         MR. LYON:  Objection to form.
23         THE WITNESS:  We would collect instruments
24 with one use remaining, they would be closely
25 examined to see if they were a candidate for repair,

26 (Pages 98 - 101)

Case 8:20-cv-02274-VMC-TGW   Document 113-7   Filed 12/01/21   Page 8 of 9 PageID 17788

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 102

1 they would be disassembled to see where the damage
2 was that needed to be repaired, they would be
3 repaired, the counter would be reset, they would be
4 tested for function, they would be tested for
5 accurate counter, serial number, and model number,
6 then they would be returned to the customer that
7 owned them.
8 BY MS. LENT:
9    Q   And was the business model always to send
10 the repaired and reset EndoWrist back to the
11 customer that sent them to you?
12   A   Yes.
13   Q   Did the business model ever involve
14 selling reset EndoWrists to customers other than the
15 ones who sent them to you?
16   A   Not to my knowledge. I would have to look
17 and see if there were ever any exceptions, but not
18 to my knowledge.
19   Q   Did Rebotix use distributors to sell its
20 service offerings on EndoWrist instruments?
21   A   Yes.
22   Q   What did those distributors do for
23 Rebotix?
24   A   They would present the service to hospital
25 customers that they knew; I would ask them to, if

Page 103

1 possible, arrange a meeting for me to come and
2 explain the service; then the customer would decide,
3 if they wanted to use us, they had the option of
4 either shipping us the EndoWrist directly or having
5 the distributor pick them up and ship them to us,
6 and we would ship them back.
7    Q   And in those circumstances, where would
8 the EndoWrist repair and usage counter resetting
9 occur?
10   A   In our facility here.
11   Q   Where is that facility?
12   A   St. Petersburg, Florida.
13   Q   Did Rebotix also contact customers
14 directly?
15   A   Yes.
16   Q   And sell services to those customers
17 directly without the use of a distributor?
18   A   Yes.
19   Q   Is there any other way that Rebotix sold
20 its repair and resetting business besides direct to
21 customers or through distributors?
22   A   Not to my knowledge.
23   Q   Did Rebotix establish service centers
24 in-house at medical facilities?
25   A   We set up one in Baylor Scott & White at

Page 104

1 their request, and it was implanted in place, Greg
2 went down and trained their technicians, and then
3 Intuitive came in and threatened their contracts,
4 and there was a -- there was an eruption that I
5 don't know what happened at that point.
6    Q   Was the idea that Rebotix would sell
7 Baylor Scott & White the Interceptor technology and
8 teach the folks at the hospital how to do the
9 servicing and installation?
10   A   That was the concept they requested.
11   Q   To your knowledge, were -- did Baylor
12 Scott & White reset the usage counter on any
13 EndoWrists themselves?
14   A   To my knowledge, nothing was done in that
15 facility that was placed into use. They probably
16 reset a lot in training. I don't think they went
17 into use.
18   Q   Okay. Were there any other customers of
19 Rebotix in the United States to whom Rebotix sold
20 the Interceptor technology for the customer to do
21 the repair and usage counter reset themselves?
22   A   No.
23   Q   Has Rebotix ever offered any services to
24 repair medical devices other than EndoWrists?
25   A   No.

Page 105

1    Q   Benjamin Biomedical is the entity that
2 services other devices?
3    A   Separate companies.
4    Q   Who are the third parties that Rebotix
5 worked with in connection with offering the reset
6 service to its customers?
7    A   Who were the distributors?
8    Q   Sure, who were the distributors? We can
9 start there.
10   A   Adler, Alpin, BPI, WES, Paces, Cunningham
11 Woodland, Stone Mountain, OR Solutions, Revanix,
12 Taylor Medical, Alan Moltz, Tracy Smith. I'm sure
13 I'm leaving half a dozen off. I'm just -- this is
14 off the top of my head.
15   Q   Okay. Did Rebotix work with any third
16 parties to market its services for EndoWrist
17 devices?
18   A   Please define "third parties."
19   Q   Well, any company that's not Rebotix.
20   A   Oh, they would all be our distributors.
21   Q   Other than distributors, did Rebotix work
22 with any other companies to market its EndoWrist
23 offering?
24   A   Well, do you mean, like, Restore Robotics?
25 We considered them a distributor at one point.

