# Exhibit 9

**From:** Cali Fornia <intel123labs@gmail.com>
**Sent:** Sunday, July 18, 2021 8:22 AM
**To:** khumphrey@ipenginuity.com
**Subject:** Re: Discussion about RF Info

Hi Kurt,

If you would like to call me about any more detail, please don't hesitate to contact me. I am available at (256)348-2460. I generally respond quickly to text if I am not available to answer immediately. We could also talk more about the custom embedded system that is connected in the current setup.

Thanks,
Gwen

On Sat, Jul 17, 2021 at 10:06 PM <khumphrey@ipenginuity.com> wrote:

Kurt

**From:** Cali Fornia <intel123labs@gmail.com>
**Sent:** Saturday, July 17, 2021 4:00 PM
**To:** khumphrey@ipenginuity.com
**Subject:** Re: Discussion about RF Info

Hi,

**HIGHLY CONFIDENTIAL**

Thanks again,

Gwen

On Sat, Jul 17, 2021 at 3:57 PM <khumphrey@ipenginuity.com> wrote:

Gwen,

Thanks,

Kurt

REBOTIX175414

**From:** khumphrey@ipenginuity.com <khumphrey@ipenginuity.com>
**Sent:** Saturday, July 17, 2021 12:09 PM
**To:** intel123labs@gmail.com
**Cc:** Alexander Erwig <alexander@dovel.com>
**Subject:** FW: Discussion about RF Info


Gwen,

It was a pleasure talking with you a few minutes ago.  I'm looking forward getting a better sense of the work you doing to extract the image.  I believe the basic approach you have described is on point and I agree that the stored image data is unlikely to encrypted.  I want to be respectful of your time in bringing me up to speed on your work, however, so please don't go into a lot of detail at this point.  A high-level outline of the tools/processes you have used to this point or are continuing to use to do the "heavy lifting" would be helpful.  My mobile number is included in my contact info below.  I look forward to discussing the matter with you further.


Thank you,

Kurt


Kurt Humphrey

Managing Director/Principal Technologist



3780 Masters Drive

Colorado Springs, CO 80907 USA

Ph: +1 (719) 331-9788

www.ipenginuity.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at khumphrey@ipenginuity.com

**HIGHLY CONFIDENTIAL**

**REBOTIX175415**



HIGHLY CONFIDENTIAL

REBOTIX175416