# Exhibit 14

| | |
|---|---|
| From: | Stan Hamilton |
| Sent: | Thursday, February 2, 2017 10:06 AM PST |
| To: | Karen Claughton |
| CC: | Gerald Schofield |
| Subject: | RE: DaVinci |
| Attachments: | 411_18e_Report_TFR_Sample_Rebotix+TD+01.pdf, ISO 13485CERT516483 MP2012 englisch exp 2017.pdf, Rebotix Panama Instrument Service Process.pdf |

Hi Karen,
Answers in line with your text below (in blue) – please let me know if you have further questions, I am always happy to respond to these - especially the ones that are misinformation from Intuitive ☺.

Best Regards-
Stan

Stan Hamilton
*Rebotix - CEO*
Cell: +507-65403210 or +1-256-684-6425 (Voice/WhatsApp)
Panama Office: +507 836-5415
StanHamilton@Rebotix-Panama.com



*Service and accessories for*

*minimally invasive surgery*


**From:** Karen Claughton [mailto:sales@fibertech.com.au]
**Sent:** Wednesday, February 1, 2017 7:48 PM
**To:** Stan Hamilton <StanHamilton@rebotix-panama.com>
**Cc:** Gerald Schofield <geralds@bigpond.net.au>
**Subject:** DaVinci

Hi Stan

Some feedback from hospitals and/or more information is needed:

1) The list of "Approved Models For Service" only includes items with 10 uses. There appears to be a lot more than these 30 items listed. Can other items be reflashed too?

All of the commonly used models (which are actually a lot less than 30) are listed, but if you ever receive something for processing that is not on the list, please let us know and we will evaluate it immediately. So far, this has not occurred except for training instruments (see below).
Just as a clarification, we don't "re-flash" or modify the existing memory device – it's integrity is retained, but the information is also held in our own "Interceptor" memory, so we prefer not to use that term.  Some are using the term "re-chipping" which is a little more accurate.  As you know, the process involves installation of our own proprietary "Interceptor" device which performs this function.

2)  There seems to be multiple colours - red, blue, green, grey, white.

Red - training only
Grey - from earlier models and cannot be reflashed
What about for DaVinci XI (white attachments)?  Can these be reflashed.

We cannot presently do Xi – this is a completely different technology and the S/Si market is currently much bigger for us.
WE CAN do training instruments (red) and will program them to the original number of uses for the model (for example 100).

With rare exceptions (such as the single-site instrument, which has very few users), the circuitry is the same for all models, and the maximum uses we can program is always the same as the original device (this is constrained by the robot itself).  Most commonly used instruments have 10 uses maximum, but this is not a constraint for us.

One of our customer has the following questions:

Customer would like to know
- the Reflash process details.

Attached is a one-page process summary.  Also, please refer them to our web page under "what we do":
http://rebotix-panama.com/what-we-do.html

- Is it a total rebuild of the Endowrist including validation of repair?

Yes, the repair process (which was fully validated and certified) includes full testing of the Endowrist prior to shipping.  Please refer to the attached summary.  The only thing we do not do is judge the quality of the tool at the distal end, i.e. sharpness.  Please see this topic below…

- Customer is also concerned regarding sterilization and cross contamination as her understanding is semi disposable with no more than 10 uses.  Endowrist guidelines indicate safe zone for cross contamination is no more than the recommended uses. After this time there is no guarantee against

contamination as an ultrasonic sterilization process is used.   What are you doing to safe guard against this?

Rebotix uses a cleaning and sterilization process which was fully validated and certified to all appropriate standards for bioburden and biocompatibility.  Attached is a very thorough independent review of these test results by the German notified body, DQS-MED, showing all of the standards applied.  Any suggestion that the our cleaning process is inadequate for this intended use has been disproven by exhaustive independent testing.

- Do you flush channels/braiding that may contain debris?

Yes, please see answer above.

- Customer also mentioned that some Endowrist become blunt after several uses and she will dispose of these if the count is above 7. If the surgeon complains prior to this she may send back to company for replacement as she has no avenue to have these items sharpened.   Are any items sharpened to ensure performance of Endowrist Repair/ Reflash for extended usages?

We can do sharpening, but currently do *not* do this as part of Panama processing.  You can certainly bundle this service in Australia if you choose to.  The hospitals in UK and EU use their existing contracted sharpening services for the tools at the distal end, there is really little difference in sharpening manual tools.  In the UK, there is actually a mobile service a van) that comes to the hospital.  I am surprised that they would dispose of them without doing normal sharpening, as they are quite expensive.


Hopefully you can supply answers to all the above questions.


Many thanks,

Karen Claughton
General Manager
sales@fibertech.com.au

Fibertech Medical Australia PTY LTD
Unit C1, Scoresby Ind. Park, Janine Street, Scoresby, VIC 3179
Phone: 03 9753 2301 / 1800 241 881
Fax:  03 9753 2303

