## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim<br>    Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim<br>    Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

## EXHIBIT INDEX TO INTUITIVE SURGICAL, INC.'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. RUSSELL LAMB

| Number | Title |
|:---:|:---:|
| 1 | July 26, 2021 Expert Report of Dr. Russell Lamb |
| 2 | October 19, 2021 Deposition transcript of Dr. Russell Lamb, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 3 | October 13, 2017 Businesswire press release, "TransEnterix Announces US 510(k) FDA Clearance for Senhance Surgical Robotic System" |
| 4 | July 23, 2015 Businesswire press release, "Medrobotics® Corporation Receives FDA Clearance to Market Flex® Robotic System" |