# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>   Plaintiff/Counterclaim<br>   Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>   Defendant/Counterclaim<br>   Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

## EXHIBIT INDEX TO INTUITIVE SURGICAL, INC.'S MOTION TO EXCLUDE THE OPINIONS OF DR. T. KIM PARNELL

| Number | Title |
|---|---|
| 1 | August 30, 2021 Expert Report of Dr. T. Kim Parnell |
| 2 | September 24, 2021 Deposition transcript of Dr. T. Kim Parnell, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 3 | May 24, 2021 Deposition transcript of Edward Harrich, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |