# Exhibit 2

Page 1

1            UNITED STATES DISTRICT COURT

             MIDDLE DISTRICT OF FLORIDA

2                  TAMPA DIVISION

3         Civil Case No. 8:20-cv-2274-T-33TGW

4    _____

5    REBOTIX REPAIR LLC,

6              Plaintiff,

7         vs.

8    INTUITIVE SURGICAL, INC.,

9              Defendant.

     _____

10

11

12

13         REMOTE VIDEOTAPED DEPOSITION OF

                 DR. T. KIM PARNELL

14

15

16         Friday, September 24, 2021

17              8:07 a.m. PST

18

19

20

21

22

23

24

25    Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 2

```
 1
 2
 3
 4
 5
 6              September 24, 2021
 7              8:07 a.m. PST
 8
 9
10        Remote videotaped deposition of
11    DR. T. KIM PARNELL, conducted at the location
12    of the witness in Sunnyvale, California,
13    pursuant to Agreement, before Michelle M.
14    Boudreaux-Phillips, a Registered Professional
15    Reporter in the State of Georgia.
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                    INDEX
 2                 EXAMINATIONS
 3
 4    By Mr. Ruby ................................. 6
 5
                   - - -
 6
                  EXHIBITS
 7
      Exhibit                         Page
 8
      Exhibit 1 ......................... 9
 9      Expert Report of Dr. T. Kim Parnell
10    Exhibit 2 ....................... 88
        PR3038 [REBOTIX134641, etc.]
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                 APPEARANCES
 2              (Via Veritext Virtual)
 3
 4   On behalf of the Plaintiff:
 5      ALEXANDER ERWIG, Esq.
        Dovel & Luner
 6      201 Santa Monica Boulevard
        Suite 600
 7      Santa Monica, California 90401
        310.656.7066
 8      alexander@dovel.com
 9
     On behalf of the Defendant:
10
        ALLEN RUBY, Esq.
11      Allen Ruby Law Offices
        15559 Union Avenue, Suite 138
12      Los Gatos, California 95032
        408.888.7087
13      allen@allenruby.com
14      WILLIAM DARIO, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
15      One Manhattan West
        New York, New York 10001-8602
16      212.735.3000
        william.dario@skadden.com
17
18   Videographer:  Alan Pokotilow
19   Concierge:  Brad Simms
20
21
22
23
24
25
```

Page 5

```
 1         THE VIDEOGRAPHER:  Good morning.  We're
 2    on the record.  The time is now -- actually,
 3    wait a minute, I apologize.  We're going to
 4    go off the record.
 5         (Off the record.)
 6         THE VIDEOGRAPHER:  Good morning.  The
 7    time is now 8:07 a.m.  Today's Friday,
 8    September 24th of 2021.  We're here today in
 9    the home office of T. Kim Parnell located in
10    Sunnyvale, California, for the video-recorded
11    deposition of T. Kim Parnell in the matter of
12    Rebotix Repair LLC versus Intuitive Surgical,
13    Incorporated, Case No. 8:20-CV-02274, to be
14    heard before the United States District
15    Court, Middle District of Florida, Tampa
16    Division.
17         I'm Alan Pokotilow, a forensic
18    videographer here today on behalf of Veritext
19    Legal Solutions.  Our court reporter today is
20    Michelle Boudreaux-Phillips, also here today
21    on behalf of Veritext Legal Solutions.
22         Will counsel please state your name and
23    affiliation for the record, after which our
24    court reporter will swear the witness and we
25    can proceed.
```

2 (Pages 2 - 5)

Dr. T. Kim Parnell                                    September 24, 2021

Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 6

1     MR. RUBY:  Excuse me.  My name is Allen
2  Ruby.  I represent Intuitive Surgical.
3     MR. DARIO:  William Dario for Intuitive
4  Surgical.
5     MR. ERWIG:  Alexander Erwig on behalf of
6  plaintiff, Rebotix Repair LLC.
7        DR. T. KIM PARNELL,
8  being first duly sworn, was examined and testified as
9  follows:
10        EXAMINATION
11  BY MR. RUBY:
12     Q   Dr. Parnell, as you heard a moment ago, my
13  name is Allen Ruby.  You and I haven't met before, have
14  we?
15     A   No.  I am having a little difficulty hearing
16  you, though, Mr. Ruby.  Your volume is low.
17        (Discussion off the written record.)
18     Q   (By Mr. Ruby)  How many times have you been
19  deposed in your career, approximately?
20     A   Approximately 20 times.
21     Q   Do you feel comfortable that you understand
22  the general rules of the road concerning depositions?
23     A   Yes, I do.
24     Q   Do you understand that if you can fairly
25  answer a question with a yes or no answer, you must do

Page 7

1  that?
2     A   Yes, I do.
3     Q   Will you try to do that in our -- the
4  proceedings today?
5     A   I always endeavor to answer fully, yes.
6     Q   It's important that we try not to talk over
7  each other.  If I inadvertently interrupt you before
8  you have completed an answer, will you point that out
9  to me so I can let you finish?
10     A   Yes.
11     Q   And if you happen to interrupt me before I
12  finish a question, when I point that out to you, will
13  you understand I'm not trying to give you a bad time?
14  I'm just trying to make sure the record of the
15  deposition is accurate.
16     A   Yes, sir.
17     Q   Can you think of any reason why you're unable
18  today to answer questions fully and accurately to the
19  best of your ability?
20     A   No.
21     Q   In addition to your approximately 20 times
22  having been deposed, approximately how many times have
23  you testified in a court?
24     A   Six times.
25     Q   And of the six times that you've testified in

Page 8

1  court -- well, strike that.
2        The six times you testified in court span
3  what period of years?
4     A   It would span roughly from -- from 1990
5  through 2020 -- or current year, sorry, I should say
6  2021.
7     Q   Is it fair to say that over approximately the
8  last 30-year period, you've testified about six times
9  in court?
10     A   Yes.
11     Q   How many of those six times testifying in
12  court involved testimony about medical devices?
13     A   I believe that the most recent one was
14  medical device-related and -- yeah, that's the one I
15  can recall for certain.
16     Q   And what is the name of that case, please?
17     A   Let's see.  It was versus Medtronic, and that
18  would have been 2019, I believe.
19     Q   Was Medtronic your client in that case?
20     A   No.
21     Q   Who was your client?
22     A   I was retained by the surgeon in that case.
23  We can pull up my CV, if you wish, to look for his
24  name.
25     Q   We'll do that in a minute.  And generally

Page 9

1  what kind of case was it?  That is, was it a patent
2  case, was it a personal injury case?  What's the
3  general category?
4     A   General category related to patent and
5  royalties, and my role was associated with patents and
6  the coverage of the patents for the devices in
7  question.
8     Q   How are we doing on my volume?  Are you able
9  to hear me okay?  I don't want to shout you out on the
10  other end.  I want you to be able to hear my questions.
11  Can I keep it about like this?  Does that work for you?
12     A   It's okay.  It's been a little better, yes.
13     Q   Okay.
14        MR. RUBY:  All right, Will, can we
15  provide, please, Dr. Parnell with the exhibit
16  copy of his report?
17        MR. DARIO:  Yeah, do you mind, Brad,
18  would you please introduce the Tab 1.
19        CONCIERGE:  Yes, I'll introduce and
20  screen share.
21        MR. DARIO:  Awesome.  Thank you.
22        CONCIERGE:  You're welcome.
23        (Exhibit 1 marked for identification.)
24     Q   (By Mr. Ruby)  Dr. Parnell, do you recognize
25  this exhibit as a copy of your report that you provided

3 (Pages 6 - 9)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 10

1   on behalf of Rebotix Repair LLC?
2       A   Yes.
3       Q   I'm going to be asking you questions about
4   your report. You're free to look at whatever portion
5   or portions of the report that you think you need to
6   look at to answer my question, but I'll always try to
7   give you some reference -- I'll usually try to give you
8   some reference to a particular page or paragraph to
9   focus my question, but, again, you're not limited in
10  any way to the amount of reading you want to do in
11  order to answer.  You understand?
12      A   Yes.
13      Q   Would you please look at your summary of
14  prior engagements included in your report and retrieve
15  the name of the case where you testified around 2019
16  against Medtronic?
17      A   Yes.  Just a moment.
18      MR. DARIO:  Brad, could you please
19  scroll to the -- it's towards the end of the
20  report.  I think it starts on page 118.  Do
21  you want to scroll to page 125?  I see
22  there's -- Medtronic is referenced there.
23      THE WITNESS:  Yeah, these are too early.
24  Have to come back.  Okay.  Let me -- let
25  me -- let me go to my copy here to pull this

Page 11

1   up.
2       All right, the case is Rick C. Sasso,
3   MD, and SEE LLC versus Warsaw Orthopedic,
4   Medtronic, Inc., Medtronic Sofamor Danek.
5       Q   (By Mr. Ruby)  Is that the one that you've
6   indicated in your report you testified in a patent
7   trial around November of 2018?
8       A   Yes.  As I said, it was related to royalties
9   on patents, and my role in it was associated with the
10  patents and the coverage of the patents.
11      Q   Have you ever testified in court about the
12  safety or lack of safety of a medical device?
13      A   Some of my cases are forensic in nature,
14  looking at failures of devices and that kind of thing.
15  Right off, I don't recall if those -- if any of those
16  were trials.
17      Q   Well, you have a section of your report where
18  the subheading is "Trials & IPRs."  Isn't that right?
19      A   Yes.
20      Q   All right.  What is an IPR?
21      A   A inter partes test associated with a -- with
22  a patent, with validity of a patent.
23      Q   The IPR work involves your preparing and
24  submitting written work called declarations, among
25  other things; is that right?

Page 12

1       A   Yes.
2       Q   Now, your "Trials & IPRs" was intended by
3   you, was it not, to set out the cases where you have
4   actually testified in court?
5       A   Or where IPR declarations were submitted.
6       Q   All right.  And I'll get to the other
7   features of your disclosure of prior work, but in the
8   "Trials & IPR" sections -- it's a -- it's a list that
9   spans part of two pages -- can you look at it, please,
10  and tell me if in any of those cases that you've listed
11  under "Trials & IPRs," you testified in court about the
12  safety of medical devices?
13      A   Just scanning right now, I do not believe
14  there are any that are listed here.
15      Q   Have you ever been retained as a witness in
16  any case where you were asked to give opinions about
17  the safety of medical devices before this one?
18      A   Yes, I have.
19      Q   And what case or cases before now where you
20  testified to give opinions about the safety of medical
21  devices?
22      A   I put into this aspects of forensic
23  investigation associated with medical devices, also.
24  For example, KV Inc. versus HeartStitch.  These were
25  specific medical device components and their

Page 13

1   conformance and quality aspects were there.
2       I'm looking here at others.  As I mentioned,
3   failure of medical devices, Michelle Volk [phonetic]
4   versus Stryker Medical was a microcatheter failure
5   case. Wittenbauer [phonetic] versus Zoll Medical was
6   associated with malfunction and/or performance of an
7   AED, an automated external defibrillator.
8       Julie Hall versus Torax Medical, Ethicon,
9   Johnson & Johnson was a personal injury product
10  liability associated with a specific medical device for
11  gastric reflux disease.
12      McIntosh versus EVMS Academic Physicians and
13  Surgeons Health Services, Cook Medical, Covidien
14  Holding.  This was associated with a percutaneous
15  tracheostomy tube.  Disc Disease Solutions versus VGH
16  Solutions, medical device associated with back pain
17  management.
18      Fulfillium Inc. versus ReShape Medical,
19  ReShape Life Sciences, this was patent-related, but
20  medical devices for weight control.
21      Q   Well, in that case, were you asked to develop
22  opinions on the safety of the medical device in a
23  patent case?
24      A   No.  That one was more focused on
25  infringement of the patents, patent coverage for the

4 (Pages 10 - 13)

Dr. T. Kim Parnell                                                September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 14

1    devices and how the device performed.
2        Q   Is it a fair statement that over the past 30
3    years, you can recollect less than 10 cases where you
4    were engaged to opine about the safety of a medical
5    device?
6        A   Maybe of that order.  I mean, as you can see,
7    a number of my cases are medical device-related and
8    they go in different directions.  Some are associated
9    with failures and performance-related items, and some
10   are in the patent category.
11       Q   Have you ever been engaged to provide
12   opinions in connection with a device used for minimally
13   invasive surgery before this one?
14       A   One that I can recall was associated with a
15   device that is part of minimally invasive
16   [indiscernible].
17       Q   And what's the name of that case?
18       A   It was not a litigation case.  It was
19   associated with cannulas and was associated with
20   failure -- failure or damage, manufacturing issues
21   associated with cannulas.
22       Q   And when was the -- when was -- let's call it
23   the cannula case that you were asked to consult on?
24       A   I don't recall.  It was quite a few years
25   back.  It was, I'm going to say roughly -- roughly

Page 15

1    speaking, 2010, maybe.
2        Q   Do you consider yourself an expert in the
3    instruments used in minimally invasive surgery?
4            MR. ERWIG:  Objection to form.
5            THE WITNESS:  I do have a very broad and
6        extensive mechanical engineering background,
7        PhD, Stamford PhD, in mechanical engineering,
8        and well over 30 years of experience that
9        covers a range of products, including
10       minimally invasive surgeries, implantable
11       medical devices, and others.  I believe that
12       I do have strong experience in these areas
13       and for devices of this type.
14       Q   (By Mr. Ruby) So the answer is yes, you
15   consider yourself an expert in the minimally invasive
16   surgical instruments, right?
17           MR. ERWIG:  Objection to form and asked
18       and answered.
19           THE WITNESS:  I consider it to be a part
20       of my experience that covers a wide range of
21       medical devices, medical equipment, surgical
22       tools.
23       Q   (By Mr. Ruby) So you consider -- strike
24   that.
25           Isn't it true, then, you consider yourself an

Page 16

1    expert in the tools that are used in minimally invasive
2    surgery?
3            MR. ERWIG:  Objection to form and asked
4        and answered.
5            THE WITNESS:  I do include that as a
6        part of my mechanical engineering background
7        and experience.  It's one portion where I do
8        have substantial experience.
9        Q   (By Mr. Ruby)  As part of your experience in
10   minimally invasive surgery, you made reference to a
11   case which was not a litigation matter, but it was some
12   other kind of consulting arrangement involving
13   cannulas; is that right?
14       A   Yes.
15       Q   When was it?
16       A   As I mentioned, I think it was roughly around
17   2010.
18       Q   What other engagements, professional
19   engagements, have you had which you believe involve
20   instruments used in minimally invasive surgery?
21       A   There are a number of cases that involve
22   various portions there that are related.  Some of the
23   spinal surgical tools that I have dealt with.  I've
24   mentioned implantable medical devices for aspects of
25   that sort.  Those all fall under that big umbrella of

Page 17

1    medical devices.
2        Q   Do you consider that you have worked on
3    spinal surgery cases involving minimally invasive
4    surgery?
5        A   I'm just listing that as a part of my medical
6    device experience.  I mean, it's not -- it's not in
7    the -- in the same area, but it's related where I've
8    had to understand and get into the aspects of the tools
9    and equipment and how they're utilized.
10       Q   Well, I'm trying to limit my questions for
11   now to minimally invasive surgery.  Do you understand
12   generally what minimally invasive surgery is?
13       A   I think so, but if you'd like to further
14   define it.
15       Q   I'm interested in your definition, in your
16   understanding.  What do you consider minimally invasive
17   surgery to be?
18       A   Well, minimally invasive surgery as in the
19   context of the tools and devices that we're talking
20   about here can be things where there is small access to
21   internal organs that manipulations are done through --
22   through graspers and tools of various sorts.  The
23   EndoWrist is one type, but there are also -- there are
24   also more manually utilized tools, laparoscopic tools
25   that are used.  Laparoscopic-type procedures would fall

5 (Pages 14 - 17)

Dr. T. Kim Parnell                                           September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 18

1  into this category.
2      Q   Is it your testimony that you have been
3  engaged professionally in cases involving minimally
4  invasive spinal surgery?
5      A   No.  I just listed spinal surgery as one type
6  of device, one type of surgical application.
7      Q   Is it your testimony that you have been
8  engaged professionally in a case or cases involving
9  implantable devices and minimally invasive surgery?
10     MR. ERWIG:  Objection to form.
11     THE WITNESS:  Again, I am just using
12     implantable cardiovascular devices and other
13     types of devices of that sort and procedures
14     associated just to show my -- my experience
15     in this field.
16     Q   (By Mr. Ruby)  You identified a prior
17 engagement involving cannulas as being part of your
18 experience in minimally invasive surgery.  Have you had
19 any other professional engagements where you were hired
20 to develop opinions regarding instruments used in
21 minimally invasive surgery?
22     A   I do not believe so, beyond the types of
23 applications that I've described here and that my CV is
24 a complete listing of the engagements that I've had.
25     Q   Have you been engaged professionally to

Page 19

1  develop opinions in respect to instruments used for
2  laparoscopic surgery?
3      A   I do not believe so, beyond what's listed on
4  my CV.
5      Q   Well, please direct our attention to anything
6  listed on your CV that represents a professional
7  engagement where you were hired to develop opinions
8  regarding instruments used in laparoscopic surgery.  In
9  other words, you're free to look at your report.
10 That's why we had it marked.  And if it will help you
11 in recalling things to look at your list of
12 engagements, you're free to do that.
13     A   What I draw on in an engagement like this is
14 really the breadth and depth of experience that I have.
15 Sometimes those things have to be pulled together, but
16 I have strong mechanical engineering experience in
17 terms of materials and mechanisms and that sort of
18 thing.  I have taught college-level courses related to
19 design and manufacturing of materials.  So these are
20 all the experiences that I draw upon in terms of an
21 engagement or an assignment.
22     Q   I'm asking a little bit different question.
23 The question is whether you have ever been engaged
24 professionally to provide opinions regarding
25 instruments used in minimally invasive surgery.  Excuse

Page 20

1  me.  Let me start over again.  I misspoke.
2      Have you ever been engaged professionally to
3  provide opinions respecting instruments used in
4  laparoscopic surgery?
5      A   As I said, whenever I get an engagement, I
6  draw on the experience that I have and, of course, I
7  also research and try to become more knowledgeable.  I
8  often get into new areas, and they involve applying
9  really fundamentals associated with materials and
10 mechanisms and design.
11     As I sit here today, I don't recall others
12 that have dealt specifically with these types of
13 laparoscopic devices, but certainly I've had a broad
14 range of medical device experience that is relevant and
15 related.
16     Q   Identify, please, the case where you have
17 been engaged that -- for an assignment which you think
18 is closest in terms of your knowledge of medical
19 devices to the Rebotix Repair versus Intuitive case.
20     MR. ERWIG:  Objection to form.
21     Q   (By Mr. Ruby)  You told us that you have no
22 prior cases involving laparoscopic surgery.  Is there a
23 case that you can point to on your CV that you think is
24 closest to the issues that are presented to you in this
25 engagement?

Page 21

1      MR. ERWIG:  Same objection.
2      THE WITNESS:  I wouldn't point to any
3      single case, but it's, you know, the sum and
4      breadth of my experience and the fundamentals
5      that are involved.  That's what I bring to an
6      engagement.
7      Q   (By Mr. Ruby)  When were you retained in the
8  case of Rebotix Repair LLC versus Intuitive Surgical,
9  Inc.?
10     A   I believe it was July 2021.
11     Q   And what are the financial terms of your
12 engagement?
13     A   I'm compensated on an hourly basis for the
14 time that I spend in consulting on the case in terms of
15 report preparation, in terms of deposition or trial
16 testimony.
17     Q   Is your hourly rate the same for all of the
18 different functions that you might perform in this
19 case?
20     A   Yes, it is.
21     Q   And as part of your engagement for Rebotix,
22 do you keep track of the time that you spend on the
23 case for billing purposes and perhaps other purposes?
24     A   Yes, I do.  I have to track the time that I
25 spend for purposes of invoicing on the case.

6 (Pages 18 - 21)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 22

1    Q   Since your retention in July, approximately
2    how many hours have you spent working on this
3    assignment?
4    A   Although I've not billed the most recent
5    time, I think it's less than a hundred hours.  Or let
6    me see.  Let me take that back.
7        I think it's less than 200 hours.
8    Q   At any time in your professional life before
9    this engagement, have you had occasion to become
10   familiar with any products manufactured by Intuitive
11   Surgical, Inc.?
12   A   I've been to technical presentations,
13   professional demonstrations, that sort of thing, that
14   have involved Intuitive Surgical components or
15   presentations by staff members there, reading technical
16   publications, medical-related publications.  Those are
17   the avenues.
18   Q   Presentations by whom?
19   A   I don't remember a specific person, but I can
20   recall some -- some presentations that were done by
21   Intuitive Surgical's staff on the da Vinci system and
22   some of its capabilities.
23   Q   Well, how many such presentations by what you
24   say are Intuitive staff have you attended?
25   A   Just trying to think back, I believe it would

Page 23

1    be two.
2    Q   And how did you come to attend these
3    presentations; that is, were you invited, was it open
4    to the public?  You tell us.  Why were you there?
5    A   Generally associated with professional
6    organizations, I'm a fellow of ASME and senior member
7    of IEEE, and both of those organizations have
8    activities where there are invited speakers in some
9    cases or particular sessions that are established
10   around a given topic.  That's what I recall here.  It
11   was a -- it was a professional society type of
12   presentation.
13   Q   When?
14   A   I don't -- I don't have specific dates.
15   Certainly some number of years back, though.  Probably
16   in the 2010 to -- 2010 to 2015 kind of time frame.
17   Q   Did you learn anything at these presentations
18   which has formed -- has played any part in the opinions
19   you're prepared to offer in this case?
20       MR. ERWIG:  Objection to form.
21       THE WITNESS:  I would put it into
22   general background information and general
23   understanding.
24   Q   (By Mr. Ruby)  Well, if you learned something
25   at these presentations which you think played a part in

Page 24

1    any of your opinions in this case, then I need to ask
2    you about the presentations.  If you say you learned
3    general information that really didn't play any part in
4    the specific opinions in this case, then I can move on.
5    But you're the witness.
6        Let me ask the question again.  Did you learn
7    anything at these presentations that you think played a
8    part in any opinion you're prepared to offer in this
9    case?
10   A   I do not believe they played a part in any of
11   my opinions in this case.  Again, I just put it into
12   the category of general background information.
13   Q   You worked for a time for a company called
14   Exponent, did you?
15   A   Yes, that's correct.
16   Q   And Exponent has once or maybe more than once
17   changed its name.  Will you understand that if I say
18   "Exponent," I mean Exponent or that same company under
19   whatever name it was using at a given time?  Okay?  Is
20   that understandable to you?
21   A   Yes.  When I started there in 1986, it was
22   Failure Analysis Associates, and after going public in
23   1990, as the failure group, Exponent as a name change
24   in the early 1990s, I believe, and has been its name
25   ever since.  You're correct there.

Page 25

1    Q   At any time that you were working for
2    Exponent or Exponent under another name, was Intuitive
3    Surgical a client of your employer?
4    A   I don't recall.  I don't -- not any cases
5    that I was involved in directly that I can recall.
6    Q   Well, were there any cases that you were
7    involved in indirectly while you worked for Exponent
8    where Intuitive was a client of your employer?
9    A   Again, not to the best of my knowledge.  I
10   was at Exponent as a senior managing engineer through
11   1999, so it's over 20-some-odd years ago.  I don't
12   recall any, though, that fall into that category.
13   Q   Before the present engagement, your present
14   engagement by Rebotix, have you had occasion in your
15   professional life to study any aspect of what you
16   consider to be robotic surgery?
17   A   Through, again, reading and general knowledge
18   and background in the field of medical devices and
19   medical equipment and then, more generally, still into
20   aspects that are a part of these issues, materials,
21   kinematics, mechanisms, that kind of thing, those are
22   the areas that I would point to.
23   Q   Well, is it fair to say that before your --
24   this current engagement that brings us here today, your
25   only professional exposure to what you consider to be a

7 (Pages 22 - 25)

Dr. T. Kim Parnell                                           September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 26

1  robotics surgery came from your staying current in your
2  field by reading, perhaps accessing electronic media
3  that was available generally to people in your field
4  about robotic surgery?
5        MR. ERWIG:  Objection to form.
6        THE WITNESS:  I would say it's that.
7    It's certainly more than casual since I am
8    active in the medical device, medical
9    equipment, medical instrumentation space.  So
10   these are areas that I do actively follow.
11   Q   (By Mr. Ruby)  Well, when you follow the area
12  of what you call robotic-assisted surgery, you follow
13  by way of reading technical publications; is that true?
14   A   Yes, that's true.  That's one way.
15   Q   And is that way available to members of the
16  public?
17   A   Certainly if they choose to pursue it.  You
18  know, things that I do also are more active ways or
19  more in-depth ways of following through, subscribing to
20  medical device-related publications, and being active
21  in the literature.
22   Q   Well, do you consider yourself an expert in
23  robotic-assisted surgery?
24        MR. ERWIG:  Objection, form.
25        THE WITNESS:  I consider myself an

Page 27

1    expert in the medical technologies and --
2    medical device technologies and the areas
3    that are fundamental to it.  I do have, as
4    I've explained, a large -- a large background
5    in terms of consulting and university
6    teaching that are all relevant to this
7    field.
8    Q   (By Mr. Ruby)  Do you consider yourself an
9  expert in all aspects of medical device technology?
10   A   I have a broad fundamental knowledge and
11  understanding of the technologies and the underlying
12  bases that are there, and I have to pull on that
13  information, draw on that knowledge when I get into any
14  new case or new investigation.
15   Q   Well, remember, you agreed and you understand
16  you need to answer questions yes or no if they can
17  fairly be answered yes or no.  So with that in mind,
18  can you tell me, please, yes or no, whether you
19  consider yourself an expert in all aspects of medical
20  device technology?
21        MR. ERWIG:  Objection to form with
22    respect to "all aspects."
23        THE WITNESS:  I do have substantial
24    experience that cuts across and applies to a
25    number of different device categories,

Page 28

1    instrumentation categories, and certainly
2    more in some areas than others, but I do have
3    a depth of experience in these areas that I
4    bring.
5    Q   (By Mr. Ruby)  Well, do you consider
6  yourself, yes or no, an expert in the technology of
7  robotic-assisted surgery?
8        MR. ERWIG:  Objection to form and asked
9    and answered.
10        THE WITNESS:  For purposes of this case
11    and the issues that I've been asked to
12    address, I believe I do have substantial
13    expertise here that I bring.
14   Q   (By Mr. Ruby)  When did you first become an
15  expert in the technology of robotic-assisted surgery?
16   A   I wouldn't try to draw a -- draw a bright
17  line at any one time.  It's always an ongoing process.
18  It's one that -- it's experience and expertise that
19  I've developed over a number of years and certainly
20  continue to develop.
21   Q   Well, in your best estimate, when did your
22  accumulated knowledge and experience qualify you, in
23  your judgment, as an expert in robotic-assisted
24  surgery?  Was it last night?  Was it a year ago?  Was
25  it 10 years ago?  You tell us.

Page 29

1        MR. ERWIG:  Objection to form.
2        THE WITNESS:  I don't know how to put a
3    specific date on it.  As I said, it's -- for
4    me, it's an ongoing process.  Each new
5    engagement certainly offers some opportunity
6    to learn and explore new things, but it's --
7    it's over a number of years that I developed
8    my expertise.
9    Q   (By Mr. Ruby)  Well, when you were -- strike
10  that.
11        When you agreed to serve as an expert witness
12  for Rebotix Repair, at the time you made that
13  agreement, did you consider yourself to be an expert in
14  the technology of robotic-assisted surgery?
15        MR. ERWIG:  Objection, form.
16        THE WITNESS:  I considered myself to be
17    an expert in the issues that were described
18    to me that I was asked to look at and
19    investigate.  Certainly, I supplemented and
20    gained more after that time through visiting
21    Rebotix and going through the laboratory and
22    the procedures that they utilize.
23        So it's always an -- it's an ongoing
24    process, certainly.
25   Q   (By Mr. Ruby)  Have you ever been in the same

8 (Pages 26 - 29)

Dr. T. Kim Parnell                                        September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 30

1    room with a da Vinci surgical system?
2        A   Yes.
3        Q   When was that?
4        A   Again, one of the presentations that I
5    mentioned previously, there was a demonstration or unit
6    that was there at this presentation.
7        Q   Have you ever observed a surgery that was
8    being accomplished with the aid of a da Vinci surgical
9    system?
10       A   Through video recordings and things of that
11   sort to illustrate the steps, illustrate processes,
12   those I've seen.
13       Q   When were you first exposed to a video that
14   you say showed a surgery being carried out with a da
15   Vinci surgical system?
16       A   Again, a specific date, I don't have recall.
17   Probably sometime after 2012, 2015, something after
18   that time.
19       Q   How many different surgeries do you say you
20   have observed either personally or electronically that
21   were carried out with the da Vinci surgical system?
22       A   I would estimate probably less than 10.
23       Q   What kinds of surgeries have you observed
24   that were being carried out with the da Vinci surgical
25   system?

Page 31

1        A   As I sit here today, I don't think I can give
2    you specific types at -- for any specific ones, but
3    they were some of the -- some of the typical types of
4    surgical procedures that are applied.
5        Q   Have you ever published about the da Vinci
6    surgical system?
7        A   No, I've not published in that category.
8        Q   Have you ever taught in the substance of the
9    robotic-assisted surgery?
10       A   No, not specifically on robotic-assisted
11   surgery.
12       Q   You said that in this deposition, you're in
13   Sunnyvale, California.  Headquarters to da Vinci are in
14   Sunnyvale, California.  Over the years, have you ever
15   visited the laboratories or offices or premises of
16   Intuitive Surgical?
17       A   I believe that I have.  I don't recall
18   specific details now, but I've certainly had
19   colleagues, former students that have worked at
20   Intuitive Surgical.  So I've had various interactions,
21   but I believe that I have been to their office at
22   least.  Nothing deeper than that, though.
23       Q   You don't know when?
24       A   No.  It would have been quite a number of
25   years ago, though.

Page 32

1        Q   Now, you say that you have spoken to people
2    who were employed by Intuitive Surgical; is that right?
3        A   I've known people who have been employed by
4    Intuitive Surgical, yes.
5        Q   Well, have you ever talked to any Intuitive
6    Surgical employees at a time when you knew or
7    understood that you were talking to somebody who worked
8    for that company?
9        A   Yes, when -- there were times that I talked
10   to them and they were currently employed by Intuitive
11   Surgical at that time.
12       Q   Did you learn anything in any of those
13   conversations that played a part in any opinions that
14   you intend to offer in this case?
15       A   No.
16       Q   Would you look, please, at page 91 of your
17   report?  And I'm not using Bates numbers.  It's the
18   internal number, page number, and it's 91, if you
19   please.
20           MR. DARIO:  Brad, would you mind pulling
21       that back up on the screen and just going to
22       page 91.
23       Q   (By Mr. Ruby)  Can you see that, Dr. Parnell?
24       A   Yes, I can.
25       Q   All right.  And is this a list of various

Page 33

1    EndoWrist instruments manufactured by Intuitive
2    Surgical?
3        A   Yes, there's a column of -- labeled
4    "EndoWrist" at the top and there's specific types of
5    EndoWrists down that column that are listed.
6        Q   And is it your understanding that Rebotix, to
7    use your term, repaired each of those different types
8    of EndoWrists?
9        A   It is my understanding that Rebotix has
10   procedures associated with repairs of each of these
11   various types of EndoWrists, yes.
12       Q   Well, is part of your opinions that Rebotix
13   has actually, in the real world, repaired, to use your
14   term, each of the types of EndoWrist instruments which
15   you've listed on your Table 1?
16           MR. ERWIG:  Objection to form.
17           THE WITNESS:  I do not have information
18       on quantities or volumes associated with each
19       one here, but what I was stating was that
20       there was -- there were procedures that were
21       developed for each one.  You know, a
22       particular instrument that would be repaired
23       would depend on a hospital or a medical
24       organization and what they sent to Rebotix
25       and requested repair of.

