# Exhibit 3

```
                                                            Page 1
 1              UNITED STATES DISTRICT COURT

 2               MIDDLE DISTRICT OF FLORIDA

 3                    TAMPA DIVISION

 4   REBOTIX REPAIR LLC,              )
                                      )
 5             Plaintiff,             )
                                      )
 6        vs.                         ) Case No.
                                      ) 8:20-cv-02274
 7   INTUITIVE SURGICAL, INC.,        )
                                      )
 8             Defendant.             )
     _____)
 9

10

11     VIDEO DEPOSITION OF PULLMAN REGIONAL HOSPITAL

12     BY AND THROUGH ITS DESIGNATED REPRESENTATIVE

13                   EDWARD W. HARRICH

14                    MAY 24, 2021

15       CONDUCTED REMOTELY VIA VIDEOCONFERENCE

16

17

18

19

20

21

22

23  Reported by Cynthia J. Vega

24  RMR, RDR, CA CSR 6640, WA CSR 21001436, CCRR 95

25  Job No.  194419
```

Page 58

1  substantial time and effort learning how to use the
2  da Vinci surgical robot?
3      A.  Absolutely.
4      Q.  If you were to use a -- withdrawn.
5          If one day there were a competitor surgical
6  robot, would your surgeons need to relearn how to use
7  that competitor surgical robot before they could use
8  it?
9          MR. MENITOVE:  Objection.
10         THE WITNESS:  Yes.
11         MR. MENITOVE:  Calls for speculation.  Lacks
12 foundation.
13 BY MR. LYON:
14     Q.  Would the --
15     A.  They -- oh, go ahead.
16     Q.  Would the training of your surgeons to use an
17 Intuitive surgical robot and the lack of training
18 they've had to use these potential competitor surgical
19 robots factor in to your decision whether to purchase
20 a da Vinci robot or a competitor robot down the road?
21         MR. MENITOVE:  Objection to form.
22         THE WITNESS:  Yeah, it would be a
23 consideration.  It would be a factor.
24         THE REPORTER:  Excuse me, Counsel.  When you
25 get to a breaking point, I'm going to need a short

Page 59

1  break.
2          MR. LYON:  We can do that now.  That's fine.
3  We can go off the record.  That's fine.
4          THE VIDEOGRAPHER:  The time is 11:20.  We're
5  going off the record.
6          (Recess, 11:20 a.m. to 11:34 a.m.)
7          THE VIDEOGRAPHER:  The time is 11:34.  We're
8  back on the record.
9  BY MR. LYON:
10     Q.  Sir, earlier we discussed that sometimes
11 EndoWrists fail before they meet their maximum usage
12 limit.  Do you remember that discussion?
13     A.  Yes.
14     Q.  Approximately how often do your hospital's
15 EndoWrists fail before they meet their maximum usage
16 limits?
17     A.  I would have a really hard time giving any
18 kind of exact number, Rick, but, you know, at least I
19 have an instrument once a month.  Sometimes I'll get
20 two or three in a month.  So it just varies.
21     Q.  Are you able to provide any sort of estimate
22 of the percentage of EndoWrists that you use up to the
23 maximum usage limit?
24     A.  The majority.
25     Q.  How many EndoWrists did your hospital have

Page 60

1  serviced by Rebotix?
2      A.  At least four.  It might be six, but I
3  believe it was four.
4      Q.  How many surgeries were performed at your
5  hospital using EndoWrists repaired by Rebotix?
6      A.  I would say less than ten.  I don't know that
7  exact number, but less than ten.
8      Q.  More than five?
9      A.  I really don't have an exact number for you.
10     Q.  Is there anything that prevents your hospital
11 from using Rebotix Repair services other than
12 Intuitive?
13         MR. MENITOVE:  Object to the form.
14         THE WITNESS:  No.
15 BY MR. LYON:
16     Q.  If your hospital were permitted to use
17 Rebotix's -- withdrawn.
18         If your hospital were permitted to use
19 Rebotix's repair services, is there any reason why you
20 wouldn't use Rebotix's repair services on all the
21 EndoWrists that they are capable of providing the
22 service for?
23         MR. MENITOVE:  Object to the form.
24         THE WITNESS:  We would use the Rebotix.
25         (Reporter clarification.)

Page 61

1  BY MR. LYON:
2      Q.  For example, there is no reason your hospital
3  would only use Rebotix for a subset of EndoWrist types
4  or for limited volumes of EndoWrists; is that right?
5          MR. MENITOVE:  Object to the form.
6  BY MR. LYON:
7      Q.  I'm sorry?
8      A.  We would use the Rebotix for the extended
9  life of the EndoWrist.
10     Q.  Is there any reason other than Intuitive's
11 prohibition on you doing so that you wouldn't use
12 Rebotix's repair services on all of your EndoWrists?
13     A.  All of them that are certified to be
14 reprocessed would be.
15     Q.  What do you mean?
16     A.  Providing that you have to -- you can't use
17 the last use, there has to -- you can use nine lives.
18 And so a couple times we used them on the tenth.  And
19 so the robot -- so that arm was disposed of
20 afterwards.  So it would be a staff error.
21     Q.  One additional use -- is one -- withdrawn.
22         Is one additional use required in order for
23 Rebotix to perform the repair and reset the usage
24 counter?
25     A.  That's what I was informed and understood.