# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

**EXHIBIT INDEX TO INTUITIVE SURGICAL, INC.'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF J. LAWRENCE STEVENS**

| Number | Title |
|---|---|
| 1 | July 26, 2021 Expert Report of Heather Rosecrans |
| 2 | August 30, 2021 Expert Report of J. Lawrence Stevens |
| 3 | September 23, 2021 Deposition transcript of J. Lawrence Stevens, *Rebotix Repair, LLC, v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 4 | December 17, 2015 letter from Ryan Burke to FDA (REBOTIX171076) |