# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC, | |
|     Plaintiff/Counterclaim Defendant, | Civil Case No. 8:20-cv-2274-VMC-TGW |
| v. | |
| INTUITIVE SURGICAL, INC., | |
|     Defendant/Counterclaim Plaintiff. | |

## EXHIBIT INDEX TO DEFENDANT'S
## DISPOSITIVE MOTION FOR SUMMARY JUDGMENT

| Number | Title |
|---|---|
| 1 | Excerpt of Intuitive Surgical, Inc.'s Form 10-K for the fiscal year ended December 31, 2001 |
| 2 | Excerpt of Intuitive Surgical, Inc.'s Form 10-K for the fiscal year ended December 31, 2000 |
| 3 | August 31, 2018 Intuitive Surgical, Inc.'s presentation, "Business Alignment Meeting: Driving Value with Da Vinci Surgery" (Intuitive-00001237) |
| 4 | January 9, 2018 WWSM presentation, "da Vinci Surgery: Measuring Value" (Intuitive-00010863) |
| 5 | September 2018 Intuitive Surgical, Inc.'s presentation, "Integration that counts: Da Vinci Ecosystem by Intuitive" (Intuitive-00071287) |

| Number | Title |
|---|---|
| 6 | December 28, 2016 Sales, License, and Service Agreement between Intuitive Surgical, Inc. and South Broward Hospital District (Intuitive-00005135) |
| 7 | April 15, 2019 Intuitive Surgical, Inc., IS3000 Clinical Risk Analysis (Intuitive-00538324) |
| 8 | February 2009 Intuitive Surgical, Inc., IS3000 Clinical and Marketing Validation Test Plan (Intuitive-00531415) |
| 9 | March 12, 2009 Intuitive Surgical, Inc., IS3000 Clinical and Marketing Validation Test Plan (Intuitive-00531520) |
| 10 | May 27, 2021 Deposition transcript of Bob DeSantis, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 11 | July 1, 2020 Declaration of Ingerborg Oie, Restore Robotics, et al. v. Intuitive Surgical, Inc., Civil Action No. 5:19-cv-55-TKW-MJF (CMR-00001108) |
| 12 | Excerpt of Versius Surgical System User Manual (CMR-00000306) |
| 13 | January 17, 2019 Excerpt of Mississippi Board of Trustees of State Institutions of Higher Learning Board Book |
| 14 | January 15, 1999 Intuitive Surgical, Inc., K990144 510(k) Summary (Intuitive-00691203) |
| 15 | July 31, 1997 Intuitive Surgical, Inc., K965001 510(k) Summary (Intuitive-00691208) |
| 16A | October 12, 2001 Letter from M. Yramategui (Intuitive) to D. Yen (FDA) re: 510(k) Premarket Notification, Intuitive Surgical EndoWrist Endoscopic Instruments (Intuitive-00515508-540) |
| 16B | October 12, 2001 Letter from M. Yramategui (Intuitive) to D. Yen (FDA) re: 510(k) Premarket Notification, Intuitive Surgical EndoWrist Endoscopic Instruments (Intuitive-00515541-582) |
| 17 | June 19, 2013 510(k) Summary, da Vinci Model IS4000 (Intuitive-00493504) |

| Number | Title |
|--------|-------|
| 18A | November 26, 1999 Intuitive Surgical, Inc., System 510(k)'s/K990144 Premarket Application Volume 8 (Intuitive-00694522-565) |
| 18B | November 26, 1999 Intuitive Surgical, Inc., System 510(k)'s/K990144 Premarket Application Volume 8 (Intuitive-00694566-606) |
| 19 | EndoWrist Service Procedure (REBOTIX162404) |
| 20 | Module (B) Device Description (REBOTIX169947) |
| 21 | August 30, 2021 Expert Report of Dr. Kim Parnell |
| 22 | June 4, 2021 Deposition transcript of Stan Hamilton, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 23 | June 2, 2021 Deposition transcript of Glenn Papit, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 24 | February 27, 2020 Initial R&D Outline (REBOTIX174692) |
| 25 | June 22, 2021 Deposition transcript of Chris Gibson, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 26 | June 10, 2021 Deposition transcript of David Mixner, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 27 | December 18, 2014 Rebotix Traditional 510(k) Notification - Remanufactured EndoWrists (REBOTIX170421) |
| 28 | Module (C) - Substantial Equivalence Discussion (REBOTIX169926) |
| 29 | April 9, 2015 Acknowledgment Letter from M. Shulman (DHHS) to R. Burke (AJW Technology) re: 510(k) submission number K143619/S002 (REBOTIX077545) |
| 30 | June 23, 2015 Letter from the FDA to Robotix, LLC re: K14619/S002 (REBOTIX171030) |
| 31 | June 23, 2015 Email from M. Wen to R. Burke re: K143619/S002 is on Hold Pending Your Response (REBOTIX171058) |

| Number | Title |
|---|---|
| 32 | July 9, 2015 Email from M. Wen to R. Burke re: Rebotix AI Letter Conference Call Follow-Up (REBOTIX171059) |
| 33 | December 17, 2015 Letter from R. Burke to Dr. Wen re: K143619 (REBOTIX171076) |
| 34 | September 12, 2016 Email from S. Hamilton to polvi@logic-medical.com re: Rebotix (REBOTIX001117) |
| 35 | January 29, 2020 Letter from Dr. Curet (Intuitive) to Dr. Maisel (FDA) re: remanufacturing of Intuitive robots (Intuitive-00552745) |
| 36 | June 10, 2021 Rebotix Repair, LLC Sales by Customer Detail spreadsheet (REBOTIX175326) |
| 37 | June 14, 2021 Rebotix Repair, LLC's Supplemental Responses and Objections to Intuitive Surgical, Inc.'s First Set of Interrogatories |
| 38 | February 17, 2020 Rebotix Repair Flyer, "Your Prescription for Savings" (REBOTIX068496) |
| 39 | July 2, 2019 BPI Medical Flyer, "Si EndoWrist Repair Process" (HE_001322) |
| 40 | June 15, 2021 Deposition transcript of Bob Overmars, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 41 | June 7, 2018 Email from S. Hamilton to G. Papit and B. Overmars re: Intuitive Surgical da Vinci Endoscopic Instruments (BPI000331) |
| 42 | Jennifer Stevenson handwritten notes (BPI000221) |
| 43 | June 25, 2020 Email from C. Gibson to G. Fiegel re: Request for More Information Rebotix Repair/Servicing Activities (REBOTIX146948) |
| 44 | September 23, 2021 Deposition transcript of J. Lawrence Stevens, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 45 | August 25, 2017 Email from C. Gibson to G. Fiegel re: Xi information (REBOTIX171286) |

| Number | Title |
|--------|-------|
| 46 | February 2, 2016 Rebotix G-5 Engineering Timeline (REBOTIX110980) |
| 47 | February 2, 2017 Email from S. Hamilton to K. Claughton, CCing G. Schofield re: DaVinci (REBOTIX166249) |
| 48 | April 12, 2019 Email from G. Papit to R. Algiere re: ENDOWRIST REPAIR (REBOTIX051469) |
| 49 | July 20, 2021 Email from S. Hamilton to K. Humphrey re: Feasibility report strategy…. (REBOTIX175345) |
| 50 | July 26, 2021 Expert Report of Robert Mills |
| 51 | October 19, 2021 Deposition transcript of Dr. Russell Lamb, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |
| 52 | July 26, 2021 Expert Report of Dr. Russell Lamb |
| 53 | Excerpt of Intuitive Surgical, Inc.'s Form 10-K for the fiscal year ended December 31, 2020 |