# Exhibit 17

## 510(k) Summary

| | |
|---|---|
| **510(k) Owner:** | Intuitive Surgical, Inc.<br>1266 Kifer Road<br>Sunnyvale, CA 94086 |
| **Contact:** | Brandon Hansen<br>Senior Regulatory Manager<br>Phone Number: 408-523-7485<br>Fax Number: 408-523-8907<br>Email: Brandon.Hansen@intusurg.com |
| **Date Summary Prepared**: | June 19, 2013 |
| **Trade Name:** | *da Vinci*® Surgical System, Model IS4000 |
| **Common Name:** | Endoscopic instrument control system, endoscopic instruments and accessories |
| **Classification:** | Class II<br>21 CFR 876.1500, Endoscope and Accessories |
| **Product Codes:** | NAY (System, Surgical, Computer Controlled Instrument)<br>GCJ (Laparoscope, General & Plastic Surgery) |
| **Classification Advisory Committee:** | General and Plastic Surgery |
| **Predicate Device:** | Intuitive Surgical *da Vinci*® Si Surgical System, Model IS3000 (K081137, K090993, K123463) |

### Device Description

The *da Vinci* Surgical System, Model IS4000 is a software-controlled, electro-mechanical system designed for surgeons to perform minimally invasive surgery.  The Model IS4000 Surgical System consists of a Surgeon Console, a Patient Cart, and a Vision Cart and is used with an Endoscope, *EndoWrist* Instruments, and Accessories.

The surgeon seated at the Surgeon Console controls all movement of the *EndoWrist* Instruments and Endoscope by using two Master Controls and a set of foot pedals.  The surgeon views the three-dimensional endoscopic image on a High Resolution Stereo

INTUITIVE
SURGICAL®

P a g e  **1**

Viewer (3D Viewer), which provides him/her a view of patient anatomy and instrumentation, along with icons and other user interface features.

The Vision Cart includes the supporting electronic and video processing equipment for the system.

The Patient Side Cart is positioned at the operating room table and has four endoscope/instrument arms that are positioned over the target patient anatomy.  An endoscope attaches onto one arm and provides the surgeon a high resolution, three-dimensional view of the patient anatomy.  A suite of *EndoWrist* Instruments are attached/detached from the arms, enabling the surgeon to perform various surgical tasks. Accessories such as cannulas, obturators, seals, and drapes are also needed to perform procedures with the system.

The IS4000 Endoscope is a multi-use device that comprises a 3D camera in a light weight design.  The Endoscope can be used laparoscopically (hand-held) at the start of a surgery and then be installed on any arm of the Patient Side Cart.

The *EndoWrist* Instruments come in various configurations such as Graspers, Scissors, and Needle-drivers.  The *EndoWrist* instruments have a unique articulating design at the distal tip that mimics the human wrist.  Each instrument is used to perform a specific surgical task such as grasping, suturing, tissue manipulation and electrocautery.  The IS4000 *EndoWrist* Instruments can only be used with the IS4000 Surgical System.  The instruments are reusable.  They are programmed with a maximum number of surgical procedures based upon life testing.  This is identical to the IS3000 instruments.

A number of accessories are required to perform minimally invasive surgery with the IS4000 System including cannulas, obturators, and sterile drapes.  Some accessories are modified to interface with the updated IS4000 System and instruments, while others are identical to the accessories used with the predicate IS3000 System.

**Intended Use:**

To assist in the accurate control of endoscopic instruments in minimally invasive surgery.

**Indications for Use:**

The Intuitive Surgical Endoscopic Instrument Control System (*da Vinci* Surgical System, Model IS4000) is intended to assist in the accurate control of Intuitive Surgical Endoscopic Instruments including rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, forceps/pick-ups, needle holders, endoscopic retractors, electrocautery and accessories for endoscopic manipulation of tissue, including grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery, suturing, and delivery and placement of microwave and cryogenic ablation probes and accessories,

INTUITIVE
SURGICAL®

Attorneys' Eyes Only

during urologic surgical procedures, general laparoscopic surgical procedures, gynecologic laparoscopic surgical procedures, transoral otolaryngology surgical procedures restricted to benign and malignant tumors classified as T1 and T2, general thoracoscopic surgical procedures and thoracoscopically-assisted cardiotomy procedures. The system can also be employed with adjunctive mediastinotomy to perform coronary anastomosis during cardiac revascularization.  The system is indicated for adult and pediatric use (except for transoral otolaryngology surgical procedures).  It is intended to be used by trained physicians in an operating room environment in accordance with the representative, specific procedures set forth in the Professional Instructions for Use.

**Technological Characteristics:**

The Intuitive Surgical *da Vinci* Surgical System, Model IS4000 is equivalent to the predicate device, Model IS3000, in terms of technological characteristics and intended use.  Modifications to the IS3000 include an updated Patient Side Cart architecture, design and dimensional changes to the *EndoWrist* Instruments and endoscope, and updated user interfaces to enhance usability and accommodate the new design elements.

**Performance Data:**

Performance test data (bench animal and cadaver tests) demonstrate that the subject device is substantially equivalent to the predicate device and that the design output meets the design input requirements.  The testing conducted consisted of dimensional measurements, mechanical and functional verification, electrical safety, and simulated use in animal and cadaver models.

**Summary:**

Based on the intended use, indications for use, technological characteristics and performance data, the Intuitive Surgical *da Vinci* Surgical System, Model IS4000, is substantially equivalent to the predicate device, the Intuitive Surgical *da Vinci Si* Surgical System, Model IS3000.

Attorneys' Eyes Only