# Exhibit 22

Page 1

1                    UNITED STATES DISTRICT COURT

                     MIDDLE DISTRICT OF FLORIDA

2                          TAMPA DIVISION

3

4    REBOTIX REPAIR LLC,                    )

                                           )

5         Plaintiff,                        )

                                           )  CIVIL ACTION FILE

6    vs.                                    )

                                           )  NO. 8:20-cv-02274

7    INTUITIVE SURGICAL, INC.,              )

                                           )

8         Defendant.                        )

9

10                   ATTORNEYS EYES ONLY

11            VIRTUAL VIDEOTAPED DEPOSITION OF

12                      STAN HAMILTON

13                 Friday, June 4, 2021

14                       9:08 a.m.

15

16         Robin K. Ferrill, CCR-B-1936, RPR

17

18

19

20

21

22

23

24

25

AEO Stan Hamilton                                                June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 30

1 submission. It's a process where you -- in fact, it
2 usually involves what we call pre-subs, which are
3 pre-submission meetings that occur with the FDA.
4 There was coordination. I think they -- I wasn't
5 around. I think they made the mistake in not doing
6 pre-subs in their case. And they were just new to
7 it. They didn't really know what they were getting
8 into, to be honest, at that point.
9     If they had done pre-subs, I think there's
10 a possibility the process would have gone along more
11 quickly. But it was in the middle of the process
12 when I came in, I think, and it was basically put on
13 hold for many reasons.
14     Q. (By Mr. Ruby) You mentioned that when you
15 agreed to consult, there were some other consultants
16 who were already underway with some consulting work
17 for Rebotix; is that right?
18     A. Yes.
19     Q. You said there was at least one of them who
20 was a very experienced consultant, yes?
21     A. Yes.
22     Q. Who was that?
23     A. Jay Schuenke.
24     Q. Was he somebody you knew from -- in the
25 past?

Page 31

1     A. I -- we -- we had common acquaintances
2 because he had worked for several medical device
3 companies in that area and I had also. So -- but we
4 had not ever worked directly together on a project.
5 So no, I didn't -- it wasn't somebody I knew well. I
6 think I had heard his name before. I'm sure he had
7 heard mine before. But no, we -- this was the first
8 project we worked on together.
9     Q. When you started consulting for Rebotix,
10 who, as you understood it, was in charge of the
11 process that was underway with the FDA?
12     MR. ERWIG: Object to form.
13     A. I'm -- I'm not sure I understand the
14 question of who's in charge of it. I mean, there was
15 a team of people that was working on it. Is
16 administratively in charge? Who did the buck stop
17 with? I would say it stopped with the owner of a
18 small company. I don't -- I didn't -- I don't -- I
19 don't know exactly how to interpret your question,
20 so --
21     Q. (By Mr. Ruby) Well, was there somebody, as
22 you understood it, who was the principal person for
23 Rebotix who was in contact with the FDA over the
24 application for 510(k)?
25     A. I'm not really certain. Again, all that

Page 32

1 was put on hold at the point around the time when I
2 was coming in. I don't really know who was the point
3 person on calls with them. I just -- I wasn't there
4 for that. I -- I can't speak to it.
5     Q. Who was Joe Morrison?
6     A. He is a Benjamin Biomedical employee, which
7 also was -- I don't know his exact administrative
8 status. I'm not -- you know, I'm not the business
9 administrator at that company. It doesn't even exist
10 any more. I certainly don't know how it was
11 administered at that time.
12     He may or may not have been an employee of
13 Rebotix. I don't know. But he was, yes, involved in
14 the projects from a coordination perspective, sort of
15 a -- what we would call a project manager-type of a
16 person. It was a small project and a small group.
17     You know, it's not like in a big company,
18 you know, what we would call project managers at
19 Johnson & Johnson and Baxter. But -- but he was, you
20 know, coordinating, helping to -- to hold everything
21 together from that perspective. What we would call a
22 PM role.
23     Q. Who is Ryan Burke?
24     A. He was a regulatory consultant.
25     Q. And as far as you understood it, when you

