# Exhibit 23

Page 1

1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                     TAMPA DIVISION
3
4    REBOTIX REPAIR LLC,
5         Plaintiff,
                                        CIVIL ACTION FILE
6         vs.
                                        NO. 8:20-cv-02274
7    INTUITIVE SURGICAL, INC.,
8         Defendant.
9
10
11        CONFIDENTIAL ATTORNEYS' EYES ONLY
12
13          30(b)(6) VIDEO DEPOSITION OF
14            REBOTIX REPAIR, LLC through
15                   GLENN PAPIT
16       TAKEN BY REMOTE VIDEOCONFERENCE
17                  June 2, 2021
18                   10:06 a.m.
19             St. Petersburg, Florida
20
21    Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
22
23
24
25

Case 8:20-cv-02274-VMC-TGW   Document 117-26   Filed 12/01/21   Page 3 of 7 PageID 19508

CONF AEO 30(b)(6) Glenn Papit                        June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 30

1 Olympus, Linvatec, Ethicon.
2     Q    Can you estimate the number of different
3 types of medical instruments that Benjamin
4 Biomedical repairs?
5     A    Well, there are probably 12 to 15 models
6 of cameras, there are probably 10 to 12 models of
7 Phaco handpieces, and there's one model harmonic
8 scalpel.
9     Q    How did Benjamin Biomedical decide what
10 types of medical devices it would offer repair
11 services on?
12    A    How did they decide?
13    Q    Yeah.
14    A    That would be difficult for me to answer
15 because all three of those products were online when
16 I arrived.  I take that back.  Forgive me.  The
17 cameras were not online when I arrived.
18         The decision for cameras was part of the
19 reason I came here, because they asked how the
20 camera service was in the marketplace.
21    Q    Do you know whether Benjamin Biomedical
22 has regulatory approval for any of the services that
23 it provides?
24    A    Yes, they do.
25    Q    What regulatory approval does Benjamin

Page 31

1 Biomedical have?
2     A    During their history as a company, they
3 have had FDA 510(k) because they manufactured their
4 own Phaco handpiece for a period of time.  They've
5 had the CE mark approval for European marketing of
6 that product.  And they have been ISO 135, 135 --
7 13485 medical device approved for their -- for all
8 of their repairs, the quality system.
9     Q    Is Benjamin Biomedical an FDA-registered
10 entity?
11    A    An FDA-registered entity?
12    Q    Yes.
13    A    Not at this time.
14    Q    Do you know whether it has ever been an
15 FDA-registered entity?
16    A    Other than having 510(k) approval, I don't
17 know of any other affiliation.
18    Q    And the 510(k) approval was specific to
19 the Phaco handpiece; is that right?
20    A    That's correct.
21    Q    Are you still employed by Benjamin
22 Biomedical?
23    A    I am, but technically I am a 1099.
24    Q    What is your role currently at Benjamin
25 Biomedical?

Page 32

1     A    Benjamin Biomedical, I run sales,
2 marketing, and most of customer relationships, and
3 basically the distributors that they have.
4     Q    How many employees does Benjamin
5 Biomedical have?
6     A    I'm counting.  Roughly 21 or 22.
7     Q    Is Benjamin Biomedical affiliated with
8 Rebotix Repairs in any way?
9     A    No, except that they're both owned by the
10 same owner.
11    Q    And who is that?
12    A    David Mixner.
13    Q    Do Benjamin Biomedical and Rebotix Repair
14 share any employees?
15    A    Yes.
16    Q    Who are those employees?
17    A    Greg Fiegel does services for both, Chris
18 Gibson does services for both, and I do services for
19 both, and there are several technicians -- I
20 shouldn't say several.  There's one or two
21 technicians who are cross-trained.
22    Q    Is Benjamin Biomedical affiliated with
23 Rebotix LLC in any way?
24    A    No.
25    Q    Does Rebotix LLC still exist as a

