# Exhibit 25

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION
             CIVIL CASE NO. 8:20-cv-2274-T-33TGW
 3
 4
       REBOTIX REPAIR LLC,
 5
                  Plaintiff,
 6
       -vs-
 7
       INTUITIVE SURGICAL, INC.,
 8
                  Defendant.
 9                                       /
10
11     * * * * * * * * * * * * * * * * * * * * * * * *
                       HIGHLY CONFIDENTIAL
12
13     VIDEOTAPED
       DEPOSITION OF:     CHRIS GIBSON
14
       DATE TAKEN:        TUESDAY, JUNE 22, 2021
15
       TIME:              10:04 A.M. - 6:15 P.M.
16
       PLACE:             BY VIDEOCONFERENCE
17
       REPORTED BY:       CARMEN THOMAS, REGISTERED
18                        PROFESSIONAL REPORTER AND
                          NOTARY PUBLIC
19
20     * * * * * * * * * * * * * * * * * * * * * * * *
21
22
23
24
25
```

Case 8:20-cv-02274-VMC-TGW   Document 117-28   Filed 12/01/21   Page 3 of 5 PageID 19521

Highly CONF Chris Gibson                                        June 22, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 18

1  Q   In what way would you provide support to
2  Glenn Papit?
3      A   If he needed me to answer customer e-mails or
4  calls or to even visit customers with him.
5      Q   What kind of customers did Benjamin --
6  Benjamin Biomedical have?
7          MR. ERWIG: Objection to form.
8          THE WITNESS: Yeah, I'm -- I'm not sure I
9      understand your question.
10 BY MS. LENT:
11     Q   Can you name some of Benjamin Biomedical's
12 customers that you dealt with in 2019?
13         MR. ERWIG: Karen, do you mean 2009?
14         MS. LENT: Did I say 2019?
15         MR. ERWIG: Yes.
16         MS. LENT: I'm sorry. I heard it after it
17     came out.
18         THE WITNESS: So our customer base has stayed
19     the same the entire time I've been here and, from
20     what I understand, basically the entire 30 years of
21     the company. We deal directly with distributors at
22     Benjamin Biomedical. And so the distributors are
23     the ones with the relationship with the hospital.
24     They're boots on the ground. And so, yes, we've
25     been dealing with the same customers.

Page 19

1  BY MS. LENT:
2      Q   So when you said you would answer customer
3  e-mails, sometimes go visit them, were you referring to
4  the distributors or the hospitals?
5      A   The distributors.
6      Q   Okay. What services does Benjamin Biomedical
7  provide its customers?
8      A   Repair services of Ethicon Harmonic scalpels,
9  phaco handpieces, and surgical cameras.
10     Q   What kinds of repair services?
11     A   A repair service is a process where you would
12 provide service on an instrument to bring that
13 instrument back to its original specifications, and then
14 we would send it back to the customer.
15     Q   What types of services does Benjamin
16 Biomedical provide to bring instruments back to their
17 original specifications? What specifically is done?
18         MR. ERWIG: Object to form.
19         THE WITNESS: It depends what is wrong with
20     the device. Some devices need different repairs
21     done. But one of the big things would be -- so
22     devices have cables on them, some of the ones we
23     work with. And let's say the cable got cut. Then
24     we would replace the cable for them.
25 BY MS. LENT:

Page 20

1      Q   Would you also tighten a cable if it were --
2  if it came loose? Is that something else that Benjamin
3  Biomedical would do?
4      A   Not on the Benjamin Biomedical devices, no.
5      Q   Okay. Would Benjamin Biomedical sharpen any
6  devices for its customers?
7      A   Yes, we have performed those repairs before.
8      Q   And on what instruments does Benjamin
9  Biomedical perform sharpening repairs?
10     A   We no longer provide those repairs. At one
11 time we did. But we no longer repair -- no longer
12 provide those types of repairs.
13     Q   Okay. But there was a time when you did --
14 when Benjamin Biomedical did provide sharpening-type
15 repairs, correct?
16     A   There was a time, yes.
17     Q   And what were the instruments on which
18 Benjamin Biomedical provided those sharpening repairs?
19     A   Stainless steel laparoscopic instruments.
20     Q   When did bio -- Benjamin Biomedical repair
21 stainless steel laparoscopic instruments?
22     A   I don't recall.
23     Q   Was it offering those services when you were
24 hired in 2009?
25     A   I don't recall.

Page 21

1      Q   It was offering those services at some time
2  during your employment; is that correct?
3      A   Yes.
4      Q   And do you have a -- an estimate as to how
5  long ago Benjamin Biomedical stopped offering repair
6  services on laparoscopic instruments?
