# Exhibit 28

<u>Module (C) – Substantial Equivalence Discussion</u>

## Substantial Equivalence Statement and Rationale

The Rebotix Re-manufactured EndoWrists are substantially equivalent to the predicate OEM EndoWrists, as they have the same intended use and technological characteristics. The re-manufacturing process restores the devices to performance specifications that are equivalent to the OEM devices. The only modification that is made to the OEM design is the addition of a small, proprietary interceptor circuit board that resets the use counter to "11". Behavior of the use counter and other integrated circuitry is not otherwise affected in any way.

<u>Re-manufacturing</u>

The Rebotix Re-manufacturing Process restores the EndoWrists to OEM-equivalent performance specifications by ensuring the following:

- EndoWrists that can not be Re-manufactured to OEM-equivalent specifications (typically due to damage or wear) are rejected
- EndoWrists that have been previously Re-manufactured are rejected
- Incorporation of a small "Interceptor Chip" resets the use counter to "11" (use counter operation is not otherwise affected)
- Tool end effectors are sharpened and / or polished, as needed
- Cables are properly torqued and tool end moves freely through entire intended range of motion
- Worn / damaged RF connectors are replaced with equivalent part, where appropriate
- Any intended RF current paths meet specified conductance requirements
- Any intended insulation meets specified dielectric strength requirements
- All required labeling remains present and legible on the devices, including the addition of "Re-manufactured by Rebotix"
- Re-manufactured EndoWrists are properly recognized by the host system

The minor modifications that are made to the EndoWrists during the remanufacturing process serve only to restore them to OEM-equivalent performance specifications, and therefore do not represent changes to the technological characteristics of the devices.

<u>Conclusion:</u>

The Re-manufactured EndoWrists have the same intended use and technological characteristics as the predicate OEM EndoWrists. Testing has challenged device performance and durability (Module J), electrical safety (Module I), software (Module H), biocompatibility (Module G), and the ability to be effectively reprocessed between uses, and demonstrated that the Re-

HIGHLY CONFIDENTIAL

REBOTIX169926

manufactured EndoWrists will safely and reliably perform through eleven use cycles, and do not raise different questions of safety and effectiveness. In accordance with FDA guidance, *The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notifications [510(k)]*, dated July 28, 2014, the Rebotix Re-manufactured EndoWrists are therefore considered to be substantially equivalent to the predicates.

## Predicate Clearance Letters (See Attached)

- K063220 - Intuitive Surgical Endoscopic Instrument Control System (Model IS2000) and EndoWrist Endoscopic Instruments

- K081137 - Intuitive Surgical, Inc. da Vinci Si Surgical System (Model IS3000)

K063220 and K081137 cleared the da Vinci S (IS2000) and da Vinci Si (IS3000) models, respectively, and include the indications used for the EndoWrists. The Re-manufactured EndoWrists are accessories to the Intuitive da Vinci S and da Vinci Si systems. It is not possible to utilize the EndoWrists without one of these systems, and the specific clinical indications for use are associated with the overall da Vinci system, rather than the specific EndoWrist models.

HIGHLY CONFIDENTIAL

## Substantial Equivalence Comparison Chart

| | Proposed Devices | Predicate Devices |
|---|---|---|
| Intended Use (EndoWrists) | *Same as predicate* | (See Table C-2 below) |
| Host System Compatibility | *Same as predicate* | Intuitive Surgical Da Vinci S and Da Vinci Si Systems (IS2000 and IS3000) |
| Use Counter | Proprietary interceptor chip provides new life of 11 use cycles | Onboard microchip limits functionality to 10 use cycles (incremented when EndoWrist is connected to host system and used for a procedure) |
| Manufacturer | Re-manufactured by Rebotix | Manufactured by Intuitive Surgical |
| Reprocessing Between Uses | *Same as predicate* | Ultrasonic cleaning and steam sterilization parameters specified by OEM |
| Electrosurgical Generator Compatibility (Electrosurgical EndoWrists Only) | *Same as predicate* | Compatible 3rd party Electrosurgical Generators and settings specified by OEM |
| | *Same as predicate* | Incorporate connectors for Monopolar, Bipolar, or PK energy supply, as applicable |
| Tool End Functionality | *Same as predicate* | Specific models provide cutting, grasping, or needle driving functionality |
| Device Labeling | "Re-manufactured by Rebotix" added to housing. Otherwise same as predicate. | EndoWrist housing includes identification of manufacturer and model, as well as safety symbols and flush port locations. |

