# Exhibit 42

Jennifer Stevenson

5/1
301-796-5015

5/14 Cal Rabang
Cal.Rabang@FDA.HHS.gov

NOTES: ▫ NEW it's NOT sterile
▫ Repaired & Returned
Not Sterile

Single Use          Resposable
Disposable          Sterilizable
        ↑

2nd ½ Launch 10/3/18
1. Repair L no change.
2nd Repair Energizer 1500
1. Repair L no change. Service Quote & Voucher
Repaired & out approval. Give to customer Rep priced no charge.
Ben/Kep picked up from Repair Bin w/out approval.

---

FDA
Cal.Rabang.@FDA.HHS.gov

510 K Required

Evidence of the function
Processing/Cleaned

Clinical use life
Doubling the life

Interpretation - cleared 510k
validated proven # of
cycles.

Pre submission process

Q Subs
Pre-subs — submission
                single use
                vs.