IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 8:20-cv-02274-T-33TGW |

**JOINT MOTION TO PROVISIONALLY FILE REMAINING SUMMARY JUDGMENT AND DAUBERT BRIEFING
<u>UNDER SEAL</u>**

Defendant Intuitive Surgical, Inc. ("Intuitive") and Plaintiff Rebotix Repair LLC ("Rebotix") hereby jointly move to provisionally file their oppositions and replies to their motions for summary judgment and *Daubert* motions–due to be filed by December 8, 2021, and December 22, 2021–under seal.

1.  The Parties agreed upon a confidentiality agreement order on February 26, 2021, entered by the Court on March 10, 2021 (ECF No. 54) (the "Confidentiality Agreement"), permitting parties and third parties to designate documents as "confidential" or "highly confidential" under the standards set forth in the order.

2. Supporting papers for the parties' forthcoming oppositions and replies to summary judgment and *Daubert* motions will include material marked "confidential" or "highly confidential" under the Confidentiality Agreement, including material marked with a confidentiality designation by third parties and material discussing proprietary technology and competitively sensitive information.

3. The parties are still in the process of conferring with each other and any third parties whose confidential material will be relied upon in their briefing to determine whether they intend to continue to assert confidentiality over the materials or will instead withdraw any designations.

4. As permitted by this Court for the previously-filed moving briefs (ECF No. 94), the parties again propose to file under seal documents and passages in the upcoming motions that contain confidential materials. The parties would file public versions of all motions, redacting passages over which confidentiality may be asserted and leaving unredacted all portions that are not being maintained as confidential or do not raise confidentiality issues under the Confidentiality Agreement.

5. The parties then intend to continue conferring with each other and third parties to determine what additional materials, if any, do not require confidentiality protections and can be unsealed. This process would be completed no later than 14 days after the close of briefing on these motions, at which time final public versions of all motions would be filed.

6.  Accordingly, the parties respectfully request that the Court permit them to provisionally file the briefing on oppositions and replies to the summary judgment and *Daubert* motions, along with supporting documents, under seal until no later than 14 days after the completion of all briefing on those motions.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certify that counsel for the parties conferred prior to filing this motion and that Intuitive and Rebotix both agree to the relief requested herein.

Dated: December 6, 2021

| | |
|---|---|
| /s/ Alexander Erwig<br>ALEXANDER ERWIG (*Pro Hac Vice*)<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd Ste 600<br>Los Angeles, CA 90401<br>203-859-4272<br>alexander@dovel.com<br><br>*Counsel for Rebotix Repair LLC* | /s/ David L. McGee<br>DAVID L. McGEE<br>Fla. Bar No. 220000<br>BEGGS & LANE, RLLP<br>501 Commendencia Street<br>Pensacola, FL 32502<br>Telephone: (850) 432-2451<br>dlm@beggslane.com<br><br>*Counsel for Intuitive Surgical, Inc.* |