IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim<br>    Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim<br>    Plaintiff. | Case No. 8:20-cv-02274-VMC-TGW |

### NOTICE OF MOTION FILING

Defendant Intuitive Surgical, Inc. ("Intuitive") files this notice to inform the Court that, pursuant to the Court's December 8, 2021 order (ECF No. 120) granting the parties' Joint Motion to Provisionally File Remaining Summary Judgment and Daubert Briefing Under Seal (ECF No. 119), Intuitive filed under seal today the following motions and their accompanying exhibits with the clerk:

    1.    Intuitive Surgical, Inc.'s Opposition to Rebotix Repair LLC's Motion for Summary Judgment;

    2.    Intuitive Surgical, Inc.'s Opposition to Rebotix Repair LLC's Motion to Exclude Opinions of Heather S. Rosecrans;

    3.    Intuitive Surgical, Inc.'s Opposition to Rebotix Repair LLC's Motion to Exclude Opinions of Dr. Sara Parikh; and

4. Intuitive Surgical, Inc.'s Opposition to Rebotix Repair LLC's Motion to Exclude Certain Opinions of Dr. John Bomalaski.

DATED: December 8, 2021     Respectfully submitted,

/s/ Karen Lent

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

ALLEN RUBY (*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

KAREN HOFFMAN LENT (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

MICHAEL S. BAILEY (*Pro Hac Vice*)
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
michael.bailey@skadden.com
*Counsel for Intuitive Surgical, Inc.*