Exhibit 2
Expert Report of Dr. Sara Parikh



**Rebotix Repair LLC**

**v.**

**Intuitive Surgical, Inc.**

**Report of Sara Parikh, PhD**

*July 26, 2021*

© 2021 – All rights reserved      Willow Research, LLC      www.willowresearch.com

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.    BACKGROUND.................................................................................  2

II.   INTRODUCTION ..............................................................................  3

III.  EXECUTIVE SUMMARY ..................................................................  5

IV.  METHODOLOGY ............................................................................  7

V.    RESULTS.........................................................................................  19

VI.  CONCLUSIONS…………………………………………………………..  30

<u>APPENDICES</u>

     A.  Sara Parikh Biography and Case List

     B.  List of Materials Considered

     C.  Questionnaire

     D.  Exhibits

     E.  Results from Screening and Classification Questions

# REPORT OF SARA PARIKH, PhD

I, Sara Parikh, state as follows:

## I. BACKGROUND

1.    I am President of Willow Research, LLC ("Willow"), a research and consulting firm that designs and conducts quantitative and qualitative studies of consumers and professionals. I have over 30 years of experience designing and conducting original research studies on behalf of a wide range of commercial and non-commercial clients. I oversee all phases of research, including project design, questionnaire development, field instruction and supervision, coding and data specification, data analysis, and reporting. I am versed in the full complement of quantitative and qualitative research methodologies and testify as a survey expert in litigation. I have an MA and PhD in Sociology from the University of Illinois at Chicago and a BA in Political Science from the University of Wisconsin-Madison. I am a member of the International Trademark Association. A description of my background and a list of cases in which I have testified or been deposed in the past four years are attached to Appendix A of this Report.

## II. INTRODUCTION

2.    I have been retained by counsel from the law firm Skadden, Arps, Slate, Meagher & Flom LLP on behalf of its client, Intuitive Surgical, Inc. ("Intuitive"), concerning a dispute between Intuitive and Rebotix Repair LLC ("Rebotix"), and more specifically, certain counterclaims brought by Intuitive against Rebotix in this dispute.  My general understanding of the Rebotix dispute as it relates to the study I designed and conducted in connection with my retention, is as follows.

3.    Intuitive designs, manufactures and markets the da Vinci robotic-assisted surgical system ("da Vinci"), along with its associated instruments, including EndoWrist instruments, for use in minimally invasive surgery. Certain da Vinci instruments, such as EndoWrist instruments, incorporate a usage limit on the number of procedures that can be performed, after which the instrument must be replaced. Intuitive explains in its Counterclaims that these usage limits "ensure the surgical instruments are dependable, safe, and conform to labeling cleared by the U.S. Food and Drug Administration ("FDA")."[1]

4.    Rebotix is a third party that has offered certain services in connection with da Vinci robotic-assisted surgical systems, including for EndoWrist instruments.  One such service is that Rebotix overrides the original usage limits of EndoWrist instruments so that the customer can keep using the instruments beyond those built-in limits.[2]

5.    In its Counterclaims, Intuitive has asserted that Rebotix is deceiving customers about its services that alter instrument usage limits in several respects, including but not limited to that:[3]

- Rebotix misrepresents its services that override EndoWrist usage limits as "repairs."
- Rebotix is not transparent about the potential risks of using its services.
- Rebotix misrepresents the cost savings that customers will receive by using its services.
- Rebotix misrepresents itself as authorized, approved or endorsed by Intuitive.

---

[1] Defendant's (Intuitive's) Answer, Affirmative Defenses and Counterclaims ("Counterclaims"), ¶ 1, page 25. Filed: 04/02/21.
[2] (Rebotix's) Complaint, ¶ 51, page 17. Filed: 09/28/20.
[3] Counterclaims, ¶ 1, page 25; ¶ 5-12, pages 26-28; ¶ 49-66, pages 38-42; ¶ 77-85, pages 44-46. Filed: 04/02/21.

6.    I was asked to design and conduct a survey to measure how prospective customers of Rebotix's services perceive Rebotix's advertising with respect to the above issues. I agreed and proceeded to design and conduct the study.  What follows is a report on the design, execution, results, and conclusions drawn from this research.

7.    A list of materials I considered in connection with this matter is attached to Appendix B of this Report.

## III. EXECUTIVE SUMMARY

8.  An online survey was conducted in June 2021 with a national sample of 200 members of the healthcare industry, including surgeons, nurses, and hospital / administrative professionals, who are involved with or responsible for robotic-assisted surgical systems or instruments for their hospitals, hospital systems, or surgery centers.

9.  Survey participants were shown an advertisement for Rebotix and then asked a series of questions concerning their takeaway from the ad, including their understanding of the term "repair and reset" as used in that ad, their understanding of both the advantages and disadvantages of using such services, whether they believe their organization would receive any cost savings by using Rebotix's "repair and reset" services, and whether they believe Rebotix is authorized, approved or endorsed by the manufacturer of EndoWrist instruments.

10. Taking into account responses across Questions 1-4 (i.e., main message, services offered, meaning of the term "repair and reset," advantages of using Rebotix service) a total of two-thirds of survey participants (66%) took away a "repair" message from the Rebotix advertisement.

11. Moreover, a significant proportion of respondents would *not* expect Rebotix's services to include physical modifications that Rebotix actually performs on the EndoWrist as part of its "repair and reset" process.

    - Approximately one-third of participants say that they would not expect Rebotix to discard the original circuit board and substitute it with a third party one (31%, with an additional 32% who were uncertain), and the same proportion say that they would not expect Rebotix to remove the original memory chip and relocate it to a third party circuit board (31%, with an additional 30% who were uncertain).

12. When asked about the potential drawbacks or disadvantages of using Rebotix's "repair and reset" services, only 12% said that using Rebotix's services could void their warranty or service contract with Intuitive, and just 5% expressed concerns about patient safety.

13.    Cost savings is a central message of the Rebotix ad.

- Almost half of respondents (45%) spontaneously named cost savings as a main message of the ad.

- When asked about the advantages of using these "repair and reset" services, cost savings was named by two-thirds of respondents (65%), far above any other advantage named.

- On an aided basis, when asked whether they would expect their organization to receive a cost savings from using these "repair and reset" services, three in four respondents (74%) said that they would.

14.    Based on the ad, a significant proportion of survey participants believe that Rebotix is authorized, approved or endorsed by Intuitive.

- Four in ten respondents (41%) expressed the belief that Rebotix is authorized, approved or endorsed by the manufacturer of EndoWrist instruments.

- After adjusting for the results from a parallel "control question"[4] to account for potential survey "noise" or guessing, the net likelihood of confusion stands at 31%.

---

[4] Control Question (Q8a): "Based on this advertisement, do you OR do you not believe that this company is authorized, approved, or endorsed by Walgreens, OR do you not have a belief?" See Questionnaire attached to Appendix C of this Report.

## IV. METHODOLOGY

**Overview**

15.     The online survey I designed was conducted between June 15 and 24, 2021 with a national sample of 200 healthcare professionals, including surgeons, nurses, and hospital / administrative professionals, who are involved with and / or responsible for robotic-assisted surgical systems or instruments designed for use in such systems. Based on materials I have reviewed, this sample reflects prospective Rebotix customers which is a mix of decision-makers at hospitals and surgery centers, including administrators and surgical staff who are involved in robotic-assisted surgical systems.[5]

16.     Survey participants work for hospitals, hospital systems, or surgery centers that currently have robotic-assisted surgical systems or instruments (88%) or are very or somewhat likely to acquire such a system or instruments in the next five years (12%). The vast majority of these organizations (78%) currently have the da Vinci surgical system.

17.     Respondents are personally involved with their organization's robotic-assisted surgical systems or instruments, with most respondents having multiple roles or responsibilities with respect to these devices, including selecting or procuring the systems / instruments (65%), using or assisting others in using them (64%), selecting or procuring servicing of the systems / instruments (58%), and monitoring or maintaining the systems / instruments (42%).

