Exhibit 3

Deposition of Dr. Sara Parikh (Excerpt)

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            MIDDLE DISTRICT OF FLORIDA
 3                  TAMPA DIVISION
 4            Case No. 8:20-CV-02274
 5   _____
 6   REBOTIX REPAIR, LLC,                  )
 7                    Plaintiff,           )
 8        vs.                              )
 9   INTUITIVE SURGICAL, INC.,             )
10                    Defendant.           )
11   _____ )
12
13
14
15
16       DEPOSITION OF DR. SARA PARIKH
17    TAKEN REMOTELY BY VIDEOCONFERENCE
18              September 27, 2021
19
20
21
22
23
24   Reported by:  Mary Ann Payonk, CSR
25   Job No. 200063
```

Page 20

```
 1      A.   I believe so.  I -- I mean, I have to
 2   look at these documents from Rebotix, but I
 3   believe so.
 4      Q.   When you list materials considered,
 5   you identify deposition testimony.
 6           Do you see that?
 7      A.   I'm going back and forth.  Yes.
 8      Q.   And you have one deposition
 9   transcript listed there.  It's the deposition
10   of Glen Pappit.
11           Do you see that?
12      A.   Yes.
13      Q.   Is the deposition of Glenn Papit the
14   only deposition you reviewed in connection with
15   your work in this case?
16           MR. FEIRMAN:  Object to form.
17      A.   Yes, I believe so.
18      Q.   You identify two exhibits from the
19   Papit deposition, Exhibit 1 and Exhibit 8.
20           Do you see that?
21      A.   Yes.
22      Q.   Are those the only exhibits from the
23   Papit deposition that you considered in
24   connection with your work on this case?
25      A.   I believe so, yes.
```

Page 21

1    Q.   Did you review the entirety of the
2    Papit deposition transcript, or only the
3    portions cited in the body of your report?
4    A.   Only the portions cited in the body
5    of my report.
6    Q.   How did you determine which portions
7    of the Papit deposition to review?
8    A.   I asked counsel for the relevant
9    excerpts around the target population or
10   universe.
11   Q.   The particular pages -- withdrawn.
12        The particular testimony from the
13   Pappit deposition that you review cited in your
14   report were provided to you by counsel?
15   A.   Yes.
16   Q.   After reviewing the portions of the
17   Papit report that counsel directed you to
18   review, did you review any additional portions
19   of the Papit deposition transcript?
20   A.   I'm not sure.  I -- I should say I
21   think I have the full transcript, but I'm not
22   sure if I reviewed the whole thing or just
23   parts of it.  I can't remember.
24   Q.   Upon -- withdrawn.
25        At any point, did you ask counsel if