Exhibit 4

Deposition of Dr. Larry Chiagouris (Excerpt)

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBOTIX REPAIR LLC,
    Plaintiff,                    CIVIL ACTION FILE

vs.                               NO.: 8:20-cv-02274

INTUITIVE SURGICAL, INC.,

    Defendant.


    ***   CONFIDENTIAL ATTORNEYS' EYES ONLY   ***

        DEPOSITION DR. LARRY CHIAGOURIS
            APPEARING REMOTE FROM
              LITTLETON, COLORADO

            SEPTEMBER 29, 2021
              8:17 A.M. MST


Reported By:
Judith L. Leitz Moran
RPR, RSA, CCR-B-2312

Case 8:20-cv-02274-VMC-TGW   Document 122-5   Filed 12/08/21   Page 3 of 8 PageID 20437

CONF AEO Dr. Larry Chiagouris                September 29, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 13

1   Q   When you refer to meeting with Rebotix's
2   counsel, who specifically are you referring to?
3   A   Alexander Erwig.
4   Q   Anyone else?
5   A   I had a telephone conversation with Rick
6   Lyons.
7   Q   Who is Glenn Papit?
8   A   He's -- he's in -- in a capacity of a
9   sales professional, marketing sales professional,
10  who initiated contacts with prospects for Rebotix.
11  Q   Is there anyone else besides Mr. Papit
12  that initiates contacts with prospects for Rebotix?
13  A   You mean at this time?  Can you clarify
14  the question?
15  Q   Sure.
16      Do you have an understanding as to
17  whether Mr. Papit at this time is initiating
18  contacts with prospects for Rebotix?
19  A   Just to be clear, you're saying "at this
20  time."  Is he currently at this moment or yesterday
21  still initiating contacts with prospects of
22  Rebotix?
23  Q   Recently, yes.
24  A   I have not -- I don't know what he's
25  doing at this moment in time.

Case 8:20-cv-02274-VMC-TGW   Document 122-5   Filed 12/08/21   Page 4 of 8 PageID 20438

CONF AEO Dr. Larry Chiagouris                    September 29, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 129

1  for Rebotix.
2       Q    Dr. Chiagouris, are you unable from this
3  email chain to discern that the document available
4  at REBOTIX175206 through REBOTIX175325, which has
5  been marked as Exhibit 2 to this deposition, is the
6  planner for Mr. Papit from which Exhibit 3 to your
7  report was developed?
8       A    I -- reading this material, it's my under
9  -- now it's my understanding that the exhibit you
10 just shared with me, the weekly materials that we
11 just looked at a moment ago, that that was in some
12 form the source of what was sent to me representing
13 what was Mr. Papit's meeting schedules for that
14 six-week period that I understand to be
15 representative of the typical meeting schedules by
16 Mr. Papit.
17           And that's what I entered -- it was that
18 document, not this other exhibit you just shared
19 with me, but it was that document that was sent to
20 me that I copied and pasted it to populate the
21 first three columns of Exhibit 3 in my report.
22      Q    It's a little confusing with the various
23 exhibit numbers to this deposition and to your
24 report.
25           If I refer to what has been marked as

