IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBOTIX REPAIR LLC,

    Plaintiff,

vs.

INTUITIVE SURGICAL, INC.,

    Defendant.

Case No.:  8:20-cv-02274

**NOTICE OF MOTION FILING**

Plaintiff Rebotix Repair, LLC files this notice to inform the Court that, pursuant to its order granting the parties' Motion to Seal (Dkt. 119), Plaintiff filed under seal today the following five motions by delivering a flash drive to the clerk:

1. Rebotix's Opposition to Intuitive's Motion for Summary Judgment

2. Rebotix's Opposition to Intuitive's Motion to Exclude the Expert Opinions of Dr. Russell Lamb

3. Rebotix's Opposition to Intuitive's Motion to Exclude the Expert Opinions of Dr. T. Kim Parnell

4. Rebotix's Opposition to Intuitive's Motion to Exclude the Expert Opinions of J. Lawrence Stevens

5. Rebotix's Opposition to Intuitive's Motion to Exclude the Expert Opinions of Gwen Mandel and Kurt Humphrey

1

Plaintiff also publicly filed its Opposition to Intuitive's Motion to Exclude the Expert Opinions of Dr. Larry Chiagouris as that filing contains no confidential or highly confidential information.

Date: December 8, 2021                               Respectfully submitted,

/s/ Alexander Erwig
Alexander Erwig
California Bar No. 334151 (*pro hac vice*)
alexander@dovel.com
Richard Lyon
California Bar No. 229288 (*pro hac vice*)
rick@dovel.com
Gregory S. Dovel
California Bar No. 135387 (*pro hac vice*)
greg@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
David L. Luikart III
Florida Bar No.: 21079
dave.luikart@hwhlaw.com
HILL WARD & HENDERSON, P.A.
101 East Kennedy Blvd.
Tampa, Florida 33602
Telephone: (813) 227-8419
Facsimile: (813) 221-2900

ATTORNEYS FOR PLAINTIFF
REBOTIX REPAIR LLC