# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 8:20-cv-02274-VMC-TGW |

## NOTICE OF MOTION FILING

Defendant Intuitive Surgical, Inc. ("Intuitive") files this notice to inform the Court that, pursuant to the Court's December 8, 2021 order (ECF 120), Intuitive filed under seal today Intuitive Surgical, Inc.'s Reply in Support of its Dispositive Motion for Summary Judgment and accompanying exhibits with the clerk. Pursuant to the December 8, 2021 order, Intuitive and Rebotix Repair LLC are in the process of conferring regarding the confidentiality designations of the opposition and reply briefing to the summary judgment and *Daubert* motions, and the parties will file final, redacted versions of all responses, replies, and supporting documents on the public docket on or before January 5, 2022.

2

DATED:  December 22, 2021  Respectfully submitted,

/s/ Karen Lent

| | |
|---|---|
| KAREN HOFFMAN LENT (*Pro Hac Vice*)<br>MICHAEL H. MENITOVE (*Pro Hac Vice*)<br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Tel: (212) 735-3000<br>karen.lent@skadden.com<br>michael.menitove@skadden.com<br><br>MICHAEL S. BAILEY (*Pro Hac Vice*)<br>1440 New York Avenue, N.W.<br>Washington, DC 20005<br>Tel: (202) 371-7000<br>michael.bailey@skadden.com | DAVID L. McGEE<br>Fla. Bar No. 220000<br>BEGGS & LANE, RLLP<br>501 Commendencia Street<br>Pensacola, FL 32502<br>Telephone: (850) 432-2451<br>dlm@beggslane.com<br><br>ALLEN RUBY (*Pro Hac Vice*)<br>Attorney at Law<br>15559 Union Ave. #138<br>Los Gatos, CA 95032<br>Tel: (408) 477-9690<br>allen@allenruby.com |

*Counsel for Intuitive Surgical, Inc.*