| Number | Title |
| --- | --- |
| 1 | First Expert Report of Heather Rosecrans |
| 2 | Second Expert Report of Heather Rosecrans |
| 3 | Deposition of Stan Hamilton |
| 4 | Deposition of Glenn Papit |
| 5 | Deutsche Bank Report |
| 6 | Expert Report of J. Lawrence Stevens |
| 7 | Myriam Curet Letter to FDA |
| 8 | Emails Between FDA and Rebotix |
| 9 | Follow Up Emails Between FDA and Rebotix |
| 10 | Intuitive's Responses & Objections to Rebotix's Third Set of Interrogatories |
| 11 | Deposition of Pullman Regional (Ed Harrich) |
| 12 | Deposition of Evergreen Health (Stacy Donovan) |
| 13 | Deposition of Glenn Vavoso |
| 14 | Letter from Intuitive to Pullman Regional |
| 15 | Intuitive's Motion to Dismiss |
| 16 | Surgical Instrument Service Company, Inc Complaint |
| 17 | Intuitive's Reply to Motion to Dismiss in SIS Case |
| 18 | November 16 Letter from FDA |

| | |
|---|---|
| 19 | First Expert Report of Loren Smith |
| 20 | Pullman Deposition Exhibit 3 |
| 21 | Declaration of Richard Lyon |