Exhibit 20

Pullman Deposition Exhibit 3

## YEARLY BREAKDOWN CHART

| | Rebotix | Intuitive | |
|---|---|---|---|
| Total Annual Surgeries | 300 | 300 | Input Personal Yearly Total Robotic Surgeries in **BLUE BOX** |
| Average Number of Instruments Per Surgery | 4 | 4 | Input Personal Average of Instruments Per Surgery in **YELLOW BOX** |
| Total Overall Instrument Uses Per Year | 1200 | 1200 | |
| Total Instrument uses before discard | 9 | 10 | |
| Total Instruments used Per Year | 133.3333333 | 120 | |
| Average Cost Per Instrument | $1,332 | $2,000 | |
| Total Cost Per Year | 177,600 | 240,000 | ---> Total Savings of 62,400 |

| | Rebotix | Intuitive | |
|---|---|---|---|
| Average Cost Per Instrument | $1,332 | $2,000 | <-------- Input Personal Intuitive Pricing in Right Column |
| Total Instrument uses before discard | 9 | 10 | |
| Average Cost Per Usage | $147.95 | $200 | |

## MONTHLY BREAKDOWN CHART

| | Rebotix | Intuitive | |
|---|---|---|---|
| Total Monthly Surgeries | 20 | 20 | Input Personal Monthly Total Robotic Surgeries in **BLUE BOX** |
| Average Number of Instruments Per Surgery | 4 | 4 | Input Personal Average of Instruments Per Surgery in **YELLOW BOX** |
| Total Overall Instrument uses Per Month | 80 | 80 | |
| Total Instrument uses before discard | 9 | 10 | |
| Total Instruments used Per Month | 8.888888889 | 8 | |
| Average Cost Per Instrument | $1,332 | $2,000 | |
| Total Cost Per Month | $11,840 | $16,000 | ---> Total Savings of $4,160 |

PLF EXHIBIT
E. Harrich
3
05/24/2021  CJV CSR6640