Exhibit 21

Lyon Declaration

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>        Defendant. | Case No.: 8:20-cv-02274 |

## Declaration of Richard Lyon

I, Richard Lyon, declare as follows:

1. I am a partner in the law firm Dovel & Luner, LLP, counsel of record for the Plaintiff Rebotix Repair LLC ("Rebotix") in this case. I have personal knowledge of the facts set forth in this declaration.

2. On behalf of Rebotix, I called the FDA on December 10, 2021, to follow up on the November 16, 2021, letter from Mark Trumbore of the FDA to Chris Gibson of Rebotix, a copy of which was submitted as Exhibit 18 to Rebotix's summary judgment motion.

3. As Dr. Trumbore's letter instructed, I directed my call to Anthony Lee of the FDA. The purpose of my call was twofold—to gain clarity as to what additional information the FDA would like Rebotix to provide and to request an extension on behalf of Rebotix until after the December holidays.

4. Dr. Lee informed me of the following:

- He is in possession of Rebotix's prior email exchange with Je Hi An and Jitrenda Virani of the FDA in March 2020, a copy of which was submitted as Exhibit 9 to Rebotix's summary judgment motion.

- After Rebotix's March 2020 exchange with Dr. An and Dr. Virani, the FDA did not complete its review and did not make a decision one way or the other as to whether Rebotix's services require 510(k) clearance.

- Dr. Trombore's letter to Rebotix is part of the same ongoing review. And as part of the same ongoing review, the FDA would like Rebotix to provide in

1

writing its view (and the basis for its view) as to whether or not its services require 510(k) clearance.

5. Dr. Lee did not request that Rebotix discontinue its operations while the review was pending, nor did he indicate that the FDA had already made a determination that FDA clearance was required. Instead, as set forth above, he informed me that the FDA had not yet made its determination.

6. Dr. Lee also requested that I send a follow-up email requesting the extension. Right after our call, I sent an email requesting a 30-day extension. Dr. Lee responded on the following Monday, December 13, 2021, granting the extension request. The email is attached as Exhibit A to the declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 22, 2021.

/s/ Richard Lyon
Richard Lyon

2

Exhibit A to Lyon Declaration

Extension email from FDA

| | |
|---|---|
| **From:** | Lee, Anthony |
| **To:** | Rick Lyon |
| **Cc:** | Chris G |
| **Subject:** | RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126 |
| **Date:** | Monday, December 13, 2021 7:55:50 AM |
| **Attachments:** | image001.png |

Good morning Rick,

We have discussed your request internally, and we are ok with extending the response by an additional 30 days. We look forward to hearing back from you in January.

Regards,
Anthony

**Anthony Lee, PhD, MBA**

*Team Lead*

**Robotic Assisted Surgery Devices Team**

**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**

**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**





Office: (240) 402-5935

E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

**From:** Rick Lyon <rick@dovel.com>
**Sent:** Friday, December 10, 2021 11:51 AM
**To:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Cc:** Chris G <chris@rebotixrepair.com>
**Subject:** [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Dr. Lee,

**REBOTIX175419**

Thank you for taking the time to speak with me.  Following up on our conversation, would it be possible to extend the deadline for our submission of the information you requested by 30 days? This would make the information due January 15, 2022, instead of next Thursday (December 16, 2021).

Best regards,
Rick Lyon
310-656-7066
Counsel for Rebotix Repair LLC

REBOTIX175420