| Number | Title |
|--------|-------|
| 1 | Expert Report of Dr. T. Kim Parnell |
| 2 | Deposition of Dr. Robert Howe |
| 3 | Engineering Failure Analysis, Fatigue & Mechanical Tests: DNV Labs |
| 4 | Failure Analysis Testing: Engineering Failure Analysis |