Exhibit 2
Deposition of Dr. Robert Howe (Excerpt)

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  MIDDLE DISTRICT OF FLORIDA

 3                      TAMPA DIVISION

 4

 5   REBOTIX REPAIR, LLC,

 6

 7              PLAINTIFF,

 8   VS.                          CASE NO. 8:20-CV-02274

 9

10   INTUITIVE SURGICAL, INC.,

11              DEFENDANT.

12

13

14

15

16

17

18   DEPONENT:   ROBERT HOWE

19

20   TAKEN:      OCTOBER 1, 2021

21

22   REPORTER:   DANNIELLE COPELAND, RDR, CRR

23

24
     JOB NO:     200064
25
```

Page 123

1          A.      Yes.

2          Q.      What method do you use to approach a safety

3     evaluation for particular instruments?

4          A.      Depends on the instrument.

5          Q.      In what way?

6          A.      So a standard approach for assessing safety

7     includes a failure modes and effects analysis.  That's

8     sort of a bottom-up approach in which you consider the

9     various components, subsystems, assemblies that are

10    part of a device, and you map out the various ways

11    those could fail and the effect of that failure on

12    safety.

13         Q.      Is that all, or are there other components

14    of the method that you use to evaluate the safety of

15    mechanical instruments?

16         A.      There are others.  One other example, for

17    instance, is testing.

18         Q.      Would you want to examine the instrument in

19    question to determine whether it posed any safety

20    concerns?

21         A.      Yes.

22         Q.      Why would you want to do that?

23         A.      Well, you have to understand how it

24    functions to understand how it can fail.

25         Q.      And you get that understanding through an