Exhibit 3
Engineering Failure Analysis, Fatigue & Mechanical Tests: DNV Labs

DNV | Oil and gas    SECTORS   SERVICES   INSIGHTS   ABOUT US    Sign in

Oil and gas > Laboratories and test facilities

# Engineering failure analysis, fatigue and mechanical tests, composite materials – DNV labs Høvik

We offer engineering failure analysis in addition to fatigue and mechanical testing to establish root causes, extend lifetime of equipment and qualify new solutions. We possess leading expertise on composite materials.

SHARE:   



## Engineering failure analysis

Engineering failure analysis is essential to establish root causes of incidents, identify measures to resume operation and long-term corrective actions.

Effective analysis and qualification services demand expertise, experience, and outstanding facilities. With a total area of more than 2500 m$^2$ and a team of more than 70 experts, the DNV Materials qualification and failure analysis laboratory at Høvik is one of the oil and gas industry's major centres of excellence. The on-site availability of specialist staff at DNV's Høvik headquarters enables easy integration of testing into multidisciplinary projects.

The laboratory has conducted failure investigations for more than 50 years, and completed more than 400 since 2006 alone. Many of these investigations benefit from our expert system knowledge in ship machinery, subsea, pipelines and structures. This enables us to contribute throughout the process: from failure investigation to root cause identification and the prevention of future failures. Failure investigations typically include:

- Collection of data and information
- Field examination
- Visual examination and photo documentation
- Chemical analysis
- Metallographic examinations
- Hardness measurements
- Mechanical testing
- Macro examination using a stereo microscope
- Micro examination using a scanning electron microscope (SEM).

## Fatigue tests and mechanical tests

Fatigue tests and mechanical tests are used to:

- Extend the service life of existing equipment

CONTACT US:



**Rikard Törnqvist**

Senior Principal Engineer, Materials Laboratory

Send email



**Gustav Heiberg**

Business Development Leader, Materials, Norway

Send email

Phone:
contact.energysystems@dnv.com

– Qualify new technologies
– Understand failures that have occurred.

Our standardized mechanical tests and full-scale simulated service tests are supported by easy access to world-leading domain experts in areas such as fatigue, corrosion and fracture mechanics. This is combined with system knowledge in areas such as offshore structures, ships, pipelines, subsea equipment and mooring systems.

**Fatigue and mechanical test capabilities:**

– Mechanical and environmental testing of metallic materials, thermoplastics, elastomers, fibre-reinforced plastics, concrete, fibre ropes, etc.
– Advanced measurement equipment including optical strain measurements and laser scanning enabling calibration with finite element analysis
– Testing of large-scale structures and components in simulated service conditions
– World-leading fracture mechanics expertise and testing
– Fully-equipped machining and welding shop
– Dynamic tension/compression testing up to 7500kN
– Static tension/compression testing up to 36 000kN
– Pressure testing up to 4000bar
– Material testing from -196°C to +350°C.

**Composite capabilities:**

– Testing of thermoplastic composite pipes (TCP) per DNV-ST-F119 and DNVGL-ST-C501 (simulated service, mechanical, exposure/compatibility)
– Material analysis (micro- and macro-examination) of elastomer and thermoplastic seals
– Structural analysis and FE simulations of bonded joints and bonded repair of steel structures per DNVGL-RP-C301
– Technology qualification of thermoplastic composite pipes, flexible risers, pressure vessels and other composites components/structures per DNV-RP-A203
– Third-party services e.g. verification, certification, independent assessment, fabrication QA
– Failure analysis and root cause investigation of GRP pipeline, high speed craft, windmill blade etc.
– On-site inspection of e.g. composite pipeline, windmill blade, high speed craft, etc.
– Advisory including concept development, feasibility study, risk assessment
– Training.

## Find out more about what our Materials lab at Høvik offers


**Failure investigation**
(Flyer .pdf/1.7 MB)


**Fibre ropes**
(Flyer .pdf/0.5 MB)


**Composite services**
(flyer .pdf/0.9 MB)

## Webinars

Watch the webinar recordings, download the presentations and the Q&As


**Mooring systems, qualification and lifetime extension**
Integrating state-of-the-art design and testing methods to achieve cost-optimal solutions


**Get an overview of thermoplastic composite pipes**

## Related articles


### Custom-designed testing program supports optimization of installation weather windows for offshore wind farms

DNV testing helps quantify the effect of wave induced displacements on the performance of jacket-pile grouted connections during the installation


### Testing enables life extension of mooring lines

Our laboratories are assisting operators to use securely moored oil and gas assets well beyond original design life.


### Choosing the best materials to avoid environmentally assisted cracking

Expert advice before the design stage draws on testing and modelling to help specify the right materials for oil and gas equipment.


### Three ways to overcome materials challenges in sour service fields

Improving asset reliability when faced with complex materials and integrity challenges in sour service field developments.


### Preventing external corrosion failures

External corrosion is a threat to most equipment in every process facility and deserves closer analysis and prediction than it currently receives.


### What causes materials failure in oil & gas and maritime equipment?

Systematic and thorough analysis is required to say with confidence what kind of failure is involved and what led to it


### Tubes and piping are the most failure-prone components

In a study of 1,000+ cases in oil & gas and maritime, research by DNV's laboratories also identify fatigue and corrosion to be the most common modes of component failure.


### Meeting the NORM challenges in gas networks

Mixing gases from varying sources in gas networks can raise levels of natural radioactivity in dust and sludge found in pipeline systems, but complete risk-management solutions exist.

### 3D printed parts could benefit oil & gas, offshore and maritime supply chains

Trust is key to unlocking additive manufacturing's potential for your business. We look at the top benefits of, and barriers to, this technology, and how DNV can help your sector to use it to become safer, more efficient and more sustainable.

## EAC testing of grouted connection for offshore wind turbines


Watch video

## Laboratory services and solutions offered globally


### Corrosion testing

### Failure analysis and failure investigation


### Flow testing and flow calibration


### Full-scale testing


### Materials testing and qualification

ABOUT US                    CONTACT:

**FOLLOW US ON SOCIAL MEDIA**

  

- About us
- News and events
- Careers
- Annual reports

- Contact DNV
- Office Locator
- Media contacts
- Veracity.com

Privacy Statement
Terms of Use
Copyright © DNV AS 2021
Cookie information

**TO THE TOP**

The trademarks DNV GL®, DNV®, the Horizon Graphic and Det Norske Veritas® are the properties of companies in the Det Norske Veritas group. All rights reserved.

**WHEN TRUST MATTERS**