Exhibit 4
Failure Analysis Testing: Engineering Failure Analysis

an employee-owned company

Stress A-Z Index

| ABOUT US | CAPABILITIES | NEWS & MEDIA | BLOG | CAREERS | LOCATIONS | EVENTS | CONTACT US |

HOME » CAPABILITIES » FAILURE ANALYSIS

### Failure Analysis

- Corrosion Engineering »
- Failure Analysis »
- Field Inspection and Testing »
- Forensic Engineering »
- Materials Selection & Characterization »
- Materials Testing »
- Metallurgical Laboratory Services »
- Polymers | Elastomers | Composites »
- Vulnerability Assessments »
- Welding Engineering »

### Contact Us

First Name...

Last Name...

Company...

Email...

Phone...

Area of Interest

How Can We Help?

[ ] I'm not a robot — reCAPTCHA

SUBMIT

## Failure Analysis

There may be several reasons why a component failed in service, however, in order to properly establish the cause of the failure, it requires a combination of exceptional analytical equipment and experience. At Stress Engineering Services, our focus in engineering failure analysis extends beyond "why did it fail?" We extensively examine the operating parameters, component design, material, and environment, as well as considering the equipment's condition and maintenance history to identify the mechanisms that caused the failure.



### Experience In Engineering Failure Analysis

Our comprehensive failure analysis testing experience in identifying potential failure mechanisms is based on decades of experience evaluating material and component failures on a broad range of components, structures, and products including piping, pressure vessels, consumer products, cranes, wind turbines, electronic components, plastic products and medical devices.



We have an extensive background in a variety of disciplines and fields including material engineering, mechanical engineering, electrical engineering, biomedical engineering, polymers, and packaging. Furthermore, we have a great deal of experience with all types of materials including metals, plastics, glass, elastomers, and composites, as well as product design and nearly every manufacturing process.

This collective force of skills and knowledge, along with our broad testing capabilities and state-of-the-art laboratories, enables our engineers and metallurgists to provide complete, reliable, and timely results that can help prevent future failures.

Contact us today to learn more about our engineering failure analysis capabilities.

- History of Component
- Visual Examination
- Photographic Documentation
- Sample Selection
- Collect Deposits
- Non-Destructive Examination
- FTIR / GCMS / TGA of Plastics
- Field Metallurgical Replication

- Metallography
- SEM / EDS / XRD
- Chemical Analysis
- Mechanical Testing
- Corrosion Testing
- Sectioning
- Fractography
- Viscosity and Melt Flow