| Number | Title |
|--------|-------|
| 1 | Expert Report of J. Lawrence Stevens |
| 2 | Expert Report of Heather Rosecrans |
| 3 | Expert Report of Dr. Joshua Sharlin |
| 4 | Deposition of J. Lawrence Stevens |
| 5 | Declaration of J. Lawrence Stevens |
| 6 | Deutsche Bank Report (Intuitive-00566055) |