# Exhibit 5

# Declaration of J. Lawrence Stevens

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　Defendant. | Case No.: 8:20-cv-02274 |

**Declaration of J. Lawrence Stevens**

1

I, J. Lawrence Stevens, declare as follows:

1. I have been retained by counsel for Rebotix Repair, LLC to provide technical analysis and opinions in this case.

2. As part of my work, I submitted an August 30, 2021 report. Since submitting my report, I have re-reviewed all of the materials cited therein, and re-confirmed that the cited materials support my opinions.

3. I understand that Rebotix is submitting my August 30, 2021 report in support of Rebotix's Opposition to Intuitive's Motion for Summary Judgment.

4. I incorporate the opinions in my August 30, 2021 report by reference here as my sworn testimony. I am also prepared to testify to the opinions in my report at trial.

5. I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Signed on December 8, 2021.

By: *[signature]*

J. Lawrence Stevens
One Way Consultants, LLC
Rosewood Heights, IL