Exhibit 6

Deutsche Bank Report (Intuitive-00566055)

Deutsche Bank
Research

| Rating | Company | Date |
|---|---|---|
| **Hold** | **Intuitive Surgical** | **20 February 2020** |

North America
United States

Health Care
Medical Supplies &
Devices

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| ISRG.OQ | ISRG US | NMS | ISRG |

Company Update

| | |
|---|---|
| Price at 19 Feb 2020 (USD) | 614.88 |
| Price Target | 595.00 |
| 52-week range | 615.00 - 458.27 |

# Deeper Dive on Third Party Risk to I&A Segment

Our February 3rd downgrade was predicated on our belief that refurbished da Vinci instruments pose a material (and increasing) risk to Intuitive's I&A segment growth over the next couple years. Not surprisingly, pushback has centered largely around two points:

1. the presumed regulatory barriers and the view that third-parties engaged in instrument repair are in violation of FDA regulations;

2. hospitals engaging with these third parties are doing so in violation of their customer supply/service contracts with Intuitive.

**Deeper dive into the threat from refurbished da Vinci instruments.** Over the past few weeks, we consulted with five regulatory and legal experts to gain further clarity on both the regulatory/FDA and service contract angles.

- On the FDA side, while some acknowledged that applicable regulations are somewhat nebulous, a majority of regulatory experts came to the conclusion that Restore Robotics is not in violation of FDA rules as a third-party service provider of refurbished instruments.

- Conversations with both health systems and surgeons since our downgrade have yielded further confirmation that utilization of refurbished robotic instruments is starting to gain traction.

- Intuitive customers also provided additional insights into ISRG's stance and pushback strategy – and importantly, also how hospitals are responding to Intuitive's advisement to cease and desist engagement with service providers.

- Notably, some hospitals are now beginning to push back on restrictions embedded in their service contracts against third party servicing of da Vinci systems and instruments, questioning the legality and enforceability of such terms of service.

**We believe the Street continues to be overly dismissive of the risk of increasing usage of refurbished da Vinci instruments to Intuitive's top line over the next couple years. Given the abundance of first-hand confirmation from hospital customers that are exploring refurbished instruments, the question is not whether – but rather, how much – Intuitive's business will be impacted.**

## Valuation & Risks

Imran Zafar
Research Analyst
+1-212-250-3676

Pito Chickering
Research Analyst
+1-212-250-1245

Justin Bowers
Research Analyst
+1-212-250-2912

---

Deutsche Bank Securities Inc.

Distributed on: 20/02/2020 10:00:17 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 066/04/2019.

Intuitive-00566055

20 February 2020
Medical Supplies & Devices
Intuitive Surgical



**Even with modest unit share capture, revenue hit would be meaningful.** We continue to believe 4-6% penetration of Intuitive's *de novo* instruments on a unit basis in 2021 is reasonable and, based on our additional diligence, potentially conservative. And even with this modest unit share capture, the resultant impact to Intuitive's top-line would be amplified given that each instrument can be repaired multiple times. In our base case scenario of 5% *de novo* unit share capture in 2021 and the assumption that each instrument is repaired 3x on average, our analysis indicates a top-line hit on the order of $193 million or 3.4% of total company sales in 2021.

Confidential
Intuitive-00566056

Provided for the exclusive use of [redacted]

# Bottom line: barriers to entry may not be as strong as presumed



**FDA experts concur that FDA action to stymie usage of repaired instruments is highly unlikely.**

- Contrary to the viewpoint that third parties require 510(k), our takeaway from these consultants is that 510(k) clearance does <u>not</u> seem to be required for independent service organizations refurbishing used da Vinci instruments so long as they are returned to that same hospital and not re-sold to other centers.

- Regardless, all experts agreed that any regulatory action/enforcement is highly unlikely given FDA's clear comfort around the safety of refurbished devices broadly and the fact that there has been no signal of incremental patient risk to date with repaired da Vinci instruments.

- In fact, Intuitive acknowledged in a recent cease and desist notice to a hospital customer that "FDA has indicated that it will exercise a certain degree of enforcement discretion from FDA quality system requirements as they apply to third party service providers and refurbishers."

**Contractual terms of agreement may not be an airtight impediment to hospital adoption.**

- As has always been the case, Intuitive's hospital customer contracts include stipulations prohibiting engagement with third parties for servicing of both da Vinci systems and instruments/accessories, and that violation of these clauses could render supply/service contracts null and void

- **However, our work indicates that some hospitals are beginning to push back on these contractual limitations and questioning their legal voracity and enforceability. We have heard firsthand from customers, including large hospital systems, planning to (or considering) pursue legal action against Intuitive within the next 12 months.**

Net-net. We have a high level of evidence-based conviction that repaired da Vinci instruments are beginning to gain traction among hospitals, with usage likely to continue to expand over the next couple years.  We note two potentially meaningful near-term stimulants of increased adoption:

(1)  significantly greater commercial distribution (Medline, a major distributor with substantial sales/marketing/distribution footprint, recently became a distributor for Restore Robotics)

(2)  expansion of offerings to include repaired X/Xi instruments expected near-term.

---

Deutsche Bank

Research

Confidential

Intuitive-00566057

Provided for the exclusive use of...

