| Number | Title |
|---|---|
| 1 | Expert Report of Dr. Larry Chiagouris |
| 2 | Expert Report of Dr. Sara Parikh |
| 3 | Deposition of Dr. Sara Parikh (Excerpt) |
| 4 | Deposition of Dr. Larry Chiagouris (Excerpt) |