| Number | Title |
|--------|-------|
| 1 | Expert Report of Dr. Russell Lamb |
| 2 | Deposition of Dr. Russell Lamb |
| 3 | Antitrust Rebuttal Report of Dr. Loren Smith |
| 4 | Deposition of Dr. Loren Smith |
| 5 | "Microeconomics" 8th ed. (Robert Pindyck, Daniel Rubinfeld) |
| 6 | "Modern Industrial Organization" 4th ed. (Dennis Carlton, Jeffrey Perloff) |
| 7 | Intuitive-00595405 |
| 8 | Intuitive-00372440 |
| 9 | Intuitive-00390380 |
| 10 | Intuitive-00042937 |
| 11 | Intuitive 2011 10k |
| 12 | Intuitive 2014 10k |
| 13 | Intuitive 2017 10k |
| 14 | Intuitive 2020 10k |
| 15 | Summary of Intuitive 10ks (2009 – 2020) |
| 16 | Intuitive 2000 10k |
| 17 | Surgery Tool Comparison |
| 18 | Intuitive-00102938 |
| 19 | Summary of Intuitive 10ks (2012 – 2020) |