# Exhibit 5

Microeconomics 8th ed. 2013

Exhibit 2

# MICROECONOMICS

EIGHTH EDITION

ROBERT S. PINDYCK

DANIEL L. RUBINFELD



# MICROECONOMICS

## EIGHTH EDITION

**Robert S. Pindyck**
*Massachusetts Institute of Technology*

**Daniel L. Rubinfeld**
*University of California, Berkeley*



PEARSON

Boston Columbus Indianapolis New York San Francisco Upper Saddle River
Amsterdam Cape Town Dubai London Madrid Milan Munich Paris Montréal Toronto
Delhi Mexico City São Paulo Sydney Hong Kong Seoul Singapore Taipei Tokyo

**Editorial Director:** Sally Yagan
**Editor in Chief:** Donna Battista
**Executive Acquisitions Editor:** Adrienne D'Ambrosio
**Editorial Project Manager:** Sarah Dumouchelle
**Editorial Assistant:** Elissa Senra-Sargent
**VP/Director of Marketing:** Patrice Jones
**Director of Marketing:** Maggie Moylan
**Executive Marketing Manager:** Lori DeShazo
**Marketing Assistant:** Kim Lovato
**Senior Managing Editor:** Nancy H. Fenton
**Senior Production Project Manager:** Kathryn Dinovo
**Senior Manufacturing Buyer:** Carol Melville
**Cover Designer:** Jonathan Boylan
**Image Manager:** Rachel Youdelman
**Photo Researcher:** Melody English
**Text Permissions Supervisor:** Michael Joyce
**Media Director:** Susan Schoenberg
**Executive Media Producer:** Melissa Honig
**Content Lead, MyEconLab:** Noel Lotz
**Supplements Editors:** Alison Eusden and Kathryn Dinovo
**Full-Service Project Management:** Integra
**Printer/Binder:** R. R. Donnelley/Willard
**Cover Printer:** Lehigh-Phoenix Color/Hagerstown
**Text Font:** 10/12 Palatino

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on the appropriate page within text or on page 731.

Microsoft and/or its respective suppliers make no representations about the suitability of the information contained in the documents and related graphics published as part of the services for any purpose. All such documents and related graphics are provided "as is" without warranty of any kind. Microsoft and/or its respective suppliers hereby disclaim all warranties and conditions with regard to this information, including all warranties and conditions of merchantability, whether express, implied or statutory, fitness for a particular purpose, title and non-infringement. In no event shall Microsoft and/or its respective suppliers be liable for any special, indirect or consequential damages or any damages whatsoever resulting from loss of use, data or profits, whether in an action of contract, negligence or other tortious action, arising out of or in connection with the use or performance of information available from the services.

The documents and related graphics contained herein could include technical inaccuracies or typographical errors. Changes are periodically added to the information herein. Microsoft and/or its respective suppliers may make improvements and/or changes in the product(s) and/or the program(s) described herein at any time. Partial screen shots may be viewed in full within the software version specified.

Microsoft® and Windows® are registered trademarks of the Microsoft Corporation in the U.S.A. and other countries. This book is not sponsored or endorsed by or affiliated with the Microsoft Corporation.

---

**Copyright © 2013, 2009, 2005, 2001 by Pearson Education, Inc., publishing as Prentice Hall. All rights reserved.** Manufactured in the United States of America. This publication is protected by Copyright, and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. To obtain permission(s) to use material from this work, please submit a written request to Pearson Education, Inc., Permissions Department, One Lake Street, Upper Saddle River, New Jersey 07458, or you may fax your request to 201-236-3290.

Many of the designations by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed in initial caps or all caps.

**Library of Congress Cataloging-in-Publication Data**
Pindyck, Robert S.
Microeconomics / Robert S. Pindyck, Daniel L. Rubinfeld. – 8th ed.
p. cm. – (The Pearson series in economics)
ISBN-13: 978-0-13-285712-3
ISBN-10: 0-13-285712-X
1. Microeconomics. I. Rubinfeld, Daniel L. II. Title.
HB172.P53 2013
338.5–dc23

2011049296

10 9 8 7 6 5 4 3 2

PEARSON

ISBN 10: 0-13-285712-X
ISBN 13: 978-0-13-285712-3

spent and the product has been released for sale, an entrepreneur is unlikely to know how many copies can be sold and whether or not he will be able to make money.

