| Number | Title |
|---|---|
| 1 | Deposition of Glenn Papit |
| 2 | Expert Report of Gwen Mandel |
| 3 | Expert Report of Kurt Humphrey |
| 4 | Deposition of Gwen Mandel |
| 5 | Deposition of Kurt Humphrey |
| 6 | Humphrey Revised List of Materials Considered |
| 7 | Expert Declaration of Kurt Humphrey |
| 8 | Expert Report of Russell Lamb |
| 9 | Deposition of Chris Gibson |