Exhibit 3
Expert Report of Kurt Humphrey

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| REBOTIX REPAIR LLC, | )<br>)<br>) Case No. 8:20-cv-02274 |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| INTUITIVE SURGICAL, INC., | ) HIGHLY CONFIDENTIAL<br>) INFORMATION - ATTORNEYS' EYES<br>) ONLY |
| Defendant. | )<br>) |

**EXPERT REPORT OF KURT HUMPHREY**

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# TABLE OF CONTENTS

I.   Introduction ................................................................................................ 1

    A.  Qualifications ..................................................................................... 1

    B.  Documents Reviewed ........................................................................ 2

    C.  Compensation .................................................................................... 3

II.  Background ................................................................................................. 3

    ████████████████████████████████████████████████████████

    B.  General Overview of RFID Systems ................................................ 5

    ████████████████████████████████████████████████████████

    ████████████████████████████████████████████████████████

    ████████████████████████████████████████████████████████

III. Opinions ................................................................................................... 15

    A.  Summary of Opinions ...................................................................... 15

    ████████████████████████████████████

        █  ████████████████████████████████

        █  ████████████████████████████████

        █  █████████████████████████████████████

        █  ████████████████████████████████

        █  ████████████████████████████████

    ████████████████████████████████████

        █  ████████████████████████████████

        █  ████████████████████████████████

        █  █████████████████████████████████████

        █  █████████████████████████████████████

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

IV.    Other issues .................................................................................................... 26

    A.   Intuitive's own security testing ................................................................. 26

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# I.      INTRODUCTION

## A.      Qualifications

1.      I currently work as Managing Director and Principal Technologist at IP Enginuity LLC. I have held that position for the past 15 years.

2.      I hold B.S. and M.S. degrees in Ceramic Engineering from the University of Missouri-Rolla and worked primarily as a Process Development Engineer and Process Integration Manager during my 20+ year history in integrated circuit (IC) device and smart sensor processing.  My professional experience in industry included responsibilities for complementary metal oxide semiconductor (CMOS) process development for DRAM, SRAM, EEPROM and SONOS flash and embedded non-volatile (NV) memories at AT&T Technologies, Philips Research Laboratories in Eindhoven, NL, and United Technologies Microelectronics Center. While at Philips, I collaborated with engineers at Siemens (DE), IBM (US), Intel (US), Motorola (US), Texas Instruments (US) and SEMATECH (US) on next-generation memory technology through formal technology transfer agreements with Philips (NL).

3.      I am an expert in reverse engineering (RE) industrial and consumer microelectronic devices, components and systems including RFID products such as smart EMV smartcards and other proximity integrated circuit cards (PICCs).  Over the course of my career, I have reverse engineered a large number and wide variety of semiconductor devices including microprocessors and non-volatile memories such as EEPROMs and Flash products for OEMs such as Apple, Alcatel-Lucent (Nokia) and others.

4.      I have been engaged by multiple clients to extract or "dump" contents of specific EEPROMs and flash memories used in contactless RFID smart cards such as Visa payWave, Gemalto and other contactless EMV cards.  The primary objective was to analyze the code or firmware with respect to patent enforcement/infringement matters.

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

5.      I have general familiarity with encryption and security used in RFID communications, including encryption via stream ciphers and mutual authentication protocols.

6.      I have been deposed as a technical expert four times and provided expert trial testimony in a product liability case.

      a.      I was engaged as an expert in an International Trade Commission (ITC) patent infringement case in 2006/2007 between Hewlett Packard and Acer on behalf of HP.  I provided reverse engineering and technical product testing services, prepared an expert report based on my empirical findings and was subsequently deposed. Investigation No. 337-TA-606.

      b.      I performed failure analyses on sample products, prepared an expert report, was deposed, and testified before a jury in a 2012 LED lighting product liability case between Clutch City Sports and Entertainment (Plaintiff) and iLight Technologies et al (Defendants) Cause 2009-76645.

      c.      I was deposed in support of an IPR instituted by USPTO PTAB in 2018 where I represented the patent owner. (Case IPR2017-001889 Sprint Spectrum v. General Access Solutions)

      d.      I was also deposed in an active patent infringement case involving Bluetooth Low Energy technology, Proxense LLC v. Target Corporation, Civil Action No.: 6:20-cv-879.

