Exhibit 6

Humphrey Revised List of Materials Considered

**Humphrey Revised List of Materials Considered**

- Conversation with Gwen Mandel and Stan Hamilton, 7/17/21
- Conversation with Gwen Mandel and Stan Hamilton, 7/19/21
- Conversation with Stan Hamilton, 7/19/21
- Conversation with Stan Hamilton, 7/23/21
- Email correspondence with Stan Hamilton, Gwen Mandel, and accompanying attachments
- June 7th, 2021, Deposition of Anthony McGrogan (with accompanying exhibits)
- June 4th, 2021, Deposition of Stan Hamilton (with accompanying exhibits)
- May 24th, 2021, Deposition of Ed Harrich (with accompanying exhibits)
- May 14th, 2021, Deposition of Glenn Vavoso (with accompanying exhibits)
- Atmel CryptoRF EEPROM Memory Full Specification
- Dallas Semiconductor DS2505 Data Sheet
- Da Vinci X Manual
- Da Vinci Xi Manual
- Intuitive-00235920-Intuitive-00235981
- Intuitive-00477183- Intuitive-00477216
- Intuitive-00506505-Intuitive-00506641
- Intuitive-00512348-Intuitive-00512353
- Intuitive-00544903-Intuitive-00545124
- Intuitive-00552745-Intuitive-00552759
- Intuitive-00593443-Intuitive-00593480
- Intuitive-00671020-Intuitive-00671035
- REBOTIX119844-REBOTIX119850
- REBOTIX148555-REBOTIX148578
- REBOTIX119844-REBOTIX119850
- REBOTIX175329
- Expert Report by Gwen Mandel
- Androulidakis, Iosif I. *Mobile phone security and forensics*. Springer, 2016.
- Billard, David, and Paul Vidonne. "Chip-off by matter subtraction: Frigida via." *Proc. 10th Int'l Conf. Systematic Approaches to Digital Forensic Engineering.* 2015.
- Conti, Gregory, et al. "Visual Reverse Engineering of Binary and Data Files." *Visualization for Computer Security Lecture Notes in Computer Science*, Sept. 2008, pp. 1–17., doi:10.1007/978-3-540-85933-8_1.
- Courbon, Franck, Sergei Skorobogatov, and Christopher Woods. "Reverse engineering flash EEPROM memories using scanning electron microscopy." *International Conference on Smart Card Research and Advanced Applications.* Springer, Cham, 2016.
- Fukami, Aya, et al. "A New Model for Forensic Data Extraction from Encrypted Mobile Devices." *Forensic Science International: Digital Investigation*, Elsevier, 27 May 2021, www.sciencedirect.com/science/article/pii/S2666281721000779.

- Fukami, Aya, et al. "Improving the reliability of chip-off forensic analysis of NAND flash memory devices." *Digital Investigation* 20 (2017): S1-S11.
- Jacobson Jr, Michael J., et al. "Applied Cryptography and Network Security." *11th International Conference, ACNS 2013, Banff, AB, Canada, June 25–28, 2013, Proceedings.* Vol. 7954. 2013.
- Lemke-Rust, Kerstin, and Michael Tunstall. *Smart Card Research and Advanced Applications.* Springer International Publishing AG, 2017.
- López, Javier, and Gene Tsudik, eds. *Applied Cryptography and Network Security: 9th International Conference, ACNS 2011, Nerja, Spain, June 7-10, 2011, Proceedings.* Vol. 6715. Springer Science & Business Media, 2011.
- Mahalik, Heather, Rohit Tamma, and Satish Bommisetty. *Practical mobile forensics*. Packt Publishing Ltd, 2016.
- National Institute of Standards and Technology. "CFTT – JTAG, Chip-Off NIST 2019." NIST - National Institute of Standards and Technology, 2019, www.nist.gov/system/files/documents/2020/08/21/CFTT%20-%20JTAG%20and%20Chip-Off%202019.pdf.
- National Institute of Standards and Technology. "NIST Mobile Forensics Workshop and Webcast." NIST - National Institute of Standards and Technology, June 2014, www.nist.gov/system/files/documents/forensics/2-Brothers-NIST-2014_Slides-23-Pages-2.pdf.
- Scientific Working Group on Digital Evidence. "SWGDE Best Practices for Chip-Off". *SWGDE – Scientific Working Group on Digital Evidence*, 2019. https://athenaforensics.co.uk/wp-content/uploads/2019/01/SWGDE-Best-Practices-for-Chip-Off-020816.pdf
- Skorobogatov, Sergei. "Data remanence in flash memory devices." *International Workshop on Cryptographic Hardware and Embedded Systems.* Springer, Berlin, Heidelberg, 2005.
- Swauger, Jim. "Extracting a full bit-stream image from devices containing embedded flash memory." Digital Forensics. Recovered from http://www. binaryintel. com/wpcontent/uploads/2012/05/Chip-Off _Forensics_ Article. pdf (2012).
- Tiruchanpalli, Shivendran Divakar. "Forensic Aspects of Various Flash Memory Devices." (2019).
- Wu, Chuan-Kun. *Internet of Things Security: Architectures and Security Measures*. Springer Nature.