| Number | Title |
|:---:|:---:|
| 1 | Lamb Expert Declaration |
| 2 | Expert Report of Russell Lamb |
| 3 | Lamb Supplemental Report |
| 4 | Stevens Expert Declaration |
| 5 | Expert Report of J. Lawrence Stevens |
| 6 | Exhibit 1 to Stevens Report (Expert Report of Joshua Sharlin) |
| 7 | Parnell Expert Declaration |
| 8 | Expert Report of Dr. T. Kim Parnell |
| 9 | Humphrey Expert Declaration |
| 10 | Expert Report of Kurt Humprey |
| 11 | Mandel Expert Declaration |
| 12 | Expert Report of Gwen Mandel |
| 13 | Mills Expert Declaration |
| 14 | Expert Report of Robert Mills |
| 15 | Mills Supplemental Report |
| 16 | Papit Declaration |
| 17 | Deposition of Joe Morrison |
| 18 | Deposition of Robert Mills |
| 19 | Deposition of Kurt Humphrey |

| 20 | Deposition of Dr. T. Kim Parnell |
|---|---|
| 21 | Deposition of Mark Johnson |
| 22 | Deposition of Glenn Vavoso |
| 23 | Deposition of Bob DeSantis |
| 24 | Deposition of Katie Scoville |
| 25 | Deposition of Anthony McGrogan |
| 26 | Deposition of Ed Harrich (Pullman) |
| 27 | Deposition of Stacy Donovan (Evergreen) |
| 28 | FDA statistics |
| 29 | Intuitive Patent 6,312,435 |
| 30 | Intuitive Patent 5,792,135 |
| 31 | Intuitive Patent 11,185,380 |
| 32 | Intuitive Initial Business Plan |
| 33 | REBOTIX175417 |
| 34 | FDA Guidance Document |
| 35 | Instrument Refurbishment Feasibility Update |
| 36 | Long Tail Intuitive-00102938 |
| 37 | Deposition of Heather Rosecrans |
| 38 | Deutsche Bank Report |
| 39 | Hospital Right to Repair |

| 40 | Important Facts Document |
|----|--------------------------|
| 41 | Deposition of Loren Smith |
| 42 | Xi EndoWrist Catalog |
| 43 | Intuitive-00278826 |
| 44 | Intuitive-00589150 |
| 45 | Intuitive-00556193 |
| 46 | Intuitive-00512048 |
| 47 | REBOTIX075431-REBOTIX075432 |
| 48 | REBOTIX132496-REBOTIX132562 |
| 49 | REBOTIX089137-REBOTIX089155 |
| 50 | REBOTIX133235-REBOTIX133236 |
| 51 | REBOTIX133237-REBOTIX133238 |
| 52 | REBOTIX133261-REBOTIX133265 |
| 53 | REBOTIX162404-REBOTIX162424 |
| 54 | REBOTIX170053-REBOTIX170420 |
| 55 | 2018 Annual Report |
| 56 | REBOTIX175326 |
| 57 | Si Instrument Catalog |
| 58 | Intuitive-00311530-Intuitive-00311534 |
| 59 | REBOTIX068497 |

| 60 | REBOTIX165979-REBOTIX165998 |
|----|------------------------------|
| 61 | BU Contribution 2017-2020 |
| 62 | Intuitive-00372440 |
| 63 | Intuitive-00390380 |
| 64 | Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc., No. 321-cv-03496-VC (N.D. Cal.) (Docket No. 70) |
| 65 | Intuitive-00237033 |
| 66 | Intuitive-00084987 |
| 67 | Stan Hamilton Disclosure |
| 68 | Deposition of Stan Hamilton |
| 69 | Expert Antitrust Merits Report of Loren K. Smith |
| 70 | Authenticity Stipulation |