Exhibit P15

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC, | ) <br> ) <br> ) Case No. 8:20-cv-02274 |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| INTUITIVE SURGICAL, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**SUPPLEMENT TO EXPERT REPORT OF ROBERT MILLS**

1. In my July 26, 2021 expert report, I cited to the Expert Report of Dr. Joshua S. Sharlin (see Paragraph 28) and indicated that I relied upon certain of Dr. Sharlin's opinions.

2. It is my understanding that Dr. Sharlin has been withdrawn as a testifying expert in this case. I understand that the opinions from Dr. Sharlin identified in my report are now being offered through Lawrence J. Stevens and Dr. T. Kim Parnell. I am therefore no longer relying on Dr. Sharlin's opinions. Instead, in the instance in my report where I indicate reliance on Dr. Sharlin, I am instead relying on the expert opinions of Dr. Lawrence J. Stevens and Dr. T. Kim Parnell as set forth in their expert reports. My opinions are otherwise unchanged.

Executed on September 22, 2021,

Robert Mills