Exhibit P35
(filed under seal)