Exhibit P36
(filed under seal)