Exhibit P43

| | |
|---|---|
| From: | Chace Rawls [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=127E6F49344B425CB867A4B6C0F13D17-CHACE RAWLS] |
| Sent: | 11/30/2018 8:31:08 AM |
| To: | Burnett, Glenn [Glenn.Burnett@memorialhermann.org]; Cink, Misty [Misty.Cink@memorialhermann.org]; Ochoa, Kelly [Kelly.Ochoa@memorialhermann.org] |
| Subject: | RE: Instruments and Accessories |
| Attachments: | Memorial Hermann-Southeast Hospital TX, 110572, KR 11-30-18.pdf |

Glenn,

Attached is the Instrument and Accessories quote for your Xi. This can be modified as appropriate, but should be sufficient to get the system up and running with the types of procedures we anticipate will be done on the Xi.

Let me know if you have any questions or want to discuss.

Thanks!

*Chace Rawls*
Director, Regional & Academic Key Customers
Intuitive Surgical, Inc.
(469) 223-8350
Chace.Rawls@intusurg.com

---

**From:** Burnett, Glenn <Glenn.Burnett@memorialhermann.org>
**Sent:** Thursday, November 29, 2018 10:55 AM
**To:** Chace Rawls <Chace.Rawls@intusurg.com>; Cink, Misty <Misty.Cink@memorialhermann.org>; Ochoa, Kelly <Kelly.Ochoa@memorialhermann.org>
**Subject:** [EXTERNAL] RE: Instruments and Accessories

Thanks Chace. Please send to all the folks on this email.

**Glenn Burnett**
281.929.6177

---

**From:** Chace Rawls [mailto:Chace.Rawls@intusurg.com]
**Sent:** Thursday, November 29, 2018 10:49 AM
**To:** Burnett, Glenn
**Subject:** [EXTERNAL] Instruments and Accessories

Glenn,

The one thing we haven't discussed is the instruments and Accessories that will need to be purchased for the Xi. I have Lexi working up and I&A quote for those, but I would estimate for planning purposes about $150k to get started. The Xi instruments are priced equivalent to the Si instruments and are mostly disposable/reposable. I have asked her to build the initial quote similar to what we have done at Katy and Memorial City since the types of procedures you all will be doing are similar. I hope to have this over to you later today. If you have any questions or want to discuss, please feel free to reach out.

Thanks Glenn!

*Chace Rawls*
Director, Regional & Academic Key Customers

Attorneys' Eyes Only

Intuitive-00278826

Intuitive Surgical, Inc.
(469) 223-8350
Chace.Rawls@intusurg.com

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to:
ITHelpNow@intusurg.com.

Attorneys' Eyes Only

Intuitive-00278827