Exhibit P46

Intuitive Surgical®, Inc

**System 510k's/K990144**
**LAPAROSCOPIC 510(k)**
**Submission date 2/16/1999**

Attorneys' Eyes Only

COVER LETTER

Attorneys' Eyes Only

Intuitive-00512049



January 18, 1999

Food and Drug Administration
Center for Devices and Radiological Health
Document Mail Center (HFZ-401)
9200 Corporate Blvd.
Rockville, MD  20850                    VIA: Federal Express

Attention:    Mr. Neil R. P. Ogden, Branch Chief
              Division of General Surgery and Restorative Devices

RE:    Intuitive Surgical 510(k) Submission for:
       Additional Surgical Instruments Designed to be Used with the
       Intuitive Surgical Endoscopic Instrument Control System

Dear Mr. Ogden:

Pursuant to Section 510(k) of the Federal Food, Drug and Cosmetic Act as amended and 21 CFR
Part 807, this Premarket Notification is respectfully submitted by Intuitive Surgical requesting
clearance to market additional surgical instruments designed to be used with our cleared
Endoscopic Instrument Control System.  (Reference your 510(k) file #K965001.)  Surgical
instruments described under the Class I, exempt surgical instruments category as well as Class II
standard electrocautery instruments and accessories are intended to be included in this new
submission.

As you know, we recently completed an extensive, prospectively randomized and concurrently
controlled, clinical study as part of our IDE (G970281) in order to demonstrate substantial
equivalence in terms of safety and effectiveness.  The final report of the results of this study has
been included in this submission.  We have organized our presentation of these clinical study
results according to the guidance contained in Dr. Chiacchierini's "Perspectives on Clinical
Studies for Medical Device Submissions"  It is contained in five sections 1) Clinical Study [a
summary including prior clinical investigation], 2) Protocols, 3) Patient Accountability, 4) Safety
and Effectiveness Parameters, and 5) Statistical Analysis and Results.

We understand that the agency will schedule a panel meeting at which we will present our
clinical data.  Either the third or fourth week in March would work best for us, as our
Statistician, Dr. Bloch and investigator Dr. White, are both not available the first two weeks.  We
look forward to working with you to prepare for this meeting.  Dr. Bloch is completing his
portion of the final statistical analysis which will be sent under separate cover for your review by
January 31.

Although the primary purpose of this new submission is the gain clearance for the additional
instruments we have been discussing, we have taken the opportunity to update the description of
the Endoscopic Instrument Control System itself as well as portions of the Software sections as
well as Risk Management and Labeling.  Whenever possible, we have highlighted the changes to
the original documents submitted as part of K965001 in an attempt to facilitate agency review.
These changes are summarized as an attachment to this cover letter.

Intuitive Surgical considers this submission to be confidential.  Please do not disclose either the existence of this submission or any of its contents to anyone outside of the agency.  A 510(k) Summary is included that can be made available to interested parties upon request, once the submission is cleared.

Please do not hesitate to contact me directly if you have any questions.

Sincerely,

Michael A. Daniel
Vice President, Regulatory / Clinical Affairs & QA

Cellular/Pager:  415-407-0223
Direct Line:  650-237-7036

cc:  Howard Holstein
     Dr. Fred Moll
     Lonnie Smith

Attorneys' Eyes Only

## REVISIONS TO SYSTEM RELATED ASPECTS OF CLEARED 510(k) 965001

| Cleared 510(k) K965001 Section | K965001 Page No. | Document Description | Description of Changes |
|---|---|---|---|
| Device Description | 19-36 | Product Description, Endoscopic Instrument Control System | Changes Redlined [highlighted with bar in document margin with additions in lighter type & deletions crossed out] |
| | 37-53 | Endoscopic Instrument Control System Electronic Control Subsystem Architecture Spec. | Redlined (as above) |
| | 54-65 | Drawings updated with new drawings added | Unchanged or new |
| | 66 – 79 | OEM Encoder Spec. Sheets | Unchanged and not included |
| Software | 83 | Revised Software Information | Unchanged |
| | 84 – 109 | Software Development Environment | Completely re-written to bring up to date.  (No redline) |
| Level of Concern | 110– 115 | Level of Concern for Endoscopic Instrument Control Software | Redlined |
| Description | 116– 117 | Summary Software Description | Unchanged |
| Development Life Cycle | 118– 137 | Software Development Life Cycle | Unchanged |
| | 138– 143 | Software Release Procedure | Redlined |
| Risk Management | 144– 171 | Entire Section rewritten | Complete re-write |
| Draft Labeling | 172 | Entire Section rewritten | Complete re-write |

Intuitive-00512052

TABLE OF CONTENTS

Attorneys' Eyes Only

Intuitive-00512053

## TABLE OF CONTENTS

| | PAGE |
|---|---|
| COVER LETTER | |
| TABLE OF CONTENTS | 001 |
| TRUTHFUL AND ACCURATE STATEMENT | 002 |
| 510(k) SUMMARY | 003 |
| CDRH PREMARKET SUBMISSION COVER SHEET | 005 |
| INTENDED USE STATEMENT | 009 |
| SUBSTANTIAL EQUIVALENCE COMPARISON / RATIONALE | 010 |

    Summary
    Specific Feature Comparison Table
    Comparative Drawings
    Predicate Information
    CDRH / ODE S/E Decision-Making Process Flow Chart

| DEVICE DESCRIPTION | 052 |
|---|---|

    Product Description
        Instrument Control System
        Electronic Subsystem Architecture
    Engineering Drawings

| SOFTWARE | 109 |
|---|---|

    Introduction / Overview
    Development Environment
    Level of Concern
    Summary Description
    Development Life Cycle
    Release Procedure

| RISK MANAGEMENT | 178 |
|---|---|

    Electronic Hardware Failure Control Requirements
    Clinical Risk Analysis

| DRAFT LABELING | 235 |
|---|---|
| PREDICATE DEVICE LABELING | 291 |
| SAFETY | 318 |
| STERILIZATION | 320 |
| CLINICAL STUDY | 321 |

    Summary
    Protocols
    Patient Accountability
    Safety and Effectiveness Parameters
    Statistical Analysis and Results

| APPENDICES | 417 |
|---|---|
| REFERENCES | 437 |

*001*

TRUTHFUL & ACCURATE
STATEMENT

Attorneys' Eyes Only

## PREMARKET NOTIFICATION TRUTHFUL AND ACCURATE STATEMENT

### AS REQUIRED BY 21 CFR 807.87(j)

I certify that, in my capacity as Vice President of Regulatory / Clinical Affairs and Quality
Assurance for Intuitive Surgical, I believe to the best of my knowledge, that all data and
information submitted in this premarket notification are truthful and accurate and that no material
fact has been omitted.


Michael A. Daniel

Dated

## TBD

Premarket Notification [510(k)] Number

002

Attorneys' Eyes Only

Intuitive-00512056

510(k) SUMMARY

Attorneys' Eyes Only

Intuitive-00512057

# 510(k) SUMMARY – Intuitive Surgical, Inc.

This summary of 510(k) safety and effectiveness information is submitted in accordance with the requirements of SMDA 1990 and 21 CFR 807.92.

**510(k) Number: TBD**

**Applicant Information:**

| | |
|---|---|
| Date Prepared: | January 15, 1999 |
| Name: | Intuitive Surgical, Inc. |
| Address: | 1340 W. Middlefield Road |
| | Mountain View, California 94043 |
| Contact Person: | Michael A. Daniel |
| Phone Number: | (650) 237-7036 |
| Facsimile Number: | (650) 526-2060 |

**Device Information:**

| | |
|---|---|
| Classification: | Class I / II    Gynecologic Laparoscope and Accessories |
| | Electrocautery, Endoscope and Accessories |
| Trade Name: | Intuitive Surgical™ Instruments / Accessories: |
| | "Resposable" (limited reuse) Endoscopic Instruments |
| | including: Scissors, Scalpels, Forceps, Clip Applier, |
| | Electrocautery and accessories, Pick-ups and Needle |
| | Drivers / Holders for use with: |
| | The Intuitive Surgical™ Endoscopic Instrument Control System |
| Common Name: | Endoscopic Instruments and Accessories |
| Classification Name: | Endoscope and Accessories,          21 CFR 876.1500 |
| | Gynecologic laparoscope and Acces. 21 CFR 884.1720 |

**Predicate Devices:**

The Intuitive Surgical™ Endoscopic Instruments and Tools are substantially equivalent in intended use and/or method of operation to the following predicate devices:

1. Various Class I Exempt and Class II endoscopic electrocautery surgical instruments including the Baxter Healthcare Endoscopic Instruments (K931340) and the Deknatel Snowden Pencer Diamond Touch™ Brand of Endoscopic Instruments (K960400).

2. The Intuitive Surgical™ Endoscopic Instrument Control System and selected instruments (K975001).

003

## 510(k) SUMMARY – Intuitive Surgical, Inc.  (Continued)

**Device Description:**

The working ends and elements of the Intuitive Surgical™ Endoscopic Instruments and
Accessories are essentially identical in size and shape to the predicate devices referenced
and represent standard embodiments of standard surgical tools modified for use with the
Intuitive Surgical™ Endoscopic Instrument Control System.

**Intended Use:**

The Intuitive Surgical™ Endoscopic Instrument Control System is intended to assist in
the accurate control of Intuitive Surgical™ Endoscopic Instruments including, rigid
endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, forceps / pick-ups,
needle holders, clip appliers, endoscopic retractors, stabilizers, electrocautery and
accessories during laparoscopic surgical procedures.  It is intended to be used by
professionals in operating room environments.

**Comparison to Predicate Device(s):**

The Intuitive Surgical™ Instruments are essentially identical in terms of shape, size,
function and tissue effect to the standard Class I and II endoscopic instruments cited.
Further, the Intuitive Surgical™ Instrument Control System with the additional
endoscopic instruments is substantially equivalent to the cleared Intuitive Surgical™
Instrument Control System (K975001).

***In Vitro* Test Data:**

Design analysis and comparison as well as in vitro testing confirm that basic functional
characteristics are substantially equivalent to the predicate devices cited.

**Clinical Study Data:**

An extensive prospectively randomized and concurrently controlled clinical study was
performed to demonstrate substantial equivalence to the predicate devices cited in terms
of safety and effectiveness.

**Summary:**

Based upon the product technical information, intended use, and performance
information provided in the pre-market notification, the Intuitive Surgical Endoscopic
Instrument Control System has been shown to be substantially equivalent to currently
marketed predicate devices.

Intuitive™ and Intuitive Surgical™ is a registered trademark of Intuitive Surgical, Inc.

Attorneys' Eyes Only

CDRH PREMARKET SUB.
COVER SHEETS

Attorneys' Eyes Only

Intuitive-00512060

# CENTER FOR DEVICES AND RADIOLOGICAL HEALTH
## Premarket Submission Cover Sheet

| Date of Submission | FDA Document Number |
|---|---|
| 1/15/99 | |

## Section A — Type of Submission

- [x] 510 (k)
- [ ] 510 (k) Add'l information

- [ ] IDE
- [ ] IDE Amendment
- [ ] IDE Supplement
- [ ] IDE Report

- [ ] PMA
- [ ] PMA Amendment
- [ ] PMA Report

- [ ] PMA Supplement - Regular
- [ ] PMA Supplement - Special
- [ ] PMA Supplement - 30 day
- [ ] PMA Supplement - Panel Track

## Section B1 — Reason for Submission - 510(k)s Only

- [ ] New device
- [x] Additional or expanded indications
- [ ] Change in technology, design, materials, or manufacturing process
- [ ] Other reason (specify):

## Section B2 — Reason for Submission - PMAs Only

- [ ] New device
- [ ] Withdrawal
- [ ] Additional or expanded indications
- [ ] Licensing agreement

- [ ] Change in design, component, or specification
  - [ ] Software
  - [ ] Color Additive
  - [ ] Other (specify below)

- [ ] Location change:
  - [ ] Manufacturer
  - [ ] Sterilizer
  - [ ] Packager
  - [ ] Distributor

- [ ] Labeling change
  - [ ] Indications
  - [ ] Instructions
  - [ ] Performance Characteristics
  - [ ] Shelf life
  - [ ] Trade name
  - [ ] Other (specify below)

- [ ] Process change:
  - [ ] Manufacturer
  - [ ] Sterilizer
  - [ ] Packager

- [ ] Report submission:
  - [ ] Annual or periodic
  - [ ] Adverse reaction
  - [ ] Device defect
  - [ ] Amendment

- [ ] Change in ownership
- [ ] Change in correspondent

- [ ] Response to FDA correspondence (specify below)
- [ ] Request for applicant hold
- [ ] Request for removal of applicant hold
- [ ] Request for extension
- [ ] Request to remove or add manufacturing site

- [ ] Other reason (specify):

## Section B3 — Reason for Submission - IDEs Only

- [ ] New device
- [ ] Addition of institution
- [ ] Expansion / extension of study
- [ ] IRB certification
- [ ] Request hearing
- [ ] Request waiver
- [ ] Termination of study
- [ ] Withdrawal of application
- [ ] Unanticipated adverse effect

- [ ] Change in:
  - [ ] Correspondent
  - [ ] Design
  - [ ] Informed consent
  - [ ] Manufacturer
  - [ ] Manufacturing
  - [ ] Protocol - feasibility
  - [ ] Protocol - other
  - [ ] Sponsor

- [ ] Response to FDA letter concerning:
  - [ ] Conditional approval
  - [ ] Deemed approval
  - [ ] Deficient final report
  - [ ] Deficient progress report
  - [ ] Deficient investigator report
  - [ ] Disapproval
  - [ ] Request extension of time to respond to FDA
  - [ ] Request meeting

- [ ] Emergency use:
  - [ ] Notification of emergency use
  - [ ] Additional information

- [ ] Report submission:
  - [ ] Current investigator
  - [ ] Annual progress
  - [ ] Site waiver limit reached
  - [ ] Final

- [ ] IOL submissions only
  - [ ] Change in IOL style
  - [ ] Request for protocol waiver

- [ ] Other reason (specify):

005

January 19, 1995

Version 1.0

Attorneys' Eyes Only

Intuitive-00512061

FDA Document Number:

## Section C — Product Classification

| Product code: | C.F.R. Section: | Device Class: |
| --- | --- | --- |
| 79 FWZ, 78KOG, 85HET | 879.4950 or 60, 876.1500, 884.1720 | ☐ Class I   ☒ Class II |
| Classification panel: General Surgery | | ☐ Class III   ☐ Unclassified |

## Section D — Information on 510(k) Submissions

Product codes of devices to which substantial equivalence is claimed:

Summary of, or statement concerning, safety and effectiveness data:

| 1 79 FWZ | 2 78KOG | 3 85HET | 4 |
| --- | --- | --- | --- |
| 5 | 6 | 7 | 8 |

☒ 510(k) summary attached
☐ 510(k) statement

Information on devices to which substantial equivalence is claimed:

| 510(k) Number | Trade or proprietary or model name | Manufacturer |
| --- | --- | --- |
| 1 K960400 | 1 Deknatel Snowden Pencer Diamond Touch Instruments | 1 Deknatel Snowden Pencer |
| 2 K931340 | 2 Baxter Healthcare Endoscopic Instruments | 2 Baxter Healthcare |
| 3 K975001 | 3 Intuitive Surgical Endoscopic Instrument Control Syst. | 3 Intuitive Surgical |
| 4 | 4 | 4 |
| 5 | 5 | 5 |
| 6 | 8 | 8 |

## Section E — Product Information - Applicable to All Applications

Common or usual name or classification name:

Endoscopic Instrument Control System and Endoscopic Instruments

| Trade or proprietary or model name | Model number |
| --- | --- |
| 1 Intuitive Surgical Endoscopic Instruments | 1 AXXXXX |
| 2 Intuitive Surgical Endoscopic Instrument Control System | 2 IS1000 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |

FDA document numbers of all prior related submissions (regardless of outcome):

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| 7 | 8 | 9 | 10 | 11 | 12 |

Data included in submission:   ☒ Laboratory Testing   ☐ Animal Trials   ☒ Human Trials

Indications (from labeling):

The Intuitive Surgical™ Endoscopic Instrument Control System is intended to assist in the accurate control of Intuitive Surgical™ endoscopic instruments including, rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, forceps / pick-ups, needle holders, clip appliers, endoscopic retractors, stabilizers, electrocautery and accessories during laparoscopic surgical procedures. It is intended to be used by professionals in operating room environments.

Attorneys' Eyes Only                                                        Intuitive-00512062

| | FDA Document Number: |
|---|---|

| Section F | Manufacturing / Packaging / Sterilization Sites |
|---|---|

| ; Original<br>☐ Add  ☐ Delete | FDA establishment registration number:<br>~~Application Pending~~ 59573 | ☒ Manufacturer<br>☐ Contract Manufacturer | ☐ Contact sterilizer<br>☐ Repackager/relabeler |
|---|---|---|---|

| Company / Institution name: |
|---|
| Intuitive Surgical, Inc. |

| Division name (if applicable): | Phone number (include area code):<br>(650) 237-7036 |
|---|---|

| Street Address:<br>1340 W. Middlefield Road | FAX number (include area code):<br>(650) 526-2060 |
|---|---|

| City:<br>Mountain View | State / Province:<br>CA | Country:<br>USA | ZIP / Postal Code:<br>94043 |
|---|---|---|---|

| Contact name:<br>Michael A. Daniel |
|---|

| Contact title:<br>Vice President, Regulatory / Clinical Affairs and Quality Assurance |
|---|

| ☐ Original<br>☐ Add  ☐ Delete | FDA establishment registration number:<br>2029725 | ☐ Manufacturer<br>☐ Contract Manufacturer | ☐ Contact sterilizer<br>☐ Repackager/relabeler |
|---|---|---|---|

| Company / Institution name:<br>SteriGenics |
|---|

| Division name (if applicable): | Phone number (include area code):<br>(909) 340-0700 |
|---|---|

| Street Address:<br>344 Bonnie Circle | FAX number (include area code):<br>(909) 340-1990 |
|---|---|

| City:<br>Corona | State / Province:<br>CA | Country:<br>USA | ZIP / Postal Code:<br>91720 |
|---|---|---|---|

| Contact name:<br>Ron Garcia/Sharon Hughes |
|---|

| Contact title:<br>Account Manager/Customer Service |
|---|

| ☐ Original<br>☐ Add  ☐ Delete | FDA establishment registration number: | ☐ Manufacturer<br>☐ Contract Manufacturer | ☐ Contact sterilizer<br>☐ Repackager/relabeler |
|---|---|---|---|

| Company / Institution name: |
|---|

| Division name (if applicable): | Phone number (include area code): |
|---|---|

| Street Address: | FAX number (include area code): |
|---|---|

| City: | State / Province: | Country: | ZIP / Postal Code: |
|---|---|---|---|

| Contact name: |
|---|

| Contact title: |
|---|

007

Attorneys' Eyes Only

Intuitive-00512063

FDA Document Number:

| **Section G** | **Applicant or Sponsor** |
|---|---|

| Company / Institution name:<br><br>Intuitive Surgical, Inc. | FDA establishment registration number:<br><br>Application Pending |
|---|---|
| Division name (if applicable): | Phone number (include area code):<br>(650) 237-7036 |
| Street address:<br><br>1340 W. Middlefield Road | FAX number (include area code):<br>(650) 526-2060 |

| City:<br>Mountain View | State/Province<br>CA | Country:<br>USA | ZIP / Postal Code:<br>94043 |
|---|---|---|---|

Signature:

Name:

Michael A. Daniel

Title:

Vice President, Regulatory / Clinical Affairs and Quality Assurance

| **Section H** | **Submission correspondent (if different from above)** |
|---|---|

| Company / Institution name: | |
|---|---|
| Division name (if applicable): | Phone number (include area code): |
| Street address: | FAX number (include area code): |

| City: | State/Province | Country: | ZIP / Postal Code: |
|---|---|---|---|

Contact name:

Contact title:

Your voluntary completion of this Premarket Submission Cover Sheet will not affect any FDA decision concerning your submission, but will help FDA's Center for Devices and Radiological Health process your submission more efficiently. The information you provide should apply only to a single accompanying submission. Please do not send cover sheets for any previous submissions. See the instructions for additional information on completing the cover sheet. If you have a question concerning completion of the cover sheet, please contact the Division of Small Manufacturer's Assistance at (800) 638-2041 or (301) 443-6597.

