Exhibit P58

MA Reference Number: MA-183-2017
CLM Reference Number: 407421

## Transaction Agreement
## Between
## Purchaser and Vendor Surgical Inc.

This Transaction Agreement (the "Transaction Agreement") dated **January 9, 2019** (the "Effective Date") is entered into by and between **Intuitive Surgical, Inc.**, a Delaware corporation, with its principal place of business located at 1020 Kifer Road, Sunnyvale, CA 94086 ("Vendor") and **North Cypress Medical Center** located at 21214 Northwest Fwy, Cypress, Texas 77429 ("Purchaser").

### RECITALS

A.  Vendor and HCA Management Services, L.P. ("Organization") entered into a Purchase Agreement dated June 5, 2017 ("Purchase Agreement") for the sale of Vendor products and services;

B.  Purchaser wishes to purchase a System and Service and agrees to be bound to the terms and conditions of the Purchase Agreement which is incorporated herein by reference and made a part of this Transaction Agreement.

C.  Vendor and Purchaser hereby agree to the provisions of this Transaction Agreement which sets forth the terms of payment and provision of System and Service to be sold to Purchaser.

The parties therefore agree as follows:

1.  **Defined Terms.** Capitalized terms used but not defined herein have the meanings assigned to them in the Purchase Agreement.

2.  **Products and Price.** The products to be provided under this Transaction Agreement are as listed below.

| System Type | Quantity | Delivery Date | Price | Delivery Charge | Annual Service Fees |
|---|---|---|---|---|---|
| da Vinci® Xi™ Single Console System | 1 | March 31, 2019* | $1,550,000.00 | Waived | First Year of Initial Term: **Included in System purchase price** <br><br> Subsequent Years (2-5) of the Initial Term: **$134,000.00 per year** |
| da Vinci® Xi™ Integrated Table Motion Upgrade** | 1 | See Below** | $50,000.00 | Pre-Pay & Add | n/a |

\* The Delivery Date is an estimated "on or before" delivery date to Purchaser's designated location (see "Ship-to" below).

\*\*Subject to availability, Instruments and Accessories listed above are subject to the Terms of the *da Vinci EndoWrist Instrument & Accessory Catalog* as if such Terms were contained in this Agreement. Shipment of Instruments and Accessories listed above will be FOB origin. Some Instruments and Accessories listed above may require Purchaser's completion of the advanced instrument training verification prior to shipment.

Vendor makes no representation with regard to Certificate of Need requirements for this purchase. It is Purchaser's responsibility to determine whether this purchase complies with Purchaser's State Certificate of Need law and what Certificate of Need filing, if any, needs to be made with regard to this purchase.

3. **Payment Terms.**

    3.1 **System.** Upon Acceptance, Vendor will deliver an invoice to Purchaser for amounts due under this Transaction Agreement for the System. Purchaser will pay the invoiced amount not later than thirty (30) days after the date of invoice. Interest will accrue from the date on which payment is due, at an annual rate of six percent (6%) or the maximum rate permitted by applicable law, whichever is lower.

    3.2 **Service.** Vendor will deliver to Purchaser an invoice for the annual Services fee thirty (30) days prior to the first anniversary of Acceptance and each subsequent anniversary of Acceptance throughout the Initial Term of this Transaction Agreement. Purchaser will pay the invoice for Services not later than thirty (30) days after the date of invoice. Interest will accrue from the date on which payment is due, at an annual rate of six percent (6%) or the maximum rate permitted by applicable law, whichever is lower. After the Initial Term of this Transaction Agreement, and subject to mutual written agreement, annual Services may be renewed at Vendor's then current list price.

4. **Term.** The initial term of this Transaction Agreement will commence as of the Effective Date and will continue until the fifth (5th) anniversary of Acceptance ("Initial Term") unless earlier terminated as provided in the Purchasing Agreement. Thereafter, this Transaction Agreement may be renewed for successive one (1) year terms ("Renewal Term(s)") upon mutual written agreement of the parties.

