# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

## Exhibit Index to Intuitive Surgical Inc.'s Opposition to Rebotix Repair LLC's Motion for Summary Judgment

| Number | Title |
|---|---|
| 1 | Rebotix Repair LLC's Subpoena to Deutsche Bank |
| 2 | Deutsche Bank Produced Document Titled ISRG Notes.xlsx |
| 3 | Rebotix Repair LLC Sales by Customer Detail |
| 4 | September 5, 2018 Email from G. Papit to B. Passell, et al., re: Rebotix |
| 5 | July 26, 2021 Expert Report of Dr. Robert D. Howe |
| 6 | August 3, 2017 Email from M. Nixon to P. Flanagan, et al. re: Rebotix instrument - Reportable event in EU |
| 7 | April 3, 2019 Email from A. Moltz to G. Papit and G. Fiegel re: Warranty repair |

| Number | Title |
|--------|-------|
| 8 | September 6, 2019 Email from C. Gibson to S. Thomas and S. Jennings re: Intuitive Response |
| 9 | October 23, 2018 Email from G. Papit to A. Moltz re: Previous Repair |
| 10 | November 12, 2019 Email from J. Herdman to J. Freehling and D. Armstrong re: October Rebotix Repair Savings |
| 11 | June 17, 2020 Email from G. Fiegel to C. Gibson re: Rebotix repair 1/3/20 |
| 12 | June 13, 2019 Email from A. Moltz to J.R. Richie re: Endowrist Quote |
| 13 | Intuitive Surgical, Inc.'s Return Material Authorization ("RMA") Data (filed natively) |
| 14 | January 8, 2019 Email from G. Papit to A. Monroe re: REPORT |
| 15 | June 11, 2019 Email from C. Gibson to R. Algiere re: FOLLOW UP |
| 16 | April 25, 2019 Email from K. Pacer to C. Sheffield and M. Madewell re: da Vinci Surgery follow up for Panama City Surgery Center |
| 17 | Exhibit 3 to the Deposition of Ed Harrich (Pullman Regional) |
| 18 | PR4023 Life Testing Protocol and Report |
| 19 | PR4015 Biocomp Testing |
| 20 | PR3004 Interceptor CPLD Detailed Design Description |
| 21 | October 3, 2019 Email from G. Papit to ben@bpimedical.com and J. Loflin re: REBOTIX REPAIR |
| 22 | September 3, 2019 Email from G. Papit to S. Jennings and S. Thomas re: Intuitive response |
| 23 | October 9, 2019 email from G. Papit to B. Hill and D. Howard re: Follow-Up Letter on Refurbished Instrument Discussion |
| 24 | May 11, 2020 Email from J. Boyette to G. Papit and C. Gibson re: Intuitive Letter and Last Order |

| Number | Title |
|--------|-------|
| 25 | May 12, 2020 Email from G. Papit to J. Boyette and C. Gibson re: Intuitive Letter and Last Order |
| 26 | Intuitive Surgical, Inc.'s First Amended Counterclaims, ECF No. 49 in *Restore Robotics LLC v. Intuitive Surgical, Inc.*, Case No. 5:19-cv-55-TKW-MJF |
| 27 | July 15, 2020 Email from P. Stalling to N. Ewing and M. Langner re: Rebotix Response to Attached Intuitive Letter |
| 28 | June 14, 2021 Deposition Transcript of Joe Morrison, *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-cv-02274 |