27 (Pages 102 - 105)

Case 8:20-cv-02274-VMC-TGW   Document 113-7   Filed 12/01/21   Page 9 of 9 PageID 17789

CONF AEO 30(b)(6) Glenn Papit                                                     June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 166

1  A  Surgical staff, biomedical staff,
2  purchasing, contracting, occasionally.
3  Q  Anyone else?
4  A  Anyone who has pertinent decision-making
5  power in the hospital we're going to try to talk to.
6  Q  How does Rebotix identify which customers
7  to target, potential customers?
8  A  There are two or three ways.  Primary way
9  is through the two contracts that we have, we'd want
10 to contact those hospitals; second way is many of
11 these distributors that we have I've known for a
12 long time, and I would ask them where they have
13 contacts with hospitals with robots, and the third
14 is to simply go online and find hospitals with
15 robots.
16 Q  And once you found a hospital with a
17 robot, what's the next step you would take?
18 A  I would first of all see if I knew anyone
19 in that area that I had a previous working
20 relationship with to see if they had any contacts at
21 the hospital, and if not, I would contact the
22 hospital directly via e-mail and/or phone call.
23 Q  Did you have any systematic way that you
24 went about trying to contact hospitals, potential
25 customers that had da Vinci robots?

Page 167

1  A  The most systematic would have been the
2  contracted hospitals.
3  Q  With the group purchasing organizations?
4  A  Correct.
5  Q  What I'm trying to get at is did you have
6  a list of all the hospitals that had da Vinci robots
7  and just sort of go down that list contacting each
8  of them?
9  A  I think such lists could have been
10 available, but that was not the primary course I
11 chose.  It's much more efficient to go through
12 individuals you know that can get you into the door
13 to talk to somebody.
14 Q  Did Rebotix market to potential customers
15 that it would repair the EndoWrist to their original
16 function and specifications?
17 A  That sounds fairly accurate.
18 Q  Did Rebotix have access to the OEM
19 specifications for EndoWrists?
20 A  Intuitive doesn't publish their
21 specifications.
22 Q  So Rebotix did not have access to the OEM
23 specifications for EndoWrists?
24    MR. LYON:  Object to the form.
25    THE WITNESS:  Simply because Intuitive

Page 168

1  doesn't publish the specs does not make the specs
2  unknowable.  There's a long history of reverse
3  engineering and validating the specs.  We worked for
4  four years to validate those specs.  We knew what
5  they were.
6  BY MS. LENT:
7  Q  So I'm confused.  Did you have access to
8  the OEM specifications or not?
9  A  We did not have access to the OEM
10 specifications, but we knew what they were.
11 Q  You knew what they were through the
12 reverse engineering process that the company
13 undertook; is that right?
14 A  That's correct.
15 Q  Is there any other way that you thought
16 you knew what they were?
17 A  There's only one way to do it correctly,
18 and that's time, expertise, validation.
19 Q  Were you ever told that you cannot say
20 that a device meets the manufacturer's
21 specifications because the manufacturer doesn't
22 provide the true specs to you?
23 A  That is correct.
24 Q  Who told you that?
25 A  Someone internally.  Probably Chris or

Page 169

1  Greg or Jeff -- or Stan, forgive me.
2  Q  Did you agree with that?
3  A  I agree completely with it because we do
4  not have published specifications.
5  Q  But you did tell prospective customers
6  that you could repair the EndoWrist to the original
7  specifications, right?
8  A  There are Intuitive unpublished
9  specifications, and there are discovered measured
10 specifications.  They are identical, but you just
11 can't say publicly that these are Intuitive
12 specifications, but they're the same specifications.
13 Q  And what's your understanding of what you
14 could say publicly about the specifications?
15 A  We're returning the wrist to its original
16 form, function, and fit, and the specifications are
17 correct.
18 Q  Sounds like you weren't willing to say you
19 could return them to their original specifications;
20 is that right?
21 A  They are in their original specifications.
22 They're just not in --
23 Q  Right, but --
24 A  -- not Intuitive's published
25 specifications.