9 (Pages 30 - 33)

Dr. T. Kim Parnell                                September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 34

1    Q   (By Mr. Ruby)  You've said that you believe
2  that Rebotix had procedures describing how to, to use
3  your term, repair each of these instruments, right?
4    A   Yes, that is correct.
5    Q   Now, I'm trying to understand something a
6  little different, whether it's part of your opinion --
7  and maybe it is, maybe it isn't; I just need to know --
8  whether you're saying that it's part of your opinion
9  that Rebotix repaired at least once each of the items
10  that you've listed in your Table 1.  In other words,
11  you said they had a plan to do it, I understand.  Now,
12  as far as you know and opine, has -- have those plans
13  been utilized to repair at least once each item on this
14  list?
15       MR. ERWIG:  Objection, form.
16       THE WITNESS:  I'm unsure in that regard.
17  I don't recall seeing quantities associated
18  with each item, repair quantities associated
19  with each item.
20    Q   (By Mr. Ruby)  So if we take a particular
21  item that you've listed here, let's go to the fifth
22  item down, which is "Long Tip Forceps."  Do you see
23  that?
24    A   Yes.
25    Q   You are not able to say, sitting here today,

Page 35

1  whether at any time Rebotix has actually repaired,
2  using your term, a long tip forceps, right?
3       MR. ERWIG:  Objection to form.
4       THE WITNESS:  As I said, I've not seen
5  quantities associated with each of these
6  types.  I have included in my report examples
7  of several different types of EndoWrists that
8  I did inspect during my visit to Rebotix in
9  St. Petersburg, Florida, and looked at in
10  some detail.
11    Q   (By Mr. Ruby)  Dr. Parnell, this is a yes or
12  no question.  Are you able to say, based on your work
13  on this case, whether or not Rebotix has ever, using
14  your term, repaired a long tip forceps?
15    A   Since I don't have a listing of quantities, I
16  can't say for certain one way or the other if that
17  particular type of EndoWrist has been repaired by
18  Rebotix.  Again, in my report, I did list several ones
19  that I did observe and that I inspected.
20    Q   Which items listed, which EndoWrist product
21  in your Table 1, can you say that Rebotix actually, in
22  your term, repaired at least one of them?
23       MR. ERWIG:  Objection to form.
24       THE WITNESS:  I can show you in my
25  report some of the ones that I observed on my

Page 36

1  inspection trip.  One is listed on page 22 of
2  my report.  The PK dissecting forceps, that
3  is one.
4    Q   (By Mr. Ruby)  Any others?
5    A   Page 18 of my report shows four different
6  EndoWrists that are there.  And then also page 25 of my
7  report.  So there are several that I observed
8  personally, but I did not -- I did not request a
9  listing or inventory of the ones that have been
10  repaired.
11    Q   Have you finished your answer?
12    A   Yes, I believe so.
13       MR. RUBY:  All right, let's take a
14  break.  Why don't we take about a 12-minute
15  break and come back California time 25
16  minutes to 10.  Is that agreeable with
17  everybody?  Hearing no opposition, we'll be
18  in recess.  Thank you.
19       THE VIDEOGRAPHER:  The time is now 9:23
20  a.m.  We're going off the record.
21       (Recess taken.)
22       THE VIDEOGRAPHER:  The time is now 9:35
23  a.m.  We're back on the record.  This is the
24  beginning of Media Unit 2.  Please
25  continue.

Page 37

1    Q   (By Mr. Ruby)  Dr. Parnell, of the items
2  you've listed on page 91 of your report in your Table
3  1, which, if any, of those items have you ever held in
4  your hands?
5    A   Of the list here, the table, I would estimate
6  probably five or six different ones associated with
7  scissors, forceps, graspers, needle drivers, that kind
8  of thing.  I have held some of the cauterizing devices,
9  bipolar devices.  Probably about six different ones, I
10  would say.
11    Q   Can you identify more specifically than you
12  just did any of the approximately six items on this
13  list that you've actually held in your hands?
14    A   I can identify some of them, maybe not all.
15  The PK dissecting forceps, Maryland bipolar forceps, I
16  believe.  The Potts scissors.  These are some of the
17  ones that I recall.
18    Q   Is it true that whatever particular
19  instruments you've held in your hands, this holding all
20  took place on your visit around August 10th to a
21  Rebotix facility in St. Petersburg, Florida?
22    A   Yes, that's correct.  While I was at the
23  Rebotix facility, it was my opportunity to see and
24  inspect devices.
25    Q   And you were there one time -- we'll talk

10 (Pages 34 - 37)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 38

1  about this a little more later, but you were there one
2  time; is that right?
3      A   Yes, I have made one visit to Rebotix.
4      Q   Have you ever in your whole life seen any of
5  the EndoWrist instruments that are listed in your Table
6  1 when they were connected to the da Vinci surgical
7  system and being deployed in some manner where they
8  were being manipulated or moving?
9      A   Again, through, as I mentioned, some of the
10  videos that I've seen of procedures, there have been
11  particular EndoWrists involved in those different
12  procedures.
13      Q   Tell me what they were, please.
14      A   Can you explain there what you're asking?
15      Q   Yeah.  There's -- we have a list and that --
16  you've said, I think, that on some unidentified videos,
17  you think you saw some of them.  Please identify them.
18  You know, I saw No. 6 in a video, and I'll ask you some
19  more questions about how long it was and so on.  So
20  does that clarify my question for you?
21      A   A bit.  I'm not sure if I can point to
22  specific ones of a given device.  I do recall the
23  Maryland bipolar forceps.  But, you know, typically of
24  the things I saw were just parts of a procedure, so
25  there would have been several different devices

Page 39

1  utilized at different points in time.
2      Q   Well, can you say of everything -- all the
3  items listed on this list in your Table 1, can you
4  identify any one of them, even one of them, that you
5  know you have seen maybe by video or some other way
6  when it was connected to the da Vinci system and being
7  moved around and manipulated and so forth?
8      A   One that I recall is the 420172, the Maryland
9  bipolar forceps.
10      Q   Okay.  And when did you see that in service?
11      A   It was through some of the videos that I
12  reviewed associated with this case, as I recall.
13      Q   Which other of the listed EndoWrist devices
14  did you ever, in your whole life, see by video or some
15  or some other way when it was connected to the da Vinci
16  system and was being moved or manipulated through that
17  connection?
18      A   I'm afraid I don't recall specific ones from
19  videos.  Sometimes it's not even shown clearly of the
20  type that's there, but different ones.  Their mounting
21  system is very consistent between the different
22  EndoWrist devices and the actuations.  So at the -- at
23  the mounting end of the -- to the da Vinci robot,
24  there's a lot of consistency.  There's a tool end where
25  things are -- more where things are different, and some

Page 40

1  of the devices that have a bipolar electrical type of
2  connection, that's a portion of it.
3      Q   Did you finish your answer?
4      A   Yes.
5      Q   So the truth is that of this list of however
6  many EndoWrist instruments that you put in your report
7  at Table 1, you can say that you did see a video of the
8  Maryland bipolar forceps when the -- this instrument
9  was connected to the da Vinci system, but other than
10  that, you can't identify any more, even one more,
11  particular instrument that you've seen live or a video
12  or some other way when it was connected to the system;
13  is that true?
14      A   Well, I wasn't trying to make a list or
15  endeavor to make a list of ones that I had seen in
16  videos.  So, yeah, that's true.  I can't sit here today
17  and give you a list.  I can tell you that I saw several
18  different types of EndoWrists being mounted and
19  utilized.
20      Q   This is on your visit on August 10th; is that
21  right?
22      A   No.  I mean, I saw a variety of EndoWrists on
23  my visit not being mounted.  I think you were asking
24  about in terms of videos that I had seen of surgical
25  procedures.  That's what I was referencing here.

Page 41

1      Q   And the videos you've seen of surgical
2  procedures, these are the videos, you can't remember
3  when it was or where it was or the circumstances, but
4  you saw some videos at some point in your life of a da
5  Vinci surgery or maybe more than one surgery; is that
6  fair?
7      A   No, much more than that.  And a number of
8  videos that are referenced in production documents in
9  this case or in -- as deposition exhibits by others.
10  There are a number of videos in different places there.
11  Dr. Howe includes some video exhibits.
12      Q   And you watched all those videos?
13      A   Yes.
14      Q   All the videos that were exhibits to somebody
15  else's deposition, you watched all those, did you?
16      A   Yes, I endeavored to go through and examine
17  all the exhibits and production documents.
18      Q   And I just want to make sure I understand
19  this.  And of all this viewing that you've described,
20  you can be sure that you saw some video of -- that
21  included the Maryland bipolar forceps, but beyond that,
22  you can't tell us what else specifically you saw in
23  process or in operation; is that true?
24      A   I don't recall other specific ones, and in
25  some cases, you don't really even have a good view of

11 (Pages 38 - 41)

Dr. T. Kim Parnell                                      September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 42

1  the mounting or the type of device is specifically
2  identified.  But there were a variety of different
3  devices you would utilize for different parts of a
4  procedure.
5      Q   Now, do each of the EndoWrist instruments
6  which are listed on your Table 1 have at least one,
7  maybe more, counterpart instruments in the field of
8  laparoscopic surgery?
9          MR. ERWIG:  Objection to form.
10         THE WITNESS:  Can you rephrase your
11     question?
12     Q   (By Mr. Ruby)  You don't understand my
13 question?
14     A   I'm not sure I understand it.
15     Q   Well, do you have any understanding as to
16 whether if -- let's take the first item on the list,
17 the Potts scissors.  The Potts scissors is the name of
18 the part that's listed here that's given to an
19 instrument manufactured by Intuitive Surgical; isn't
20 that right?
21     A   Yes.
22     Q   All right.  When a surgeon --
23         (Interruption in the proceedings.)
24         MR. RUBY:  Sorry for the interruption.
25     Q   (By Mr. Ruby)  When a surgeon is performing

Page 43

1  what you call elsewhere in your report a traditional
2  laparoscopic surgery, does she have an instrument which
3  corresponds to the functions of a Potts scissors?
4      A   I believe that most, if not all, have
5  corresponding instruments that are used in different
6  ways, either in endoscopic surgery or in more
7  traditional types of surgery.  I mean, that's how these
8  devices were developed, to be able to -- be able to
9  produce or go through similar surgical procedures, go
10 through the same surgical procedures.
11     Q   What is the name or what are the names, if
12 there's more than one, of the instruments used in
13 laparoscopic surgery or traditional endoscopic surgery
14 which correspond in function to the Potts scissors?
15         MR. ERWIG:  Objection to form.
16         THE WITNESS:  Well, the scissors
17     generally are associated with cutting tissue
18     or making cuts of some sort, so there are
19     other similar devices that are utilized for
20     cutting.
21     Q   (By Mr. Ruby)  Yes, and I'm asking you as an
22 expert, what do surgeons call these other similar
23 parts?  Or if you want to use scissors as an example,
24 that's fine, when the surgeon doing a laparoscopy or an
25 endoscopy wants something that cuts like a scissors,

Page 44

1  does she ask for -- I'm making a name up -- a Smith
2  scissors or O'Riley such-and-such instrument?  That's
3  what I want to know.  You're an expert.  What do they
4  call these things?
5          MR. ERWIG:  Objection to form.
6          THE WITNESS:  I don't have all the
7      corresponding ones that are utilized.  I
8      mean, my focus here was really on the
9      Intuitive Surgical EndoWrist devices and how
10     they are made, how they are utilized, and how
11     they're repaired.  So I was really focusing
12     on the items that are on this list that are
13     part of the EndoWrist.
14     Q   (By Mr. Ruby)  Well, Dr. Parnell, isn't it
15 true that, in fact, your report repeatedly purports to
16 compare various features of the -- of EndoWrist
17 instruments, including safety, with what you describe
18 as traditional laparoscopic or endoscopic instruments?
19     A   I do have some discussion in my report in
20 terms of comparison, similarities and that sort of
21 thing, that are there, for example, page 7 of my
22 report.
23     Q   Okay.  What I'm trying to understand is what
24 you know, if anything, about what you describe in your
25 report as traditional laparoscopic instruments or

Page 45

1  traditional endoscopic instruments.  So with that in
2  mind, can you tell me what name is used by surgeons who
3  are doing the laparoscopies or endoscopies when they
4  want an instrument that will perform the same functions
5  as what Intuitive calls a Potts scissors?
6          MR. ERWIG:  Objection to form.
7      Q   (By Mr. Ruby)  Do you understand the
8  question?
9      A   My understanding is that these are commonly
10 known, commonly recognized names for different types of
11 devices, and that's why they're utilized in this
12 regard.  And so in page 7 of my report, when I'm
13 talking about some of the similarities there, that they
14 would generally be talking about devices that are doing
15 the same type of operation, scissors for cutting tissue
16 or things of that sort.  So I did talk about some of
17 these similarities that are there in terms of their
18 function and appearance at the -- at the tool end, at
19 the operating end.
20     Q   Are you saying under oath that the names --
21 descriptions provided in your Table 1, which come from
22 the Intuitive catalog, don't they, are the same for
23 what you call traditional laparoscopic or endoscopic
24 instruments?
25         MR. ERWIG:  Objection to form.

12 (Pages 42 - 45)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 46

1    THE WITNESS:  It is my understanding
2  that these are common names, common
3  designations associated with the devices.
4  I've not endeavored to make a -- make a
5  direct one-to-one comparison, but I do
6  believe that they are common names that are
7  utilized and are understood.
8    Q   (By Mr. Ruby)  What do the Potts scissors
9  look like?
10    A   I mean, generally, it has two opposing blades
11  that can come together to cut.  And then on the
12  EndoWrist, there is further articulation that can be
13  applied to both turn and to articulate.  So the
14  EndoWrists provide other forms of manipulation at the
15  tool end of the device.
16    Q   Well, do the Potts scissors that you've
17  called out in your Table 1 look just like the Potts
18  scissors that a laparoscopic surgeon would be using
19  when she is going about her work?
20    MR. ERWIG:  Objection, form.
21    THE WITNESS:  My understanding is that
22  they are indeed similar and perform similar
23  functions, although with, you know, further
24  ability to articulate here.
25    Q   (By Mr. Ruby)  When you say your

Page 47

1  understanding is, you've seen them, haven't you?
2    A   I have not seen all of the devices that are
3  listed here.
4    Q   Well, have you seen any of the devices listed
5  here that are used by laparoscopic or endoscopic
6  surgeons?
7    MR. ERWIG:  Objection to form.
8    THE WITNESS:  Are you -- are you asking
9  about non-EndoWrist devices?
10    MR. RUBY:  If you didn't understand my
11  question, I'll do my best to ask you another
12  one, so --
13    THE WITNESS:  All right, yeah, please
14  rephrase that question.
15    Q   (By Mr. Ruby)  Have you ever seen the Potts
16  scissors that are used by the laparoscopic or
17  endoscopic surgeon as opposed to a surgeon using the da
18  Vinci surgical system and the instruments that are
19  listed here?
20    A   I don't recall specifically seeing these
21  devices or examining the non-EndoWrist versions of
22  these devices.  As I said, I was primarily focused on
23  the EndoWrist and processes associated with their
24  repair.
25    Q   Well, in your report, you repeatedly compare

Page 48

1  the -- among other things, the appearance of the
2  EndoWrist instruments to the laparoscopic or endoscopic
3  traditional instruments, don't you?
4    A   Yes.
5    Q   How can you do that if you've never seen the
6  endoscopic or laparoscopic instruments?
7    A   I'm looking at the similarities of operation
8  and that kind of thing that the -- the portion in terms
9  of how they are driven and actuated and the
10  similarities there.
11    Q   Do the Potts scissors used by a surgeon for
12  endoscopic or laparoscopic surgery, but not for
13  robotic-assisted surgery, have specifications for their
14  use?
15    A   Can you rephrase what you mean by
16  "specifications"?
17    Q   Okay.  Does -- do you, as a mechanical
18  engineer, use a term from time to time called
19  "specifications"?
20    A   In a variety of different contexts, yes.
21    Q   In the context of instruments, surgical
22  instruments, does the term "specifications" have
23  meaning to you?
24    A   Well, my point is it can have a rather wide
25  variety of meanings and apply to different things.

Page 49

1  That's why I was asking you to clarify or be a little
2  more specific.
3    Q   Well, what I want to do is I want to use a
4  definition of "specifications" that's just like the one
5  you use, if you do.  Now, if you tell me you don't know
6  what a specification is, I'll move on.  But isn't it
7  true that as a mechanical engineer, you frequently have
8  occasion to use the term "specifications," although it
9  can mean different things, depending on context; is
10  that fair?
11    A   Yes, that is true.
12    Q   When you talk about specifications for a
13  medical device, does the term "specifications" have a
14  particular meaning to you?
15    A   Again, depending on the context or the
16  application, it can have different meanings.
17    Q   Well, does your report refer to the
18  specifications, particularly specifications for the
19  EndoWrist instruments?
20    A   In some areas, yes.  For example, in
21  paragraph 91, I mention that Intuitive asserts that the
22  use counter is an essential specification of the
23  EndoWrist that ensures that EndoWrists can be used
24  safely.  And I stated that this assertion is false.
25    Q   Well, I take it that as to paragraph 91, you

13 (Pages 46 - 49)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 50

1  thought you understood what the term "specification"
2  meant, right, or you couldn't have said it's true or
3  false if you just had to throw your hands up and say I
4  don't understand what a specification is, right?
5      A   In this context, yes.  As I said,
6  specifications are used in a variety of different
7  contexts and applications.  This is one.
8      Q   Well, did you do any analysis that found its
9  way into your report which -- in which you compared
10  specifications of the EndoWrist instruments with
11  specifications for the counterpart endoscopic or
12  laparoscopic instruments?
13      A   In general terms, yes, to the extent that I
14  understand or can interpret your question.  I mean,
15  both come to the ability to perform a specific function
16  and how they do that function.  For example, if it's
17  scissors, it's, you know, cutting of tissue, typically,
18  so how they perform that function then.
19      Q   All right.  So why don't we define
20  "specifications" as the way you just did.  For purposes
21  of our discussion, unless we change the definition, a
22  specification is a description or a requirement for the
23  performance of a given instrument in a particular
24  feature.  Is that fair?
25      A   Yes, I think so.

Page 51

1      Q   All right.  Does the Potts scissors have a
2  set of specifications applicable to it?
3      A   There are certain things certainly that do
4  apply to it you, know, the basic function of cutting of
5  tissue, that sort of thing.  Intuitive Surgical goes
6  further and applies a specification on a use counter to
7  this device and to the other devices there, and it
8  specifies a maximum use counter of 10 uses.
9      Q   Okay.  Have you ever compared the cutting
10  specification or the sharpness specifications of the
11  Potts scissors, which is listed on your Table 1, in
12  comparison to the -- what you say is called a Potts
13  scissors used by laparoscopic or endoscopic surgeons?
14      A   Both need to be able to perform that
15  function, that function of cutting of tissue.  Both,
16  depending on the use, may dull over time, they both may
17  need to have some repair or refurbishment, sharpening
18  of blades or whatever it may be, in order to maintain
19  that ability, and that generally depends on the usage,
20  the amount of use, the severity of use, what's being
21  cut.  You know, there's a variety of parameters that do
22  affect that and affect the longevity and the ability to
23  perform that function.
24      Q   To use your example, the cutting
25  specification of an instrument like the scissors

Page 52

1  provides a standard for how sharp the instrument needs
2  to be so it can do its cutting; is that fair?
3      A   Yes, it needs to be able to cut tissue in a
4  range of different scenarios or applications.
5      Q   Have you ever compared the cutting
6  specification for the Potts scissors in your Table 1
7  with the cutting specification for the Potts scissors
8  which are not used with the da Vinci system, but are
9  used for traditional endoscopic or laparoscopic
10  surgery?
11      A   What I've observed is that it's not -- not
12  really a number of uses or cuts or something like that
13  that's given, but its ability to perform the function,
14  and a standard laparoscopic instrument would be
15  repaired, scissors sharpened, adjusted, whatever, as
16  needed to maintain that ability to cut, and Rebotix is
17  performing a similar function on an EndoWrist, on a da
18  Vinci EndoWrist type of instrument, to refurbish and
19  restore that ability to perform its cutting function.
20      Q   I'm asking a little different question,
21  Dr. Parnell.  Have you ever -- before we get into
22  repair and sharpening and so on, have you ever compared
23  what's called the factory specification for sharpness
24  of the Potts scissors manufactured by Intuitive
25  reflected on your Table 1 with the, let's call factory

Page 53

1  specification of the Potts scissors that's manufactured
2  by somebody else and used for other than robotic
3  surgery?  Have you just compared, here's the factory
4  spec on one, here's the factory spec on the other?
5      A   Is there a document, a specification document
6  or something that you're referring to here?
7      Q   No, I think I'm asking a question and I think
8  it's an understandable question.  If you tell me you
9  can't understand it, I guess I'll have to ask another
10  question, but it's a question.  Would you like the
11  question read back?
12      A   I'm just asking if you're referring to some
13  document in specific here?
14      Q   And I know what you're asking, and, in fact,
15  my job is to ask questions, not to answer them,
16  although I try to be accommodating.  And I'm going to
17  ask you to answer this question.  It's a simple
18  question.  It's a yes or no question.
19          MR. RUBY:  Madam reporter, could I ask
20      you to read the question back, please?  You
21      don't have to read the colloquy back.  Please
22      just read back the original question.
23          (Record read.)
24          THE WITNESS:  I don't believe I have
25      seen documents associated with factory

14 (Pages 50 - 53)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 54

1    specification, what you're referring to as
2    factory specification for these devices.
3        Q    (By Mr. Ruby)  You haven't seen factory
4    specifications either for the instruments listed in
5    your Table 1 either for use for robotic surgery or for
6    traditional lap or endoscopic surgery; isn't that
7    right?
8        A    Yes, I believe that's correct.  I don't think
9    I have seen a document of that sort.
10       Q    Okay.  Does your report express an opinion as
11   to whether the what you call repair by Rebotix restores
12   the instruments listed in Table 1 to their factory
13   specifications or OEM specifications?
14       A    Yes, in terms of general behavior, certainly.
15   So paragraph 60 of my report, "When Rebotix repairs an
16   EndoWrist instrument, performs a series of steps that
17   return the EndoWrist to its original functioning
18   specifications, it sharpens scissors, tightens loose
19   cables, ensures that the instrument performs in a
20   manner equivalent to a new instrument."
21       Q    Well, do you, in your report, purport to say
22   that Rebotix restores the instruments listed in Table 1
23   to their factory specification or, quote, OEM
24   specification as part of what you call "repairs"?
25           MR. ERWIG:  Objection, form.

Page 55

1           THE WITNESS:  As I read there in my
2    paragraph 60, I think that the key is the
3    original functioning specifications, so the
4    ability to cut and perform the intended
5    function.
6           MR. RUBY:  Okay.
7           THE WITNESS:  There's aspects there
8    of -- both for the scissors, for example,
9    both the cutting aspects, but then also the
10   aspects of the manipulation, the opening, the
11   rotation, things of that sort, those are also
12   functions that need to be maintained.
13       Q    (By Mr. Ruby)  As you use the terms, are
14   factory specifications and functioning specifications
15   the same?
16       A    To me, when you ask factory specifications,
17   it sounds like a -- a lot like a document with specific
18   items and categories on it.  I take functioning
19   specification a little bit differently.  It's more
20   generally the ability to perform or execute a certain
21   function appropriately, the function for that
22   particular device.
23       Q    So in your opinion, factory specifications
24   and functioning specifications are not necessarily the
25   same; is that true?

Page 56

1        A    I think factory specification can and often
2    does have some specific categories and specific values
3    associated with it.  Functioning specification is more
4    the operation and ability to perform the intended
5    function.
6        Q    Well, in this instance, in writing your
7    report, you never saw written down a set of factory
8    specifications, or OEM specifications, for any of these
9    instruments in your Table 1; is that true?
10       A    I don't recall seeing what I would indicate
11   as factory specifications necessarily.  Rebotix --
12   Rebotix developed things like the quantities in Table 1
13   through reverse-engineering process, measurement and
14   such, and I did go into that and explain that in my
15   report.
16       Q    The what you're calling functioning
17   specifications were created by whom?  By you or by
18   Rebotix or by Intuitive?
19       A    So let me just read from part of my report
20   that I think deals with this aspect.  So page 39 -- I'm
21   sorry, paragraph 38, so Rebotix documented test
22   results --
23       Q    Page -- wait, hang on, please.  Please, let
24   me find it.  You're reading from what paragraph?
25       A    Thirty-eight.

Page 57

1        Q    Okay, sorry to interrupt you, but now I have
2    it.  Read whatever you want to read.
3        A    Yeah.  So paragraph 38, Rebotix documented
4    the test results in a series of specification documents
5    that are referenced here, and these documents are used
6    during the Rebotix repair process to ensure that the
7    instruments comport with Intuitive specifications.
8    That may be more of what you were referring to.
9            And this comes about, paragraph 40, the
10   result of this robust initial reverse-engineering
11   process and subsequent testing is a repair process that
12   safely and effectively ensures that repaired EndoWrists
13   can continue to be used by hospital customers so that
14   they perform in this same way.
15       Q    All right.  Are you ready to answer my
16   question now?
17           MR. ERWIG:  Objection, form.
18           THE WITNESS:  Yes.  Go ahead.
19           MR. RUBY:  All right.  Madam reporter,
20   is it possible for you to -- well, strike
21   that.  I'll just ask the question again.
22       Q    (By Mr. Ruby)  So the question was, and is
23   now:  Who created what you call the functioning or
24   functional specifications?  Was it you, was it Rebotix,
25   or was it Intuitive?

15 (Pages 54 - 57)

Dr. T. Kim Parnell                                      September 24, 2021

Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 58

1    MR. ERWIG:  Objection to form and asked
2  and answered.
3    MR. RUBY:  Well, as I described in these
4  paragraphs, 38 and 40, Rebotix went through a
5  reverse-engineering procedure to be able to
6  develop certain categories or ranges for
7  adjustment, like what we were looking at in
8  the table earlier was related to torques and
9  cable adjustments.  So they developed these
10  series of procedures and specifications to
11  utilize.
12    And, yeah, I would -- I would expect
13  that Intuitive Surgical would have developed
14  their own procedures and specifications in
15  developing the instruments themselves.
16  Q   (By Mr. Ruby) So isn't your answer that
17  these what you're calling functional specifications
18  were developed by Rebotix?  And in your report, you
19  explain how you think they went about it and so on, but
20  it was Rebotix that made them, right?
21  A   I mean, Rebotix doesn't have access to
22  Intuitive Surgical documents and any associated
23  specifications, and so they're developing procedures to
24  be able to repair and return an instrument to function
25  properly, to function as it is expected for its

Page 59

1  purpose.
2  Q   But my question is a little -- is a simple
3  one, Dr. Parnell.  Didn't Rebotix develop these
4  functional specifications for all of the EndoWrist
5  instruments that it was working on?  It was Rebotix
6  that did them, right?
7    MR. ERWIG:  Objection to form, asked and
8  answered.
9    THE WITNESS:  Rebotix had to develop
10  procedures and specifications for repair.
11  And if that's your question, then, yes, they
12  had to develop -- they had to develop
13  procedures and target values associated with
14  a variety of things to return them to their
15  operating condition and develop ways to test
16  them and evaluate them.
17  Q   (By Mr. Ruby) Let me ask you some questions
18  about your visit to St. Petersburg on August the 10th.
19  In terms of gathering information for your report, that
20  visit was important to you, wasn't it?
21  A   Yes, it was very useful to be able to see
22  things firsthand.
23  Q   And how long were you at Rebotix's facilities
24  on August the 10th?
25  A   I was there for the full day.

Page 60

1  Q   9 to 5, something like that?
2  A   Yes, roughly.  I think we started early, but,
3  yeah.
4  Q   You interviewed witnesses?
5  A   I talked with several people.  I primarily
6  worked with Mr. Greg Fiegel, who's the Rebotix director
7  of operations.
8  Q   You took some pictures?
9  A   Yes.
10  Q   Did you -- did you take notes?
11  A   No, I did not have written notes.  I used
12  photos and aspects like that to go through and see
13  my -- the things that I was able to observe.
14  Q   Well, what do you mean by "photos and things
15  like that"?  What's a "thing like that"?
16  A   Photos and documents or items that I
17  observed.  So, for example, one was a document or a
18  wall chart associated with cleaning of the device, and
19  I included that in my report as a -- as a photo.  So,
20  for example, page 78 is part of a wall chart at Rebotix
21  that documents reprocessing, cleaning, ultrasonic
22  cleaning and sterilization procedures that are
23  utilized.
24  Q   When you got there, to the Rebotix facilities
25  on August 10th, had you already decided I'm not going

Page 61

1  to make any notes of anything that takes place today?
2  A   No, and -- decided that it was just a matter
3  of what I needed to have to document things that I saw
4  and primarily through photographs and materials that I
5  examined, that's how I was doing it.  I was primarily
6  there to look at procedures that were utilized and to
7  better understand the overall repair procedure --
8  inspection and repair and testing procedures that
9  Rebotix utilized.
10  Q   Did all of the pictures that -- the photos
11  that you took on August 10th make it into the final
12  version of your report?
13  A   No, they're not all here in my report.
14  They're --
15  Q   How many more are there?
16  A   Right off, I don't know.  There's a set of
17  photos.  I believe we produced that set of photos as
18  part of the attachment to my report.
19  Q   Well, are you saying that all the photos you
20  took were either in your report or what you call the
21  attachment to your report?
22  A   Yeah, they were all -- they were all provided
23  as an attachment, and some specific ones were included
24  in the report itself.
25  Q   Was the -- strike that.

16 (Pages 58 - 61)

Dr. T. Kim Parnell                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 62

1      Was one of the purposes of your visit to
2  observe the complete what you call service process on a
3  given instrument, testing, inspection, replacement, and
4  so forth?  You wanted to see the whole works, right?
5      A.  Yes.  I wanted to see the scope of the
6  process and see how it was carried out.  I wanted to
7  see inspection, I wanted to see damaged instruments
8  that were screened out and not being repaired.  Those
9  were of interest once it came in with external damage
10  of some sort, a cable break, a cut, something like
11  that.  Those were of interest.  And then also, of
12  course, instruments that were repaired and what that
13  process of cleaning, repair, testing, et cetera,
14  entailed.
15      Q.  When you use the term "repair," are you
16  including the installation of the interceptor
17  apparatus?
18      A.  Yes, that would be a part of the procedure
19  that's involved.
20  ███████████████████████████████████
21  ███████████████████████████████████
22  ███████████████████████████████████
23  ███████████████████████████
24  ███████████
25      Q.  And were you in the same room as the people

Page 63

1  who were doing this work?
2      A.  Yes, I was.
3      Q.  Were you talking to them while they were
4  doing it?
5      A.  Yes.
6  ██████████████████████████████████████
7  ██████████████████████████████████
8  ███████████████████████████████
9  ████████████████████████████████
10  ███████████████████████████
11  ████████████████████████
12  ███████████████
13      Q.  Well, all right, so Mr. Fiegel was your guide
14  through this process; is that a fair statement?
15      A.  Yes.
16      Q.  In addition to Mr. Fiegel, were there people
17  whom you understood to be Rebotix technicians who were
18  actually doing the inspecting and, as you put it,
19  repairing and other parts of the programmed repair
20  process?
21      A.  In my time there, I was directly working with
22  Greg Fiegel, and he was -- he was taking the steps
23  involved I've described in terms of -- for example, on
24  the interceptor chip, the steps involved in preparing
25  it for installation and actually installing it.