Page 33

1 started consulting for Rebotix, did Mr. Burke have
2 any responsibilities in respect to the pending
3 application for 510(k) clearance?
4     MR. ERWIG: Object to form.
5     A. I'm sure he had. Yeah, I'm sure he
6 contributed to it. I don't know specifically what
7 his responsibilities were. Again, I wasn't there for
8 that. I can't speak to it.
9     Q. (By Mr. Ruby) I think you said a moment ago
10 that the regulatory process had been, quote, "put on
11 hold," close quote. Did I understand that correctly?
12     A. Yes.
13     Q. What did that mean, that the process had
14 been put on hold?
15     A. That a decision was made to put it on hold.
16 I don't know how to more clearly describe it. That
17 happens often. I've been on many projects where the
18 regulatory process has been put on hold for different
19 reasons. It can be for business reasons. Something
20 changed about the marketplace. A decision was made
21 to change in the design. It can be put on because of
22 from a regulatory strategy perspective.
23     I mean, there's many, many reasons why a
24 regulatory process can be put on hold and there were
25 some good reasons I think in this case. That's what

9 (Pages 30 - 33)

Page 34

1 happened. I don't -- I don't know how to describe it
2 more clearly than that.
3    Q.  Who made the decision to put it on hold in
4 this instance?
5        MR. ERWIG:  Objection to form.
6    A.  I don't know.  I don't know.  I -- it would
7 have been the -- the management of the company.  I'm
8 sure all the decisions go -- you know, went through
9 David.  So again, you want to ask where the buck
10 stops, I think all the -- the buck stopped with David
11 Mixner, the owner.  But the decision was clearly made
12 by a group of people.
13       So -- but I -- I don't know.  Again, that
14 decision, I think, was already made before I really
15 became heavily involved.  I became involved in --
16 sort of in steps.  You know, I mean this whole -- the
17 entire Rebotix involvement happened, you know, a
18 little bit, a little bit more, a little bit more, a
19 little bit more.  And then eventually became, you
20 know, an owner of the current company.
21       So at that time I -- I can't say.  I can't
22 answer that question.
23    Q.  (By Mr. Ruby) Did you participate in the
24 decision to put the regulatory process on hold
25 following Rebotix' application for a 510(k)

Page 35

1 clearance?
2    A.  It was already on hold from my perception.
3 That's -- you know, I don't -- I'm not talking about
4 official project status against a small company or
5 whatever.  But functionally it was already on hold.
6 I -- I may well have participated in keeping it on
7 hold.  Yes.  That's possible.
8    Q.  Well, did you participate in any
9 decision-making about keeping this project on hold?
10    A.  Oh, yeah, absolutely.  After the business
11 situation with -- with Rebotix changed, which was
12 around the same timeframe, right, we can -- this
13 whole story, a context around that that you have to
14 understand the decisions in that context.
15       The business situation changed, and in that
16 change of climate, I saw absolutely no reason to
17 continue that process.  It made no sense whatsoever
18 for Rebotix to do that.  Because there was not going
19 to be any product sold.  There was no intention to
20 ever do that by Rebotix company themselves.  It was
21 simply -- again, it was something that was being done
22 because that was what this large acquiring company,
23 that had a lot of money to buy a small company for a
24 large sum of money, then, you know, they were going
25 to do what -- what they wanted them to do in order to

Page 36

1 facilitate the acquisition.
2        The acquisition process went on hold,
3 essentially.  After that happened, there was
4 absolutely no regulatory logic or reason to continue
5 that process.  It made no sense whatsoever.  So yes,
6 I -- I contributed to that decision, absolutely.  I
7 did.  And I think it was the right decision.
8    Q.  What's the name of the acquiring company?
9    A.  There were two.  At that point the one I
10 was speaking of was Stryker Medical.  Very large
11 medical device company that does a lot of things.
12    Q.  Did you say there was a second acquiring
13 company or would-be acquiring company?
14    A.  That was before, yes.  There were two
15 that -- that were in acquisition discussions, yes.
16 There were -- there was another company.  It was
17 Steris.  Another large company.
18    Q.  Could you spell that, please?
19    A.  S-t-e-r-i-s.
20    Q.  At the time that you began consulting for
21 Rebotix, did Rebotix have any sales?
22    A.  No.
23    Q.  Start-up company, was it?
24    A.  Yes.
25    Q.  Were you at all privy to the acquisition