Page 33

1 corporate entity?
2     A    Yes.
3     Q    Does Rebotix LLC share any employees with
4 Benjamin Biomedical?
5     A    Rebotix LLC is basically not functional at
6 this moment, so I would say they share me.
7     Q    Why is Rebotix LLC not functional at the
8 moment?
9     A    The customers that we gained received
10 notices from Intuitive that if they used us, they
11 would cancel the service contracts on their robots,
12 which frightened the customers to death.
13    Q    So I was making a distinction between
14 Rebotix LLC and Rebotix Repairs LLC.
15         Are those two separate entities?
16    A    I'm talking about Rebotix Repair.
17    Q    Okay.  So just to make sure I understand
18 your testimony, Rebotix Repair is no longer in
19 business; is that right?
20    A    It's in business.  It exists.  If we got
21 repairs tomorrow, we have the capability of
22 servicing them, but there is little to no product
23 flow at this point.
24    Q    Is there any product flow to Rebotix
25 Repair right now?

Case 8:20-cv-02274-VMC-TGW   Document 117-26   Filed 12/01/21   Page 4 of 7 PageID 19509

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 70

1 accurate their published numbers were. What were
2 you talking about there? Whose published numbers?
3   A   Intuitive's.
4   Q   And what numbers of -- that Intuitive
5 published?
6   A   Their reports that they published in their
7 website.
8   Q   And numbers of what?
9   A   Numbers of market size in dollars, numbers
10 of robots in numbers, the obvious size of the
11 EndoWrist market.
12   Q   Okay. When you say numbers of market size
13 in dollars, what are you talking about? What
14 number -- what do you mean by market size?
15   A   The volume of the market for EndoWrists,
16 how many are they selling a year.
17   Q   Okay. So you looked at Intuitive's
18 published information about the number of EndoWrists
19 they were selling in order to determine what kind of
20 a business Restore could have resetting the usage
21 counter on EndoWrist; is that right?
22       MR. LYON: Objection, form.
23       THE WITNESS: It was a factor.
24 BY MS. LENT:
25   Q   A factor in what?

Page 71

1   A   In that determination of what the market
2 size would be.
3   Q   And whether Rebotix's investment in the
4 Interceptor technology would be worthwhile, right?
5   A   Of course. You don't make a business
6 decision in the dark; you get as much information as
7 you can.
8   Q   Do you know how much Rebotix spent to
9 develop the Interceptor?
10   A   No.
11   Q   Not even a ballpark?
12   A   No.
13   Q   Are there costs that Rebotix incurred
14 other than for the Interceptor to develop the
15 workaround on the EndoWrist chip usage counter?
16       MR. LYON: Objection, form.
17       THE WITNESS: Purchase of robots,
18 collection of EndoWrists, expense of independent
19 labs, all of that.
20 BY MS. LENT:
21   Q   Does Rebotix have any patents relating to
22 the Interceptor?
23   A   We have a patent on our workaround.
24   Q   Can you describe what you mean by
25 "workaround"?

Page 72

1   A   The work of the Interceptor.
2   Q   Is that different than having a patent on
3 the Interceptor?
4   A   That would be a legal question that I
5 don't know.
6   Q   Okay. But your understanding is that
7 Rebotix owns the patent on the workaround; is that
8 correct?
9       MR. LYON: Objection to form.
10       THE WITNESS: Yes.
11 BY MS. LENT:
12   Q   And is that Rebotix LLC?
13       MR. LYON: Objection, form.
14       THE WITNESS: Yes.
15 BY MS. LENT:
16   Q   Who is the inventor of that technology
17 that is patented?
18       MR. LYON: Objection, form.
19       If you're asking who the named inventors
20 are, Karen, you got to put the patent before him so
21 he can see it.
22       MS. LENT: I'm just asking if he knows.
23       THE WITNESS: It's a moot point because I
24 don't know.
25 BY MS. LENT:

Page 73

1   Q   Okay. Does the workaround to the
2 EndoWrist usage counter work on all EndoWrists?
3   A   It works on all EndoWrists that we repair.
4   Q   What EndoWrists does Rebotix repair?
5   A   We've provided you with that list. I
6 haven't committed it to memory. You have that.
7   Q   Well, can you answer my question, though:
8 Does the workaround to the EndoWrist usage counter
9 work on all EndoWrists?
10       I understand it works on all the ones that
11 you use it on, but does it work on all of them that
12 Intuitive manufactures?
13   A   The current -- are you asking different
14 models of EndoWrists? I'm not clear on your
15 question.
16   Q   Sure. Let me try to help you out.
17       Does the workaround to the EndoWrist usage
18 counter work on any EndoWrists for da Vinci X
19 systems?
20   A   Okay. That's -- that's a much easier
21 question. That specific workaround does not. That
22 will require another workaround for the Xi.
23   Q   Okay. For the Xi and the X; is that
24 right?
25   A   Correct.