7          MR. ERWIG: Objection to form.
8          THE WITNESS: Maybe six, seven years ago.
9  BY MS. LENT:
10     Q   Is that around the time that Rebotix LLC was
11 formed?
12     A   Again, I don't recall.
13     Q   Were you responsible for dealing with
14 customers regarding repairs on laparoscopic instruments?
15     A   Yes.
16     Q   Can you name some of the customers that you
17 worked with regarding repairs of laparoscopic
18 instruments for Benjamin Biomedical?
19     A   No. The -- the business was not there, the
20 volume, because you have to understand, in this repair
21 market, there's a lot of other companies that do that
22 work. They have big vans that they drive around to
23 customers, and they do instrument sharpening. And so
24 they already had the contracts. So we really didn't
25 have any customers, and that's why we stopped doing the

Case 8:20-cv-02274-VMC-TGW   Document 117-28   Filed 12/01/21   Page 4 of 5 PageID 19522

Highly CONF Chris Gibson                                June 22, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 58

1   Q   Why would one of the specific requirements of
2   the Interceptor project be that you wouldn't be able to
3   see the Interceptor when you looked at a device that it
4   had been installed in?
5       MR. ERWIG: Objection to form.
6       THE WITNESS: Well, because when you perform
7   a repair process, you want to bring the device or
8   instrument, whatever it is, back to original
9   specifications. And you don't want -- you want it
10  to look exactly like an OEM product. That's what
11  the customer wants.
12  BY MS. LENT:
13  Q   Did Rebotix or Benjamin Biomedical have
14  access to the original specifications for any EndoWrist?
15  A   We developed our own original specifications.
16  We did not have published manufactured specifications.
17  Q   So when you say "original specifications,"
18  you don't mean the manufacturer's specifications; is
19  that right?
20  A   No. I'm saying original specifications.
21  Q   What does that mean if not published
22  manufacturer's specifications?
23  A   Well, the way I understand it is, when we do
24  the reverse engineering on any device that we're going
25  to service, we get a brand-new -- multiple brand-new

Page 59

1   instruments/devices. And we perform specs and spec
2   testing on those devices so that we know what the
3   original specs are when they're brand-new in the box.
4   And that's how we develop our original specifications.
5   Q   Have you -- do you know whether Rebotix or
6   Benjamin Biomedical have ever seen the brand
7   specifications for an EndoWrist?
8       THE VIDEOGRAPHER: I'm -- I'm sorry. You
9   trailed off there. We -- we -- it was not --
10      MS. LENT: Sorry. Can we actually -- can we
11  go off the record? Because there's a fire alarm.
12      THE VIDEOGRAPHER: The time is now 11:55 a.m.
13  We're going off the record.
14  (A recess was taken.)
15      THE VIDEOGRAPHER: The time is now 12:06 p.m.
16  We're back on the record. This is the beginning of
17  media unit two. Please continue.
18  BY MS. LENT:



24  Q   Does the Interceptor work to extend lives on
25  any EndoWrist instrument?

Page 60

1       MR. ERWIG: Objection to form.
2       THE WITNESS: No, I don't believe so.
3   BY MS. LENT:
4   Q   Which EndoWrist does it not work for?
5   A   Currently -- there is a list that I believe
6   we provided of the EndoWrists that we can repair.
7   There's like 25 of them, I believe, give or take.
8   Q   So if they're not on the list, then the
9   Interceptor doesn't work on those; is that what you're
10  saying?
11      MR. ERWIG: Objection to form.
12      THE WITNESS: I don't believe so.
13  BY MS. LENT:
14  Q   I just want to make sure I understand your
15  answer.
16      Is -- is it your testimony that, if an
17  EndoWrist is not listed on the list you referred to of
18  the 25 or so that you can repair, then the Interceptor
19  does not work on those; is that what you're saying?
20      MR. ERWIG: Objection to form.
21      THE WITNESS: No. What I'm saying is the
22  list that we have of the different models of
23  EndoWrist is what we will offer repair service on.
24  BY MS. LENT:
25  Q   Okay. So my question was about the

Page 61

1   Interceptor specifically. Because you did testify,
2   right, that the Interceptor doesn't work on all
3   EndoWrists?
4   A   Correct.
5   Q   Okay. Which ones does the Interceptor not
6   work on? The Interceptor. Not talking about your
7   repair process. I'm focused specifically on the
8   Interceptor.
9       MR. ERWIG: Objection to form.
10      THE WITNESS: I don't know exactly which
11  ones.
12  BY MS. LENT:
13  Q   Does the Interceptor work on da Vinci X or
14  EndoWrist X or Xi instruments?
15  A   Not currently, but we're developing that.
16  Q   Does Rebotix or Rebotix Repairs offer to
17  repair EndoWrists for the X or Xi?
18  A   Rebotix Repair only offers tool-end repairs
19  currently for the X and Xi.