*Table C-1*


## Comparison of Intended Use

The cited predicate premarket 510(k) submissions were structured so as to cover the entire Da Vinci S and Si Systems, including those accessories and EndoWrists that are intended for use with them.  In contrast, this submission covers only a subset of Re-manufactured EndoWrists that are intended only for use with the S and Si systems.  Therefore, the Indications for Use described in this submission are a subset of those in the predicate submissions, excluding the host system, related accessories, and any EndoWrists that are not being Re-manufactured.

HIGHLY CONFIDENTIAL

REBOTIX169928

| Comparison of Re-manufactured EndoWrist and da Vinci System Indications for Use | |
|---|---|
| Re-manufactured EndoWrists | K081137 – Intuitive Surgical® da Vinci Si Surgical System (IS3000) |
| EndoWrist® Instruments, including scissors, scalpels, forceps, needle drivers and electrocautery are intended for endoscopic manipulation of tissue, including: grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery and suturing.<br><br>The Instrument is for use only with the Intuitive da Vinci® S and da Vinci® Si Systems (Endoscopic Instrument Control System). | The Intuitive Surgical Endoscopic Instrument Control System (Intuitive Surgical® da Vinci Si Surgical System Model IS3000) is intended to assist in the accurate control of Intuitive Surgical Endoscopic **Instruments including** rigid endoscopes, blunt and sharp endoscopic dissectors, **scissors, scalpels,** ultrasonic shears, **forceps**/pick-ups, **needle holders,** endoscopic retractors, stabilizers, **electrocautery** and accessories **for endoscopic manipulation of tissue, including grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery, suturing,** and delivery and placement of microwave and cryogenic ablation probes and accessories during urologic surgical procedures, general laparoscopic surgical procedures, gynecological laparoscopic surgical procedures, general cardiovascular and non-cardiovascular thoracoscopic surgical procedures, and thoracoscopically assisted cardiotomy procedures. The system is indicated for adult and pediatric use. The system can also be employed, with adjunctive mediastinotomy to perform coronary anastomosis during cardiac revascularization. It is intended for use by trained physicians in an operating room environment in accordance with the representative specific procedures set forth in the Professional Instructions for Use. |
| | K063220 – Intuitive Surgical® Endoscopic Instrument Control System (IS2000) |
| | The Intuitive Surgical Endoscopic Instrument Control System is intended to assist in the accurate control of Intuitive Surgical Endoscopic **Instruments including** rigid endoscopes, blunt and sharp endoscopic dissectors, **scissors, scalpels,** ultrasonic shears, **forceps**/pickups, **needle holders,** endoscopic retractors, stabilizers, **electrocautery** and accessories **for endoscopic manipulation of tissue, including grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery, suturing,** and delivery and placement of microwave ablation probes and accessories during urologic surgical procedures, general laparoscopic surgical procedures, gynecological laparoscopic surgical procedures, general noncardiovascular thoracoscopic surgical procedures, and thoracoscopically assisted cardiotomy procedures. The system is indicated for adult and pediatric use. The system can also be employed, with adjunctive mediastinotomy to perform coronary anastomosis during cardiac revascularization. It is intended for use by trained physicians in an operating room environment in accordance with the representative specific procedures set forth in the Professional Instructions for Use. |