18.     Qualified survey participants were shown an advertisement for Rebotix's services and asked a series of questions about the advertisement and the specific "repair and reset" services being offered. I understand that the advertisement was actually utilized by Rebotix in its marketing efforts.[6] A reduced-size image of the ad appears below.

---

[5] 30(b)(6) Papit Deposition Transcript, pages 165-166 (explaining that Rebotix marketed its service to "surgical staff, biomedical staff, purchasing, contracting" and "anyone who has pertinent decision-making power in the hospital we're going to try to talk to"). Date: June 2, 2021.
[6] *Ibid*, pages 178-179 and Papit Exhibit 8; REBOTIX054164-054166; REBOTIX055565-055566.

**Exhibit MM-1**



**Screening**

19.     To qualify for interview, participants must have met the following criteria:

- Works for, or on behalf of, a hospital, hospital system, or surgery center

- Their organization currently has robotic-assisted surgical systems or instruments, or is "Very likely" or "Somewhat likely" to acquire such systems or instruments in the next five years

- The respondent is currently or likely to be involved with or have responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems

- The respondent, or anyone in his / her household, must not work for a market research or advertising firm; or a company that manufactures medical devices or instruments

- Must be wearing his / her eyeglasses or contact lenses at the time of the interview if he / she usually wears them when reading material on a computer screen

20.   Potential participants were given the following introduction:

> Welcome to our survey. We want to assure you that we are interested only in your opinions and are not connected with the sale of any product or service. Your identity will be kept strictly confidential.
>
> If you normally wear eyeglasses or contact lenses when reading material on a computer screen, please wear them for this survey.
>
> **NOTE: If you are currently using a smartphone to access this survey, please return to it using a desktop, laptop, or tablet.**

21.   As a security measure to confirm that an individual is taking the survey rather than a robot or a computer program, respondents were asked a CAPTCHA (i.e., completely automated public Turing test to tell computers and humans apart) question before entering the survey.  The CAPTCHA question administers an online test involving a visual perception task that only humans can successfully pass (not computers). CAPTCHA is a well-accepted quality control tool used in online surveys.

22.   If the respondent passed the CAPTCHA question, they were asked the following screening questions.[7] Text in blue, bolded font reflect internal programming instructions (not shown to respondents) concerning, for example, whether the order of response choices is randomized or rotated, and whether respondents will proceed to further questions or if the survey will be terminated because the respondent does not qualify for the study.

| S1 | Do you work for, or on behalf of, a hospital, hospital system, or surgery center? |
|----|--------------------------------------------------------------------------------|
| ○ | No |
| ○ | Yes |

**If "No," terminate.**

| S2a | Does your organization currently have any robotic-assisted surgical systems or instruments designed for use in such systems? |
|-----|--------------------------------------------------------------------------------------|
| ○ | No |
| ○ | Yes |

**If "Yes," skip to S3a.**

---

[7] The results from the screening questions are attached to Appendix E of this Report.

**If "No" (S2a), ask:**

| S2b | What is the likelihood that your organization will acquire any robotic-assisted surgical systems or instruments designed for use in such systems in the next five years? |
|---|---|
| ○ | Very likely |
| ○ | Somewhat likely |
| ○ | Not very likely |
| ○ | Not at all likely |
| ○ | Don't know |

**If not "Very likely" or "Somewhat likely," terminate.**

| S3a | Thinking about the nature of your job, are you currently or likely to have any involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "No," terminate. If "Yes," continue with S3b.**

| S3b | Which, if any, of the following describes your involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems?<br><br>**Please select all that apply.** |
|---|---|

**Randomize row order.**

| | |
|---|---|
| ❑ | Selecting or procuring the systems / instruments |
| ❑ | Selecting or procuring servicing of the systems / instruments |
| ❑ | Monitoring or maintaining the systems / instruments |
| ❑ | Using or assisting others in using the systems / instruments (i.e., during surgery) |
| ❑ | Other…**Please specify.** |

| S4a | Do you have a clinical degree, license, or training as a medical professional? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "Yes," continue with S4b. If "No," skip to S5.**

| S4b | Which, if any, of the following, best describes your clinical training?<br><br>**Please select all that apply.** |
|---|---|
| ❑ | Surgeon |
| ❑ | Surgical Nurse / OR Nurse / Perioperative Nurse |
| ❑ | Nurse Practitioner / CNP |
| ❑ | Registered Nurse / RN |
| ❑ | Physician Assistant |
| ❑ | Surgical Assistant |
| ❑ | Surgical Technologist / Scrub Technician |
| ❑ | Other…**Please specify.** |

23.     Screener questions S5 and S6 are standard security questions that exclude anyone who works for a related industry (i.e., market research or advertising firm; or a company that manufactures medical devices or instruments) or who refuses to wear their eyeglasses or contact lenses if they need them when reading material on a computer screen.

| S5 | Do you, or does anyone in your household, work for any of the following? | | |
|----|----|----|----|
| **Randomize row order.** | | **No** | **Yes** |
| A market research or advertising firm | | ○ | ○ |
| A company that manufactures medical devices or instruments | | ○ | ○ |
| A financial services firm | | ○ | ○ |
| A company that manufactures office supplies | | ○ | ○ |

**If "Yes" to "A market research or advertising firm" or "A company that manufactures medical devices or instruments," terminate.**

| S6a | Do you usually wear eyeglasses or contact lenses when reading material on a computer screen? |
|----|----|
| ○ | No |
| ○ | Yes |

**If "No," skip to S7.**

**If "Yes" (S6a), ask:**

| S6b | Will you please wear your eyeglasses or contact lenses for the remainder of the survey? |
|----|----|
| ○ | No |
| ○ | Yes |

**If "No," terminate.**

24.     A quality control question (S7) was included in the screener to ensure that respondents were carefully reading and responding to the questions. Respondents were asked to select the number "four" from a list of response choices. Respondents who selected an incorrect number were terminated from the survey screening, and not allowed to continue with the survey.

| S7 | For survey quality control purposes, please select the number **"four."** |
|----|----|
| ○ | 10 |
| ○ | 9 |
| ○ | 8 |
| ○ | 7 |
| ○ | 6 |
| ○ | 5 |
| ○ | 4 |
| ○ | 3 |
| ○ | 2 |
| ○ | 1 |
| ○ | 0 |

**If does not select "4," terminate.**

**Questionnaire**

25.     All screened and qualified respondents were given the following instructions not to refer to or look up any information online, use reference materials, or discuss the questions with anyone else.  Respondents were further advised that they should not simply guess in response to questions, and that they may select a "don't know" response if they do not know the answers to questions. Such instructions are commonly used in consumer surveys in order to capture the participants' natural reaction to the stimulus, and to reduce guessing.

> It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

> If you don't know the answer to a question, select the **"DON'T KNOW"** response option or type it in. Please do not guess.

26.     Respondents were then told:

> You are about to see a flyer from a company that advertises certain services. Please take a look at it as you would if you were thinking about utilizing the services being advertised. Depending on your screen, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

27.     Once they clicked the arrow to look at the exhibit, the next arrow to advance in the survey did not appear on the screen until the advertisement was visible for 10 seconds, ensuring that respondents had a proper opportunity to review the exhibit.  The exhibit was not visible when respondents were presented with questions, as is appropriate to ensure that the survey best captures respondents' takeaways rather than functioning merely as a "reading test."