1          I saw that email exchange, yes.
2          MR. FEIRMAN:  Bailey, can we please mark
3    and share on the screen Exhibit 4, Tab 26.
4          CONCIERGE NEHER:  Please stand by.
5    BY MR. FEIRMAN:
6       Q    While she's pulling that up,
7    Dr. Chiagouris, are you retracting the opinion
8    offered in Paragraph 36 of your report?
9       A    Not at this moment until I understand
10   more about what -- we still don't know what
11   Mr. Papit's source of information was and I don't
12   know how he constructed the material that was
13   conveyed from him to counsel for Rebotix and
14   counsel for Rebotix to me.
15          So I'm not -- I'm not as you ask
16   retracting it, but I do need to know where that
17   material came from and until I know that -- I need
18   to know more where that came from.
19      Q    Based on the information that you have
20   today, you lack a basis to offer the opinion set
21   forth in Paragraph 36 of your report, correct?
22      A    Based on Paragraph 36 and -- and using
23   the Exhibit 3 as a source for the importance of
24   business financial professionals, I am not
25   retracting that, but until I know more about how --

```
 1              CONCIERGE NEHER:  I'm sorry, I don't want
 2   to interrupt, but I believe our court reporter just
 3   dropped off.  I'm not -- I just wanted to stop what
 4   we were saying.
 5              MR. FEIRMAN:  Can we go off record for a
 6   moment?
 7              VIDEO TECHNICIAN:  Absolutely.
 8              It is 11:41 a.m. and we are going off the
 9   record.
10              (Recess taken.)
11              VIDEO TECHNICIAN:  It is 11:44 a.m. and
12   we are back on the record.  Please proceed.
13   BY MR. FEIRMAN:
14        Q    Dr. Chiagouris --
15              CONCIERGE NEHER:  This is Exhibit 4.
16              (Deposition Exhibit 4 marked.)
17              MR. FEIRMAN:  Yes.
18   BY MR. FEIRMAN:
19        Q    Dr. Chiagouris, your counsel interposed
20   an objection that when I was referring to
21   Mr. Papit's planner I wasn't citing to the full
22   Bates range that was identified in Mr. Erwig's
23   email.  Do you recall that?
24        A    I do recall the exchange, yes.
25        Q    Yeah.  If you look at Exhibit 4 that has
```

Case 8:20-cv-02274-VMC-TGW   Document 122-5   Filed 12/08/21   Page 7 of 8 PageID 20441

CONF AEO Dr. Larry Chiagouris                September 29, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 143

1  been marked, and it appears on your screen, do you
2  see that this document starts with a Bates number
3  REBOTIX175084?
4       A    I see that.
5       Q    And if you scroll up to the top of this
6  page, do you see that this is a 2020 Weekly
7  Appointment Book?
8       A    Hold on.  2020 Weekly Appointment Book.
9  And I see the name Papit in the upper right-hand
10 corner.
11      Q    So do you understand that this is a
12 weekly appointment book kept by Mr. Papit for the
13 year 2020 and not the year 2019?
14      A    I now do, yes.  I do understand that.
15      Q    And the information contained within
16 Exhibit 3 to your report only concerns select dates
17 in 2019, correct?
18      A    My report only -- correct, my report
19 includes dates, six weeks, four weeks in March,
20 couple of weeks in April, correct, in 2019.
21           MR. FEIRMAN:  Do we still have the court
22 reporter?
23           THE COURT REPORTER:  Yes, I'm still here.
24           MR. FEIRMAN:  Okay.  The realtime isn't
25 working, but that's okay.

Case 8:20-cv-02274-VMC-TGW   Document 122-5   Filed 12/08/21   Page 8 of 8 PageID 20442

CONF AEO Dr. Larry Chiagouris                September 29, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 144

1  BY MR. FEIRMAN:
2      Q    Counsel also mentioned the Excel
3  documents that was the documentation of titles at
4  REBOTIX175328.  Do you recall that?
5      A    Yes.
6           MR. FEIRMAN:  Can we please introduce as
7  Exhibit 5, Tab 25.
8           CONCIERGE NEHER:  Please stand by.
9           This is Exhibit 5.
10          (Deposition Exhibit 5 marked.)
11 BY MR. FEIRMAN:
12     Q    Okay.  Dr. Chiagouris, if you look at
13 your screen, this is an Excel file.  So the cover
14 page says Native Document Placeholder.
15          MR. FEIRMAN:  Bailey, can you scroll to
16 that second page, please?
17 BY MR. FEIRMAN:
18     Q    Have you seen this document before,
19 Dr. Chiagouris?
20     A    Looks very familiar.  I think that's the
21 document where I excerpted titles.
22     Q    And the Bates number on the first page of
23 this document is REBOTIX175328, correct?
24     A    Yes, sir.
25     Q    So this is the Excel document to which