# Why printer cartridges could be highly relevant



 We highlight later in this note the specific terms of agreement enumerated in Inituitive's customer contracts that hospitals are now starting to question, largely on the basis of a precedent legal case - IMPRESSION PRODUCTS, INC. v. LEXMARK INTERNATIONAL, INC. – that legal consultants think could ultimately have huge implications for Intuitive's entire business model

The US Supreme Court issued a ruling on this remarkably analogous case in 2017, with Justice Roberts writing:

*"We conclude that a patentee's decision to sell a product exhausts all of its patent rights in that item, regardless of any restrictions the patentee purports to impose or the location of the sale. In sum, patent exhaustion is uniform and automatic. Once a patentee decides to sell—whether on its own or through a licensee—that sale exhausts its patent rights, regardless of any post-sale restrictions the patentee purports to impose, either directly or through a license.*

Some hospitals we spoke with believe Intuitive's contract terms could be in violation of this USSC ruling in the Lexmark case, thus rendering them invalid and unenforceable.

**Litigation acknowledged as risk factor in latest 10K filing.** Regarding the antitrust lawsuit filed by Restore Robotics in February 2019 (and countersuit subsequently filed by Intuitive), Intuitive has now acknowledged the litigation as a shareholder risk factor in its 10K filed two weeks ago.

Confidential

Intuitive-00566058

Provided for the exclusive use of

# Clarity Around Key Regulatory Considerations



**Insights from four regulatory consultants with experience and expertise specifically in the arena of third party servicing medical devices:**

- Former staffer within the CDRH division of FDA;
- Regulatory expert who has worked with various medtech companies in managing hundreds of 510(k) and PMA submissions over decades of industry experience;
- Two regulatory affairs personnel at large medtech companies with significant presence in device refurbishing/reprocessing.

These consultations provided a lot more clarity around a number of critical points determining the regulatory parameters these serviced instruments are subject to, such as

- Distinction between servicing and marketing of limited-use devices by third parties like Restore Robotics versus single use devices;
- Refurbishing versus remanufacturing and the significant differences in regulatory oversight of one versus the other;
- Sterilization processes, which is closely scrutinized by FDA;
- Regulatory oversight of third party facilities where used instruments are serviced.

**Our takeaway from speaking with these consultants is that 510(k) clearance clearly is not be required for independent service organizations (ISOs) such as Restore Robotics in repairing used limited-use da Vinci instruments for hospitals and returning them to the hospital for continued usage.**

Confidential

Intuitive-00566059

Provided for the exclusive use of...

# Servicing versus Remanufacturing: a key distinction



The critical distinction is the categorization of used instruments serviced by third parties for additional use given the significant implications vis-à-vis regulatory oversight.  The FDA defines "service" and "remanufacture" as follows:

➢ **Service:** "Repair and/or preventative or routine maintenance of one or more parts in a finished device, after distribution, <u>for purposes of returning it to the safety and performance specifications established by the OEM and to meet its original intended use. Servicing excludes activities that change the intended use</u> of the device from its original purpose, or change the safety or performance specifications.  <u>However, it is important to note that FDA considers remanufacturing to be a distinct activity from servicing that raises different concerns, and is thus regulated differently</u>. FDA considers servicing to include refurbishing, reconditioning, rebuilding, repairing, and remarketing, but not remanufacturing."

➢ **Remanufacture:** Process, condition, renovate, repackage, restore, or any other act done to a finished device that <u>significantly changes the finished device's performance or safety specifications</u>, or intended use.

We believe da Vinci instruments currently refurbished by Restore Robotics clearly fall under the definition of "service" as the process these used instruments undergo are intended to return them to "the safety and performance specifications established by the OEM and to meet its original intended use" and do not involve "activities that change the intended use."

Importantly, the serviced instruments are always shipped back to the original hospital (i.e. no reselling) and the instruments are shipped back to the hospital only after verification that there has been no deviation from the original "performance or safety specifications."

Simply put, surgical scissors have been serviced by ISOs for decades. So why should scissors affixed to a robotic arm be structurally different?  It is important to keep in mind that repaired instruments are limited to relatively simple devices like scissors and graspers and not advanced instruments like staplers.

*Source: FDA.gov*

Deutsche Bank
Research

Confidential

Intuitive-00566060

Provided for the exclusive use of

# Servicing versus Remanufacturing: a key distinction



**FDA consultant underscored that ownership is a key determinant of regulatory requirements and FDA oversight broadly.**

- When a hospital purchases an instrument from Intuitive, the hospital takes ownership of the device
- So when the hospital sends the instrument to a third party like Restore Robotics for refurbishment, the third party is acting as a contractor providing a service for the hospital
- That is, ownership of the device never actually changes hands.

Another FDA expert we consulted fully concurred, noting that once an instrument is purchased it becomes property of the hospital which is free to "do whatever it wants with it."

- The consultants did however point out that the instrument's warranty from the manufacturer would expire after the 10x uses and the hospital/third party would thereby assume liability.
- In speaking with Restore and Medline, neither disagreed with this point and pointed out that standard insurance policies are in place in acknowledgement of this assumed liability. Medline pointed out that the cost to warranty these type of instruments is fairly immaterial

All of our consultants emphasized that a used instrument that is sent to a third party for repair must be shipped back only to that same hospital such that there is <u>no change in ownership</u>. We confirmed with both hospitals and Restore that such is indeed the case here.