Finally, let's turn to your neighborhood pizzeria. For the pizzeria, the largest component of cost is fixed. Sunk costs are fairly low because pizza ovens, chairs, tables, and dishes can be resold if the pizzeria goes out of business. Variable costs are also fairly low—mainly the ingredients for pizza (flour, tomato sauce, cheese, and pepperoni for a typical large pizza might cost $1 or $2) and perhaps wages for a couple of workers to help produce, serve, and deliver pizzas. Most of the cost is fixed—the opportunity cost of the owner's time (he might typically work a 60- or 70-hour week), rent, and utilities. Because of these high fixed costs, most pizzerias (which might charge $12 for a large pizza costing about $3 in variable cost to produce) don't make very high profits.

## Marginal and Average Cost

To complete our discussion of costs, we now turn to the distinction between marginal and average cost. In explaining this distinction, we use a specific numerical example of a cost function (the relationship between cost and output) that typifies the cost situation of many firms. The example is shown in Table 7.1. After we explain the concepts of marginal and average cost, we will consider *how the analysis of costs differs between the short run and the long run.*

• ***marginal cost (MC)*** Increase in cost resulting from the production of one extra unit of output.

**MARGINAL COST (MC)** **Marginal cost**—sometimes called *incremental cost*—is the increase in cost that results from producing one extra unit of output. Because fixed cost does not change as the firm's level of output changes, marginal cost is

**TABLE 7.1 A FIRM'S COSTS**

| RATE OF OUTPUT (UNITS PER YEAR) | FIXED COST (DOLLARS PER YEAR) (FC) (1) | VARIABLE COST (DOLLARS PER YEAR) (VC) (2) | TOTAL COST (DOLLARS PER YEAR) (TC) (3) | MARGINAL COST (DOLLARS PER UNIT) (MC) (4) | AVERAGE FIXED COST (DOLLARS PER UNIT) (AFC) (5) | AVERAGE VARIABLE COST (DOLLARS PER UNIT) (AVC) (6) | AVERAGE TOTAL COST (DOLLARS PER UNIT) (ATC) (7) |
|---|---|---|---|---|---|---|---|
| 0 | 50 | 0 | 50 | — | — | — | — |
| 1 | 50 | 50 | 100 | 50 | 50 | 50 | 100 |
| 2 | 50 | 78 | 128 | 28 | 25 | 39 | 64 |
| 3 | 50 | 98 | 148 | 20 | 16.7 | 32.7 | 49.3 |
| 4 | 50 | 112 | 162 | 14 | 12.5 | 28 | 40.5 |
| 5 | 50 | 130 | 180 | 18 | 10 | 26 | 36 |
| 6 | 50 | 150 | 200 | 20 | 8.3 | 25 | 33.3 |
| 7 | 50 | 175 | 225 | 25 | 7.1 | 25 | 32.1 |
| 8 | 50 | 204 | 254 | 29 | 6.3 | 25.5 | 31.8 |
| 9 | 50 | 242 | 292 | 38 | 5.6 | 26.9 | 32.4 |
| 10 | 50 | 300 | 350 | 58 | 5 | 30 | 35 |
| 11 | 50 | 385 | 435 | 85 | 4.5 | 35 | 39.5 |

CHAPTER 10

# Market Power: Monopoly and Monopsony



## CHAPTER OUTLINE

**10.1** Monopoly 358

**10.2** Monopoly Power 368

**10.3** Sources of Monopoly Power 375

**10.4** The Social Costs of Monopoly Power 377

**10.5** Monopsony 382

**10.6** Monopsony Power 385

**10.7** Limiting Market Power: The Antitrust Laws 389

## LIST OF EXAMPLES

**10.1** Astra-Merck Prices Prilosec 364

**10.2** Elasticities of Demand for Soft Drinks 370

**10.3** Markup Pricing: Supermarkets to Designer Jeans 372

**10.4** The Pricing of Videos 374

**10.5** Monopsony Power in U.S. Manufacturing 388

**10.6** A Phone Call about Prices 392

**10.7** Go Directly to Jail. Don't Pass Go. 393

**10.8** The United States and the European Union versus Microsoft 394

In a perfectly competitive market, the large number of sellers and buyers of a good ensures that no single seller or buyer can affect its price. The market forces of supply and demand determine price. Individual firms take the market price as a given in deciding how much to produce and sell, and consumers take it as a given in deciding how much to buy.