**B.      Documents Reviewed**

7.      I have reviewed the Complaint in this matter, deposition testimony, documents produced in this action, publicly available documents, and Gwen Mandel's expert report. I have also had conversations with and reviewed technical documentation provided by Stan Hamilton of Rebotix Repair LLC regarding the past S/Si and current Xi EndoWrist repair

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

investigations.  A list of the materials I have reviewed is attached as Exhibit 1. If I become aware of new information, I may modify the information in this report or supplement my opinions.

### C.    **Compensation**

8.      I am being compensated for my time in this matter at the rate of $300 per hour. My compensation in this matter is not contingent on the content of my testimony or any outcome in this litigation.

## II.    BACKGROUND

9.      I am aware that Intuitive Surgical manufactures da Vinci surgical robots and EndoWrist instruments. The EndoWrist instruments are designed to be attached to the da Vinci surgical robot, and include a use counter. There are different models and generations of the da Vinci robot. The relevant models for my analysis are the third generation robots S/Si robots and the fourth generation X/Xi robots. Intuitive developed a set of EndoWrists for each robot. The instruments developed for the Xi da Vinci robot also function with the X robot.[1]

10.     The use counter is incorporated in a chip on each EndoWrist. Intuitive designed the usage counter such that it decrements one use when an EndoWrist instrument is used in surgery.[2]  The actual usage counter is solely designed to track the number of times an instrument has been used in surgery and report the usage count to the robot to display the number of uses remaining on the instrument.[3]

---

[1] The Intuitive website describes the da Vinci X as having "the same arm architecture as the da Vinci Xi so that [the customer] can use the latest instruments" https://www.intuitive.com/en-us/products-and-services/da-vinci/systems##.

[2] McGrogan Deposition at 17:13 – 18:6.

[3] Intuitive-00512349, Intuitive-00552746.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

11. It is my understanding that Rebotix Repair LLC currently repairs S/Si EndoWrists but does not currently repair X/Xi EndoWrists.[4]

A. **Da Vinci S/Si EndoWrists**



---

[4] Hamilton Deposition at 57:5-19, 230:22-25.

[5] Interview with Stan Hamilton.

[6] DS2505 Datasheet at 2.

[7] Hamilton Deposition at 143:12 – 144:7.

[8] McGrogan Deposition at 77:12-23.

---

Expert Report of Kurt Humphrey                                              4

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

**B.**     <u>General Overview of RFID Systems</u>

14.     An RFID system is a method by which data is communicated between two sources.[9]

15.     A RFID system consists of two components: tags and readers. A reader is a device that includes antennas that can emit and receive RF signals from a tag and optionally power a passive RFID tag. The tag uses RF signals to communicate information to a reader.[10]

16.     Unlike a hardwire connection, the RFID tag can transmit data without physically being connected to the RFID reader.[11]

17.     There are two types of tags—passive and active.[12] A passive tag is powered by the signal emitted from the reader.[13] An active tag is powered by a battery.[14] Each tag can store a range of information, from a single serial number to multiple pages of data.[15]

18.     An RF system for transmitting data does not affect the underlying stored data—it is a communication method for such data rather than a data storage system.

**C.**     <u>The Atmel CryptoRF Family on the Da Vinci X/Xi System</u>

[REDACTED]

---

[9] https://internetofthingsagenda.techtarget.com/definition/RFID-radio-frequency-identification.

[10] https://www.fda.gov/radiation-emitting-products/electromagnetic-compatibility-emc/radio-frequency-identification-rfid.

[11] https://internetofthingsagenda.techtarget.com/definition/RFID-radio-frequency-identification.

[12] https://internetofthingsagenda.techtarget.com/definition/RFID-radio-frequency-identification.

[13] https://www.atlasrfidstore.com/rfid-insider/active-rfid-vs-passive-rfid.

[14] https://www.atlasrfidstore.com/rfid-insider/active-rfid-vs-passive-rfid, https://www.rfidjournal.com/faq/whats-the-difference-between-passive-and-active-tags.

[15] https://www.fda.gov/radiation-emitting-products/electromagnetic-compatibility-emc/radio-frequency-identification-rfid.