008                     January 19, 1995

Version 1.0

Attorneys' Eyes Only                                                    Intuitive-00512064

INTENDED USE
STATEMENT

Attorneys' Eyes Only

Intuitive-00512065

**510(k) Number (if known): TBD**

**Device Name:**   Intuitive Surgical™ Endoscopic Instrument Control System
                   and Intuitive Surgical™ Endoscopic Instruments

**Indications For Use:**

The Intuitive Surgical™ Endoscopic Instrument Control System is intended to assist in the accurate control of Intuitive Surgical™ endoscopic instruments including, rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, forceps / pick-ups, needle holders, clip appliers, endoscopic retractors, stabilizers, electrocautery and accessories during laparoscopic surgical procedures.  It is intended to be used by professionals in operating room environments.

---

(PLEASE DO NOT WRITE BELOW THIS LINE - CONTINUE ON ANOTHER PAGE IF NEEDED)

---

Concurrence of CDRH, Office of Device Evaluation (ODE)

009

Prescription Use ____ __          OR          Over-The-Counter Use _____
(Per 21 CFR 801.109)

(Optional Format 1-2-96)

Attorneys' Eyes Only   Intuitive-00512066

SUBSTANTIAL EQUIV.
RATIONALE

Attorneys' Eyes Only

Intuitive-00512067

This substantial equivalence comparison / rationale section is divided into four parts:

1) SUBSTANTIAL EQUIVALENCE OF ADDITIONAL INSTRUMENTS

2) SUBSTANTIAL EQUIVALENCE OF ENDOSCOPIC INSTRUMENT CONTROL SYSTEM (W/ ADDITIONAL INSTRUMENTS)

3) CLASSIFICATION DISCUSSION

4) SUMMARY

The objective of this submission is to obtain clearance for additional endoscopic instruments for use with Intuitive Surgical's already cleared Endoscopic Instrument Control System. For this reason, emphasis has been placed upon providing information related to the additional surgical instruments. Recognizing that the agency may also be interested in reviewing this premarket notification from the perspective of the Control System itself, we have also addressed the following issues / questions:

1) Does the addition of the new instruments change the intended use of the platform device?

2) Is the intended use the same as established predicates?

3) Are the technological characteristics the same?

4) Are there new types of safety and effectiveness questions?

5) Do performance data demonstrate equivalence?

Intuitive Surgical believes that the basic intended use of the platform control device (assistance in the accurate control of selected endoscopic instruments) is NOT changed by adding additional instruments. [Please note that we have modified the originally cleared Intended Use (K975001) by adding the term "assistance" in an effort to clarify the fact that it is the surgeon who controls the endoscopic instruments with the *assistance* of the ISI System.] The additional instruments will allow the same types of surgical tasks (dissection, manipulation, approximation) as currently marketed Class I and II surgical instruments. The technological characteristics of the control system are identical to our own predicate device and instruments. Even if the agency wished to take another look at the differences in technological characteristics between the ISI instruments and conventional hand held endoscopic instruments, we believe that there are no new questions of safety or effectiveness raised. Finally, we are providing a substantial amount of clinical data that demonstrates equivalence. These points are expanded upon in the second part of this section.

SUBSTANTIAL EQUIVALENCE OF ADDITIONAL INSTRUMENTS

The additional instruments included in this submission are designed to be used with the Intuitive Surgical Endoscopic Instrument Control System (cleared via 510(k) #K965001). These additional instruments include all Class I, exempt instruments listed in the accompanying table (e.g., forceps, scissors, scalpels, clip appliers, needle holders) and one Class II instrument, an electrocautery instrument with accessories.

010

The Class I, exempt instruments are essentially identical in terms of the dimensions and shapes of their working ends to any number of currently marketed predicates [e.g., Deknatel Snowden Pencer (K960400) and Baxter Healthcare (K931340)]. Reference engineering drawings included in this section. These instruments are <u>identical</u> in terms of the drive and actuation mechanism to the Intuitive Surgical Endoscopic Instruments (Blunt Dissector, Kitner, Retractor and Stabilizer Instruments) cleared via 510(k) #K965001. These instruments are also equivalent to the cited predicates in terms of intended use.

The single Class II instrument, the electrocautery instruments (hook and blade) are substantially equivalent in terms of the working ends to any number of currently marketed electrocautery instruments [e.g., Ethicon, US Surgical, Heartport (K961334), ValleyLab (K904560 and K964175), Ximed Medical Systems (K903812)]. See engineering drawings. This instrument is also <u>identical</u> in terms of the drive and actuation mechanism to the Intuitive Surgical Endoscopic Instruments (Blunt Dissector, Retractor and Stabilizing Instruments) cleared via 510(k) #K965001. This instrument is also equivalent to the cited predicates in terms of intended use.

The following tables (and accompanying drawings) summarize and compare the salient characteristics of each of these instruments.

FDA's substantial equivalence decision tree is included in this section along with a detailed explanation.

SUBSTANTIAL EQUIVALENCE OF ENDOSCOPIC INSTRUMENT CONTROL SYSTEM (W/ ADDITIONAL INSTRUMENTS)

Intuitive Surgical's position on the five questions listed in the introduction to this section will be further expanded upon in this part.

*The addition of the new instruments does not change the intended use of the platform device –* The intended use of the ISI device is to "assist in accurate control of selected endoscopic instruments… during laparoscopic surgical procedures." We believe that the addition of instruments such as scissors, forceps and electrocautery to the list of included tools does not alter this basic intended use.

*The intended use remains the same as cited predicates –* The Adronic Adept™ / Endex™ Laparoscopic Instrument Positioning System (K922626) used as a predicate in the original 510(k) was cleared for use with any laparoscopic instrument and remains a relevant predicate for the Intuitive Surgical device. In addition, clearance of the basic Intuitive Endoscopic Instrument Control System (K975001) was referred to by the agency as a "platform clearance" onto which additional instruments could be added.

The surgeon has the option of using any number of currently marketed (typically Class I) surgical tools to assist in the manipulation, dissection or approximation of tissue, internal organs or other structures (Baxter, Snowden Pencer, US Surgical, etc.). These additional surgical tasks are performed by the surgeon with the assistance of these tools. (The surgeon performs the tasks

011

not the tools.)  The Intuitive Surgical Endoscopic Instruments will assist the surgeon in performing these same surgical tasks.

*The technological characteristics are the same* – The Intuitive Endoscopic Instrument Control System with additional instruments has the identical technological characteristics as the platform device.  Both the basic design elements and materials are identical.  Further, the additional instrument tips have been designed to have the same shape and function as conventional laparoscopic tools (grasping surface, electrocautery hook shape, materials, etc.).

Note: in terms of technological characteristics it is important to differentiate between the "remote control" aspect of the Intuitive Surgical device and other "robotic" devices being developed by other companies (e.g., Integrated Surgical in Sacramento, California and Computer Motion in Goleta, California).  Unlike these devices, the Intuitive System cannot move independently or autonomously.  It can neither be programmed to perform surgery independently (Integrated Surgical's RoboDoc) or even return to a preset location (Computer Motion's AESOP or ZEUS)  With the Intuitive Surgical System, the surgeon maintains continuous, direct control over the instruments at all times.  (Reference Technology Continuum / Comparison Chart included in this section.)

*There are no new types of safety and effectiveness questions* – In reviewing and clearing the original platform submission, the agency agreed that there were no new types of safety and effectiveness questions raised by what was then a device with different technological characteristics to cited predicates.  Adding additional standard tools (e.g., scissors, forceps, needle holders) should in no way change this determination.  The types of safety and effectiveness questions originally raised by the platform device and control system predicates as well as the standard surgical tool predicates remain unchanged.  Examples of safety questions continue to be:

1) Are the instruments biocompatible and can they be reliably sterilized?

2) Is the System sufficiently reliable to avoid unintended damage to tissue or other body structures?

3) Can the surgical instruments be effectively controlled by the surgeon?

Examples of effectiveness questions continue to be:

1) Will the instruments / System be effective in assisting the surgeon?

2) Does the use of the System adversely affect the surgical procedure?

Our belief that that there are no new types of safety or effectiveness questions raised is supported by our clinical results.  Nothing happened during surgery on 113 patients operated on with the assistance of the Intuitive System that raised any new questions of safety or effectiveness.

Attorneys' Eyes Only                                              Intuitive-00512070

*Performance data demonstrate equivalence –*

We report in this submission (Clinical Study Section) on the results of a prospectively randomized and concurrently controlled clinical study consisting of 228 patients (113 treatment and 115 controls). Two different fully laparoscopic procedures were performed, 110 laparoscopic Cholecystectomies (55 treatment and 55 controls) and 118 Laparoscopic Nissen Fundoplications (58 treatment and 60 controls). These laparoscopic procedures were chosen because the Cholecystectomy is the "gold standard" laparoscopic procedure and the Nissen fundoplication is one of the few laparoscopic procedures requiring extensive suturing. Reference Clinical section.

## CLASSIFICATION DISCUSSION

It is the objective in classifying Medical Devices (FDAMA) to classify them based upon description and intended use into the lowest class that is reasonable to assure safety and effectiveness. It is our belief that the Intuitive Surgical endoscopic Instrument Control System and additional endoscopic instruments are appropriately classified as Class II. This is consistent with the initial classification provided by the agency in our July 1997 platform clearance letter.

Intuitive Surgical, strongly believes that it would be inappropriate to classify our System with additional surgical instruments as Class III. This is because Class III is intended for devices:

1) used to sustain human life or to prevent impairment of health

2) which represent an unreasonable risk of injury, or

3) have insufficient information to determine if Class I and Class II controls provide reasonable assurance of safety and effectiveness.

Certainly a surgical device cannot fall into the first category. The Intuitive Surgical device neither sustains life or prevents impairment to health.

We believe that our Control System and additional instruments do not represent an unreasonable risk for the following reasons:

1) The surgeon has direct and continuous control over the instruments

2) The surgeon can choose to immediately discontinue the use of the System at any time and revert to the use of conventional instruments.

3) Well established surgical techniques are preserved.

*Risk Mitigation –* Further, Intuitive Surgical has worked hard to reduce risks associated with the use of the Endoscopic Insturment Control System to an absolute minimum. This has been done through extensive failure modes effects and criticality analysis (FMECA) (provided as part of the

013

Attorneys' Eyes Only

platform submission) and extensive fail-safe and redundant design assuring no uncontrolled instrument movement. This fail-safe design has been verified and validated through both in vitro and in vivio testing including more than 170 clinical procedures to date.

Finally, we believe that there is more than sufficient information to assure safety and effectiveness. This information includes:

1) QSRs including design control compliance (Intuitive Surgical, Inc. has recently received ISO 9000 certification and has been granted the right to apply the CE mark by DGM/UL).
2) Record keeping requirements compliance (including event reporting)
3) Pre-market notification including the requirement for extensive clinical data and,
4) Performance standards (reference list included in this section and the SAFETY SECTION in this submission for a complete listing of FDA recognized performance standards to which Intuitive complies).

SUMMARY

- The System plus the additional instruments has the same intended use as cited predicates.
- The System plus the additional instruments has the same technological characteristics as the platform predicate device.
- The System plus the additional instruments does not raise different questions of safety or effectiveness

Intuitive Surgical believes that the FDA decision making process supports clearance of this 510(k) based upon the previous "platform" clearance and the recently acquired clinical data. The current Class II device classification remains appropriate for the System with the additional instruments.

014

Attorneys' Eyes Only

**SUBSTANTIAL EQUIVALENCE SUMMARY COMPARISON TABLE**      **1 of 2**

## INTUITIVE SURGICAL Additional Endoscopic Instruments

| | SUBMISSION DEVICE | PREDICATE DEVICES | | |
|---|---|---|---|---|
| COMPANY | Intuitive Surgical | Intuitive Surgical™ | Deknatel Snowden Pencer | Baxter Healthcare |
| MODEL / DEVICE NAME | Additional Intuitive Surgical™ Endoscopic Instruments (Trade Names to be determined) | Intuitive Surgical™ Endoscopic Instrument Control System with selected Endoscopic Instr. | Diamond Touch™ and Micro Diamond Touch Instruments, Diamond Line™ Instruments and Endo CABG Instr. | Laparoscopic Instruments |
| 510(k) No. | TBD | K965001 | K960400 | K931340 |
| PRODUCT CODE | 79 FWG, GCJ, 78 KOG, 85 HET | 79 GCJ | 78 KOG, 85HET, 74DWS? | 85HET |
| CLASS | I (& II electrocautery) | II | I & II | I & II |
| 21 CFR | 870.4500, 884.1720 | 878.4950 or 60 | 870.4500, 884.1720 | 21 CFR 884.1720 |
| INTENDED USE | The Intuitive Surgical™ Endoscopic Instrument Control System is intended to assist in the accurate control of Intuitive Surgical™ endoscopic instruments including, rigid endoscopes, blunt and sharp endoscopic dissectors, scissors, scalpels, forceps / pick-ups, needle holders, clip appliers, endoscopic retractors, stabilizers, electrocautery and accessories during laparoscopic surgical procedures. It is intended to be used by professionals in operating room environments. | The Intuitive Surgical™ Endoscopic Instrument Control System is intended for accurate control of selected endoscopic instruments including, rigid endoscopes, blunt endoscopic dissectors and endoscopic retractors during thoracoscopic and laparoscopic surgical procedures. It is intended to be used by professionals in operating room environments. | Various endoscopic surgical instruments for use in minimally invasive cardiac procedures including single bypass and multiple bypass (coronary artery bypass grafting (CABG) procedures) and saphenous vein harvesting | The forceps, scissors, dissectors, and needle holders are intended for use in manipulating tissue (grasping or cutting) or holding suture needles during general surgical procedures being performed laparoscopically. |
| DESCRIP-TION | Endoscopic Instr. Incl: Needle Holders, Graspers (pick-ups), Scissors, Elecrocautery, Scalpels | Endoscopic Instrument Control System with selected endoscopic instrument | Endoscopes, endoscopic needle holders, graspers (pick-ups), endoscopic scissors | Endoscopes, endoscopic needle holders, graspers (pick-ups), endoscopic scissors |
| BASIC FUNCTION | Tissue cutting, resection, grasping, and anastomosis | Control of Endo-scopic Instruments w/ blunt dissection, retraction & stabiliz. | Tissue cutting, resection, grasping, and anastomosis | Tissue cutting, resection, grasping, and anastomosis |

015

| | SUBMISSION DEVICE | PREDICATE DEVICES | | |
|---|---|---|---|---|
| **COMPANY** | **Intuitive Surgical** | **Intuitive Surgical™** | **Deknatel Snowden Pencer** | **Baxter Healthcare** |
| DRIVE MECH. | Articulated mechanical linkages | Articulated mechanical linkages | Manual / Hand actuated | Manual / Hand actuated |
| CONTROL | Direct visual control by surgeon through the use of endoscope | Direct visual control by surgeon through the use of endoscope | Direct visual control by surgeon through the use of endoscope | Direct visual control by surgeon through the use of endoscope |
| INPUT MECH. | "Master" Manipulator | "Master" Manipulator | Endoscopic handles | Endoscopic handles |
| MTRLS | Stainless Steel, Titanium, Medical Grade Polycarbonate, Ultem and Vectran LCP | Stainless Steel, Titanium, Medical Grade Polycarbonate, Ultem and Vectran LCP | Stainless Steel, Titanium, Ridgid and Flexible plastics | Stainless Steel, Titanium, Rigid and Flexible plastics |
| DESIGN | **Reference comparative drawings on the following pages** | **Reference K965001** | **Reference comparative drawings on the following pages** | Substantially Equivalent |

016

Attorneys' Eyes Only

INTUITIVE SURGICAL ENDOSCOPIC INSTRUMENT CONTROL SYSTEM

TECHNOLOGY CONTINUEM / COMPARISON CHART

INCREASING INDEPENDENCE FROM SURGEON CONTROL →

| CATEGORY /ATTRIBUTE | Non-Endoscopic Instruments | Endoscopic Instruments | Non-automated Electro-mechanical Control Systems | Partially Automated Electro-mechanical Sys. | Automated Stereotactic Devices for Radiation Delivery | Fully Automated / Robotic Controlled Surgical Systems |
|---|---|---|---|---|---|---|
| DEVICE EXAMPLES | Scalpels, Scissors, Needle Holders | Endoscopic Scissors, Forceps, Needle holders | Intuitive Surgical System w/ Scissors, Forceps, Needle hd; Joy stick driven Surgical Laser Systems, etc. | Computer Motion System w/ return to preset location; Lithotriptor devices with return to pre-programmed posit. | Various Automated Radiation delivery devices | Integrated Surgical System – Robodoc Surgical mill/drill |
| LINKAGE | Surgeon holds physical tool handle near tip of instrument | Surgeon manipulates tool tips via long rigid tubes | Surgeon manipulates tool tips via direct electro-mechanical linkage | Surgeon manipulates tool tips via electro-mechanical linkage or via command | Automated | Automated |
| VISUALIZATION METHOD | Direct, with the occasional use of magnifying loops | Endoscope and video monitor | Endoscope and video monitor | Endoscope and video monitor | X-ray imaging | CT Scan images (N/A during actual procedure) |
| AMOUNT OF SURGEON CONTROL | 100% – direct eye-hand coordinated control | 100% – indirect eye – hand coordinated control. (Mirror image) | 100% – direct eye -- hand coordinated control | Machine control during return to pre-set location otherwise near 100% direct | Machine Control during programmed / automated treatment delivery sequences | Machine Control during programmed / automated surgery sequence |
| CONTROL LOOP – FEEDBACK | Eye – Hand – Handle | Camera – Video Monitor – Eye – Hand – Handle – Tool tip | Camera – Video Monitor – Eye – Hand – Handle – Electronics – Tool tip | Independent movement when returning to pre-set location, otherwise same as Intuitive | Independent movement – computer verification of proper sequence | Independent surgical treatment – computer verification of proper sequence |

017

Attorneys' Eyes Only

# Performance Standards

- UL 2601-1, Medical Electrical Equipment, Part 1: General Requirements for Safety
- IEC 601-1, Medical Electrical Equipment
- IEC 601-1-2, Medical Electrical Equipment
- IEC 601-1-4, Programmable Medical Sys.
- IEC 601-2-2, Electrosurgical Accessories
- IEC 601-2-18, Endoscopic Equipment

016

Attorneys' Eyes Only

Intuitive-00512076

## 510(k) SUBSTANTIAL EQUIVALENCE DECISION MAKING PROCESS

### PROPOSED SUBSTANTIAL EQUIVALENCE RATIONALE

### DIMENSIONS / SHAPE COMPARISON

019

Attorneys' Eyes Only

Intuitive-00512077



*Intuitive Pick-ups*

Ø.25" - Ø.35"

Ø.2" - Ø.3"

0.3" - 0.4"

0.4" - 0.5"

0.01" - 0.04"



Intuitive-00512078



SNOWDEN PENCER - PICKUPS

Attorneys' Eyes Only

Intuitive-00512079



Boot

Ø.2" - Ø.3"

0.3" - 0.4"

0.4" - 0.5"

0.2" - 0.3"

*Intuitive Needle Driver*

Intuitive-00512080



SEE DETAIL A

SNOWDEN PENCER - NEEDLE HOLDER

DETAIL A
SCALE 4/1

15°

Ø .125

.500

.438

Ø .125

Ø .125



Attorneys' Eyes Only

Intuitive-00512081



*Intuitive Scissors*

Ø.25" - Ø.35"

Ø.2" - Ø.3"

0.3" - 0.4"

0.4" - 0.5"



Attorneys' Eyes Only



SEE DETAIL A

DETAIL A
SCALE 4/1

SNOWDEN PENCER - SCISSORS

Ø .125

.500

.438

Ø .125

025

Intuitive-00512083

## 510(k) SUBSTANTIAL EQUIVALENCE DECISION MAKING PROCESS

### PROPOSED SUBSTANTIAL EQUIVALENCE RATIONALE

### MATERIALS

026

28

Intuitive-00512084



Attorneys' Eyes Only

Intuitive-00512085



Proximal Clevis
Ø5mm - Ø8mm
Material Stainless Steel,
Polyetherimide, or Polysulfone