5. The "Ship-To" information for Purchaser is:

    > North Cypress Medical Center
    > 21214 Northwest Fwy
    > Cypress, Texas 77429

    The "Bill-To" information for Purchaser is:

    > North Cypress Medical Center
    > 21214 Northwest Fwy
    > Cypress, Texas 77429
    >
    > *Purchaser's PO Number:*

6. **Taxes.** Purchaser represents that Purchaser is or is not exempt from sales and use tax by checking the appropriate box below. If no box is checked, Purchaser will be deemed to not be exempt from sales and use tax and appropriate sales and use tax will be charged to Purchaser. If exempt, Purchaser is requested to send or fax a copy of Purchaser's exemption certificate to: Attn: Tax Department, Vendor Surgical, Inc, 1266 Kifer Road, Sunnyvale, CA 94086; fax number: 408-523-1390.

    ☐ Taxable
    ☐ Exempt: Charitable (501)(c)/nonprofit
    ☐ Exempt: Direct Pay Permit # _____
    ☐ Exempt: Other _____

7. **Training.** As of the Effective Date, the price for training (based on a porcine model) is three thousand dollars ($3,000) per surgeon or physician's assistant. The payment terms for training are net thirty (30) days from

the date of Vendor's invoice. This pricing will remain in effect during the first year of the Initial Term. Thereafter, training will be made available to Purchaser at Vendor's then current list price for training.

8. **Proctoring.** As of the Effective Date, the rate for Proctor's services is three thousand dollars ($3,000) per day. The payment terms for Proctoring are net thirty (30) days from the date of Vendor's invoice. This pricing will remain in effect during the first year of the Initial Term. Thereafter, Proctoring will be made available to Purchaser at Vendor's then current list price for Proctoring.

9. **Trade-in System.** "Trade-in System" means the da Vinci® Surgical System purchased by Purchaser with a serial number of **USG343** including the following*:

   Zero (0) endoscope(s) (0 degree),
   Three (3) endoscope(s) (30 degree),
   Two (2) camera head(s),
   One (1) Vessel Sealer Generator,
   One (1) Skill Simulator serial number **SM0742**, and
   One (1) FireFly™ Fluorescence Imaging.

   *Purchaser shall return all the above listed components of the Trade-in System at the time Vendor disconnects and removes the Trade-in System. In the event a listed component is not returned simultaneously with the Trade-in System, Purchaser will be invoiced the amount equal to Vendor's then current EndoWrist® catalog price for the component that has not been returned.*

   Purchaser represents and warrants to Vendor that as of the date of Acceptance, it has clear title to the Trade-in System.

   Purchaser will trade in the Trade-in System to Vendor and receive a credit of **$350,000.00**, which will be applied toward the System price of System purchased under this Agreement. Title to the Trade-in System passes to Vendor on Acceptance of the System purchased herein. Within thirty (30) days after Acceptance, Purchaser will provide access to the Trade-in System at Purchaser's site to enable Vendor to disconnect and remove the Trade-in System. Purchaser is, and remains, responsible for costs related to the loss or damage to the Trade-in System until it is removed by Vendor from Purchaser's site.

   Vendor will credit Purchaser a pro-rata amount of the annual Service fee Purchaser has paid to Vendor for the Trade-in System based on the number of months remaining in the current Service year from the date the Trade-in System is de-installed. The credit will be applied to Purchaser's account with Vendor within thirty (30) days of the trade-in of the Trade-in System.

   9.1   Return of Instruments and Accessories

   Instruments or accessories ("I/A") may be returned by Purchaser to Vendor in accordance with Vendor's policy for such returns as set forth in Vendor's then current Instruments and Accessory Price List ("I/A Price List"). Products that are damaged due to misuse, mishandling or negligence and/or products which were shipped to Purchaser more than 12 months prior to the return request will not be accepted for returns.