Page 64

1      Q.  So was Mr. Fiegel the only person who laid
2  hands on the instrument that was being "repaired"?
3      A.  For the ones that I observed, yes.
4      Q.  So I just want to understand who was involved
5  in this.  Were there other Rebotix personnel who were
6  closely in proximity to you while you were in whatever
7  room you were seeing this, quote/unquote, repair other
8  than Mr. Fiegel?
9      A.  Not that I was interacting with or observing,
10  for example.  There were others in the facility and
11  working on different tasks, performing different
12  functions, but I went through a process with Greg
13  Fiegel to go through the processes fairly carefully.
14      Q.  Well, did you see anyone in your visit that
15  day who appeared to be working on EndoWrists other than
16  Mr. Fiegel when you -- and I'll ask you more about him
17  later.
18      A.  I don't believe so.
19      Q.  So Mr. Fiegel showed you how to do the entire
20  necessary work to install a -- or, excuse me, repair
21  the interceptor chip; is that right?
22      A.  Yes.
23          MR. ERWIG:  Objection to form.
24      Q.  (By Mr. Ruby)  Okay.  And what instrument did
25  he install it into?

Page 65

1      A.  What do you mean by your question, "what
2  instrument"?
3      Q.  Yeah, what instrument?  There's a list in
4  Table 1.  Did he install it in one of them?
5      A.  Well, it was one of the EndoWrist
6  instruments.  I didn't -- I wasn't too concerned with a
7  specific one as in the counter, the usage counter chip,
8  the pins that interface with the da Vinci robot.  Those
9  are all basically the same at that end.  So I was
10  looking at the process.
11      Q.  So you don't know what kind of instrument
12  this was installed in on your visit; is that true?
13      A.  I don't know a specific type of instrument.
14  I don't recall there, but it was one of the EndoWrist
15  instruments.
16      Q.  And did -- strike that.
17  ████████████████████████████████
18  ██████████████████████████
19  █████████████████████
20  ██████████████████████████████████
21  ████████████████████████████████
22  ██████████████████████████████████
23  ██████████████████████████████████
24  ████████████████████████████████████

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.



Page 66

2   Q   How do you know that?
3   A   Because that's a part of the overall process.
4   The cleaning and sterilization, I didn't observe, but
5   in terms of the inspection and looking at the types of
6   things that are inspected to determine the feasibility
7   of repair, I did observe that process.
8   Q   So somebody told you that the cleaning and
9   other parts of the process had been done and you
10   accepted that at face value, but you didn't see it; is
11   that a fair statement?
12   A   Well, it's a part of the standard set of
13   steps for receipt of the devices; and, yes, I expect
14   that its process is adhered to and is applied to every
15   device that's received.
16   Q   Well, your visit was in August of 2020; is
17   that correct?
18   A   No, August of 2021.
19   Q   Sure.  What understanding did you have as to
20   whether or not, at the time of your visit, Rebotix was,
21   as you put it, servicing any EndoWrist instruments for
22   customers?
23   A   My understanding is that they were not
24   processing any customer devices, customer received
25   devices at that time.

Page 67

1   Q   So on the day you went down there, August
2   10th, what reason would they possibly have had to clean
3   or do other preliminary steps on whatever EndoWrist
4   they said they were going to show you?
5       MR. ERWIG:  Objection to form.
6       THE WITNESS:  Well, it's, again, a part
7   of the process and what is done with a device
8   that they obtain or receive.
9   Q   (By Mr. Ruby)  Well, it was done for your
10   benefit and only for your benefit; isn't that true?
11       MR. ERWIG:  Objection, form.
12       THE WITNESS:  Showing -- showing me the
13   process and the examination and adjustment
14   and such, yes, it was done for my benefit so
15   that I could see firsthand the steps that
16   were -- that are involved in the repair
17   process.
18   Q   (By Mr. Ruby)  So you didn't see firsthand
19   any of the cleaning or what you describe as other
20   preliminary work; is that true?
21   A   I saw the equipment that's used for it and
22   the procedure that's involved.  The particular device
23   that we're referencing here had already gone through
24   that procedure, but I saw what the procedure was.  And,
25   again, that's part of the wall chart procedure that I

Page 68

1   showed on page 78 that is applied upon receipt of a
2   device and then it's applied as a last step before
3   shipping a device out.  So it is cleaned and
4   sterilized, although it's not shipped as sterile, but
5   it goes through those steps before being returned.

18 (Pages 66 - 69)

Dr. T. Kim Parnell                                     September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.



Page 70

9       MR. ERWIG:  Allen, when you get a
10   chance, we've been going a little over an
11   hour, if we can take just a quick bathroom
12   break, that would be great.
13       MR. RUBY:  Sure.  Can you hold out for
14   just another couple questions?
15       MR. ERWIG:  Sure.
16       MR. RUBY:  Okay.
17

Page 72

Page 73

2       MR. RUBY:  Okay, why don't we take a
3    break until 11 o'clock.
4        MR. ERWIG:  Okay.
5        THE VIDEOGRAPHER:  The time is now 10:47
6    a.m.  We're going off the record.
7        (Recess taken.)
8        THE VIDEOGRAPHER:  The time is now 11:01
9    a.m.  We're back on the record.  Please
10   continue.
11

19 (Pages 70 - 73)

Dr. T. Kim Parnell                                      September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.



Page 74

Page 76

1   for me.
2

9      Q   Okay.  Did Mr. Fiegel either tell you or
10   demonstrate by his conduct that he was experienced in
11   doing this?
12      A   Yes, he's very much experienced in performing
13   these steps, and he's helped to develop the procedures
14   that are utilized.

24      Q   Did the cutting -- well, strike that.
25          Was the specimen that was being processed for

20 (Pages 74 - 77)

Dr. T. Kim Parnell                                        September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 78

1  your benefit, did it have a cutting end?  Did it have a
2  blade of some kind?
3      A    No, I don't believe so.  It was -- it was an
4  electrosurgical-type device because we did go through
5  the hipot test procedure.
6      Q    Were you given a demonstration of how it is
7  that the Rebotix technicians are supposed to determine
8  if the instrument that they're working on is sharp
9  enough to send back to the customer?
10     A    I was shown that there is testing that's
11 utilized to test the cutting performance of the blades,
12 making sure that blades are sharp, are closely aligned,
13 no burrs are damaged on the blades themselves, and that
14 there's a -- kind of latex rubber-type material, a
15 TheraBand that was utilized for examining cutting.
16     Q    Were you informed that every instrument that
17 a customer sent in for, quote/unquote, repair which had
18 a cutting feature, which had a scissors or a
19 scalpel-type blade on it, every one of those
20 instruments, according to the Rebotix protocol, was
21 inspected in some way to see if they were sharp enough?
22     A    Yes, inspected, evaluated, and sharpened and
23 tested for cutting.
24     Q    Well, the -- was the inspection feature of
25 the sequence that you just described done with the

Page 79

1  naked eye?
2      A    Yes.  Yes, looking for clean cuts in the
3  material.
4      Q    Well, is the inspection feature, does the
5  inspection feature include actually trying to cut
6  something with the cutting end of the instrument that's
7  under, quote/unquote, repair?
8      A    Yes, that is a part of the process, to check
9  that it is cutting and cutting cleanly, smoothly, that
10 sort of thing.
11     Q    What do -- what do they try to cut as part of
12 the repair process?  What's the test materials?
13     A    So paragraph 218 of my report references the
14 material that's used for evaluating cutting.  It's
15 called a TheraBand.  It's a resistance band, a specific
16 material, as specified by Rebotix, and the steps for
17 testing the sharpness of the scissors on the TheraBand
18 is described in a specific testing procedure document
19 I've referenced here, Footnote 166.
20     Q    Did you see -- was that demonstrated for you?
21     A    Yes.
22     Q    And were -- according to what you were told,
23 was -- were scissors subjected to the same TheraBand
24 testing?
25     A    Yes.  I mean, what I was describing here

Page 80

1  specifically was referencing to scissors, that it
2  should cut at least two-thirds of the -- if the cutting
3  edges.  If insufficient cutting is occurring, cutting
4  edges may be dull, you'll remove burrs created from
5  sharpening by closing the jaws in a cutting motion on
6  the TheraBand a few times.  So you're looking for
7  clean, sharp edges without burrs or nicks or damage.
8      Q    What facts did you rely on in your opinion
9  expressed in your report that this was a highly
10 reliable method of testing the sharpness of cutting
11 features of a da Vinci instrument?
12         MR. ERWIG:  Objection to form.
13         THE WITNESS:  It's described in this
14     evaluation procedure.  As I said, a TheraBand
15     is a consistent material with comparable
16     properties to tissue and provides a
17     consistent reference for testing of --
18     cutting and testing of sharpness.
19     Q    (By Mr. Ruby)  Well, what facts -- strike
20 that.
21         Did you do any independent research, for
22 example, by searching the literature, to find out
23 whether this TheraBand exercise that's described by
24 Rebotix is actually reliable in testing an extremely
25 sensitive instrument like a da Vinci accessory, da

Page 81

1  Vinci instrument?
2          MR. ERWIG:  Objection to form.
3      Q    (By Mr. Ruby)  Who vouches for this, how's
4  that for form, who vouches for TheraBand as a way of
5  trying to evaluate the sharpness of a da Vinci
6  instrument?
7      A    Well, this was part of the procedure that was
8  developed by Rebotix, and I have a little bit more
9  detail as part of paragraph 200 in my report, and this
10 is part of the response to Dr. Howe.  I pointed out
11 that TheraBand material is made of a rubber latex, it's
12 used by Rebotix to test and assess the cutting ability
13 of the EndoWrist scissors.
14         Rebotix specifies the TheraBand material, a
15 particular type of TheraBand material ordered only from
16 a specific approved manufacturer, and Rebotix inspects
17 the TheraBand material before using it in testing the
18 cutting capability of sharpened scissors.
19         So it's a -- it's a part of having a process
20 to evaluate and of picking a material that is
21 replicable.  Sometimes devices are used to cut, you
22 know, something like chicken or something like that.
23 This is, in my opinion, a more consistent and
24 repeatable type of evaluation.
25     Q    Have you finished your answer?

21 (Pages 78 - 81)

Dr. T. Kim Parnell                              September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 82

1    A   Yes.
2    Q   Tell me the names, please, of any other
3    manufacturer of medical devices in the world which uses
4    this TheraBand exercise of -- specified by Rebotix as a
5    method of testing the cutting efficiency of surgical
6    instruments.
7    A   Well, I'm dealing with it here specifically
8    in terms of Rebotix and the procedure that Rebotix
9    developed to evaluate and test.  And, of course, also
10   as part of the reverse-engineering procedure that I
11   described, they'll also evaluate it for new Intuitive
12   Surgical EndoWrist devices, also.
13       So there's a process that Rebotix went
14   through to develop this procedure and to identify and
15   specify a material for use in the procedure.
16   Q   So the answer to my question is nobody else
17   uses it; isn't that correct?
18       MR. ERWIG:  Objection to form and
19   misstates prior testimony.
20       THE WITNESS:  I'm just trying to explain
21   how Rebotix uses it.  I have not investigated
22   other uses within the industry.  But there is
23   a procedure here that Rebotix uses and is
24   described here.
25   Q   (By Mr. Ruby)  Did Mr. Fiegel demonstrate for

Page 83

1    you the sharpening process that Rebotix used when the
2    TheraBand exercise showed to Rebotix' satisfaction that
3    the device needed sharpening?
4    A   I did not go through that process during my
5    visit, just to understand the sharpening and honing
6    process that's applied and how the result is evaluated.
7    Q   Well, let me see if I understand this.  You
8    mean you left there without seeing with your own eyes
9    how Rebotix actually sharpened an instrument?  Is that
10   what you're telling me?
11   A   Yes, I looked at the process that's involved
12   here and the way that it's evaluated or tested.
13   Q   Well, you were shown the TheraBand test on
14   this -- well, strike that.
15       The instrument that you were being shown was
16   an electrosurgical instrument; did I get that right?
17   A   Yes.
18   Q   So it didn't have a blade, did it?
19   A   That's correct.
20   Q   Okay.  And you were shown a demonstration of
21   the TheraBand technique using presumably another
22   instrument; is that true?
23   A   Yes, that's correct.
24   Q   All right.  So you put aside or substituted
25   out of the electrosurgical instrument, and now there

Page 84

1    was an instrument with a blade and you were shown the
2    TheraBand technique; is that true?
3    A   Yes, that's correct.
4    Q   And the bladed instrument which underwent the
5    TheraBand testing passed, didn't need sharpening, is
6    that right, that's what you were shown?
7    A   Yes, per the cutting specification that I was
8    describing here, paragraph 200, 201 of my report, yes,
9    it was still cutting appropriately.
10   Q   And how long did the phase take of subjecting
11   the cutting instrument to the TheraBand exercise and
12   looking at the results and saying this passes?  I mean,
13   how -- was that something that took a minute, took five
14   minutes?  Approximate the interval, please.
15   A   I would say it was approximately 15 minutes
16   or less, something like that.
17   Q   And if I understand correctly, Mr. Fiegel at
18   some point said to you, "Well, see this passes the
19   sharpness test," and then he explained why, what the
20   criteria were, and then you moved on to another phase
21   of the repair process; is that right?
22   A   Yes, that is correct.
23   Q   And you didn't say -- did you call him Greg,
24   by the way, by that time?  Were you on a first-name
25   basis?

Page 85

1    A   Yes, I did.
2    Q   You didn't say, "Well, hey, Greg, let me take
3    a look what you do if something needs sharpening, you
4    know, let's assume that it needs sharpening or bring
5    something over that needs sharpening, I'd like to take
6    a look at what that process looks like"?  You didn't
7    say anything like that; is that right?
8    A   No, I did not go through the sharpening
9    process.  There is one, you know, to be able to repair,
10   resharpen blades so that they cut well.
11   Q   Well, did you ever have some understanding
12   from some source as to how actual sharpening was
13   achieved by Rebotix when it decided to sharpen an
14   instrument?
15   A   I didn't go through that step on my
16   inspection.  I mean, it's -- as the procedure lays out,
17   it's a comparable procedure to other standard
18   endoscopic tools, surgical tools, that need to be
19   resharpened periodically.
20   Q   Well, how does it work?  Do they use a fixed
21   site sharpening instrument, "they" being Rebotix, do
22   the technicians have portable sharpeners like Boy
23   Scouts that they use to sharpen up instruments?  Help
24   me to understand, please, how these things are actually
25   sharpened.  Do you know?

22 (Pages 82 - 85)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 86

1    A   As I said, I didn't go through that process,
2  but it is explained that it's a honing, a sharpening
3  process that's applied and then it's evaluated to
4  ensure that it cuts appropriately.
5    Q   Well, I've asked you now if you would explain
6  to me how the sharpening is done.  Is that the extent
7  of your knowledge, that it's a honing, sharpening
8  process which is then evaluated?  If that's it, I'll
9  ask you another question, but I want to be fair to you.
10  Do you -- that's what you know about sharpening?
11    A   Yes.  And that it's described in the
12  procedure here.
13    Q   Well, you've read the procedure, right?  Yes?
14    A   Yes, I have.
15    Q   What kind of sharpening tool is used when
16  Rebotix determines that the cutting feature of a
17  particular instrument needs to be sharpened?
18    A   Well, let me refer to the document that's
19  listed here and I can explain better.
20    Q   You're always free to refer to your report as
21  long as you tell me where you're looking so I can keep
22  up.  What paragraph are you looking at, please?
23    A   Well, paragraph 201 references a PR3038,
24  "Testing the Cutting Efficiency of the EndoWrist
25  Scissors SOP."

Page 87

1    Q   What paragraph?
2    A   Paragraph 201.
3    Q   I think I'm looking at paragraph 201 that
4  says, "Rebotix ultrasonically" -- we're looking at
5  different things here.  Forgive me.  Give me a minute
6  and I'll fix the problem and --
7    It is displayed on the screen right now in
8  the exhibit.
9    Q   Yeah.
10    MR. RUBY:  What -- could this be
11  scrolled up enough that I can see the page
12  number, please.  Page 84.  Okay.
13    Q   (By Mr. Ruby)  All right, so -- so now you
14  want to go to PR3038 to illuminate this issue some
15  more, is that what you want to do?
16    A   Yes, just to refresh my recollection on the
17  document.
18    Q   Sure.  Is it -- do you have it readily at
19  hand, or can we help you in some way?
20    A   I don't have it readily at hand, I don't
21  believe.  I have to find the reference or document ID
22  for it.
23    Q   Now, the title is "Testing the Cutting
24  Efficiency of the EndoWrist Scissors SOP."  Are you
25  confident that's the pamphlet which will explain

Page 88

1  what the verification or testing process is during and
2  after sharpening has actually occurred?  I'm not
3  arguing.  I just want to make sure we're looking for
4  the right thing.
5    A   I believe this is a document that explains
6  the evaluation of the cutting efficiency.
7    Q   Okay.  We'll look for it during a break and
8  come back to it, then, if you're confident that that's
9  what we ought to be looking at to understand some of
10  these things.
11    MR. RUBY:  So, Griff [sic], are you able
12  to hear this and when it's convenient, you'll
13  look for it also?  Would you, please?
14    MR. DARIO:  Yeah, I'm downloading it
15  right now so we can have it ready to go.
16  Just give me a minute.
17    MR. RUBY:  All right, well, why don't
18  we -- why don't we do it now.
19    MR. DARIO:  Okay.
20    (Discussion off the written record.)
21    (Exhibit 2 marked for identification.)
22    Q   (By Mr. Ruby)  All right, Dr. Parnell, just
23  so there's a question and answer format here, can you
24  please point out to us from this PR3038 publication by
25  Rebotix where the pass/fail testing standards are for

Page 89

1  an instrument that has been sharpened or is supposed to
2  be sharpened?
3    A   Yes.  It's outlined here in the "Procedure."
4  So it includes both a visual inspection, first part
5  that you're seeing, and inspecting the blades under 10X
6  magnification.  There should be no defects present on
7  the cutting surface of the blades or the entire blade
8  assembly.  Cutting edge should be sharp and burr free.
9  Like parts must be symmetrical in size and shape.
10    And then the 4.2, using PR1138-002, the
11  TheraBand control material, make three continuous cuts
12  across two-thirds of the cutting length of the scissors
13  without exerting any lateral pressure.  And it must be
14  possible to separate the test materials smoothly and
15  without it slipping or snagging on the blades.  The
16  scissors should not stick while cutting.
17    And then the final step is there's a complete
18  applicable paperwork and refer to PR3048, the process
19  flowchart.
20    Q   Is there another page?  I mean, this isn't
21  all of it, is it?  Page 1 of 1.  Well, first of all, it
22  says inspect the blades under 10 times magnification.
23  What kind of equipment or device is used to achieve the
24  10 times magnification?
25    A   An optical microscope.

23 (Pages 86 - 89)

Dr. T. Kim Parnell                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 90

1     Q   And then it says, "Complete applicable
2   paperwork and refer to PR3048." Do you see that,
3   Item 4.3? Yes?
4     A   Yes.
5     Q   This publication says nothing about what is
6   to be done if the results of this procedure are not --
7   don't conform to the standards here. For example,
8   4.2.2, "The scissors should not stick while cutting."
9   All right, well, suppose the scissors stick while
10  cutting. Then do you find any guidance in this
11  document as to what's supposed to happen next?
12    A   Well, there are other documents that make up
13  this entire procedure associated with cutting and
14  sharpening, so we'd have to refer to other documents
15  that are part of this overall process flowchart.
16    Q   So the 3038 provides no information at all
17  about sharpening and testing of sharpening; is that
18  true?
19        MR. ERWIG: Objection to form.
20        THE WITNESS: Well, PR3038 is entitled
21    "Testing the Cutting Efficiency of EndoWrist
22    Scissors." So this is a -- this is the part
23    of the evaluation of the cutting and
24    determining if it meets the specifications
25    that are shown here.

Page 91

1     Q   (By Mr. Ruby) All right, and my question
2   is -- that I've asked repeatedly, Mr. Parnell, is:
3   What were you shown, if anything, about what happens to
4   a cutting instrument which fails the test here in 3038?
5   Can you tell us?
6     A   Well, we need to go to the additional
7   documents that are a part of the procedure for
8   sharpening or taking care of any damage or burrs or
9   anything like that.
10    Q   Are those -- the further documents identified
11  in your report?
12    A   The overall documents and procedures are
13  referenced out of my report. I'm not sure that I
14  included all of them as inserts in the report, but they
15  are references in my report.
16    Q   Well, if the -- if a cutting instrument
17  doesn't pass these 4.0 standards, if you can call them
18  that, are the cutting pieces then supposed to be
19  sharpened according to the process established by
20  Rebotix?
21    A   Yes, there are other documents that cover
22  aspects of the sharpening or repair of cutting
23  instruments.
24    Q   And what tools are supposed to be used,
25  according to Rebotix, to do the sharpening when a

Page 92

1   cutting instrument needs it?
2     A   I need to refer to the other documents that
3   are involved for that process.
4     Q   You don't know, right?
5         MR. ERWIG: Objection to form.
6         THE WITNESS: I know that it is included
7     in the process documents. I just need to
8     refer to them.
9     Q   (By Mr. Ruby) Uh-huh. And once a -- an
10  instrument is sharpened, what standards are employed to
11  ascertain whether the cutting instrument meets the
12  applicable specifications?
13    A   Well, the cutting specification is what we
14  were looking at here in PR3038, "Testing the Cutting
15  Efficiency of the EndoWrist Scissors." So there's, you
16  know, aspects of making the cuts and then inspecting
17  them visually, making three continuous cuts across
18  two-thirds of the cutting length of the scissors,
19  separating the material smoothly without slipping or
20  snagging, and scissors should not stick while cutting,
21  so there's -- there are items, criteria, that are met
22  as part of this procedure.
23    Q   And these criteria, as you call them, were
24  developed solely by Rebotix; is that true?
25    A   They were developed by Rebotix through their

Page 93

1   reverse engineering and evaluation of Intuitive
2   Surgical EndoWrist devices, so they're -- they are
3   resulting from that process.
4     Q   Are these criteria in 4.0 adopted or in use
5   by any medical device company in the world?
6     A   I know that they were developed by Rebotix
7   for this purpose. I would assume that they are
8   proprietary to Rebotix and used in their procedures.
9   Other instrument manufacturers have similar constraints
10  in that they need to develop procedures for their own
11  instruments or for instruments that they're repairing
12  or anything like that.
13    Q   This is a yes or no question again,
14  Mr. Parnell. To your knowledge, are these criteria for
15  sharpness reflected in PR3038 in use by any medical
16  device manufacturer in the world?
17        MR. ERWIG: Objection, asked and
18    answered.
19        THE WITNESS: Since these are Rebotix'
20    procedures, I would expect that they are only
21    utilized by Rebotix.
22    ██  ████████████████████████████████████████
23    ██  ████████████████████████████████████████
24    ██  ████████████████████████████████████████

24 (Pages 90 - 93)

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 26 of 71 PageID 18429

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.



Page 94

Page 96

1   sterilization.
2        Q    Understanding that you were shown various
3   items of equipment, I'm asking a different question,
4   which is:  When you were receiving this demonstration
5   on August 10th of this year, after Mr. Fiegel showed
6   how a sharpening test could be done, did he demonstrate
7   for you any other steps in the prescribed Rebotix,
8   quote/unquote, repair process?
9        A    Steps that involved cleaning, removing of any
10  debris or anything like that, flushing, ultrasonic
11  cleaning and the sterilization steps require a bit of
12  time.  So I saw how they're performed.  I didn't watch
13  a specific instrument go through each of those steps,
14  but I was -- I understood and appreciated how the steps
15  are carried out and that the equipment is appropriate
16  to be able to perform those steps on the devices.
17       Q    Please listen to the question.  After
18  Mr. Fiegel and you had your discussion about TheraBand
19  and apparently he demonstrated how a TheraBand test
20  could be given, after that, did he demonstrate for you
21  any other steps in the required Rebotix repair
22  procedure?
23       A    Yes, several steps were demonstrated, as I
24  indicated, cleaning, removing of debris, that sort of
25  thing, placing into an ultrasonic bath for ultrasonic

Page 97

1   cleaning, and then how it would be placed into
2   sterilization then following.
3        Q    So he did, he showed you how to do those; is
4   that right?
5        A    Yes.  The equipment that's utilized and the
6   procedure that's -- that's involved in performing those
7   steps.
8        Q    All right.  How long did it take for
9   Mr. Fiegel to demonstrate for you whatever it was that
10  he demonstrated after you finished your discussion
11  about the TheraBand way of testing the sharpness of
12  cutting features?
13       A    Well, demonstrating cleaning, removal of any
14  particulate, you know, brushing, that sort of thing,
15  that's a few minutes.  But going into the ultrasonic
16  cleaning and then from there going into sterilization,
17  those are steps that take longer periods of time, and
18  so I didn't go through that end to end, start to
19  finish, but I did observe the equipment that's utilized
20  for it and what the procedure is, as outlined in my
21  report and the wall chart that was included.
22       Q    When you say the ultrasound -- ultrasonic and
23  some of these other steps take a longer period of time,
24  what do you mean?  Half an hour, an hour?  Some other
25  amount?  You just -- you used the expression.  What do

15       Q    Did Mr. Fiegel do all, some, or none of these
16  steps that you kindly read to us from paragraphs 57,
17  58, and 59 in your presence on August 10th of this
18  year?
19       A    All of the inspection and evaluation steps
20  that are there, I was shown the equipment and the
21  process utilized for cleaning and disinfecting,
22  et cetera, and the sterilization tools then that are
23  utilized.  So I saw all the equipment and the process
24  that's utilized here and understood that it follows the
25  wall chart process that I outlined for the cleaning and

25 (Pages 94 - 97)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 98

1    you mean?
2        A   Yeah, it's of that order.  As part of the
3    procedure for each one, there is a specified time that
4    is set for it, but it's of that kind of level of time.
5    [redacted]
6    [redacted]
7    [redacted]
8    [redacted]
9    [redacted]
10   [redacted]
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15   [redacted]
16   [redacted]
17       Q   Do you have any estimate, not a guess, but do
18   you have an estimate based on facts as to how long it
19   customarily or typically takes to sharpen cutting
20   features of an EndoWrist instrument when the inspection
21   processes of Rebotix indicate that sharpening is
22   needed?
23       A   I know it's dependent on what is needed for a
24   particular device, but I can't give you a specific time
25   range there.  But -- other than to say some will need

Page 99

1    more than others depending on what's required.  Some
2    may need basically nothing additional associated with
3    sharpening, but many will, and those will depend on the
4    characteristics of the blade and the testing cuts.
5        Q   Could we go back, please, to that one sheet
6    3038, PR3038, about sharpening.  And if you'd look,
7    please, right at the last line, Dr. Parnell, it says,
8    "complete applicable paperwork and refer to" another
9    part of the process flow.  Do you see that?
10       A   Yes.
11       Q   Now, this circumstance here about "complete
12   applicable paperwork," in the process flow, there is
13   still -- whether the device needs sharpening or not,
14   there still are a number of inspections and cleanings
15   that would need to be done in every case; isn't that
16   true?  There may or may not need to be sharpening after
17   these 4.2 exercises are done, but there are still
18   things that need to occur under the process flow; isn't
19   that true?
20       A   That is true and it's a part of the
21   inspection documentation here, you know, series of
22   tests such as cables, cable adjustment, that sort of
23   thing, motion.  Yeah, there are a whole series of
24   things to evaluate.
25       Q   Do you know, then, what paperwork is

Page 100

1    referenced in 4.3, what applicable paperwork is
2    referred to here?
3        A   It's associated with documents that are a
4    part of the process.  For example, page 89 of my report
5    shows some examples of test record associated with
6    devices.  And you can see there some of the listing of
7    items and what is done for specific devices.
8        Q   Okay.
9            MR. RUBY:  It's 5 after 12.  There are
10   still people -- and we're in various time
11   frames.  I think the witness is entitled to
12   have lunch, and not to mention others.  What
13   if we -- Madam reporter, you need and deserve
14   a break, too.  Alan, you deserve a break.
15   How would anybody feel we took a break, say,
16   for 40 minutes to 12:45 and then return to
17   our duties?  Is anybody offended by that?
18           MR. ERWIG:  Sounds fine.
19           MR. RUBY:  Pardon me.  If that's okay,
20   then we'll be off the record.
21           THE VIDEOGRAPHER:  The time is now 12:05
22   p.m.  We're going off the record.
23           (Lunch recess taken.)
24           THE VIDEOGRAPHER:  The time is now 12:53
25   p.m.  We're back on the record.  This is the

Page 101

1    beginning of Media Unit 4.  Please continue.
2        Q   (By Mr. Ruby)  All right.  Dr. Parnell, when
3    a -- when a surgeon using traditional laparoscopic
4    tools wants to control bleeding in a patient, what tool
5    does she use?
6        A   Was the question regarding bleeding?
7        Q   Yes.  If you didn't pick that up in the
8    question, maybe it was left off, do you want me to
9    repeat the question?
10       A   Sure.
11       Q   When a surgeon performing a traditional
12   laparoscopic surgery wants to control bleeding in her
13   patient, what laparoscopic instrument does she use?
14       A   Well, I'm not a medical doctor or surgeon,
15   but generally for things like that, the surgeon will
16   utilize some form of a -- of the clamp to close the
17   tissue and it may ultimately be sutured, possibly, but
18   there would be pressure applied.
19       Q   When a surgeon performing a traditional
20   endoscopic surgery wants to control bleeding in his
21   patient, what instrument would you expect him to use?
22       A   Again, with the disclaimer that I'm not a
23   medical doctor, but I would expect similar type of
24   instrument to be able to apply a clamp or some form of
25   pressure.

26 (Pages 98 - 101)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 102

1    Q    When a surgeon is performing a surgery with
2    the da Vinci surgical system, what tool would you
3    expect him or her to use to control bleeding in a
4    patient?
5    A    Again, I'm not a doctor or a surgeon, just a
6    mere PhD mechanical engineer, but I would expect the da
7    Vinci operator, da Vinci surgeon to utilize a similar
8    device to apply a clamp or apply pressure depending on
9    the situation.
10   Q    If you could return, please, to your Table 1
11   at page 91 of your report.  Do you have that?
12   A    Yes.
13   Q    These are a list of EndoWrist instruments.
14   Do you see that?
15   A    Yes.
16   Q    Which of these instruments, if any, would you
17   associate with control of bleeding in a surgery
18   performed with the da Vinci surgical system?
19        MR. ERWIG:  Objection to form.
20        THE WITNESS:  I'm not a medical doctor
21   or surgeon, but I would expect that devices
22   that would be used to apply a clamp to a
23   vessel or to clamp or press tissues, forceps,
24   things like that, that would be my
25   expectation, but it's not in my expertise.