Page 37

1 discussions, if any, between Stryker and Rebotix and
2 Steris and Rebotix.
3    A.  Steris, no, because of the timeframe that
4 occurred in.  Stryker, yes.
5    Q.  Did Stryker ever make an offer to buy the
6 business?
7    A.  I'm not -- to talk about the details of the
8 offer, I'm not the right person to do that.  I was
9 not involved directly on the business side with that.
10 My involvement, at that time I was -- I was not an
11 owner.  At that time, now we're talking about the
12 original Rebotix LLC that I mentioned, and at that
13 time, my contribution was in -- they brought a team
14 of people in, a pretty large team of people in to our
15 facility in Florida.  And they wanted to look at
16 everything and get a high level of confidence about
17 the design.  Not design, but the process design.  The
18 process, we'll call it that, that's what they were
19 really buying was a process.
20       They wanted to get a high level of
21 confidence about the process.  They were the ones
22 that would have to implement it.  And they were
23 paying, you know, potentially a great deal of money
24 for it.
25       And so I was involved, significantly

AEO Stan Hamilton                                    June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 46

1 point when I arrived, the strategy and approach,
2 which is part of the business model, was focused on
3 the acquisition at the time. That changed
4 significantly, right. That changed significantly.
5 And we can talk about why that happened. What
6 happened and how they exited from that phase.
7       But at that time, their business strategy,
8 which is part of their overall business model, was
9 focused on completing the acquisition. That was
10 the -- that was the -- what was required to complete
11 this acquisition process. And that's, you know, very
12 typical for a small business like that, right? Many,
13 many, many small businesses go down this path. They
14 develop something that is very valuable from a
15 financial perspective, that has great perceived value
16 and potential. And their exit strategy, at some
17 point when it becomes clear that that's a -- a viable
18 exit strategy, is to sell the company, right, to --
19 to somebody that has greater resources, somebody or
20 some company that has the resources to exploit,
21 exploit it in some way.
22       It may not be the way that you originally
23 decided, but once you are focused on that target as
24 an acquisition, then suddenly your strategy shifts
25 toward that. Until at some point that it shifts

Page 47

1 again.
2       Very common. I mean, again, I've been on
3 both sides of the table of this. I have seen it a
4 number of times and -- and that is what was going on.
5    Q.  (By Mr. Ruby) When you first began
6 consulting for Rebotix, was their strategy, as you
7 understood it, to sell themselves?
8    A.  Yes.
9    Q.  As part of an acquisition to a bigger
10 company?
11       MR. ERWIG:  Object to form.
12    A.  That is how they were focused at the time,
13 yes.
14    Q.  (By Mr. Ruby) And then after you began
15 consulting, did their strategy change?
16    A.  Some time after I began consulting, not
17 immediately after I began consulting, no. I
18 described that my consulting was associated with
19 assisting with that strategy when I first came in.
20 As I described, as I explained, later, yes, it
21 changed. We haven't gotten into that part of the
22 story yet.
23    Q.  And we will.
24       How long were you there before their
25 strategy changed away from acquisition to something

Page 48

1 else?
2       MR. ERWIG:  Objection to form.
3    A.  I'm not great with exact dates and
4 timelines. But roughly, roughly a year I would say.
5 Roughly a year and change.
6    Q.  (By Mr. Ruby) And when Rebotix' strategy
7 changed away from being acquired, what did it change
8 to?
9    A.  It went through a series of changes where
10 they chose to go back to what they were good at,
11 which is medical device service, providing a service
12 directly to the hospitals to fix things. And, you
13 know, that was their primary business and their
14 focus, what they understood the best. And there was
15 really no reason at that point, honestly, to -- to
16 pursue anything else.
17       There was never -- I mean, the whole point
18 of pursuing the -- the lower level strategies that
19 tied into that goal of being acquired went away when
20 the acquisition went away. And the acquisition went
21 away for a reason. It had nothing to do with any of
22 the due diligence I was involved with, by the way.
23 It went away because of a very high level legal
24 opinion about the Lexmark decision, which was later
25 overturned by the Supreme Court.

Page 49

1       But in any case, I don't want to get into
2 legal advice that we -- we got. But I'm just letting
3 you know that there was a -- a reason why that --
4 the -- the acquisition ended. We were actually very
5 successful in the due diligence process. It went
6 very well. Very, very well. But at the end of the
7 day, it did -- it did end.
8       And at that point, the company shifted back
9 to what they knew best. That's the best way I can
10 describe it. With the idea that maybe they are going
11 to be doing this themselves. And it's not going to
12 be acquired and that changed the business strategy.
13    Q.  When you first began consulting for Rebotix
14 LLC, was the company providing medical device service
15 to hospitals?
16    A.  Rebotix, no, was not providing anything to
17 anybody. There was no -- there was no business
18 activity in terms of customer activity with Rebotix
19 as I have described at all at that point. And so
20 when the acquisition went away, then that's when the
21 focus turned, as I said, toward this idea of doing
22 the service as Rebotix, staging into that, because it
23 was a potentially very large business. Potentially
24 much larger than anything that -- that Benjamin, for
25 example, Benjamin Biomedical was in at that point.