Case 8:20-cv-02274-VMC-TGW   Document 117-26   Filed 12/01/21   Page 5 of 7 PageID 19510

CONF AEO 30(b)(6) Glenn Papit                                June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 74

1  Q  Okay. Does the workaround to the
2 EndoWrist usage counter work on all EndoWrists for
3 the da Vinci S?
4  A  I think there are about 10 percent of S
5 and Si that it does not work on.
6  Q  Why does it not work on those?
7  A  This is just my understanding, so please
8 note that, but I believe it is a spatial issue on
9 the internals of the proximal housing.
10  Q  So maybe I can try my own layman's
11 explanation.
12     So the Interceptor doesn't fit in those
13 instruments; is that right?
14  A  That is probably correct.
15  Q  Okay. When the Interceptor is used on an
16 EndoWrist, how many additional times can that
17 EndoWrist be used over and above the usage limit
18 that was set by Intuitive?
19  A  We have validated testing up to 29 times.
20 We have not done past 20 in our brief presence in
21 the marketplace due to interference that precedes
22 this discussion.
23  Q  So when you say you have not done more
24 than 20, does that mean that you've not reset any 10
25 usage limit EndoWrists more than twice?

Page 75

1  A  That's correct.
2  Q  And when you say you have validated
3 testing up to 29 times, that means -- does that mean
4 29 times in addition to the original 10?
5  A  My understanding could be cloudy. To get
6 an accurate answer, which I think you want, you
7 would be better served to ask Chris -- Stan that
8 question, please.
9  Q  Okay.
10  A  I'm sorry.
11  Q  That's okay. I'm just trying to
12 understand the distinction that you are making in
13 your testimony.
14     You said you had validated up to 29 times,
15 but you --
16  A  Correct.
17  Q  -- had not done more than 20.
18  A  That's my understanding, but --
19  Q  So --
20  A  -- if you ask Stan, he can confirm that
21 for you.
22  Q  What's the difference that you're --
23 what's the difference between the 29 and the 20?
24     Let me just explain why I'm a little
25 confused. You get the EndoWrist, and it needs to

Page 76

1 have one life left on it for the Interceptor to
2 work, right?
3  A  Just the first time.
4  Q  Okay. So it's been used nine times
5 generally when it comes to Rebotix, right?
6  A  Correct.
7  Q  And then if you reset it twice, you get
8 20, so 20 plus 9 is 29.
9     Is that what you validated for?
10  A  Again, you have to ask Stan that.
11     What I'm saying is I'm not aware of
12 repairing any instruments more than twice.
13  Q  So what did you mean when you said you had
14 validated testing up to 29 uses?
15  A  If I remember correctly in our discussion,
16 one of the tests we did was at 29. Whether there
17 were other tests that were more extensive or less
18 extensive, you'd have to ask Stan. That's one that
19 I remember.
20  Q  What's your understanding of the basis for
21 the limitation on the number of times that Rebotix
22 reset EndoWrists?
23     MR. LYON: Objection to form.
24     THE WITNESS: I don't have a clear
25 understanding what the basis is because I wasn't

Page 77

1 part of that testing process, so I just -- we have
2 experts; I listen to them.
3     MS. LENT: Can we look at -- can we
4 introduce tab 51, please?
5     CONCIERGE TECH: Sure. Please stand by.
6     That's been introduced as Papit Exhibit 3.
7     (Papit Exhibit 3 was marked for
8 identification.)
9 BY MS. LENT:
10  Q  Okay. Mr. Papit, we've just introduced
11 this document which is an e-mail from you to Todd
12 Gipson --
13  A  Okay.
14  Q  -- on May 30th of 2019.
15     Do you see that?
16  A  I do.
17  Q  Is that an e-mail that you sent?
18  A  It is.
19  Q  Okay. Who is Todd Gipson?
20  A  He works for WES Endoscopy based in Texas.
21  Q  Did WES Endoscopy perform any services for
22 Rebotix?
23  A  Yes. They were a distributor. Our
24 distributors are informal. They just were
25 privileged to sell the service.