20  Q   What do you mean when you say "tool in
21  repairs"?
22  A   Like sharpening, aligning graspers, tool-end
23  repairs.
24  Q   Tool end. Oh, okay.
25  A   Yes. E-n-d. Sorry.

Case 8:20-cv-02274-VMC-TGW   Document 117-28   Filed 12/01/21   Page 5 of 5 PageID 19523

Highly CONF Chris Gibson                                    June 22, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 62

1   Q   Does Rebotix Repair have any customers for
2   tool-end repairs of EndoWrist for the X and Xi?
3   A   Yes, I believe we did do some repairs on the
4   Xi.
5   Q   Can you give me an estimate of -- of how many
6   repairs you have done on X and Xi instruments?
7   A   Probably less than ten.
8   Q   And -- and is that smaller than the number of
9   repairs that Rebotix Repairs has done on EndoWrist for
10  the S and Si system?
11  A   Yes.
12  Q   Why do you think the number of repairs you
13  have done on EndoWrists for the X and Xi system is
14  smaller than the number that Rebotix repairs has done
15  for the S and Si system?
16      MR. ERWIG:  Objection to form.
17      THE WITNESS:  Because we cannot provide the
18  full service of the repairing of the tool end but
19  also of the reset yet.  Like I said, it is in our
20  R&D stage right now.
21  BY MS. LENT:
22  Q   How many times on any particular instrument
23  is Rebotix able to perform the reset function?
24      MR. ERWIG:  Objection to form.
25      THE WITNESS:  Rebotix Repair can offer

Page 63

1   unlimited resets on an EndoWrist.  The problem is
2   with the tool end.  There are times where the
3   cables are cut or the tool end's completely ripped
4   off for something that might have happened during a
5   procedure.  And then that is not a candidate for a
6   reset at that point.
7   BY MS. LENT:
8   Q   What is your basis for saying that Rebotix
9   Repairs can offer unlimited resets?
10  A   Because the way I understand it, that the
11  software, the usage count can be reset unlimited times.
12  Q   Did Rebotix Repair or any of the related
13  entities, like Rebotix or Benjamin Biomedical, perform
14  any testing to determine how many number of times an
15  EndoWrist usage counter can be reset safely?
16      MR. ERWIG:  Object to the form.
17      THE WITNESS:  Yes.
18  BY MS. LENT:
19  Q   Can you describe that testing for me?
20  A   No, I cannot.  I was not a part of that.
21  Q   Tell me what you know about it.
22  A   I think I mentioned before that we did --
23  and, again, I might be wrong here, but life testing,
24  stability testing, and service validation performance
25  testing.

Page 64

1   Q   What entity performed that testing?
2   A   I believe Rebotix LLC, Rebotix Panama, and
3   Rebotix Repair.
4   Q   Can you tell me anything else about the life
5   testing that those entities performed?
6   A   I'm sorry.  I can't.
7   Q   But it's your understanding that, because of
8   that life testing that was performed, the Interceptor
9   can safely be used to reset the usage counter an
10  unlimited number of times; is that right?
11      MR. ERWIG:  Objection to form.
12      THE WITNESS:  No.  It's my understanding
13  through all the testing that we performed, and,
14  again, I don't know all those tests.  That would be
15  a Stan Hamilton or Joe Morrison question -- that
16  the software can be reset an unlimited number of
17  times to extend the lives, but the repair process,
18  not all EndoWrists are going to be candidates for
19  the repair process.
20  BY MS. LENT:
21  Q   So how many times, based on the testing that
22  has been performed by the Rebotix entities, can an
23  EndoWrist usage counter be reset --
24      MR. ERWIG:  Object --
25  BY MS. LENT:

Page 65

1   Q   -- safely?
2       MR. ERWIG:  Sorry.
3       Object to the form and lacks foundation.
4       THE WITNESS:  I don't know.
5   BY MS. LENT:
6   Q   Did you ever tell any customers how many
7   times they could expect to be able to reset the usage
8   counter on an EndoWrist?
9   A   I think we told them exactly what I said,
10  that we can reset the counter an unlimited number of
11  times, but not all EndoWrists will be available for the
12  repair process because some of them will be so badly
13  damaged or something else is wrong with them where they
14  will not be a candidate for the repair service.
15  Q   Did you have a rule of thumb that you used
16  for the number of times you expected a particular
17  EndoWrist to be able to be reset?
18      MR. ERWIG:  Objection to form.
19      THE WITNESS:  No, I don't believe so.
20  Because that is typically related to how the
21  surgeon uses the different instruments in
22  procedures.
23  BY MS. LENT:
24  Q   Do you know whether any customer sent the
25  same EndoWrist to Rebotix Repairs more than once to have

17 (Pages 62 - 65)