*Table C-2*

HIGHLY CONFIDENTIAL

REBOTIX169929

## List of Attachments

| | |
|---|---|
| K063220 - Intuitive Surgical Endoscopic Instrument Control System (Model IS2000) and EndoWrist Endoscopic Instruments | Attachment C-1 |
| K081137 - Intuitive Surgical, Inc. da Vinci Si Surgical System (Model IS3000) | Attachment C-2 |

HIGHLY CONFIDENTIAL

REBOTIX169930

<u>Attachment C-1 – K063220 Clearance Letter</u>

HIGHLY CONFIDENTIAL                                                                                   REBOTIX169931

OEC - 1 2006                    K063220

7

## Section II

## 510(k) SUMMARY

This summary of 510(k) safety and effectiveness information is submitted in accordance with the requirements of SMDA 1990 and 21 CFR 807.92.

### 510(k) Number:

| | |
|---|---|
| **Date** | 19 October 2006 |
| **Submitter** | Intuitive Surgical, Inc.<br>950 Kifer Road<br>Sunnyvale, CA 94086 |
| **ER Number** | 2955842 |
| **Contact** | Jerry Tsutsumi<br>Sr. Regulatory Engineer<br>Telephone: (408) 523 - 2415<br>Fax: (408) 523 - 1390<br>e-mail: jerry.tsutsumi@intusurg.com |
| **Subject Device** | Name: *Intuitive Surgical® da Vinci® S*™ Surgical System (Model IS2000, V1.1) and *EndoWrist®* Endoscopic Instruments.<br><br>Classification Name: System, Surgical, Computer Controlled Instrument (21 CFR 876.1500)<br><br>Common Name: Endoscopic Instrument Control System, Endoscopic Instruments, and accessories |
| **Predicate Devices** | *Intuitive Surgical da Vinci S* Surgical System (Model IS2000) and *EndoWrist* Endoscopic Instruments (legally marketed under K050369, K021036, K050404 and K050802). |
| **Device Description** | The *da Vinci S* Surgical System, Model IS2000 V1.1, consists of three integrated sub-systems as follows:<br><br>Intuitive Surgical Endoscopic Instrument Control System: The Endoscopic Instrument Control System is comprised of two sub-systems - the Surgeon Console, Model SS2000, and Patient Side Cart, Model PS2000. While seated at the Surgeon Console, the surgeon controls critical aspects of the procedure, including movement of the endoscopic instruments and endoscope, within the operative field. Endoscopic instrument and camera movements are controlled by the surgeon through use of the Master Tool Manipulators (MTM), two hand operated mechanisms residing within the Surgeon Console. |

**HIGHLY CONFIDENTIAL**                    **REBOTIX169932**

8

**Device
Description
(continued)**

The endoscopic instruments are held in a fixed position (with respect to the patient) by either two (or optionally three) unique manipulators known as Patient Side Manipulators (PSM), which are located on the Patient Side Cart (PSC, Model PS2000). The endoscope is also held in a fixed position (with respect to the patient) by another manipulator, similar to the PSM, known as the Endoscope Camera Manipulator (ECM) and also located on the PSC. The PSM and ECM are attached to surgical arms on the PSC known as Set-up Joint (SUJ) arms. Commands from the Surgeon Console are relayed to the PSC, which is located immediately adjacent to the patient, via a cable. Instrument and endoscope changes are performed by another provider positioned adjacent to the PSC.

<u>Intuitive Surgical Stereo View Endoscopic System</u>: The endoscopic vision system used with the da Vinci Surgical System, also known as Intuitive Surgical *Insite*® Vision System, Model VS2000, consists of a stereo endoscope, endoscopic camera, and various accessories, including a light source and light guides. The *Insite* Vision System provides two independent images that are relayed to the viewer located in the Surgeon Console, where they are fused to form a 3-D (or alternatively a 2-D image) image of the surgical field.