28.     As is customarily done in advertising surveys like this, the survey used a "funnel approach"[8] that began with broad open-ended questions to measure the main message or communications spontaneously received from the ad, followed by more directed questions that hone in on specific claims or messages that I sought to evaluate.

| Q1a | What was the main message of the advertising you just looked at? |
|-----|---|
|     | *You are not limited by the size of the answer box.* |
|     | **Open end** |
| ○   | Don't know |

**If "Don't know," skip to Q2. If gives a substantive response, continue with Q1b.**

---

[8] https://www.insightsassociation.org/issues-policies/glossary/funnel-approach.

| Q1b | What other messages, if any, did you take away from this advertising?<br><br>*You are not limited by the size of the answer box.* |
| --- | --- |
| | **Open end** |
| ○ | Don't know |
| ○ | No other messages |

| Q2 | Even if you have already mentioned it, what specific services are being offered with respect to instruments designed for use in robotic-assisted surgical systems? Please list all the services that you believe are being offered.<br><br>*You are not limited by the size of the answer box.* |
| --- | --- |
| | **Open end** |
| ○ | Don't know |

29. In order to measure more specifically how survey participants interpret the term "repair and reset" in the Rebotix ad, respondents were shown the advertisement again, with the term "repair and reset" highlighted in yellow, and given the following instructions.

> You are going to be shown the flyer again. Please take another look at it, paying particular attention to the words highlighted in yellow. Again, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

30. This study measures respondent understanding of the term "repair and reset" (rather than "repair" only) because that is how Rebotix presented the term in its advertisement.

31. Like before, once they clicked the arrow to look at the exhibit, the next arrow did not appear on the screen until the advertisement was visible for 10 seconds, ensuring that respondents had a proper opportunity to review the exhibit bearing the highlighted phrase.[9]

32. After viewing the advertisement a second time, with the term "repair and reset" highlighted, the exhibit was removed and respondents were then asked the following series of questions:

| Q3 | What do you think is meant by the term **"repair and reset"** as used in this advertisement?  That is, what specifically do you understand the company would do to the instruments as part of the "repair and reset" process?<br><br>*You are not limited by the size of the answer box.* |
| --- | --- |
| | **Open end** |
| ○ | Don't know |

---

[9] Copies of the exhibits used are attached to Appendix D of this Report.

| Q4 | What advantages or benefits, if any, do you believe there would be for your organization if this company performed the "repair and reset" services being advertised? |
| --- | --- |
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |
| ○ | None / No advantages or benefits |

| Q5 | What disadvantages or drawbacks, if any, do you believe there would be for your organization if this company performed the "repair and reset" services being advertised? |
| --- | --- |
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |
| ○ | None / No disadvantages or drawbacks |

| Q6a | Based on this advertisement, do you <u>OR</u> do you not believe that your organization would receive any cost savings if this company performed the "repair and reset" services being advertised, <u>OR</u> do you not have a belief? |
| --- | --- |
| **Rotate order of first two response options shown.** | |
| ○ | No, I don't believe my organization would receive cost savings |
| ○ | Yes, I believe my organization would receive cost savings |
| ○ | Don't know |

**If "No, I don't believe my organization would receive cost savings" or "Don't know," skip to Q7a.**

**If "Yes, I believe my organization would receive cost savings" (Q6a), ask:**

| Q6b | Roughly how much cost savings would you expect your organization to receive? |
| --- | --- |
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |

33.     Respondents were then asked whether they believe that Rebotix is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments, and, if so, why they believe that. A parallel "control question" was asked about whether they believe that Rebotix is authorized, approved, or endorsed by Walgreens. The inclusion of this "control question" serves to measure potential survey "noise" or guessing.[10]  To prevent potential order bias, the order in which the "test" and "control" questions were asked was rotated between respondents.

---

[10] Diamond, S. (2011). Reference Guide on Survey Research. In *Reference Manual on Scientific Evidence* (3rd ed., p. 401). Federal Judicial Center.

**Rotate order in which Q7 and Q8 are asked between respondents.**

| Q7a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments, <u>OR</u> do you not have a belief? |
|---|---|

**Rotate order of first two response options shown.**

| ○ | No, it is not authorized, approved, or endorsed by the manufacturer of EndoWrist instruments |
|---|---|
| ○ | Yes, it is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments |
| ○ | Don't know |

**If "No, it is not authorized, approved, or endorsed by the manufacturer of EndoWrist instruments" or "Don't know," skip to Q8a.**

**If "Yes, it is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments" (Q7a), ask:**

| Q7b | What makes you say that this company is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments? |
|---|---|
| | *You are not limited by the size of the answer box.* |

| | **Open end** |
|---|---|
| ○ | Don't know |

| Q8a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |
|---|---|

**Rotate order of first two response options shown.**

| ○ | No, it is not authorized, approved, or endorsed by Walgreens |
|---|---|
| ○ | Yes, it is authorized, approved, or endorsed by Walgreens |
| ○ | Don't know |

**If "No, it is not authorized, approved, or endorsed by Walgreens" or "Don't know," skip to Q9.**

**If "Yes, it is authorized, approved, or endorsed by Walgreens" (Q8a), ask:**

| Q8b | What makes you say that this company is authorized, approved, or endorsed by Walgreens? |
|---|---|
| | *You are not limited by the size of the answer box.* |

| | **Open end** |
|---|---|
| ○ | Don't know |

34.     Respondents were then asked to think again about the "repair and reset" services being
        advertised and asked whether they would expect Rebotix to do certain activities as part of
        those services.

| Q9 | Think back again to the "repair and reset" services being advertised by this company.<br><br>For each activity below, please indicate whether this is something you would OR would not expect this company to do as part of the "repair and reset" process, OR do you not know? |
|----|---|

| Randomize row order. | Would NOT expect them to do this | Would expect them to do this | Don't know |
|---|:---:|:---:|:---:|
| Discard original circuit board and substitute it with a third party one | ○ | ○ | ○ |
| Remove original memory chip and relocate it to a third party circuit board | ○ | ○ | ○ |
| Sharpen surgical tools | ○ | ○ | ○ |
| Sterilize component parts | ○ | ○ | ○ |
| Inspect and test devices for performance | ○ | ○ | ○ |

35.     Based on discussions with counsel and my review of materials produced by Rebotix in this
        litigation, it is my understanding that the first two activities listed above (i.e., "discard original
        circuit board and substitute it with a third party one" and "remove original memory chip and
        relocate it to a third party circuit board") were steps that were actually taken as part of
        Rebotix's "work around" to override the original usage limits of EndoWrist instruments.[11]  To
        prevent potential order bias, the order in which the activities were presented in the question
        was randomized between respondents.

---

[11] REBOTIX162404-162424 ("EndoWrist® Service Procedure" document); Rebotix's Objections and Responses to Intuitive's Second Set of Interrogatories, Response to Interrogatory No. 2, pages 4-5 (stating that "More detail about the repair service process, including a description of the materials and components, can be found in REBOTIX162404-REBOTIX162424.").

**Classification**

36.    At the end of the survey, respondents were asked some questions for classification purposes.[12]

**If "Surgeon" (S4b), ask:**

| C1 | Which of the following best describes your surgical specialty? |
|---|---|
| **Randomize row order.** | |
| ○ | Cardiac surgery |
| ○ | General surgery |
| ○ | Colorectal surgery |
| ○ | Gynecology surgery |
| ○ | Head and Neck surgery |
| ○ | Thoracic surgery |
| ○ | Urology surgery |
| ○ | Plastic surgery |
| ○ | Neurosurgery |
| ○ | Vascular surgery |
| ○ | Pediatric surgery |
| ○ | Orthopaedic surgery |
| ○ | Other…**Please specify.** |

| C2 | What is your job title or role? |
|---|---|
| **Open end** | |

| C3 | In what state are you based? |
|---|---|
| ○ | **<State drop down list>** |

| C4 | What is your gender? |
|---|---|
| ○ | Male |
| ○ | Female |

| C5 | What is your age? |
|---|---|
| **Open end** | |

**If "Yes" (S2a), ask:**

| C6a | Do you currently have the da Vinci surgical system? |
|---|---|
| **Rotate order of first two response options shown.** | |
| ○ | No |
| ○ | Yes |
| ○ | Don't know |

**If "Very likely" or "Somewhat likely" (S2b), ask:**

| C6b | Are you likely to acquire the da Vinci surgical system in the next five years? |
|---|---|
| **Rotate order of first two response options shown.** | |
| ○ | No |
| ○ | Yes |
| ○ | Don't know |

---

[12] The results from the classification questions are attached to Appendix E of this Report.