Confidential

Intuitive-00566061

Provided for the exclusive use of...

# 510(k) Premarket Notification does not appear applicable



The immediate feedback to our downgrade note was that Restore Robotics is subject to 510(k) approval requirement, and that because the company does not have 510(k) clearance it is therefore in clear violation of FDA regulations.

**However, most of our regulatory experts we spoke to suggested that this argument is fundamentally misplaced.**

One consultant noted that the non-applicability of 510(k) approval is made quite clear by simply considering the FDA's official definition of this process:

**510(k) Premarket Notification**

⊚ FDA Home  ⊚ Medical Devices  ⊚ Databases

A 510(K) is a premarket submission made to FDA to demonstrate that the device to be marketed is at least as safe and effective, that is, substantially equivalent, to a legally marketed device (21 CFR §807.92(a)(3)) that is not subject to premarket approval.

The agency's definition explicitly qualifies application of 510(k) standards to devices intended to be <u>marketed</u>.

Because third parties are providing a <u>service</u> to the hospital and not commercially marketing the repaired instruments, by definition this precludes the obligation of having 510(k) clearance.

Confidential

Intuitive-00566062

Provided for the exclusive use of ...

# Sterilization processes are highly regulated by FDA



**FDA expert pushback**
- One consultant believed Restore Robotics would need to have 510(k) clearance because these limited use instruments are required to undergo a cleaning and sterilization process prior to initial use and between all subsequent uses, per the 510(k) clearance from the FDA.

- Because sterilization processes are highly scrutinized by the FDA  due to potential public safety risk, she raised the possibility that 510(k) might thus be necessary.

- For example, all single use refurbished equipment that is sterilized REQUIRE 510k approval

- However, post that expert call, we confirmed that the instrument repair process actually does NOT involve sterilization – thus rendering this point moot.

- When the repaired instrument is returned to the hospital, it remains subject to exactly the same cleaning/sterilization requirements outlined in the IFU.

**In other words, there is no disruption to the IFU approved by the FDA as part of the 510(k) clearance vis-à-vis sterilization protocol from the repair of da Vinci instruments.**

*Source: FDA.gov, Deutsche Bank*

Deutsche Bank
Research

Confidential

Intuitive-00566063

Provided for the exclusive use of ...

# Regulatory oversight of facilities: ISO certification is the standard



Companies engaged in servicing of devices for the hospital operate under ISO certification, which are obtained from third parties that inspect all facets of the facility where these repairs happen. This inspection includes quality control to confirm that the repair process restores the device to specifications in line with product labeling and with no changes to intended use or safety profile.  As noted earlier, FDA makes a clear distinction between remanufactured versus serviced devices in terms of regulatory oversight including facilities.

Facilities where third parties service and refurbish instruments are not subject to FDA oversight.  Essentially, these facilities need to operate to the satisfaction of hospitals, and having ISO certification is largely what the vetting process of hospitals centers around.

We were able to review a third party ISO certification received by Restore Robotics for the servicing of endowrist instruments.  We confirmed that the issuer of this certification, a Germany-based company called DQS MED, is reputable and credible in the medtech industry – e.g., just a few months ago, this same organization granted ISO certification to a Medtronic facility.

**Net-net: (1) FDA consultants agree that 510k clearance clearly appears to be not applicable, (2) regardless, given the lack of any signal of incremental patient risk with repaired instruments, any FDA enforcement action to curtail usage is highly unlikely unless the restored equipment causes patient harm.**

**Specifically, Restore has been engaged in refurbishing Intuitives' products for over 18 months. Its safe to believe that Intuitive has brought this to FDA's attention.  Per our consultants, if the FDA doesn't act on this information within 3-6 months, it is unlikely the FDA ever will.**

*Source: FDA.gov, Deutsche Bank estimates*

Deutsche Bank
Research

Confidential

Intuitive-00566064

Provided for the exclusive use of

# FDA's general comfort around refurbished devices is quite clear…and Intuitive agrees that enforcement activity by FDA is unlikely



- Third-party servicing of medical devices has been widespread across the industry for many years, including large segments like endoscopes and laparoscopic devices;

- Third parties engaged in this practice are closely regulated and, per figures cited by the FDA, there are close to 20K companies just in the US that are in the business of servicing used medical devices;

- **FDA's stance on third-party servicing of medical devices is clear.** In May 2018, the agency published its views in its report, _FDA Report on the Quality, Safety, and Effectiveness of Servicing of Medical Devices_

  The document states that there insufficient basis to "justify imposing additional/different, burdensome regulatory requirements at this time; rather, the objective evidence indicates that many OEMs and third-party entities provide high quality, safe, and effective servicing of medical devices."

  Net/net, FDA posits that "The continued availability of third party entities to service and repair medical devices is critical to the functioning of the U.S. healthcare system."

Intuitive acknowledges that regulatory enforcement actions of third party service providers broadly are unlikely, noting in a written correspondence to a hospital customer that FDA will likely "exercise a certain degree of enforcement discretion from FDA quality system requirements as they apply to third party service providers and refurbishers."

Confidential

Intuitive-00566065

Provided for the exclusive use of...