*Monopoly* and *monopsony*, the subjects of this chapter, are the polar opposites of perfect competition. A **monopoly** is a market that has only one seller but many buyers. A **monopsony** is just the opposite: a market with many sellers but only one buyer. Monopoly and monopsony are closely related, which is why we cover them in the same chapter.

First we discuss the behavior of a monopolist. Because a monopolist is the sole producer of a product, the demand curve that it faces is the market demand curve. This market demand curve relates the price that the monopolist receives to the quantity it offers for sale. We will see how a monopolist can take advantage of its control over price and how the profit-maximizing price and quantity differ from what would prevail in a competitive market.

In general, the monopolist's quantity will be lower and its price higher than the competitive quantity and price. This imposes a cost on society because fewer consumers buy the product, and those who do pay more for it. This is why antitrust laws exist which forbid firms from monopolizing most markets. When economies of scale make monopoly desirable—for example, with local electric power companies—we will see how the government can increase efficiency by regulating the monopolist's price.

*Pure monopoly* is rare, but in many markets only a few firms compete with each other. The interactions of firms in such markets can be complicated and often involve aspects of *strategic gaming*, a topic covered in Chapters 12 and 13. In any case, the firms may be able to affect price and may find it profitable to charge a price higher than marginal cost. These firms have *monopoly power*. We will discuss the determinants of monopoly power, its measurement, and its implications for pricing.

Next we will turn to *monopsony*. Unlike a competitive buyer, a monopsonist pays a price that depends on the quantity that it purchases. The monopsonist's problem is to choose the quantity that

• **monopoly** Market with only one seller.

• **monopsony** Market with only one buyer.

maximizes its net benefit from the purchase—the value derived from the good less the money paid for it. By showing how the choice is made, we will demonstrate the close parallel between monopsony and monopoly.

Although pure monopsony is also unusual, many markets have only a few buyers who can purchase the good for less than they would pay in a competitive market. These buyers have *monopsony power*. Typically, this situation occurs in markets for inputs to production. For example, General Motors, the largest U.S. car manufacturer, has monopsony power in the markets for tires, car batteries, and other parts. We will discuss the determinants of monopsony power, its measurement, and its implications for pricing.

• **market power** Ability of a seller or buyer to affect the price of a good.

Monopoly and monopsony power are two forms of **market power:** the ability—of either a seller or a buyer—to affect the price of a good.[1] Because sellers or buyers often have at least some market power (in most real-world markets), we need to understand how market power works and how it affects producers and consumers.

# 10.1 Monopoly

As the sole producer of a product, a monopolist is in a unique position. If the monopolist decides to raise the price of the product, it need not worry about competitors who, by charging lower prices, would capture a larger share of the market at the monopolist's expense. The monopolist *is* the market and completely controls the amount of output offered for sale.

But this does not mean that the monopolist can charge any price it wants—at least not if its objective is to maximize profit. This textbook is a case in point. Pearson Prentice Hall owns the copyright and is therefore a monopoly producer of this book. So why doesn't it sell the book for $500 a copy? Because few people would buy it, and Prentice Hall would earn a much lower profit.

To maximize profit, the monopolist must first determine its costs and the characteristics of market demand. Knowledge of demand and cost is crucial for a firm's economic decision making. Given this knowledge, the monopolist must then decide how much to produce and sell. The price per unit that the monopolist receives then follows directly from the market demand curve. Equivalently, the monopolist can determine price, and the quantity it will sell at that price follows from the market demand curve.

## Average Revenue and Marginal Revenue

• **marginal revenue** Change in revenue resulting from a one-unit increase in output.

In §8.3, we explain that marginal revenue is a measure of how much revenue increases when output increases by one unit.

The monopolist's *average revenue*—the price it receives per unit sold—is precisely the market demand curve. To choose its profit-maximizing output level, the monopolist also needs to know its **marginal revenue:** the change in revenue that results from a unit change in output. To see the relationship among total, average, and marginal revenue, consider a firm facing the following demand curve:

$$P = 6 - Q$$

Table 10.1 shows the behavior of total, average, and marginal revenue for this demand curve. Note that revenue is zero when the price is $6: At that price, nothing is sold. At a price of $5, however, one unit is sold, so total (and

[1]The courts use the term "monopoly power" to mean significant and sustainable market power, sufficient to warrant particular scrutiny under the antitrust laws. In this book, however, for pedagogic reasons we use "monopoly power" differently, to mean market power on the part of sellers, whether substantial or not.

of demand is *negative*.) Equivalently, we can rearrange this equation to express price directly as a markup over marginal cost:

$$P = \frac{MC}{1 + (1/E_d)} \qquad (10.2)$$

For example, if the elasticity of demand is −4 and marginal cost is \$9 per unit, price should be $\$9/(1 - 1/4) = \$9/.75 = \$12$ per unit.