[16] Intuitive Surgical da Vinci Xi System User Manual at E-16, "RFID communication is used by the da Vinci Xi system to detect and identify instruments and endoscopes that are installed on the system." Intuitive Surgical

---

Expert Report of Kurt Humphrey         5

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

da Vinci X System User Manual at E-11: "RFID communication is used by the system to detect and identify instruments and endoscopes that are installed on the system.".

[17] Intuitive Surgical da Vinci Xi System User Manual at E-17, Intuitive Surgical da Vinci X System User Manual at E-17.

[18] Atmel CryptoRF EEPROM Memory Full Specification

[19] Atmel CryptoRF EEPROM Memory Full Specification at 117.

[20] Atmel CryptoRF EEPROM Memory Full Specification at Appendix I – K.

[21] Intuitive Surgical da Vinci Xi System User Manual at E-17, Intuitive Surgical da Vinci X System User Manual at E-17.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[22] Intuitive-00506542.

[23] Intuitive-00506542.

[24] Intuitive: IS4000 8mm Base Instruments Final Design Review (FDR) Slide 192.

[25] ComputerWorld "The SHA1 hash function is now completely unsafe",
    https://www.computerworld.com/article/3173616/the-sha1-hash-function-is-now-completely-unsafe.html.

[26] Atmel CryptoRF EEPROM Memory Full Specification at Appendix I – K.

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[27] Mandel Report at ¶¶ 9-14.

[28] Atmel CryptoRF EEPROM Memory Full Specification at Appendix I.

[29] Atmel CryptoRF EEPROM Memory Full Specification Fig. 1-1.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



**D.    <u>Rebotix Repair LLC's da Vinci S/Si Repairs</u>**

---

[30] Atmel Crytpo RF EEPROM Memory Full Specification at 6 ("The RF interface powers the other circuits, no battery is required.")

[31] Atmel CryptoRF EEPROM Memory Full Specification at Appendix J-K.

[32] Interview with Stan Hamilton.

[33] Mandel Report at ¶ 17.

[34] Hamilton depo tr. 143:12-25.

[35] Hamilton depo tr. 143:12-25.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

E.   **Status of X/Xi Repairs**

---

[36] Intuitive: IS4000 8mm Base Instruments Final Design Review (FDR) Slide 192; Intuitive-00545094.

[37] Harrich Deposition at 34:19 – 38:1. Neither surgeons, first assists, nor scrub assists were able to discern any differences during surgery between Rebotix-repaired EndoWrists and brand new EndoWrists from Intuitive. Harrich Deposition at 38:9 – 39:3.

[38] Interview with Stan Hamilton.

[39] Interview with Stan Hamilton.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[40] Proxmark website, https://proxmark.com/.

[41] "Getting Started With Minicom", https://wiki.emacinc.com/wiki/Getting_Started_With_Minicom?gclid=Cj0KCQjw9O6HBhCrARIsADx5qCRdMmNHBNmxMzzPpeC2rsk0rLMkWdEQq1gCFDXfUqN_kS5t21Z9Tx0aAt9DEALw_wcB.

[42] Mandel Report at ¶ 20.

[43] Mandel Report at ¶ 20.

[44] Mandel Report at ¶ 23.

[45] Mandel Report at ¶ 27.

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[46] For example, "The Proxmark III (PM3) is the defacto RFID research tool. There are other alternative tools but none have the community and prevalence of the PM3. It's capable of reading, writing, and emulating many of the currently available RFID tags. In addition, there is a quiet community forum where some highly-technical volunteers share custom Proxmark firmwares and much needed information about RFID research." "RFID Hacking with The Proxmark 3", K. Chung, 2017 at https://blog.kchung.co/rfid-hacking-with-the-proxmark-3/ .

[47] "Advantages and Limitations of I2C Communication", Total Phase, https://www.totalphase.com/blog/2016/08/advantages-limitations-i2c-communication/ .

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

## III.    OPINIONS

### A.    Summary of Opinions

44.    I have formed three primary opinions after my review of the available information.

---

[48] Interview with Stan Hamilton.

[49] DS2505 Datasheet at 2.

[50] Interview with Stan Hamilton.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[51] "Use an External Encrypted EEPROM to Secure Data in Embedded Systems" Digi-Key, https://www.digikey.com/en/articles/use-external-encrypted-eeprom--secure-data-embedded-systems.

[52] Extended Learning Institute (ELI) at Northern Virginia Community College (NOVA). "Introduction to Computer Applications and Concepts." *Lumen*, courses.lumenlearning.com/zeliite115/chapter/reading-read-only-memory/.