Pulleys
Material Stainless Steel,
PTFE, or Polyetherimide

Distal Clevis
Ø4mm - Ø6mm
Material Stainless Steel,
Polyetherimide, or Polysulfone

Pick-up Grip
Material Stainless Steel,
Titanium Nitride, Carbide Steel

Pick-up Wrist

023

Intuitive-00512086



Needle-driver Wrist

Needle-driver Grip
Material Stainless Steel.
Titanium Nitride. Carbide Steel

Distal Clevis
Ø 4mm   Ø 5mm
Material Stainless Steel.
Polyetherimide. or Polysulfone

Pulleys
Material Stainless Steel
Ø Ø or Polyetherimide

Proximal Clevis
Ø 5mm   Ø 8mm
Material Stainless Steel.
Polyetherimide. or Polysulfone

Attorneys' Eyes Only
Intuitive-00512087



Proximal Clevis
⌀ 5mm - ⌀ 8mm
Material: Stainless Steel,
Polyetherimide, or Polysulfone

Pulleys
Material: Stainless Steel,
PTFE, or Polyetherimide

Distal Clevis
⌀ 4mm - ⌀ 6mm
Material: Stainless Steel,
Polyetherimide, or Polysulfone

Hook
Materials: Stainless Steel,
PTFE, Polyolefin

0.5" - 1.0"

0.9" - 1.5"

Hook-cautery Wrist



Intuitive-00512088

# 510(k) SUBSTANTIAL EQUIVALENCE DECISION MAKING PROCESS

## PROPOSED SUBSTANTIAL EQUIVALENCE RATIONALE

### INTUITIVE SURGICAL PREDICATES

031

Intuitive-00512089



Intuitive™ Kitner

Ø0.25"-Ø0.35

Ø0.1"-Ø0.3"

r0.05"-r0.10"

0.4"-0.6"

Intuitive™ Retractor

Ø0.25"-Ø0.35"

Ø0.2"-Ø0.3"

0.2"-0.3"

r0.05"-r0.10"

0.4"-0.6"

0.2"-0.3"

Intuitive™ Blunt Dissector

Ø0.25"- Ø 0.35"

r0.05"-r0.10"

0.4"-0.6"

0.25"-0.35"

032

Attorneys' Eyes Only

Intuitive-00512090





Attorneys' Eyes Only

Intuitive-00512091

## 510(k) SUBSTANTIAL EQUIVALENCE DECISION MAKING PROCESS

## PROPOSED SUBSTANTIAL EQUIVALENCE RATIONALE

## ADDITIONAL PREDICATE INFORMATION

034



SNOWDEN-PENCER

K861372 SNOWDEN-PENCER                NORMAN  BLACK      6191 ATLANTIC BOULEVARD
NORCROSS        GA30071   ELECTROSURGICAL CUTTING AND COAGULATION ACCESSORY
860411860619SESUGEI       SU-X

K924148 SNOWDEN-PENCER                JULIE A STEPHENS   5175 SOUTH ROYAL ATLANTA
DRIVE              TUCKER          GA30084   DIAMOND-SHARP(R) TROCARS
920818940228SEOBHFISTATEMENT OBtX

K924149 SNOWDEN-PENCER                NORMAN M BLACK      2058 KILMAN DR.
TUCKER          GA30084   ENDO I/A PROBE
920818930126SEHOGCJSTATEMENT SUTX

K930666 SNOWDEN-PENCER                NORMAN M BLACK      2058 KILMAN DR.
TUCKER          GA30084   REUSABLE LAPAROSCOPIC INSTRUMENTS W/
ELECTROCAUTER930209940519SESUGEISTATEMENT SUtX

K930667 SNOWDEN-PENCER                NORMAN M BLACK      2058 KILMAN DR.
TUCKER          GA30084   REUSABLE LAPAROSCOPIC INSTRUMENTS
930209940516SESUGCJSTATEMENT SUtX

K960400 SNOWDEN-PENCER                JULIE A STEPHENS   5175 SOUTH ROYAL ATLANTA
DR.              TUCKER          GA300843053DIAMOND-TOUCH AND MICRO DIAMOND-
TOUCH INSTRUMENTS/960129960312SECVFBMSUMMARY  GUmX

035

36

Attorneys' Eyes Only

MAR 1 2 1996

# 510(k) Summary

K 960400

Submitter:

Deknatel Snowden Pencer (DSP)
5175 South Royal Atlanta Drive
Tucker, GA 30084
Phone: (770) 496-0952
Fax: (770) 934-8659
Contact: Julie A.K. Stephens

Trade Name - Diamond-Touch® and Micro Diamond-Touch® Instruments; Diamond-Line® Instruments; Diamond Port (Access Ports); Endo CABG (TM Approval Pending); CARDIO Port (TM Approval Pending)
Common Name - Endoscope and Accessories for Minimally Invasive Cardiovascular Surgery
Classification Name - Endoscope and Accessories (per 21 CFR 876.1500)

Equivalent Device - Snowden-Pencer 510(k) # K930666 - Reusable Laparoscopic/Endoscopic Surgical Instruments with Electrosurgical Connections and Accessories and Snowden-Pencer 510(k) # K930667 -- Reusable Laparoscopic/Endoscopic Surgical Instruments for General Surgery, and Plastic and Reconstructive Surgery, Including Aesthetic Surgery

Device Description - The devices are separated into several groups: endoscopes, endoscopic needle holders, endoscopic graspers and clamps, endoscopic scissors, endoscopic knife blade handles, hooks and clip appliers, endoscopic irrigation/aspiration probes, endoscopic electrodes, retractors and rib spreaders, thoraports and cannulas.

Intended Use - Various endoscopic surgical instruments for use in minimally invasive cardiac procedures including single bypass and multiple bypass (coronary artery bypass grafting (CABG)procedures), and saphenous vein harvesting.

Summary of Technical Characteristic Equivalence - The endoscopes and endoscopic surgical instruments for cardiac procedures will use equivalent materials (such as stainless steel, titanium, rigid and flexible plastics, and insulation) and use the same designs (same handles, tubes, and jaws) as our current marketed line of general and plastic surgery endoscopes and endoscopic surgical instruments.

Summary of Performance Equivalence - The endoscopes and endoscopic surgical instruments for cardiac procedures will have equivalent performance standards to our currently marketed line of general and plastic surgery endoscopes and endoscopic surgical instruments.

**Exhibit 2 - Page 1 of 1**

036

35

Attorneys' Eyes Only

V. Mueller
Baxter Healthcare Corporation
720 South Caldwell
Niles, Illinois 60648

317-774-6800
708.647.9383
Fax: 708.647.9384
Telex: 210201

*axter*

*K931340*

March 15, 1993

Food & Drug Administration
Center for Devices and Radiological Health
Office of Device Evaluation
Document Mail Center (HFZ-401)
1390 Piccard Drive
Rockville, Maryland 20850

RE:   Section 510(k) Premarket Notification
      Modified design to K904142 (Laparoscopic Scissors, Grasping
      Forceps, Dissectors, and Needle Holders)

Dear Sir/Madam:

In accordance with Section 510(k) of the Federal Food, Drug and Cosmetic
Act as amended and in conformance with Title 21CFR, Part 807, this
Premarket Notification is being submitted by Baxter Healthcare Corporation,
V. Mueller Division.

Please address all communication regarding this notification to my attention.

Sincerely,

Daphne D. Maurer        Michelle Vovdca
Regulatory Affairs Manager

037

050091

28

Attorneys' Eyes Only                                        Intuitive-00512095

This is notification of Baxter Healthcare Corporation, V. Mueller Division's intent to market a modified design of the laparoscopic scissors, grasping forceps, dissectors, and needle holders currently marketed.

1.  **Device Name**

Device Name:       **Grasping forceps**
Common Name:       Grasping Forceps
Classification:    Gynecologic laparoscope and accessories
Use:               Used to pick up or grasp tissue

Device Name:       **Scissors**
Common Name:       Scissors
Classification:    Gynecologic laparoscope and accessories
Use:               Used to cut tissue or dissect tissue by opening action of the scissors blades

Device Name:       **Needle Holders**
Common Name:       Needle Holders
Classification:    Gynecologic laparoscope and accessories
Use:               Used to hold needles for suturing tissue

Device Name:       **Dissectors**
Common Name:       Dissectors
Classification:    Gynecologic laparoscope and accessories
Use:               Used to dissect soft tissue

2.  **Establishment Registration Number**

This 510(k) Premarket Notification is being submitted by:

Baxter Healthcare Corporation
V. Mueller Division
6600 West Touhy Avenue
Niles, Illinois 60714

Establishment Registration Number:  # 1416557

038

000002

34

Medical Device Listings for V. Mueller Division carry the owner operator number of our parent firm:

Baxter Healthcare Corporation:  # 1417572

3.    **Site of Manufacture**

Baxter Healthcare Corporation
V. Mueller Division
6600 West Touhy Avenue
Niles, Illinois 60714
Establishment Registration Number:   # 1416557

Baxter Healthcare Corporation
V. Mueller Division
1444 Hanley Industrial Drive
St. Louis Missouri 63144
Establishment Registration Number:   # 1923569

4.    **Section 513 Classification**

Forceps, scissors, dissectors, and needle holders have been classified as Class I devices when used in general surgery.  However, when used through an operating channel, these generic type devices are listed in the Code of Federal Regulations (21 CFR 884.1720) under Gynecologic laparoscope and accessories, and are classified as Class II devices.

5.    **Section 514 Compliance**

V. Mueller Division intends to fully comply with the general controls authorized under Sections 501, 502, 510, 516, 518, 519, and 520 of the Food, Drug and Cosmetic Act.  These controls are sufficient to provide assurance of the safety and effectiveness of the forceps, scissors, dissectors, and needle holders.

039

Intuitive-00512097

6.  **Labeling and Advertising**

The products discussed in this premarket notification will be manufactured by V. Mueller and labeled as such. Labels on the sterile tip assemblies will contain a sterilization lot number in addition to model number and other descriptive information. Please see *Attachment 1* for an example of the proposed labeling.

Promotional material for these devices has not been prepared at this time. However, any such material will conform to the principles contained in the Intended Use and Product Description sections of this submission.

7.  **Intended Use**

The forceps, scissors, dissectors, and needle holders are intended for use in manipulating tissue (grasping or cutting) or holding suture needles during general surgical procedures being performed laparoscopically.

8.  **Product Description**

A "Re-sposable" (reusable/disposable) endoscopy instrument is composed of a reusable handle and shaft assembly and a disposable tip assembly. These instruments have the same intended use as the instruments described in Premarket Notification #K904142, with the added benefit of providing a new tip for each patient use. Please see *Attachment 2* for product drawings.

The manufacturing process for these devices involves the same materials and assembly common to those which have been manufactured by V. Mueller for many years. No new materials are used in the products described in this submission.



000001

010

45

9.   **How Supplied**

The V. Mueller "re-sposable" endoscopy instrument tip assemblies are provided sterile in protective packaging designed to minimize damage to the instruments during shipping. The reusable handle and shaft assembly will be provided non-sterile to the customer as is currently the practice.

10.   **Sterilization**

The Minimum Sterilizing Dose (MSD) will be set and validated according to Protocol B of the AAMI guidelines and will provide a $10^{-6}$ sterility assurance level.

11.   **Statement of Substantial Equivalence**

The products discussed in this premarket notification are substantially equivalent, for purposes of the Federal Good, Drug and Cosmetic Act only, to products currently marketed by V. Mueller and by Marlow Surgical Technologies, Willoughby, OH. Equivalency can be drawn with respect to the functional characteristics, design, material composition, and intended use. Please refer to *Attachment 3* for a comparison of product characteristics, and to *Attachment 4* for comparative literature.

12.   **Summary of Safety and Effectiveness**

A summary of the safety and effectiveness of the proposed device as required by the Safe Medical Devices Act of 1990 is provided in *Attachment 5.*

13.   **Confidentiality**

Baxter Healthcare Corporation, V. Mueller Division regards its intent to market "Re-sposable" Laparoscopic Scissors, Grasping Forceps, Dissectors, and Needle Holders as confidential commercial information and requests that the FDA not disclose the existence of the premarket notification for at least 90 days or as required.

000005

041

Attachment 5

Summary of Safety and Effectiveness

This submission describes modifications being made in the design of the tip portion of laparoscopic scissors, grasping forceps, dissectors, and needle holders.  This provides the customer with a reusable handle and shaft assembly to which a disposable tip assembly is attached, providing a new and sterile tip for each patient use.

There are no new materials in the proposed device.  All materials have been used previously in laparoscopic instruments currently being manufactured and marketed by V. Mueller.

000019

042

Electrocautery

K961334 HEARTPORT, INC.          ISABELLA R ABATI  200 CHESAPEAKE DRIVE
REDWOOD CITY      CA94063   HEARTPORT HANDSWITCH ELECTROCAUTERY PROBE
960408961115SECVGEISUMMARY  SUmX

K955346 VALLEY FORGE SCIENTIFIC CORP.      JERRY L MALIS    136 GREEN TREE ROAD
OAKS          PA19456   VFS - 300 BIPOLAR ELECTROSURGERY SYSTEM
951121951208SESUGEISUMMARY  SUmX

K904560 VALLEYLAB, INC.          MARK  WENZEL    5920 LONGBOW DR.
BOULDER        CO80301   VALLEYLAB LAPAROSCOPIC HANDSWITCH/ELECTRODES
901005901231SESUGEI      SUPX

K914400 VALLEYLAB, INC.          PEGGY  WALLINE    5920 LONGBOW DR.
BOULDER        CO80301   MODELS E2502B/E2525 REUSABLE HANDSWITCHING
PENCILS911002911017SESUGEISUMMARY  SUMX

K964175 VALLEYLAB, INC.          PEGY  WALLINE    5920 LONGBOW DR.
BOULDER        CO80301   VALLEYLAB E2750 LAPAROSCOPIC HANDSET, VALLEYLAB
E2961018961205SESUGEISUMMARY  SUmX

K903812 XIMED MEDICAL SYSTEMS          DESAI    2855 KIFER ROAD
SANTA CLARA      CA95050   ELECTROPROBE SINGLE-USE SURGICAL PROBE
900820900920SESUGEI      SUPX

043


44

## Appendix A.  510(k) Summary of Safety and Effectiveness

This summary of 510(k) safety and effectiveness information is being submitted in accordance with the requirements of SMDA 1990 and 21 CFR 807.92.

The assigned 510(k) number is:  K961334

**Applicant Information:**
Date Prepared:              April 5, 1996

Name:                       Heartport, Inc.
Address:                    200 Chesapeake Drive
                            Redwood City, CA 94063

Contact Person:             Isabella Abati
Phone Number:               (415) 306-7900
Fax Number:                 (415) 306-7905

**Device Information:**

Classification              Class II
Trade Name:                 Handswitch Electrocautery Probe
Common Name:                Electrocautery Probe
Classification Name:        21 CFR 878.4400 Electrosurgical Cutting and
                            Coagulation Device and Accessories
                            21 CFR 884.4120 Gynecologic Electrocautery
                            and Accessories

**Equivalent Devices:**

The Heartport Handswitch Electrocautery Probe is substantially equivalent in intended use and/or method of operation to a combination of the following predicate devices:

1. DLP (a division of Medtronic) -    I.M.A. Electrocautery Knife Blades

2. Valleylab (a Pfizer company) -    Disposable Handswitching Laparoscopic Handset
                                     and Laparoscopic Electrode

3. Ximed Medical Systems -           Electroprobe Single-Use Surgical Probe

---

Heartport, Inc.                       CONFIDENTIAL                       Page 19

Attorneys' Eyes Only                                                    Intuitive-00512102

## 510(k) Summary of Safety and Effectiveness (continued)

**Intended Use**

The Heartport Handswitch Electrocautery Probe is used in conjunction with standard electrosurgical generators for the hemostatic dissection of tissue and coagulation of blood. The long, narrow shaft allows the device to be used during the endoscopic takedown of the Internal Mammary Artery. The probe's central lumen allows for the evacuation of smoke generated by electrocautery as well as the removal of fluid from the thoracic cavity. The central lumen may also be used to provide irrigation fluid to the surgical site.

**Comparison To Predicate Devices**

The Handswitch Electrocautery Probe is equivalent in intended use and operational characteristics to the following devices: (1) DLP (a division of Medtronic) I.M.A. Electrocautery Knife Blades, (2) Valleylab (a Pfizer company) Disposable Handswitching Laparoscopic Handset and Laparoscopic Electrode and (3) Ximed Medical Systems Electroprobe Single-Use Surgical Probe.

The Heartport Handswitch Electrocautery Probe combines the same functions as the individual predicate devices into a single electrocautery device.

**Non-Clinical Test Results**

*Performance:*
The Handswitch Electrocautery Probe was evaluated for its ability to dissect and cauterize tissue as well as evacuate smoke and fluid during operation . All Electrocautery Probes tested, effectively dissected and cauterized tissue, and evacuated smoke and fluids from the thoracic cavity.

*Biocompatibility:*
The patient contacting materials used to fabricate the Heartport Handswitch Electrocautery Probe are similar, and in most cases identical, to the materials used in the predicate devices.

**Summary**

Based on the product information, intended use, performance and biocompatibility data provided in this Notification, the Heartport Handswitch Electrocautery Probe has been shown to be substantially equivalent to currently marketed predicate devices.

045



Attorneys' Eyes Only                                        Intuitive-00512103

ENDOSCOPIC GENERAL SURGICAL INSTRUMENTS

K930933 ETHICON, INC.                   SANDRA DIGGS     4545 CREEK RD.
CINCINNATI        OH45242   ENDOPATH ENDOSCOPIC SURGICAL INSTRUMENTS
930223930622SESUGCJSUMMARY  SUmX

046

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
9200 Corporate Boulevard
Rockville, MD 20850

Mr. Michael A. Daniel
Vice President, Regulatory/Clinical Affairs & Quality Assurance
Intuitive Surgical, Inc.
1340 W. Middlefield Road
Mountain View, California 94304

JUL 3 1 1997

Re:    K965001
        Trade Name: Intuitive Surgical Endoscopic Instrument Control System
        Regulatory Class: II
        Product Code: GCJ
        Dated: June 30, 1997
        Received: July 1, 1997

Dear Mr. Daniel:

We have reviewed your Section 510(k) notification of intent to market the device referenced above and we have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. The substantial equivalence determination for the Intuitive Surgical Endoscopic Instrument Control System includes use with rigid endoscopes and the following manual surgical instruments only: (1) the Intuitive™ Retractor, (2) the Intuitive™ Blunt Dissector, (3) the Intuitive™ Kitner, and (4) the Intuitive™ Stablizer manual instrument tips.

If your device is classified (see above) into either class II (Special Controls) or class III (Premarket Approval), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 895. A substantially equivalent determination assumes compliance with the Current Good Manufacturing Practice requirements, as set forth in the Quality System Regulation (QS) for Medical Devices: General regulation (21 CFR Part 820) and that, through periodic QS inspections, the Food and Drug Administration (FDA) will verify such

047



Attorneys' Eyes Only

Intuitive-00512105

Page 2 - Mr. Michael A. Daniel

assumptions. Failure to comply with the GMP regulation may result in regulatory action. In addition, FDA may publish further announcements concerning your device in the Federal Register. Please note: this response to your premarket notification submission does not affect any obligation you might have under sections 531 through 542 of the Act for devices under the Electronic Product Radiation Control provisions, or other Federal laws or regulations.

This letter will allow you to begin marketing your device as described in your 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801 and additionally 809.10 for in vitro diagnostic devices), please contact the Office of Compliance at (301) 594-4586. Additionally, for questions on the promotion and advertising of your device, please contact the Office of Compliance at (301) 594-4639. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR 807.97). Other general information on your responsibilities under the Act may be obtained from the Division of Small Manufacturers Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its internet address "http://www.fda.gov/cdrh/dsmamain.html".