   Notwithstanding anything to the contrary regarding shipping fees and restocking fees in the I/A Price List, for I/A for the Trade-in System only, Vendor will waive shipping charges and standard re-stocking fees for I/A returns that meet all of the following conditions:

   - maximum of $50,000 (purchase price) of I/A, and
   - RMA number issued to Purchaser during the thirty (30) days after the Delivery Date in accordance with the procedure in the I/A Price List, and I/A returned to Vendor within 14 days of RMA issuance, and
   - all I/A must be unexpired, and in new, unopened, seals-intact packaging.

10. Except as specifically provided for herein, all of the terms and conditions of the Purchase Agreement as they are incorporated by reference into this Transaction Agreement shall remain in full force and effect. In the event

# Exhibit A

**da Vinci® Xi™ Single Console System (Firefly™ Fluorescence Imaging Enabled)**

One (1): da Vinci® Xi™ System Surgeon Console
One (1): da Vinci® Xi™ System Patient Cart
One (1) da Vinci® Xi™ System Vision Cart
    Warranty period: One (1) year from the Acceptance.

da Vinci® Xi™ System Documentation including:
    User's Manual For System
        Warranty period: n/a

    User's Manual for Instruments and Accessories
        Warranty period: n/a

    One (1) da Vinci® Xi™ Cleaning & Sterilization Kit
        Warranty period: 90 days from Acceptance
    Two (2) da Vinci® Xi™ Instrument Release Kit (IRK)
        Warranty period: 90 days from Acceptance

da Vinci® Xi™ System Software
    Warranty period: One (1) year from the Acceptance.

Instrument and Accessories including:

    Accessory Starter Kit
        Two (2): Box of 6: 8 mm Bladeless Obturator
        One (1): 8 mm Blunt Obturator
        Four (4): Box of 10: 5 mm - 8 mm Universal Seal
        Four (4): 8 mm Cannula
        Three (3): Monopolar Energy Instrument Cord
        Three (3): Bipolar Energy Instrument Cord
        One (1): Box of 3: da Vinci® Xi™ Gage Pin
        Three (3): Instrument Introducer
        One (1): Box of 10: Tip Cover for Hot Shears™ (MCS)
        One (1): Pmed Cable, Covidien ForceTraid ESU
            Warranty period: 90 days from Acceptance

    Drapes
        Two (2): Pack of 20 da Vinci® Xi™ Arm Drape
        One (1): Pack of 20 da Vinci® Xi™ Column Drape
            Warranty period: 90 days from Acceptance

    Vision Equipment:
        One (1): da Vinci® Xi™ Endoscope with Camera, 8 mm 0 degree
        Three (3): da Vinci® Xi™ Endoscope with Camera, 8 mm 30 degree
        Four (4): da Vinci® Xi™ Endoscope Sterilization Trays
            Warranty period: One (1) year from the Acceptance.

    Training Instrument Starter Kit
        One (1): Large Needle Driver
        One (1): ProGrasp™ Forceps
        One (1): Maryland Bipolar Forceps
        One (1): Hot Shears™ (Monopolar Curved Scissors)
        One (1): Tip-Up Fenestrated Grasper
        One (1): Mega™ SutureCut™ Needle Driver
            Warranty period: 90 days from Acceptance

(all kits subject to change without notice) (rev 4/2015)

of a conflict or inconsistency between the terms and conditions contained in this Transaction Agreement and the Purchase Agreement, the provisions herein prevail.

IN WITNESS WHEREOF, the parties have caused this Transaction Agreement to be executed by their duly authorized representatives.

**IF THIS AGREEMENT IS NOT SIGNED BY BOTH PARTIES AND RETURNED TO VENDOR ON OR BEFORE MARCH 15, 2019, THE TERMS WILL BE SUBJECT TO CHANGE.**

Intuitive Surgical, Inc.

Signature: *MGiuffrida*
Marc Giuffrida (Jan 9, 2019)

Email: marc.giuffrida@intusurg.com

Title: Director, Contract Administration

Company: Intuitive Surgical, Inc

MR

Purchaser

Signature: *Jim Brown*

Name: Jim Brown

Title: CEO

Date: 2/15/19

Confidential
Intuitive-00311534