Page 103

1    Q    (By Mr. Ruby)  Well, you're an expert in
2    robotic surgical tools, aren't you?
3         MR. ERWIG:  Objection to form.
4         THE WITNESS:  Yes, with a focus on
5    aspects here, such as repair and use of these
6    devices.
7    Q    (By Mr. Ruby)  But you don't know what the
8    devices are used for, do you?
9         MR. ERWIG:  Objection to form.
10        THE WITNESS:  You asked me specific type
11   of application, but there are groups of
12   devices here that are used for different
13   operations, for cutting, for grasping, for
14   suturing, things like that.  So there are a
15   variety of different applications that are
16   done with specific devices.
17   Q    (By Mr. Ruby)  What was there -- strike that.
18        What was there about the qualifications of
19   Dr. Sharlin that persuaded you that his opinions should
20   be adopted by you as an expert witness?
21   A    I focused on the aspects of safety, as
22   discussed by Dr. Sharlin.  So if you go to paragraph 16
23   of my report, on page 6, I stated I've reviewed
24   Dr. Sharlin's, Joshua Sharlin's report, and in multiple
25   sections, Dr. Sharlin discusses the safety of repaired

Page 104

1    EndoWrist and comparisons between traditional
2    instruments and EndoWrist instruments.  "Throughout
3    this report, I reference sections of Dr. Sharlin's
4    report.  I fully agree with those opinions on the
5    safety of Rebotix repaired EndoWrists and adopt them
6    and incorporate them into this report as my own."
7         So my basis for this is a careful review of
8    these sections of Dr. Sharlin's report, the underlying
9    or referenced documents or materials there that allowed
10   me to determine my agreement with those opinions, and
11   that's the reason I have incorporated them into my
12   report.
13        MR. RUBY:  Could I have the question
14   back, please, Madam reporter.
15        (Record read.)
16   Q    (By Mr. Ruby)  Now please answer the question
17   that you were asked.
18        MR. ERWIG:  Objection to form and asked
19   and answered.
20        THE WITNESS:  I believe that I did
21   explain that I reviewed the report of
22   Dr. Sharlin as it pertained to safety and the
23   materials that were referenced within that.
24   I agreed with those opinions with regard to
25   safety, and that's the reason I have

Page 105

1    incorporated them into this report.
2    Q    (By Mr. Ruby)  I asked you about
3    Dr. Sharlin's qualifications.  Which, if any, of his
4    qualifications as a supposed expert persuaded you that
5    you should adopt his opinions in your support?
6    A    If you'd like, we can go to Dr. Sharlin's
7    report and CV, and I can elaborate more fully there.
8    Q    That's your answer?  Yes?
9    A    At the time -- at the time of drafting my
10   report, I reviewed the Sharlin report and the Sharlin
11   capabilities and expertise, and at that point, I was
12   comfortable with adopting these opinions and I agreed
13   with these opinions.
14   Q    Throughout your report, you quote and
15   footnote some deposition testimony from an individual
16   named, and I may not be pronouncing his name right,
17   Harrich or Harrich (pronunciation), H-A-R-R-I-C-H,
18   first name Ed or Edward.  Do you recall that?
19   A    Can you show what you're referring to?
20   Q    The name doesn't -- yeah, I can if we need to
21   spend time on it.  You don't recall the name of Ed
22   Harrich from your report?  If you don't, I'll be glad
23   to show it to you.
24   A    Yeah, I'm sorry, I don't recall the name
25   right now.

27 (Pages 102 - 105)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 106

1    Q   Would you look, please, at page 8 of
2  paragraph 27 in your report?
3    A   Yes, I'm at paragraph 27.
4    Q   Yes.  The first sentence ends with a Footnote
5  10, and Footnote 10 is Harrich, H-A-R-R-I-C-H, the
6  deposition transcript.  And then if you go to the next
7  page, still in paragraph 27, there's Footnote 12, which
8  footnotes Mr. Harrich, H-A-R-R-I-C-H, deposition
9  transcript.
10       Does that refresh your recollection at all as
11 to your -- and there are many more citations to
12 Mr. Harrich, I'll tell you, and it is a Mr., I believe.
13 So any -- ring any bells with you to the source for
14 the -- for information in your report?
15   A   Yes, in terms -- insofar as terms that a
16 great deal of Mr. Harrich's testimony was related to
17 hospital procedures and dealing with instruments.
18   Q   And what investigation or analysis did you do
19 to persuade yourself that Mr. Harrich was a reliable
20 source of information on which he was being deposed?
21   A   At the time of my report, I looked at his
22 deposition and background, as documented there, and
23 that he comes from a medical --
24 hospital/medical-related background.
25   Q   Is he a doctor?

Page 107

1    A   I would need to look at his CV to be sure,
2  but I don't believe so, as I recall, but we can -- we
3  can check his CV to be sure.
4    Q   Did you think about whether Mr. Harrich was
5  or was not biased or unbiased in respect to Intuitive
6  Surgical?
7    A   In the materials that I reviewed, I didn't
8  detect any bias that gave me concern.  He seemed to
9  have reasonable evaluations, reasonable understanding
10 of procedures.
11   Q   So you considered it, but you decided that
12 based on what you saw, he was an unbiased witness; is
13 that your testimony?
14   A   Or maybe put it the other way, I did not see
15 anything in my personal review that gave me concern of
16 bias or any indication of bias that was there.
17   Q   Well, Mr. Harrich's deposition was given in a
18 lawsuit between Rebotix suing Intuitive; is that right?
19   A   I believe it was associated with this case,
20 but, again, look at the depo transcript to be certain.
21   Q   Did you give any thought, before adopting
22 Mr. Harrich's testimony in your report and opinions,
23 did you consider whether Mr. Harrich was or was not
24 siding with Rebotix in the lawsuit?
25   MR. ERWIG:  Objection, form.

Page 108

1       THE WITNESS:  I utilized the materials,
2  the citations here that -- in terms of
3  reference and background material.  As I
4  said, I didn't see any -- anything that gave
5  me concern about bias from his perspective.
6    Q   (By Mr. Ruby)  Well, did you feel you had
7  some obligation as a -- well, strike that.
8       Do you regard yourself as a neutral expert in
9  this litigation?
10   A   I am retained on behalf of Rebotix Repair
11 LLC, but I am retained to provide my independent
12 opinions and really evaluate and consider materials as
13 I see them.  I'm not under any obligation for a
14 specific opinion or outcome.  I'm specifically
15 requested to provide independent opinions on this
16 matter.
17   Q   Well, as a person who believes that he's
18 entitle -- required to provide independent opinions,
19 did you think you were under some obligation to
20 consider whether a particular source of information
21 that you incorporated in your report was neutral or
22 not?
23   A   It's one of the considerations, but certainly
24 the -- I'm looking at -- more at the information that's
25 provided and how that information was developed and

Page 109

1  obtained.  It's all things that go into my report,
2  you know, you look at them and consider them and
3  evaluate credibility basis associated with them.  So in
4  that -- from that standpoint, I did those things and
5  was comfortable with them.
6    Q   So you did evaluate whether or not
7  Mr. Harrich was neutral or not?  Isn't that what you
8  just told me?
9    A   I'm trying to indicate that it's -- I didn't
10 do a background check on Mr. Harrich or anything like
11 that, but looking at the material that was a part of
12 his deposition, it's just to get an understanding
13 there.  I mean, I have citations in my report to
14 Intuitive Surgical staff and their depositions.
15 There's a number of citations in my report that come
16 from different sources then.
17   Q   How did Dr. Sharlin come out in your
18 assessment as to whether he was likely to be an
19 unbiased, neutral source or not for opinions?
20   MR. ERWIG:  Objection, form.
21       THE WITNESS:  I felt that he had good
22 background and credibility in the area that I
23 was interested in, in the safety aspects of
24 the repaired EndoWrists, and on that basis,
25 being able to evaluate his opinions and such,

28 (Pages 106 - 109)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 110

1   that's what gave me satisfaction that if I --
2   if I agreed with these opinions, that I could
3   incorporate them and utilize them.
4       Q   (By Mr. Ruby)  Well, you knew he was paid for
5   his opinions, didn't you?
6       MR. ERWIG:  Objection to form.
7       THE WITNESS:  Experts are always paid or
8   retained for -- they're compensated for the
9   work that they do, but they're not
10  compensated for a particular opinion.  That's
11  not a part of it.  As we talked about
12  earlier, being able to have the freedom to
13  evaluate information and provide honest
14  feedback and honest opinions is really the
15  key to expert work.
16      Q   (By Mr. Ruby)  So you didn't have any
17  discomfort in adopting large portions of Dr. Sharlin's
18  opinions based on the possibility that he might have
19  been influenced by the money that Rebotix paid to him;
20  is that right?
21      A   I felt that his opinion and evaluation, that
22  his process, procedure was credible and that he had
23  relevant experience in this area, and I was comfortable
24  in -- after review, I was comfortable in utilizing his
25  opinions.

Page 111

1       Q   Uh-huh.  This morning, we talked about your
2   observation of hipot testing during the -- your visit
3   to Florida in -- on August 10th.  Do you remember that?
4       A   Yes, I remember we discussed that.
5       Q   Okay.  What, in your expert opinion, was the
6   purpose of the hipot testing that you saw?
7       A   It was to evaluate the electrical aspects for
8   instruments that included an electrical component, so
9   it was to evaluate if there was any breakdown
10  internally in the device of insulation or anything like
11  that that would disrupt the electrical purpose, like to
12  cauterize or something of that sort, for a device.  So
13  it's a series of tests to basically evaluate that
14  insulating capability over a range of inputs.
15      Q   Uh-huh.  Is it your understanding as an
16  expert witness that what you describe as electrical,
17  electric lights -- excuse me, surgical electrical
18  instruments are connected to a power source, a source
19  of electric power, during a da Vinci system surgery?
20      A   Yes, I understand that.  That's -- that power
21  signal that's being conducted through the shaft of the
22  EndoWrist and down to the tool, that's the aspect
23  that -- to be sure that the insulation is intact, that
24  there's no damage that leads to disruption in the
25  electrical signal.

Page 112

1       Q   And where in your understanding does the
2   power come from when the system is being used on a
3   patient?
4       A   Back at the mounting wrist, where the wrist
5   is mounted, there is a plug that connects to the
6   electrical.  Depending on the specific type of device
7   that's there, there may be one conductor or there may
8   be a two conductor type of plug, but there's a plug
9   specific to the type for the EndoWrist that include
10  that capability.
11      Q   But where is the -- what is the source of the
12  electric power?  Are you saying it's the robotic
13  device, or you're saying it's some other part of the
14  system?  Tell us.  Where -- what is the source of that
15  electricity?
16      A   Well, it at least comes through the device to
17  that plug, that there's an electrical connection for
18  that signal at the -- at the mounting wrist portion to
19  the device.  There are -- there's a plug that you can
20  see that's associated with it.
21      Q   Do you characterize the Rebotix processes
22  that you saw in Florida on August the 10th as repairs?
23      A   Yes, I would put them into the category of
24  inspection, assessment, repair, and validation.
25  They're all part of a repair process.  There's a series

Page 113

1   of steps there.



14      Q   What is your definition of "repair" that
15  you're using when you characterize the installation of
16  the interceptor as repair?
17      A   That it's returning the device -- resetting
18  the device to its original number of uses, its original
19  usage count, as provided before, makes use of the
20  same -- the same chip, and it allows the device to be
21  reset to have the same number of uses that it had
22  originally.
23      Q   Do you characterize any part of the Rebotix
24  processes that you saw in Florida on August the 10th as
25  reprocessing?

Veritext Legal Solutions
800.808.4958                                          770.343.9696

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 114

1      MR. ERWIG:  Objection to form.
2      THE WITNESS:  What do you mean by
3  "reprocessing"?
4      MR. RUBY:  You don't know what
5  reprocessing is?
6      THE WITNESS:  I don't know what you mean
7  by reprocessing.
8      Q   (By Mr. Ruby)  Is reprocessing a term that
9  you use in your expert work?
10     A   Sometimes, yes, but I don't know that I've
11  used it in this context.  Maybe you --
12     Q   When --
13     A   -- can just explain what your question is a
14  little more.
15     Q   Excuse me, I didn't mean to interrupt you.
16  Have you finished now?
17     A   Yes.
18     Q   When you went into the Rebotix offices or
19  other facility on August 10th, did you see a big
20  colored sign about reprocessing?
21     A   Well, I think the term is also -- let me just
22  go and confirm here.
23         Yes, in reviewing the section of my report,
24  reprocessing steps, reprocessing cycles here for
25  instruments can refer to the ultrasonic cleaning and

Page 115

1  sterilization type processes.  Is that what you were
2  referring to?
3      Q   What I'm doing is asking you questions.  If
4  you don't understand a question, as you know, all you
5  have to do is to say "I don't understand the question,"
6  and I'll try to do better.  But let's move through
7  this.  And my job is to ask questions and yours is to
8  answer them.  If you can't answer it, just say so and
9  we'll do something else.
10     MR. RUBY:  Please -- Madam Reporter, can
11  we have the question back, please.
12     (Record read.)
13     THE WITNESS:  Specific to your question
14  about a colored sign regarding reprocessing,
15  I don't recall seeing that.
16     Q   (By Mr. Ruby)  Did you see a colored poster
17  about reprocessing?
18     A   Well, okay, so looking at the wall chart that
19  I included under paragraph 192, that has the word
20  "reprocessing" on it.  That may be what you're
21  referring to, EndoWrist instruments reprocessing wall
22  chart.
23     Q   Yeah.  You saw that when you went into their
24  offices?
25     A   Yes, that was on -- that was near the work

Page 116

1  area, the work bench area where the devices are
2  inspected and repaired.
3      Q   And when you saw that wall chart, did you say
4  to Mr. Fiegel, "Gee, I see this poster, this chart up
5  here about reprocessing EndoWrist instruments.  Can you
6  tell me what reprocessing means?  I just don't
7  understand it"?  Was there any conversation like that
8  between you and Mr. Fiegel?
9      A   Well, it was in context with this overall
10  process of ultrasonic cleaning, drying, scrubbing,
11  removing of any debris or biological matter or
12  anything, and sterilization.  This chart incorporates
13  or encompasses all of these steps, scrubbing, flushing
14  ultrasonic cleaning, repeat flushing, repeat scrubbing,
15  rinse, dry lubricate and disinfect and sterilization.
16  So it incorporates a series of steps there.
17     Q   I didn't ask you about a series of steps.  I
18  asked you whether you asked something about Mr. --
19  asked something from Mr. Fiegel to help you understand
20  this term "reprocessing."  Did you do that?
21     A   I only recall in conjunction with seeing
22  these steps.  I mean, we discussed the steps, if that's
23  what you're asking.  We did go through and review them.
24  As I said, I saw how they're carried out, the equipment
25  that's used, that sort of thing.

Page 117

1      Q   When you saw the word "reprocessing" on the
2  wall chart, did you think you understood what it meant?
3      A   Yes.  In this context of cleaning and
4  sterilization, yes.
5      Q   Have you ever characterized all or any
6  portion of the procedures that Rebotix showed to you on
7  August 10th as reprocessing?
8      A   Yes, I would.  In terms of the steps that are
9  encompassed in this wall chart, series of steps, it
10  would be a part of that series of steps that are
11  carried out.
12     Q   Have you ever characterized all or any part
13  of the procedures that Rebotix showed to you in Florida
14  on August the 10th as refurbishment?
15     A   Generally, no, although in some cases, the
16  words may be used somewhat interchangeably, but I
17  prefer to use the term "repair" associated with the
18  overall Rebotix process that's applied.
19     Q   Have you ever characterized the "overall
20  Rebotix process" as remanufacturing?
21     A   For instance, in my report in a different
22  context, part of the testimony from Intuitive
23  Surgical's employee, Mr. DeSantis, he answered,
24  "Correct.  As part of our life testing remanufacturing,
25  it's not part of life testing."

30 (Pages 114 - 117)

Dr. T. Kim Parnell                                       September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 118

1    "In fact, any sort of refurbishing repair is
2    not part of life testing, right?"
3         And he answered, "Correct."
4         I think there the term "remanufacture" is
5    utilized to indicate where there may be parts or
6    components that are replaced as opposed to repair. I
7    think that's the distinction between remanufacturing
8    and a repair process.
9         MR. RUBY: May we have the question
10   back, please.
11        (Record read.)
12        THE WITNESS: I do not believe that I
13   have characterized it as remanufacturing for
14   the reason that I stated. I would generally
15   view remanufacturing as involving replacement
16   of components, removal and replacement of
17   components. I think the better
18   characterization of the Rebotix process is a
19   repair process.
20   Q   (By Mr. Ruby) Does your report express any
21   opinion of yours regarding the maximum number of times
22   an EndoWrist instrument may be safely used during
23   surgery on human beings?
24   A   What my report does talk about is the usage
25   counter and how a usage counter is really not connected

Page 119

1    to wear or damage or anything like that. The usage
2    counter really just indicates -- mounts to the
3    EndoWrist -- to the da Vinci robot and some operation,
4    but it's not -- it's not indicative of the amount of --
5    the time of use, how much time the device is used, or
6    the severity, how difficult the device is used.
7         So in that sense, there's not really a
8    connection between a usage counter and any other
9    measures of continuing use or reliability of the
10   device.
11        MR. RUBY: Could we have the question
12   back, please.
13        (Record read.)
14   Q   (By Mr. Ruby) You may answer.
15        MR. ERWIG: Objection to form and asked
16   and answered.
17        THE WITNESS: My report does explain and
18   indicate what I just said, that the usage
19   counter does not provide an indication of
20   safety or ability to continue using it.
21   There are examples of devices with uses still
22   on the counter that have damage or that
23   cannot be reused. Sometimes it's due to
24   external damage, but the number of uses
25   itself is -- in my opinion, is not a

Page 120

1    parameter or a guide to future safe use of
2    the device.
3    Q   (By Mr. Ruby) I didn't ask you about the
4    usage counter, you know that. The words "usage
5    counter" appear nowhere in my question. Let me try
6    again.
7         Does your report express your opinion as to
8    the maximum number of surgeries that may be safely
9    undertaken by a da Vinci accessory surgery on a human
10   being? You've said that the mileage -- the usage
11   counter is not a reliable measure. You said that. You
12   repeated it, you've written it. I think we've
13   exhausted that. Now I want to know whether you believe
14   your report expresses your opinion on the safe maximum
15   number of surgeries.
16   A   Well, for the same reason that the usage
17   counter is not an indicator of number of safe uses,
18   even if you just count surgical operations, surgical
19   times going into surgery without, it's really the same
20   conclusion. I mean, each time it goes into the
21   operating room, there is going to be -- afterwards,
22   whether it's used or not, there's going to be a
23   sterile -- cleaning and sterilization step, a
24   reprocessing step that you were talking about. So each
25   time that's going to go through there and that's

Page 121

1    whether there's a real surgical use of not, but just
2    that it is taken into the operating room for that.
3    Q   That's your answer? You completed your
4    answer?
5    A   Yes.
6    Q   Do you believe -- well, strike that.
7         In your opinion, do components of the da
8    Vinci instrument wear out over time?
9    A   They may, depending on the use and the
10   application, you know, severity of use, time of use,
11   things like that, more than just number of uses, would
12   be things that can go into that, but there are a whole
13   series of factors that are involved in wear. There's
14   certainly also external damage that occurs to
15   instruments sometimes in the cleaning and sterilization
16   cycles.
17   Q   Do you have an opinion as to what the useful
18   life is of any of the da Vinci instruments which are
19   listed on your Table No. 1?
20        MR. ERWIG: Objection to form.
21        THE WITNESS: Useful life can mean many
22   different things, depending on what you're --
23   what you're counting, what you're
24   characterizing. Certainly it's affected by
25   the operations that are performed, what the

31 (Pages 118 - 121)

Dr. T. Kim Parnell                                           September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 122

1    instrument is used for, length of time,
2    severity of use, all those types of things.
3        It's generally not something that you
4    can just put a number of simply. I mean,
5    that's why the usage counter is not a good
6    indicator of life. It's really a somewhat
7    artificial indicator.
8        MR. RUBY: Could I have the question
9    back, please.
10       (Record read.)
11       Q (By Mr. Ruby) Have you finished your answer
12   to that?
13       A I'll say again --
14       Q If you say you finished your answer, then
15   we'll move on. I just wanted to give you an
16   opportunity to complete your answer if you've been cut
17   off. So what do you want to do? You want to say more
18   or move on?
19       A I believe I finished my answer in terms of
20   there not being a direct -- easily characterized life
21   for the instrument.
22       Q Your --
23       A It depends on many factors.
24       Q Excuse me.
25       Did you make notes of any of your interviews

Page 123

1    with any of the people associated with Rebotix whom you
2    interviewed for your report?
3        A Any notes that I made, I just rolled into
4    portions of my report, portions that are described. So
5    anything that I viewed as relevant, I rolled into my
6    report.
7        Q That wasn't my question. My question was:
8    Did you make notes of any of your interviews with any
9    of the people whom you interviewed who are associated
10   with Rebotix? It's a yes or no question.
11       A I made photographs and, as I said, any notes
12   were just temporary notations to incorporate into my
13   report. All of my -- all of my notations, anything
14   that I brought forward is a part of my report.
15       Q Before I can ask you about notes, I have to
16   establish that -- whether you did or you didn't make
17   them, and so will you please answer yes or no whether
18   you made notes. Whether -- what you did with them or
19   whether you'll have questions about that depends on
20   whether there were any at one time. Do you understand?
21   You have to speak verbally or the record isn't
22   complete.
23       A I think I've tried to explain what I did. I
24   did not have any extensive note-taking. Photographs
25   and other things that incorporated into my report,

Page 124

1    that's what I did.
2        Q I didn't ask you about extensive note-taking.
3    Let's try again. Did you take any notes of any
4    conversations you had with the individuals associated
5    with Rebotix?
6        A I had -- in addition to my photographs, I had
7    some temporary notes that I utilized until I could
8    incorporate them into my report.
9        Q What is a temporary note? What does that
10   mean?
11       A Well, it's a -- it's a note that I did not
12   make as a part of my file. I utilized it to
13   incorporate the information into my report.
14       Q So you made some notes and then you destroyed
15   them; is that what happened?
16       MR. ERWIG: Objection to form.
17   Mischaracterizes testimony.
18       THE WITNESS: Some -- as I'm indicating,
19   notes were really quite limited. It was
20   really mostly my photographs and observations
21   that was the primary part here.
22       Q (By Mr. Ruby) Did you destroy any notes that
23   you made?
24       MR. ERWIG: Objection to form.
25       THE WITNESS: Only after incorporating

Page 125

1    them as part of my report itself. Anything
2    that I took that was important, then I
3    incorporated into my report.
4        Q (By Mr. Ruby) Did you discard any of the
5    notes that you took?
6        A Again, I think I'm saying the same thing, I'm
7    moving the information, any temporary handwritten
8    notation, I'm moving into a more formal part of my
9    report. The handwritten notes I did not retain.
10   Photographs I retained and have been produced. And
11   observations that came about from my Rebotix repair
12   inspection are incorporated into my report. I think
13   that maybe to be most clear, everything that I had as a
14   result of my interview and inspection is incorporated
15   into my report.
16       Q When you destroyed notes, did you use a
17   shredder?
18       MR. ERWIG: Objection to form.
19       THE WITNESS: Probably. That's my usual
20   course, but honestly, I don't recall.
21       Q (By Mr. Ruby) In your understanding of the
22   procedures followed by Rebotix that you characterized
23   as repair, if Rebotix shipped a -- an instrument back
24   to a hospital after Rebotix had installed the
25   interceptor and if that instrument was then used in

32 (Pages 122 - 125)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 126

1  surgery on a human being, would the surgeon have any
2  way of knowing that he or she is using an instrument
3  beyond the usage limits that have been established by
4  Intuitive?
5        MR. ERWIG: Objection to form.
6        THE WITNESS: My understanding is that
7     there is a designation that is added on the
8     EndoWrist portion there. I don't know if a
9     surgeon would typically consult or ask about
10    that. That would be part --
11       MR. RUBY: Do --
12       THE WITNESS: -- of the hospital
13    procedure and staff procedure then.
14       MR. RUBY: Excuse me, I didn't mean to
15    interrupt you. Have you finished now?
16       THE WITNESS: Yes.
17       MR. RUBY: Yes.
18    Q   (By Mr. Ruby) It's your understanding that
19 the instrument itself after what you call repair was
20 branded or labeled in some way, right, on the
21 instrument to signify that the usage limit set by the
22 factory had been altered? Yes?
23    A   That's my understanding, is that it's labeled
24 really to indicate that it's been repaired by Rebotix.
25 I think it's really indicative of a repair procedure

Page 127

1  having been performed.
2     Q   Did you ever ask anybody at Rebotix what were
3  the most number of repairs, meaning installation of
4  interceptors, that Rebotix had ever accomplished as to
5  a given single EndoWrist instrument?
6     A   I do not recall discussing that specifically.
7     Q   Well, do you have any information as part of
8  the conclusions that you -- strike that.
9        Do you have any information as part of the
10 material that you evaluated in doing your report as to
11 whether there were any, quote/unquote, repaired
12 instruments that were sent to customers after the given
13 instrument had done as many as 20 surgeries already?
14    A   If I understand your question, that would
15 mean that it came back to Rebotix for a second time, a
16 second round.
17    Q   You understand the question, yeah.
18    A   Yeah. I don't recall discussing that. I was
19 not informed of any that would fall into that category
20 at least.
21    Q   Do you have an opinion as to approximately
22 how many surgeries on human beings have, all told,
23 total, been undertaken with instruments that have been,
24 quote/unquote, repaired by Rebotix?
25    A   No, I don't believe I have been provided any

Page 128

1  information on number of surgeries performed. I recall
2  that there was something of the order of maybe 500
3  instruments that had been repaired, but number of uses,
4  I don't know.
5     Q   All right. Your information on the subject
6  is that approximately 500 da Vinci instruments had
7  undergone the process that you described earlier of
8  inspections and installation of the interceptor chip
9  and perhaps some sharpening of cutting pieces, and then
10 these approximately 500 have been shipped back to
11 customers to be used; is that right?
12       MR. ERWIG: Objection to form.
13       THE WITNESS: I don't know final
14    disposition of all of them. I just recall
15    understanding that it was about 500
16    EndoWrists that had been repaired, but
17    disposition following that, I don't have
18    information.
19    Q   (By Mr. Ruby) Well, a big part of your
20 assignment in this case was to form opinions and
21 testify about opinions on safety; isn't that right?
22    A   My primary aspects were to evaluate repair
23 procedures and how those are performed. As I said, I
24 did utilize Dr. Sharlin's work after reviewing; I
25 incorporated that on safety into my report.

Page 129

1     Q   Well, are you telling me that except for what
2  you've incorporated from Dr. Sharlin, you have not
3  studied and worked up opinions of your own having to do
4  with safety of either the da Vinci access --
5  instruments straight from the factory or da Vinci
6  instruments that have been repaired, as you used the
7  term, by Rebotix; is that right?
8        MR. ERWIG: Objection to form.
9        THE WITNESS: I may not have expressed
10    that clearly. I did utilize Dr. Sharlin's
11    work on safety, but also my work also goes
12    into the aspects of reliability and safety
13    and such, and that's a part of my opinions
14    here in paragraphs 17 through 20 of my
15    report.
16    Q   (By Mr. Ruby) So it was part of your
17 assignment to evaluate considerations of safety applied
18 both to da Vinci instruments which have not been,
19 quote/unquote, serviced by Rebotix, as well as
20 instruments that have been serviced by Rebotix, right?
21    A   Yes, it's a part of my work overall, is
22 evaluating those aspects.
23    Q   Well, it's your opinion, isn't it, and I'm
24 looking at page 6, for example, paragraph 18, "It is my
25 opinion that Rebotix's repair procedure ensures that

33 (Pages 126 - 129)

Dr. T. Kim Parnell                                     September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 130

1  EndoWrists can continue to be used safely." Do you see
2  that?
3       A   Yes, I do.
4       Q   That's your opinion and if you're allowed to,
5  you want to testify to that in court, right?
6       A   Yes, that is correct.
7       Q   All right.  Now, what is your best
8  information, an estimate, about the number of da Vinci
9  instruments that underwent the "repair procedure" by
10  Rebotix and were then sent back to hospitals for use on
11  human beings?
12      A   My best understanding would be what I said,
13  something of the order of 500.
14      Q   Okay.  And of the 500, approximately, that's
15  your best information, what information, if any, do you
16  have about how many actual surgeries were performed by
17  those instruments that have been, quote/unquote,
18  repaired and shipped back to the hospitals?
19      A   To the best of my recollection, I have not
20  seen numbers of that type.  And I would expect that to
21  a large degree, they may not be available to Rebotix in
22  terms of how many uses went through on the repaired
23  instruments.
24      Q   Well, surely Rebotix had a system, didn't
25  they, to keep track of the surgical outcomes of these

Page 131

1  instruments that had been, quote/unquote, repaired,
2  right?
3       A   Well, I was thinking and describing in terms
4  of instruments that were repaired and went out and
5  whether they came back subsequently.  You know, if --
6  any instruments that have not come back, I wouldn't
7  expect any information about number of uses or anything
8  like that to be available.
9       Q   Did Rebotix have a system in place to keep
10  meticulous records of whether or not a single
11  "repaired" instrument had been present at a surgery
12  where there was a major complication?
13      A   It would all depend on information that is
14  returned to Rebotix.  Certainly if a device comes back,
15  it's logged into the system again, just like the first
16  time, it's inspected and that kind of thing.  And if
17  there are reports that are provided, those are also
18  logged in, evaluated, if it's part of the instrument
19  coming in.  So there is certainly tracking that is
20  performed.
21      Q   And Rebotix has a procedure for this, right?
22      A   They have tracking and logging procedures
23  that really mimic the first time through on a repair,
24  if there's anything additional that comes in, anything
25  that's determined through inspection or hospital report

Page 132

1  or anything like that.
2       Q   Does Rebotix or did Rebotix tell its
3  customers that if any of the instruments that have been
4  repaired was present during a surgery where there was a
5  major complication, Rebotix wanted to be notified about
6  that?
7           MR. ERWIG:  Objection, form.
8           THE WITNESS:  Specifically, I'm not sure
9       of exact procedures that are there,
10      agreements or procedures with hospitals, but
11      these kind of things of, you know, quality,
12      trouble reports, things like that, these
13      would -- these would be typical processes
14      that would be put in place, requests
15      information back, in terms of any issues that
16      are encountered.
17      Q   (By Mr. Ruby)  Where do you get that idea,
18  what you just said?  What's the source, what's the
19  factual source of what you just said?
20      A   It's from my experience regarding medical
21  devices and medical instrumentation.  I mean, quality
22  and checking and tracking is always a portion of those
23  types of operations and for that type of equipment.
24      Q   What type of equipment?
25      A   Medical devices, medical instrumentation,

Page 133

1  medical equipment, all of those types of equipment,
2  things that come in via the FDA require reports.
3       Q   Uh-huh.  And if there were a major
4  complication at a surgery where the surgeon had used a
5  da Vinci surgical system with an instrument that had
6  been, quote/unquote, repaired by Rebotix, what is your
7  expert opinion as to why anybody would notify Rebotix
8  about that?
9           MR. ERWIG:  Objection, form.
10          THE WITNESS:  My opinion would be that
11      it would have to be a part of the tracking
12      associated with particular -- in this case,
13      we're talking about particular EndoWrist
14      devices.  They're serialized, they have
15      serial numbers, that kind of thing.  And a
16      device that's been repaired, as I said, it's
17      going to have a marking and it will be
18      indicated in the serial number for the
19      hospital.  So I would expect that there would
20      be tracking of that sort for any incidents or
21      issues.
22      Q   (By Mr. Ruby)  When you were retained in this
23  case, did you get from Rebotix their records of any
24  returns or other information that came back to the
25  company about these approximately 500 EndoWrists that

34 (Pages 130 - 133)

Dr. T. Kim Parnell                                           September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 134

1  had been extended beyond their factory specification?
2      A   I know -- I do recall seeing at least some
3  devices.  I remember reading one device, hospital
4  correspondence that asked about sharpness of blades and
5  was going to be returned to Rebotix to resharpen and
6  recheck blades, that kind of thing.
7          I did not have any extensive database if it
8  exists.  I don't know that there's any extensive
9  database that exists of returns.  I have seen returns
10  associated with Intuitive Surgical records that
11  indicate issues or concerns that come back and were
12  identified through inspections.  Many of those included
13  external damage, things of that sort.
14     Q   Did you see -- strike that.
15         Did you ask your client, Rebotix, for all the
16  records they had showing returns or complaints or
17  warranty claims, anything of that nature, for the,
18  quote/unquote, serviced instruments that Rebotix had
19  repaired?  It's a yes or no question.  Did you ask for
20  that material?
21     A   I did ask for all the document production,
22  documents that were produced in conjunction with the
23  case, associated with productions from Rebotix,
24  productions from Intuitive Surgical.  I don't recall
25  seeing a document of the type that you're describing.