13 (Pages 46 - 49)

AEO Stan Hamilton                                      June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 50

1    I mean, this was a major scaleup, right. I
2 mean, it was a -- a step into a whole new league for
3 them. And, you know, very exciting possibilities. A
4 lot of interest. Great deal of customer interest.
5 And so the strategy shifted.
6    Q.  Well, in several of your answers, I think
7 you used the expression "go back to what they knew
8 how to do best." Does that sound familiar? Yes?
9    A.  Yes.
10   Q.  So if Rebotix LLC had no customers and was
11 not providing any kind of service to anybody, how, in
12 your judgment, were they knowledgeable about how --
13 how to provide medical device service in an effective
14 way?
15   A.  Oh, I thought you were aware of that.
16 There's a lot of information about that that I
17 thought had been provided. I'm -- I'm sorry.
18   The -- the founders of Rebotix, it was a --
19 there's a close relationship. I mean, I think that's
20 understood, between Benjamin Biomedical and Rebotix.
21 Rebotix is a separate company. However, David Mixner
22 also owns Benjamin Biomedical. Joe works on both
23 sides. Jeff Bua worked on both sides. There was a
24 lot of involvement of -- of those people in the other
25 company. And they were very expert and long-term

Page 51

1 experts and a very established company in doing
2 service.
3    And so the people -- I don't speak -- the
4 corporation is just a legal entity. It doesn't know
5 anything, right. It has no experience or any
6 knowledge or any ability to do anything. The
7 corporation is just a corporation. The people that
8 were involved in the corporation went back to what,
9 you know, they do best.
10   Q.  Have you ever provided services, either as
11 a consultant or an employee, to Benjamin Biomedical?
12   A.  No.
13   Q.  What was the -- the formal relationship, if
14 any, between Benjamin Biomedical and Rebotix LLC
15 except perhaps of common ownership?
16   MR. ERWIG:  Objection to form.
17   A.  I have no awareness of that, as I have said
18 several times. You know, I do not have any sort of
19 administrative responsibility or business
20 responsibility or business involvement in the
21 original Rebotix LLC. I -- I can't speak too much
22 about any -- all the specific relationships. And
23 that company has been dissolved now.
24   I know about the relationships that exist
25 now, between any companies that exist now. But no, I

Page 52

1 don't think there was any relationship, other than
2 just the common people that were involved. That is
3 my understanding.
4    Q.  (By Mr. Ruby) In your understanding at the
5 time you started providing services to Rebotix LLC,
6 what did Benjamin Biomedical do?
7    A.  What did Benjamin Biomedical do?
8    Q.  Yes.
9    A.  Oh, okay. I thought I had already
10 described that a couple of times.
11   Yeah. They're a very established medical
12 device service and repair company.
13   Q.  And at that time, what kinds of medical
14 devices did Benjamin Biomedical service?
15   MR. ERWIG:  Objection to form.
16   A.  I -- I don't work with Benjamin Biomedical.
17 I can't give you that list. I am not -- I have no --
18 no expertise on that. I know they do, you know,
19 laparoscopic instruments, cameras, hand pieces,
20 things like that in general.
21   But I -- I don't claim to be any sort of
22 expert on their business. I don't claim to be
23 knowledgeable about their business, except that I
24 know what they do in general. I mean, I -- I -- I am
25 knowledgeable in the sense that I know their

Page 53

1 reputation and I know generally what they do. But
2 the details of exactly model numbers that they repair
3 or something like that, I -- I could not give you
4 that.
5    Q.  (By Mr. Ruby) At any time after the
6 prospects of selling Rebotix LLC to a larger company
7 diminished, did you participate in any discussions
8 with any of the principals of Rebotix LLC in the
9 form -- formation of a new strategy --
10   A.  Yes.
11   Q.  -- of the company?
12   A.  I'm sorry. Too -- too -- too quick on
13 that. I'm sorry. Yes.
14   Q.  All right. Who did you talk to when you
15 were developing a new strategy for Rebotix LLC?
16   MR. ERWIG:  Objection to form.
17   A.  Everyone involved. I mean, it was a
18 tight-knit group of the people involved in the
19 project at that point, you know. It would have been
20 primarily -- again, David primarily. Of course, it
21 would have been primarily David. Greg Eagle. Yeah,
22 Joe, as you mentioned. There were a number of people
23 that were involved in the discussions.
24   I don't remember every single person that
25 would have possibly been involved as far as an