Case 8:20-cv-02274-VMC-TGW   Document 117-26   Filed 12/01/21   Page 6 of 7 PageID 19511

CONF AEO 30(b)(6) Glenn Papit                                    June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 98

1 other companies.
2    Q    How long have you known this to be the
3 case that a 510(k) isn't required for the repair of
4 a multiple-use instrument?
5    A    I would say I've known it for at least 15
6 or more years, maybe 20 years.  It's common
7 knowledge in the business, in the marketplace.
8    Q    Okay.  Did customers or potential
9 customers express concern about how using Rebotix to
10 reset EndoWrist usage counters could impact the
11 performance of the da Vinci?
12    A    Yes, that was a question that came up from
13 time to time.
14    Q    Did customers or potential customers
15 express concern about how utilizing Rebotix to reset
16 EndoWrist usage counters would violate the
17 customers' agreements with Intuitive?
18    A    They would express that they wanted to
19 look at their contracts to see that.  And in many
20 cases, that would be part of my presentation, to
21 invite them to examine their contracts and, in fact,
22 invited their legal departments to attend many of
23 those presentations, and some did.
24    Q    Did you ever express an opinion to
25 customers or potential customers about whether using

Page 99

1 Rebotix to reset the usage counter would violate
2 their agreements with Intuitive?
3    A    I would say that's possible.  I don't
4 remember it offhand, but I possibly may have told
5 them, in my opinion, you own the instrument, you
6 should have the right to repair it, but I can't name
7 specifically where I may have said that, but it's
8 possible.
9    Q    Okay.  Did customers ask to see Rebotix's
10 510(k) approval before utilizing the EndoWrist reset
11 service that you were offering?
12    A    No, they understood that a repaired
13 instrument didn't require a 510(k).
14    Q    All of the customers or potential
15 customers that you dealt with understood that a
16 510(k) wasn't required; is that right?
17         MR. LYON:  Objection to form.
18         THE WITNESS:  I cannot speak to what
19 knowledge all of the customers had.
20 BY MS. LENT:
21    Q    Okay.  But you're saying that no customer
22 asked to see a 510(k) approval before utilizing the
23 EndoWrist reset service?
24         MR. LYON:  Objection to form.
25         THE WITNESS:  There were customers that

Page 100

1 raised the question of whether a 510(k) was
2 necessary, and that would be discussed and explained
3 to them.
4 BY MS. LENT:
5    Q    You said earlier that the Interceptor
6 usage counter reset is only available for the
7 EndoWrist for the S and Si da Vincis; is that right?
8    A    Yes.
9    Q    And they're not available for the X or the
10 Xi, correct?
11    A    Correct.
12    Q    Why is that?
13    A    Because they're different signal sets.
14    Q    Is Rebotix trying to make an Interceptor
15 for the usage counter on an EndoWrist for an X or
16 Xi?
17    A    Yes.
18    Q    Has it -- has Rebotix been able to develop
19 that technology?
20    A    It's in process.  You would get an answer
21 from Stan that would be much more accurate.
22    Q    But your understanding is that the
23 technology hasn't yet been developed, right?
24    A    My understanding is it hasn't been
25 completed.

Page 101

1    Q    Well, is there a technology available
2 today to Rebotix to reset the usage counter on
3 EndoWrist for the X or Xi?
4         MR. LYON:  Objection to form.
5         THE WITNESS:  Today?
6 BY MS. LENT:
7    Q    Today.
8    A    Not today.
9    Q    How much money has Rebotix spent to
10 develop the technology to reset the counter on
11 EndoWrist for the X or Xi system?
12    A    My understanding of our R&D to get into
13 the market was approaching $5 million.
14    Q    As of today?
15    A    Correct.  That's R&D.
16    Q    Understood.
17         So Rebotix's business model for resetting
18 the usage counter and servicing EndoWrists was to
19 collect EndoWrists with one usage remaining, reset
20 the usage counter, and send it back to the customer;
21 is that right?
22         MR. LYON:  Objection to form.
23         THE WITNESS:  We would collect instruments
24 with one use remaining, they would be closely
25 examined to see if they were a candidate for repair,