**Intended Use**

The Intuitive Surgical Endoscopic Instrument Control System is intended to assist in the accurate control of Intuitive Surgical Endoscopic Instruments including rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, ultrasonic shears, forceps/pick-ups, needle holders, endoscopic retractors, stabilizers, electrocautery and accessories for endoscopic manipulation of tissue, including grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery, suturing and delivery and placement of microwave ablation probes and accessories during urologic surgical procedures, general laparoscopic surgical procedures, gynecological laparoscopic surgical procedures, general non-cardiovascular thoracoscopic surgical procedures, and thoracoscopically assisted cardiotomy procedures. The system can also be employed, with adjunctive mediastinotomy to perform coronary anastomosis during cardiac revascularization. The system is indicated for adult and pediatric use. It is intended for use by trained physicians in an operating room environment in accordance with the representative specific procedures set forth in the Professional Instructions for Use.

HIGHLY CONFIDENTIAL

REBOTIX169933

| | |
|---|---|
| **Comparison to Predicate Device** | This 510(k) notification is submitted for design modifications to the Endoscopic Instrument Control System, and Vision System. |
| | The modifications to the Vision System Cart (Model VS2000) consist of an optional, enhanced endoscopic camera and Camera Control Units (CCU), and an optional, touch screen display. The touch screen display on the Vision System Cart provides redundant video capabilities as the touch screen display that is currently on the Patient Side Cart (Model PS2000), and the updated endoscopic camera and Camera Control Units provide enhanced vision system performance. An optional still/video capture device (DVD Recorder) will be available and auxiliary control will be provided with the touch screens. |
| | The modifications to the Endoscopic Instrument Control System consist of primarily software modifications to support new features as follows: |
| | Instructional Telestration capabilities: instructional controls and additional controls duplicating some of the Surgeon's Console Left-Side Pod controls (camera calibration and camera set-up functions). |
| | The addition of ECM LED's (Light Emitting Diode's) as fault indicators for User Interface improvements, identical to current PSM LED's functionality. An improved ECM "under-drape Cannula Mount", with a new ECM drape configuration, and ECM cannula sensing for User Interface improvements. |
| | The Surgeon Console is updated with activation of a foot pedal for energy activation of a bipolar and/or a monopolar instrument, with separate bipolar/monopolar connections integrated into the rear IO panel of the Surgeon Console |
| | The user interface design is essentially identical to the predicate device except for minor modifications to accommodate the aforementioned changes. |
| | Device operation, functionality, and methods of use for the subject device are identical to the predicate device. The technology, materials, manufacturing methods, and performance are essentially the same for the predicate device as the subject device. |
| **Technological Characteristics** | The technological characteristics of the subject devices are essentially the same as for the predicate devices. |
| **Performance Data** | Design analysis and comparison, as well as bench testing and risk analysis activities, have been conducted to confirm that the characteristics of the modified device are substantially equivalent to the predicate devices cited. |

**HIGHLY CONFIDENTIAL**

**REBOTIX169934**

10

**Conclusion**

Based upon the device's general specifications, intended use, and results of risk analysis and performance testing provided in this pre-market notification, the *da Vinci S* Surgical System described herein has been shown to be substantially equivalent to current legally marketed predicate device.

**HIGHLY CONFIDENTIAL**

**REBOTIX169935**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Intuitive Surgical, Inc.
℅ Mr. Michael H. Yramategui
Senior Director, Regulatory Affairs
  and Quality Assurance
950 Kifer Road
Sunnyvale, California 94086

DEC - 1 2006

Re: K063220
    Trade/Device Name: *Intuitive Surgical*® Endoscopic Instrument Control System
    Regulation Number: 21 CFR 876.1500
    Regulation Name: Endoscope and accessories
    Regulatory Class: II
    Product Code: NAY
    Dated: October 20, 2006
    Received: October 24, 2006

Dear Mr. Yramategui:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set

Module C - Page 11 of 21

**HIGHLY CONFIDENTIAL**

**REBOTIX169936**

Page 2 – Mr. Michael H. Yramategui

forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (240) 276-0115. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (240) 276-3150 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

Mark N. Melkerson
Director
Division of General, Restorative
  and Neurological Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