**Validation**

37.   After completing the survey, each respondent was asked to confirm that the survey
represented a true account of his / her responses and that they had not consulted with any
outside sources about the survey. All respondents who are included in this study responded
affirmatively to this validation statement.

| VAL | Please select which best describes how you feel about the validation statements below: |
|---|---|
| | During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey. |
| ⚪ | I have read and AGREE with the above validation statements. |
| ⚪ | I do NOT AGREE with the above validation statements. |

38.   A copy of the questionnaire is attached to Appendix C of this Report.

39.   Based on the sample size of 200 cases, the statistical error rate in this study falls into the
range of ±5.5% for a statistic such as 20% at the 95% confidence level.  In other words, one
would expect that 95 times out of 100, a measurement that was actually 20%, would
accurately be represented in the data by a statistic as high as 25.5%, or as low as 14.5%.

40.   The methodology, survey design, execution, and reporting were all conducted under my
direction and in accordance with generally accepted standards of objective procedure and
survey technique.  Respondents were drawn from an online panel provided by M3, a leading
online sample provider. The survey used a "double-blind" technique where neither the
respondent nor the panel provider were aware of the purpose of the research or the identity of
the party who commissioned it.

41.   The work performed to design, carry out, and report this study is covered by a billing of
$45,000. Additional time required for trial testimony or deposition will be billed at the rate of
$6,000 per day, plus out of pocket expenses.  My compensation is in no way dependent on the
outcome of this matter.

## V. RESULTS

**General Perceptions of the Ad**

42.     The main messages of the advertising expressed by respondents on a spontaneous basis
center on saving money (45%) and repairing or fixing the instrument (34%).

| **Q1a/b** | What was the main message of the advertising you just looked at? What other messages, if any, did you take away from this advertising? |
|---|---|

| **All Respondents** | **Total (200) 100%** |
|---|---|
| All Who Took Away A Message: | 96% |
| Save money | 45 |
| Repair / fix / repair damaged parts | 34 |
| Reuse / extend life / use longer | 18 |
| Reset uses / count / reset | 17 |
| Advertising / selling services / product | 12 |
| Performs the same / better / does not alter function of instrument | 10 |
| Maintain / maintenance / service | 10 |
| ISO certified / certified facility / service | 8 |
| Reprocess | 6 |
| Reduce waste / ecological / recycle | 6 |
| Safe / safety | 6 |
| Free reset / free trial | 6 |
| Advanced / new technology / innovative | 6 |
| Reliable / trustworthy / best in class provider | 6 |
| Ease of use / easy | 5 |
| Improve patient outcome / better handling / precision / less invasive | 4 |
| Monitor / count / track # uses or lives | 4 |
| Other (net)* | 25 |
| Did Not Take Away A Message: | 4 |

*2% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

43.     When asked to describe the specific services being offered by Rebotix, participants most often discussed repairing or fixing the instrument (31%) and resetting the uses or resetting the count (18%).

| Q2 | Even if you have already mentioned it, what specific services are being offered with respect to instruments designed for use in robotic-assisted surgical systems? Please list all the services that you believe are being offered. |
|----|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Have a Belief About Services Offered: | 85% |
|     Repair / fix / repair damaged parts | 31 |
|     Reset uses / count / reset | 18 |
|     Save money | 12 |
|     Reuse / extend life / use longer | 12 |
|     Maintain / maintenance / service | 9 |
|     Reprocess | 6 |
|     Refurbish / recondition / restore | 6 |
|     ISO certified / certified facility / service | 5 |
|     Improve patient outcome / better handling / precision / less invasive | 4 |
|     Inspect / provide support / customer service | 4 |
|     Performs the same / better / does not alter function of instrument | 3 |
|     Other (net)* | 34 |
| Don't Have a Belief About Services Offered: | 15 |

*2% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**"Repair and Reset" Services**

44.   When asked what is meant by the term "repair and reset" in the context of the ad, participants mainly describe the "repair and reset" process as resetting the uses or resetting the count (47%) and repairing or fixing the instrument (46%).

| Q3 | What do you think is meant by the term **"repair and reset"** as used in this advertisement?  That is, what specifically do you understand the company would do to the instruments as part of the "repair and reset" process? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Have a Belief About Term "Repair and Reset": | 94% |
| Reset uses / count / reset | 47 |
| Repair / fix / repair damaged parts | 46 |
| Reuse / extend life / use longer | 24 |
| Return product to original settings / like new | 14 |
| Refurbish / recondition / restore | 8 |
| Replace | 6 |
| Save money | 6 |
| Maintain / maintenance / service | 5 |
| Monitor / count / track # uses or lives | 4 |
| Reprocess | 4 |
| Don't have to throw away / buy new one | 4 |
| Performs the same / better / does not alter function of instrument | 3 |
| Other (net)* | 13 |
| Don't Have a Belief About Term "Repair and Reset": | 6 |

*2% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

45.     When asked directly whether they would expect Rebotix to perform certain activities as part of its "repair and reset" process, a substantial proportion of respondents (approximately one-third) stated that they would not expect that process to include the steps of either removing the original memory chip and relocating it to a third party circuit board (31%, with an additional 32% who were uncertain), or discarding the original circuit board and substituting it with a third party one (31%, with an additional 30% who were uncertain). By contrast, large majorities of respondents indicated that they would expect the "repair and reset" process to include activities such as inspecting and testing devices for performance (94%), sharpening surgical tools (76%), and sterilizing component parts (69%).

| Q9 | Think back again to the "repair and reset" services being advertised by this company. |
|----|--------|
|    | For each activity below, please indicate whether this is something you would OR would not expect this company to do as part of the "repair and reset" process, OR do you not know? |

| | Activity Asked About | | | | |
|---|---|---|---|---|---|
| **All Respondents** | **Inspect and test devices for performance (200) 100%** | **Sharpen surgical tools (200) 100%** | **Sterilize component parts (200) 100%** | **Remove original memory chip and relocate it to a third party circuit board (200) 100%** | **Discard original circuit board and substitute it with a third party one (200) 100%** |
| Would expect them to do this | 94% | 76% | 69% | 36% | 38% |
| Would not expect them to do this | 4 | 17 | 26 | 31 | 31 |
| Don't know | 2 | 7 | 5 | 32 | 30 |

**NOTE:** Table may sum to total due to rounding.

**Advantages / Benefits**

46.    The main advantage seen for their hospital using Rebotix's "repair and reset" services is cost savings (65%).

| Q4 | What advantages or benefits, if any, do you believe there would be for your organization if this company performed the "repair and reset" services being advertised? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Have a Belief About Advantages / Benefits: | 89% |
| Save money | 65 |
| Reuse / extend life / use longer | 16 |
| Don't have to throw away / buy new one | 12 |
| Repair / fix / repair damaged parts | 9 |
| Reduce waste / ecological / recycle | 8 |
| Save time | 6 |
| Reset uses / count / reset | 5 |
| Improve patient outcome / better handling / precision / less invasive | 3 |
| Performs the same / better / does not alter function of instrument | 3 |
| Maintain / maintenance / service | 3 |
| Other (net)* | 18 |
| None / No advantages or benefits | 6 |
| Don't know | 4 |

*2% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**Summary of "Repair" Message**

47.   When taking into account their responses across Questions 1-4 (i.e., main message, services offered, meaning of the term "repair and reset," advantages of using Rebotix service), a net of 66% of survey respondents took away a "repair" message from the Rebotix advertisement. Below is a sample of some of their verbatim comments:[13]

**ID 93**

| Q1a | You can obtain repair services for your endowrist device using Robotix OEM parts in an ISO accredited facility for savings up to 45%. These parts and repair services will not alter the functionality of your endowrist device. |
|---|---|

**ID 109**

| Q3 | They will reprocess these items and repair them to meet FDA requirements for a savings. |
|---|---|

**ID 138**

| Q3 | Repair and make new again. |
|---|---|

**ID 154**

| Q1b | Endowrist instruments are a component of a robotic surgery module that may require repair/replacement, and this product being advertised is expert in this. |
|---|---|

**ID 187**

| Q2 | A device that provides some kind of repair services to robotic surgical devices. |
|---|---|

**ID 196**

| Q3 | Repair and or replace parts of the instrument so that it may continue to be used, instead of needing to purchase a new one. |
|---|---|

**ID 198**

| Q3 | Fix any malfunctioning items, and prepare to be operating room ready upon return. |
|---|---|

**ID 445**

| Q1a | If you use Rebotix, then you can repair the endowrist device for significant savings (45%), and you can even do a free trial. |
|---|---|
| Q3 | Repair means to fix any damaged components, and reset means to return it to new condition. |

---

[13] A complete listing of survey responses for each respondent is provided under separate cover in the Parikh Survey Data File.