# Additional insights into Intuitive's stance and points of pushback



In cease-and-desist letters sent to hospitals that have begun (or could soon begin) using refurbished da Vinci instruments, Intuitive justifies its stance on safety, regulatory, and legal/contractual grounds.

## ➤ Safety

- Some of the specific points made by the company regarding risks around servicing of limited-use robot consumables do not seem to be relevant.
- For example, one area of emphasis for Intuitive is sterilization and the significant safety risks deviations from sterilization protocols that were okayed by FDA as part of 510(k) device approval.
- However, the repair processes that these instruments undergo do not actually involve sterilization, and the sterilization process these devices are required to undergo between uses remains exactly the same once the instrument is refurbished.
- In other words, the repaired instrument is sent back must undergo the same pre-operative steps as a de novo instrument shipped from Intuitive prior to the initial use.

## ➤ Regulatory considerations.

- ➤ Intuitive cautions customers that third party repairs of da Vinci instruments are in violation of FDA regulations and specific IFUs included in each device's 510(k) approval.
- ➤ However, our work suggests that there is likely no actual violation of regulatory guidelines by third parties in refurbishing the devices nor by the hospital in utilizing them.

## ➤ Legal / Contractual grounds

- ➤ Customer contracts explicitly prohibit third party servicing of instruments/robots and that violations could render the contract null and void.  Hospitals are now beginning to question Intuitive's ability to enforce this.

Confidential

Intuitive-00566066

Provided for the exclusive use of XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# Hospitals starting to pushback on legality/enforceability of terms of service



In no uncertain terms, the standard terms of service outlined in customer contracts state that hospitals are precluded from engaging with third parties as well as the potential consequences of violation – nullification of contracts, product warranties, etc.

➢ *Instruments and Accessories are subject to a limited license to use those Instruments and Accessories with, and prepare those Instruments and Accessories for use with, the System. Any other use is prohibited, whether before or after the Instrument or Accessory's license expiration, including repair, refurbishment, or reconditioning not approved by Intuitive, and cleaning and sterilization inconsistent with Documentation. This license expires once an Instrument or Accessory is used up to its maximum number of uses specified in the Documentation accompanying the Instrument or Accessory.*

➢ *Customer agreed that it will not, nor will Customer permit any third party to, modify, disassemble, reverse engineer, alter, or misuse the System or Instruments and Accessories. Customer further agreed that if Customer fails to comply with the requirements listed above, Intuitive may terminate the Agreement immediately upon written notice, and any warranties applicable to the System will become void.*

*Source: Intuitive Surgical, industry contacts*

Deutsche Bank
Research

Confidential

Intuitive-00566067

Provided for the exclusive use of ...

# Hospitals starting to pushback on legality/enforceability of terms of service



**What has changed?**  While restrictions around third party servicing of da Vinci instruments and robots have always been a standard part of customer contracts, we have learned that hospitals are now starting to push back on these clauses.

1. Usage of repaired instruments was simply not an option previously.  Hence, there was no pushback from hospitals – but with this option now available from third parties like Restore Robotics, we are starting to see hospitals question the actual legality of these terms.

2. Recent Supreme Court ruling in the IMPRESSION PRODUCTS, INC. v. LEXMARK INTERNATIONAL, INC. case. As highlighted below, the aforementioned terms of agreement stipulated in Intuitive's service contracts could potentially be in conflict with the SCOTUS opinions articulated in this decision.

Confidential

Intuitive-00566068

# SCOTUS docket No 15-1189: Why printer cartridges could be highly relevant



SUPREME COURT OF THE UNITED STATES

Syllabus

IMPRESSION PRODUCTS, INC. v. LEXMARK
INTERNATIONAL, INC.

CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

No. 15–1189.   Argued March 21, 2017—Decided May 30, 2017

**This landmark case is highly analogous to the customer restrictions stipulated in the terms of service of Intuitive's customer contracts.**

*When Lexmark sells toner cartridges, it gives consumers two options: One option is to buy a toner cartridge at full price, with no restrictions. The other option is to buy a cartridge at a discount through Lexmark's "Return Program." In exchange for the lower price, <u>customers who buy through the Return Program must sign a contract agreeing to use the cartridge only once and to refrain from transferring the cartridge to anyone but Lexmark</u>.*

*<u>Companies known as remanufacturers acquire empty Lexmark toner cartridges—including Return Program cartridges—from purchasers in the United States, refill them with toner, and then resell them</u>. They do the same with Lexmark cartridges that they acquire from purchasers overseas and import into the United States. Lexmark sued a number of these remanufacturers, including petitioner Impression Products, Inc., for patent infringement with respect to two groups of cartridges.*

Confidential

Intuitive-00566069

# SCOTUS docket No 15-1189: Why printer cartridges could be highly relevant



**The US Supreme Court found the stipulations imposed by Lexmark on its customers restricting what these customers do with printer cartridges they have purchased to be unlawful**

- *When a patentee sells one of its products, the patentee can no longer control that item through the patent laws—its patent rights are said to "exhaust."*
- *The purchaser and all subsequent owners are free to use or resell the product just like any other item of personal property, without fear of an infringement lawsuit.*

*This case presents two questions about the scope of the patent exhaustion doctrine:*

- *First, whether a patentee that sells an item under an express restriction on the purchaser's right to reuse or resell the product may enforce that restriction through an infringement lawsuit.*
- *Second, whether a patentee exhausts its patent rights by selling its product outside the United States, where American patent laws do not apply.* ***We conclude that a patentee's decision to sell a product exhausts all of its patent rights in that item, regardless of any restrictions the patentee purports to impose or the location of the sale.***

*In sum, patent exhaustion is uniform and automatic.* ***Once a patentee decides to sell—whether on its own or through a licensee—that sale exhausts its patent rights, regardless of any post-sale restrictions the patentee purports to impose, either directly or through a license.***

*Source: PACER.gov, Deutsche Bank estimates*

Deutsche Bank
Research

Confidential

Intuitive-00566070

Provided for the exclusive use of ... 2022 ...