How does the price set by a monopolist compare with the price under competition? In Chapter 8, we saw that in a perfectly competitive market, price equals marginal cost. A monopolist charges a price that exceeds marginal cost, *but by an amount that depends inversely on the elasticity of demand.* As the markup equation (10.1) shows, if demand is extremely elastic, $E_d$ is a large negative number, and price will be very close to marginal cost. In that case, a monopolized market will look much like a competitive one. In fact, when demand is very elastic, there is little benefit to being a monopolist.

In §8.1, we explain that a perfectly competitive firm will choose its output so that marginal cost equals price.

Also note that a monopolist will never produce a quantity of output that is on the inelastic portion of the demand curve—i.e., where the elasticity of demand is less than 1 in absolute value. To see why, suppose that the monopolist is producing at a point on the demand curve where the elasticity is −0.5. In that case, the monopolist could make a greater profit by producing less and selling at a higher price. (A 10-percent reduction in output, for example, would allow for a 20-percent increase in price and thus a 10-percent increase in revenue. If marginal cost were greater than zero, the increase in profit would be even more than 10 percent because the lower output would reduce the firm's costs.) As the monopolist reduces output and raises price, it will move up the demand curve to a point where the elasticity is greater than 1 in absolute value and the markup rule of equation (10.2) will be satisfied.

In §4.3 and Table 4.3, we explain that when price is increased, expenditure—and thus revenue—increases if demand is inelastic, decreases if demand is elastic, and is unchanged if demand has unit elasticity.

Suppose, however, that marginal cost is zero. In that case, we cannot use equation (10.2) directly to determine the profit-maximizing price. However, we can see from equation (10.1) that in order to maximize profit, the firm will produce at the point where the elasticity of demand is exactly −1. If marginal cost is zero, maximizing profit is equivalent to maximizing revenue, and revenue is maximized when $E_d = -1$.

## EXAMPLE 10.1 ASTRA-MERCK PRICES PRILOSEC

In 1995, a new drug developed by Astra-Merck became available for the long-term treatment of ulcers. The drug, Prilosec, represented a new generation of antiulcer medication. Other drugs to treat ulcer conditions were already on the market: Tagamet had been introduced




in 1977, Zantac in 1983, Pepcid in 1986, and Axid in 1988. These four drugs worked in much the same way to reduce the stomach's secretion of acid. Prilosec, however, was based on a very different biochemical mechanism and was much more effective than these earlier drugs. By

## Production, Price, and Monopoly Power

As we will see in Chapters 12 and 13, determining the elasticity of demand for a firm's product is usually more difficult than determining the market elasticity of demand. Nonetheless, firms will often use market research and statistical studies to estimate elasticities of demand for their products, because knowledge of these elasticities can be essential for profit-maximizing production and pricing decisions.

Let's return to the demand for toothbrushes in Figure 10.7. Let's assume that Firm *A* in that figure has a good knowledge of its demand curve. In that case, how much should Firm *A* produce? The same principle applies: The profit-maximizing quantity equates marginal revenue and marginal cost. In Figure 10.7(b), that quantity is 5000 units. The corresponding price is $1.50, which exceeds marginal cost. Thus, although Firm *A* is not a pure monopolist, *it does have monopoly power*—it can profitably charge a price greater than marginal cost. Of course, its monopoly power is less than it would be if it had driven away the competition and monopolized the market, but it might still be substantial.

This raises two questions.

1. How can we *measure* monopoly power in order to compare one firm with another? (So far we have been talking about monopoly power only in *qualitative* terms.)
2. What are the *sources* of monopoly power, and why do some firms have more monopoly power than others?

We address both these questions below, although a more complete answer to the second question will be provided in Chapters 12 and 13.