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



53 010 Editor Manual - Using the Hex Editor, www.sweetscape.com/010editor/manual/UsingHexEditor.htm.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[54] Interview with Stan Hamilton

[55] Fukami, Aya, et al. "A New Model for Forensic Data Extraction from Encrypted Mobile Devices." *Forensic Science International: Digital Investigation*, Elsevier, 27 May 2021, www.sciencedirect.com/science/article/pii/S2666281721000779.

[56] Atmel CryptoRF EEPROM Memory Full Specification at 35.

[57] Canonical. *Ubuntu Manpage: Binwalk - Binary Image Search Tool*, manpages.ubuntu.com/manpages/trusty/man1/binwalk.1.html.

---

Expert Report of Kurt Humphrey                                                                 19

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[58] Intuitive Surgical da Vinci Xi System User Manual at E-16, "RFID communication is used by the da Vinci Xi system to detect and identify instruments and endoscopes that are installed on the system."

[59] Atmel CryptoRF EEPROM Memory Full Specification, Tables 3-1 and C-6.

[60] Mandel Report at ¶ 17.

[61] Mandel Report at ¶ 17.

---

Expert Report of Kurt Humphrey                                                    20

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[62] Mandel Report at ¶ 17.

[63] Mandel Report at ¶ 17.

---

Expert Report of Kurt Humphrey                                                21

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[64] Interview with Stan Hamilton.

[65] Interview with Stan Hamilton.

[66] McGrogan Deposition at 78:10-18.

[67] Interview with Stan Hamilton.

---

Expert Report of Kurt Humphrey                                                                  22

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[68] Conti, Gregory, et al. "Visual Reverse Engineering of Binary and Data Files." *Visualization for Computer Security Lecture Notes in Computer Science*, Sept. 2008, pp. 1–17., doi:10.1007/978-3-540-85933-8_1.

---

Expert Report of Kurt Humphrey                                                                23

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[69] Intuitive-00506542.

[70] Intuitive-00552746; Intuitive-00593473.

[71] Intuitive-00593477- Intuitive-00593478.

[72] Mandel Report at ¶¶ 25-26.

[73] Mandel Report at ¶¶ 26-27.

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

## IV.   OTHER ISSUES

### A.   <u>Intuitive's own security testing</u>

---

[74] Intuitive-00671027; Intuitive-00671034.

[75] Interview with Stan Hamilton.

---

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



---

[76] Intuitive-00506582 (Cylance Professional Services Technical Report).

[77] Intuitive-00506593 – Intuitive-00506594.

[78] Intuitive-00506594.

[79] Intuitive-00506594.

[80] Intuitive-00506593.

[81] Intuitive-00506593 – Intuitive-0050694.

---

Expert Report of Kurt Humphrey                                                    27

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Executed on July 26, 2021,

Kurt Humphrey

---

[82] Atmel Crypto RF EEPROM Memory Full Specification Datasheet Appendices J, K.

[83] Mandel Expert Report at ¶ 17.

## Exhibits 1

- Interview with Stan Hamilton on 7/23/21
- June 7th, 2021, Deposition of Anthony McGrogan
- June 4th, 2021, Deposition of Stan Hamilton
- Atmel CryptoRF EEPROM Memory Full Specification
- Dallas Semiconductor DS2505 Data Sheet
- Da Vinci X Manual
- Da Vinci Xi Manual
- Intuitive-00506505-Intuitive-00506641
- Intuitive-00512348-Intuitive-00512353
- Intuitive-00544903-Intuitive-00545124
- Intuitive-00552745-Intuitive-00552759
- Intuitive-00593443-Intuitive-00593480
- Intuitive-00671020-Intuitive-00671035
- Expert Report by Gwen Mandel
- Fukami, Aya, et al. "A New Model for Forensic Data Extraction from Encrypted Mobile Devices." *Forensic Science International: Digital Investigation*, Elsevier, 27 May 2021, www.sciencedirect.com/science/article/pii/S2666281721000779.
- Conti, Gregory, et al. "Visual Reverse Engineering of Binary and Data Files." *Visualization for Computer Security Lecture Notes in Computer Science*, Sept. 2008, pp. 1–17., doi:10.1007/978-3-540-85933-8_1.