Sincerely yours,

Celia M. Witten, M.D., Ph.D.
Director,
Division of General and
Restorative Devices
Office of Device Evaluation
Center for Devices and
Radiological Health

Enclosure

048

Attorneys' Eyes Only

510(k) Number (if known): __K965001__

Device Name: __Intuitive Surgical Endoscopic Instrument Control System__

Indications For Use:

The Intuitive Surgical Endoscopic Instrument Control System is intended for accurate control of selected endoscopic instruments including, rigid endoscopes, blunt endoscopic dissectors and endoscopic retractors during thoracoscopic and laparoscopic surgical procedures. It is intended to be used by professionals in operating room environments.

(PLEASE DO NOT WRITE BELOW THIS LINE - CONTINUE ON ANOTHER PAGE IF NEEDED)

Concurrence of CDRH, Office of Device Evaluation (ODE)

(Division Sign-Off)
Division of General Restorative Devices
510(k) Number _____ K9 65001

Prescription Use __✓__          OR          Over-The-Counter Use _____
(Per 21 CFR 801 109)

(Optional Format 1-2-96)

049



## 510(k) "SUBSTANTIAL EQUIVALENCE" DECISION-MAKING PROCESS (DETAILED)

* 510(k) submissions compare new devices to marketed devices. FDA requests additional information if the relationship between marketed and "predicate" (pre-Amendments or reclassified post-Amendments) devices is unclear.

** This decision is normally based on descriptive information alone, but limited testing information is sometimes required.

*** Data may be in the 510(k), other 510(k)s, the Center's classification files, or the literature.

050



# 510(k) "SUBSTANTIAL EQUIVALENCE" DECISION-MAKING PROCESS (DETAILED)

* 510(k) submissions compare new devices to marketed devices. FDA requests additional information if the relationship between marketed and "predicate" (pre-Amendments or reclassified post-Amendments) devices is unclear.

** This decision is normally based on descriptive information alone, but limited testing information is sometimes required.

*** Data may be in the 510(k), other 510(k)s, the Center's classification files, or the literature.

051

PREDICATE DEVICE
LABELING

Attorneys' Eyes Only

Intuitive-00512110

# INTUITIVE SURGICAL, INC.
# Endoscopic Instrument Manipulator and Control System

# OPERATING INSTRUCTIONS

DRAFT:  3/14/96

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Attorneys' Eyes Only

Intuitive-00512111

| 1.0 | INTENDED USE |
|---|---|

The Intuitive Surgical Endoscopic Instrument Manipulator and Control System is intended for control of endoscopic instruments including, rigid laparoscopes and other surgical instruments, during laparoscopic and thoracoscopic surgical procedures.  It is intended to be used by trained professionals in operating room environments.

| 2.0 | SUMMARY DESCRIPTION AND FUNCTION |
|---|---|

The system is designed to control endoscopic instruments including commercially available rigid laparoscopes and other surgical instruments under direct control of a surgeon.  The system includes capital equipment and one time use equipment (disposables).  Disposables consist of custom drapes used to ensure sterility of equipment.  This equipment is described in more detail below.

| 3.0 | COMPONENT DESCRIPTION |
|---|---|

3.1     Position Controller

Seven axis manipulator used to move instruments in pitch and yaw (outer and inner), roll and insertion/retraction directions.  The manipulator uses encoders on each axis to read the direction the surgeon wants to drive the instrument.  As the surgeon moves the manipulator in any of the seven axis, control signals are sent to the corresponding instrument scope manipulator to change the video view.

3.2     Sterile drapes

Disposable sterile coverings that are fixed in place around the master video manipulator to ensure the surgeon is working in a sterile environment.  Drapes are made from industry standard 0.002 inch thick polyethylene and packaging is validated to protect drape from damage during normal shipping.

3.3     Instrument manipulator

A "slave" manipulator is mounted to the operating table and holds the instrument.  In the case of a scope and camera, they may be de-coupled from the manipulator to clean the lens on the end of the laparoscope as required.

292

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Attorneys' Eyes Only

Intuitive-00512112

The following equipment is used at the operating table:

3.4    Manipulator arm

A mechanism with six axis of motion driven by servo motors.  The manipulator drives
the instrument to move in pitch, yaw (outer and inner), roll and insertion/retraction
directions in response to motions of the master video manipulator.

3.5    Set-up joints

A series of passive joints permanently attached to each arm used to change the orientation
of the arm to adjust for location of the instrument entry point and surgical region of
interest within the body.  The set-up joints statically balance the load of the arm to allow
the operator to move arm position easily and safely.  The set-up joints plug both
mechanically and electrically into arm receptacles (described below).  Two hand, no tie-
down controls are used on the arm to release the set-up joint locks and allow the operator
to move the arm.

3.6    Arm receptacles

Fixture mounted to the surgical table that provides a location to attach the arm's set-up
joints.  The receptacle has an electrical connector that mates with a cable coming from the
surgeon's console.

3.7    Cables

Several are provided to connect the electronics enclosure to the arms.

3.8    Sterile drapes

Disposable sterile coverings fixed in place on the arm to provide a sterile field around the
patient. Drapes are made from industry standard 0.002 inch thick polyethylene and
packaging is validated to protect drape from damage during normal shipping.

3.9    Sterile Adapters (cannula and scope)

Reusable parts that can be autoclaved and provides a means to couple non-sterile draped
parts of the arms to the laparoscope and the cannula.

295

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Attorneys' Eyes Only                                                                                        Intuitive-00512113

Electronics

The system electronics are enclosed in a housing connected to the master video manipulator with electrical cables.  The electronics contains an operator interface used for initial set-up of the system, but requires no direct interaction by the operator during a procedure.  The enclosure includes a power supply, all the control and driver boards for servo motors, and other hardware for system and motor level software control.  The main power switch is also located on the electronics enclosure.

| 4.0 | DIRECTIONS FOR USE |
|---|---|

**CAUTION: To avoid inadvertent equipment damage or potential patient or medical personnel injury, it is important to be thoroughly familiar with these instructions before handling instrument components.  Medical personnel should read this entire Operating Manual with particular attention to the Warnings and Precautions sections and be thoroughly familiar with the use of the instrument prior to performing any clinical procedure**

## 4.1    UNPACKING AND GENERAL INSPECTION

4.1.1   Thoroughly inspect the outside of all shipping containers for indications of damage.  Contact the shipping firm as necessary to resolve shipping damage.

4.1.2   Carefully remove components from shipping cartons and packing material and inspect all components carefully to make certain that they have not been damaged in shipment.  Contact Intuitive Surgical Customer Service with any questions or concerns.

4.1.3   Obtain a Return Goods Authorization Number from Intuitive Surgical Customer Service prior to returning any materials.

**Note:  The following assembly steps are to be initially completed under the direct supervision of an Intuitive Surgical Technical Support Representative.  The instructions provided are not in sufficient detail to make it possible to perform the initial assembly and set up without assistance from a trained factory representative.**

294

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Attorneys' Eyes Only

## 4.2   ASSEMBLY AND SET UP

1. Attach Slave Arm mounting bracket and receptacle to the OR Table using the OR Table Mounting bracket.



2. Insert Setup Joint into Slave Arm Receptacle



295

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Intuitive-00512115

3.  Attach arm to Setup Joint



4.  Attach the two cables from the electronics console slave and master output to the input side of the slave and master arm.

5.  Power up the system by turning on the power supplies and computer

6.  Two buttons on the arm accessible through the sterile drape release the brakes on the set up joints to allow and operator using both hands to move the arm around freely. After the surgeon inserts a cannula into the patient the button is depressed, the arm is pulled over above the cannula prior to insertion of the instrument.

## 4.3    STERILE DRAPING AND PREPARATION

4.3.1   Mate a sterile drape with two windows to the back side of the sterile Laparoscopic adapter.

29c

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Attorneys' Eyes Only

Intuitive-00512116

4.3.2   Slide the sterile drape over the forearm of the non-sterile Monarch arm allowing
the adapter to snap into place on the carriage where it engages the mechanical /
electrical motion feedthroughs.

4.3.3   Pull the open lower end of the drape down over the parallelogram and base
assemblies and down over the non-sterile set up joint / arm to a point below the
edge of the operating table.

4.3.4   Attach the sterile Laparoscope or Instrument drive adapter ("wrist") to the sterile
bracket previously secured to the drape window.



4.3.5   Insert the sterile Laparoscope probe (or other instrument) through a second
smaller sterile drape with an elastic open end.  This drape is securely fastened to
the endoscope at a point between the optic cable and the eyepiece.

4.3.6   Turn the sterile drape back slightly to expose the camera mating detail at the rear
of the instrument.  In the case of a Laparoscope, a circulating nurse or attendant
must bring the non-sterile camera over the back end of the Laparoscope and fasten
the camera in place.

297

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043  415.237.7000**

Attorneys' Eyes Only                                                    Intuitive-00512117

4.3.7   For Laparoscope set-up, the inner open end cuff of the drape must be grasped again by the circulating attendant and pulled over the camera and cable and then fastened at its full extension over the cable.

4.3.8   Attach the sterile optic cable to the Laparoscope and insert the sterile draped laparoscope / camera assembly into the sterile carriage adapter as applicable.

## 4.4   NORMAL USE

The surgeon either stands at the operating table or sits at a console and operates with standard laparoscopic technique.  As required, the surgeon can change the video image (pan, zoom, etc.) by grasping the video manipulator and moving it in the desired direction.  The arm holding the laparoscope will move correspondingly to change the view.  Laparoscopic instruments may be controlled by manipulating the corresponding Master manipulator.

Any time the surgeon is not moving the controller the instrument is held in position with a small force such that under normal conditions it will not move to another location.  The instrument can be moved out of position if a higher force is applied (by an assistant, for example), but will return to the commanded location with the small restoring force when the assistant lets go.

When the surgeon wants to clean the scope, he reaches over and twists the bayonet lock that holds the scope on the sterile adapter.  The scope is removed from the patient manually, cleaned and reinserted.  When the scope is back in position the bayonet lock is engaged and normal operation is continued.

## 4.5   TEAR DOWN AND CLEANING

After the manipulator aided portion of the surgery is done, the instrument / scope is pulled out and the arm is moved out of the way until the procedure is finished.

The sterile adapter is removed from the arm.  If not disposable, the adapter must be cleaned with the aid of a brush to remove any particulate and standard disinfectant / cleaning solution such as Cidex or other .05% gluteraldhyde solution.  Once cleaned, a reusable adapter must be steam sterilized using a standard hospital autoclave cycle with a minimum temperature of 121 C for 30 minutes (Reference appropriate AAMI Steam Sterilization Guidelines).

The arm is undraped, unplugged from its receptacle and put away.  The electronics console and cabling are removed but the table receptacle remains in position.

236

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Intuitive-00512118

| 5.0 | WARNINGS |
|-----|----------|

5.1   Failure to carefully follow all applicable instructions may result in significant injury to the patient, physician or attendants and have an adverse effect on the outcome of procedures performed.

5.2   The Intuitive Surgical Monarch System is a precision instrument that must be handled with care by well trained and knowledgeable professionals.  Carefully inspect the device and all associated equipment, instrumentation and cabling for wear or damage prior to use.  DO NOT attempt to operate this instrument if any wear or damage is observed. **Electrical Shock** may occur if components or cable or wire insulation is damaged. Contact Intuitive Surgical Technical Support or Service for replacement of damaged or worn devices or cabling.

5.3   Inspect all joints, cables and other structural and mechanical components for signs of wear or damage prior to performing each procedure.  Verify that all software diagnostics and tests complete successfully.  Failure to adequately inspect and test the instrument to assure adequate performance may result in injury to the patient and / or medical personnel and may have an adverse effect on the procedures performed.

| 6.0 | PRECAUTIONS |
|-----|-------------|

6.1   The physician must be thoroughly familiar with and carefully follow all manufacturer's instructions pertaining to this device and all associated accessories, equipment and instrumentation.  Study the operating instructions for all electrosurgical energy sources for cautions and warnings prior to use.

6.2   Procedures performed using the Intuitive Surgical Monarch System, as with any surgical instrument, require adequate knowledge, training and preparation on the part of the physician / surgeon.

6.3   Unless otherwise indicated, the Intuitive Surgical Monarch System contains no user serviceable components.  Repairs must be made directly by Intuitive Surgical.

6.4   For reusable components, follow all standard institution / Hospital cleaning, disinfection and sterilization procedures precisely.  Failure to do so may damage the instrument and / or compromise safety.

6.5   Avoid directly looking into the light emitter by the endoscopic light source, light carrier or endoscope.  Eye damage may result.

298

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043  415.237.7000**

Attorneys' Eyes Only

## 7.0   CLEANING, DISINFECTION AND STERILIZATION

Carefully follow all cleaning and disinfection instructions prior to attempting sterilization.

## 7.1   CLEANING

Immediately after each use and prior to disinfection and sterilization thoroughly clean the reusable components (Mounting bracket) using the following procedure:

7.1.1   Remove the telescope and disassemble the Scope Mount,

7.1.2   Soak the scope and mount in an enzyme or instrument cleaner and warm water (100 - 120ºF).  Do not use water that exceeds 120ºF as higher temperature water can alter organic materials and make them more difficult to remove.  Use of cleansers not specifically designed to dissolve proteinaceous material is not recommended.  Use a soft brush to remove dried debris.

7.1.3   Thoroughly rinse all components using warm (100 - 120ºF) water.

7.1.4   Follow manufacturer's instructions for cleaning light scopes.

## 7.2   DISINFECTION

Thoroughly clean all components prior to disinfection.  EPA registered "Disinfectants / Sterilants" consisting of 2% activated gluteraldehyde solutions are recommended. Disinfectant / sterilization products containing added surfactants represent an electrosurgical hazard due to the difficulty of removing surfactant residuals.  Disinfectant / Sterilants containing active ingredients other than gluteraldehyde have not been evaluated.

7.2.1   Carefully follow the disinfectant manufacturer's written instructions for proper exposure times and conditions.  All components to be disinfected must be completely submersed in the disinfectant solution for the specified time.

7.2.2   Carefully follow disinfectant manufacturer's instructions for rinsing  Thoroughly rinse all components using copious amounts of sterile water with frequent and multiple water changes.  Disinfectant solutions may cause electrical safety problems if not completely removed from the device.

## 7.3   STERILIZATION

Components must be properly cleaned and disinfected prior to sterilization.  EPA registered "Disinfectants / Sterilants" consisting of 2% activated gluteraldehyde solutions are recommended.  Disinfectant / sterilization products containing added surfactants represent an electrosurgical hazard due to the difficulty of removing surfactant residuals.

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Disinfectant / Sterilants containing active ingredients other than gluteraldehyde have not been evaluated.

7.3.1    Carefully follow the sterilant manufacturer's written instructions for proper exposure times and conditions.  All components to be sterilized must be completely submersed in the sterilant solution for the specified time.

7.3.2    Carefully follow sterilant manufacturer's instructions for rinsing  Thoroughly rinse all components using copious amounts of sterile water with frequent and multiple water changes.  Sterilant solutions may cause electrical safety problems if not completely removed from the device.

| 8.0    STORAGE, CARE AND MAINTENANCE |
| --- |

Store scope instrument and components in a padded container or drawer.  Instruments must be thoroughly dried prior to storage.

| 9.0    WARRANTY AND TECHNICAL / CUSTOMER SERVICE |
| --- |

If the System should become inoperable or dysfunctional as a consequence of defect(s) in material or workmanship during a period of up to one year from date of purchase, Intuitive Surgical at its sole option will either repair or replace the instrument at no charge.

| 10.0    PRODUCT SPECIFICATIONS |
| --- |

MASTER VIDEO MANIPULATOR

Physical characteristics of the position controller

Range of Motion (position controlled only)
Pitch:  ±28°
Yaw:  ±28°
Roll:  320°
Insertion stroke:        6 inches

INSTRUMENT / LAPAROSCOPE MANIPULATOR

Physical characteristics of laparoscope manipulator

Range of motion

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043  415.237.7000**

Attorneys' Eyes Only

Intuitive-00512121

Pitch:  -45 to +75
Yaw:  -90 to +90
Insertion:       10 in stroke
Draping
Smooth outer shape to prevent pinching of drape, cable entanglement
Encoding
One encoder on each motor
Weight
20 lb.

Release Button
Button accessible through drape to release set-up brakes
Environmental
Room Temperature when operating
-10 to +50 C non-operating

## PHYSICAL CHARACTERISTICS OF THE INSTRUMENT / LAPAROSCOPE ADAPTER

Weight:  Less than 1 pound
Set-up arm
Physical characteristics
Range of Motion
Initial Length: 17"
Extension:      20"
Lower Gimbal:       pitch:   ±45°
                            yaw:     ±45°
Upper Gimbal:       pitch:  between ±45° and ±90°
                            yaw:    between ±45° and ±90°
                            Roll:   ±90°
Weight:  15 pounds
Operation
Simultaneous pressing of two buttons to allow movement.
Brakes
Redundant spring actuated mechanical locks.  Solenoids will release locks.

Attachment to Table
Set-up arm receptacle to be permanently attached to table.  Set-up arm will attach to receptacle with a pin and socket arrangement with a lever to lock it in place.

Power Connection
Manual connection of a power cable containing all power and encoder wires for both the set-up arm and the manipulator arm.
Electrical Power

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Attorneys' Eyes Only

Voltage:      115 volts ±15%
Current:      6 Amps
Cycles:       60

Safety

      Designed to comply with UL2601-1 and IEC601-1
      Electro-magnetic compatibility
      Designed to comply with CISPR11
      Environmental
      Normal operating  conditions
      Room Temperature when operating

Storage conditions
      -10 to +50 C
       Shipping
         Shipping environmental requirements
           Temperature limits    -10 to +50 C

303

**Intuitive Surgical –1340 W. Middlefield Road, Mountain View, CA  94043   415.237.7000**

Attorneys' Eyes Only

Intuitive-00512123

# INTUITIVE SURGICAL THORACOSCOPIC / LAPAROSCOPIC INSTRUMENT **DRAFT** INSTRUCTIONS FOR USE

## DRAFT

Read Carefully

### Handling and Operating Instructions

Intuitive Surgical Endoscopy Instruments should be handled and operated by personnel completely familiar with their use, assembly and disassembly.

Do not use Intuitive Surgical instruments if they do not perform satisfactorily in an operational test. Handle the instruments with care. Avoid mechanical shock or overstressing the instruments which will cause damage. Make sure jaws are completely closed prior to insertion and removal through cannulas.

When not in use, store endoscopic instrument in a clean, dry cabinet. Care must be taken to protect the jaws from damage. Use autoclavable jaw protector when not in use.

### Care and Maintenance

*Proper care and handling is essential for satisfactory performance of surgical instruments. The following steps should be taken to ensure long and trouble-free service from all your Intuitive Surgical instruments.*

1. Inspect instruments before each use for broken, cracked, chipped or worn parts.
2. Use instruments for their intended surgical purposes only.
3. Clean instruments properly after each use.
   a. After use in surgery, the instrument should be rinsed in distilled water and carefully scrubbed with a soft brush (paying particular attention to the jaws) and a neutral pH detergent.
   b. ***Regardless of cleaning method, use only a neutral pH (6-8) detergent.*** We recommend the Snowden-Pencer liquid Nutra-pH® Instrument Detergent (Snowden-Pencer Catalog #32-6044). Use of acidic or alkaline detergents will remove chromium oxide from surface of stainless steel causing pitting or breakage. ***The Intuitive Surgical guarantee may be voided if instruments are continually exposed to high acid (pH4 or lower) or high alkaline (pH10 or higher) detergents, disinfectants, stain removers, etc.***
   c. Instruments should be thoroughly rinsed after cleaning to remove any residual debris or cleaning agent.
4. Lubricate and protect your instruments.
   a. ***It is important that all instruments be thoroughly lubricated after every cleaning and before autoclaving with a steam and ETO permeal instrument lubricant.*** We recommend and neutral pH product su Snowden-Pencer Instrument Milk® (Catalog #32-0108).

504

185

    b.  Immerse instruments in open position for best penetration and protection.
    c.  A proper lubricant will leave a thin film which lubricates moving parts and acts as a deterrent to corrosion and staining.
    d.  Let instruments drip dry for a few moments before wrapping for autoclaving.

Intuitive Surgical has taken great care in manufacturing the highest quality instruments for your surgical needs.  We hope you follow the above steps to preserve this quality over the long life of the instruments.