Page 135

1      Q   Did Rebotix have a form that they provided to
2  their customers that the customer could just fill in
3  the blanks if there were a problem of any kind at all
4  with a serviced instrument that had been shipped back?
5      A   I would expect that to be part of procedures
6  that are developed associated with customers.  It's
7  just I don't recall seeing that myself, but materials
8  of that type are usually done to facilitate
9  record-keeping and to make it more straightforward and
10  consistent reporting to be done.
11     Q   But you don't know whether Rebotix did it; is
12  that correct?
13     A   I don't recall seeing a document of that
14  type.
15         MR. ERWIG:  Whenever you get a chance
16     that would be a good time for a break, we've
17     been going for about an hour and 20
18     minutes.
19         MR. RUBY:  Oh, okay, fair enough.  Why
20     don't we -- why don't we come back at 2:30.
21         THE VIDEOGRAPHER:  The time is now 2:13
22     p.m.  We're going off the record.
23         (Recess taken.)
24         THE VIDEOGRAPHER:  The time is now 2:30
25     p.m.  We're back on the record.  This is the

Page 136

1  beginning of Media Unit 5.  Please
2  continue.
3      Q   (By Mr. Ruby)  Have any of your opinions
4  changed since you signed your report?
5      A   No, I don't believe so.  I think my report is
6  consistent and represents my opinions.
7      Q   Any changes you want to make in your report
8  today?
9      A   No.
10     Q   Is there more work you intend to do on this
11  assignment as we sit here today other than testifying?
12     A   Nothing at this point that I've been
13  assigned.  Certainly if there are any requests from
14  counsel, I would try to address those.
15     Q   Do you consider yourself an expert in the
16  rules and the regulations and policies of the Food &
17  Drug Administration?
18     A   I have some general knowledge and experience
19  in those areas, but I would not count FDA rules and
20  regulations as being my expertise.
21     Q   Have you been asked to develop any opinions
22  as to whether or not Rebotix was required to seek
23  clearance from the FDA before undertaking to process
24  the da Vinci instruments in the manner we've been
25  discussing?

Page 137

1      A   No.
2      Q   Do you consider yourself a -- an expert in
3  the economics of antitrust?
4      A   No.
5      Q   Have you been asked to develop any opinions
6  on any antitrust issues in this case like the relevant
7  market?
8      A   No, I have not.
9      Q   Would you look, please, at paragraph 41 of
10  your report?
11     A   Yes, I'm there.
12     Q   All right.  You realize you're under oath
13  today?
14     A   Yes.
15     Q   Is every word of paragraph 41 true?
16     A   Yes, I believe it is.  I can put it into the
17  record if you wish.
18     Q   Uh-huh.  Do you have any understanding that
19  any of the instruments that are listed in your Table 1
20  that we looked at earlier, that any of those
21  instruments have very, very high heat associated with
22  their usage in surgery?
23     A   I would expect that the ones that have the
24  most would be the electrosurgical type of instruments,
25  ones that are used to cauterize tissue or perform a

35 (Pages 134 - 137)

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 138

1  similar function.
2     Q   And they -- those instruments certainly
3  transmit sufficient heat to cause injury if the very,
4  very high heat comes in contact with human flesh; is
5  that true?
6     A   Well, cauterizing is, in essence, a step that
7  does involve the response of tissue to heat.  You can
8  say it's a -- it's an injury or damage, but it's for a
9  particular purpose.
10    Q   And in the inspection procedures that you
11 described earlier, which of those inspections has
12 Rebotix designed to assess the condition of the
13 portions of the electrosurgical instruments which are
14 involved in transmitting very high heat?
15    A   We would need to go to the set of procedures
16 for inspection and tests, and it's a part of that
17 series of documents.
18    Q   Which part of the procedures that you were
19 given a tour of on August 10th had to do with assessing
20 the safety of instruments, the portion of instruments
21 that transmitted very, very high heat?
22    A   Well, we've discussed the hipot test being
23 associated with evaluation of any insulation breakdown
24 along the shaft of the device, but you need to go to
25 other parts of the procedures for those types of

Page 139

1  instruments for the other assessments steps.
2     Q   What other procedures?
3     A   Well, there is a whole series of procedure
4  documents that are referenced in my report and that are
5  a part of the Rebotix repair process.  Those are areas
6  that -- to review to answer your question more.
7     Q   Didn't we earlier today go through step by
8  step the entire, quote/unquote, repair protocol for da
9  Vinci instruments that you went to Florida so you could
10 see somebody actually doing it?  Haven't we been
11 through all that?
12    A   We looked at certain documents that were
13 referenced in the report.  As I said, there's a whole
14 series of documents that make up the procedures in this
15 case for repair and evaluation.
16    Q   Can you tell me, sitting here, what steps or
17 what parts of the entire inspection "repair" process
18 are designed by Rebotix to assess the condition of
19 the portions of da Vinci instruments which are
20 responsible for the delivery of very high heat in
21 surgery?
22    A   I would, again, as I said, go back to the
23 procedure documents that are referenced there, and we
24 can go through them in and discuss in more detail.
25    Q   Well, other than the hipot test for one

Page 140

1  minute, you said, were you provided -- when you went to
2  Florida on August 10th, were you provided with a
3  demonstration or explanation of those portions of the
4  inspection and, quote/unquote, service protocol that
5  dealt with the high heat portions of any da Vinci
6  instruments?
7     A   There are documents that reference as part of
8  the procedure that in general, if the insulation
9  condition is intact and all of the components are
10 intact in terms of the cable, the transmission to the
11 tool end, and that kind of thing, then the device is
12 intended to perform as it originally performed.  I
13 mean, all of these steps are directed towards repairing
14 and restoring the device to its original behavior.
15    MR. RUBY:  That's all the questions I
16 have for now.  Thank you.  Thanks,
17 everybody.
18    MR. ERWIG:  Let's take -- can we take
19 five, I'll see if I have anything and then
20 come back?
21    MR. RUBY:  Sure.
22    MR. ERWIG:  Thanks.
23    THE VIDEOGRAPHER:  The time is now 2:44
24 p.m.  We're going off the record.
25    (Recess taken.)

Page 141

1     THE VIDEOGRAPHER:  The time is now 2:51
2  p.m.  We're back on the record.  Please
3  continue.
4     MR. ERWIG:  I have no further questions
5  at this time either.
6     THE VIDEOGRAPHER:  The time is now 2:51
7  p.m.  This concludes the videotaped
8  deposition of Mr. Parnell.  We are going off
9  the record.
10    (Deposition concluded at 2:51 p.m. PST)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

36 (Pages 138 - 141)

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 38 of 71 PageID 18441

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 142

1       C E R T I F I C A T E .

2

3   STATE OF GEORGIA

4   COUNTY OF COBB

5

6       I, MICHELLE M. BOUDREAUX-PHILLIPS, do hereby

7   certify that DR. T. KIM PARNELL, the witness whose

8   deposition is hereinbefore set forth, was duly sworn by

9   me and that such deposition is a true record of the

10  testimony given by such witness.

11

12      I further certify that I am not related to

13  any of the parties to this action by blood or marriage

14  and that I am in no way interested in the outcome of

15  this matter.

16

17      IN WITNESS WHEREOF, I have hereunto set my

18  hand this 26th day of September 2021.

19

20      _____

        MICHELLE M. BOUDREAUX-PHILLIPS, RPR

21

22

23

24

25

---

Page 143

1   Alexander Erwig

2   alexander@dovel.com

3       September 27, 2021

4   RE:   Rebotix Repair LLC v. Intuitive Surgical, Inc.

5   9/24/2021, Dr. T. Kim Parnell (#4802998)

6       The above-referenced transcript is available for

7   review.

8       Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12      The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  litsup-ga@veritext.com

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19   If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22      Yours,

23      Veritext Legal Solutions

24

25

---

Page 144

1   Rebotix Repair LLC v. Intuitive Surgical, Inc.

2   Dr. T. Kim Parnell (#4802998)

3       E R R A T A  S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____   _____

24  Dr. T. Kim Parnell                Date

25

---

Page 145

1   Rebotix Repair LLC v. Intuitive Surgical, Inc.

2   Dr. T. Kim Parnell (#4802998)

3       ACKNOWLEDGEMENT OF DEPONENT

4       I, Dr. T. Kim Parnell, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11  _____   _____

12  Dr. T. Kim Parnell                Date

13  *If notary is required

14      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15      _____ DAY OF _____, 20___.

16

17

18      _____

19      NOTARY PUBLIC

20

21

22

23

24

25

---

37 (Pages 142 - 145)

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 39 of 71 PageID 18442

Dr. T. Kim Parnell
September 24, 2021

Rebotix Repair LLC v Intuitive Surgical, Inc.

[& - accommodating]
Page 1

**&**

**&** 3:5,14 11:18 12:2,8,11 13:9 136:16

**0**

**02274** 5:13

**1**

**1** 4:7 9:18,23 33:15 34:10 35:21 37:3 38:6 39:3 40:7 42:6 45:21 46:17 51:11 52:6 52:25 54:5,12,22 56:9,12 65:4 89:21,21 102:10 121:19 137:19
**10** 14:3 28:25 30:22 36:16 51:8 62:23 75:20 89:22 89:24 106:5,5
**10001-8602** 3:15
**10th** 37:20 40:20 59:18,24 60:25 61:11 67:2 72:2 94:1 95:17 96:5 111:3 112:22 113:3,24 114:19 117:7,14 138:19 140:2
**10x** 89:5
**11** 71:3
**118** 10:20
**12** 36:14 100:9 106:7
**12067** 142:19
**125** 10:21
**12:45** 100:16
**138** 3:11
**15** 62:23 68:20,23 76:3,3 84:15

**15559** 3:11
**16** 103:22
**166** 79:19
**17** 129:14
**18** 36:5 129:24
**192** 115:19
**1986** 24:21
**1990** 8:4 24:23
**1990s** 24:24
**1999** 25:11

**2**

**2** 4:9 36:24 88:21
**20** 6:20 7:21 25:11 127:13 129:14 135:17 145:15
**200** 22:7 81:9 84:8
**201** 3:6 84:8 86:23 87:2,3
**2010** 15:1 16:17 23:16,16
**2012** 30:17
**2015** 23:16 30:17
**2018** 11:7
**2019** 8:18 10:15
**2020** 8:5 66:16
**2021** 1:16 2:6 5:8 8:6 21:10 66:18 142:18 143:3
**212.735.3000** 3:16
**218** 79:13
**22** 36:1
**2274** 1:3
**24** 1:16 2:6
**24th** 5:8
**25** 36:6,15 77:21
**26th** 142:18
**27** 106:2,3,7 143:3

**3**

**30** 8:8 14:2 15:8 68:23 76:3 143:17

**3038** 90:16 91:4 99:6
**310.656.7066** 3:7
**33tgw** 1:3
**38** 56:21 57:3 58:4
**39** 56:20

**4**

**4** 101:1
**4.0** 91:17 93:4
**4.2** 89:10 99:17
**4.2.2** 90:8
**4.3** 90:3 100:1
**40** 57:9 58:4 100:16
**408.888.7087** 3:12
**41** 137:9,15
**420172** 39:8
**48** 71:21,25
**4802998** 143:5 144:2 145:2
**49** 74:18

**5**

**5** 60:1 100:9 136:1
**500** 128:2,6,10,15 130:13,14 133:25
**55** 75:13
**56** 76:19
**57** 94:5 95:16
**58** 94:23 95:17
**59** 94:23 95:8,17

**6**

**6** 4:3 38:18 103:23 129:24
**60** 54:15 55:2
**600** 3:6

**7**

**7** 44:21 45:12
**78** 60:20 68:1

**8**

**8** 106:1
**84** 87:12
**88** 4:9
**89** 100:4
**8:07** 1:17 2:7 5:7
**8:20** 1:3 5:13

**9**

**9** 4:7 60:1
**9/24/2021** 143:5
**90401** 3:7
**91** 32:16,18,22 37:2 49:21,25 102:11
**95032** 3:12

**a**

**a.m.** 1:17 2:7 5:7 36:20,23 71:6,9
**ability** 7:19 46:24 50:15 51:19,22 52:13,16,19 55:4 55:20 56:4 81:12 119:20
**able** 9:8,10 34:25 35:12 43:8,8 51:14 52:3 58:5 58:24 59:21 60:13 77:8 85:9 88:11 96:16 101:24 109:25 110:12
**academic** 13:12
**accepted** 66:10
**access** 17:20 58:21 129:4
**accessing** 26:2
**accessory** 80:25 120:9
**accommodating** 53:16

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[accomplished - arps]
Page 2

accomplished 30:8
127:4
accumulated
28:22
accuracy 143:9
accurate 7:15
accurately 7:18
achieve 89:23
achieved 85:13
acknowledgement
145:3
acknowledgment
143:12
action 142:13
active 26:8,18,20
actively 26:10
activities 23:8
actual 85:12
130:16
actuate 77:20
actuated 48:9
actuations 39:22
add 71:18
added 113:8,11
126:7
addition 7:21
63:16 68:22 124:6
additional 70:24
73:8,20 77:12
91:6 99:2 113:7
131:24
additions 145:6
address 28:12
136:14
adhered 66:14
adjusted 52:15
adjusting 94:19
adjustment 58:7
67:13 70:25 77:4
99:22

adjustments 58:9
77:1
administration
136:17
adopt 104:5 105:5
adopted 93:4
103:20
adopting 105:12
107:21 110:17
aed 13:7
affect 51:22,22
affiliation 5:23
afraid 39:18
ago 6:12 25:11
28:24,25 31:25
agree 104:4
agreeable 36:16
agreed 27:15
29:11 104:24
105:12 110:2
agreement 2:13
29:13 104:10
agreements
132:10
ahead 57:18
aid 30:8
aids 69:3
alan 3:18 5:17
100:14
alexander 3:5,8
6:5 143:1,2
aligned 78:12
aligning 76:23
allen 3:10,11,13
6:1,13 70:9
allenruby.com
3:13
allotted 143:20
allowed 104:9
130:4

allows 113:20
altered 126:22
amount 10:10
51:20 97:25 98:11
119:4
analysis 24:22
50:8 106:18
answer 6:25,25
7:5,8,18 10:6,11
15:14 27:16 36:11
40:3 53:15,17
57:15 58:16 69:3
81:25 82:16 88:23
104:16 105:8
115:8,8 119:14
121:3,4 122:11,14
122:16,19 123:17
139:6
answered 15:18
16:4 27:17 28:9
58:2 59:8 93:18
104:19 117:23
118:3 119:16
anticipated 69:2
antitrust 137:3,6
anybody 100:15
100:17 127:2
133:7
apologize 5:3
apparatus 62:17
72:9
apparently 96:19
appear 120:5
appearance 45:18
48:1
appearances 3:1
appeared 64:15
appended 145:7
applicable 51:2
89:18 90:1 92:12
99:8,12 100:1

143:8
application 18:6
49:16 103:11
121:10
applications 18:23
50:7 52:4 103:15
applied 31:4 46:13
66:14 68:1,2 83:6
86:3 101:18 113:9
117:18 129:17
applies 27:24 51:6
apply 48:25 51:4
71:23 101:24
102:8,8,22
applying 20:8
appreciated 96:14
appropriate 77:6
96:15
appropriately
55:21 84:9 86:4
94:12
approved 81:16
approximate
84:14
approximately
6:19,20 7:21,22
8:7 22:1 37:12
84:15 127:21
128:6,10 130:14
133:25
area 17:7 26:11
109:22 110:23
116:1,1
areas 15:12 20:8
25:22 26:10 27:2
28:2,3 49:20
69:15 136:19
139:5
arguing 88:3
arps 3:14

[arrangement - best]                                                        Page 3

**arrangement**
  16:12
**articulate**  46:13
  46:24
**articulation**  46:12
**artificial**  122:7
**ascertain**  92:11
**aside**  83:24
**asked**  12:16 13:21
  14:23 15:17 16:3
  28:8,11 29:18
  58:1 59:7 72:21
  72:24 86:5 91:2
  93:17 103:10
  104:17,18 105:2
  116:18,18,19
  119:15 134:4
  136:21 137:5
**asking**  10:3 19:22
  38:14 40:23 43:21
  47:8 49:1 52:20
  53:7,12,14 96:3
  115:3 116:23
**asme**  23:6
**aspect**  25:15 56:20
  111:22
**aspects**  12:22 13:1
  16:24 17:8 25:20
  27:9,19,22 55:7,9
  55:10 60:12 74:16
  76:18 91:22 92:16
  103:5,21 109:23
  111:7 128:22
  129:12,22
**assembly**  89:8
**assertion**  49:24
**asserts**  49:21
**assess**  81:12
  138:12 139:18
**assessing**  138:19

**assessment**  109:18
  112:24
**assessments**  139:1
**assigned**  136:13
**assignment**  19:21
  20:17 22:3 128:20
  129:17 136:11
**assistance**  72:20
**assisted**  26:12,23
  28:7,15,23 29:14
  31:9,10 48:13
**associate**  102:17
**associated**  9:5
  11:9,21 12:23
  13:6,10,14,16 14:8
  14:14,19,19,21
  18:14 20:9 23:5
  33:10,18 34:17,18
  35:5 37:6 39:12
  43:17 46:3 47:23
  53:25 56:3 58:22
  59:13 60:18 77:23
  90:13 99:2 100:3
  100:5 107:19
  109:3 112:20
  117:17 123:1,9
  124:4 133:12
  134:10,23 135:6
  137:21 138:23
**associates**  24:22
**assume**  85:4 93:7
**attached**  143:11
**attachment**  61:18
  61:21,23
**attend**  23:2
**attended**  22:24
**attention**  19:5
**attorney**  143:13
**august**  37:20
  40:20 59:18,24
  60:25 61:11 66:16

66:18 67:1 72:2
  94:1 95:17 96:5
  111:3 112:22
  113:3,24 114:19
  117:7,14 138:19
  140:2
**automated**  13:7
**available**  26:3,15
  130:21 131:8
  143:6
**avenue**  3:11
**avenues**  22:17
**awesome**  9:21

**b**

**back**  10:24 13:16
  14:25 22:6,25
  23:15 32:21 36:15
  36:23 53:11,20,21
  53:22 71:9 78:9
  88:8 95:3 99:5
  100:25 104:14
  112:4 115:11
  118:10 119:12
  122:9 125:23
  127:15 128:10
  130:10,18 131:5,6
  131:14 132:15
  133:24 134:11
  135:4,20,25
  139:22 140:20
  141:2
**background**  15:6
  16:6 23:22 24:12
  25:18 27:4 106:22
  106:24 108:3
  109:10,22
**bad**  7:13
**band**  79:15
**based**  35:12 98:18
  107:12 110:18

**bases**  27:12
**basic**  51:4
**basically**  65:9 99:2
  111:13
**basis**  21:13 84:25
  104:7 109:3,24
**bates**  32:17
**bath**  96:25
**bathroom**  70:11
**beginning**  36:24
  101:1 136:1
**behalf**  3:4,9 5:18
  5:21 6:5 10:1
  108:10
**behavior**  54:14
  140:14
**beings**  118:23
  127:22 130:11
**believe**  8:13,18
  12:13 15:11 16:19
  18:22 19:3 21:10
  22:25 24:10,24
  28:12 31:17,21
  34:1 36:12 37:16
  43:4 46:6 53:24
  54:8 61:17 64:18
  69:13 72:13 78:3
  87:21 88:5 104:20
  106:12 107:2,19
  118:12 120:13
  121:6 122:19
  127:25 136:5
  137:16
**believes**  108:17
**bells**  106:13
**bench**  116:1
**benefit**  67:10,10
  67:14 78:1
**best**  7:19 25:9
  28:21 47:11 130:7
  130:12,15,19

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[better - changed]**                                              Page 4

**better** 9:12 61:7
86:19 115:6
118:17
**beyond** 18:22 19:3
41:21 126:3 134:1
**bias** 107:8,16,16
108:5
**biased** 107:5
**big** 16:25 114:19
128:19
**billed** 22:4
**billing** 21:23
**biological** 116:11
**bipolar** 37:9,15
38:23 39:9 40:1,8
41:21
**bit** 19:22 38:21
55:19 81:8 96:11
**blade** 78:2,19
83:18 84:1 89:7
99:4
**bladed** 84:4
**blades** 46:10 51:18
78:11,12,13 85:10
89:5,7,15,22 134:4
134:6
**blanks** 135:3
**bleeding** 101:4,6
101:12,20 102:3
102:17
**blood** 142:13
**board** 70:7 76:6,6
113:10,10
**boudreaux** 1:25
2:14 5:20 142:6
142:20
**boulevard** 3:6
**boy** 85:22
**brad** 3:19 9:17
10:18 32:20

**branded** 126:20
**breadth** 19:14
21:4
**break** 36:14,15
62:10 70:12 71:3
88:7 100:14,14,15
135:16
**breakdown** 111:9
138:23
**bright** 28:16
**bring** 21:5 28:4,13
85:4
**brings** 25:24
**broad** 15:5 20:13
27:10
**brought** 123:14
**brushing** 97:14
**burr** 89:8
**burrs** 78:13 80:4,7
91:8

**c**

**c** 11:2 105:17
106:5,8 142:1,1
**cable** 58:9 62:10
70:25 77:4,9,10,12
94:19 99:22
140:10
**cables** 54:19 77:1
77:8 99:22
**california** 2:12 3:7
3:12 5:10 31:13
31:14 36:15
**call** 14:22 26:12
43:1,22 44:4
45:23 52:25 54:11
54:24 57:23 61:20
62:2 74:24 84:23
91:17 92:23
126:19
**called** 11:24 24:13
46:17 48:18 51:12

52:23 79:15 94:2
**calling** 56:16
58:17
**calls** 45:5
**candidate** 65:25
68:12 73:6,8,19
75:17
**candidates** 75:8
75:12
**cannula** 14:23
**cannulas** 14:19,21
16:13 18:17
**capabilities** 22:22
105:11
**capability** 81:18
111:14 112:10
**capacity** 72:6
**caption** 73:15,16
**cardiovascular**
18:12
**care** 91:8
**career** 6:19
**careful** 104:7
**carefully** 64:13
**carried** 30:14,21
30:24 62:6 96:15
116:24 117:11
**case** 1:3 5:13 8:16
8:19,22 9:1,2,2
10:15 11:2 12:16
12:19 13:5,21,23
14:17,18,23 16:11
18:8 20:16,19,23
21:3,8,14,19,23,25
23:19 24:1,4,9,11
27:14 28:10 32:14
35:13 39:12 41:9
75:4 99:15 107:19
128:20 133:12,23
134:23 137:6
139:15

**cases** 11:13 12:3
12:10,19 14:3,7
16:21 17:3 18:3,8
20:22 23:9 25:4,6
41:25 117:15
**casual** 26:7
**catalog** 45:22
**categories** 27:25
28:1 55:18 56:2
58:6
**category** 9:3,4
14:10 18:1 24:12
25:12 31:7 112:23
127:19
**cause** 138:3
**cauterize** 111:12
137:25
**cauterizing** 37:8
138:6
**certain** 8:15 35:16
51:3 55:20 58:6
70:23 107:20
139:12
**certainly** 20:13
23:15 26:7,17
28:1,19 29:5,19,24
31:18 51:3 54:14
98:12,15 108:23
121:14,24 131:14
131:19 136:13
138:2
**certify** 142:7,12
**cetera** 62:13 95:22
**chance** 70:10
135:15
**change** 24:23
50:21 72:16 144:4
144:7,10,13,16,19
**changed** 24:17
136:4

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[changes - consider]**

changes 136:7
143:10 145:6
characteristics
99:4
characterization
118:18
characterize
112:21 113:2,6,15
113:23
characterized
117:5,12,19
118:13 122:20
125:22
characterizing
121:24
chart 60:18,20
67:25 95:25 97:21
115:18,22 116:3,4
116:12 117:2,9
check 79:8 107:3
109:10
checked 75:9
checking 132:22
chicken 81:22
chip 63:7,24 64:21
65:7 68:9 70:6,18
70:20 73:5 75:14
76:5 94:1 113:9
113:20 128:8
choose 26:17
circumstance
99:11
circumstances
41:3
citations 106:11
108:2 109:13,15
civil 1:3
claims 134:17
clamp 101:16,24
102:8,22,23

clarify 38:20 49:1
clean 67:2 79:2
80:7
cleaned 68:3
cleaning 60:18,21
60:22 62:13 65:21
65:21,22 66:4,8
67:19 70:21 72:18
76:5 95:1,5,21,25
96:9,11,24 97:1,13
97:16 114:25
116:10,14 117:3
120:23 121:15
cleanings 99:14
cleanly 79:9
clear 69:8 125:13
clearance 136:23
clearly 39:19
129:10
client 8:19,21 25:3
25:8 134:15
close 101:16
closely 64:6 78:12
closest 20:18,24
closing 80:5
cobb 142:4
colleagues 31:19
college 19:18
colloquy 53:21
colored 114:20
115:14,16
column 33:3,5
come 10:24 23:2
36:15 45:21 46:11
50:15 88:8 109:15
109:17 112:2
131:6 133:2
134:11 135:20
140:20
comes 57:9 71:19
106:23 112:16

131:14,24 138:4
comfortable 6:21
105:12 109:5
110:23,24
coming 131:19
common 46:2,2,6
commonly 45:9,10
communicate
77:10
company 24:13,18
32:8 93:5 133:25
comparable 80:15
85:17
compare 44:16
47:25
compared 50:9
51:9 52:5,22 53:3
comparison 44:20
46:5 51:12
comparisons
104:1
compartment
70:19
compensated
21:13 110:8,10
complaints 134:16
complete 18:24
62:2 89:17 90:1
99:8,11 122:16
123:22 145:8
completed 7:8
76:15 121:3
143:17
complication
131:12 132:5
133:4
component 75:15
75:18 111:8 113:7
components 12:25
22:14 118:6,16,17
121:7 140:9

comport 57:7
concern 107:8,15
108:5
concerned 65:6
concerning 6:22
concerns 134:11
concierge 3:19
9:19,22
concluded 141:10
concludes 141:7
conclusion 70:17
120:20
conclusions 127:8
condition 59:15
138:12 139:18
140:9
conduct 76:10
94:5
conducted 2:11
111:21
conductor 112:7,8
confident 87:25
88:8
confirm 114:22
conform 90:7
conformance 13:1
conjunction
116:21 134:22
connected 38:6
39:6,15 40:9,12
111:18 118:25
connection 14:12
39:17 40:2 112:17
119:8
connects 112:5
consider 15:2,15
15:19,23,25 17:2
17:16 25:16,25
26:22,25 27:8,19
28:5 29:13 107:23
108:12,20 109:2

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 44 of 71 PageID 18447

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[consider - dario]
Page 6

136:15 137:2
**considerations** 108:23 129:17
**considered** 29:16 107:11
**consist** 73:11
**consistency** 39:24
**consistent** 39:21 80:15,17 81:23 135:10 136:6
**constraints** 93:9
**consult** 14:23 126:9
**consulting** 16:12 21:14 27:5
**contact** 138:4
**context** 17:19 48:21 49:9,15 50:5 114:11 116:9 117:3,22
**contexts** 48:20 50:7
**continue** 28:20 36:25 57:13 71:10 101:1 119:20 130:1 136:2 141:3
**continuing** 119:9
**continuous** 89:11 92:17
**control** 13:20 89:11 101:4,12,20 102:3,17
**convenient** 88:12
**conversation** 116:7
**conversations** 32:13 124:4
**cook** 13:13
**copies** 143:14
**copy** 9:16,25 10:25

**correct** 24:15,25 34:4 37:22 54:8 66:17 68:15 72:23 82:17 83:19,23 84:3,22 117:24 118:3 130:6 135:12 145:8
**corrections** 145:6
**correctly** 84:17
**correlated** 77:18
**correspond** 43:14
**correspondence** 134:4
**corresponding** 43:5 44:7
**corresponds** 43:3
**counsel** 5:22 136:14 143:14
**count** 113:19 120:18 136:19
**counter** 49:22 51:6,8 65:7,7 70:6 75:8,10,14,18,19 76:5 94:8 113:9 113:13 118:25,25 119:2,8,19,22 120:4,5,11,17 122:5
**counterpart** 42:7 50:11
**counting** 121:23
**county** 142:4
**couple** 70:14
**course** 20:6 62:12 77:18 82:9 125:20
**courses** 19:18
**court** 1:1,25 5:15 5:19,24 7:23 8:1,2 8:9,12 11:11 12:4 12:11 130:5

**cover** 70:19,22 91:21
**coverage** 9:6 11:10 13:25
**covers** 15:9,20
**covidien** 13:13
**created** 56:17 57:23 80:4
**credibility** 109:3 109:22
**credible** 110:22
**criteria** 84:20 92:21,23 93:4,14
**current** 8:5 25:24 26:1
**currently** 32:10
**customarily** 98:19
**customer** 66:24,24 78:9,17 95:9 135:2
**customers** 57:13 66:22 127:12 128:11 132:3 135:2,6
**cut** 46:11 51:21 52:3,16 55:4 62:10 79:5,11 80:2 81:21 85:10 122:16
**cuts** 27:24 43:18 43:25 52:12 79:2 86:4 89:11 92:16 92:17 99:4
**cutting** 43:17,20 45:15 50:17 51:4 51:9,15,24 52:2,5 52:7,19 55:9 77:24 78:1,11,15 78:18,23 79:6,9,9 79:14 80:2,3,3,5 80:10,18 81:12,18

82:5 84:7,9,11 86:16,24 87:23 88:6 89:7,8,12,16 90:8,10,13,21,23 91:4,16,18,22 92:1 92:11,13,14,18,20 94:12 97:12 98:19 103:13 128:9
**cv** 1:3 5:13 8:23 18:23 19:4,6 20:23 105:7 107:1 107:3
**cycles** 114:24 121:16

**d**

**da** 22:21 30:1,8,14 30:21,24 31:5,13 38:6 39:6,15,23 40:9 41:4 47:17 52:8,17 65:8 80:11,25,25 81:5 102:2,6,7,18 111:19 119:3 120:9 121:7,18 128:6 129:4,5,18 130:8 133:5 136:24 139:8,19 140:5
**damage** 14:20 62:9 65:23,24 68:10 74:16,20 80:7 91:8 111:24 119:1,22,24 121:14 134:13 138:8
**damaged** 62:7 78:13
**danek** 11:4
**dario** 3:14 6:3,3 9:17,21 10:18 32:20 88:14,19

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 45 of 71 PageID 18448
Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[database - devices]