14 (Pages 50 - 53)

AEO Stan Hamilton                                                June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 86

1 into commerce what you're calling the process,
2 without clearance -- please let me finish the
3 question, Mr. Hamilton. And now we have to start
4 over.
5        New question. Withdraw it. New question.
6 Please let me finish. I'm doing my best not to
7 interrupt you. And I thought we agreed we were going
8 to both try that. Now, starting again.
9        Was it ever reported to you that the FDA
10 wrote a letter to Rebotix LLC warning that it could
11 not place into commerce what you're calling the
12 process without a letter or written clearance from
13 FDA?
14        MR. ERWIG: Objection to form.
15     A. I don't recall. I -- as I answered the
16 question, I would not have to see a letter to know
17 that that is true. It's not anything that I would
18 have need to see a specific letter about. I would
19 have known that that was true. And whether there
20 were a letter or not a letter, I don't recall. It's
21 not important to me as -- not relevant to me.
22        Again, we had no intent to sell product.
23 We did not sell product. We did not do any
24 activities regulated by the FDA in that light. And,
25 therefore, it became totally irrelevant once we made

Page 87

1 the decision after the acquisition to move on.
2        There was no -- I -- I may have seen things
3 from that process back years ago, but they're so
4 irrelevant now to what we do that I -- I can't speak
5 to exactly what was in the file. And I certainly
6 would not need a letter, like you just mentioned, to
7 know what you just said. Which is to sell product,
8 medical device, in the marketplace. If we had ever
9 done that, we would need FDA clearance. I absolutely
10 know that. There's no question about that. And it
11 was never done.
12     Q. (By Mr. Ruby) You know Mr. Kevin May?
13     A. I remember the name. I -- yeah. I never
14 met him in person. I -- I remember that name.
15     Q. You corresponded with him? Wrote e-mails
16 back and --
17     A. I believe I did, yes, by e-mail or
18 something.
19     Q. Did you ever tell Kevin May that around
20 2014, 2015, Rebotix had submitted an application to
21 FDA for 510(k) clearance for what you're calling the
22 process?
23        MR. ERWIG: Objection to form.
24     A. No, I don't recall that.
25     Q. (By Mr. Ruby) Why not?

Page 88

1        MR. ERWIG: Objection.
2     A. I don't see it as relevant, as I've already
3 said. I don't see it as all relevant to what we were
4 doing with Kevin May's company or anything that we
5 were doing. I don't see it as relevant.
6        I -- he may have asked me about it. I may
7 have mentioned it, but I don't think I mentioned it
8 as something important or relevant. I would be
9 surprised, but you are welcome to show me the e-mail
10 and I can comment on it.
11     Q. (By Mr. Ruby) Did you want to keep it a
12 secret from Mr. May that Rebotix had applied for
13 510(k) clearance and had subsequently withdrawn from
14 the administrative process without clearance?
15        MR. ERWIG: Objection to form.
16     A. I didn't see it as relevant in any way. I
17 would not have wanted to keep it a secret. I would
18 not have wanted to tell him about it. I just don't
19 see it as relevant.
20        At that point where we were involved with
21 Kevin May's company, that was all water under the
22 bridge. There had already been a shift to an
23 entirely different business model where that
24 information was really not relevant any more.
25        People continued to ask about it simply

Page 89

1 because Intuitive kept telling people to ask about
2 it. But in reality it was not relevant.
3     Q. (By Mr. Ruby) Well, yes. There came a time
4 when potential customers were asking about FDA
5 approval. Didn't that time come?
6     A. Yeah. And most of them had said Intuitive
7 had -- had asked them to ask us if we had FDA
8 approval. That went away after a while. They --
9 they became much more educated. And we're talking
10 people in hospitals that have thousands of service
11 processes. They're very aware that service processes
12 executed by or for a hospital under their -- under
13 their auspices and their regulations, their quality
14 systems do not involve FDA 510(k)s.
15        So most of them are not -- you know, were
16 not too taken in by that, I would say. And
17 eventually became much more educated about it. That
18 went -- that went away after a while.
19        But yes, indeed, at -- at some point,
20 somebody out there -- we saw some of the
21 communication, you know, it was -- and we were told
22 about a lot of it, kept -- kept saying to ask us if
23 we had an FDA 510(k), like nobody -- any other
24 service process has. You know, there are thousands
25 of them out there. It doesn't exist. You know, it