26 (Pages 98 - 101)

Case 8:20-cv-02274-VMC-TGW   Document 117-26   Filed 12/01/21   Page 7 of 7 PageID 19512

CONF AEO 30(b)(6) Glenn Papit                          June 2, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 102

1  they would be disassembled to see where the damage
2  was that needed to be repaired, they would be
3  repaired, the counter would be reset, they would be
4  tested for function, they would be tested for
5  accurate counter, serial number, and model number,
6  then they would be returned to the customer that
7  owned them.
8  BY MS. LENT:
9      Q   And was the business model always to send
10 the repaired and reset EndoWrist back to the
11 customer that sent them to you?
12     A   Yes.
13     Q   Did the business model ever involve
14 selling reset EndoWrists to customers other than the
15 ones who sent them to you?
16     A   Not to my knowledge. I would have to look
17 and see if there were ever any exceptions, but not
18 to my knowledge.
19     Q   Did Rebotix use distributors to sell its
20 service offerings on EndoWrist instruments?
21     A   Yes.
22     Q   What did those distributors do for
23 Rebotix?
24     A   They would present the service to hospital
25 customers that they knew; I would ask them to, if

Page 103

1  possible, arrange a meeting for me to come and
2  explain the service; then the customer would decide,
3  if they wanted to use us, they had the option of
4  either shipping us the EndoWrist directly or having
5  the distributor pick them up and ship them to us,
6  and we would ship them back.
7      Q   And in those circumstances, where would
8  the EndoWrist repair and usage counter resetting
9  occur?
10     A   In our facility here.
11     Q   Where is that facility?
12     A   St. Petersburg, Florida.
13     Q   Did Rebotix also contact customers
14 directly?
15     A   Yes.
16     Q   And sell services to those customers
17 directly without the use of a distributor?
18     A   Yes.
19     Q   Is there any other way that Rebotix sold
20 its repair and resetting business besides direct to
21 customers or through distributors?
22     A   Not to my knowledge.
23     Q   Did Rebotix establish service centers
24 in-house at medical facilities?
25     A   We set up one in Baylor Scott & White at

Page 104

1  their request, and it was implanted in place, Greg
2  went down and trained their technicians, and then
3  Intuitive came in and threatened their contracts,
4  and there was a -- there was an eruption that I
5  don't know what happened at that point.
6      Q   Was the idea that Rebotix would sell
7  Baylor Scott & White the Interceptor technology and
8  teach the folks at the hospital how to do the
9  servicing and installation?
10     A   That was the concept they requested.
11     Q   To your knowledge, were -- did Baylor
12 Scott & White reset the usage counter on any
13 EndoWrists themselves?
14     A   To my knowledge, nothing was done in that
15 facility that was placed into use. They probably
16 reset a lot in training. I don't think they went
17 into use.
18     Q   Okay. Were there any other customers of
19 Rebotix in the United States to whom Rebotix sold
20 the Interceptor technology for the customer to do
21 the repair and usage counter reset themselves?
22     A   No.
23     Q   Has Rebotix ever offered any services to
24 repair medical devices other than EndoWrists?
25     A   No.

Page 105

1      Q   Benjamin Biomedical is the entity that
2  services other devices?
3      A   Separate companies.
4      Q   Who are the third parties that Rebotix
5  worked with in connection with offering the reset
6  service to its customers?
7      A   Who were the distributors?
8      Q   Sure, who were the distributors? We can
9  start there.
10     A   Adler, Alpin, BPI, WES, Paces, Cunningham
11 Woodland, Stone Mountain, OR Solutions, Revanix,
12 Taylor Medical, Alan Moltz, Tracy Smith. I'm sure
13 I'm leaving half a dozen off. I'm just -- this is
14 off the top of my head.
15     Q   Okay. Did Rebotix work with any third
16 parties to market its services for EndoWrist
17 devices?
18     A   Please define "third parties."
19     Q   Well, any company that's not Rebotix.
20     A   Oh, they would all be our distributors.
21     Q   Other than distributors, did Rebotix work
22 with any other companies to market its EndoWrist
23 offering?
24     A   Well, do you mean, like, Restore Robotics?
25 We considered them a distributor at one point.

27 (Pages 102 - 105)