HIGHLY CONFIDENTIAL

REBOTIX169937

11

## Indications for Use

510(k) Number (if known):

Device Name:     *Intuitive Surgical*® Endoscopic Instrument Control System

Indications For Use:

The *Intuitive Surgical* Endoscopic Instrument Control System is intended to assist in the accurate control of *Intuitive Surgical* Endoscopic Instruments including rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, ultrasonic shears, forceps/pick-ups, needle holders, endoscopic retractors, stabilizers, electrocautery and accessories for endoscopic manipulation of tissue, including grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery, suturing, and delivery and placement of microwave ablation probes and accessories during urologic surgical procedures, general laparoscopic surgical procedures, gynecological laparoscopic surgical procedures, general non-cardiovascular thoracoscopic surgical procedures, and thoracoscopically assisted cardiotomy procedures. The system is indicated for adult and pediatric use. The system can also be employed, with adjunctive mediastinotomy to perform coronary anastomosis during cardiac revascularization. It is intended for use by trained physicians in an operating room environment in accordance with the representative specific procedures set forth in the Professional Instructions for Use.

Prescription Use ___X___          **AND/OR**          Over-The-Counter Use_____
(Part 21 CFR 801 Subpart D)                              (21 CFR 807 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

_____

Concurrence of CDRH, Office of Device Evaluation (ODE)

**(Division Sign-Off)**
**Division of General, Res**
**and Neurological Device**

**510(k) Number**_____          Page 1 of 1

**HIGHLY CONFIDENTIAL**                                              **REBOTIX169938**

Attachment C-2 – K081137 Clearance Letter

HIGHLY CONFIDENTIAL

REBOTIX169939

*K08.1137*

# 510(k) Summary

### *Intuitive Surgical, Inc.*
### *da Vinci Si Surgical System; model IS3000*

FEB 1 8 2009

## General Information

| | |
|---|---|
| **Trade name** | *Intuitive Surgical*® *da Vinci*® *Si*™ Surgical System |
| **Product name** | Intuitive Surgical da Vinci Si Surgical System |
| **Catalog/Model Number** | Model IS3000 |
| **Common Name** | Endoscopic instrument control system, endoscopic instruments and accessories |
| **Classification** | Class II |
| **510(k) Owner** | Intuitive Surgical, Inc. 1266 Kifer Road Sunnyvale, CA 94086 |
| **Contact Person** | Nitya Narayanan International Regulatory Project Manager nitya.narayanan@intusurg.com |
| **Manufacturer** | Product will be manufactured and distributed by Intuitive Surgical, Inc. - mailing and facility address:<br><br>Intuitive Surgical, Inc. 950 Kifer Road Sunnyvale, CA 94086 |
| **Establishment registration number:** | 2955842 |
| **Owner/Operator number:** | 9028901 |

## Summary of Substantial Equivalence

The Intuitive Surgical da Vinci Si Surgical System (model IS3000) does not raise any new safety or effectiveness issues and is substantially equivalent to legally marketed computer-controlled surgical instrument systems that are in commercial distribution, and have been determined to be substantially equivalent to devices in commercial distribution, prior to May 28, 1976.

*Date:* April 18, 2008

HIGHLY CONFIDENTIAL

REBOTIX169940

*Substantially Equivalent Devices*

| Manufacturer | Substantially equivalent device | 510(k) |
|---|---|---|
| Intuitive Surgical, Inc. Sunnyvale, CA | da Vinci S Endoscopic Instrument Control System (Model IS2000, V1.1), Endoscopic instruments and accessories | K050369 K063220 |

### Device Description

The Intuitive Surgical da Vinci Si Surgical System, model IS3000 (also known as the Endoscopic Instrument Control System) is a modification of the existing da Vinci S Surgical System, model IS2000.  Essentially, the IS3000 is an updated and enhanced version of the existing IS2000 device.  The new IS3000 provides a more intuitive user interface and improved ease-of-use.