**ID 619**

| | |
|---|---|
| Q1a | Company offers repair services for the endowrist products in an ISO certified facility with 45% savings. |
| Q2 | Repair services for robotic instrumentation in an ISO certified facility. |

**ID 642**

| | |
|---|---|
| Q1a | You can get repairs, maintenance and parts cheaper. |

**ID 705**

| | |
|---|---|
| Q3 | Check and make sure instruments are in good shape and fix the ones that aren't and by doing this it will save on replacements. |

**ID 786**

| | |
|---|---|
| Q3 | Repair the equipment to be able to use it again. |

**ID 1045**

| | |
|---|---|
| Q2 | Repair / refurbishment of robotic instruments in order to extend their life, allowing for less frequent necessary purchase of disposable equipment, thus saving the hospital money. |
| Q3 | Check and or repair gears, seals, bearings, other mechanical components which would suffer wear and tear with normal use. |

**ID 1046**

| | |
|---|---|
| Q3 | Repair and refurbish the endowrist on robotic instruments. |

**ID 1121**

| | |
|---|---|
| Q3 | Take an instrument like the endowrist that may have a lot of life left in it, repair any minor wear and tear and allow continued use for longer, saving resources and money. |

**Disadvantages / Drawbacks**

48.     When asked about the potential disadvantages or drawbacks of using Rebotix's "repair and reset" services, the most frequent response pertained to concerns about quality, reliability, or performance (20%).  Just 12% of respondents mentioned that it may void the warranty or service contract with Intuitive, and only 5% mentioned concerns about patient safety.

| Q5 | What disadvantages or drawbacks, if any, do you believe there would be for your organization if this company performed the "repair and reset" services being advertised? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Have a Belief About Disadvantages / Drawbacks: | 62% |
| Quality / reliability / performance concerns / instrument may fail or break | 20 |
| May void warranty / service contract with Intuitive | 12 |
| Legal / compliance / liability / FDA concerns | 9 |
| Cost | 8 |
| Third party provider | 5 |
| Patient safety / infection concerns | 5 |
| Used / second hand / reconditioned parts / products | 5 |
| Instrument overuse / extended use concerns | 4 |
| Turnaround time | 4 |
| Compromise relationship with Intuitive | 2 |
| Experienced / qualified provider | 2 |
| Hospitals / doctors reluctant / don't trust | 2 |
| Other (net)* | 11 |
| None / No disadvantages or drawbacks | 29 |
| Don't know | 9 |

*1% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**Cost Savings**

49.    As noted earlier, cost savings is a central promise of the Rebotix advertising.  On a spontaneous basis, almost half of respondents (45%) mention cost savings when asked about the main message of the ad (Q1a/b), and two-thirds (65%) of respondents spontaneously name cost savings when asked about the advantages or benefits of using Rebotix's "repair and reset" services (Q4).

50.    When asked directly if they expect their organization to receive a cost savings from using these "repair and reset" services, three-fourths of respondents (74%) said that they would. Estimates of the cost savings range from under $25,000 to over $200,000 in terms of dollars, and from 10% to more than 45% in terms of percentage savings.

| Q6a | Based on this advertisement, do you OR do you not believe that your organization would receive any cost savings if this company performed the "repair and reset" services being advertised, OR do you not have a belief? |

**If "Yes, I believe my organization would receive cost savings" (Q6a), ask:**

| Q6b | Roughly how much cost savings would you expect your organization to receive? |

| All Respondents | Total (200) 100% |
|---|---|
| Yes, I Believe My Organization Would Receive Cost Savings (net): | 74% |
| Percentage Savings (net): | 28 |
| 45% or more / minimum of 45% | 2 |
| 45% | 14 |
| 26%-44% | 6 |
| 25% | 2 |
| 20%-24% | 4 |
| 15%-19% | 2 |
| 10%-14% | 2 |
| Dollar Savings (net): | 14 |
| More than $200,000 | 4 |
| $101,000–$200,000 | 1 |
| $100,000 | 2 |
| $50,000–$99,999 | 1 |
| $25,000–$49,999 | 2 |
| Less than $25,000 | 4 |
| Dollar amount unspecified | 2 |
| Depends on use / number of devices | 3 |
| Unspecified amount / percentage | 4 |
| Don't know | 26 |
| No, I Don't Believe My Organization Would Receive Cost Savings | 12 |
| Don't know | 14 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**Authorization / Approval / Endorsement**

51.    Four in ten respondents (41%) falsely believe that Rebotix is authorized, approved or endorsed by the manufacturer of EndoWrist instruments (Intuitive).

| **Q7a** | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments, <u>OR</u> do you not have a belief? |
|---|---|

**If "Yes, it is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments" (Q7a), ask:**

| **Q7b** | What makes you say that this company is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments? |
|---|---|

| **All Respondents** | **Total (200) 100%** |
|---|---|
| <u>Yes, It Is Authorized, Approved, or Endorsed by the Manufacturer of EndoWrist Instruments (net):</u> | <u>41%</u> |
| <u>What makes you say that?</u> | |
| Named in the flyer / EndoWrist named in the flyer | 16 |
| Wouldn't be allowed without it / assume there has to be authorization | 6 |
| Seems like it / appears that way in ad | 6 |
| Because they service EndoWrist | 3 |
| ISO certified facility / ISO certified | 2 |
| It's their product / flyer | 2 |
| EndoWrist patent / trademark symbol | 2 |
| Free EndoWrist / EndoWrist reset | 1 |
| Other (net)* | 6 |
| Don't know / Not answering | 4 |
| No, It Is Not Authorized, Approved or Endorsed by the Manufacturer of EndoWrist Instruments | 28 |
| Don't know | 32 |

*0.5% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

28

52.   By contrast, when asked the corresponding control question to account for potential survey noise, just 10% of respondents reported the belief that Rebotix is authorized, approved or endorsed by Walgreens.

| Q8a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |
|---|---|

**If "Yes, it is authorized, approved, or endorsed by Walgreens" (Q8a), ask:**

| Q8b | What makes you say that this company is authorized, approved, or endorsed by Walgreens? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| Yes, It Is Authorized, Approved, or Endorsed by Walgreens (net): | 10% |
| What makes you say that? | |
| Named in the flyer | 1 |
| Seems like it / appears that way in ad | * |
| Wouldn't be allowed without it / assume there has to be authorization | * |
| Other | 3 |
| Don't know / Not answering | 5 |
| No, It Is Not Authorized, Approved or Endorsed by Walgreens | 31 |
| Don't know | 59 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

53.   Taking into account the results of the control question (to address survey noise, as discussed above), a net of 31% of respondents believe that Rebotix is authorized, approved or endorsed by the manufacturer of EndoWrist instruments (Intuitive).