# Quantifying the Risk to US I&A Revenues



To quantify Intuitive's revenues at risk from inroads by third-party instrument repairs, we queried the DB US Medtech Database which provided us with a meaningful sample size: <u>8.2% of 2019 reported US I&A segment revenues</u>.

We looked at 2019 revenues for all instrument SKUs currently eligible for third-party repair – which, as noted, are currently limited to the da Vinci S/Si product portfolio.

| SKU | Description | % of I&A revenue | SKU | Description | % of I&A revenue |
|-----|-------------|------------------|-----|-------------|------------------|
| 420179 | SCISSORS MONOPOLAR STERILE DISPOSABLE 38- D CURVE L55.9 CM L1.3 CM OD8 MM | 6.71% | 420001 | SCISSORS LAPAROSCOPIC POTTS 22- D L54.5 CM L1.1 CM | 0.04% |
| 420006 | DRIVER NEEDLE ENDOWRIST DA VINCI S/SI 30- D LARGE L54.4 CM L1 CM OD8 MM | 3.12% | 420048 | FORCEPS DA VINCI S/SI LONG OD8 MM STERILE | 0.04% |
| 420205 | FORCEPS BIPOLAR LAPAROSCOPIC ENDOWRIST S/SI 45- D MEDIUM L55.9 CM L2.1 CM OD8 MM | 2.98% | 420278 | RETRACTOR LAPAROSCOPIC GRAPTOR 60- D L56.7 CM L54.4 CM OD8 MM | 0.04% |
| 420093 | FORCEPS LAPAROSCOPIC PROGRASP S/SI 38- D L56.2 CM L2.8 CM OD8 MM GRASPER | 2.21% | 420033 | FORCEPS LAPAROSCOPIC DA VINCI S/SI ENDOWRIST 30- D MICRO DIAMOND L54.4 CM L1 CM OD8 MM | 0.03% |
| 420309 | DRIVER NEEDLE SUTURECUT ROBOTIC 23- D MEGA L49.7 CM L1.4 CM OD8 MM | 1.97% | 420007 | SCISSORS LAPAROSCOPIC DA VINCI S/SI ROUND L54.5 CM L1.1 CM OD8 MM | 0.02% |
| 420172 | FORCEPS MARYLAND BIPOLAR 2 CMX8 MM MED | 1.41% | 420178 | SCISSORS LAPAROSCOPIC CURVE STERILE DISPOSABLE L54.7 CM L1.3 CM OD8 MM MEDIUM | 0.02% |
| 420227 | BIPOLAR FORCEPS LAPAROSCOPIC S/SI ENDOWRIST PK 70- D L55.4 CM L2 CM OD8 MM | 1.32% | 420249 | RETRACTOR LAPAROSCOPIC 2 BLADE | 0.01% |
| 420194 | DRIVER NEEDLE MEGA 30-DX54.7CMX1.3CM | 1.27% | 420181 | FORCEPS GRASPING DISPOSABLE RESANO 30- D MEDIUM L54.5 CM L1.1 CM OD8 MM | 0.01% |
| 420049 | FORCEPS LAPAROSCOPIC 38 D L32.77 CM L2 CM OD8 MM | 0.69% | 420246 | RETRACTOR LAPAROSCOPICT RIGHT CURVE OD8 MM | 0.01% |
| 420183 | HOOK DA VINCI S/SI L55.2 CM L1.6 CM OD8 MM | 0.36% | 420036 | FORCEPS LAPAROSCOPIC DAVINCI 30-D MEDIUM L54.6 CM L1.2 CM OD8 MM | 0.01% |
| 420296 | DRIVER NEEDLE SUTURECUT 30- D 54.5 CM X1.1 CMX8 MM LRG | 0.28% | 420157 | BLADE ENDOSCOPIC 8 MM L54.6 CM L1.2 CM OD8 MM | 0.01% |
| 420190 | GRASPER ENDOSCOPIC DA VINCI S 60- D COBRA L55.4 CM L2 CM OD8 MM LOW FORCE | 0.22% | 420171 | FORCEPS LAPAROSCOPIC 45- D MICRO L55.2 CM L1.4 CM STERILE | 0.01% |
| 420207 | FORCEPS LAPAROSCOPIC TENACULUM 75- D L56.4 CM L3 CM OD8 MM | 0.16% | 420215 | FORCEPS GRASPER CARDIAC PROBE DAVINCI S/S OD8 MM | 0.00% |
| 420184 | ELECTRODE CAUTERY SPATULA MONOPOLAR STERILE DISPOSABLE L1.7 CM OD8 MM | 0.11% | 420121 | FORCEPS FINE TISSUE 54.5 CMX8 MM | 0.00% |
| 420189 | GRASPER LAPAROSCOPIC DA VINCI S/SI ENDOWRIST L56.7 CM OD8 MM | 0.08% | 420110 | FORCEPS LAPAROSCOPIC PRECISE BIPOLAR OD8 MM | 0.00% |
| 420318 | RETRACTOR ENDOSCOPIC ENDOWRIST DA VINCI S/SI GRAPTOR SMALL GRASP | 0.07% | 420192 | Valve Hook | 0.00% |
| 420003 | APPLIER CLIP SMALL HEMOCLIP TITANIUM 8 MM | 0.05% | 420203 | Pericardial Dissector | 0.00% |
| 420344 | DISSECTOR BIPOLAR CURVE CAUTERY 8 MM | 0.04% | 420204 | Atrial Retractor | 0.00% |