## Measuring Monopoly Power

Remember the important distinction between a perfectly competitive firm and a firm with monopoly power: *For the competitive firm, price equals marginal cost; for the firm with monopoly power, price exceeds marginal cost.* Therefore, a natural way to measure monopoly power is to examine the extent to which the profit-maximizing price exceeds marginal cost. In particular, we can use the markup ratio of price minus marginal cost to price that we introduced earlier as part of a rule of thumb for pricing. This measure of monopoly power, introduced by economist Abba Lerner in 1934, is called the **Lerner Index of Monopoly Power.** It is the difference between price and marginal cost, divided by price. Mathematically:

• **Lerner Index of Monopoly Power** Measure of monopoly power calculated as excess of price over marginal cost as a fraction of price.

$$L = (P - \text{MC})/P$$

The Lerner index always has a value between zero and one. For a perfectly competitive firm, $P = \text{MC}$, so that $L = 0$. The larger is $L$, the greater is the degree of monopoly power.

This index of monopoly power can also be expressed in terms of the elasticity of demand facing the firm. Using equation (10.1), we know that

$$L = (P - \text{MC})/P = -1/E_d \qquad \textbf{(10.4)}$$

Remember, however, that $E_d$ is now the elasticity of the *firm's* demand curve, not the market demand curve. In the toothbrush example discussed previously, the

entire market. In some cases, economies of scale may be so large that it is most efficient for a single firm—*a natural monopoly*—to supply the entire market. We will discuss scale economies and natural monopoly in more detail shortly.

In §7.4, we explain that a firm enjoys economies of scale when it can double its output with less than a doubling of cost.

## The Interaction Among Firms

The ways in which competing firms interact is also an important—and sometimes the most important—determinant of monopoly power. Suppose there are four firms in a market. They might compete aggressively, undercutting one another's prices to capture more market share. This could drive prices down to nearly competitive levels. Each firm will fear that if it raises its price it will be undercut and lose market share. As a result, it will have little monopoly power.

On the other hand, the firms might not compete much. They might even collude (in violation of the antitrust laws), agreeing to limit output and raise prices. Because raising prices in concert rather than individually is more likely to be profitable, collusion can generate substantial monopoly power.

We will discuss the interaction among firms in detail in Chapters 12 and 13. Now we simply want to point out that, other things being equal, monopoly power is smaller when firms compete aggressively and is larger when they cooperate.

Remember that a firm's monopoly power often changes over time, as its operating conditions (market demand and cost), its behavior, and the behavior of its competitors change. Monopoly power must therefore be thought of in a dynamic context. For example, the market demand curve might be very inelastic in the short run but much more elastic in the long run. (Because this is the case with oil, the OPEC cartel enjoyed considerable short-run but much less long-run monopoly power.) Furthermore, real or potential monopoly power in the short run can make an industry more competitive in the long run: Large short-run profits can induce new firms to enter an industry, thereby reducing monopoly power over the longer term.

# 10.4 The Social Costs of Monopoly Power

In a competitive market, price equals marginal cost. Monopoly power, on the other hand, implies that price exceeds marginal cost. Because monopoly power results in higher prices and lower quantities produced, we would expect it to make consumers worse off and the firm better off. But suppose we value the welfare of consumers the same as that of producers. In the aggregate, does monopoly power make consumers and producers better or worse off?

We can answer this question by comparing the consumer and producer surplus that results when a competitive industry produces a good with the surplus that results when a monopolist supplies the entire market.[11] (We assume that the competitive market and the monopolist have the same cost curves.) Figure 10.10 shows the average and marginal revenue curves and marginal cost curve for the monopolist. To maximize profit, the firm produces at the point where marginal revenue equals marginal cost, so that the price and quantity are $P_m$ and $Q_m$. In a competitive market, price must equal marginal cost, so the competitive price and quantity, $P_c$ and $Q_c$ are found at the intersection of the average revenue (demand) curve and the marginal cost curve. Now let's examine how surplus

In §9.1, we explain that consumer surplus is the total benefit or value that consumers receive beyond what they pay for a good; producer surplus is the analogous measure for producers.

[11] If there were two or more firms, each with some monopoly power, the analysis would be more complex. However, the basic results would be the same.




**FIGURE 10.10**
**DEADWEIGHT LOSS FROM MONOPOLY POWER**

The shaded rectangle and triangles show changes in consumer and producer surplus when moving from competitive price and quantity, $P_c$ and $Q_c$, to a monopolist's price and quantity, $P_m$ and $Q_m$. Because of the higher price, consumers lose $A + B$ and producer gains $A - C$. The deadweight loss is $B + C$.

changes if we move from the competitive price and quantity, $P_c$ and $Q_c$, to the monopoly price and quantity, $P_m$ and $Q_m$.