**Intuitive Surgical Guarantee**

All Intuitive Surgical Endoscopy instruments are guaranteed to be free of defects in material and workmanship for one (1) year.  Any product which proves to be defective in material or workmanship will be repaired or replaced at our discretion.  ***This guarantee specifically does not cover damage caused to the instrument by overstress or mechanical shock.***

Repair, alteration or modification of any product by persons other than Intuitive Surgical, Inc. or products subjected to misuse or abuse will result in immediate loss of guarantee.

If Intuitive Surgical instruments are damaged by accident or when used for a purpose other than originally intended, a repair charge will apply.

**Repair Service**

Regardless of age, if any Intuitive Surgical instrument needs service, return it to your authorized Intuitive Surgical dealer or to the address below.  If the repair is covered under guarantee, it will be repaired or replaced at no charge when requested in writing.  A nominal service charge will be made for repaired instruments outside the guarantee.

***Note: Guarantee is void if Intuitive Surgical instruments are repaired by any other repair service or subjected to abuse.***

For Repair Service, send instruments to:

        Intuitive Surgical
        1340 W. Middlefield Road
        Mountain View, California  94043  USA
        1-415-237-7000

Attorneys' Eyes Only

Intuitive-00512125

# Endoscopic Instruments

## Indications

The Intuitive Surgical Thoracoscopic / Laparoscopic Instrument Control System is intended for accurate control of thoracoscopic and laparoscopic instruments including, rigid laparoscopes, scissors, needle holders and pick-ups (forceps) surgical instruments, during thoracoscopic and laparoscopic surgical procedures.  It is intended to be used by trained professionals in operating room environments.

Endoscopic instruments are designed to transmit cutting, grasping or dissecting force through long delicate mechanisms to delicate working tips.

Endoscopic instruments are designed and manufactured for a specific surgical function. **Use of an instrument for a task other than that for which it is intended will usually result in a damaged or broken instrument.**

Examples:

1.     Use of a delicate dissector as a grasper.
2.     Use of a delicate scissors to cut suture.
3.     Use of dissector to remove clips.
4.     Use of a 5mm grasper or dissector instead of a 10mm claw extractor forcep to remove excised tissue through cannula.

## Precautions

Intuitive Surgical Endoscopic Instruments should be handled and operated by personnel completely familiar with their use, assembly and disassembly.

Prior to use, all insulated instruments should be inspected to ensure proper insulation. Any interruptions in the coating may compromise the safety of the instrument.  To prevent the possibility of electrical shocks or burns, instruments with cracks in the insulation should be returned to Intuitive Surgical for repair or replacement.

Do not use Intuitive Surgical instruments if they do not perform satisfactorily in an operational test.  Handle the instruments with care.  Avoid mechanical shock or overstressing the instruments which will cause damage.  Make sure jaws are completely closed prior to insertion and removal through cannulas.

**Always use caution when inserting or removing instruments through cannula.**  Any lateral pressure on the instrument during removal will damage the working tip.  Be sure to pull instrument straight out until completely clear of cannula.  Make sure instrument jaws are closed completely so they do not catch valve assemblies in cannulas.

Intuitive-00512126

**Disposable automatic cannulas utilize a "trap door" valve which will allow normal
insertion but will catch and hold the tips of certain instruments when withdrawing**.
(Example:  Hook dissector and cholangiogram catheter forcep).  When removing
instrument from these cannulas, the "trap door" valve must be opened manually with
lever on the side of cannula housing to prevent instrument damage.

Avoid overstressing mechanism of instruments by properly gripping and maneuvering
during surgery.  Instruments are designed to be held with on finger and thumb in the ring
handles.  If force is applied in any other fashion (such as holding handles in a whole hand
pistol grip), the mechanism can be easily overstressed resulting in damage or breakage.

## Care and Maintenance

Proper care and handling is essential for satisfactory performance of surgical instruments.
The following steps should be taken to ensure long and trouble-free service from all your
Intuitive Surgical instruments.

1. Inspect instruments before each use for broken, cracked, chipped or worn parts.
2. Use instruments for their intended surgical purposed only.
3. Clean instruments properly after each use.
   a. After use in surgery, the instrument should be rinsed in distilled water and
      carefully scrubbed with a soft brush (paying particular attention to the
      jaws) and a neutral pH detergent.
   b. Regardless of cleaning method, use only a neutral pH (6-8) detergent.  We
      recommend the use of Snowden-Pencer liquid Nutra-pH Instrument
      Detergent (Snowden-Pencer Catalog #32-6044).  Use of acidic or alkaline
      detergents will remove chromium oxide from surface of stainless steel
      causing pitting or breakage of instruments.  **The Intuitive Surgical
      guarantee may be voided if instruments are continually exposed to
      high acid (pH4 or lower) or high alkaline (pH10 or higher) detergents,
      disinfectants, stain removers, etc.**
   c. Instruments should be thoroughly rinsed after cleaning to remove any
      residual debris or cleaning agent.
4. Lubricate and protect your instruments.
   a. It is important that all instruments be thoroughly lubricated after every
      cleaning and before autoclaving with a steam and EtO permeable
      instrument lubricant.  We recommend a neutral pH product such as the
      Snowden-Pencer Instrument Milk (Catalog #32-0108).
   b. Immerse instruments in open position for best penetration and protection.
   c. A proper lubricant will leave a thin film which lubricates moving parts and
      acts as a deterrent to corrosion and staining.
   d. Let instruments drip dry for a few moments before wrapping for
      autoclaving.

Intuitive-00512127

## Disinfection

Instruments may be disinfected in a cold liquid disinfectant. They should be completely immersed in solution, taking care to fill all lumens and shafts with solution. Follow the solution manufacturer's instructions for immersion times and temperatures. When disinfecting is complete, rinse twice thoroughly in sterile water. Dry completely using a sterile towel.

## Sterilization

Sterilization of instruments may be accomplished by steam, ethylene oxide (EtO) or a chemical sterilant. Time and temperature parameters required for steam sterilization vary according to type of sterilizer, cycle design, and packaging material. The following are some general guidelines for sterilization:

## Prevacuum Sterilization

Prevacuum @270° - 272° F
Minimum exposure time = 4 min.
Average dry time = 8-10 min.

## Gravity Displacement

Gravity @250 – 254 F
Minimum exposure time = 30 min.
Average dry time 15-20 min.

Flash (unwrapped Method)
@270 – 274 F
Minimum exposure time = 10 min.

**The use of "flash" sterilization is not recommended as it will shorten the life of endoscopic instruments.**

Do Not Sterilize at Temperatures Over 285 F.

EtO sterilization depends on four parameters: concentration of sterilant, relative humidity, temperature, and exposure time. Following the sterilization cycle, a period of aeration is required to reduce residual EtO. Manufacturers of aerators and sterilizers will have information pertaining to specific materials or medical devices that may be sterilized or aerated in their equipment. The manufacturer instructions must be followed in order to provide specific guidelines for each sterilization chamber.

The STERIS PROCESS employs peracetic acid in a strong concentration at a low temperature to provide a sterile instrument in approximately twenty (20) minutes. The STERIS PROCESS is compatible with Intuitive Surgical instrumentation. When using

Attorneys' Eyes Only

the system, care should be taken to ensure that instruments are properly placed in the container.  Instruments must be aligned with finger grips oriented toward the top of the length of the processor.  This arrangement is necessary to allow free flow of the sterilant to all areas of the instrument.

**Storage**

When not in use, store endoscopic instrument in a clean, dry cabinet or storage case.  Care must be taken to protect the jaws from damage.  Use autoclavable jaw protector when not in use.  We recommend the Intuitive Surgical Endoscopic Instrument Sterilization Storage containers (Catalog #88-6268 & #88-6270).

**Intuitive Surgical Guarantee**

All Intuitive Surgical Endoscopy instruments are guaranteed to be free of defects in material and workmanship.  Any product which proves to be defective in material or workmanship will be repaired or replaced at our discretion.  **This guarantee specifically does not cover damage caused to the instrument by overstress or mechanical shock**.

Repair, alteration or modification of any product by persons other than Intuitive Surgical Inc or products subjected to misuse or abuse will result in immediate loss of guarantee.

If Intuitive Surgical instruments are damaged by accident or when used for a purpose other than originally intended, a repair charge will apply.

**Repair Service**

Regardless of age, if any Intuitive Surgical instrument needs service, return it to your authorized Intuitive Surgical dealer or to the address below.  If the repair is covered under guarantee, it will be repaired or replaced at no charge when requested in writing.  A normal service charge will be made for repaired instruments outside the guarantee.  **Note: Guarantee is void if Intuitive Surgical instruments are repaired by any other repair service or subjected to abuse.**

For repair Service, send instruments to:

Intuitive Surgical
1340 W. Middlefield Road
Mountain View, California  94043  USA
1-415-237-7000

Intuitive-00512129

Read Carefully

## Handling and Operating Instructions

Snowden-Pencer Endoscopy instruments should be handled and operated by personnel completely familiar with their use, assembly and disassembly.

Do not use Snowden-Pencer instruments if they do not perform satisfactorily in an operational test. Handle the instruments with care. Avoid mechanical shock or overstressing the instruments which will cause damage. Make sure jaws are completely closed prior to insertion and removal through cannulas.

When not in use, store endoscopic instrument in a clean, dry cabinet. Care must be taken to protect the jaws from damage. Use autoclavable jaw protector when not in use.

## Care and Maintenance

*Proper care and handling is essential for satisfactory performance of surgical instruments. The following steps should be taken to ensure long and trouble-free service from all your Diamond-Line® instruments.*

1. Inspect instruments before each use for broken, cracked, chipped or worn parts.

2. Use instruments for their intended surgical purposes only.

3. Clean instruments properly after each use.

   a. After use in surgery, the instrument should be rinsed in distilled water and carefully scrubbed with a soft brush (paying particular attention to the jaws) and a neutral pH detergent.

   b. *Regardless of cleaning method, use only a neutral pH(6-8) detergent.* We recommend our liquid Nutra pH® Instrument Detergent (Catalog #32-6044). Use of acidic or alkaline detergents will remove chromium oxide from surface of stainless steel causing pitting or breakage of instruments. *The Snowden-Pencer guarantee may be voided if instruments are continually exposed to high acid (pH4 or lower) or high alkaline (pH10 or higher) detergents, disinfectants, stain removers, etc.*

   c. Instruments should be thoroughly rinsed after cleaning to remove any residual debris or cleaning agent.

4. Lubricate and protect your instruments.

   a. *It is important that all instruments be thoroughly lubricated after every cleaning and before autoclaving with a steam and ETO permeable instrument lubricant.* We recommend a neutral pH product such as the original Snowden-Pencer Instrument Milk® (Catalog #32-0108).

   b. Immerse instruments in open position for best penetration and protection.

   c. A proper lubricant will leave a thin film which lubricates moving parts and acts as a deterrent to corrosion and staining.

   d. Let instruments drip dry for a few moments before wrapping for autoclaving.

Snowden-Pencer has taken great care in manufacturing the highest quality instruments for your surgical needs. We hope you follow the above steps to preserve this quality over the long life of the instruments.

## Snowden-Pencer Guarantee

All Snowden-Pencer Endoscopy instruments are guaranteed to be free of defects in material and workmanship for one (1) year. Any product which proves to be defective in material or workmanship will be repaired or replaced at our discretion. *This guarantee specifically does not cover damage caused to the instrument by overstress or mechanical shock.*

Repair, alteration or modification of any product by persons other than Snowden-Pencer, Inc. or products subjected to misuse or abuse will result in immediate loss of guarantee.

If Snowden-Pencer instruments are damaged by accident or when used for a purpose other than originally intended, a repair charge will apply.

## Repair Service

Regardless of age, if any Snowden-Pencer instrument needs service, return it to your authorized Snowden-Pencer dealer or to the address below. If the repair is covered under guarantee, it will be repaired or replaced at no charge when requested in writing. A nominal service charge will be made for repaired instruments outside the guarantee.

*Note: Guarantee is void if Snowden-Pencer instruments are repaired by any other repair service or subjected to abuse.*

For Repair Service, send instruments to

Snowden-Pencer
5175 South Royal Atlanta Drive
Tucker, Georgia 30084 USA
1-800-367-7874
1-404-496-0952

310

Attorneys' Eyes Only

Intuitive-00512130

### Indications

Endoscopic instruments are designed to transmit cutting, grasping or dissecting force through long delicate mechanisms to delicate working tips.

Endoscopic instruments are designed and manufactured for a specific surgical function. Use of an instrument for a task other than that for which it is intended will usually result in a damaged or broken instrument.

Examples:
1. Use of a delicate dissector as a grasper
2. Use of a delicate scissor to cut suture
3. Use of a dissector to remove clips
4. Use of a 5mm grasper or dissector instead of a 10mm claw extractor forceps to remove excised tissue through cannula

### Precautions

Snowden-Pencer Endoscopic Instruments should be handled and operated by personnel completely familiar with their use, assembly and disassembly.

Prior to use, all insulated instruments should be inspected to ensure proper insulation. Any interruptions in the coating may compromise the safety of the instruments. To prevent the possibility of electrical shocks or burns, instruments with cracks in the insulation should be returned to Snowden-Pencer for repair or replacement.

Do not use Snowden-Pencer instruments if they do not perform satisfactorily in an operational test. Handle the instruments with care. Avoid mechanical shocks or overstressing the instruments which will cause damage. Make sure jaws are completely closed prior to insertion and removal through cannulas.

Always use caution when inserting or removing instruments through cannula. Any lateral pressure on the instrument during removal will damage the working tip. Be sure to pull instrument straight out until completely clear of cannula. Make sure instrument jaws are closed completely so they do not catch valve assemblies in cannulas.

Disposable automatic cannulas utilize a "trap door" valve which will allow normal insertion but will catch and hold the tips of certain instruments when withdrawing. (Example: Hook dissector and cholangiogram catheter forceps) When removing instruments from these cannulas, the "trap door" valve must be opened manually with lever on the side of cannula housing to prevent instrument damage.

Avoid overstressing mechanism of instruments by properly gripping and maneuvering during surgery. Instruments are designed to be held with one finger and thumb in ring handles. If force is applied in any other fashion (such as holding handles in a whole hand palm grip) the mechanism can be easily overstressed resulting in damage or breakage.

### Care and Maintenance

Proper care and handling is essential for satisfactory performance of surgical instruments. The following steps should be taken to ensure long and trouble free service from all your Diamond-Line instruments.

1. Inspect instruments before each use for broken, cracked, chipped or worn parts.
2. Use instruments for their intended surgical purposes only.
3. Clean instruments properly after each use.
   a. After use in surgery, the instruments should be rinsed in distilled water and carefully scrubbed with a soft brush (paying particular attention to the jaws) and a neutral pH detergent.
   b. Regardless of cleaning method, use only a neutral pH (6-8)

detergent. We recommend our Quid Nurra pH instrument detergent (Catalog #32 6044). Use of acidic or alkaline detergents will remove chromium oxide from surface of stainless steel causing pitting or breakage of instruments. The Snowden-Pencer guarantee may be voided if instruments are continually exposed to high acid (pH4 or lower) or high alkaline (pH10 or higher) detergents, disinfectants, stain removers, etc.
   c. Instruments should be thoroughly rinsed after cleaning to remove any residual debris or cleaning agent.

4. Lubricate and protect your instruments.
   a. It is important that all instruments be thoroughly lubricated after every cleaning and before autoclaving with a steam and EtO permeable instrument lubricant. We recommend a neutral pH product such as the original Snowden-Pencer instrument Milk (Catalog #32 0108)
   b. Immerse instruments in open position for best penetration and protection.
   c. A proper lubricant will leave a thin film which lubricates moving parts and acts as a deterrent to corrosion and staining.
   d. Let instruments drip dry for a few moments before wrapping for autoclaving.

### Disinfection

Instruments may be disinfected in a cold liquid disinfectant. They should be completely immersed in solution, taking care to let all lumens and shafts with solution. Follow the solution manufacturer's instructions for immersion times and temperatures. When disinfecting is complete, rinse twice thoroughly in sterile water. Dry completely using a sterile towel.

### Sterilization

Sterilization of instruments may be accomplished by steam autoclave or EtO or a chemical process. Time and temperature parameters according to type of steam sterilization vary according to type of sterilizer, cycle design and packaging material. The following are some general guidelines for sterilization.

**PREVACUUM STERILIZATION**
Prevacuum @ 270° - 272° F
Minimum exposure time = 4 min.
Average dry time = 8-10 min.

**GRAVITY DISPLACEMENT**
GRAVITY @ 250° - 254° F
Minimum exposure time = 30 min.
Average dry time = 15-20 min.

GRAVITY @ 270° - 274°F
Minimum exposure time = 20 min.
Average dry time = 15-20 min.

FLASH (unwrapped Method)
@ 270° - 274° F
Minimum exposure time = 10 min.

**The use of "flash" sterilization is not recommended as it will shorten the life of endoscopic instruments.**

Do Not Sterilize at Temperatures Over 285° F

EtO sterilization depends on four parameters: concentration of sterilant, relative humidity, temperature and exposure time. Following the sterilization cycle, a period of aeration is required to reduce residual EtO. Manufacturers of aerators and sterilizers will have information pertaining to specific materials or medical devices that may be sterilized or aerated in their equipment. The manufacturer instructions must be followed in order to achieve

Attorneys' Eyes Only

specified guidelines for each sterilization chamber.

The STERIS PROCESS™ employs peracetic acid in a strong concentration at a low temperature to provide a sterile instrument in approximately twenty (20) minutes. The STERIS PROCESS™ is compatible with Snowden-Pencer instrumentation. When using the system, care should be taken to ensure that instruments are properly placed in the container. Instruments must be aligned with finger grips oriented toward the top of the processor and the lumen parallel to the length of the processor. This arrangement is necessary to allow free flow of the sterilant to all areas of the instrument.

## Storage

When not in use, store endoscopic instrument in a clean, dry cabinet or storage case. Care must be taken to protect the jaws from damage. Use autoclavable jaw protector when not in use. We recommend the Snowden-Pencer Endoscopic Instrument Sterilization/ Storage containers (Catalog #88-6268 & #88-6270)

## Snowden-Pencer Guarantee

All Snowden-Pencer Endoscopy instruments are guaranteed to be free of defects in material and workmanship. Any product which proves to be defective in material or workmanship will be repaired or replaced at our discretion. This guarantee specifically does not cover damage caused to the instrument by overstress or mechanical shock.

Repair, alteration or modification of any product by persons other than Snowden-Pencer, Inc. or products subjected to misuse or abuse will result in immediate loss of guarantee.

If Snowden-Pencer instruments are damaged by accident or when used for a purpose other than originally intended, a repair charge will apply.

## Repair Service

Regardless of age, if any Snowden-Pencer instrument needs service, return it to your authorized Snowden-Pencer dealer or to the address below. If the repair is covered under guarantee, it will be repaired or replaced at no charge when requested in writing. A nominal service charge will be made for repaired instruments outside the guarantee. **Note: Guarantee is void if Snowden-Pencer instruments are repaired by any other repair service or subjected to abuse.**

For Repair Service, send instruments to:

Snowden-Pencer
5175 South Royal Atlanta Drive
Tucker, Georgia 30084 USA
1-800-367-7874
1-404-496-0952

DIAMOND JAW•, DIAMOND-LIKE(S)• DIAMOND GRIP™, DIAMOND LINE•, DIAMOND TOUCH•

# ENDOSCOPIC INSTRUMENTS

© 5/94   All Rights Reserved   (3.0091

**SNOWDEN◆PENCER**
USA

**SNOWDEN◆PENCER**
USA

312

Attorneys' Eyes Only

Intuitive-00512132

NON STERILE
ELECTRODE INSTRUCTION CARD

### ASSEMBLY

1. See STERILIZATION INSTRUCTIONS prior to use
2. Open packaging and remove Reposable™ Electrode.
3. Slide Reposable™ Electrode onto reusable handle racepack.
4. Hand tighten quick-change knob by turning clockwise.
5. Instrument is ready for use.
6. See disassembly instructions for removing used Reposable™ Electrode.



### DISASSEMBLY

1. Grasp reusable handle and loosen quick change knob by turning 1/2 turn counter clockwise.
2. Remove Reposable™ Electrode from Reusable handle.
3. Discard used Reposable™ Electrode.
4. See assembly instructions for inserting Reposable™ Electrode.