Page 7

**database** 134:7,9

**date** 29:3 30:16 144:24 145:12

**dates** 23:14

**day** 59:25 64:15 67:1 142:18 145:15

**days** 143:17

**deal** 106:16

**dealing** 82:7 106:17

**deals** 56:20

**dealt** 16:23 20:12 140:5

**debris** 70:22 95:6 96:10,24 116:11

**decided** 60:25 61:2 85:13 107:11

**declarations** 11:24 12:5

**declare** 145:4

**deemed** 94:24 98:9 145:6

**deeper** 31:22

**defects** 75:2 89:6

**defendant** 1:9 3:9

**defibrillator** 13:7

**define** 17:14 50:19

**definition** 17:15 49:4 50:21 113:14

**degree** 130:21

**delivery** 139:20

**demonstrate** 76:10 82:25 96:6 96:20 97:9

**demonstrated** 74:10 75:25 79:20 96:19,23 97:10

**demonstrating** 72:3 97:13

**demonstration** 30:5 71:13 72:11 76:17 78:6 83:20 96:4 140:3

**demonstrations** 22:13

**depend** 33:23 99:3 131:13

**dependent** 98:13 98:23

**depending** 49:9,15 51:16 98:15 99:1 102:8 112:6 121:9 121:22

**depends** 51:19 122:23 123:19

**deployed** 38:7

**depo** 107:20

**deponent** 143:13 145:3

**deposed** 6:19 7:22 106:20

**deposing** 143:13

**deposition** 1:13 2:10 5:11 7:15 21:15 31:12 41:9 41:15 105:15 106:6,8,22 107:17 109:12 141:8,10 142:8,9

**depositions** 6:22 109:14

**depth** 19:14 26:19 28:3

**desantis** 117:23

**describe** 44:17,24 67:19 75:11 111:16

**described** 18:23 29:17 41:19 58:3 63:23 71:21 72:17

73:15 74:18 78:25 79:18 80:13,23 82:11,24 86:11 94:4,22 123:4 128:7 138:11

**describing** 34:2 71:13 79:25 84:8 131:3 134:25

**description** 50:22

**descriptions** 45:21

**deserve** 100:13,14

**design** 19:19 20:10

**designation** 126:7

**designations** 46:3

**designed** 138:12 139:18

**destroy** 124:22

**destroyed** 124:14 125:16

**detail** 35:10 81:9 139:24

**details** 31:18 69:8

**detect** 107:8

**determine** 66:6 78:7 104:10

**determined** 131:25

**determines** 86:16

**determining** 90:24

**develop** 13:21 18:20 19:1,7 28:20 58:6 59:3,9 59:12,12,15 76:13 77:15 82:14 93:10 136:21 137:5

**developed** 28:19 29:7 33:21 43:8 56:12 58:9,13,18 81:8 82:9 92:24 92:25 93:6 108:25 135:6

**developing** 58:15 58:23

**device** 8:14 11:12 12:25 13:10,16,22 14:1,5,7,12,15 17:6 18:6 20:14 26:8,20 27:2,9,20 27:25 38:22 42:1 46:15 49:13 51:7 55:22 60:18 66:15 67:7,22 68:2,3,11 68:21 70:8 73:24 74:1,2,9 76:7 77:2 78:4 83:3 89:23 93:5,16 98:24 99:13 102:8 111:10,12 112:6 112:13,16,19 113:17,18,20 119:5,6,10 120:2 131:14 133:16 134:3 138:24 140:11,14

**devices** 8:12 9:6 11:14 12:12,17,21 12:23 13:3,20 14:1 15:10,11,13 15:21 16:24 17:1 17:19 18:9,12,13 20:13,19 25:18 37:8,9,24 38:25 39:13,22 40:1 42:3 43:8,19 44:9 45:11,14 46:3 47:2,4,9,21,22 51:7 54:2 66:13 66:24,25 69:7 75:2,7 81:21 82:3 82:12 93:2 96:16 100:6,7 102:21 103:6,8,12,16

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 46 of 71 PageID 18449

Dr. T. Kim Parnell
Rebotix Repair LLC v Intuitive Surgical, Inc.
September 24, 2021

[devices - employee]

Page 8

116:1 119:21 132:21,25 133:14 134:3
**different** 14:8 19:22 21:18 27:25 30:19 33:7 34:6 35:7 36:5 37:6,9 38:11,25 39:1,20 39:21,25 40:18 41:10 42:2,3 43:5 45:10 48:20,25 49:9,16 50:6 52:4 52:20 64:11,11 76:7 87:5 96:3 103:12,15 109:16 117:21 121:22
**differently** 55:19
**difficult** 119:6
**difficulty** 6:15
**direct** 19:5 46:5 77:16 122:20
**directed** 140:13
**directions** 14:8
**directly** 25:5 63:21
**director** 60:6 63:9
**disc** 13:15
**discard** 125:4
**disclaimer** 101:22
**disclosure** 12:7
**discomfort** 110:17
**discuss** 76:20 139:24
**discussed** 103:22 111:4 116:22 138:22
**discusses** 103:25
**discussing** 127:6 127:18 136:25
**discussion** 6:17 44:19 50:21 71:12

88:20 93:23 96:18 97:10
**disease** 13:11,15
**disinfect** 116:15
**disinfecting** 95:21
**disinfection** 95:2
**display** 74:12
**displayed** 87:7
**disposition** 128:14 128:17
**disrupt** 111:11
**disruption** 111:24
**dissecting** 36:2 37:15
**distal** 77:11
**distinction** 118:7
**district** 1:1,1 5:14 5:15
**division** 1:2 5:16
**doctor** 101:14,23 102:5,20 106:25
**document** 53:5,5 53:13 54:9 55:17 60:17 61:3 79:18 86:18 87:17,21 88:5 90:11 134:21 134:25 135:13
**documentation** 99:21
**documented** 56:21 57:3 106:22
**documents** 41:8 41:17 53:25 57:4 57:5 58:22 60:16 60:21 90:12,14 91:7,10,12,21 92:2 92:7 100:3 104:9 134:22 138:17 139:4,12,14,23 140:7

**doing** 9:8 43:24 45:3,14 61:5 63:1 63:4,18 76:11 115:3 127:10 139:10
**dovel** 3:5
**dovel.com** 3:8 143:2
**downloading** 88:14
**dr** 1:13 2:11 4:8 6:7,12 9:15,24 32:23 35:11 37:1 41:11 44:14 52:21 59:3 81:10 88:22 99:7 101:2 103:19 103:22,24,25 104:3,8,22 105:3,6 109:17 110:17 128:24 129:2,10 142:7 143:5 144:2 144:24 145:2,4,12
**drafting** 105:9
**draw** 19:13,20 20:6 27:13 28:16 28:16
**drive** 77:13,17,19
**driven** 48:9
**drivers** 37:7 76:24
**drug** 136:17
**dry** 116:15
**drying** 116:10
**due** 74:20 119:23
**dull** 51:16 80:4
**duly** 6:8 142:8
**dust** 70:21
**duties** 100:17

**e**

**e** 142:1,1 144:3,3,3
**earlier** 58:8 74:15 94:20 110:12

128:7 137:20 138:11 139:7
**early** 10:23 24:24 60:2
**easily** 122:20
**economics** 137:3
**ed** 105:18,21
**edge** 89:8
**edges** 80:3,4,7
**edward** 105:18
**effectively** 57:12
**efficiency** 82:5 86:24 87:24 88:6 90:21 92:15
**eight** 56:25
**either** 30:20 43:6 54:4,5 61:20 73:17 76:9 129:4 141:5
**elaborate** 105:7
**electric** 72:6,17,25 111:17,19 112:12
**electrical** 40:1 94:17 111:7,8,11 111:16,17,25 112:6,17
**electricity** 112:15
**electronic** 26:2
**electronically** 30:20
**electrosurgical** 71:20,22,24 72:5,7 73:3 78:4 83:16 83:25 93:25 94:15 94:16 137:24 138:13
**else's** 41:15
**employed** 32:2,3 32:10 92:10
**employee** 117:23

**[employees - examples]**                                        Page 9

employees  32:6
employer  25:3,8
encompassed
  117:9
encompasses
  73:14 116:13
encountered
  132:16
endeavor  7:5
  40:15
endeavored  41:16
  46:4
endoscopic  43:6
  43:13 44:18 45:1
  45:23 47:5,17
  48:2,6,12 50:11
  51:13 52:9 54:6
  85:18 101:20
endoscopies  45:3
endoscopy  43:25
endowrist  17:23
  33:1,4,14 35:17,20
  38:5 39:13,22
  40:6 42:5 44:9,13
  44:16 46:12 47:9
  47:21,23 48:2
  49:19,23 50:10
  52:17,18 54:16,17
  59:4 65:5,14,24
  66:21 67:3 69:9
  76:7,22 77:2,13
  81:13 82:12 86:24
  87:24 90:21 92:15
  93:2 95:9,12
  98:20 102:13
  104:1,2 111:22
  112:9 115:21
  116:5 118:22
  119:3 126:8 127:5
  133:13

endowrist's  77:5
endowrists  33:5,8
  33:11 35:7 36:6
  38:11 40:18,22
  46:14 49:23 57:12
  64:15 94:16 95:3
  104:5 109:24
  128:16 130:1
  133:25
ends  106:4
engaged  14:4,11
  18:3,8,25 19:23
  20:2,17
engagement  18:17
  19:7,13,21 20:5,25
  21:6,12,21 22:9
  25:13,14,24 29:5
engagements
  10:14 16:18,19
  18:19,24 19:12
engineer  25:10
  48:18 49:7 102:6
engineering  15:6,7
  16:6 19:16 56:13
  57:10 58:5 82:10
  93:1
ensure  57:6 77:5
  86:4
ensures  49:23
  54:19 57:12
  129:25
ensuring  76:23
entailed  62:14
entire  64:19 89:7
  90:13 139:8,17
entitle  108:18
entitled  90:20
  100:11
equipment  15:21
  17:9 25:19 26:9
  67:21 69:11 89:23

95:20,23 96:3,15
97:5,19 116:24
  132:23,24 133:1,1
equivalent  54:20
errata  143:11,13
  143:17
erwig  3:5 6:5,5
  15:4,17 16:3
  18:10 20:20 21:1
  23:20 26:5,24
  27:21 28:8 29:1
  29:15 33:16 34:15
  35:3,23 42:9
  43:15 44:5 45:6
  45:25 46:20 47:7
  54:25 57:17 58:1
  59:7 64:23 67:5
  67:11 70:9,15
  71:4 80:12 81:2
  82:18 90:19 92:5
  93:17 100:18
  102:19 103:3,9
  104:18 107:25
  109:20 110:6
  114:1 119:15
  121:20 124:16,24
  125:18 126:5
  128:12 129:8
  132:7 133:9
  135:15 140:18,22
  141:4 143:1
esq  3:5,10,14
essence  138:6
essential  49:22
establish  123:16
established  23:9
  91:19 126:3
estimate  28:21
  30:22 37:5 98:17
  98:18 130:8

estimates  98:6
estimating  68:20
et  62:13 95:22
ethicon  13:8
evaluate  59:16
  81:5,20 82:9,11
  99:24 108:12
  109:3,6,25 110:13
  111:7,9,13 128:22
  129:17
evaluated  78:22
  83:6,12 86:3,8
  127:10 131:18
evaluates  94:10
evaluating  79:14
  129:22
evaluation  80:14
  81:24 88:6 90:23
  93:1 94:7,22
  95:19 110:21
  138:23 139:15
evaluations  107:9
everybody  36:17
  140:17
evms  13:12
exact  132:9
examination  6:10
  67:13 69:8,14
examinations  4:2
examine  41:16
examined  6:8 61:5
examining  47:21
  78:15
example  12:24
  43:23 44:21 49:20
  50:16 51:24 55:8
  60:17,20 63:23
  64:10 76:19 80:22
  90:7 100:4 129:24
examples  35:6
  100:5 119:21

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 48 of 71 PageID 18451

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[excessive - finished]                                              Page 10

**excessive** 77:12,19
**excuse** 6:1 19:25
  64:20 111:17
  114:15 122:24
  126:14
**execute** 55:20
**exercise** 80:23
  82:4 83:2 84:11
**exercises** 99:17
**exerting** 89:13
**exhausted** 120:13
**exhibit** 4:6,7,9
  9:15,23,25 87:8
  88:21
**exhibits** 4:5 41:9
  41:11,14,17
**exists** 134:8,9
**expect** 58:12 66:13
  93:20 101:21,23
  102:3,6,21 130:20
  131:7 133:19
  135:5 137:23
**expectation**
  102:25
**expected** 58:25
  94:11
**experience** 15:8
  15:12,20 16:7,8,9
  17:6 18:14,18
  19:14,16 20:6,14
  21:4 27:24 28:3
  28:18,22 110:23
  132:20 136:18
**experienced** 76:10
  76:12
**experiences** 19:20
**expert** 4:8 15:2,15
  16:1 26:22 27:1,9
  27:19 28:6,15,23
  29:11,13,17 43:22
  44:3 103:1,20

105:4 108:8
  110:15 111:5,16
  114:9 133:7
  136:15 137:2
**expertise** 28:13,18
  29:8 102:25
  105:11 136:20
**experts** 110:7
**explain** 38:14
  56:14 58:19 82:20
  86:5,19 87:25
  104:21 114:13
  119:17 123:23
**explained** 27:4
  77:7 84:19 86:2
**explains** 88:5
**explanation** 140:3
**explore** 29:6
**exponent** 24:14,16
  24:18,18,23 25:2,2
  25:7,10
**exposed** 30:13
**exposure** 25:25
**express** 54:10
  118:20 120:7
**expressed** 80:9
  129:9
**expresses** 120:14
**expression** 97:25
**extended** 134:1
**extensive** 15:6
  123:24 124:2
  134:7,8
**extent** 50:13 86:6
**external** 13:7 62:9
  119:24 121:14
  134:13
**extremely** 80:24
**eye** 79:1
**eyes** 68:7 83:8

**f**

**f** 142:1
**face** 66:10
**facilitate** 135:8
**facilities** 59:23
  60:24
**facility** 37:21,23
  64:10 114:19
**fact** 44:15 53:14
  118:1
**factors** 121:13
  122:23
**factory** 52:23,25
  53:3,4,25 54:2,3
  54:12,23 55:14,16
  55:23 56:1,7,11
  126:22 129:5
  134:1
**facts** 80:8,19 98:18
**factual** 132:19
**fail** 73:17 88:25
**fails** 73:5,19 77:10
  91:4 143:19
**failure** 13:3,4
  14:20,20 24:22,23
**failures** 11:14 14:9
**fair** 8:7 14:2 25:23
  41:6 49:10 50:24
  52:2 63:14 66:11
  86:9 135:19
**fairly** 6:24 27:17
  64:13
**fall** 16:25 17:25
  25:12 127:19
**false** 49:24 50:3
**familiar** 22:10
**far** 34:12 62:20
**fda** 133:2 136:19
  136:23
**feasibility** 66:6

**feature** 50:24
  78:18,24 79:4,5
  86:16
**features** 12:7
  44:16 72:25 80:11
  97:12 98:20
**feedback** 110:14
**feel** 6:21 100:15
  108:6
**fellow** 23:6
**felt** 109:21 110:21
**fiegel** 60:6 63:9,13
  63:16,22 64:1,8,13
  64:16,19 65:18
  68:16 69:3,5,5
  70:2,2,19 71:13
  72:3 75:23 76:9
  76:15 82:25 84:17
  93:22,24 94:3
  95:15 96:5,18
  97:9 116:4,8,19
**field** 18:15 25:18
  26:2,3 27:7 42:7
**fifth** 34:21
**file** 124:12
**fill** 135:2
**final** 61:11 69:25
  89:17 94:21 95:11
  95:13 128:13
**finally** 95:8
**financial** 21:11
**find** 56:24 80:22
  87:21 90:10
**fine** 43:24 75:3
  100:18
**finish** 7:9,12 40:3
  97:19
**finished** 36:11
  81:25 97:10
  114:16 122:11,14
  122:19 126:15

Dr. T. Kim Parnell
Rebotix Repair LLC v Intuitive Surgical, Inc.
September 24, 2021

**[first - go]**

**first** 6:8 28:14
30:13 42:16 68:6
68:13 69:14 84:24
89:4,21 105:18
106:4 131:15,23
**firsthand** 59:22
67:15,18 68:7,14
**five** 37:6 84:13
140:19
**fix** 87:6
**fixed** 85:20
**fixture** 72:9 77:2
**fixtures** 77:22
**fixturing** 73:24
**flesh** 138:4
**flex** 113:10
**flom** 3:14
**florida** 1:1 5:15
35:9 37:21 111:3
112:22 113:24
117:13 139:9
140:2
**flow** 98:5 99:9,12
99:18
**flowchart** 89:19
90:15
**flushing** 95:1
96:10 116:13,14
**focus** 10:9 44:8
103:4
**focused** 13:24
47:22 103:21
**focusing** 44:11
**follow** 26:10,11,12
**followed** 75:1
125:22
**following** 26:19
73:1 97:2 128:17
**follows** 6:9 95:24
**food** 136:16

**footnote** 79:19
105:15 106:4,5,7
**footnotes** 106:8
**forceps** 34:22 35:2
35:14 36:2 37:7
37:15,15 38:23
39:9 40:8 41:21
102:23
**foregoing** 145:5
**forensic** 5:17
11:13 12:22
**forgive** 87:5
**form** 15:4,17 16:3
18:10 20:20 23:20
26:5,24 27:21
28:8 29:1,15
33:16 34:15 35:3
35:23 42:9 43:15
44:5 45:6,25
46:20 47:7 54:25
57:17 58:1 59:7
64:23 67:5,11
80:12 81:2,4
82:18 90:19 92:5
101:16,24 102:19
103:3,9 104:18
107:25 109:20
110:6 114:1
119:15 121:20
124:16,24 125:18
126:5 128:12,20
129:8 132:7 133:9
135:1
**formal** 125:8
**format** 88:23
**formed** 23:18
**former** 31:19
**forms** 46:14
**forth** 39:7 62:4
142:8

**forward** 123:14
**found** 50:8
**four** 36:5
**frame** 23:16
**frames** 100:11
**free** 10:4 19:9,12
86:20 89:8
**freedom** 110:12
**frequently** 49:7
**friday** 1:16 5:7
**fulfillium** 13:18
**fulfillment** 74:23
**full** 59:25 69:16
94:25
**fully** 7:5,18 94:24
104:4 105:7
**function** 43:14
45:18 50:15,16,18
51:4,15,15,23
52:13,17,19 55:5
55:21,21 56:5
58:24,25 71:25
138:1
**functional** 57:24
58:17 59:4 94:25
**functioning** 54:17
55:3,14,18,24 56:3
56:16 57:23 94:11
**functions** 21:18
43:3 45:4 46:23
55:12 64:12 73:12
**fundamental** 27:3
27:10
**fundamentals**
20:9 21:4
**further** 17:13
46:12,23 51:6
91:10 141:4
142:12
**future** 120:1

**g**

**ga** 143:15
**gained** 29:20
**gastric** 13:11
**gathering** 59:19
**gatos** 3:12
**gee** 116:4
**general** 6:22 9:3,4
23:22,22 24:3,12
25:17 50:13 54:14
136:18 140:8
**generally** 8:25
17:12 23:5 25:19
26:3 43:17 45:14
46:10 51:19 55:20
101:15 117:15
118:14 122:3
**georgia** 2:15 142:3
**give** 7:13 10:7,7
12:16,20 31:1
40:17 87:5 88:16
98:24 107:21
122:15
**given** 23:10 24:19
38:22 42:18 50:23
52:13 62:3 78:6
96:20 98:12
107:17 127:5,12
138:19 142:10
145:9
**giving** 71:14
**glad** 105:22
**go** 5:4 10:25 14:8
34:21 41:16 43:9
43:9 56:14 57:18
60:12 64:13 73:8
73:20 75:13 78:4
83:4 85:8,15 86:1
87:14 88:15 91:6
96:13 97:18 99:5
103:22 105:6

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 50 of 71 PageID 18453

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[go - incorporating]
Page 12

106:6 109:1
114:22 116:23
120:25 121:12
138:15,24 139:7
139:22,24
**goes** 51:5 68:5
120:20 129:11
**going** 5:3 10:3
14:25 24:22 29:21
32:21 36:20 46:19
53:16 60:25 67:4
70:10 71:6 73:6
97:15,16 100:22
120:19,21,22,25
133:17 134:5
135:17,22 140:24
141:8
**good** 5:1,6 41:25
109:21 122:5
135:16
**gotten** 72:24 74:25
**graspers** 17:22
37:7 76:23
**grasping** 94:13
103:13
**great** 70:12 106:16
**greg** 60:6 63:9,22
64:12 69:5 84:23
85:2
**griff** 88:11
**group** 24:23
**groups** 103:11
**guess** 53:9 98:17
**guidance** 90:10
**guide** 63:13 120:1

**h**

**h** 105:17,17 106:5
106:5,8,8 144:3
**half** 97:24
**hall** 13:8

**hand** 87:19,20
142:18
**hands** 37:4,13,19
50:3 64:2
**handwritten**
125:7,9
**hang** 56:23
**happen** 7:11 90:11
**happened** 124:15
**happens** 91:3
**harrich** 105:17,17
105:22 106:5,8,12
106:19 107:4,23
109:7,10
**harrich's** 106:16
107:17,22
**headquarters**
31:13
**health** 13:13
**hear** 9:9,10 88:12
**heard** 5:14 6:12
**hearing** 6:15
36:17
**heartstitch** 12:24
**heat** 137:21 138:3
138:4,7,14,21
139:20 140:5
**held** 37:3,8,13,19
**help** 19:10 85:23
87:19 116:19
**helped** 76:13
**hereinbefore**
142:8
**hereto** 145:7
**hereunto** 142:17
**hey** 85:2
**high** 137:21 138:4
138:14,21 139:20
140:5
**higher** 69:15

**highly** 80:9
**hipot** 71:22 73:3
73:10,11,22 74:2,5
74:10,25 75:1
78:5 94:15 111:2
111:6 138:22
139:25
**hired** 18:19 19:7
**hold** 70:13
**holding** 13:14
37:19
**home** 5:9
**honest** 110:13,14
**honestly** 125:20
**honing** 83:5 86:2,7
**hospital** 33:23
57:13 95:12
106:17,24 125:24
126:12 131:25
133:19 134:3
**hospitals** 95:3
130:10,18 132:10
**hour** 70:11 97:24
97:24 135:17
**hourly** 21:13,17
**hours** 22:2,5,7
98:14
**housing** 77:14
**how's** 81:3
**howe** 41:11 81:10
**huh** 92:9 111:1,15
133:3 137:18
**human** 118:23
120:9 126:1
127:22 130:11
138:4
**hundred** 22:5

**i**

**idea** 132:17
**identification** 9:23
88:21

**identified** 18:16
42:2 75:16 91:10
134:12
**identify** 20:16
37:11,14 38:17
39:4 40:10 77:9
82:14
**ieee** 23:7
**illuminate** 87:14
**illustrate** 30:11,11
**implantable** 15:10
16:24 18:9,12
**important** 7:6
59:20 76:25 125:2
**inadvertently** 7:7
**incidents** 133:20
**include** 16:5 79:5
95:5 112:9
**included** 10:14
35:6 41:21 60:19
61:23 91:14 92:6
97:21 111:8
115:19 134:12
**includes** 41:11
89:4
**including** 15:9
44:17 62:16 95:1
**incorporate** 104:6
110:3 123:12
124:8,13
**incorporated** 5:13
104:11 105:1
108:21 113:9
123:25 125:3,12
125:14 128:25
129:2
**incorporates**
116:12,16
**incorporating**
124:25

Dr. T. Kim Parnell                                          September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[incurred - interceptor]**                                          Page 13

incurred 74:21
independent 80:21
 108:11,15,18
index 4:1
indicate 56:10
 98:21 109:9 118:5
 119:18 126:24
 134:11
indicated 11:6
 96:24 133:18
indicates 119:2
indicating 124:18
indication 107:16
 119:19
indicative 119:4
 126:25
indicator 120:17
 122:6,7
indirectly 25:7
indiscernible
 14:16
individual 105:15
individuals 124:4
industry 82:22
influenced 110:19
information 23:22
 24:3,12 27:13
 33:17 59:19 90:16
 106:14,20 108:20
 108:24,25 110:13
 124:13 125:7
 127:7,9 128:1,5,18
 130:8,15,15 131:7
 131:13 132:15
 133:24
informed 78:16
 127:19
infringement
 13:25
initial 57:10 65:20
 69:4 95:10

initially 75:20
injury 9:2 13:9
 138:3,8
input 77:17
inputs 111:14
inserts 91:14
insofar 106:15
inspect 35:8 37:24
 89:22
inspected 35:19
 66:6 78:21,22
 116:2 131:16
inspecting 63:18
 65:23 89:5 92:16
inspection 36:1
 61:8 62:3,7 66:5
 68:10,14,16,18,23
 68:25 69:4,7,7,12
 69:22 70:1 72:3
 72:20 73:4 75:6
 78:24 79:4,5
 85:16 89:4 94:22
 94:24 95:10,11,19
 98:8,20 99:21
 112:24 125:12,14
 131:25 138:10,16
 139:17 140:4
inspections 74:15
 99:14 128:8
 134:12 138:11
inspects 81:16
install 64:20,25
 65:4,18 71:15
installation 62:16
 62:21 63:7,25
 68:8 70:5,18
 72:21 76:15 113:2
 113:15 127:3
 128:8
installed 65:12
 74:3 76:21 125:24

installing 63:25
 70:6,8 75:18 76:5
instance 56:6
 117:21
instrument 33:22
 40:8,11 42:19
 43:2 44:2 45:4
 50:23 51:25 52:1
 52:14,18 54:16,19
 54:20 58:24 62:3
 64:2,24 65:2,3,11
 65:13,18 72:5,5,8
 72:12,17 73:3
 74:6 75:16 78:8
 78:16 79:6 80:11
 80:25 81:1,6 83:9
 83:15,16,22,25
 84:1,4,11 85:14,21
 86:17 89:1 91:4
 91:16 92:1,10,11
 93:9,25 94:6,9,12
 96:13 98:9,20
 101:13,21,24
 118:22 121:8
 122:1,21 125:23
 125:25 126:2,19
 126:21 127:5,13
 131:11,18 133:5
 135:4
instrument's
 94:10
instrumentation
 26:9 28:1 132:21
 132:25
instruments 15:3
 15:16 16:20 18:20
 19:1,8,25 20:3
 33:1,14 34:3
 37:19 38:5 40:6
 42:5,7 43:5,12
 44:17,18,25 45:1

45:24 47:18 48:2
 48:3,6,21,22 49:19
 50:10,12 54:4,12
 54:22 56:9 57:7
 58:15 59:5 62:7
 62:12 65:6,15
 66:21 71:20,20,23
 71:24 78:20 82:6
 85:23 91:23 93:11
 93:11 102:13,16
 104:2,2 106:17
 111:8,18 114:25
 115:21 116:5
 121:15,18 127:12
 127:23 128:3,6
 129:5,6,18,20
 130:9,17,23 131:1
 131:4,6 132:3
 134:18 136:24
 137:19,21,24
 138:2,13,20,20
 139:1,9,19 140:6
insufficient 80:3
insulating 111:14
insulation 94:17
 111:10,23 138:23
 140:8
intact 111:23
 140:9,10
integrity 94:17
intend 32:14
 136:10
intended 12:2 55:4
 56:4 140:12
inter 11:21
interacting 64:9
interactions 31:20
interceptor 62:16
 62:21 63:7,24
 64:21 65:19 68:8
 70:5,7,18 71:16

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 52 of 71 PageID 18455

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[interceptor - laparoscopic]
Page 14

72:22 73:5 75:14
75:18,23 76:6,16
76:20 94:1 98:8
113:3,10,11,16
125:25 128:8
**interceptors** 127:4
**interchangeably**
117:16
**interest** 62:9,11
**interested** 17:15
109:23 142:14
**interface** 65:8
**internal** 17:21
32:18
**internally** 111:10
**interpret** 50:14
**interrupt** 7:7,11
57:1 114:15
126:15
**interruption** 42:23
42:24
**interval** 84:14
**interview** 125:14
**interviewed** 60:4
123:2,9
**interviews** 122:25
123:8
**introduce** 9:18,19
**intuitive** 1:8 5:12
6:2,3 20:19 21:8
22:10,14,21,24
25:2,8 31:16,20
32:2,4,5,10 33:1
42:19 44:9 45:5
45:22 49:21 51:5
52:24 56:18 57:7
57:25 58:13,22
70:6 75:21 77:16
82:11 93:1 107:5
107:18 109:14
113:8 117:22

126:4 134:10,24
143:4 144:1 145:1
**invasive** 14:13,15
15:3,10,15 16:1,10
16:20 17:3,11,12
17:16,18 18:4,9,18
18:21 19:25
**inventory** 36:9
**investigate** 29:19
**investigated** 82:21
**investigation**
12:23 27:14
106:18
**invited** 23:3,8
**invoicing** 21:25
**involve** 16:19,21
20:8 138:7
**involved** 8:12 21:5
22:14 25:5,7
38:11 62:19 63:6
63:11,23,24 64:4
67:16,22 83:11
92:3 96:9 97:6
121:13 138:14
**involves** 11:23
68:21 77:4
**involving** 16:12
17:3 18:3,8,17
20:22 76:18
118:15
**ipr** 11:20,23 12:5
12:8
**iprs** 11:18 12:2,11
**isolation** 94:17
**issue** 87:14
**issues** 14:20 20:24
25:20 28:11 29:17
132:15 133:21
134:11 137:6
**item** 34:13,18,19
34:21,22 42:16

90:3
**items** 14:9 34:9
35:20 37:1,3,12
39:3 44:12 55:18
60:16 92:21 96:3
100:7

**j**

**jaws** 80:5
**job** 53:15 115:7
**johnson** 13:9,9
**joshua** 103:24
**judgment** 28:23
68:25
**julie** 13:8
**july** 21:10 22:1

**k**

**keep** 9:11 21:22
86:21 130:25
131:9
**keeping** 135:9
**key** 55:2 77:15
110:15
**kim** 1:13 2:11 4:8
5:9,11 6:7 142:7
143:5 144:2,24
145:2,4,12
**kind** 9:1 11:14
16:12 23:16 25:21
37:7 48:8 65:11
70:25 78:2,14
86:15 89:23 98:4
131:16 132:11
133:15 134:6
135:3 140:11
**kindly** 95:16
**kinds** 30:23
**kinematics** 25:21
**knew** 32:6 110:4
**know** 21:3 26:18
29:2 31:23 33:21

34:7,12 38:18,23
39:5 44:3,24
46:23 49:5 50:17
51:4,21 53:14
61:16 65:11,13
66:2 68:21 69:13
70:21,23 81:22
85:4,9,25 86:10
92:4,6,16 93:6
94:18 97:14 98:23
99:21,25 103:7
109:2 114:4,6,10
115:4 120:4,13
121:10 126:8
128:4,13 131:5
132:11 134:2,8
135:11
**knowing** 126:2
**knowledge** 20:18
25:9,17 27:10,13
28:22 86:7 93:14
136:18
**knowledgeable**
20:7
**known** 32:3 45:10
**kv** 12:24

**l**

**labeled** 33:3
126:20,23
**laboratories** 31:15
**laboratory** 29:21
**lack** 11:12
**laid** 64:1
**lap** 54:6
**laparoscopic**
17:24,25 19:2,8
20:4,13,22 42:8
43:2,13 44:25
45:23 46:18 47:5
47:16 48:2,6,12
50:12 51:13 52:9

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[laparoscopic - material]**
Page 15

52:14 101:3,12,13
**laparoscopies** 45:3
**laparoscopy** 43:24
44:18
**large** 27:4,4
110:17 130:21
**lateral** 89:13
**latex** 78:14 81:11
**law** 3:11
**lawsuit** 107:18,24
**lays** 85:16
**leads** 111:24
**learn** 23:17 24:6
29:6 32:12
**learned** 23:24 24:2
**left** 83:8 101:8
**legal** 5:19,21
143:23
**length** 89:12 92:18
122:1
**level** 19:18 98:4
**liability** 13:10
**life** 13:19 22:8
25:15 38:4 39:14
41:4 117:24,25
118:2 121:18,21
122:6,20
**lights** 111:17
**limit** 17:10 126:21
**limited** 10:9
124:19
**limiter** 74:3
**limits** 126:3
**line** 28:17 99:7
144:4,7,10,13,16
144:19
**list** 12:8 19:11
32:25 34:14 35:18
37:5,13 38:15
39:3 40:5,14,15,17
42:16 44:12 65:3

102:13
**listed** 12:10,14
18:5 19:3,6 33:5
33:15 34:10,21
35:20 36:1 37:2
38:5 39:3,13 42:6
42:18 47:3,4,19
51:11 54:4,12,22
86:19 121:19
137:19
**listen** 96:17
**listing** 17:5 18:24
35:15 36:9 100:6
**literature** 26:21
80:22
**litigation** 14:18
16:11 108:9
**litsup** 143:15
**little** 6:15 9:12
19:22 34:6 38:1
49:1 52:20 55:19
59:2 70:10 81:8
114:14
**live** 39:14 40:11
**llc** 1:5 5:12 6:6
10:1 11:3 21:8
108:11 143:4
144:1 145:1
**llp** 3:14
**located** 5:9
**location** 2:11
**lock** 77:2
**logged** 131:15,18
**logging** 131:22
**long** 34:22 35:2,14
38:19 59:23 62:20
68:19 73:22 76:2
84:10 86:21 97:8
98:6,7,18
**longer** 97:17,23