23 (Pages 86 - 89)

AEO Stan Hamilton                                June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 90

1 would be like me driving down the street on a bicycle
2 and someone accosting me and asking for my driver's
3 license to ride a bicycle. But such thing doesn't
4 exist.
5        I could go to the FDA and ask for a 510(k)
6 approval for a service process and make it very clear
7 to them this is only to be done as a service process.
8 And it would be returned to me and I would sort of
9 look stupid as a consultant if I did that because
10 it's -- it's not -- it doesn't -- such a thing
11 doesn't exist.
12       And that became very clear, if it's -- if
13 it's -- if you don't already know that. And somebody
14 like Glenn or I that's been riding bicycles up and
15 down the street for 30 years, we know you don't have
16 a driver's license for a bicycle. It's obvious to
17 us. And everybody else -- like, you know, if you
18 arrived here as an alien and you didn't know that and
19 you're trying to figure it out, I mean, if it wasn't
20 already clear enough to you, it became super clear
21 during the 2006 to 2018 process where the FDA
22 actually had meetings where they chose to discuss
23 whether it made any sense at all to create new
24 regulation and have some sort of FDA involvement in
25 service processes. And that ended very -- it ended.

Page 91

1        Basically, why would you have meetings,
2 which Intuitive sent five people to, to discuss if
3 service would ever be regulated or should be
4 regulated if it was already regulated. Clearly, it's
5 not. And I don't -- I'm not sure. It's very strange
6 to me that they would continue to bring that point up
7 when it was clearly not applicable and incorrect.
8 But I don't know why that was done.
9    Q.   During the time that prospective customers
10 were expressing their interest in the status of
11 clearance by the FDA, did it ever enter your thinking
12 that these prospective customers might want to know,
13 so they could make up their own mind what it meant
14 that Rebotix had indeed applied for a clearance and
15 had withdrawn from the process without getting it?
16       MR. ERWIG: Form.
17    A.   I suppose it would depend on how
18 knowledgeable they were, if they were knowledgeable
19 enough to realize it was irrelevant and most of them
20 eventually were. You have to understand, we went
21 through very high level processes, including with
22 Premiere, of having a lot of review of very
23 knowledgeable people, lawyers and regulatory people,
24 review what happened. They were aware of everything
25 that happened and they were aware of the approvals we

Page 92

1 had, what we did. They were aware of everything.
2        Nobody knowledgeable had any concerns about
3 that. Certainly you can convince somebody that's not
4 knowledgeable to believe different things if you're
5 influential enough and you know they're inclined to
6 believe what you say, then people who are not very
7 knowledgeable can be convinced to believe certain
8 things. But that doesn't make them true, right?
9    Q.   (By Mr. Ruby) But my question is about your
10 thinking at the time. Did it enter your thinking, or
11 not, when you were getting all of these questions
12 about FDA approval or clearance, rather, excuse me,
13 that the customers should be told about the history,
14 that Rebotix LLC had experience in applying for
15 clearance and withdrawing from the process without
16 getting it?
17       MR. ERWIG: Objection to form.
18    A.   No, it didn't. It did not enter my mind at
19 all because I'm knowledgeable and I understand what
20 that meant. What that -- what happened there, it
21 meant it was irrelevant, essentially. It just -- a
22 process that just begins like that and doesn't
23 complete doesn't mean anything. And the fact that --
24 that it didn't complete was completely irrelevant to
25 the business activities that we were undertaking.

Page 93

1        And there wasn't a lot of -- we -- we -- we
2 received a few of those that came through. Most of
3 them, again, told us that they were asking because
4 someone at Intuitive had told them to ask us. And
5 when they were explained the situation, then it
6 became more about really just showing that we had
7 done what we needed to do to assure that their
8 quality systems within the hospital were assured that
9 what we were doing was safe, the quality was
10 correctly controlled, everything was correctly
11 documented. It was about that.
12       Because they have their own -- they
13 aren't -- it's not FDA regulations. These things can
14 occur under hospital auspices, occur under, you know,
15 JCHO and whatever organizations they're involved in.
16 The hospital is responsible for assuring the quality
17 of that themselves, not the FDA. The FDA is not in
18 any way responsible for making sure that service
19 processes within the hospital or by third-party
20 service providers or any -- any service processes
21 are -- have been -- has been adequately regulated
22 or -- or assured in any way in terms of quality or
23 safety or anything, period.
24       They don't have any responsibility for
25 that. They don't take any responsibility for that.