Overall, the model IS3000 is a computer-assisted device designed to facilitate complex surgery using a minimally invasive approach.   The IS3000 consists of the following 3 main components:

- **Surgeon Console** (model SS3000) - is the control center for the IS3000 system. While seated at the surgeon console (outside of the sterile field) and as observed through the console's stereo viewer, the surgeon controls critical aspects of the surgical procedures, including movement of the endoscopic instruments and endoscope within the operative field.  Instrument and camera movements are controlled by the surgeon through use of 2 hand-operated controllers residing in the console, and foot pedals at the console's base.  These features allow the surgeon to be as dexterous as in "open" surgery, while operating in a minimally invasive environment. The surgeon at the console also has the option to change the surgical view from full screen mode to a multi-image mode, which displays the 3-dimensional (3-D) image of the operative field.

- **Patient Cart** (model PS3000) - is the operative component of the surgical system within the sterile field.  Its primary function is to support the EndoWrist® instrument arms and camera arm, during surgical procedures.

  - **EndoWrist Instruments**  are designed to provide surgeons with natural dexterity and a greater range of motion than even the human hand. This allows for greater precision when operating in a minimally invasive environment. EndoWrist instruments, when used with the IS3000 system, are designed to support rapid and precise suturing, dissection and tissue manipulation in surgical procedures. There are no changes to the EndoWrist Instruments in this submission.

510(k) Notification                                                                510(k) Summary, page 2 of 4
INTUITIVE SURGICAL, INC.

Module C - Page 16 of 21

HIGHLY CONFIDENTIAL                                                                                    REBOTIX169941

- **Vision System Cart** (model VS3000) - houses the system's image processing equipment and is operated by a person outside of the sterile field during surgery. The cart provides space for an optional touch screen monitor, as well as ancillary surgical equipment. The cart is also known as *Intuitive Surgical Insite* Vision System (Model VS3000) and consists of a stereo endoscope, endoscopic camera and various accessories, including a light source and light guides. The *Insite* Vision System provides 2 independent images that are relayed to the viewer located in the surgeon console, where they are fused to form a 3-D image (or alternatively 2-D) of the surgical field for the surgeon's reference.

### Indications for Use

The *Intuitive Surgical Endoscopic Instrument Control System* (Model IS3000) is intended to assist in the accurate control of Intuitive Surgical *Endoscopic Instruments* including rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, ultrasonic shears, forceps/pick-ups, needle holders, endoscopic retractors, stabilizers, electrocautery and accessories for endoscopic manipulation of tissue, including grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery, suturing, and delivery and placement of microwave and cryogenic ablation probes and accessories during urologic surgical procedures, general laparoscopic surgical procedures, gynecological laparoscopic surgical procedures, general cardiovascular and non-cardiovascular thoracoscopic surgical procedures, and thoracoscopically assisted cardiotomy procedures. The system is indicated for adult and pediatric use. The system can also be employed, with adjunctive mediastinotomy to perform coronary anastomosis during cardiac revascularization. It is intended for use by trained physicians in an operating room environment in accordance with the representative specific procedures set forth in the Professional Instructions for Use.

HIGHLY CONFIDENTIAL

*Bench/Animal/Clinical Testing*

Performance (bench) testing was conducted on the IS3000. All testing yielded acceptable results and was comparable to the predicate device.

The IS3000 complies with applicable portions of the following technical standards, or FDA-recognized consensus standards:

| |
|---|
| UL/IEC 60601-1:1988, Amendment A1: 1991-11, Amendment A2: 1995 Medical Electrical Equipment - Part 1: General requirements for safety |
| IEC 60601-1-1:2000, Medical Electrical Equipment - Part 1: General requirements for safety; Collateral standard: Safety requirements for medical electrical systems |
| IEC 60601-1-2:2001, Medical Electrical Equipment - Part 1-2: General requirements for safety; Collateral standard: Electromagnetic compatibility - requirements and tests |
| IEC 60601-1-4:2000, Medical Electrical Equipment - Part 1: General requirements for safety; Collateral standard: Programmable electrical medical systems |
| IEC 60601-2-2:1998, Medical Electrical Equipment - Part 2-2: Particular requirements for the safety of high frequency surgical equipment |
| IEC 60601-2-18:1996, Amendment A1: 2000 Medical Electrical Equipment - Part 2: Particular requirements for the safety of endoscopic equipment |