**Test question:**

| Q7a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments, <u>OR</u> do you not have a belief? |
|---|---|

**Control question:**

| Q8a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |
|---|---|

| All Respondents | Believe Rebotix Is Authorized, Approved, or Endorsed by Intuitive (Test) | | Believe Rebotix Is Authorized, Approved, or Endorsed by Walgreens (Control) | | Net Confusion (Test – Control) |
|---|---|---|---|---|---|
| **Net Confusion:** | **41%** | - | **10%** | = | **31%** |

## VI. CONCLUSIONS

54.     Based on the results of this survey, it is my conclusion that:

- The Rebotix advertisement communicates general "repair" services.

  - Two in three survey participants (66%) took away a "repair" message from this Rebotix ad.

- The Rebotix advertisement does not adequately convey the physical modifications that Rebotix actually performs on EndoWrist instruments as part of its "repair and reset" process.

  - Approximately one-third of participants say that they would not expect Rebotix to discard the original circuit board and substitute it with a third party one (31%, with an additional 32% who were uncertain), and the same proportion say that they would not expect Rebotix to remove the original memory chip and relocate it to a third party circuit board (31%, with an additional 30% who were uncertain).

- The Rebotix ad is not transparent about potential risks of using its "repair and reset" services.

  - Only 12% of respondents said that using Rebotix might void their warranty or service contract with Intuitive, and just 5% mentioned patient safety concerns.

- The Rebotix ad communicates a clear cost savings message.

  - Almost half of respondents (45%) spontaneously discussed cost savings as one of the main messages of the ad, and two-thirds identify cost savings as the primary advantage to using Rebotix's services (65%).  When asked directly, three in four (74%) said that they would expect their organization to receive a cost savings from using Rebotix's "repair and reset" services.

- The Rebotix ad conveys to consumers that Rebotix is authorized, approved or endorsed by Intuitive, which I understand not to be true.

  - After taking into account the results of a control question, a net of 31% of respondents indicated the belief that Rebotix is authorized, approved or endorsed by Intuitive.

Executed on July 26, 2021 in Chicago, Illinois.

_Sara Parikh_

Sara Parikh, PhD

# APPENDIX A

Sara Parikh Biography and Case List





## SARA PARIKH, PhD

Biography

**Summary**

Sara Parikh is an accomplished research professional with a PhD in Sociology and over 30 years of experience in research design, execution and analysis.

**Experience**

Sara Parikh is President of Willow Research, LLC ("Willow"), a research and consulting firm that designs and conducts quantitative and qualitative studies of consumers and professionals.  She has over 30 years of experience designing and conducting original research studies on behalf of a wide range of commercial and non-commercial clients.  Sara oversees all phases of research, including project design, questionnaire development, field instruction and supervision, coding and data specification, data analysis, and reporting.  She is versed in the full complement of quantitative and qualitative research methodologies and testifies as a survey expert in litigation.

**Education**

PhD and MA in Sociology from the University of Illinois at Chicago
- Doctoral dissertation supported by a grant from the National Science Foundation
- Postdoctoral fellow at the American Bar Foundation

BA in Political Science from the University of Wisconsin-Madison

**Professional Activities**

- Presents on topics related to survey research and consumer behavior at professional conferences and seminars.
- Member of the International Trademark Association

Cases in which Sara Parikh has testified or been deposed in the past four years:

**C5 MEDICAL WERKS, LLC** versus CERAMTEC GMBH
United States Patent and Trademark Office, Before the Trademark Trial and Appeal Board. 2020.
*Primary Significance*
*Deposition*

S.C. JOHNSON & SON, INC. versus **YOUNG LIVING ESSENTIAL OILS, LC**
National Advertising Division, Better Business Bureau. 2020.
*False Advertising*
*NAD Hearing*

In the Matter of CERTAIN POCKET LIGHTERS **(BIC CORPORATION)**
United States International Trade Commission, Washington, DC. 2019.
*Likelihood of Confusion and Dilution*
*Deposition*

**O'REILLY AUTOMOTIVE STORES, INC.** versus BEARING TECHNOLOGIES, LTD.
Western District of Missouri. 2017.
*Secondary Meaning*
*Deposition*

**POLYGROUP LIMITED (MCO)** versus WILLIS ELECTRIC COMPANY, LIMITED
United States Patent and Trademark Office, Before the Patent Trial and Appeal Board. 2017.
*Patent Infringement*
*Deposition*

## PUBLICATIONS

Sara Parikh and Jean Hippert, "Survival of the Fittest: Payers Reimagined," The PNC Financial Services Group, Inc. December 2018.

Sara Parikh and Jean Hippert, "Survival of the Fittest: Employers Step Up Their Commitment to Healthcare," The PNC Financial Services Group, Inc. July 2018.

Sara Parikh and Jean Hippert, "Survival of the Fittest: Hospitals in Transformation," The PNC Financial Services Group, Inc. January 2018.

Sara J. Parikh and Vandana Razdan, "Going Global:  What American Companies are Doing to Build and Protect Their Brands Overseas," *Landslide*, a publication of the American Bar Association. Vol. 4, No. 6, July/August 2012.

Sara Parikh and Terrence Lavin, "Lessons from Jury Research," *Illinois Bar Journal.*  Vol. 96, No. 4, April 2008.

Sara Parikh, "How the Spider Catches the Fly:  Referral Networks in the Plaintiff's Personal Injury Bar," *New York Law School Law Review.* Vol. 51, 2006/2007.

Sara Parikh and Bryant Garth, "Philip Corboy and the Construction of the Plaintiffs' Personal Injury Bar," *Law and Social Inquiry.*  Vol. 30, No. 2, April 2005.

# APPENDIX B

List of Materials Considered

# List of Materials Considered

**Rebotix Report**

**Appendix B: List of Materials Considered**

Pleadings:

- Complaint. Filed: 09/28/20.
- Defendant's Answer, Affirmative Defenses and Counterclaims. Filed: 04/02/21.
- Exhibits A – E attached to Defendant's Answer, Affirmative Defenses and Counterclaims.  Filed: 04/02/21.
- Rebotix's Objections and Responses to Intuitive's Second Set of Interrogatories.

Documents from Rebotix:

- REBOTIX162404-162424
- REBOTIX055565-055566 (AEO)
- REBOTIX054164-054166 (AEO)
- REBOTIX068496 (AEO)
- REBOTIX068513 (AEO)

Deposition Testimony:

- CONF AEO 30(b)(6) Glenn Papit Deposition Transcript. Date: June 2, 2021.
  - Papit Exhibit 1
  - Papit Exhibit 8: REBOTIX068496-068513 (AEO)

Other:

- Parikh Survey Data File
- Diamond, S. (2011). Reference Guide on Survey Research. In Reference Manual on Scientific Evidence (3rd ed.). Federal Judicial Center.
- Insights Association glossary definition of "funnel approach." (https://www.insightsassociation.org/issues-policies/glossary/funnel-approach)

# APPENDIX C

Questionnaire

# Questionnaire



## INTRODUCTION

**Text:** Welcome to our survey. We want to assure you that we are interested only in your opinions and are not connected with the sale of any product or service. Your identity will be kept strictly confidential.

If you normally wear eyeglasses or contact lenses when reading material on a computer screen, please wear them for this survey.