## In total, we estimate that <u>~23%</u> of Intuitive's US I&A segment revenues are exposed to potential impact from third-party repair.

- This represents a big decline versus 2018, when these consumable devices accounted to about 35% of segment sales mix, reflecting the continued mix shift toward X/Xi products.

*Source: Global Healthcare Exchange LLC, Deutsche Bank estimates*

Deutsche Bank

Research

Confidential

Intuitive-00566071

Provided for the exclusive use of ███████████ at ██████████████ on ██████████. All rights reserved.

# Quantifying the Risk to US I&A Revenues



It is our understanding that da Vinci instrument repairs are expected to become available for instruments in the X/Xi product suite around mid-2020 – which is significant given the continued mix shift toward the latest-generation instruments and away from the S/Si catalog.

And while it is not yet clear specifically which X/Xi instrument SKUs will be available for third-party repair, our analysis assumes that these will include the corresponding iteration of those currently being serviced within the prior-generation S/Si family.

| SKU | Description | % of I&A revenue | SKU | Description | % of I&A revenue |
|-----|-------------|------------------|-----|-------------|------------------|
| 470179 | SCISSORS MONOPOLAR HOT SHEARS ENDOWRIST 38 D CURVE L31.75 CM L1.3 CM OD8 MM | 14.01% | 470033 | FORCEPS LAPAROSCOPIC L1 CM L31.5 CM | 0.06% |
| 470006 | DRIVER NEEDLE ENDOWRIST 30 D LARGE L31.5 CM L1 CM OD8 MM | 4.97% | 470249 | RETRACTOR LAPAROSCOPIC 70 D L33.27 CM L4.8 CM OD8 MM 2 | 0.06% |
| 470309 | DRIVER NEEDLE MEGA SUTURE CUT 0-35 D L1.4 CM | 4.82% | 470246 | RETRACTOR LAPAROSCOPIC 60 D SHORT L33.27 CM L4.8 CM OD8 MM | 0.04% |
| 470172 | FORCEPS LAPAROSCOPIC MARYLAND 45 D L32.77 CM L2 CM OD8 MM | 2.97% | 470171 | FORCEPS BIPOLAR MICRO | 0.04% |
| 470049 | FORCEPS LAPAROSCOPIC CADIERE DA VINCI XI 38 D L32.77 CM L2 CM OD8 MM | 2.81% | 470215 | GRASPER DA VINCI XI 60 D L32.26 CM L1.7 CM OD8 MM | 0.03% |
| 470194 | DRIVER NEEDLE 38 D L31.75 CM L1.3 CM OD8 MM | 1.79% | 470181 | FORCEPS ENDOWRIST L31.75 CM L1.1 CM OD8 MM | 0.02% |
| 470296 | DRIVER NEEDLE SUTURECUT 38 D 31.50 CMX1.1 CMX8 MM LRG | 1.28% | 470190 | GRASPER LAPAROSCOPIC COBRA 68 D L32.51 CM L2 CM | 0.00% |
| 470318 | RETRACTOR LAPAROSCOPIC 0-65 D SMALL L4.5 CM | 0.76% | 470036 | FORCEP ROBOTIC XI DEBAKEY | 0.00% |
| 470205 | FORCEPS BIPOLAR LAPAROSCOPIC 45 D L32.77 CM L2.1 CM | 0.42% | 470093 | FORCEP ROBOT DAVINCI XI PROGRASP | 0.00% |
| 470344 | DISSECTOR LAPAROSCOPIC 45 D | 0.41% | 470183 | ROBOT DAVINCI XI PERMANENT MONOPOLAR CAUTERY HOOK | 0.00% |
| 470001 | SCISSORS POTTS LAPAROSCOPIC 22 D L31.5 CM L1.1 CM OD8 MM | 0.15% | 470184-T | PERMANENT CAUTERY SPATULA | 0.00% |
| 470007 | SCISSORS ROUND TIP 38 D L31.5 CM L1.1 CM | 0.14% | 470207 | FCP TENACULUM XI | 0.00% |
| 470048 | FORCEPS LAPAROSCOPIC 30 D L32.51 CM L2 CM | 0.11% | | | |

We estimate that the above X/Xi instruments collectively accounted for ~35% of 2019 US I&A segment revenues.  As such, once third-party repairs of them become available, Intuitive's top line exposure will increase dramatically – rendering a majority (~58%) of segment sales "at risk" of competitive pressures.

| | 2018 | 2019 |
|---|------|------|
| S/Si instruments | 35% | 23% |
| X/Si instruments | 29% | 35% |
| Total | 64% | 58% |

*Source: Global Healthcare Exchange LLC, Deutsche Bank estimates*

Deutsche Bank

Research

Confidential

Intuitive-00566072

Provided for the exclusive use of [illegible]

# Model Ramifications: Revenue & EPS Sensitivity



Our analysis of expected financial impact of third-party instrument repair encroachment presumes 58% of US I&A segment sales are addressable in 2021, per SKU-level analysis.