Under monopoly, the price is higher and consumers buy less. Because of the higher price, those consumers who buy the good lose surplus of an amount given by rectangle $A$. Those consumers who do not buy the good at price $P_m$ but who would buy at price $P_c$ also lose surplus—namely, an amount given by triangle $B$. The total loss of consumer surplus is therefore $A + B$. The producer, however, gains rectangle $A$ by selling at the higher price but loses triangle $C$, the additional profit it would have earned by selling $Q_c - Q_m$ at price $P_c$. The total gain in producer surplus is therefore $A - C$. Subtracting the loss of consumer surplus from the gain in producer surplus, we see a net loss of surplus given by $B + C$. This is the *deadweight loss from monopoly power.* Even if the monopolist's profits were taxed away and redistributed to the consumers of its products, there would be an inefficiency because output would be lower than under conditions of competition. The deadweight loss is the social cost of this inefficiency.

## Rent Seeking

• **rent seeking** Spending money in socially unproductive efforts to acquire, maintain, or exercise monopoly.

In practice, the social cost of monopoly power is likely to exceed the deadweight loss in triangles $B$ and $C$ of Figure 10.10. The reason is that the firm may engage in **rent seeking:** spending large amounts of money in socially unproductive efforts to acquire, maintain, or exercise its monopoly power. Rent seeking might involve lobbying activities (and perhaps campaign contributions) to obtain government regulations that make entry by potential competitors more difficult. Rent-seeking activity could also involve advertising and legal efforts to avoid antitrust scrutiny. It might also mean installing but not utilizing extra production capacity to convince potential competitors that they cannot sell enough to make entry worthwhile. We would expect the economic incentive to incur rent-seeking costs to bear a direct relation to the gains from monopoly power (i.e., rectangle $A$ minus triangle $C$.) Therefore, the larger the

could sell to some of these customers. Unfortunately, it would then earn less revenue from its existing customers, and again profits would shrink.

How can the firm capture the consumer surplus (or at least part of it) from its customers in region *A*, and perhaps also sell profitably to some of its potential customers in region *B*? Charging a single price clearly will not do the trick. However, the firm might charge different prices to different customers, according to where the customers are along the demand curve. For example, some customers in the upper end of region *A* would be charged the higher price $P_1$, some in region *B* would be charged the lower price $P_2$, and some in between would be charged $P^*$. This is the basis of **price discrimination:** charging different prices to different customers. The problem, of course, is to identify the different customers, and to get them to pay different prices. We will see how this can be done in the next section.

• **price discrimination** Practice of charging different prices to different consumers for similar goods.

The other pricing techniques that we will discuss in this chapter—two-part tariffs and bundling—also expand the range of a firm's market to include more customers and to capture more consumer surplus. In each case, we will examine both the amount by which the firm's profit can be increased and the effect on consumer welfare. (As we will see, when there is a high degree of monopoly power, these pricing techniques can sometimes make both consumers and the producer better off.) We turn first to price discrimination.

# 11.2 Price Discrimination

Price discrimination can take three broad forms, which we call first-, second-, and third-degree price discrimination. We will examine them in turn.

## First-Degree Price Discrimination

Ideally, a firm would like to charge a different price to each of its customers. If it could, it would charge each customer the maximum price that the customer is willing to pay for each unit bought. We call this maximum price the customer's **reservation price.** The practice of charging each customer his or her reservation price is called perfect **first-degree price discrimination.**[1] Let's see how it affects the firm's profit.

• **reservation price** Maximum price that a customer is willing to pay for a good.

• **first-degree price discrimination** Practice of charging each customer her reservation price.

First, we need to know the profit that the firm earns when it charges only the single price $P^*$ in Figure 11.2. To find out, we can add the profit on each incremental unit produced and sold, up to the total quantity $Q^*$. This incremental profit is the marginal revenue less the marginal cost for each unit. In Figure 11.2, this marginal revenue is highest and marginal cost lowest for the first unit. For each additional unit, marginal revenue falls and marginal cost rises. Thus the firm produces the total output $Q^*$, at which point marginal revenue and marginal cost are equal.

In §8.3, we explain that a firm's profit-maximizing output is the output at which marginal revenue is equal to marginal cost.

If we add up the profits on each incremental unit produced, we obtain the firm's **variable profit;** the firm's profit, ignoring its fixed costs. In Figure 11.2, variable profit is given by the *yellow-shaded* area between the marginal revenue and marginal cost curves.[2] Consumer surplus, which is the area between the average revenue curve and the price $P^*$ that customers pay, is outlined as a black triangle.