## SNOWDEN ◆ PENCER

### STERILIZATION INSTRUCTIONS

Sterilization of Instruments may be accomplished by steam, ethylene oxide (EtO) or a chemical solution. Time and temperature parameters required for steam sterilization vary according to type of sterilizer, cycle design, and packaging material. The following are some general guidelines for sterilization.

**Detachment Sterilization**

Prevacuum @ 270° - 272°F Minimum exposure time = 4 min. Average dry time = 8 - 10 min.

**Gravity Displacement**

GRAVITY @ 250° - 254°F Minimum exposure time = 30 min. Average dry time = 15 - 30 min.
GRAVITY @ 270° - 274°F Minimum exposure time = 20 min. Average dry time = 15 - 20 min.

FLASH (unwrapped Method) @ 270° - 274°F Minimum shipment total = 10 min.

The use of "flash" sterilization is not recommended as it will shorten the life of endoscopic instruments.

Do Not Sterilize at Temperatures Over 282°F.

EtO sterilization depends on four parameters: concentration of sterilant, relative humidity, temperature, and exposure time. Following the sterilization cycle, a period of aeration is required to reduce residual EtO. Manufacturers of sterilant and sterilizers will have subsequent processing to specific materials or medical devices that may be sterilized or aerated in their equipment. The manufacturer's instructions must be followed in order to provide specific guidelines for each sterilization duration.

The STERIS PROCESS™ employs peracetic acid in a strong solution than at a low concentration to pre-rule a sterile environment in approximately twenty (20) minutes. The STERIS PROCESS™ is compatible with Snowden-Pencer instrumentation. When using the system, care should be taken to assure that instruments are properly placed in the stationary. Instruments must be aligned with finger grips oriented toward the top of the processor and the lumen parallel to the length of the processor. This arrangement is necessary to allow free flow of the sterilant to all areas of the instrument.

### WARNINGS

The Reposable™ Electrode are designed to be either multiple times. Each time the Reposable™ Electrode is used, it should be inspected for signs of excessive wear or insulation damage and disposed of if either of these conditions exist.

The longevity of the Reposable™ Electrode is dependent on several factors: the technique used for sterilization between uses (i.e., flash sterilization is harsher than EtO gas) and the electrosurgical settings and length of use of the electrode (i.e., a setting of 30 watts for 5 seconds is not the same as 60 watts for 1 seconds). All these factors combined will determine the number of uses that can be obtained with each electrode.

It is the responsibility of the user to inspect the Reposable™ Electrode prior to each use in surgery. If the Reposable™ Electrode does not function properly or there are signs of excessive wear or insulation damage, the electrode should be disposed of properly.
Snowden-Pencer accepts no liability for misuse or abuse of the Electrode during surgery, cleaning, or sterilizing.

All Snowden-Pencer Endoscopy instruments are guaranteed to be free of defects in material and workmanship for one (1) year. Any product which proves to be defective in material or workmanship will be repaired or replaced at our discretion. This guarantee specifically does not cover damage caused to the instrument by oversiress or mechanical shock.

Repair, alteration or modification of any product by persons other than Snowden-Pencer, Inc. or products subjected to misuse or abuse will result in immediate loss of guarantee.

If Snowden-Pencer instruments are damaged by accident or when used for a purpose other than originally intended, a repair charge will apply.

#### Repair Service

Regardless of age, if any Snowden-Pencer instrument needs service, return it to your authorized Snowden-Pencer dealer or to the address below. If the repair is covered under guarantee, it will be repaired or replaced at no charge when requested in writing. A nominal service charge will be made for repaired instruments outside the guarantee.

Note: Guarantee is void if Snowden-Pencer instruments are repaired by any other repair service or subjected to abuse.

For Repair Service, send instruments to

Snowden-Pencer
5175 South Royal Atlanta Drive
Tucker, Georgia 30084 USA
1-800-367-7874
1-404-496-0952

513

Attorneys' Eyes Only



# V. Mueller®

## Re-sposable Endoscopy Instruments

**Indications:**

Hand held endoscopy instruments are intended for grasping, cutting and/or dissecting tissue during endoscopic procedures. These instruments are designed to be used through an abdominal portal, the opening maintained by an introducer or cannula which allows for insertion or removal of the instrument without damage to surrounding soft tissue. These are delicate instruments, with long linking mechanisms leading to delicate working tips.

The "re-sposable" Endoscopy Instrument is comprised of a reusable handle and shaft assembly and a disposable tip assembly. All Endoscopy instruments are designed and manufactured specifically for the purpose of manipulating soft tissue structures. Any use of an instrument for a task other than that for which it was intended will usually result in a damaged or broken instrument.

**Examples of misuse include but are not limited to:**

- Use of grasper to hold or guide another instrument.
- Use of delicate dissector as a grasper.
- Use of extremely delicate scissors to cut suture.
- Use of 5mm grasper to remove excised tissue through cannula.
- Use of delicate dissector to remove clips.

**Contraindications:**

The use of endoscopy instruments is contraindicated when in the judgement of the physician, its use would be contrary to the best interest of the patient.

**Precautions:**

Instruments must be handled carefully during surgery to avoid misusing the instrument, thus resulting in damage or breakage. The instruments are designed to be held using the fingers and the thumb in the ring handles. Do not hold handles as a whole and do not grip which applies excessive force to the linkage mechanism and results in damage to the instrument.

Use extreme care when inserting or removing endoscopy instruments through a cannula. Upon insertion, ensure that the cannula "trap door" or trumpet valve has been fully opened to allow passage of the instrument. During removal, pull the instrument straight out until completely clear of the cannula. Any lateral pressure on the instrument may damage the working tip. Instrument jaws should be closed completely so that they do not catch on the cannula's internal valve assembly.

Any type of misuse or abuse of the instrument will render the warranty void. Baxter Healthcare Corporation, V. Mueller Division, assumes no liability if the instrument is misused or otherwise abused.

**How Supplied:**

The V. Mueller "re-sposable" endoscopy instrument tips assemblies are provided in sterile packages. The "re-sposable" endoscopy instrument handle/shaft assemblies are provided non-sterile, and must be disinfected/sterilized before use according to procedures in the Disinfection/Sterilization sections.



## Assembly/Disassembly

**To assemble:**

1. Open package containing new tip assembly. Use care as blades are extremely sharp.
2. Engage male pin on stem into hole in the tip connector (See illustration)
3. Carefully thread tip connector onto shaft.
4. Lock Stem Latch onto stem by rotating Latch counterclockwise until it fully engages the stem.
5. Rotate shaft, using rotation knob, until desired tip orientation is obtained.

**To disassemble:**

1. Unlock Stem Latch on handle, from Stem and rotate fully clockwise.
2. Disengage threaded connection holding tip to shaft, unscrew tip assembly from shaft.
3. Pull interlocked stem/tip assembly from shaft until the tip connectors are fully exposed.
4. Disengage tip connector from stem by separating mating components. Properly discard used tip assembly into a safe container.
5. Disinfect/Sterilize the handle/shaft assembly prior to reuse.



## Care and Handling

Immediately after each surgical procedure, clean all instruments thoroughly as follows:

1. Remove and dispose of (used) tip assembly as described above. Remove stem from handle/shaft assembly to facilitate cleaning. Rinse all parts with deionized water to remove any gross debris. Flush the inner lumen by attaching a syringe filled with deionized water to the flushing port on the handle and forcing fluid through the shaft. Hand wash instruments using a neutral pH detergent (Enzol-Clean from Baxter, Cat #25130) or enzymatic cleaner (Enzy-Clean from Baxter, Cat #25132), being sure to flush all lumens and channels with the solution.

2. Mechanically clean each surface to remove residual debris. Thoroughly flush and brush instruments with hollow tubes, shafts or stopcocks to remove all blood and debris that may obstruct the lumen. Care should be taken not to scratch the inner or outer surfaces of the instrument.

**Note:** Delicate instruments should be handled with care, avoiding the use of steel wool, wire brushes and highly abrasive detergents.

3. Rinse with deionized water and inspect all components of the instrument after washing, making sure that the internal lumens, stems, stopcocks and instrument channels are thoroughly rinsed.

4. All parts should be inspected for burrs, nicks, misalignment or bent components. Insulation material, if it is installed, should be free of nicks, gouges, scratches and any exposed metal or gaps in the insulation.

5. Dry all components thoroughly using a towel or an air pistol to ensure removal of residual moisture which could cause corrosion.

6. Since the re-sposable instruments require reassembly prior to use, they should be steam sterilized and lubricated with non-silicone, antimicrobial, water soluble solution for 30-40 seconds. Do not rinse or towel dry after lubrication. Do not use mineral oil, petroleum oil or silicone sprays which can inhibit sterilization and cause build-up in the crevices of the instruments.

7. Return items to designated storage container. All ring-handled instruments should be placed on pins or racks. Delicate and sharp tipped instruments should be protected with tip guards and stored in a tray with silicone holders designed to protect the instruments. Proceed with disinfection or sterilization.

514



Attorneys' Eyes Only

Intuitive-00512134

Disinfection/Sterilization

Re-usable instrument handle/shaft assemblies may be disinfected with a cold, liquid solution such as alkaline glutaraldehyde. Sterilization of instruments may be accomplished by steam, ethylene oxide (EtO), or a chemical sterilant. Time and temperature parameters required may vary according to type of sterilizer, cycle design and packaging material.

The use of "flash" sterilization is not recommended as it will shorten the life of endoscopy instruments.

The STERIS PROCESS™ employs a peracetic acid in a strong concentration at a low temperature to provide a sterile instrument in approximately 20 minutes. The STERIS PROCESS™ is compatible with V. Mueller instrumentation. When using the system, care should be taken to ensure that instruments are properly placed in the container. Instruments must be aligned with finger grips oriented toward the top of the processor and the lumen parallel to the length of the processor. This arrangement is necessary to allow free flow of the sterilant to all areas of the instrument.

Resterilization and reuse of tip assemblies is not recommended.

Storage:

Endoscopy instruments must be completely dry and handled with care to prevent damage. Instruments should be stored in areas which provide protection from extremes of temperature and humidity.

V. Mueller Guarantee:

Every surgical instrument bearing the V. Mueller brand name is guaranteed to be free of functional defects in workmanship and materials when used normally for its intended surgical purpose. Any V. Mueller instrument proving to be defective will be replaced or repaired at no charge.

Repair:

Return instruments for repair to

Baxter Healthcare Corporation
V. Mueller Division
Repair Department
6600 W. Touhy Avenue
Chicago, Il. 60648
1-708-647-2015

Product Ordering Information

V. Mueller endoscopy instruments are available from Baxter Healthcare Corporation, V. Mueller Division. To order, contact your V. Mueller endoscopy specialist or sales representative, or call 1-800-323-9088.

V. Mueller is a registered trademark of Baxter International Inc.

STERIS PROCESS is a trademark of the STERIS Corporation.

Enzy Clean is a registered trademark of the Herbert Stanley Company, Burroughs Products Division.



**Baxter**

Baxter Healthcare Corporation
Deerfield, IL 60015 USA

Copyright 1991 Baxter Healthcare Corporation. All rights reserved. Printed in USA

315

Attorneys' Eyes Only

Intuitive-00512135



LA1050-001                                        QTY 1

**Baxter**

STRAIGHT METZENBAUM SCISSOR, 5MM
TIP ASSEMBLY

STERILE, FOR SINGLE USE ONLY

LOT#

Baxter Healthcare Corporation
Deerfield, IL 60015 USA

316



Attorneys' Eyes Only

Intuitive-00512137

APPENDICES

Attorneys' Eyes Only

# *Intuitive Surgical* ™

## Dictionary of Acronyms and Terminology

06/25/97    4:46 PM

Attorneys' Eyes Only

| Document Number: **810000**  Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 2 of 19 |
|---|---|---|
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

## TABLE OF CONTENTS

1.   PURPOSE ................................................................................ERROR! BOOKMARK NOT DEFINED.

2.   REFERENCES ............................................................................................................... 4

3.   ACRONYMS/DEFINITIONS ......................................................................................... 4

4.   TERMINOLOGY .......................................................................................................... 7

5.   ABBREVIATION LISTING: ........................................................................................ 8

6.   MANUFACTURING UNIT OF MEASURE (UM) ABBREVIATIONS ...................... 12

7.   REGULATORY ............................................................................................................ 12

8.   SOFTWARE ENGINEERING TERMINOLOGY ......................................................... 13

    8.1.   TEST CODE APPROACH – BLACK BOX TESTING ................................................. 20
    8.2.   QA TERMS – TEST CODE APPROACH – WHITE BOX TESTING ....................... 21
    8.3.   QA TERMS – TEST CODE APPROACH – GRAY BOX TESTING ....................... 21

06/25/97    4:46 PM

Attorneys' Eyes Only

| Document Number: **810000**  Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 3 of 19 |
|---|---|---|
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

# 1.    Purpose

The purpose of this document is to list and describe all acronyms and terminologies that are currently being used in the da Vinci product..

# 2.    References

- Employee Input
- IEEE Manual for Software Engineering (1994 Edition)

# 3.    Acronyms/Definitions

**APS:**  Analog Power Supply Board; DC-DC converter board that converts +48V PPS output to ±12V and ±5V for analog circuits

**COTS:**  Commercial Off The Shelf, Used as an adjective for software tools, software libraries, hardware boards etc...

**CPLD:**  Complex Programmable Logic Device, a user configurable integrated circuit that has a relatively large number of input/output pins and uncommitted programmable logic.

**CTP:**  Control & Transform Processor on the Servo Control Engine (SCE) Board. Has sole master control of the IOC Bus that connects all servo control input and output between the I/O Processor (IOP) board and the SCE. Directly controls three co-processors on the SCE for compute intensive servo control functions.

**DPM:**  Dual Port Memory

**DPRAM:**  Dual Port RAM

**DSP:**  Digital Signal Processor - Used tomonitor and control the actions of the robotic manipulators, and exchange information with the MDC through the CTP_DRAM on the CTP bus.

**ECU:**  Electro-Cauterization Unit; an OEM subsystem that generates a high frequency signal at sufficient power level so as to be effective at cauterizing bleeding vessels.

**FRC:**  Fault Reaction Controller

**FPS:**  Fan Power Supply Board; DC-DC converter board that contains the cooling fan power supply and additional logic for chassis environmental control (exhaust temperature, fan tachometer, and air flow).

**FRL:**  Fault Reaction Logic; centralized, dedicated logic on the Servo Control I/O Processor Board (IOP) that receives system servo control status and fault conditions and takes appropriate system protective actions; has direct control of the brakes associated with each servo motor.

**IMC:**  ISCNet Master Controller;  this is the master network controller for the ISCNet.  It acts as a network server for the MDC (serves as the master node of the ISC network; physically  located on the IOP.)

**IOD:**  Input/Output Distribution Board; designed to efficiently distribute all of the system external I/O to/from the system electronics.

**IOP:**  Servo Control I/O Processor Board; a hardware intensive board that pre-processes servo position quadrature encoder inputs, post-processes servo drive outputs; also is central to implementing the system's safety and reliability strategies.

**ISA:**  Industry Standard Architecture - A low-end, standard microprocessor bus primarily found in Intel-

06/25/97    4:46 PM

| Document Number: **810000**   Rev: **X2** | Intuitive Surgical, Inc.--Confidential | Page 4 of 19 |
| --- | --- | --- |

Users of any printed hard copy of this document must verify that it represents the most current revision prior to use.

based personal computers; has wide acceptance from various "add-in" board manufacturers; electrically and mechanically specified in IEEE P996 PC/AT Bus Specification

**ISC:** Intersystem Serial Communication Bus; a proprietary serial bus that links all boards within the servo control electronics; the master controller resides on the IOP; the ISC Bus conveys system run-time status, and is an essential element in the da Vinci system safety and reliability strategy.

**ISCNet:** Intersystem Serial Communication network; The ISCNet consists of the ISC bus, and the master processor and the slave processors connected to the ISC bus.

**ISI** Intuitive Surgical Inc.

**ISN:** ISCNet Slave Node

**L5S:** Logic 5V Supply Board; DC-DC converter board that converts +48V PPS output to +5V for digital logic devices requiring +5V VCC.

**L3S:** Logic 3.3V Supply Board; DC-DC converter board that converts +48V PPS output to +3.3V for digital logic devices requiring +3.3V VCC.

**MDC:** Master Diagnostic Controller on the Servo Control I/O Processor Board (IOP);  This processor has sole master control of the ISC Bus and is responsible for acquiring and assimilating run-time diagnostic status; it has direct input into the fault reaction logic.

**MEI:** Motor Encoder Interface Board; physically connected directly to each encoder; performs single-ended to differential conversion of the encoder quadrature signals.

**MIP:** Mnet Information Protocol; Monitoring Network communications protocol for the da Vinci system.

**MSD:** Multiple Servo Drive Board; a predominantly analog board that is responsible for driving the eight servo motors on a PSM and MTM; replicated six times within the system.

**MTM:** Master Tool Manipulator - Refers to the three master manipulators at the Surgeon's console. One MTM is assigned to the Surgeon's left hand (MTML), one to his right (MTMR), and one to control the camera video position (MTMV).

**NSP:** Nine Bit Serial Network Software Protocol

**OEM:** Original Equipment Manufacturer; refers to commercially available, essentially complete subsystems that can be integrated into a product for resale. An example is the SSC, an industrial grade single-board computer.

**PCA:** Printed Circuit Assemblies - Assembled printed circuit boards.

**PCI:** Peripheral Component Interconnect  - A standard microprocessor bus that has wide acceptance among multiple microprocessor manufacturers; electrically and mechanically specified in PCI Local Bus Specification Revision 2.0

**PMAC:** Programmable Multi-Access Controller

**PPS:** Primary Power Source - a +48V power supply with battery backup; mounted outside of the system control electronics chassis.

**PSA:** Patient Side Actuator

**PSM:** Patient Side Manipulator - A mechanical manipulator arm with seven degrees of freedom; can hold either a surgical tool or camera; system consists of PSM1, PSM2, and PSM3; each of equal capability.

**RIA:** Remote Interface Adapter Boards; are remotely located with one board at each PSM; performs several important functions such as (1) I/O reduction, (2) force sensor signal to noise ratio

06/25/97    4:46 PM

| Document Number: **810000** Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 5 of 19 |
| --- | --- | --- |
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

improvement, and (3) an efficient cabling interface between the electronics subsystem and the patient side manipulators.

**RSI:** Remote Service Interface Board; a commercial MODEM board that plugs into the ISA Bus.

**RTC:** Real-Time Clock; an integrated circuit with reference crystal that accurately maintains absolute time, used for event time stamping, tool usage, …

**RTU:** Resposable Transmission Unit

**SC:** Servo Control (Bus); a proprietary bus which interconnects the servo control PCAs within the da Vinci System Electronics.

**SCE:** Servo Control Engine Board; a multi-processor DSP compute intensive board responsible for implementing the servo control algorithms.

**SJD:** Setup Joint (Motor) Drive Board; a predominantly analog board that is responsible for driving the PSM setup joint positioning motors.

**SMB:** System Mother Board - System backplane and interconnect.

**SMBC:** Servo Moter Break Control BUS

**SMDC:** Servo Moter Drive Current BUS

**SPS:** Secondary Power Source - a subsystem of DC power supplies contained within the system control electronics chassis; consists of L5S, L3S, APS printed circuit assemblies.

**SRS:** Software Requirements Specification

**SSC:** System Supervisory Controller Board; industrial grade single-board computer that complies with the PCI-ISA SBC Revision 2.0 specification.

**UIMC:** UInet Master Controller; This is the microcontroller used as the user interface controller and the user interface network controller.

**UInet:** User Interface Serial Communication network; The UInet consists of the UI bus, and the master processor and the slave processors connected to the UI bus.

**UIS:** User Input & Status Board; a remote board that is located at the surgeon console; it consists of indicators, control switches, and a primitive display for system status.   The board will be positioned just behind the keypad, as a remote mount in a box.  The controller on the UIS communicates directly with the master diagnostic controller (MDC) on the IOP via an extension of the ISC Bus (or is it an RS232 connection).