**longevity** 51:22
**look** 8:23 10:4,6
10:13 12:9 19:9
19:11 29:18 32:16
46:9,17 61:6
69:15 76:18 85:3
85:6 88:7,13 99:6
106:1 107:1,20
109:2 137:9
**looked** 35:9 83:11
106:21 137:20
139:12
**looking** 11:14 13:2
48:7 58:7 65:10
66:5 74:16 75:2
79:2 80:6 84:12
86:21,22 87:3,4
88:3,9 92:14
108:24 109:11
115:18 129:24
**looks** 85:6
**loose** 54:18
**los** 3:12
**lot** 39:24 55:17
**low** 6:16
**lubricate** 116:15
**lunch** 100:12,23
**luner** 3:5

**m**

**m** 1:25 2:13 142:6
142:20
**madam** 53:19
57:19 100:13
104:14 115:10
**magnification**
69:11,15,19,21
89:6,22,24
**maintain** 51:18
52:16
**maintained** 55:12

**major** 131:12
132:5 133:3
**making** 43:18 44:1
78:12 92:16,17
**malfunction** 13:6
**management**
13:17
**managing** 25:10
**manhattan** 3:15
**manipulated** 38:8
39:7,16
**manipulation**
46:14 55:10
**manipulations**
17:21
**manner** 38:7
54:20 136:24
**manually** 17:24
**manufactured**
22:10 33:1 42:19
52:24 53:1
**manufacturer**
81:16 82:3 93:16
**manufacturers**
93:9
**manufacturing**
14:20 19:19
**marked** 9:23
19:10 88:21
**market** 137:7
**marking** 133:17
**marriage** 142:13
**maryland** 37:15
38:23 39:8 40:8
41:21
**material** 78:14
79:3,14,16 80:15
81:11,14,15,17,20
82:15 89:11 92:19
108:3 109:11
127:10 134:20

[materials - needs]                                                    Page 16

**materials** 19:17,19
20:9 25:20 61:4
79:12 89:14 104:9
104:23 107:7
108:1,12 135:7
**matter** 5:11 16:11
61:2 95:6 108:16
116:11 142:15
**maximum** 51:8
118:21 120:8,14
**mcintosh** 13:12
**md** 11:3
**meagher** 3:14
**mean** 14:6 17:6
24:18 40:22 43:7
44:8 46:10 48:15
49:9 50:14 58:21
60:14 65:1 79:25
83:8 84:12 85:16
89:20 97:24 98:1
98:12 109:13
114:2,6,15 116:22
120:20 121:21
122:4 124:10
126:14 127:15
132:21 140:13
**meaning** 48:23
49:14 127:3
**meanings** 48:25
49:16
**means** 116:6
**meant** 50:2 117:2
**measure** 120:11
**measurement**
56:13
**measures** 119:9
**mechanical** 15:6,7
16:6 19:16 48:17
49:7 102:6
**mechanisms** 19:17
20:10 25:21

**media** 26:2 36:24
101:1 136:1
**medical** 8:12,14
11:12 12:12,17,20
12:23,25 13:3,4,5
13:8,10,13,16,18
13:20,22 14:4,7
15:11,21,21 16:24
17:1,5 20:14,18
22:16 25:18,19
26:8,8,9,20 27:1,2
27:9,19 33:23
49:13 82:3 93:5
93:15 101:14,23
102:20 106:23,24
132:20,21,25,25
133:1
**medtronic** 8:17,19
10:16,22 11:4,4
**meets** 90:24 92:11
**member** 23:6
**members** 22:15
26:15
**mention** 49:21
100:12
**mentioned** 13:2
16:16,24 30:5
38:9 74:15 75:5
94:16
**mere** 102:6
**met** 6:13 92:21
**method** 80:10 82:5
**meticulous** 131:10
**michelle** 1:25 2:13
5:20 13:3 142:6
142:20
**microcatheter**
13:4
**microscope** 69:6
69:10,16,19,22,24
72:20 89:25

**microscopic** 68:22
75:6
**middle** 1:1 5:15
**mileage** 120:10
**mimic** 131:23
**mind** 9:17 27:17
32:20 45:2
**minimally** 14:12
14:15 15:3,10,15
16:1,10,20 17:3,11
17:12,16,18 18:3,9
18:18,21 19:25
**minute** 5:3 8:25
36:14 73:23 74:7
84:13 87:5 88:16
140:1
**minutes** 36:16
62:23,23,23 68:21
68:23 76:3,3
84:14,15 97:15
100:16 135:18
**mischaracterizes**
124:17
**misspoke** 20:1
**misstates** 82:19
**moment** 6:12
10:17
**money** 110:19
**monica** 3:6,7
**morning** 5:1,6
111:1
**motion** 77:5,16,16
77:17 80:5 94:10
99:23
**mounted** 40:18,23
112:5
**mounting** 39:20
39:23 42:1 112:4
112:18
**mounts** 119:2

**move** 24:4 49:6
115:6 122:15,18
**moved** 39:7,16
84:20
**movements** 77:11
**moving** 38:8 125:7
125:8
**multiple** 103:24

**n**

**naked** 79:1
**name** 5:22 6:1,13
8:16,24 10:15
14:17 24:17,19,23
24:24 25:2 42:17
43:11 44:1 45:2
69:6 84:24 105:16
105:18,20,21,24
**named** 105:16
**names** 43:11 45:10
45:20 46:2,6 82:2
**nature** 11:13
134:17
**near** 74:11 115:25
**necessarily** 55:24
56:11
**necessary** 64:20
145:6
**need** 10:5 24:1
27:16 34:7 51:14
51:17 55:12 84:5
85:18 91:6 92:2,7
93:10 98:25 99:2
99:15,16,18
100:13 105:20
107:1 138:15,24
**needed** 52:16 61:3
76:21,25 83:3
98:13,22,23
**needle** 37:7 76:24
**needs** 52:1,3 75:9
77:17 85:3,4,5

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 55 of 71 PageID 18458

Dr. T. Kim Parnell
Rebotix Repair LLC v Intuitive Surgical, Inc.
September 24, 2021

[needs - optical]

Page 17

86:17 92:1 99:13
**neutral** 77:3 108:8
108:21 109:7,19
**never** 48:5 56:7
**new** 3:15,15 20:8
27:14,14 29:4,6
54:20 82:11
**nicks** 80:7
**night** 28:24
**non** 47:9,21
**normal** 75:3
**notary** 145:13,19
**notation** 125:8
**notations** 123:12
123:13
**note** 123:24 124:2
124:9,11 143:10
**noted** 145:7
**notes** 60:10,11
61:1 122:25 123:3
123:8,11,15,18
124:3,7,14,19,22
125:5,9,16
**notified** 132:5
**notify** 133:7
**november** 11:7
**number** 14:7
16:21 23:15 27:25
28:19 29:7 31:24
32:18,18 41:7,10
52:12 75:21 87:12
94:9 99:14 109:15
113:18,21 118:21
119:24 120:8,15
120:17 121:11
122:4 127:3 128:1
128:3 130:8 131:7
133:18
**numbers** 32:17
130:20 133:15

**o**

**o'clock** 71:3
**o'riley** 44:2
**oath** 45:20 137:12
**objection** 15:4,17
16:3 18:10 20:20
21:1 23:20 26:5
26:24 27:21 28:8
29:1,15 33:16
34:15 35:3,23
42:9 43:15 44:5
45:6,25 46:20
47:7 54:25 57:17
58:1 59:7 64:23
67:5,11 80:12
81:2 82:18 90:19
92:5 93:17 102:19
103:3,9 104:18
107:25 109:20
110:6 114:1
119:15 121:20
124:16,24 125:18
126:5 128:12
129:8 132:7 133:9
**obligation** 108:7
108:13,19
**observation** 111:2
**observations**
124:20 125:11
**observe** 35:19
60:13 62:2 66:4,7
97:19
**observed** 30:7,20
30:23 35:25 36:7
52:11 60:17 62:22
64:3
**observing** 64:9
**obtain** 67:8 69:7
**obtained** 109:1
**occasion** 22:9
25:14 49:8

**occur** 99:18
**occurred** 88:2
**occurring** 80:3
**occurs** 121:14
**odd** 25:11
**oem** 54:13,23 56:8
**offended** 100:17
**offer** 23:19 24:8
32:14
**offers** 29:5
**office** 5:9 31:21
**offices** 3:11 31:15
114:18 115:24
**oh** 135:19
**okay** 9:9,12,13
10:24 24:19 39:10
44:23 48:17 51:9
54:10 55:6 57:1
64:24 70:1,16
71:2,4 73:22 74:5
74:9 76:9 83:20
87:12 88:7,19
100:8,19 111:5
115:18 130:14
135:19
**once** 24:16,16 34:9
34:13 62:9 70:1
75:16 92:9
**ones** 31:2 35:18,25
36:9 37:6,9,17
38:22 39:18,20
40:15 41:24 44:7
61:23 64:3 71:24
75:11 137:23,25
**ongoing** 28:17
29:4,23
**open** 23:3
**opening** 55:10
**operate** 77:14
**operating** 45:19
59:15 69:8 120:21

121:2
**operation** 41:23
45:15 48:7 56:4
68:21 76:19 119:3
**operations** 60:7
63:10 103:13
120:18 121:25
132:23
**operator** 102:7
**opine** 14:4 34:12
**opinion** 24:8 34:6
34:8 54:10 55:23
80:8 81:23 108:14
110:10,21 111:5
118:21 119:25
120:7,14 121:7,17
127:21 129:23,25
130:4 133:7,10
**opinions** 12:16,20
13:22 14:12 18:20
19:1,7,24 20:3
23:18 24:1,4,11
32:13 33:12
103:19 104:4,10
104:24 105:5,12
105:13 107:22
108:12,15,18
109:19,25 110:2,5
110:14,18,25
128:20,21 129:3
129:13 136:3,6,21
137:5
**opportunity** 29:5
37:23 122:16
**opposed** 47:17
118:6
**opposing** 46:10
**opposition** 36:17
**optical** 69:6,11,16
69:24 89:25

Case 8:20-cv-02274-VMC-TGW    Document 115-3    Filed 12/01/21    Page 56 of 71 PageID 18459

Dr. T. Kim Parnell                                September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[order - performing]**                                            Page 18

order   10:11 14:6
  51:18 68:20,23
  73:7 76:3 98:2,14
  128:2 130:13
ordered   81:15
organization
  33:24
organizations   23:6
  23:7
organs   17:21
original   53:22
  54:17 55:3 75:20
  94:9 113:8,18,18
  140:14
originally   95:12
  113:22 140:12
orthopedic   11:3
ought   88:9
outcome   73:18
  108:14 142:14
outcomes   130:25
outgoing   94:6
outlined   89:3
  95:25 97:20
outside   72:19
overall   61:7 66:3
  69:14 90:15 91:12
  94:4 116:9 117:18
  117:19 129:21
overtensioned
  77:12
overtensioning
  77:9

**p**

p.m.   100:22,25
  135:22,25 140:24
  141:2,7,10
page   4:6 10:8,20
  10:21 32:16,18,22
  36:1,5,6 37:2
  44:21 45:12 56:20

56:23 60:20 68:1
  77:21 87:11,12
  89:20,21 100:4
  102:11 103:23
  106:1,7 129:24
  144:4,7,10,13,16
  144:19
pages   12:9
paid   110:4,7,19
pain   13:16
pamphlet   87:25
paperwork   89:18
  90:2 99:8,12,25
  100:1
paragraph   10:8
  49:21,25 54:15
  55:2 56:21,24
  57:3,9 71:21,25
  74:18 75:13 76:19
  79:13 81:9 84:8
  86:22,23 87:1,2,3
  94:5,23 95:8
  103:22 106:2,3,7
  115:19 129:24
  137:9,15
paragraphs   58:4
  74:19 95:16
  129:14
parameter   120:1
parameters   51:21
pardon   100:19
parnell   1:13 2:11
  4:8 5:9,11 6:7,12
  9:15,24 32:23
  35:11 37:1 44:14
  52:21 59:3 71:11
  88:22 91:2 93:14
  99:7 101:2 141:8
  142:7 143:5 144:2
  144:24 145:2,4,12

part   12:9 14:15
  15:19 16:6,9 17:5
  18:17 21:21 23:18
  23:25 24:3,8,10
  25:20 32:13 33:12
  34:6,8 42:18
  44:13 54:24 56:19
  60:20 61:18 62:18
  66:3,12 67:6,25
  70:2 73:15 74:17
  75:3 79:8,11 81:7
  81:9,10,19 82:10
  89:4 90:15,22
  91:7 92:22 94:6,7
  98:2 99:9,20
  100:4 109:11
  110:11 112:13,25
  113:23 117:10,12
  117:22,24,25
  118:2 123:14
  124:12,21 125:1,8
  126:10 127:7,9
  128:19 129:13,16
  129:21 131:18
  133:11 135:5
  138:16,18 139:5
  140:7
partes   11:21
particular   10:8
  23:9 33:22 34:20
  35:17 37:18 38:11
  40:11 49:14 50:23
  55:22 65:24 67:22
  68:11 81:15 86:17
  98:9,24 108:20
  110:10 133:12,13
  138:9
particularly   49:18
particulate   95:6
  97:14

parties   142:13
parts   38:24 42:3
  43:23 63:19 66:9
  89:9 94:21 118:5
  138:25 139:17
pass   73:7,17 74:12
  74:13 88:25 91:17
  94:22
passed   74:10 84:5
passes   73:20 84:12
  84:18 94:23
patent   9:1,4 11:6
  11:22,22 13:19,23
  13:25 14:10
patents   9:5,6 11:9
  11:10,10 13:25
patient   101:4,13
  101:21 102:4
  112:3
people   26:3 32:1,3
  60:5 62:25 63:16
  100:10 123:1,9
percutaneous
  13:14
perform   21:18
  45:4 46:22 50:15
  50:18 51:14,23
  52:13,19 55:4,20
  56:4 57:14 69:3,7
  72:8 75:17 96:16
  137:25 140:12
performance   13:6
  14:9 50:23 78:11
performed   14:1
  68:18 70:3 73:18
  96:12 102:18
  121:25 127:1
  128:1,23 130:16
  131:20 140:12
performing   42:25
  52:17 64:11 76:12

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[performing - problem]**

94:12 97:6 101:11
101:19 102:1
**performs** 54:16,19
76:21 94:14
**period** 8:3,8 97:23
**periodically** 85:19
**periods** 97:17
**person** 22:19 64:1
108:17
**personal** 9:2 13:9
107:15
**personally** 30:20
36:8 77:7
**personnel** 64:5
**perspective** 108:5
**persuade** 106:19
**persuaded** 103:19
105:4
**pertained** 104:22
**petersburg** 35:9
37:21 59:18
**phase** 69:22 75:23
76:16 84:10,20
**phd** 15:7,7 102:6
**phillips** 1:25 2:14
5:20 142:6,20
**phonetic** 13:3,5
**photo** 60:19 72:1
73:15 74:11
**photographs** 61:4
123:11,24 124:6
124:20 125:10
**photos** 60:12,14
60:16 61:10,17,17
61:19 77:21
**physicians** 13:12
**pick** 101:7
**picking** 81:20
**pictures** 60:8
61:10

**pieces** 91:18 128:9
**pins** 65:8
**pk** 36:2 37:15
**place** 37:20 61:1
72:19 77:1 131:9
132:14
**placed** 97:1
**places** 41:10
**placing** 96:25
**plaintiff** 1:6 3:4
6:6
**plan** 34:11
**plans** 34:12
**play** 24:3
**played** 23:18,25
24:7,10 32:13
**please** 5:22 8:16
9:15,18 10:13,18
12:9 19:5 20:16
27:18 32:16,19
36:24 38:13,17
47:13 53:20,21
56:23,23 71:9
82:2 84:14 85:24
86:22 87:12 88:13
88:24 96:17 99:5
99:7 101:1 102:10
104:14,16 106:1
115:10,11 118:10
119:12 122:9
123:17 136:1
137:9 141:2
**plug** 112:5,8,8,17
112:19
**point** 7:8,12 20:23
21:2 25:22 38:21
41:4 48:24 66:1
71:12,18 74:21
84:18 88:24
105:11 136:12

**pointed** 81:10
**points** 39:1
**pokotilow** 3:18
5:17
**policies** 136:16
**portable** 85:22
**portion** 10:4 16:7
40:2 48:8 112:18
117:6 126:8
132:22 138:20
**portions** 10:5
16:22 69:8 95:13
110:17 123:4,4
138:13 139:19
140:3,5
**position** 77:3
**positioning** 74:6
**possibility** 110:18
**possible** 57:20
89:14
**possibly** 67:2
101:17
**poster** 115:16
116:4
**potts** 37:16 42:17
42:17 43:3,14
45:5 46:8,16,17
47:15 48:11 51:1
51:11,12 52:6,7,24
53:1
**power** 111:18,19
111:20 112:2,12
**pr1138-002** 89:10
**pr3038** 4:9 86:23
87:14 88:24 90:20
92:14 93:15 99:6
**pr3048** 89:18 90:2
**precise** 77:18
**precisely** 77:11
**prefer** 117:17

**preliminary** 67:3
67:20
**premises** 31:15
**preparation** 21:15
**preparatory** 65:17
**prepared** 23:19
24:8 76:17
**preparing** 11:23
63:24 70:4,6,7
**prescribed** 96:7
**prescribes** 98:7
**presence** 72:19
95:17
**present** 25:13,13
89:6 131:11 132:4
**presentation**
23:12 30:6
**presentations**
22:12,15,18,20,23
23:3,17,25 24:2,7
30:4
**presented** 20:24
**press** 102:23
**pressure** 89:13
101:18,25 102:8
**presumably** 83:21
**prevent** 65:24
68:11
**previously** 30:5
**primarily** 47:22
60:5 61:4,5
**primary** 124:21
128:22
**prior** 10:14 12:7
18:16 20:22 82:19
94:18
**probably** 23:15
30:17,22 37:6,9
68:23 125:19
**problem** 87:6
135:3

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 58 of 71 PageID 18461
Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[procedure - question]
Page 20

**procedure** 38:24
42:4 58:5 61:7
62:18 67:22,24,24
67:25 78:5 79:18
80:14 81:7 82:8
82:10,14,15,23
85:16,17 86:12,13
89:3 90:6,13 91:7
92:22 96:22 97:6
97:20 98:3 110:22
126:13,13,25
129:25 130:9
131:21 139:3,23
140:8
**procedures** 17:25
18:13 29:22 31:4
33:10,20 34:2
38:10,12 40:25
41:2 43:9,10
58:10,14,23 59:10
59:13 60:22 61:6
61:8 76:13 91:12
93:8,10,20 106:17
107:10 117:6,13
125:22 128:23
131:22 132:9,10
135:5 138:10,15
138:18,25 139:2
139:14
**proceed** 5:25
**proceedings** 7:4
42:23
**process** 28:17 29:4
29:24 41:23 56:13
57:6,11,11 62:2,6
62:13 63:11,12,14
63:20 64:12 65:10
65:21,22,23 66:3,7
66:9,14 67:7,13,17
68:7,13,17 69:17
70:2 71:14 75:25

76:4 77:3 79:8,12
81:19 82:13 83:1
83:3,4,6,11 84:21
85:6,9 86:1,3,8
88:1 89:18 90:15
91:19 92:3,7 93:3
94:2,7,20 95:1,5
95:14,21,23,25
96:8 98:5,8 99:9
99:12,18 100:4
110:22 112:25
116:10 117:18,20
118:8,18,19 128:7
136:23 139:5,17
**processed** 77:25
**processes** 30:11
47:23 64:13 94:24
98:21 112:21
113:24 115:1
132:13
**processing** 66:24
**produce** 43:9
**produced** 61:17
125:10 134:22
**product** 13:9
35:20
**production** 41:8
41:17 134:21
**productions**
134:23,24
**products** 15:9
22:10
**professional** 2:14
16:18 18:19 19:6
22:8,13 23:5,11
25:15,25
**professionally**
18:3,8,25 19:24
20:2
**program** 73:16

**programmed**
63:19
**pronouncing**
105:16
**pronunciation**
70:3 105:17
**properly** 58:25
**properties** 80:16
**proprietary** 93:8
**protocol** 74:24
75:3 78:20 95:11
139:8 140:4
**provide** 9:15
14:11 19:24 20:3
46:14 108:11,15
108:18 110:13
119:19
**provided** 9:25
45:21 61:22
108:25 113:19
127:25 131:17
135:1 140:1,2
**provides** 52:1
80:16 90:16
**proximal** 77:13
**proximity** 64:6
**pst** 1:17 2:7
141:10
**public** 23:4 24:22
26:16 145:19
**publication** 88:24
90:5
**publications** 22:16
22:16 26:13,20
**published** 31:5,7
**pull** 8:23 10:25
27:12
**pulled** 19:15
**pulling** 32:20
**purport** 54:21

**purports** 44:15
**purpose** 59:1 93:7
111:6,11 113:12
138:9
**purposes** 21:23,23
21:25 28:10 50:20
62:1
**pursuant** 2:13
**pursue** 26:17
**put** 12:22 23:21
24:11 29:2 40:6
63:18 66:21 68:8
73:24,24 74:1
83:24 107:14
112:23 122:4
132:14 137:16
**putting** 76:6

**q**

**qualifications**
103:18 105:3,4
**qualify** 28:22
**quality** 13:1 95:10
132:11,21
**quantities** 33:18
34:17,18 35:5,15
56:12
**question** 6:25 7:12
9:7 10:6,9 19:22
19:23 24:6 35:12
38:20 42:11,13
45:8 47:11,14
50:14 52:20 53:7
53:8,10,10,11,17
53:18,18,20,22
57:16,21,22 59:2
59:11 65:1 69:18
82:16 86:9 88:23
91:1 93:13 96:3
96:17 101:6,8,9
104:13,16 114:13
115:4,5,11,13

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[question - referenced]

118:9 119:11
120:5 122:8 123:7
123:7,10 127:14
127:17 134:19
139:6
**questions**  7:18
9:10 10:3 17:10
27:16 38:19 53:15
59:17 70:14 115:3
115:7 123:19
140:15 141:4
**quick**  70:11
**quite**  14:24 31:24
124:19
**quote**  54:23 64:7
71:14 72:4 78:17
79:7 96:8 105:14
127:11,24 129:19
130:17 131:1
133:6 134:18
139:8 140:4

**r**

**r**  105:17,17 106:5
106:5,8,8 142:1
144:3,3
**range**  15:9,20
20:14 52:4 68:24
77:5 98:25 111:14
**ranges**  58:6
**rate**  21:17
**read**  53:11,20,21
53:22,23 55:1
56:19 57:2,2
86:13 95:16
104:15 115:12
118:11 119:13
122:10 143:9
145:5
**readily**  77:8 87:18
87:20

**reading**  10:10
22:15 25:17 26:2
26:13 56:24 73:11
74:6 134:3
**reads**  73:16
**ready**  57:15 88:15
**real**  33:13 121:1
**realize**  137:12
**really**  19:14 20:9
24:3 41:25 44:8
44:11 52:12
108:12 110:14
118:25 119:2,7
120:19 122:6
124:19,20 126:24
126:25 131:23
**reason**  7:17 67:2
104:11,25 118:14
120:16 143:11
144:6,9,12,15,18
144:21
**reasonable**  107:9
107:9
**rebotix**  1:5 5:12
6:6 10:1 20:19
21:8,21 25:14
29:12,21 33:6,9,12
33:24 34:2,9 35:1
35:8,13,18,21
37:21,23 38:3
52:16 54:11,15,22
56:11,12,18,21
57:3,6,24 58:4,18
58:20,21 59:3,5,9
60:6,20,24 61:9
63:8,9,17 64:5
66:20 71:15 74:23
75:17,19,21 76:21
76:25 77:1 78:7
78:20 79:16 80:24
81:8,12,14,16 82:4

82:8,8,13,21,23
83:1,2,9 85:13,21
86:16 87:4 88:25
91:20,25 92:24,25
93:6,8,19,21 94:5
94:7,10,14 95:10
95:13 96:7,21
98:5,7,21 104:5
107:18,24 108:10
110:19 112:21
113:23 114:18
117:6,13,18,20
118:18 123:1,10
124:5 125:11,22
125:23,24 126:24
127:2,4,15,24
129:7,19,20
130:10,21,24
131:9,14,21 132:2
132:2,5 133:6,7,23
134:5,15,18,23
135:1,11 136:22
138:12 139:5,18
143:4 144:1 145:1
**rebotix's**  59:23
129:25
**rebotix134641**  4:9
**recall**  8:15 11:15
14:14,24 20:11
22:20 23:10 25:4
25:5,12 30:16
31:17 34:17 37:17
38:22 39:8,12,18
41:24 47:20 56:10
65:14 69:13 71:16
73:23 98:12
105:18,21,24
107:2 115:15
116:21 125:20
127:6,18 128:1,14
134:2,24 135:7,13

**recalling**  19:11
**receipt**  66:13 68:1
95:4 143:18
**receive**  67:8
**received**  66:15,24
74:21 94:1
**receiving**  96:4
**recess**  36:18,21
71:7 100:23
135:23 140:25
**recheck**  134:6
**recognize**  9:24
**recognized**  45:10
**recollect**  14:3
**recollection**  87:16
106:10 130:19
**record**  5:2,4,5,23
6:17 7:14 36:20
36:23 53:23 71:6
71:9 88:20 100:5
100:20,22,25
104:15 115:12
118:11 119:13
122:10 123:21
135:9,22,25
137:17 140:24
141:2,9 142:9
**recorded**  5:10
**recordings**  30:10
**records**  131:10
133:23 134:10,16
**refer**  49:17 86:18
86:20 89:18 90:2
90:14 92:2,8 99:8
114:25
**reference**  10:7,8
16:10 80:17 87:21
104:3 108:3 140:7
**referenced**  10:22
41:8 57:5 77:16
79:19 91:13 100:1

[referenced - reprocessed]                                                                                    Page 22

104:9,23 139:4,13
139:23 143:6
**references** 79:13
86:23 91:15
**referencing** 40:25
67:23 71:21 80:1
**referred** 100:2
**referring** 53:6,12
54:1 57:8 105:19
115:2,21
**reflected** 52:25
93:15
**reflux** 13:11
**refresh** 87:16
106:10
**refurbish** 52:18
**refurbishing**
118:1
**refurbishment**
51:17 117:14
**regard** 34:16
45:12 104:24
108:8
**regarding** 18:20
19:8,24 101:6
115:14 118:21
132:20
**registered** 2:14
**regulations** 136:16
136:20
**reinstall** 70:19
**related** 8:14 9:4
11:8 13:19 14:7,9
16:22 17:7 19:18
20:15 22:16 26:20
58:8 106:16,24
142:12
**relevant** 20:14
27:6 110:23 123:5
137:6

**reliability** 119:9
129:12
**reliable** 80:10,24
106:19 120:11
**rely** 80:8
**remanufacture**
118:4
**remanufacturing**
117:20,24 118:7
118:13,15
**remediation** 72:3
**remember** 22:19
27:15 41:2 69:20
111:3,4 134:3
**remote** 1:13 2:10
**removal** 70:5
97:13 118:16
**remove** 80:4
**removed** 70:24
71:1 95:6
**removing** 76:4
96:9,24 116:11
**repackage** 95:8
**repair** 1:5 5:12 6:6
10:1 20:19 21:8
29:12 33:25 34:3
34:13,18 47:24
51:17 52:22 54:11
57:6,11 58:24
59:10 61:7,8
62:13,15 63:19
64:7,20 65:25
66:7 67:16 68:12
71:14 72:4 73:6,7
73:19 74:17,20,24
75:8,12,17,24
78:17 79:7,12
84:21 85:9 91:22
93:24 94:2 95:13
95:14 96:8,21
98:8,10,15 103:5

108:10 112:24,25
113:4,6,14,16
117:17 118:1,6,8
118:19 125:11,23
126:19,25 128:22
129:25 130:9
131:23 139:5,8,15
139:17 143:4
144:1 145:1
**repaired** 33:7,13
33:22 34:9 35:1
35:14,17,22 36:10
44:11 52:15 57:12
62:8,12 64:2
103:25 104:5
109:24 116:2
126:24 127:11,24
128:3,16 129:6
130:18,22 131:1,4
131:11 132:4
133:6,16 134:19
**repairing** 63:19
93:11 140:13
**repairs** 33:10
54:15,24 76:21
112:22 127:3
**repeat** 101:9
116:14,14
**repeatable** 81:24
**repeated** 120:12
**repeatedly** 44:15
47:25 91:2
**rephrase** 42:10
47:14 48:15
**replaced** 70:22
118:6
**replacement** 62:3
118:15,16
**replicable** 81:21
**report** 4:8 9:16,25
10:4,5,14,20 11:6

11:17 19:9 21:15
32:17 35:6,18,25
36:2,5,7 37:2 40:6
43:1 44:15,19,22
44:25 45:12 47:25
49:17 50:9 54:10
54:15,21 56:7,15
56:19 58:18 59:19
60:19 61:12,13,18
61:20,21,24 71:21
73:2 77:22 79:13
80:9 81:9 84:8
86:20 91:11,13,14
91:15 97:21 100:4
102:11 103:23,24
104:3,4,6,8,12,21
105:1,7,10,10,14
105:22 106:2,14
106:21 107:22
108:21 109:1,13
109:15 114:23
117:21 118:20,24
119:17 120:7,14
123:2,4,6,13,14,25
124:8,13 125:1,3,9
125:12,15 127:10
128:25 129:15
131:25 136:4,5,7
137:10 139:4,13
**reporter** 1:25 2:15
5:19,24 53:19
57:19 100:13
104:14 115:10
**reporting** 135:10
**reports** 131:17
132:12 133:2
**represent** 6:2
**represents** 19:6
136:6
**reprocessed** 95:4

Case 8:20-cv-02274-VMC-TGW  Document 115-3  Filed 12/01/21  Page 61 of 71 PageID 18464