24 (Pages 90 - 93)

AEO Stan Hamilton                                      June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 162

1  report itself, that it was specialized and handled as
2  a special case of a potential remanufacturing
3  application, which, again, never occurred.  But that
4  was the context of this.
5      Q.  Will you look, please, at Page 83302.  It
6  may be the last page or second from the last page.
7      Do you have that?
8      A.  Yes.
9      Q.  Would you look, please, the Number 13 up at
10 the top, it says, "Attachments (The following
11 documents from the manufacturer must be submitted
12 with the report)."  And then there's a list of four
13 items.
14     Do you know whether some, all or none of
15 those items were ever provided by Rebotix to DQS MED?
16     A.  Where they applied they would have been
17 provided, yes, because the certification was
18 received.  I mean, there's no -- if there was
19 anything that must be submitted with the report, then
20 it was submitted with the report.  My assumption
21 is -- you know, I would have to go back and look
22 at -- back into the history to see exactly what was
23 provided and when.
24     But reading the report, as I read it,
25 everything was provided.  So the manufacturer must

Page 163

1  have submitted -- quote/unquote, manufacturer must
2  have submitted what was necessary.
3      And I certainly know the risk analysis,
4  risk management report, those things were all
5  provided and inspected because it says so right in
6  the report.  It discusses -- the instructions for use
7  section in the report discusses the instructions for
8  use and how it's applicable and not applicable in the
9  special case.  The declaration of conformity,
10 that's -- yes, that was certainly -- you have to
11 provide that.  That's just like your signature on the
12 file.  So yes, I'm sure there were.
13     Again, at the appropriate level what was
14 appropriate for this special case of potential
15 remanufacturing.
16     Q.  Aside from the nomenclature about
17 remanufacturing of products that you made reference
18 to a number of times, is there anything different
19 about the description of the installation of the
20 Interceptor as described in this DQS MED report and
21 the way the Interceptor is being installed by
22 Rebotix today?
23     MR. ERWIG:  Objection to form.
24     A.  I don't know.  It would not concern me if
25 there was.  However, I would have to go back and read

Page 164

1  it to see in detail.  You're talking about details of
2  installation.  I would have to go read exactly what
3  it says here.  It wouldn't -- again, I would not be
4  concerned if it did, but I don't think it does.  I
5  would have to go look at it.
6      Which page are you looking at?
7      Q.  (By Mr. Ruby) I'm not sure.  I know I've
8  looked at all of it and I'm not sure that I could or
9  I should in this particular question pinpoint to a
10 particular page or paragraph.  There's -- there are
11 descriptions in here.  You're very familiar with this
12 document and you have been for years.  And so I
13 appreciate your cautioning us that it might take you
14 a while to answer the question.
15     But please take the time you need, read
16 what you need to read.  If at the end of that you
17 would like to ask the reporter to read back the
18 question, you have that right, but I would like an
19 answer.
20     A.  The only significant difference I see at
21 this time, it's just a high-level description that's
22 here.  The procedure is not here.  So in this
23 high-level description, the only significant thing I
24 see is talking about the -- how it's retested, which
25 we did change the method on that.  It goes through an

Page 165

1  extensive test procedure now and we developed our own
2  special test equipment.  You don't need a robot to
3  test it.
4      Q.  What page are you referring to?
5      A.  83283.
6      Q.  When was this special test equipment
7  developed?
8      A.  Shortly following this.  When this -- it
9  was -- it would have been developed in -- in the year
10 following this.  It wasn't used until it was
11 transferred to Rebotix Panama.  So this occurred
12 before that was developed.  And then it was
13 developed -- it was transferred to Rebotix Panama for
14 outside the U.S. service.  And then -- of course,
15 then Rebotix Repair uses it also once it was
16 developed.
17     So that's what's in our current procedures.
18 It's actually a much better test than it was before
19 the time when this was written.  Of course, this test
20 was never done on any actual service process or
21 remanufacturing or anything else the way it was
22 described after this.  But it became better after
23 that.  There were other things that were improved
24 after this minor improvement.  It has not seen
25 significant differences at a high level here, which