HIGHLY CONFIDENTIAL

REBOTIX169943



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Intuitive Surgical, Inc.
% Ms. Karen Uyesugi                    FEB 1 8 2009
VP, Clinical and Regulatory Affairs
1266 Kifer Road
Sunnyvale, California  94086

Re: K081137
    Trade/Device Name:  da Vinci Si Surgical System IS3000
    Regulation Number:  21 CFR 876.1500
    Regulation Name:  Endoscope and accessories
    Regulatory Class:  II
    Product Code:  NAY
    Dated:  December 23, 2008
    Received:  January 5, 2009

Dear Ms. Uyesugi:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications
for use stated in the enclosure) to legally marketed predicate devices marketed in interstate
commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to
devices that have been reclassified in accordance with the provisions of the Federal Food, Drug,
and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA).
You may, therefore, market the device, subject to the general controls provisions of the Act.  The
general controls provisions of the Act include requirements for annual registration, listing of
devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it
may be subject to such additional controls.  Existing major regulations affecting your device can
be found in the Code of Federal Regulations, Title 21, Parts 800 to 898.  In addition, FDA may
publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean
that FDA has made a determination that your device complies with other requirements of the Act
or any Federal statutes and regulations administered by other Federal agencies.  You must
comply with all the Act's requirements, including, but not limited to: registration and listing (21
CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set
forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic
product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

HIGHLY CONFIDENTIAL                                                                 REBOTIX169944

Page 2 – Ms. Karen Uyesugi

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Center for Devices and Radiological Health's (CDRH's) Office of Compliance at (240) 276-0115. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding postmarket surveillance, please contact CDRH's Office of Surveillance and Biometric's (OSB's) Division of Postmarket Surveillance at (240) 276-3474. For questions regarding the reporting of device adverse events (Medical Device Reporting (MDR)), please contact the Division of Surveillance Systems at (240) 276-3464. You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (240) 276-3150 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

Mark N. Melkerson
Director
Division of General, Restorative
  and Neurological Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

HIGHLY CONFIDENTIAL

REBOTIX169945

# Indications for Use

510(k) Number (if known): K081137

Device Name: Intuitive Surgical® *da Vinci Si* Surgical System (IS3000)

Indications For Use: The Intuitive Surgical Endoscopic Instrument Control System (Intuitive Surgical® *da Vinci Si* Surgical System Model IS3000) is intended to assist in the accurate control of *Intuitive Surgical* Endoscopic Instruments including rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, ultrasonic shears, forceps/pick-ups, needle holders, endoscopic retractors, stabilizers, electrocautery and accessories for endoscopic manipulation of tissue, including grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery, suturing, and delivery and placement of microwave and cryogenic ablation probes and accessories during urologic surgical procedures, general laparoscopic surgical procedures, gynecological laparoscopic surgical procedures, general cardiovascular and non-cardiovascular thoracoscopic surgical procedures, and thoracoscopically assisted cardiotomy procedures. The system is indicated for adult and pediatric use. The system can also be employed, with adjunctive mediastinotomy to perform coronary anastomosis during cardiac revascularization. It is intended for use by trained physicians in an operating room environment in accordance with the representative specific procedures set forth in the Professional Instructions for Use.

Prescription Use __X____        AND/OR        Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                         (21 CFR 807 Subpart C)

 (PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

---

Concurrence of CDRH, Office of Device Evaluation (ODE)

*(Division Sign-Off)* for *signature*

(Division Sign-Off)
Division of General, Restorative,
and Neurological Devices

510(k) Number K081137

Page 1 of 1

HIGHLY CONFIDENTIAL                                                         REBOTIX169946