**NOTE: If you are currently using a smartphone to access this survey, please return to it using a desktop, laptop, or tablet.**


## SCREENER

**<Insert CAPTCHA>**

| S1 | Do you work for, or on behalf of, a hospital, hospital system, or surgery center? |
|----|----|
| ❍ | No |
| ❍ | Yes |

**If "No," terminate.**

| S2a | Does your organization currently have any robotic-assisted surgical systems or instruments designed for use in such systems? |
|----|----|
| ❍ | No |
| ❍ | Yes |

**If "Yes," skip to S3a.**

**If "No" (S2a), ask:**

| S2b | What is the likelihood that your organization will acquire any robotic-assisted surgical systems or instruments designed for use in such systems in the next five years? |
|----|----|
| ❍ | Very likely |
| ❍ | Somewhat likely |
| ❍ | Not very likely |
| ❍ | Not at all likely |
| ❍ | Don't know |

**If not "Very likely" or "Somewhat likely," terminate.**

| S3a | Thinking about the nature of your job, are you currently or likely to have any involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems? |
|---|---|
| ❍ | No |
| ❍ | Yes |

**If "No," terminate. If "Yes," continue with S3b.**

| S3b | Which, if any, of the following describes your involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems?<br><br>**Please select all that apply.** |
|---|---|

**Randomize row order.**

| ❑ | Selecting or procuring the systems / instruments |
|---|---|
| ❑ | Selecting or procuring servicing of the systems / instruments |
| ❑ | Monitoring or maintaining the systems / instruments |
| ❑ | Using or assisting others in using the systems / instruments (i.e., during surgery) |
| ❑ | Other…**Please specify.** |

| S4a | Do you have a clinical degree, license, or training as a medical professional? |
|---|---|
| ❍ | No |
| ❍ | Yes |

**If "Yes," continue with S4b. If "No," skip to S5.**

| S4b | Which, if any, of the following, best describes your clinical training?<br><br>**Please select all that apply.** |
|---|---|

| ❑ | Surgeon |
|---|---|
| ❑ | Surgical Nurse / OR Nurse / Perioperative Nurse |
| ❑ | Nurse Practitioner / CNP |
| ❑ | Registered Nurse / RN |
| ❑ | Physician Assistant |
| ❑ | Surgical Assistant |
| ❑ | Surgical Technologist / Scrub Technician |
| ❑ | Other…**Please specify.** |

| S5 | Do you, or does anyone in your household, work for any of the following? | | |
|---|---|---|---|
| **Randomize row order.** | | **No** | **Yes** |
| A market research or advertising firm | | ❍ | ❍ |
| A company that manufactures medical devices or instruments | | ❍ | ❍ |
| A financial services firm | | ❍ | ❍ |
| A company that manufactures office supplies | | ❍ | ❍ |

**If "Yes" to "A market research or advertising firm" or "A company that manufactures medical devices or instruments," terminate.**

| S6a | Do you usually wear eyeglasses or contact lenses when reading material on a computer screen? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "No," skip to S7.**

**If "Yes" (S6a), ask:**

| S6b | Will you please wear your eyeglasses or contact lenses for the remainder of the survey? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "No," terminate.**

| S7 | For survey quality control purposes, please select the number **"four."** |
|---|---|
| ○ | 10 |
| ○ | 9 |
| ○ | 8 |
| ○ | 7 |
| ○ | 6 |
| ○ | 5 |
| ○ | 4 |
| ○ | 3 |
| ○ | 2 |
| ○ | 1 |
| ○ | 0 |

**If does not select "4," terminate.**

## QUESTIONNAIRE

**Text:** It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

If you don't know the answer to a question, select the **"DON'T KNOW"** response option or type it in. Please do not guess.

**Show exhibit MM-1.**

**Text:** You are about to see a flyer from a company that advertises certain services. Please take a look at it as you would if you were thinking about utilizing the services being advertised. Depending on your screen, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

**Leave exhibit MM-1 on screen at least 10 seconds before the arrow appears.**

| Q1a | What was the main message of the advertising you just looked at? |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |

**If "Don't know," skip to Q2. If gives a substantive response, continue with Q1b.**

| Q1b | What other messages, if any, did you take away from this advertising? |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |
| ○ | No other messages |

| Q2 | Even if you have already mentioned it, what specific services are being offered with respect to instruments designed for use in robotic-assisted surgical systems? Please list all the services that you believe are being offered. |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |

**Show exhibit MM-2.**

**Text:** You are going to be shown the flyer again. Please take another look at it, paying particular attention to the words highlighted in yellow. Again, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

**Leave exhibit MM-2 on screen at least 10 seconds before the arrow appears.**

| Q3 | What do you think is meant by the term **"repair and reset"** as used in this advertisement?  That is, what specifically do you understand the company would do to the instruments as part of the "repair and reset" process?<br><br>*You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ○ | Don't know |

| Q4 | What advantages or benefits, if any, do you believe there would be for your organization if this company performed the "repair and reset" services being advertised?<br><br>*You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ○ | Don't know |
| ○ | None / No advantages or benefits |

| Q5 | What disadvantages or drawbacks, if any, do you believe there would be for your organization if this company performed the "repair and reset" services being advertised?<br><br>*You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ○ | Don't know |
| ○ | None / No disadvantages or drawbacks |

| Q6a | Based on this advertisement, do you <u>OR</u> do you not believe that your organization would receive any cost savings if this company performed the "repair and reset" services being advertised, <u>OR</u> do you not have a belief? |
|---|---|

**Rotate order of first two response options shown.**

| | |
|---|---|
| ○ | No, I don't believe my organization would receive cost savings |
| ○ | Yes, I believe my organization would receive cost savings |
| ○ | Don't know |

**If "No, I don't believe my organization would receive cost savings" or "Don't know," skip to Q7a.**

**If "Yes, I believe my organization would receive cost savings" (Q6a), ask:**

| Q6b | Roughly how much cost savings would you expect your organization to receive?<br><br>*You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ○ | Don't know |

**Rotate order in which Q7 and Q8 are asked between respondents.**

| Q7a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments, <u>OR</u> do you not have a belief? |
|---|---|

**Rotate order of first two response options shown.**

&#9711;  No, it is not authorized, approved, or endorsed by the manufacturer of EndoWrist instruments

&#9711;  Yes, it is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments

&#9711;  Don't know

**If "No, it is not authorized, approved, or endorsed by the manufacturer of EndoWrist instruments" or "Don't know," skip to Q8a.**

**If "Yes, it is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments" (Q7a), ask:**

| Q7b | What makes you say that this company is authorized, approved, or endorsed by the manufacturer of EndoWrist instruments?<br><br>*You are not limited by the size of the answer box.* |
|---|---|

**Open end**

&#9711;  Don't know

| Q8a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |
|---|---|

**Rotate order of first two response options shown.**

&#9711;  No, it is not authorized, approved, or endorsed by Walgreens

&#9711;  Yes, it is authorized, approved, or endorsed by Walgreens

&#9711;  Don't know

**If "No, it is not authorized, approved, or endorsed by Walgreens" or "Don't know," skip to Q9.**

**If "Yes, it is authorized, approved, or endorsed by Walgreens" (Q8a), ask:**

| Q8b | What makes you say that this company is authorized, approved, or endorsed by Walgreens?<br><br>*You are not limited by the size of the answer box.* |
|---|---|

**Open end**

&#9711;  Don't know

| **Q9** | Think back again to the "repair and reset" services being advertised by this company. |
|---|---|
| | For each activity below, please indicate whether this is something you would OR would not expect this company to do as part of the "repair and reset" process, OR do you not know? |

| Randomize row order. | Would NOT expect them to do this | Would expect them to do this | Don't know |
|---|:---:|:---:|:---:|
| Discard original circuit board and substitute it with a third party one | ○ | ○ | ○ |
| Remove original memory chip and relocate it to a third party circuit board | ○ | ○ | ○ |
| Sharpen surgical tools | ○ | ○ | ○ |
| Sterilize component parts | ○ | ○ | ○ |
| Inspect and test devices for performance | ○ | ○ | ○ |

## CLASSIFICATION

**If "Surgeon" (S4b), ask:**

| **C1** | Which of the following best describes your surgical specialty? |
|---|---|

Randomize row order.