Based on 2021 consensus US I&A segment revenues of $2.224 billion, this would put $1.290 billion of Intuitive's sales at risk from increased utilization of repaired instruments.  This equates to 23% of total company sales.

Based on our conversations with surgeon and hospital customers, we believe 4-6% penetration of Intuitive's *de novo* instruments on a unit basis in 2021 is reasonable and potentially even conservative.  And even with this modest unit share capture, the resultant impact to Intuitive's top-line would be amplified given that each instrument can be repaired multiple times.

**As such, our base case scenario of 5% *de novo* unit share capture in 2021 and the assumption that each instrument is repaired 3x on average, our analysis indicates a top-line hit on the order of $193 million or 3.4% of total company sales in 2021.**

The model impact of this manifests on the US revenue per procedure line of our sales build, with zero impact to procedure volume growth.

| 2021E Consensus ($MM) | |
|---|---|
| Total company sales | $5,710 |
| US Instruments & Accessories sales | $2,224 |
| % of US I&A segment revenues at risk | 58% |
| $ at risk | $1,290 |
| % of total company revenues at risk | 23% |

| % capture of addressable revs | Top line impact | | | EPS impact | |
|---|---|---|---|---|---|
| | $MM | % of US I&A sales | % of total sales | $ | % |
| 2.5% | $32 | 1.5% | 0.6% | $0.09 | 0.6% |
| 5.0% | $64 | 2.9% | 1.1% | $0.18 | 1.1% |
| 7.5% | $97 | 4.4% | 1.7% | $0.27 | 1.7% |
| 10.0% | $129 | 5.8% | 2.3% | $0.35 | 2.2% |
| 12.5% | $161 | 7.3% | 2.8% | $0.44 | 2.8% |
| **15.0%** | **$193** | **8.7%** | **3.4%** | **$0.53** | **3.4%** |
| 17.5% | $226 | 10.2% | 4.0% | $0.62 | 3.9% |
| 20.0% | $258 | 11.6% | 4.5% | $0.71 | 4.5% |
| 22.5% | $290 | 13.1% | 5.1% | $0.80 | 5.0% |
| 25.0% | $322 | 14.5% | 5.6% | $0.88 | 5.6% |
| 27.5% | $355 | 16.0% | 6.2% | $0.97 | 6.2% |

*Source: Bloomberg Finance LC, Deutsche Bank estimates*

Deutsche Bank

Research

Confidential

Intuitive-00566073

# Mitigants to Third-Party Encroachment



Intuitive expects that these matters will ultimately be resolved in the courts, and barring any unforeseen developments (i.e., settlement) the ongoing litigation with Restore Robotics will surely take several years to play out.  However, in the meanwhile we do note multiple fundamental mitigating factors that will to some extent continue to blunt the impact.

- **Innovation.**  Intuitive's R&D investments remain substantial ($430mm in 2019) with innovation now an even bigger core focus ahead of upcoming competitor system launches.  Launch of new da Vinci platforms and advanced instruments will continue to yield a lower mix of I&A revenues vulnerable to third-party encroachment.

- **Usage based placements.**  An increasing number of hospitals are acquiring new da Vinci systems via usage-based and operating lease arrangements, with systems like Mount Sinai beholden to instrument pricing based on volume thresholds and therefore disincentivized to utilize refurbished instruments.

- **Leveraging its dominant market position.**  While some hospitals are now starting to question the legality/enforceability of contract terms of service, there are also those whose surgeons are simply unwilling to risk losing access to Intuitive's technologies.  We spoke with a supply chain executive of a major academic center that recently began using repaired da Vinci instruments, but upon receipt of an ensuing cease-and-desist notice from the company's lawyers, stopped.

Confidential

Intuitive-00566074

Provided for the exclusive use of ... SEE PROFILE

# Litigation: Restore Robotics v. Intuitive Surgical



**Developments in ongoing litigation will ultimately have significant implications, though resolution likely years away.**

- In February 2019, Restore Robotics filed an antitrust lawsuit against Intuitive in the US District Court in the Northern District of Florida.

- Intuitive subsequently filed a countersuit against Restore Robotics comprising six counts that include unlawful business practices and fraud.

<u>The case is currently in discovery phase and a jury trial is scheduled to commence in 2022</u>, which barring settlement and potential for either side to appeal the jury's verdict indicates that resolution is likely several years away.  And while we are not lawyers and thus not qualified to opine on the voracity of either party's claims in the lawsuit/countersuit nor handicap the potential outcomes, and despite the fact that final resolution is likely years away, we think investors should be cognizant of the case and developments over the next few years.