• **variable profit** Sum of profits on each incremental unit produced by a firm; i.e., profit ignoring fixed costs.

[1]We are assuming that each customer buys one unit of the good. If a customer buys more than one unit, the firm will have to charge different prices for each of the units.

[2]Recall from Chapter 10 that because total profit $\pi$ is the difference between total revenue $R$ and total cost $C$, incremental profit is just $\Delta\pi = \Delta R - \Delta C = MR - MC$. Variable profit is found by summing all the $\Delta\pi$s, and thus it is the area between the MR and MC curves. This ignores fixed costs, which are independent of the firm's output and pricing decisions. Thus, total profit equals variable profit minus fixed cost.

groups, and the consumers in each group will be relatively homogeneous in terms of demands for cellular service. Remember that the two-part tariff works best when consumers have identical or very similar demands. (Recall from Figure 11.9 that with identical consumers, the two-part tariff can be used to capture *all* consumer surplus.) Creating a situation in which consumers sort themselves into groups in this way makes best use of the two-part tariff.

## *11.5 Bundling

You have probably seen the 1939 film *Gone with the Wind.* It is a classic that is nearly as popular now as it was then.[13] Yet we would guess that you have not seen *Getting Gertie's Garter*, a flop that the same company (MGM, a division of Loews) also distributed. And we would also guess that you did not know that these two films were priced in what was then an unusual and innovative way.[14]

Movie theaters that leased *Gone with the Wind* also had to lease *Getting Gertie's Garter.* (Movie theaters pay the film companies or their distributors a daily or weekly fee for the films they lease.) In other words, these two films were **bundled**—i.e., sold as a package.[15] Why would the film company do this?

• **bundling** Practice of selling two or more products as a package.

You might think that the answer is obvious: *Gone with the Wind* was a great film and *Gertie* was a lousy film, so bundling the two forced movie theaters to lease *Gertie.* But this answer doesn't make economic sense. Suppose a theater's reservation price (the maximum price it will pay) for *Gone with the Wind* is $12,000 per week, and its reservation price for *Gertie* is $3000 per week. Then the most it would pay for *both* films is $15,000, whether it takes the films individually or as a package.

Bundling makes sense when *customers have heterogeneous demands* and when the firm cannot price discriminate. With films, different movie theaters serve different groups of patrons and therefore different theaters may face different demands for films. For example, different theaters might appeal to different age groups, who in turn have different relative film preferences.

To see how a film company can use customer heterogeneity to its advantage, suppose that there are *two* movie theaters and that their reservation prices for our two films are as follows:

| | GONE WITH THE WIND | GETTING GERTIE'S GARTER |
|---|---|---|
| Theater *A* | $12,000 | $3000 |
| Theater *B* | $10,000 | $4000 |

[13]Adjusted for inflation, *Gone with the Wind* was also the largest grossing film of all time. *Titanic*, released in 1997, made $601 million. *Gone with the Wind* grossed $81.5 million in 1939 dollars, which is equivalent to $941 million in 1997 dollars.

[14]For those readers who claim to know all this, our final trivia question is: Who played the role of Gertie in *Getting Gertie's Garter?*

[15]The major Hollywood studios were forced to stop bundling their films in 1948, when the Supreme Court decided that the studios were acting in violation of antitrust laws by forcing theaters to buy their films on an all-or-nothing basis. In addition, the studios were forced to sell their theater chains, ending decades of monopolistic vertical integration that had made the studios economic powerhouses.




**FIGURE 11.13**
**CONSUMPTION DECISIONS WHEN PRODUCTS ARE SOLD SEPARATELY**

The reservation prices of consumers in region I exceed the prices $P_1$ and $P_2$ for the two goods, so these consumers buy both goods. Consumers in regions II and IV buy only one of the goods, and consumers in region III buy neither good.

the vertical axis is $r_2$, which is the reservation price for good 2. The figure shows the reservation prices for three consumers. Consumer *A* is willing to pay up to \$3.25 for good 1 and up to \$6 for good 2; consumer *B* is willing to pay up to \$8.25 for good 1 and up to \$3.25 for good 2; and consumer *C* is willing to pay up to \$10 for each of the goods. In general, the reservation prices for any number of consumers can be plotted this way.