**UPS:** Uninterruptable Power Source; an OEM subsystem that can sustain power to the system electronics for a finite period of time after the loss of AC line power.

**VDP:** Video Display Processor Board: a future video processing board reserved for 3-D image processing.

**VMP:** Video Master Processor on the VPE Board, has sole master control of the VP Bus that extends to the VDP.

**VPE:** Video Processing Engine Board; a future video processing board reserved for motion tracking and image warping

**VSD:** Video Signal Distribution Board; designed to efficiently distribute all of the system video signals between external devices and internal processing logic.

**VSN:** VSD Slave Node Microcontroller. Resides on VSD board and is responsible for slave diagnostics and delivering ISC Bus monitoring information back to the SSC

**VTP** Validation Test Procedure: evaluating software to determine compliance with specified requirements

06/25/97    4:46 PM

Attorneys' Eyes Only

| Document Number: **810000** Rev: **X2** | Intuitive Surgical, Inc.—Confidential | Page 6 of 19 |
|---|---|---|
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

XPI:   External Peripheral Interface Board; a board that resides outside of the system electronics card cage, but within the surgeon's console; it allows limited control and coordination of the ECU so as to direct the ECU output to a particular PSM, when desired.

# 4.   Terminology

**Alarm:**   An audio and visual message to the operator that an error has occurred in the system.

**all arms in the system:**   The phrase "*all arms in the system*" include all of the following arms: the master left arm, the master right arm, the master scope arm, the slave left arm, the slave right arm, and the slave scope arm.

**all motors:**   The phrase "*all motors*" refers to the following motors: For a master or slave tool arm the motors are outer yaw, outer pitch, in/out, roll, wrist pitch, yaw grip 1, and yaw grip 2. For a master or slave scope arm the motors are outer yaw, outer pitch, in/out, and roll.

**Camera manipulator:**   The surgeon control used to position the camera (attached to the Camera Arm) with the operating field.

**Fault:**   A clinical error condition that requires operator interaction to resolve.

**Function:**   Indicates the presence of some means by the system operator can control an aspect of system operation. This means may be a physical user interface control (e.g. knob, button, footswitch, etc.), a non-physical control (e.g. voice input) or other means (e.g. configuration by means of a downloaded configuration file).
Note that in many cases - a single control or indicator (e.g. switch or LED) may implement more than one function. Example: Repeated activations of one control may cycle the system through a series of states, each activation performing a different function.

**Inner Motors:**   The inner motors which control the arms holding a tool are roll, yaw grip 1 and yaw grip 2. There are no inner motors defined for an arm holding a scope. This is based on control topology, and not the mechanical configuration.

**Outer Motors:**   The outer motors for an arm holding a tool are outer pitch, outer yaw, in/out, and wrist pitch. The outer motors for an arm holding a scope arm are outer pitch, outer yaw, in/out, and roll. This is based on control topology, and not the mechanical configuration.

**Power Homing:**   Hard stops are determined and the manipulator in question is centered

**Release:**   SW Development term referring to the collection of all the software modules released for a system level test (Animal lab, Alpha test). All of the individual software modules comprising a "release" will have the same Version Label identifying them.

**Resposables:**   Limited re-use equipment.

**Revision:**   SW Development term referring to an individual module in PVCS Version Manager. Every module in a project may have different revision numbers, depending how many times the module was checked into PVCS Version Manager.

**System Error:**   A malfunction of some portion of the da Vinci system.

**Setup Joint:**   The mechanical subsystem which hold the left and right PSMs, and the Camera arm in a known configuration.

**Slave:**   Any ISCNet node, other than the IMC (the ISCNet bus Master)

**Softlock State:**   Softlock is a system behavior driven by a user interface event in which joint/cartesian position of any number of axes are held to their current location, depending upon the Softlock State. In the soft lock state the MTM and PSM no longer track one another and each of the arms are lightly servoed to remain in their current positions. This light-servo mode is analogous to having a very light spring return force. This function allows the operator to release the MTMs, without allowing the MTMs and

06/25/97   4:46 PM

| Document Number: **810000**  Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 7 of 19 |
|---|---|---|
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

PSMs to move unless pushed. If the MTM is displaced, it will return to its normal position and the corresponding PSM will not track it's motion. The same holds true for displacement of the PSM - it returns to it's soft-lock position, and the MTM remains motionless.

**Version Label:** SW Development term referring to a common label for all modules comprising a release of software. The Version Label is assigned to the modules in PVCS Version Manager.  The Version Label is a unique way to identify a release.

**Zero Homing:** The current position is set as home.

## 5.   Abbreviation Listing:

Abbreviation consistency must be followed for better search results.

Table of Abbreviations ("case sensitive") for PN Descriptions:

| Symbol | Meaning | Used for |
|---|---|---|
| μC | micro Controller | IC (OTP) |
| μF | micro Farad | Cap |
| μP | micro Processor | IC (CISC based, x86, 680xx) |
| 0402 | package size | Res,Cap |
| 0504 | package size | Cap |
| 0603 | package size | Res,Cap |
| 0805 | package size | Res,Cap |
| 1206 | package size | Res,Cap |
| 1210 | package size | Res,Cap |
| 1812 | package size | Cap |
| 1825 | package size | Cap |
| 2010 | package size | Res |
| 2512 | package size | Res |
| 3216 | package size | Tant Cap |
| 3528 | package size | Tant Cap |
| 6032 | package size | Tant Cap |
| 7343 | package size | Tant Cap |
| Acc | Accumulator | IC |
| ADC | Analog to Digital Converter | IC |
| ALU | Arithmetic Logic Units | IC |
| APS | Analog Power Supply | PCA |
| ASIC | Application Specific IC | IC |
| Asm | Assembly | Doc |
| ASRAM | Application Specific RAM | IC (FIFOs, Dual Ports, Cache) |
| awg | American Wire Gauge | Wire,Cable |
| Batt | Battery | Batt |
| BHSS | Button Head Socket Screw | Screw |
| BiCMOS3 | Bipolar CMOS (3.3V) | IC |
| BiCMOS5 | Bipolar CMOS (5V) | IC |
| BJT | Bipolar Junction Transistor | Trans |
| Blk | Black | Wire |
| BlkOx | Black Oxide | Screw |
| Blu | Blue | Wire |
| Brn | Brown | Wire |
| C/T | Counter/Timers | IC |
| CA | Cyanoacrylate | Adh |
| Cap | Capacitor | Cap |
| Cer | Ceramic | Cap |
| CFP | Ceramic Flat Pack | IC |
| CMOS3 | Complimentary Metal Oxide Semiconductor (3.3V) | IC (3.3V CMOS Logic  LVC, ALVC) |

06/25/97   4:46 PM

| Document Number: **810000**  Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 8 of 19 |
|---|---|---|
| | Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | |

| CMOS5 | Complimentary Metal Oxide Semiconductor (5V) | IC (5V CMOS Logic  HCT, AHCT, ACT, ACTQ) |
|---|---|---|
| Comm | Communication | IC (SDLC, UART) |
| cond | conductor | Cable |
| Conn | Connector | Conn |
| Conv | Converters | IC (Color Space, Palatte DACs) |
| Corr | Correlators | IC |
| CPLD | Complex PLD | IC |
| CQFP | Ceramic Quad Flat Pack | IC |
| CTP | Control & Transform Processor | SCE |
| D | Diameter | Pin |
| DAC | Digital to Analog Converter | IC |
| Dec | Decoders | IC |
| DFIL | Digital Filter | IC (Decimating/ Interpolating Digital Filter) |
| DIP | Dual In-line Package | IC |
| DMA | Direct Memory Access | IC (Controllers) |
| Doc | Document | Doc |
| DRAM | Dynamic RAM | IC |
| Drv | Driver(s) | IC |
| DSP | Digital Signal Processor | IC |
| Dwg | Drawing | Doc |
| ECL | Emitter Coupled Logic | IC |
| ECU | Electro-Cauterization Unit | OEM |
| EEPROM | Electrically Erasable Read Only Memory | IC |
| Enc | Encoders | IC |
| EPROM | Erasable Programmable Read Only Memory | IC |
| Fem | Female | Female |
| FET | Field Effect Transistor | Trans |
| Flash | Flash EPROM | IC |
| FPGA | Field Programmable Gate Array | IC |
| FPS | Fan Power Supply | PCA |
| FRC | Fault Reaction Controller | |
| FRL | Fault Reaction Logic | |
| FS | Fast Switching | IC |
| g | gram | Adh |
| Gen | Generic | Gen |
| GP | General Purpose | IC |
| GPIB | General Purpose Interface Bus | Bus |
| Grn | Green | Wire |
| GTL | Gunn Transceiver Logic | IC |
| HDD | Hard Disk Drive | OEM |
| Hdr | Header | Conn |
| HH | Hex Head | Screw |
| HS | High Speed | IC |
| HZ | High Input Impedance | IC |
| IA | Instrumentation Amplifiers | IC |
| IC | Integrated Circuit | IC |
| ID | Inner Diameter | Tube |
| IFN | Integrated Function | IC |
| IIP | ISCnet Information Protocol | |
| IMC | ISCnet Master Controller | |
| Ind | Inductor | Ind |
| Int | Interrupt | IC |
| IOD | Input/Output Distribution | PCA |
| IOP | I/O Processor | |
| ISA | Industry Standard Architecture | Bus |
| ISC | Intersystem Serial Communication | Bus |
| ISCnet | Intersystem Serial Communication network | Bus |
| ISN | ISCnet Slave Node | |

Attorneys' Eyes Only

Intuitive-00512146

| Document Number: **810000** Rev: **X2** | Intuitive Surgical, Inc.—Confidential | Page 9 of 19 |
|---|---|---|
| | Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | |

| Iso | Isolation Amplifiers | IC |
|---|---|---|
| k | thousands | Res |
| L | Long | Pin,Screw |
| L3S | Logic 3.3V Supply | IC |
| L5S | Logic 5V Supply | IC |
| Lbl | Label | Lbl |
| LCC | Leadless Chip Carrier | IC |
| LR | Linear Regulators | IC |
| m | thousandth (milli) | Units |
| M | Millions (Mega) | IC |
| MAC | Multiplier/Accumulators | IC |
| MB | MegaByte | OEM |
| MDC | Master Diagnostic Controller | |
| MEI | Motor Encoder Interface | |
| Mem | Memory | IC |
| Ml/Fem | Male/Female | Standoff |
| MPY | Multipliers | IC |
| MSD | Multiple Servo Drive | PCA |
| MTM | Master Tool Manipulator | |
| nc | normally closed | Switch |
| NC | No (Not) Connect(ed) | Asm Dwg |
| NPO | dielectric type | Cap |
| NSP | Network Software Protocol | |
| NVRAM | Non-Volatile RAM | IC |
| OEM | Original Equipment Manufacturer | |
| Ora | Orange | Wire |
| OTP | One Time Programmable | IC |
| PAL | Programmable Array Logic | IC |
| PCA | Printed Circuit Assembly (preferred over PWA) | PCA |
| PCB | Printed Circuit Board (preferred over PWB) | PCA |
| PCI | Peripheral Component Interface | Bus |
| PLCC | Plastic Leaded Chip Carrier | IC |
| PLD | Programmable Logic Device | IC |
| PLL | Phase Locked Loop | IC (Clock Generators) |
| PMAC | Programmable Multi-Access Controller | |
| pos | position | Conn |
| PPHS | Phillips Pan Head Screw | Screw |
| PPS | Primary Power Source | PS |
| PQFP | Plastic Quad Flat Pack | IC |
| Prec | Precision | Ind |
| PREG | Pipeline Registers | IC |
| PROM | Programmable Read Only Memory | IC |
| PS | Power Supply | OEM |
| PSM | Patient Side Manipulator | |
| PVC | PolyVinylChloride | Wire,Cable |
| PWA | Printed Wiring Assembly (PCA preferred) | PCA |
| PWB | Printed Wiring Board (PCB preferred) | PCA |
| RAM | Random Access Memory | IC |
| Rec | Receptacle | Conn |
| Rect | Rectifier | Rect |
| Ref | Reference | Doc |
| Res | Resistor | Res |
| RIA | Remote Interface Adapter | PCA |
| RISC | Reduced Instruction Set Computer | IC (PowerPC, MIPS, SPARC) |
| RMS | Root Mean Squared | RMS to DC |
| Rnd | Round | Standoff |
| RSI | Remote Service Interface | PCA |
| RTC | Real-Time Clock | IC |

06/25/97   4:46 PM

Attorneys' Eyes Only

| Document Number: **810000** Rev: **X2** | Intuitive Surgical, Inc.—Confidential | Page 10 of 19 |
|---|---|---|
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

| SC | Servo Control | Bus |
|---|---|---|
| SCE | Servo Control Engine | PCA |
| Scht | Schottky | Diode |
| SCSI | Small Computer System Interface | Bus |
| SDC | Synchro to Digital Converter | IC |
| SGRAM | Synchronous Graphics RAM | IC |
| SHCS | Socket Head Cap Screw | Screw |
| SJD | Setup Joint (Motor) Drive | PCA |
| SM | Surface Mount | SMD |
| SMB | System Mother Board | PCA |
| SMD | Surface Mount Device | SMD |
| SOD | Small Outline Diode | Dio |
| SOIC | Small Outline IC | IC |
| SOJ | SOIC w/J leads | IC |
| SOP | Small Outline Package | IC |
| SOT | Small Outline Transistor | Trans |
| SP | Special Purpose | IC |
| SPH | Slotted Pan Head | Screw |
| SPS | Secondary Power Source - | PS |
| SQFP | Shrink Quad Flat Pack | IC |
| SR | Switching Regulators | IC |
| SRAM | Static RAM | IC |
| SRS | Software Requirements Specification | Doc |
| SSC | System Supervisory Controller | PCA |
| SSOIC | Small Outline IC | IC |
| StSt | Stainless Steel | Pin,Screw |
| Sw | Switching | Diode |
| Sync | Sync Separators | IC |
| T | Thickness | Tape |
| Tant | Tantalum | Cap |
| TF | Thick Film | Res |
| TO252 | small outline Transistor | Trans |
| TP | Twisted Pair | Wire,Cable |
| TSOP | Thin Small Outline Package | IC |
| TTL5 | Transistor-Transistor Logic (5V) | IC (Bipolar Logic  TTL, FAST, LSTTL) |
| UIMC | UInet Master Controller | PCA |
| UInet | User Interface  Serial Communication network | |
| UIS | User Input & Status | PCA |
| UPS | Uninterruptable Power Source | OEM |
| UTP | Unshielded Twisted Pair | Wire,Cable |
| V | Volts | Res, Cap |
| vac | volts (alternating current) | Units |
| Var | Varistor | Diode |
| VDC | Volts (Direct Current) | Units |
| VDP | Video Display Processor | PCA |
| VFC | Voltage to Frequency Converter | IC |
| Vio | Violet | Wire |
| VMP | Video Master Processor | |
| VPE | Video Processing Engine | PCA |
| VSD | Video Signal Distribution | PCA |
| VSWI | Video Switches | IC |
| W | Wide | Tape |
| W | Watts | Res, PS |
| w/w | wire wound | Ind |
| w/xxx | with "xxx" | |
| Wht | White | Wire |
| x | "by" | e.g. Tape,.25Wx.062T |
| Xfrmr | Transformer | |

06/25/97   4:46 PM

| Document Number: **810000**  Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 11 of 19 |
|---|---|---|

Users of any printed hard copy of this document must verify that it represents the most current revision prior to use.

| XPI | External Peripheral Interface | PCA |
|---|---|---|
| XR7 | Dielectric type | Cap |
| Yel | Yellow | Wire |
| Zen | Zener | Diode |

## 6.   Manufacturing Unit of Measure (UM) Abbreviations

The typical unit by which the item will be specified/purchased.

| UM | Meaning | Used for | on BOMs/Docs | for Purchasing |
|---|---|---|---|---|
| EA | each | individual items | EA | EA |
| IN | inch | wire, cable, tubing | IN | FT, YD, RL |
| FT | feet | wire, cable, tubing | IN | FT, YD, RL |
| YD | yard | tape | IN | FT, YD, RL |
| RL | roll | tape | IN | EA, RL |
| OZ | ounce | bulk raw materials | OZ | EA, OZ, LB |
| GR | gram | precious metals, adhesives | GR | EA, GR, KG |
| LB | pound | bulk raw materials | OZ | EA, LB |
| KG | kilogram | bulk raw materials | GR | EA, KG |
| PT | pint | chemicals | ML | EA, PT, GA |
| BX | box | disposable supplies | EA | EA, BX |
| LT | liter | chemicals | ML | EA, LT |
| ML | milliliter | chemicals | ML | EA, LT |
| GA | gallon | chemicals | ML | EA, GA |
| D | document | drawings, documents | D | - |

## 7.   Regulatory

**IDE**    Investigational Device Exemption (permission to perform clinical studies in the US either implicitly through an IRB determination of NSR or explicitly through FDA approval of an IDE application.

**IRB**    Institutional Review Board – a hospital based or independent review board that approves clinical studies for specific institutions (makes SR / NSR determinations and reviews Informed Consents and Protocols.

**NSR**    Non significant Risk [device or procedure] (No formal IDE required).

**SR**    Significant Risk

**510(k)**    Pre-market notification – process of obtaining permission from the US FDA to market a "me too" device after determination of Substantial Equivalence (SE).

**PMA**    Pre-Market Approval – process of obtaining permission from US FDA to market a new or typically Class III device.

## 8.   Software Engineering Terminology

**NOTE:** The following definitions were taken from the IEEE manual (1994 Edition).

**Acceptance Criteria:**    The criteria that a system or component must satisfy in order to be accepted by the user, customer, or other authorized entity.

06/25/97    4:46 PM

**Acceptance Testing:**   Formal testing conducted to determine whether or not a system satisfies its acceptance criteria and to enable the customer (i.e. SQA) to determine whether or not to accept the system or component.

**Anomaly:**   Anything observed in the documentation or operation of software that deviates from expectations based on previously verified software products or reference documents.
Synonyms: Bug; Error; Fault.

**Benchmark:**   A standard against which measurements or comparisons can be made.

**Black Box Testing:**   See below for definition of Functional Testing -- See section 5.2 for expanded Black Box concepts and terminology.

**Bottom-up:**   Pertaining to an activity that starts with the lowest-level components of a hierarchy and proceeds through progressively higher levels; for example, bottom-up testing.

**Boundary Value:**   A data value that corresponds to a minimum or maximum input, internal, or output value specified for a system or component.

**Certification:**
(1) A written guarantee that a system or component complies with its specified requirements and is acceptable for operational use. For example, a written authorization that a computer system is secure and is permitted to operate in a defined environment.
(2) A formal demonstration that a system or component complies with its specified requirements and is acceptable for operational use.
(3) The process of confirming that a system or component complies with its specified requirements and is acceptable for operational use.

**Code Review:**   A meeting at which code is presented to project personnel, managers, users, customers, or other interested parties for comment or approval.

**Component:**   One of the parts that makes up a system. A component may be hardware or software and may be subdivided into other components. Note: The terms "module", "component", and "unit" are often used interchangeably of defined to be sub-elements of one another in different ways depending upon the context. The relationship of these terms is not yet standardized.

**Configuration:**
(1) The arrangement of a computer system or component as defined by the number, nature, and interconnections of its constituent parts.
(2) In configuration management, the functional and physical characteristics of hardware or software as set forth in technical documentation or achieved in a product.

**Configuration Control:**   An element of configuration management, consisting of the evaluation, coordination, approval or disapproval, and implementation of changes to configuration items after formal establishment of their configuration identification.

**Configuration Control Board (CCB):**   Also referred to as Change Control Board: A group of people responsible for evaluating and approving or disapproving proposed changes to configuration items, and for ensuring implementation of approved changes (i.e. anomalies).

**Configuration management (CM):**   A discipline applying technical and administrative direction and surveillance to: identify and document the functional and physical characteristics of a configuration item, control changes to those characteristics, record and report change processing and implementation status, and verify compliance with specified requirements.

**Consistency:**   The degree of uniformity, standardization, and freedom from contradiction among the documents or parts of a system or a component. *See also:* traceability.

**Conventions:**   Requirements employed to prescribe a disciplined uniform approach to providing consistency in a software product, that is, uniform patterns or forms for arranging data.