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[reprocessing - ruby]
Page 23

reprocessing
  60:21 113:25
  114:3,5,7,8,20,24
  114:24 115:14,17
  115:20,21 116:5,6
  116:20 117:1,7
  120:24
request  36:8
requested  33:25
  108:15
requests  132:14
  136:13
require  96:11
  133:2
required  96:21
  98:16 99:1 108:18
  136:22 145:13
requirement
  50:22
requires  77:12
requiring  77:19
research  20:7
  80:21
reset  75:18,21
  94:8 113:21
resetting  113:12
  113:17
reshape  13:18,19
resharpen  85:10
  134:5
resharpened
  85:19
resided  70:20
resistance  79:15
respect  19:1 27:22
  107:5
respecting  20:3
response  81:10
  138:7
responsible
  139:20

restore  52:19
  75:19
restores  54:11,22
restoring  140:14
result  57:10 73:17
  83:6 125:14
resulting  93:3
results  56:22 57:4
  73:16 84:12 90:6
resumed  93:23,24
retain  125:9
retained  8:22
  12:15 21:7 108:10
  108:11 110:8
  125:10 133:22
retention  22:1
retesting  98:15
retrieve  10:14
return  54:17
  58:24 59:14 95:9
  100:16 102:10
  143:13,17
returned  68:5
  95:11 131:14
  134:5
returning  113:17
returns  133:24
  134:9,9,16
reused  119:23
reverse  56:13
  57:10 58:5 82:10
  93:1
review  104:7
  107:15 110:24
  116:23 139:6
  143:7
reviewed  39:12
  103:23 104:21
  105:10 107:7
reviewing  114:23
  128:24

rick  11:2
right  9:14 11:2,15
  11:18,20,25 12:6
  12:13 15:16 16:13
  32:2,25 34:3 35:2
  36:13 38:2 40:21
  42:20,22 47:13
  50:2,4,19 51:1
  54:7 57:15,19
  58:20 59:6 61:16
  62:4 63:13 64:21
  68:9,14,19 69:4
  71:11 72:14 74:1
  74:24 83:16,24
  84:6,21 85:7
  86:13 87:7,13
  88:4,15,17,22 90:9
  91:1 92:4 97:4,8
  99:7 101:2 105:16
  105:25 107:18
  110:20 118:2
  126:20 128:5,11
  128:21 129:7,20
  130:5,7 131:2,21
  137:12
ring  106:13
rinse  116:15
road  6:22
robot  39:23 65:8
  119:3
robotic  25:16 26:4
  26:12,23 28:7,15
  28:23 29:14 31:9
  31:10 48:13 53:2
  54:5 103:2 112:12
robotics  26:1
robust  57:10
role  9:5 11:9
rolled  123:3,5
room  30:1 62:25
  64:7 120:21 121:2

rotation  55:11
roughly  8:4 14:25
  14:25 16:16 60:2
  62:24 71:16
round  94:14
  127:16
royalties  9:5 11:8
rpr  1:25 142:20
rubber  78:14
  81:11
ruby  3:10,11 4:3
  6:1,2,11,13,16,18
  9:14,24 11:5
  15:14,23 16:9
  18:16 20:21 21:7
  23:24 26:11 27:8
  28:5,14 29:9,25
  32:23 34:1,20
  35:11 36:4,13
  37:1 42:12,24,25
  43:21 44:14 45:7
  46:8,25 47:10,15
  53:19 54:3 55:6
  55:13 57:19,22
  58:3,16 59:17
  64:24 67:9,18
  70:13,16,17 71:2
  71:11 80:19 81:3
  82:25 87:10,13
  88:11,17,22 91:1
  92:9 93:22 100:9
  100:19 101:2
  103:1,7,17 104:13
  104:16 105:2
  108:6 110:4,16
  114:4,8 115:10,16
  118:9,20 119:11
  119:14 120:3
  122:8,11 124:22
  125:4,21 126:11
  126:14,17,18

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 62 of 71 PageID 18465
Dr. T. Kim Parnell                                  September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[ruby - sharpened]                                               Page 24

128:19 129:16
132:17 133:22
135:19 136:3
140:15,21
**rules** 6:22 136:16
136:19
**run** 73:25

**s**

**s** 144:3
**safe** 120:1,14,17
**safely** 49:24 57:12
118:22 120:8
130:1
**safety** 11:12,12
12:12,17,20 13:22
14:4 44:17 103:21
103:25 104:5,22
104:25 109:23
119:20 128:21,25
129:4,11,12,17
138:20
**santa** 3:6,7
**sasso** 11:2
**satisfaction** 83:2
110:1
**satisfies** 95:10
**saw** 38:17,18,24
40:17,22 41:4,20
41:22 56:7 61:3
67:21,24 68:7,13
95:23 96:12
107:12 111:6
112:22 113:3,24
115:23 116:3,24
117:1
**saying** 34:8 45:20
61:19 84:12
112:12,13 125:6
**says** 87:4 89:22
90:1,5 99:7

**scalpel** 78:19
**scanning** 12:13
**scenarios** 52:4
**sciences** 13:19
**scissors** 37:7,16
42:17,17 43:3,14
43:16,23,25 44:2
45:5,15 46:8,16,18
47:16 48:11 50:17
51:1,11,13,25 52:6
52:7,15,24 53:1
54:18 55:8 76:23
78:18 79:17,23
80:1 81:13,18
86:25 87:24 89:12
89:16 90:8,9,22
92:15,18,20
**scope** 62:5
**scouts** 85:23
**screen** 9:20 32:21
87:7
**screened** 62:8
74:19 75:12
**scroll** 10:19,21
**scrolled** 87:11
**scrubbing** 95:1
116:10,13,14
**searching** 80:22
**second** 127:15,16
**seconds** 94:14
**section** 11:17
114:23
**sections** 12:8
103:25 104:3,8
**see** 8:17 10:21
11:3 14:6 22:6
32:23 34:22 37:23
39:10,14 40:7
59:21 60:12 62:4
62:5,6,7,7,21 63:7
64:14 66:10 67:15

67:18 74:11,12
78:21 79:20 83:7
84:18 87:11 90:2
99:9 100:6 102:14
107:14 108:4,13
112:20 114:19
115:16 116:4
130:1 134:14
139:10 140:19
**seeing** 34:17 47:20
56:10 64:7 83:8
89:5 115:15
116:21 134:2,25
135:7,13
**seek** 136:22
**seen** 30:12 35:4
38:4,10 39:5
40:11,15,24 41:1
47:1,2,4,15 48:5
53:25 54:3,9
130:20 134:9
**send** 78:9
**senior** 23:6 25:10
**sense** 119:7
**sensitive** 80:25
**sent** 33:24 78:17
95:12 127:12
130:10 143:14
**sentence** 106:4
**separate** 89:14
**separating** 92:19
**september** 1:16
2:6 5:8 142:18
143:3
**sequence** 71:22
72:16,23 73:1,9,14
73:16,25 74:13
78:25
**serial** 133:15,18
**serialized** 133:14

**series** 54:16 57:4
58:10 73:18 94:5
99:21,23 111:13
112:25 116:16,17
117:9,10 121:13
138:17 139:3,14
**serve** 29:11
**service** 39:10 62:2
140:4
**serviced** 129:19,20
134:18 135:4
**services** 13:13
**servicing** 66:21
**sessions** 23:9
**set** 12:3 51:2 56:7
61:16,17 65:18
66:12 75:20 98:4
126:21 138:15
142:8,17
**setup** 74:5
**severity** 51:20
119:6 121:10
122:2
**shaft** 111:21
138:24
**shape** 89:9
**share** 9:20
**sharlin** 103:19,22
103:25 104:22
105:10,10 109:17
129:2
**sharlin's** 103:24
103:24 104:3,8
105:3,6 110:17
128:24 129:10
**sharp** 52:1 78:8,12
78:21 80:7 89:8
**sharpen** 85:13,23
98:19
**sharpened** 52:15
78:22 81:18 83:9

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[sharpened - specifications]**                                    Page 25

85:25 86:17 89:1
89:2 91:19 92:10
**sharpeners**  85:22
**sharpening**  51:17
52:22 76:22 80:5
83:1,3,5 84:5 85:3
85:4,5,8,12,21
86:2,6,7,10,15
88:2 90:14,17,17
91:8,22,25 96:6
98:21 99:3,6,13,16
128:9
**sharpens**  54:18
**sharpness**  51:10
52:23 79:17 80:10
80:18 81:5 84:19
93:15,23 97:11
134:4
**sheet**  99:5 143:11
**shipped**  68:4 95:3
125:23 128:10
130:18 135:4
**shipping**  68:3 95:7
**shout**  9:9
**show**  18:14 35:24
67:4 105:19,23
**showed**  30:14
64:19 68:1,17
72:7 83:2 96:5
97:3 117:6,13
**showing**  63:11
67:12,12 74:19
75:7 77:22 94:3
134:16
**shown**  39:19 71:25
72:9 74:14,22
75:2 78:10 83:13
83:15,20 84:1,6
90:25 91:3 95:20
96:2

**shows**  36:5 94:9
100:5
**shredder**  125:17
**sic**  88:11
**siding**  107:24
**sign**  114:20 115:14
143:12
**signal**  111:21,25
112:18
**signature**  142:19
**signed**  136:4
143:20
**signify**  126:21
**similar**  43:9,19,22
46:22,22 52:17
93:9 101:23 102:7
138:1
**similarities**  44:20
45:13,17 48:7,10
**simms**  3:19
**simple**  53:17 59:2
69:18
**simply**  122:4
**single**  21:3 73:13
73:17 127:5
131:10
**singular**  73:11
**sir**  7:16
**sit**  20:11 31:1
40:16 136:11
**site**  85:21
**sitting**  34:25
139:16
**situation**  102:9
**six**  7:24,25 8:2,8
8:11 37:6,9,12
**size**  89:9
**skadden**  3:14
**skadden.com**  3:16
**slate**  3:14

**slipping**  89:15
92:19
**small**  17:20
**smith**  44:1
**smoothly**  79:9
89:14 92:19
**snagging**  89:15
92:20
**society**  23:11
**sofamor**  11:4
**soldered**  113:9
**solely**  92:24
**solutions**  5:19,21
13:15,16 143:23
**somebody**  32:7
41:14 53:2 66:8
139:10
**somewhat**  117:16
122:6
**sop**  86:25 87:24
**sorry**  8:5 42:24
56:21 57:1 105:24
**sort**  16:25 18:13
19:17 22:13 30:11
43:18 44:20 45:16
51:5 54:9 55:11
62:10 65:25 68:11
70:22 79:10 96:24
97:14 99:22
111:12 116:25
118:1 133:20
134:13
**sorts**  17:22
**sounds**  55:17
100:18
**source**  85:12
106:13,20 108:20
109:19 111:18,18
112:11,14 132:18
132:19

**sources**  109:16
**space**  26:9
**span**  8:2,4
**spans**  12:9
**speak**  123:21
**speakers**  23:8
**speaking**  15:1
**spec**  53:4,4
**special**  77:2
**specific**  12:25
13:10 22:19 23:14
24:4 29:3 30:16
31:2,2,18 33:4
38:22 39:18 41:24
49:2 50:15 53:13
55:17 56:2,2
61:23 65:7,13
79:15,18 81:16
96:13 98:11,24
100:7 103:10,16
108:14 112:6,9
115:13
**specifically**  20:12
31:10 37:11 41:22
42:1 47:20 80:1
82:7 108:14 127:6
132:8
**specification**  49:6
49:22 50:1,4,22
51:6,25 52:6,7,23
53:1,5 54:1,2,23
54:24 55:19 56:1
56:3 57:4 84:7
92:13 134:1
**specifications**
48:13,16,19,22
49:4,8,12,13,18,18
50:6,10,11,20 51:2
51:10,10 54:4,13
54:13,18 55:3,14
55:14,16,23,24

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[specifications - surgery]**

56:8,8,11,17 57:7
57:24 58:10,14,17
58:23 59:4,10
90:24 92:12
**specified**  79:16
82:4 94:9 98:3
**specifies**  51:8
81:14
**specify**  82:15
**specimen**  77:25
**spend**  21:14,22,25
105:21
**spent**  22:2
**spinal**  16:23 17:3
18:4,5
**spoken**  32:1
**st**  35:9 37:21 59:18
**staff**  22:15,21,24
109:14 126:13
**stage**  72:14
**stamford**  15:7
**standard**  52:1,14
66:12 85:17
**standards**  88:25
90:7 91:17 92:10
**standpoint**  109:4
**start**  20:1 69:15
75:13 97:18
**started**  24:21 60:2
**starting**  71:15
94:4
**starts**  10:20
**state**  2:15 5:22
142:3
**stated**  49:24
103:23 118:14
**statement**  14:2
63:14 66:11
**states**  1:1 5:14
**stating**  33:19

**staying**  26:1
**step**  68:2,6,13
69:25 70:4 85:15
89:17 94:2 120:23
120:24 138:6
139:7,8
**steps**  30:11 54:16
63:11,22,24 65:25
66:13 67:3,15
68:5 70:23,24
72:4 73:8,21 76:7
76:13 77:22 79:16
94:18,22 95:16,19
96:7,9,11,13,14,16
96:21,23 97:7,17
97:23 98:6,13,15
113:1 114:24
116:13,16,17,22
116:22 117:8,9,10
139:1,16 140:13
**sterile**  68:4 95:4
120:23
**sterilization**  60:22
65:22 66:4 95:2,5
95:22 96:1,11
97:2,16 115:1
116:12,15 117:4
120:23 121:15
**sterilized**  68:4
**stick**  89:16 90:8,9
92:20
**straight**  129:5
**straightforward**
135:9
**strictly**  113:12
**strike**  8:1 15:23
29:9 57:20 61:25
65:16 72:15 77:24
80:19 83:14
103:17 108:7
121:6 127:8

134:14
**strong**  15:12 19:16
**stryker**  13:4
**students**  31:19
**studied**  129:3
**study**  25:15
**subheading**  11:18
**subject**  128:5
**subjected**  79:23
94:25
**subjecting**  84:10
**submitted**  12:5
**submitting**  11:24
**subscribed**  145:14
**subscribing**  26:19
**subsequent**  57:11
70:23 73:21 74:19
**subsequently**  71:1
131:5
**substance**  31:8
**substantial**  16:8
27:23 28:12
**substituted**  83:24
**successfully**  94:8
**sufficient**  76:23
138:3
**suing**  107:18
**suitable**  98:10
**suite**  3:6,11
**sum**  21:3
**summary**  10:13
**sunnyvale**  2:12
5:10 31:13,14
**supplemented**
29:19
**support**  105:5
**suppose**  90:9
**supposed**  75:24
78:7 89:1 90:11
91:18,24 105:4

**sure**  7:14 38:21
41:18,20 42:14
66:19 70:13,15
78:12 87:18 88:3
91:13 95:5 101:10
107:1,3 111:23
132:8 140:21
**surely**  130:24
**surface**  89:7
**surgeon**  8:22
42:22,25 43:24
46:18 47:17,17
48:11 101:3,11,14
101:15,19 102:1,5
102:7,21 126:1,9
133:4
**surgeons**  13:13
43:22 45:2 47:6
51:13
**surgeries**  30:19,23
120:8,15 127:13
127:22 128:1
130:16
**surgery**  14:13
15:3 16:2,10,20
17:3,4,11,12,17,18
18:4,5,9,18,21
19:2,8,25 20:4,22
25:16 26:1,4,12,23
28:7,15,24 29:14
30:7,14 31:9,11
41:5,5 42:8 43:2,6
43:7,13,13 48:12
48:13 52:10 53:3
54:5,6 101:12,20
102:1,17 111:19
118:23 120:9,19
126:1 131:11
132:4 133:4
137:22 139:21

**surgical** 1:8 5:12
6:2,4 15:16,21
16:23 18:6 21:8
22:11,14 25:3
30:1,8,15,21,24
31:4,6,16,20 32:2
32:4,6,11 33:2
38:6 40:24 41:1
42:19 43:9,10
44:9 47:18 48:21
51:5 58:13,22
77:6 82:5,12
85:18 93:2 102:2
102:18 103:2
107:6 109:14
111:17 113:8
120:18,18 121:1
130:25 133:5
134:10,24 143:4
144:1 145:1
**surgical's** 22:21
117:23
**sutured** 101:17
**suturing** 103:14
**swear** 5:24
**sworn** 6:8 142:8
145:14
**symmetrical** 89:9
**syntax** 73:10
**system** 22:21 30:1
30:9,15,21,25 31:6
38:7 39:6,16,21
40:9,12 47:18
52:8 102:2,18
111:19 112:2,14
130:24 131:9,15
133:5

**t**

**t** 1:3,13 2:11 4:8
5:9,11 6:7 142:1,1
142:7 143:5 144:2

144:3,3,24 145:2,4
145:12
**tab** 9:18
**table** 33:15 34:10
35:21 37:2,5 38:5
39:3 40:7 42:6
45:21 46:17 51:11
52:6,25 54:5,12,22
56:9,12 58:8 65:4
102:10 121:19
137:19
**take** 22:6 34:20
36:13,14 42:16
49:25 55:18 60:10
62:20 68:19 70:11
71:2 73:22 74:9
76:2 84:10 85:2,5
97:8,17,23 98:6,9
124:3 140:18,18
**taken** 36:21 71:7
100:23 121:2
135:23 140:25
**takes** 61:1 73:23
74:7 98:19
**talk** 7:6 37:25
45:16 49:12
118:24
**talked** 32:5,9 60:5
94:18 110:11
111:1
**talking** 17:19 32:7
45:13,14 63:3
120:24 133:13
**tampa** 1:2 5:15
**target** 59:13
**tasks** 64:11
**taught** 19:18 31:8
**teaching** 27:6
**technical** 22:12,15
26:13

**technicians** 63:17
78:7 85:22
**technique** 83:21
84:2
**technologies** 27:1
27:2,11
**technology** 27:9
27:20 28:6,15
29:14 65:19 71:16
72:22 76:16 113:3
**tell** 12:10 23:4
27:18 28:25 38:13
40:17 41:22 45:2
49:5 53:8 76:9
82:2 86:21 91:5
106:12 112:14
116:6 132:2
139:16
**telling** 74:25 83:10
129:1
**temporary** 123:12
124:7,9 125:7
**tension** 77:4,6
94:19
**tensioned** 77:8
**tensioning** 77:3
**term** 33:7,14 34:3
35:2,14,22 48:18
48:22 49:8,13
50:1 62:15 73:10
114:8,21 116:20
117:17 118:4
129:7
**terms** 19:17,20
20:18 21:11,14,15
27:5 40:24 44:20
45:17 48:8 50:13
54:14 55:13 59:19
63:23 66:5 74:5
82:8 106:15,15
108:2 117:8

122:19 130:22
131:3 132:15
140:10
**test** 11:21 56:21
57:4 59:15 71:22
72:8,9 73:3,3,6,7
73:10,11,13,14,16
73:22 74:6,10
78:5,11 79:12
81:12 82:9 83:13
84:19 89:14 91:4
94:15 96:6,19
100:5 138:22
139:25
**tested** 78:23 83:12
**tester** 74:2
**testified** 6:8 7:23
7:25 8:2,8 10:15
11:6,11 12:4,11,20
**testify** 128:21
130:5
**testifying** 8:11
136:11
**testimony** 8:12
18:2,7 21:16
82:19 105:15
106:16 107:13,22
117:22 124:17
142:10 143:9,18
145:8
**testing** 57:11 61:8
62:3,13 74:25
75:1 77:4 78:10
79:17,18,24 80:10
80:17,18,24 81:17
82:5 84:5 86:24
87:23 88:1,25
90:17,21 92:14
94:15,24 97:11
99:4 111:2,6
117:24,25 118:2

Case 8:20-cv-02274-VMC-TGW   Document 115-3   Filed 12/01/21   Page 66 of 71 PageID 18469

Dr. T. Kim Parnell                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[tests - true]                                                    Page 28

**tests** 73:18 74:13
94:6 99:22 111:13
138:16
**thank** 9:21 36:18
140:16
**thanks** 140:16,22
**theraband** 78:15
79:15,17,23 80:6
80:14,23 81:4,11
81:14,15,17 82:4
83:2,13,21 84:2,5
84:11 89:11 96:18
96:19 97:11
**thing** 11:14 19:18
22:13 25:21 37:8
44:21 48:8 51:5
60:15 69:24 70:22
70:25 77:15 79:10
88:4 96:25 97:14
99:23 113:7
116:25 125:6
131:16 133:15
134:6 140:11
**things** 11:25 17:20
19:11,15 26:18
29:6 30:10 38:24
39:25,25 44:4
45:16 48:1,25
49:9 51:3 55:11
56:12 59:14,22
60:13,14 61:3
66:6 76:20 85:24
87:5 88:10 94:19
99:18,24 101:15
102:24 103:14
109:1,4 121:11,12
121:22 122:2
123:25 132:11,12
133:2 134:13
**think** 7:17 10:5,20
16:16 17:13 20:17

20:23 22:5,7,25
23:25 24:7 31:1
38:16,17 40:23
50:25 53:7,7 54:8
55:2 56:1,20
58:19 60:2 69:16
87:3 100:11 107:4
108:19 113:5,5
114:21 117:2
118:4,7,17 120:12
123:23 125:6,12
126:25 136:5
**thinking** 131:3
**thirds** 80:2 89:12
92:18
**thirty** 56:25
**thorough** 68:25
**thought** 50:1
107:21
**three** 89:11 92:17
**throw** 50:3
**tightens** 54:18
**tightness** 76:24
**time** 5:2,7 7:13
21:14,22,24 22:5,8
23:16 24:13,19
25:1 28:17 29:12
29:20 30:18 32:6
32:11 35:1 36:15
36:19,22 37:25
38:2 39:1 48:18
48:18 51:16 63:21
66:20,25 71:5,8
84:24 96:12 97:17
97:23 98:3,4,11,11
98:24 100:10,21
100:24 105:9,9,21
106:21 119:5,5
120:20,25 121:8
121:10 122:1
123:20 127:15

131:16,23 135:16
135:21,24 140:23
141:1,5,6 143:19
**timeframe** 143:8
**times** 6:18,20 7:21
7:22,24,25 8:2,8
8:11 32:9 80:6
89:22,24 118:21
120:19
**tip** 34:22 35:2,14
**tissue** 43:17 45:15
50:17 51:5,15
52:3 80:16 94:12
101:17 137:25
138:7
**tissues** 102:23
**title** 87:23
**today** 5:8,18,19,20
7:4,18 20:11
25:24 31:1 34:25
40:16 61:1 136:8
136:11 137:13
139:7
**today's** 5:7
**told** 20:21 66:8
69:23 79:22 109:8
127:22
**tool** 39:24 45:18
46:15 76:22 77:17
86:15 94:11 101:4
102:2 111:22
140:11
**tools** 15:22 16:1,23
17:8,19,22,24,24
69:21 85:18,18
91:24 95:22 101:4
103:2
**top** 33:4 74:12
**topic** 23:10
**torax** 13:8

**torque** 77:13,19
**torques** 58:8
**total** 98:7,9 127:23
**tour** 138:19
**tracheostomy**
13:15
**track** 21:22,24
130:25
**tracking** 131:19
131:22 132:22
133:11,20
**traditional** 43:1,7
43:13 44:18,25
45:1,23 48:3 52:9
54:6 101:3,11,19
104:1
**transcript** 106:6,9
107:20 143:6,20
145:5,8
**transmission**
140:10
**transmit** 138:3
**transmitted**
138:21
**transmitting**
138:14
**trial** 11:7 21:15
**trials** 11:16,18
12:2,8,11
**tried** 75:11 123:23
**trip** 36:1
**trouble** 132:12
**true** 15:25 26:13
26:14 37:18 40:13
40:16 41:23 44:15
49:7,11 50:2
55:25 56:9 65:12
67:10,20 68:6
74:3 75:5 83:22
84:2 90:18 92:24
99:16,19,20

Dr. T. Kim Parnell
September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[true - v]**

Page 29

137:15 138:5
142:9 145:8
**truth** 40:5
**try** 7:3,6 10:6,7
20:7 28:16 53:16
79:11 115:6 120:5
124:3 136:14
**trying** 7:13,14
17:10 22:25 34:5
40:14 44:23 74:22
79:5 81:5 82:20
109:9
**tube** 13:15
**turn** 46:13
**two** 12:9 23:1
46:10 80:2 89:12
92:18 112:8
**type** 15:13 17:23
17:25 18:5,6
23:11 35:17 39:20
40:1 42:1 45:15
52:18 65:13,23
78:4,14,19 81:15
81:24 101:23
103:10 112:6,8,9
115:1 130:20
132:23,24 134:25
135:8,14 137:24
**types** 18:13,22
20:12 31:2,3 33:4
33:7,11,14 35:6,7
40:18 43:7 45:10
66:5 71:19 122:2
132:23 133:1
138:25
**typical** 31:3
132:13
**typically** 38:23
50:17 98:13,19
126:9

**u**

**uh** 92:9 111:1,15
133:3 137:18
**ultimately** 101:17
**ultrasonic** 60:21
65:21 96:10,25,25
97:15,22 114:25
116:10,14
**ultrasonically**
87:4
**ultrasound** 97:22
**umbrella** 16:25
**unable** 7:17
**unbiased** 107:5,12
109:19
**undergone** 128:7
**underlying** 27:11
104:8
**understand** 6:21
6:24 7:13 10:11
17:8,11 24:17
27:15 34:5,11
41:18 42:12,14
44:23 45:7 47:10
50:4,14 53:9 61:7
64:4 74:22 83:5,7
84:17 85:24 88:9
111:20 115:4,5
116:7,19 123:20
127:14,17
**understandable**
24:20 53:8
**understanding**
17:16 23:23 27:11
33:6,9 42:15 45:9
46:1,21 47:1
66:19,23 85:11
96:2 107:9 109:12
111:15 112:1
125:21 126:6,18
126:23 128:15

130:12 137:18
**understood** 32:7
46:7 50:1 63:17
95:24 96:14 117:2
**undertaken** 120:9
127:23
**undertaking**
136:23
**undertensioned**
77:10
**undertensioning**
77:9
**underwent** 84:4
130:9
**unidentified** 38:16
**union** 3:11
**unit** 30:5 36:24
101:1 136:1
**united** 1:1 5:14
**university** 27:5
**unquote** 64:7
71:14 72:4 78:17
79:7 96:8 127:11
127:24 129:19
130:17 131:1
133:6 134:18
139:8 140:4
**unsuitable** 74:17
74:20
**unsure** 34:16
**usage** 51:19 65:7
74:2 75:8,14,17,19
76:5 113:8,12,19
118:24,25 119:1,8
119:18 120:4,4,10
120:16 122:5
126:3,21 137:22
**use** 33:7,13 34:2
43:23 48:14,18
49:3,5,8,22 51:6,8
51:16,20,20,24

54:5 55:13 62:15
69:10,11 77:6
82:15 85:20,23
93:4,15 94:8
101:5,13,21 102:3
103:5 113:19
114:9 117:17
119:5,9 120:1
121:1,9,10,10
122:2 125:16
130:10
**useful** 59:21
121:17,21
**uses** 51:8 52:12
75:9,20,22 82:3,17
82:21,22,23 94:9
113:18,21 119:21
119:24 120:17
121:11 128:3
130:22 131:7
**usual** 125:19
**usually** 10:7 135:8
**utilize** 29:22 42:3
58:11 101:16
102:7 110:3
128:24 129:10
**utilized** 17:9,24
34:13 39:1 40:19
43:19 44:7,10
45:11 46:7 60:23
61:6,9 69:6,25
76:14 78:11,15
93:21 95:21,23,24
97:5,19 108:1
118:5 124:7,12
**utilizing** 72:9
110:24

**v**

**v** 143:4 144:1
145:1

Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

[validation - witness]                                            Page 30

**validation** 112:24
**validity** 11:22
**value** 66:10 73:12
  75:20
**values** 56:2 59:13
**variety** 40:22 42:2
  48:20,25 50:6
  51:21 59:14
  103:15
**various** 16:22
  17:22 31:20 32:25
  33:11 44:16 73:12
  75:2 96:2 98:6
  100:10
**vary** 98:14
**verbally** 123:21
**verification** 88:1
**verify** 94:8,16
  143:9
**veritext** 3:2 5:18
  5:21 143:14,23
**veritext.com**
  143:15
**version** 61:12
**versions** 47:21
**versus** 5:12 8:17
  11:3 12:24 13:4,5
  13:8,12,15,18
  20:19 21:8
**vessel** 102:23
**vgh** 13:15
**video** 5:10 30:10
  30:13 38:18 39:5
  39:14 40:7,11
  41:11,20
**videographer** 3:18
  5:1,6,18 36:19,22
  71:5,8 100:21,24
  135:21,24 140:23
  141:1,6

**videos** 38:10,16
  39:11,19 40:16,24
  41:1,2,4,8,10,12
  41:14
**videotaped** 1:13
  2:10 141:7
**view** 41:25 118:15
**viewed** 123:5
**viewing** 41:19
**vinci** 22:21 30:1,8
  30:15,21,24 31:5
  31:13 38:6 39:6
  39:15,23 40:9
  41:5 47:18 52:8
  52:18 65:8 80:11
  80:25 81:1,5
  102:2,7,7,18
  111:19 119:3
  120:9 121:8,18
  128:6 129:4,5,18
  130:8 133:5
  136:24 139:9,19
  140:5
**virtual** 3:2
**visit** 35:8 37:20
  38:3 40:20,23
  59:18,20 62:1
  63:8 64:14 65:12
  66:16,20 83:5
  111:2
**visited** 31:15
**visiting** 29:20
**visual** 68:22 69:3
  69:14,14 73:4
  75:6 89:4
**visually** 92:17
**volk** 13:3
**volume** 6:16 9:8
**volumes** 33:18
**vouches** 81:3,4

**vs** 1:7

## w

**wait** 5:3 56:23
**walking** 63:10
**wall** 60:18,20
  67:25 95:25 97:21
  115:18,21 116:3
  117:2,9
**want** 9:9,10 10:10
  10:21 41:18 43:23
  44:3 45:4 49:3,3
  57:2 64:4 86:9
  87:14,15 88:3
  101:8 120:13
  122:17,17 130:5
  136:7
**wanted** 62:4,5,6,7
  122:15 132:5
**wants** 43:25 101:4
  101:12,20
**warranty** 134:17
**warsaw** 11:3
**watch** 96:12
**watched** 41:12,15
**way** 10:10 26:13
  26:14,15 35:16
  39:5,15 40:12
  50:9,20 57:14
  74:23 78:21 81:4
  83:12 84:24 87:19
  97:11 107:14
  126:2,20 142:14
**ways** 26:18,19
  43:6 59:15
**we've** 70:10 74:24
  120:12 135:16
  136:24 138:22
**wear** 119:1 121:8
  121:13
**weight** 13:20

**welcome** 9:22
**went** 58:4,19 63:8
  64:12 67:1 82:13
  114:18 115:23
  130:22 131:4
  139:9 140:1
**west** 3:15
**wheels** 77:13,19
**whereof** 142:17
**wide** 15:20 48:24
**william** 3:14 6:3
**william.dario** 3:16
**wish** 8:23 137:17
**witness** 2:12 5:24
  10:23 12:15 15:5
  15:19 16:5 18:11
  21:2 23:21 24:5
  26:6,25 27:23
  28:10 29:2,11,16
  33:17 34:16 35:4
  35:24 42:10 43:16
  44:6 46:1,21 47:8
  47:13 53:24 55:1
  55:7 57:18 59:9
  67:6,12 80:13
  82:20 90:20 92:6
  93:19 100:11
  102:20 103:4,10
  103:20 104:20
  107:12 108:1
  109:21 110:7
  111:16 114:2,6
  115:13 118:12
  119:17 121:21
  124:18,25 125:19
  126:6,12,16
  128:13 129:9
  132:8 133:10
  142:7,10,17 143:8
  143:10,12,19

Dr. T. Kim Parnell                                September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

**[witnesses - zoll]**                                          Page 31

**witnesses**  60:4
**wittenbauer**  13:5
**word**  74:12 115:19
  117:1 137:15
**words**  19:9 34:10
  72:17 117:16
  120:4
**work**  9:11 11:23
  11:24 12:7 35:12
  46:19 63:1 64:20
  65:17 67:20 85:20
  93:24 110:9,15
  114:9 115:25
  116:1 128:24
  129:11,11,21
  136:10
**worked**  17:2 24:13
  25:7 31:19 32:7
  60:6 129:3
**workers**  63:6
**working**  22:2 25:1
  59:5 63:21 64:11
  64:15 78:8
**works**  62:4
**world**  33:13 82:3
  93:5,16
**wrist**  112:4,4,18
**writing**  56:6
**written**  6:17 11:24
  56:7 60:11 88:20
  120:12

**y**

**yeah**  8:14 9:17
  10:23 38:15 40:16
  47:13 57:3 58:12
  60:3 61:22 65:3
  75:11 87:9 88:14
  98:2 99:23 105:20
  105:24 115:23
  127:17,18

**year**  8:5,8 28:24
  72:2 95:18 96:5
**years**  8:3 14:3,24
  15:8 23:15 25:11
  28:19,25 29:7
  31:14,25
**york**  3:15,15

**z**

**zoll**  13:5

Veritext Legal Solutions
800.808.4958                                                    770.343.9696

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.