42 (Pages 162 - 165)

AEO Stan Hamilton                                              June 4, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 166

1  is how it's described.
2  Q.  Is -- strike that.
3     Is the original Rebotix Panama now defunct?
4     MR. ERWIG:  Form.
5  A.  Is Rebotix Panama dissolved?  Yes, it is.
6  And it's closed down when we moved everything back to
7  the U.S. and focused on U.S.  It was just too much to
8  keep running.  All the focus, once we decided we had
9  the green light to go after the U.S. market, it was
10 so much larger and so much more significant.  The
11 legal issues had been resolved that created the
12 concern to begin with.
13    And so yes, it was -- all emphasis went on
14 the U.S. market after that.  We actually brought
15 equipment back from there, back to the U.S. so we
16 would have adequate equipment for what was --
17 appeared to be rapidly ramping up volume based on the
18 contracts that we had.  And so yes.
19 Q.  (By Mr. Ruby) Was the original Rebotix LLC
20 at some point dissolved?
21 A.  Yes.
22 Q.  And when was that?
23 A.  I don't know the exact date.  Again, I
24 think we're talking about 2016, somewhere in 20 -- I
25 don't know the exact date, but that would have been,

Page 167

1  like, 2016 timeframe.  Maybe, yes.  I mean, it would
2  have been late 2016, early 2017, somewhere around
3  then.
4  Q.  And was Rebotix LLC, after its dissolution,
5  replaced by another company?
6  A.  Yes.  Well, I mean, Rebotix Repair became
7  the replacement for it.  I don't -- actually, I --
8  again, I was not administratively involved and I am
9  not an owner or anything like that of Rebotix LLC.  I
10 would have to go back and see when it was actually
11 legally dissolved.
12    I want to correct the answer I gave as just
13 that's when the operations of it transferred over and
14 it wasn't active anymore.  If you're asking about
15 legally dissolved from a perspective of, you know,
16 actually closed out as a Florida corporation, I don't
17 know exactly when that occurred.  I would have to --
18 to go back and ask them look at that.
19 Q.  Who owns the patents today?
20 A.  F21.
21 Q.  Pardon me?
22 A.  F21 LLC has always owned the patents under
23 attorney advice, intellectual property attorneys.
24 Q.  And who are the owners of F -- is it F21 or
25 FC21?

Page 168

1  A.  F21.
2  Q.  And who owns that?
3  A.  David Mixner.
4     MR. RUBY:  All right.  Let's take ten
5  minutes, please.
6     THE VIDEOGRAPHER:  The time is now
7  2:36 p.m.  We're going off the record.
8     (WHEREUPON, a recess was taken.)
9     THE VIDEOGRAPHER:  The time is now
10 2:51 p.m.  We are back on the record.
11    This is the beginning of Media Unit 4.
12 Please continue.
13 A.  I would like to, if I could, just complete
14 the answer that I said I need to think a minute for,
15 that previous question before the break.
16    I do know more about -- the question about
17 when Rebotix LLC was -- I was thinking more about in
18 terms of when the business activity transferred,
19 which is not the question that you were asking, I
20 don't think.  You were asking when it was dissolved.
21    It was in existence until the time that the
22 assets were transferred until the existing company
23 was formed.  So we're talking about the end of, like,
24 2019.  So -- and that's when I think it was,
25 probably -- I can check the exact date, but we're

Page 169

1  talking about the end of 2019.
2     So it was dormant, essentially dormant, may
3  be some activities, but it was still a viable entity
4  that was holding assets.  So it was when those were
5  transferred to Rebotix Repair LLC when it was
6  dissolved.
7     So I -- I just had something different in
8  my head when I answered it, I think, than what you
9  were really asking.  So I just wanted to correct
10 that.
11 Q.  (By Mr. Ruby) All right.  Ready to go?
12 Alexander, can we go?
13    Did there come a time when Rebotix entered
14 into a contract with the company called Restore?
15 A.  Yes.
16 Q.  And who negotiated that deal from the
17 Rebotix side?
18 A.  I believe that it was not me.  I believe it
19 was Chris Gibson involved in that primarily.
20 Q.  Did you approve the deal?
21 A.  I -- again, at that point I don't know what
22 approval I would have had.  But yes, I didn't
23 disapprove of it.  I said, okay, you know, we can do
24 that.  So yes.
25 Q.  And what was Rebotix' objective in this

43 (Pages 166 - 169)