- ○ Cardiac surgery
- ○ General surgery
- ○ Colorectal surgery
- ○ Gynecology surgery
- ○ Head and Neck surgery
- ○ Thoracic surgery
- ○ Urology surgery
- ○ Plastic surgery
- ○ Neurosurgery
- ○ Vascular surgery
- ○ Pediatric surgery
- ○ Orthopaedic surgery
- ○ Other…**Please specify.**

| **C2** | What is your job title or role? |
|---|---|

**Open end**

| **C3** | In what state are you based? |
|---|---|
| ○ | **<State drop down list>** |

| **C4** | What is your gender? |
|---|---|
| ○ | Male |
| ○ | Female |

| C5 | What is your age? |
|---|---|
| | **Open end** |

**If "Yes" (S2a), ask:**

| C6a | Do you currently have the da Vinci surgical system? |
|---|---|
| | **Rotate order of first two response options shown.** |
| ❍ | No |
| ❍ | Yes |
| ❍ | Don't know |

**If "Very likely" or "Somewhat likely" (S2b), ask:**

| C6b | Are you likely to acquire the da Vinci surgical system in the next five years? |
|---|---|
| | **Rotate order of first two response options shown.** |
| ❍ | No |
| ❍ | Yes |
| ❍ | Don't know |

## VALIDATION

| VAL | Please select which best describes how you feel about the validation statements below:<br><br>During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey. |
|---|---|
| ❍ | I have read and AGREE with the above validation statements. |
| ❍ | I do NOT AGREE with the above validation statements. |

**Text:** Thank you for participating in our survey! We appreciate your time and your opinions. Please click the arrow to complete the survey.

# APPENDIX D

Exhibits

# Exhibits

**Exhibit MM-1**



**Exhibit MM-2**



# APPENDIX E

Results from Screening and Classification Questions

# Results from Screening Questions

**Results from Screening Questions**

**S1**     Do you work for, or on behalf of, a hospital, hospital system, or surgery center?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 100% |
| No | -- |

**S2a**    Does your organization currently have any robotic-assisted surgical systems or instruments designed for use in such systems?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 88% |
| No | 12 |

**If "No" (S2a), ask:**

**S2b**    What is the likelihood that your organization will acquire any robotic-assisted surgical systems or instruments designed for use in such systems in the next five years?

| All Respondents | Total (200) 100% |
|---|---|
| Don't Currently Have Robotic-Assisted Surgical System / Instrument: | 12% |
| Very likely | 6 |
| Somewhat likely | 6 |
| Not very likely | -- |
| Not at all likely | -- |
| Don't know | -- |

**S3a**    Thinking about the nature of your job, are you currently or likely to have any involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 100% |
| No | -- |

**S3b**    Which, if any, of the following describes your involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems?

**Please select all that apply.**

| All Respondents | Total (200) 100% |
|---|---|
| Selecting or procuring the systems / instruments | 65% |
| Using or assisting others in using the systems / instruments (i.e., during surgery) | 64 |
| Selecting or procuring servicing of the systems / instruments | 58 |
| Monitoring or maintaining the systems / instruments | 42 |
| Other | 4 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**S4a**    Do you have a clinical degree, license, or training as a medical professional?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 87% |
| No | 13 |

**If "Yes" (S4a), ask:**

**S4b**    Which, if any, of the following, best describes your clinical training?

**Please select all that apply.**

| All Respondents | Total (200) 100% |
|---|---|
| All Who Have a Clinical Degree / License: | 87% |
| Surgeon | 40 |
| Registered Nurse / RN | 24 |
| Surgical Nurse / OR Nurse / Perioperative Nurse | 20 |
| Nurse Practitioner / CNP | 8 |
| Surgical Technologist / Scrub Technician | 5 |
| Surgical Assistant | 3 |
| Physician Assistant | * |
| Other | 5 |

*0.5% or fewer mentions, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**S5** Do you, or does anyone in your household, work for…a market research or advertising firm?

| All Respondents | Total (200) 100% |
|---|---|
| No | 100% |
| Yes | -- |

**S5** Do you, or does anyone in your household, work for…a company that manufactures medical devices or instruments?

| All Respondents | Total (200) 100% |
|---|---|
| No | 100% |
| Yes | -- |

**S5** Do you, or does anyone in your household, work for…a financial services firm?

| All Respondents | Total (200) 100% |
|---|---|
| No | 100% |
| Yes | -- |

**S5** Do you, or does anyone in your household, work for…a company that manufactures office supplies?

| All Respondents | Total (200) 100% |
|---|---|
| No | 100% |
| Yes | -- |

**S6a** Do you usually wear eyeglasses or contact lenses when reading material on a computer screen?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 58% |
| No | 42 |

**If "Yes" (S6a), ask:**

| S6b | Will you please wear your eyeglasses or contact lenses for the remainder of the survey? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Usually Wear Glasses / Contacts: | 58% |
| Yes | 58 |
| No | -- |

| S7 | For survey quality control purposes, please select the number **"four."** |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| 10 | -- |
| 9 | -- |
| 8 | -- |
| 7 | -- |
| 6 | -- |
| 5 | -- |
| 4 | 100% |
| 3 | -- |
| 2 | -- |
| 1 | -- |
| 0 | -- |

# Results from Classification Questions

**Results from Classification Questions**

**If "Surgeon" (S4b), ask:**

**C1**   Which of the following best describes your surgical specialty?

| All Respondents | Total (200) 100% |
|---|---|
| All Who Are Surgeons: | 40% |
| General surgery | 20 |
| Colorectal surgery | 6 |
| Neurosurgery | 4 |
| Thoracic surgery | 4 |
| Plastic surgery | 2 |
| Vascular surgery | 2 |
| Cardiac surgery | 1 |
| Pediatric | 1 |
| Gynecology surgery | 1 |
| Orthopaedic surgery | -- |
| Urology surgery | -- |
| Head and Neck surgery | -- |
| Other | * |

*0.5% or fewer mentions, but not zero.
**NOTE:** Table does not sum to total due to rounding.

| C2 | What is your job title or role? |
|----|--------------------------------|

| All Respondents | Total (200) 100% |
|-----------------|------------------|
| Surgeon / Attending Surgeon | 24% |
| Registered Nurse / RN | 22 |
| C-Suite (e.g., CFO, CMO, Hospital Administrator) | 15 |
| Chief / Chairman / Director | 13 |
| Manager / Supervisor | 8 |
| Nurse Practitioner / CNP | 4 |
| Physician / Attending / Attending Physician / MD | 4 |
| Director of Supply Chain / Materials Management / Purchasing / Procurement | 4 |
| Medical Director | 3 |
| Professor / Educator | 2 |
| Chief Nursing Officer / Director of Nursing | 2 |
| Other | 4 |

**If "Yes" (S2a), ask:**

| C6a | Do you currently have the da Vinci surgical system? |
|-----|------------------------------------------------------|

| All Respondents | Total (200) 100% |
|-----------------|------------------|
| All Who Have Robotic-Assisted Surgical Systems / Instruments: | 88% |
| Yes | 78 |
| No | 8 |
| Don't know | 4 |

**NOTE:** Table does not sum to total due to rounding.

**If "Very likely" or "Somewhat likely" (S2b), ask:**

**C6b**    Are you likely to acquire the da Vinci surgical system in the next five years?

| All Respondents | Total (200) 100% |
|---|---|
| All Who Are "Very / Somewhat Likely" To Acquire Any Robotic-Assisted Surgical Systems / Instruments In The Next Five Years: | 12% |
| Yes | 6 |
| No | * |
| Don't know | 4 |

*0.5% or fewer mentions, but not zero.
**NOTE:** Table does not sum to total due to rounding.

## Demographic Summary

| All Respondents | Total (200) 100% |
|---|---|
| Census Region | |
| South | 38% |
| Northeast | 26 |
| Midwest | 18 |
| West | 18 |
| | |
| Gender | |
| Male | 63% |
| Female | 37 |
| | |
| Age Group | |
| 21-34 years | 14% |
| 35-54 years | 54 |
| 55+ years | 33 |

**NOTE:** Table does not sum to total due to rounding.