We do note that if hospital systems wanted to pursue legal action of their own against Intuitive, it would be via a separate filling in the state the hospitals operate in – and based on our checks, we would not be surprised to see such lawsuits filed over the next year or two.

*Source: PACER.gov, Deutsche Bank estimates*

Deutsche Bank
Research

Confidential

Intuitive-00566075

20 February 2020
Medical Supplies & Devices
Intuitive Surgical



# Appendix 1

## Important Disclosures

### *Other information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| Intuitive Surgical | ISRG.OQ | 604.67 (USD) 18 Feb 2020 | 2, 8, 14, 15 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities?topicId=RB0002. Investors are strongly encouraged to review this information before investing.

### Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2. Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

8. Deutsche Bank and/or its affiliate(s) expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.

14. Deutsche Bank and/or its affiliate(s) has received non-investment banking related compensation from this company within the past year.

15. This company has been a client of Deutsche Bank Securities Inc. within the past year, during which time it received non-investment banking securities-related services.

### Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2. Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

### Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Imron Zafar.

Confidential     Intuitive-00566076

20 February 2020
Medical Supplies & Devices
Intuitive Surgical



## Historical recommendations and target price: Intuitive Surgical (ISRG.OQ)
(as of 02/19/2020)



**Current Recommendations**

Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at
Deutsche Bank

| | | | |
|---|---|---|---|
| 1. | 04/02/2019 | Buy, Target Price Change USD 630.00 Imron Zafar | 3. | 01/27/2020 | Downgraded to Hold, Target Price Change USD 595.00 Imron Zafar |
| 2. | 04/19/2019 | Buy, Target Price Change USD 610.00 Imron Zafar | | | |

## Equity Rating Key

**Buy:** Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

**Sell:** Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

**Hold:** We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



Deutsche Bank Securities Inc.

Confidential

Intuitive-00566077

20 February 2020
Medical Supplies & Devices
Intuitive Surgical



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively 'Deutsche Bank'). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website (https://research.db.com/Research/) , and can be found on the general coverage list and also on the covered company's page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website (https://research.db.com/Research/) under Disclaimer.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness

---

Deutsche Bank Securities Inc.

Confidential

Intuitive-00566078



of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the 'Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company's research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong SAR**: Distributed by Deutsche Bank AG, Hong Kong Branch except for any research content relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571. Research reports on such futures contracts are not intended for access by persons who are located, incorporated, constituted or resident in Hong Kong. The author(s) of a research report may not be licensed to carry on regulated activities in Hong Kong and, if not licensed, do not hold themselves out as being able to do so. The provisions set out above in the 'Additional Information' section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. This report is intended for distribution only to 'professional investors' as defined in Part 1 of Schedule of the SFO. This document must not be acted or relied on by persons who are not professional investors. Any investment or investment activity to which this document relates is only available to professional investors and will be engaged only with professional investors.

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration no.: INZ000252437;

Confidential

Intuitive-00566079

20 February 2020
Medical Supplies & Devices
Intuitive Surgical



Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. 'Moody's', 'Standard Poor's', and 'Fitch' mentioned in this report are not registered credit rating agencies in Japan unless Japan or 'Nippon' is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa:** Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore:** This report is issued by Deutsche Bank AG, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, 65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for 'wholesale clients' within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report, the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not

Confidential                                                                                                      Intuitive-00566080

20 February 2020
Medical Supplies & Devices
Intuitive Surgical



accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent.

Backtested, hypothetical or simulated performance results have inherent limitations. Unlike an actual performance record based on trading actual client portfolios, simulated results are achieved by means of the retroactive application of a backtested model itself designed with the benefit of hindsight. Taking into account historical events the backtesting of performance also differs from actual account performance because an actual investment strategy may be adjusted any time, for any reason, including a response to material, economic or market factors. The backtested performance includes hypothetical results that do not reflect the reinvestment of dividends and other earnings or the deduction of advisory fees, brokerage or other commissions, and any other expenses that a client would have paid or actually paid. No representation is made that any trading strategy or account will or is likely to achieve profits or losses similar to those shown. Alternative modeling techniques or assumptions might produce significantly different results and prove to be more appropriate. Past hypothetical backtest results are neither an indicator nor guarantee of future returns. Actual results will vary, perhaps materially, from the analysis.

Copyright © 2020 Deutsche Bank AG

Confidential                                    Intuitive-00566081



David Folkerts-Landau
Group Chief Economist and Global Head of Research

| | | | |
|---|---|---|---|
| Pam Finelli | Anthony Klarman | Michael Spencer | Steve Pollard |
| Global Chief Operating Officer Research | Global Head of Debt Research | Head of APAC Research | Head of Americas Research Global Head of Company Research |

| | | |
|---|---|---|
| Gerry Gallagher | Andreas Neubauer | Peter Milliken |
| Head of European Company Research | Head of Germany Research | Head of APAC Company Research |

| | | | |
|---|---|---|---|
| Jim Reid | Francis Yared | George Saravelos | Peter Hooper |
| Global Head of Thematic Research | Global Head of Rates Research | Global Head of FX Research | Global Head of Economic Research |

### International Production Locations

Deutsche Bank AG
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

Deutsche Bank AG
Equity Research
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

Deutsche Bank AG
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

Deutsche Securities Inc.
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6000

Deutsche Bank AG London
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500