Suppose that there are many consumers and that the products are sold separately, at prices $P_1$ and $P_2$, respectively. Figure 11.13 shows how consumers can be divided into groups. Consumers in region I of the graph have reservation prices that are above the prices being charged for each of the goods, so they will buy both goods. Consumers in region II have a reservation price for good 2 that is above $P_2$, but a reservation price for good 1 that is below $P_1$; they will buy only good 2. Similarly, consumers in region IV will buy only good 1. Finally, consumers in region III have reservation prices below the prices charged for each of the goods, and so will buy neither.

Now suppose the goods are sold only as a bundle, for a total price of $P_B$. We can then divide the graph into two regions, as in Figure 11.14. Any given




**FIGURE 11.14**
**CONSUMPTION DECISIONS WHEN PRODUCTS ARE BUNDLED**

Consumers compare the *sum* of their reservation prices $r_1 + r_2$, with the price of the bundle $P_B$. They buy the bundle only if $r_1 + r_2$ is at least as large as $P_B$.

Case 8:20-cv-02274-VMC-T_W Document 145-6 Filed 01/04/22 Page 15 of 15 PageID 32768


copiers also had to buy Xerox paper. This allowed Xerox to meter consumption (customers who used a machine intensively bought more paper), and thereby apply a two-part tariff to the pricing of its machines. Also during the 1950s, IBM required customers who leased its mainframe computers to use paper computer cards made only by IBM. By pricing cards well above marginal cost, IBM was effectively charging higher prices for computer usage to customers with larger demands.[18]

Tying can also be used to extend a firm's market power. As we discussed in Example 10.8 (page 394), in 1998 the Department of Justice brought suit against Microsoft, claiming that the company had tied its Internet Explorer Web browser to its Windows 98 operating system in order to maintain its monopoly power in the market for PC operating systems.

Tying can have other uses. An important one is to protect customer goodwill connected with a brand name. This is why franchises are often required to purchase inputs from the franchiser. For example, Mobil Oil requires its service stations to sell only Mobil motor oil, Mobil batteries, and so on. Similarly, until recently, a McDonald's franchisee had to purchase all materials and supplies—from the hamburgers to the paper cups—from McDonald's, thus ensuring product uniformity and protecting the brand name.[19]

# *11.6 Advertising

We have seen how firms can utilize their market power when making pricing decisions. Pricing is important for a firm, but most firms with market power have another important decision to make: how much to advertise. In this section, we will see how firms with market power can make profit-maximizing advertising decisions, and how those decisions depend on the characteristics of demand for the firm's product.[20]

For simplicity, we will assume that the firm sets only one price for its product. We will also assume that having done sufficient market research, it knows how its quantity demanded depends on both its price $P$ *and* its advertising expenditures in dollars $A$; that is, it knows $Q(P, A)$. Figure 11.20 shows the firm's demand and cost curves with and without advertising. AR and MR are the firm's average and marginal revenue curves when it does not advertise, and AC and MC are its average and marginal cost curves. It produces a quantity $Q_0$, where MR = MC, and receives a price $P_0$. Its profit per unit is the difference between $P_0$ and average cost, so its total profit $\pi_0$ is given by the gray-shaded rectangle.

In §7.1, marginal cost—the increase in cost that results from producing one extra unit of output—is distinguished from average cost—the cost per unit of output.

Now suppose the firm advertises. This causes its demand curve to shift out and to the right; the new average and marginal revenue curves are given by AR′ and MR′. Advertising is a fixed cost, so the firm's average cost curve rises (to AC′). Marginal cost, however, remains the same. With advertising, the firm produces $Q_1$ (where MR′ = MC) and receives a price $P_1$. Its total profit $\pi_1$, given by the purple-shaded rectangle, is now much larger.

---

[18] Antitrust actions ultimately forced IBM to discontinue this pricing practice.

[19] In some cases, the courts have ruled that tying is not necessary to protect customer goodwill and is anticompetitive. Today, a McDonald's franchisee can buy supplies from any McDonald's-approved source. For a discussion of some of the antitrust issues involved in franchise tying, see Benjamin Klein and Lester F. Saft, "The Law and Economics of Franchise Tying Contracts," *Journal of Law and Economics* 28 (May 1985): 345–61.

[20] A perfectly competitive firm has little reason to advertise: By definition it can sell as much as it produces at a market price that it takes as given. That is why it would be unusual to see a producer of corn or soybeans advertise.