**Correctness:**
(1) The degree to which a system or component is free from faults in its specification, design, and implementation.

06/25/97   4:46 PM

Attorneys' Eyes Only

(2)  The degree to which software, documentation, or other items meet specified requirements.
(3)  The degree to which software, documentation, or other items meet user needs and expectations, whether specified or not.

**Crash:**    The sudden and complete failure of a computer system or component. (also referred to as "hard failure").

**Critical Design Review (CDR):**    A review conducted to verify that the detailed design of one or more configuration items satisfy specified requirement; to establish the compatibility among the configuration items and other items of equipment, facilities, software, and personnel; to asses risk areas for each configuration item; and, as applicable, to assess the results of producibility analyses, review preliminary hardware product specifications, evaluate preliminary test planning, and evaluate the adequacy of preliminary operation and support documents.

**Critical Item:**    In configuration management, and item within a configuration item that, because of special engineering or logistic considerations, requires an approved specification to establish technical or inventory control at the component level.

**Design Phase:**    The period of time in the software life cycle during which the designs for architecture, software components, interfaces, and data are created, documented and verified to satisfy requirements.

**Design Requirement:**    A requirement that specifies or constrains the design of a system or system component.

**Design Review:**    A processor or meeting during which a system, hardware, or software design is presented to project personnel, managers, users, customers, or other interested parties for comment or approval. Types include critical design review, preliminary design review, system design review.

**Development Testing:**    Formal or informal testing conducted during the development of a system or component, usually in the development environment by the developer.

**Device:**    A mechanism or piece of equipment designed to serve a purpose or perform a function.

**Documentation Tree:**    A diagram that depicts all of the documents for a given system and shows their relationships to one another (also referred to as a Specification Tree).

**Downward Compatible:**    Pertaining to hardware or software that is compatible with an earlier or less complex version of itself; for example, a program that handles files created by an earlier version of itself.

**Early-failure period:**    The period of time in the life cycle of a system or component during which hardware failures occur at a decreasing rate as problems are detected and repaired.

**Efficiency:**    The degree to which a system component performs its designated functions with minimum consumption of resources.

**Embedded Computer System:**    A computer system that is part of a larger system and performs some of the requirements of that system.

**Emulator:**    A device, computer program, or system that accepts the same inputs and produces the same outputs as a given system.

**Error Prediction:**    A quantitative statement about the expected number of nature of faults in a system or component.

**Error Tolerance:**    The ability of a system or component to continue normal operation despite the presence of erroneous inputs.

**Fail Safe:**    Pertaining to a system or component that automatically places itself in a safe operating mode in the event of a failure.

**Fail Soft:**    Pertaining to a system or component that continues to provide partial operational capability in the event of certain failures.

**Failure Mode:**    The physical or functional manifestation of a failure. For example, a system in failure mode may be

06/25/97    4:46 PM

Attorneys' Eyes Only

Intuitive-00512151

characterized by slow operation, incorrect outputs, or complete termination of execution.

**Failure Rate:**    The ratio of the number of failures of a given category to a given unit of measure; for example, failures per unit of time, failures per number of transactions, failures per number of computer runs. *Syn.* Failure Ratio

**Fault:**    (1)  A defect in a hardware device or component; for example, a short circuit or broken wire.
(2)  An incorrect step, process, or data definition in a computer program. In common usage, the terms "error " and "bug"  are used to express this meaning.

**Fault Masking:**    A condition in which one fault prevents the detection of another.

**Fault Tolerance:**    (1)  The ability of a system or component to continue normal operation despite the presence of hardware or software faults.
(2)  The number of faults a system or component can withstand before normal operation is impaired.
(3)  Pertaining to the study of errors, faults, and failures, and of methods for enabling systems to continue normal operation in the presence of faults.

**Fault Tolerant:**    Pertaining to a system or component that is able to continue normal operation despite the presence of faults.

**Feasibility:**    The degree to which the requirements, design, or plans for a system or component can be implemented under existing constraints.

**Flexibility:**    The ease with which a system or component can be modified foe use in applications or environments other than those for which it was specifically designed. *Syn.* Adaptability, extendibility; maintainability.

**Formal Specification:**    (1)  A specification written and approved in accordance with established standards.
(2)  A specification written in a formal notation, often for use in proof of correctness.

**Formal Testing:**    Testing conducted in accordance with test plans and procedures that have been reviewed and approved by a customer, user, or designated level of management.

**Functional Design:**    The process of defining the working relationships among the components of a system and the result of this process.

**Functional Requirement:**    A requirement that specifies a function that a system or system component must be able to perform.

**Functional Specification:**    A document that specifies the functions that a system or component must perform. Often part of a requirements specification.

**Functional Testing:**    (1)  Testing that ignores the internal mechanism of a system or component and focuses solely on the outputs generated in response to selected input's and execution conditions. *Syn.* Black-box testing.
(2)  Testing conducted to evaluate the compliance of a system or component with specified functional requirements. See also: Performance Testing.

**Hard Failure:**    A failure that results in complete shut down.

**Implementation:**    The process of translating a design into hardware components and/or software components.

**Implementation Phase:**    The period of time in the software life cycle during which a software product is created from design documentation and debugged.

**Incremental Development:**    A software development technique in which requirements definition, , and implementation, and testing occur in an overlapping, iterative (rather than sequential) manner, resulting in an incremental completion of the overall software product.

**Informal Testing:**    Testing conducted in accordance with test plans and procedures that have not been reviewed and approved by a customer, user, or designated level of management.

Attorneys' Eyes Only

| Document Number: **810000**   Rev: **X2**   Intuitive Surgical, Inc.–Confidential | Page 15 of 19 |
|---|---|
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | |

**Integration:** The process of combining software components, hardware components, or both into an overall system.

**Integration Testing:** Testing in which software components, hardware components, or both are combined and tested to evaluate the interaction between them.

**Interface requirements:** A requirement that specifies an external item with which a system or system component must interact, or that sets forth constraints on format, timing, or other factors caused by such an interaction.

**Interface Specification:** A document that specifies the interface characteristics of an existing or planned system or component.

**Interface Testing:** Testing conducted to evaluate whether systems or components pass data and control correctly to one another.

**Intermittent Fault:** A temporary or unpredictable fault in a component.
**Maintenance:**
(1)  The process of modifying a software system or component after delivery to correct faults, improve performance or other attributes, or adapt to a changed environment.
(2)  The process of retaining a hardware system or component in, or restoring it to a state which it can perform its required functions.

**Master Library:** A software library containing master copies of software and documentation from which working copies can be made for distribution and use.

**Mistake:** Big Oops! A human action that produces an incorrect result. Note: The fault to  discipline distinguishes between the human action (a mistake), its manifestation (a hardware or software fault), the result of the fault (a failure), and the amount by which the result is incorrect (the error).

**Module:** A program unit that is discrete and identifiable with respect to compiling, combining with other units, and loading; for example, the input to, or output from, an  assembler, compiler, linkage editor, or executive routine.

**Nomenclature Standard:** A standard that describes the characteristics of a system or set of names, or designations, or symbols.

**Pass/fail Criteria:** Decision rules used to determine whether a software item or a software feature passes or fails a test.

**Performance:** The degree to which a system or component accomplishes its designated functions within given constraints, such as speed, accuracy, or memory usage.

**Performance Requirement:** A requirement that imposes conditions on a functional requirement; for example, a requirement that specifies the speed, accuracy, or memory usage with which a given function must be performed.

**Performance Specification:** A document  that specifies the performance characteristics that a system or component must possess. These characteristics typically include speed, accuracy, and memory usage. Often part of a requirements specification.

**Performance Testing:** Testing conducted to evaluate the compliance of a system or component with specified performance requirements.

**Physical Requirements:** A requirement that specifies a physical characteristic that a system or system component must possess (i.e. material, size, shape, weight).

**Preliminary Design:** The process of analyzing design alternatives and defining the architecture, components, interfaces, and timing and sizing estimates for a system or component.

**Preliminary Design Review:** A review conducted to evaluate the progress, technical adequacy, and risk resolution of the selected design approach for one or more configuration items; to determine each design's compatibility with

06/25/97   4:46 PM

Attorneys' Eyes Only

Document Number: **810000**  Rev: **X2**    Intuitive Surgical, Inc.–Confidential    Page 16 of 19

Users of any printed hard copy of this document must verify that it represents the most current revision prior to use.

the requirements for the configuration item; to evaluate the degree of definition and assess the technical risk associated with the selected manufacturing methods and processes; to establish the existence and compatibility of the physical and functional interfaces among the configuration items and other items of equipment facilities, software and personnel; and, as applicable, to evaluate preliminary operational and support documentation.

**Process Management:** The direction, control, and coordination of work performed to develop a product or perform a service (i.e. Quality Assurance).

**Product Management:** The definition, coordination, and control of the characteristics of a product during its development cycle (i.e. Configuration Management).

**Product Specification:** A document that specifies the design that production copies of the system or component must implement. Note: For software, this document describes the as-built version of the software.

**Qualification Testing:** Testing conducted to determine whether a system or component is suitable for operational use.

**Quality Assurance:**
1) A planned and systematic pattern of all actions necessary to provide adequate confidence that an item or product conforms to established technical requirements.
2) A set of activities designed to evaluate the process by which products are developed or manufactured.

**Random Failure:** A failure whose occurrence is unpredictable except in a probabilistic or statistical sense.

**Real Time:** Pertaining to a system or mode of operation in which computation is performed during the actual time that an external process occurs, in order that the computation results can be used to control, monitor, or respond in a timely manner to the external process.

**Regression Testing:** Selective re-testing of a system or component to verify that modifications have not caused unintended effects and that the system or component still complies with its specified requirements.

**Requirement:**
(1) A condition or capability needed by a user to solve a problem or achieve an objective.
(2) A condition or capability that must be met or possessed by a system or system component to satisfy a contract, standard, specification, or other formally imposed documents.

**Requirement Review:** A process or meeting during which the requirements for a system, hardware item, or software item are presented to project personnel, managers, users, customers, ot other interested parties for comment or approval. Types include, system requirements review, software requirements review.

**Requirements Specification:** A document that specifies the requirements for a system or component. Typically included are functional requirement, performance requirements, design requirements, interface requirements, design requirements, and development requirements.

**Response Time:** The elapsed time between the end of an inquiry or command to an interactive computer system and the beginning of the system's response.

**SCR** Software Change Request: A complete term used to indicate any faults, enhancements, documentation, or code changes which are documented in the Problem Tracking Tool (PVCS Tracker in ISI's case).

**Software Development Cycle:** The period of time that begins with the decision to develop a software product and ends when the software is delivered. This cycle typically includes a requirements phase, design phase, implementation phase, test phase, and sometimes an installation and checkout phase.

**Software Development Plan:** A project plan for a software development project.

**Software Development Process:** The process by which user needs are translated into a software product. The process involves translating user needs into software requirements, transforming the software requirements into design, implementing the design in code, testing the code, and sometimes, installing and checking out the software for operational use.

**Software Life Cycle:** The period of time that begins when a software product is conceived and ends when the software is

Attorneys' Eyes Only

Intuitive-00512154

no longer available for use. The software life cycle typically includes a concept phase, requirements phase, design phase, implementation phase, test phase, installation and checkout phase, operation and maintenance phase, and sometimes a retirement phase.

**Software Requirements Review:** A review of the requirements specified for one or more software configuration items to evaluate their responsiveness to and interpretation of the system requirements and to determine whether they for a satisfactory basis for proceeding into preliminary design of the configuration items.

**Software Requirements Specification:** Documentation of the essential requirements (functions, performance, design constraints, and attributes) of the software and it external interfaces.

**Stress Testing:** Testing conducted to evaluate a system or component at or beyond the limits of its specified requirements.

**Structural Testing:** Testing that takes into account the internal mechanism of a system or component. Types include branch testing, path testing, statement testing.

**Support Software:** Software that aids in the development or maintenance of other software(i.e. compilers, loaders and other utilities.

**System Testing:** Testing conducted on a complete, integrated system to evaluate the system's compliance with its specified requirements.

**Test:** An activity in which a system or component is executed under specified conditions, the results are observed or recorded, and an evaluation is made of some aspect of the system or component.

**Test Bed:** AN environment containing the hardware, instrumentation, simulators, software tools, and other support elements needed to conduct a test.

**Test Case:**
(1) A set of test inputs, execution conditions, and expected results developed for a particular objective, such as to exercise a particular program path ot tp verify compliance with a specific requirement.
(2) Documentation specifying input, predicted results, and a set of execution conditions for a test item.

**Test Case Specification** A document that specifies the test inputs, execution conditions, and predicted results for an item to be tested.

**Test Coverage:** The degree to which a given or set of tests addresses all specified requirements for a given system or component.

**Test Criteria:** The criteria that a system or component must meet in order to pass a given test.

**Test Design:** Documentation specifying the details of the test approach for a software feature or combination of software features and identifying the associated tests. NOTE: At ISI, we are calling this the Software Test Plan.

**Test Documentation:** Documentation describing the plans for, or the results of, the testing of a system or component, Types include test case specification, test incident report, test log, test plan, test procedure, test report, post mortem.

**Test Incident Report:** A document that describes an event that occurred during testing which requires further investigation. NOTE: At ISI we will be using PVCS Tracker to document all of our Software discrepancies (SCRs).

**Test Log:** A chronological record of all relevant details about the execution of a test. NOTE: At ISI we will be using PVCS Tracker to document all test notations.

**Test Objective:** An identified set of software features to be measured under specified conditions by comparing actual behavior with the required behavior described in the software documentation.

**Test Phase:** The period of time in the software life cycle during which the components of a software product are

06/25/97   4:46 PM

| Document Number: **810000** Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 18 of 19 |
| --- | --- | --- |
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

evaluated and integrated, and the software product is evaluated to determine whether or not requirements have been satisfied.

**Test Plan:**    (1) A document describing the scope, approach, resources, and schedule of intended test activities. It identifies test items, the features to be tested, the testing tasks, who will do to be tested, the testing tasks, who will do each task, and any risks requiring contingency planning.
(2) A document that describes the technical and management approach to be followed for testing a system or component. Typical contents identify the items to be tested, tasks to be performed, responsibilities, schedules, and required resources for the testing activities.

**Test Procedure:**    Detailed instructions for set-up, execution, and evaluation of results for a given test case. This documentation also includes a specification of actions needed for execution of the test plan.

**Test Repeatability:**    An attribute of a test, indicating that the same results are produced each time the test is conducted.

**Test Report:**    A document that describes the conduct and results of the testing carried out for a system or component. *NOTE: At ISI we will be using PVCS Tracker to create test reports including SCR Run Rate ratio reports.*

**Test Summary Report:**    A document summarizing testing activities and results. It also contains an evaluation of the corresponding test items.

**Testing:**    (1) The process of operating a system or component under specified conditions, observing orb recording the results, and making evaluation of some aspect of the system or component.
(2) The process of analyzing a software item to detect the difference between existing and required conditions, and to evaluate the features of the software items.

**Top-down:**    Pertaining to an activity that start with the highest level component of a hierarchy  and proceeds through progressively lower levels (i.e. top-down design; top-down testing).

**Traceability:**    (1) The degree to which a relationship can be established between two or more products of the development process, especially products having a predecessor-success or of master-subordinate relationship to one another (i./e the degree to which the requirements and design of a given software component match).
(2) The degree to which each element on a software development product establishes its reason for existing (i.e. the degree to which each element in a bubble chart references the requirement that it satisfies).

**Traceability Matrix:**    A matrix that records the relationship between two or more products of the development process (i.e. a matrix that records the relationship between the requirements and the design of a given software component.

**Transient Error:**    An error that occurs once, or at unpredictable intervals.

**Unit Testing:**    testing of individual hardware or software groups of related units.

**Usability:**    The ease with which a user can learn to operate, prepare inputs for, and interpret outputs of a system or component.

**User Friendly:**    Pertaining to a computer system, device, program, or document designed with ease of use as a primary objective.

**Validation:**    The process of evaluating a system or component during or at the end of the development process to determine whether it satisfies specified requirements.

**Verification:**    (1) The process of evaluating a system or component to determine whether the products of a given development phase satisfy the conditions emposed at the start of that phase.
(2) Formal proof of correctness.

**Verification & Validation:**    The process of determining whether the requirements foe a system or component are complete and correct, the products of each development phase fulfill the requirements or conditions imposed by

06/25/97    4:46 PM

434

Attorneys' Eyes Only

| Document Number: **810000** Rev: **X2** | Intuitive Surgical, Inc.—Confidential | Page 19 of 19 |
|---|---|---|
| Users of any printed hard copy of this document must verify that it represents the most current revision prior to use. | | |

the previous phase, and the final system or component complies with specified requirements.

**Walk-through:** A static analysis technique in which a designer or programmer leads members of the development team and other interested parties through a segment of documentation or code, and the participants ask questions and make comments about possible errors, violation of development standards, and other problems.

**White-box Testing:** See Structural Testing definition above. See section 5.2 for expanded White Box concepts and terminology.

## 8.1. Test Code approach – Black Box Testing

**Black Box Testing:** This type of testing is also referred to as data-driven or input/output driven testing. The tester in this type of testing is unconcerned about the internal behavior and structure of the program; rather, the tester is only in interested in finding circumstances in which the program does not behave according to its specification.

A system or component whose inputs, outputs, and general function are known but whose contents or implementation are unknown or irrelevant. (Also referred to as Functional Testing).

**Boundary - value Analysis:** Rather than selecting any element in an equivalence class as being representative, boundary-value analysis requires that one or more elements be selected such that each edge of the equivalent class is the subject of a test. Test cases are also derived by considering the result space (i.e., output equivalence classes). Boundary conditions are those situations directly on, above, and beneath edges of input equivalence classes and output equivalence classes.

**Cause - effect Graphing:** Cause-effect graphing is a systematic method of generating test cases representing combinations of conditions. This method transforms the textual requirements of a specification into a graphical statement relating inputs (causes) to outputs (effects). From the graph, combinations of inputs are grouped into a decision table where the test cases are derived. This technique offers the advantage of combinatorial effect testing of the inputs that may be missing in the boundary-value analysis and equivalence partitioning.

**Error Guessing:** Given a particular program, it is surmised, both by intuition and experience, certain potential errors. Test cases are then written to expose these potential errors.

**Equivalence Partitioning:** Each test case should invoke as many different input conditions as possible in order to minimize the total number of test cases necessary. Also, partitions the input domain of a program into a finite number of equivalence classes such that one can reasonably assume that a test of a representative value of each class is equivalent to a test of another value. That is, if one test case in an equivalence class passes, all other test cases in the equivalence class would be expected to pass.

## 8.2. QA Terms – Test Code approach – White Box Testing

**Condition Coverage:** Enough test cases must be written such that each condition in a decision takes on all possible outcomes at least once. Each point of entry to the program, or subroutine, as well as ON-units, be invoked at least once.

**Decision or Branch Coverage:** Enough test cases must be written such that each decision has a true and false outcome at least once (e.g. each "branch" direction, or statement, must be traversed at least once). "Branch Testing" Testing designed to execute each outcome of each decision point in a computer program.

**Decision/Condition Coverage:** Requires sufficient test cases such that each condition in a decision takes on all possible outcomes at least once, each decision takes on all possible outcomes at least once, and end each point of entry is invoked at least once (need to make sure that certain conditions do not mask other conditions).

06/25/97    4:46 PM

| Document Number: **810000**  Rev: **X2** | Intuitive Surgical, Inc.–Confidential | Page 20 of 19 |
|---|---|---|

Users of any printed hard copy of this document must verify that it represents the most current revision prior to use.

| Multiple-Condition Coverage: | Requires sufficient test cases be written such that all possible combinations of condition outcomes in each decision, and all possible combinations of condition outcomes in each decision, and all points of entry, are invoked at least once. |
|---|---|
| Statement Coverage: | Decision coverage can be shown to usually satisfy statement coverage. |
| White Box Testing: | Concerned with the degree to which test cases exercise or cover the logic (source code) of the program. |

## 8.3.   QA Terms – Test Code approach – Gray Box Testing

| Gray box Testing: | Having intimate system knowledge but approaching testing from a Black Box methodology. |
|---|---|

06/25/97    **4:46 PM**

Attorneys' Eyes Only