# Exhibit 19




# PR4015

# Biocomp Testing

Title: Biocompatibility Testing PR4015

| Attachment | Description |
|---|---|
| A | Verification Report (including Biocompatibility Test Reports) ( ?include POs?) |
| B | Verification Protocol |
| C | Parts List, Test Forms – Model 420179 Mono curved Scissors |
| D | Parts List, Test Forms – Model 420205 Fenestrated Bipolar Forceps) |
| E | |
| F | |
| G | |
| H | |
| I | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

PR4015
Report

| Rebotix your prescription for savings | Author<br>Jeff Bua | Document Number<br>PR4015-Report | Rev<br>A<br>12/01/14 | Page<br>1 of 12 |
|---|---|---|---|---|
| **Title: Verification Report, Biocompatibility of Re-manufactured EndoWrists** | | | | |

**1.0 PURPOSE**

**1.1** The purpose of this protocol is to evaluate Biocompatibility of EndoWrists that have been remanufactured by Rebotix. It is assumed that the OEM devices were marketed as Biocompatible.

**1.2** Tests will be conducted with Rebotix remanufactured devices to demonstrate compliance to the Standards in Table1 (Standards):

**1.3** This will verify the requirements from product specification for requirement: **safety_biocompatibility**

| Test | Standards |
|---|---|
| ISO MEM Elution Assay with L-929 Mouse Fibroblast Cells | -ISO 10993-5:2009 Biological Evaluation of Medical Devices, Part 5: Tests for In Vitro Cytotoxicity.<br>–ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials. |
| ASTM Hemolysis-Extract Method (GLP) | -ASTM Guideline F619-03, reapproved 2008. Standard Practice for Extraction of Medical Plastics. 2012. Annual Book of ASTM Standards, Volume 13.01:223-226 . –ASTM Guideline F756-08. Standard Practice for Assessment of Hemolytic Properties of Materials. 2012. Annual Book of ASTM Standards. Volume 13.01: 354-358.<br>–ISO 10993-4:2002 and Amendment 1, 2006. Biological Evaluation of Medical Devices, Part 4-Selection of Tests for Interaction with Blood.<br>- ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials. |
| ISO Guinea Pig Maximization Sensitization Test (GLP-2 Extracts) | -ISO 10993-10:2010 Biological Evaluation of Medical Devices, Part 10-Tests for Irritation and Skin Sensitization. pp. 18-26.<br>- ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials. |
| ISO Acute Systemic Injection Test (GLP-2 Extracts) | -ISO 10993-11:2006 Biological Evaluation of Medical Devices Part 11: Tests for Systemic Toxicity.<br>- ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and References Materials. |
| ISO Intracutaneous Irritation | -ISO 10993-10:2010 Standard, Biological Evaluation of Medical Devices, Part 10-Tests for Irritation and Skin |

| Test (GLP-2 Extracts) | Sensitization. pp. 11-14.<br>- ISO 10993-12:2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials |
|---|---|

***Table 1: Applicable Standards***

**1.4** This study will be used to support a new 510(k) submission and CE mark submission.

## 2.0 SCOPE

**2.1** This protocol applies to all devices listed in Table 2.

| Original Equipment Manufacturer (OEM): | Intuitive Surgical |
|---|---|
| OEM Description: | EndoWrists |
| REF Numbers (Models) covered: | See Models - Attachment "A" |
| REF Numbers (Models) tested (Worst Case Models): | 420179 Monopolar Curved Scissors; 420205 Fenestrated Bipolar Forceps |

***Table 2: Subject devices for the Biocompatibility study.***

## 3.0 RESPONSIBILITES

**3.1** Personnel that are responsible for remanufacturing the test sample EndoWrists as outlined in this protocol are listed in Table 3.

| Resource Name | Title |
|---|---|
| Matt McGowan | R&D Project Manager |
| Greg Fiegel | Product Supervisor |

***Table 3: Responsible Personnel***

**3.2** The biocompatibility testing will be performed at the test laboratories listed in Table 4.

| **Lab Name** | **Lab Address** |
|---|---|
| WuXi Apptec | 2540 Executive Dr. St Paul MN 55120 |

***Table 4: Test Laboratory names and addresses.***

## 4.0 REFERENCES

**4.1** Test sample EndoWrists are remanufactured per the procedures set forth in Attachment "B" (Procedures).

**4.2** Parts and materials utilized in the remanufacture of the test sample EndoWrists are set forth in Attachment "C" (Materials).

**4.3** Test sample EndoWrists will be tested to the Standards set forth in Table 1 above.

## 5.0 PRODUCT DESCRIPTION

**5.1** The remanufactured EndoWrists consist of a family of endoscopic instruments with either grasping or cutting end effectors to be used with the Intuitive Surgical da Vinci Endoscopic Instrument Control System. The EndoWrists Models include scissors, scalpels, forceps/pickups, needle drivers and electrocautery and are intended for endoscopic manipulation of tissue, including: grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery and suturing.

**5.2** The EndoWrists are external communicating devices, indirect blood path contact, direct contact with tissue, duration of contact is limited (less than 24 hrs.).

**5.3** The model numbers covered by this protocol are set forth in Attachment "A" (Models).

## 6.0 WORST CASE JUSTIFICATION

**6.1** Worst case devices for biocompatibility testing are those devices that pose the greatest risk for failing biocompatibility testing after undergoing a re-manufacturing cycle. Process features: Worst case process models are determined based on ensuring that all remanufacturing processes are represented. Remanufacturing Materials: Worst case Material models are determined based on ensuring that all remanufacturing materials are represented. Only remanufacturing processes and materials are being considered.

**6.2** All Scope Models were evaluated based on the criteria specified above, as set forth in the Biocompatibility Grouping Table per Attachment "D".

## 7.0 SAMPLE SIZE DESIGNATION

**7.1** For biocompatibility testing, the sample size will consist of 14 EndoWrists for each of the Worst Case Models.

## 8.0 PROCEDURE

**8.1** Review test protocols for tests provided by WuXi Apptec.

**8.2** Provide Samples of Worst Case Models in the quantity required prepared in accordance to ISO 10993-12:2012.

**8.3** The results shall be recorded by the test lab and submitted to Rebotix via a test lab report.

**8.4** Review final reports from test lab.

**8.5** Generate summary report.

**8.6** Product Disposition

**8.6.1** All test samples used in this validation are non-saleable and shall be returned to Rebotix upon completion of testing for disposition.

## 9.0 ACCEPTANCE CRITERIA

**9.1** All test samples must demonstrate passing results per the applicable requirements as outlined in this protocol.

## 10.0 SUMMARY REPORT

**10.1** **Overview:** A biocompatibility assessment was performed according to the requirements of *ISO 10993-1: 2009, Biological evaluation of medical devices - Part 1: Evaluation and testing within a risk management process*. A qualified third party test lab (WuXi Apptec) developed and provided protocols to test the remanufactured EndoWrists according to the standards described in Section 1.3 of this protocol. The test protocols were reviewed and approved by Rebotix, and test samples provided, as required to complete the testing.

**10.2** **Discussion:** The initial test approach was to subject the entire remanufactured EndoWrist (including the proximal housing portion that has no patient contact) to each of the biocompatibility tests. However, this conservative approach was reassessed following a failure in the cytotoxicity testing. In order to isolate the cause of the failure, cytotoxicity testing was repeated to focus on specific parts of the device (surgical tool end vs. housing), as well as on unused, non-reprocessed OEM devices. Testing demonstrated that the source of the cytotoxicity test failure was in the proximal housing portion that has no patient contact. Additionally, it was determined that this same portion of the OEM device fails in the same manner, indicating that the issue already exists in the OEM devices prior to remanufacturing. Due to the design of the EndoWrists and their interface with the surgical robotic host system, it would be virtually impossible for the proximal housing portion of the device to (directly or indirectly) contact a patient during a procedure. As such, this portion of the device falls outside of the scope of ISO 10993-1, and was not considered for biocompatibility acceptance. Based on this, further biocompatibility testing was restricted to the patient-contacting distal tool end of the devices (though several test reports that were already completed still include passing results for the entire device).
For the irritation, sensitization, and systemic toxicity testing, 0.9% Normal Saline was used as the polar extraction vehicle (samples incubated at 70°C for 24 hours). Rebotix was informed by WuXi Apptec that the Normal Saline test extracts (all pulled on 7-Jun-2014) were "observed to be turbid in transparency, pale red in color, and contained red flake particulates". Additionally, "the test article appeared to have discolored after all NS extractions". By contrast, the non-polar Sesame Oil extracts, incubated under the same conditions, were "normal in color, clear in transparency, and free of particulates", and the test articles were observed to be "intact with no macroscopically observable degradation". In follow-up discussions, the Study Director at WuXi Apptec explained that this

commonly occurs with stainless steel that is incubated for 24 hours or more, as the extended time in saline under elevated temperatures tends to lead to rust. However, since the goal of the testing is to determine the effect of extractables, any particulate is always allowed to settle before the extract is used for testing. Because all of the test results passed, this discoloration / deterioration observed was determined to have no bearing on biocompatibility. Such discoloration / deterioration would also not be expected to occur during normal use, as the instruments are not left to soak in saline solution for extended periods of time.

**10.3** **Conclusion:** The remanufactured EndoWrists have demonstrated biocompatibility according to the requirements of ISO 10993-1:2009. This result satisfies the design requirement referred to in Section 1.3 of this protocol. A summary of test results is included in Table 5 below.

| Report Number | Test Performed | Model Tested | Results |
|---|---|---|---|
| *ISO 10993-10: 2010, Biological Evaluation of Medical Devices, Part 10: Tests for Irritation and Skin Sensitization (Pages 11-14)* | | | |
| 4316 | WuXi AppTec Protocol 9107015-5, Effective 28-May-2013 | 420179 Monopolar Curved Scissors, Remanufactured | Pass |
| 4317 | | 420205 Fenestrated Bipolar Forceps, Remanufactured | Pass |
| **Summary test results (Irritation) for remanufactured surgical tool end:** | | | **Pass** |

| | | | |
|---|---|---|---|
| *ISO 10993-4:2002 and Amendment 1, 2006, Biological Evaluation of Medical Devices, Part 4: Selection of Tests for Interaction with Blood* | | | |
| 4349 | WuXi AppTec Protocol 150500-15, Effective 20-Aug-2013 | 420205 Fenestrated Bipolar Forceps, Remanufactured (Tool end only) | Pass |
| 4350 | | 420179 Monopolar Curved Scissors, Remanufactured (Tool end only) | Pass |
| **Summary test results (Blood Compatibility) for remanufactured surgical tool end:** | | | **Pass** |

| | | | |
|---|---|---|---|
| *ISO 10993-11: 2006, Biological Evaluation of Medical Devices, Part 11: Tests for Systemic Toxicity* | | | |
| 4498 | WuXi AppTec Protocol 901770-22, Effective 8-Nov-2012 | 420179 Monopolar Curved Scissors, Remanufactured | Pass |
| 4501 | | 420205 Fenestrated Bipolar Forceps, Remanufactured | Pass |
| **Summary test results (Systemic Toxicity) for remanufactured surgical tool end:** | | | **Pass** |

| | | | |
|---|---|---|---|
| *ISO 10993-10:2010, Biological Evaluation of Medical Devices, Part 10: Tests for Irritation and Skin Sensitization* | | | |
| 4981 | WuXi AppTec Protocol 9008547-1, Effective 14-Jun-2013 | 420205 Fenestrated Bipolar Forceps, Remanufactured | Pass |
| 5003 | | 420179 Monopolar Curved Scissors, Remanufactured | Pass |
| **Summary test results (Sensitization) for remanufactured surgical tool end:** | | | **Pass** |

| *ISO 10993-5:2009, Biological Evaluation of Medical Devices, Part 5: Tests for In Vitro Cytotoxicity* | | | |
|---|---|---|---|
| 4229 | WuXi AppTec Protocol 140320-19, Effective 11-Nov-2013 | 420179 Monopolar Curved Scissors, Remanufactured (Entire device) | Fail |
| 4274 | | 420205 Fenestrated Bipolar Forceps, Remanufactured (Entire device) | Fail |
| 6118 | | 420184 Permanent Cautery Spatula, OEM (Housing end only) | Fail |
| 6120 | | 420205 Fenestrated Bipolar Forceps, OEM (Housing end only) | Fail |
| 6153 | | 420179 Monopolar Curved Scissors, OEM (Housing end only) | Fail |
| 6154 | | 420093 ProGrasp Forceps, Rebotix Etched (Housing end only) | Fail |
| 5108 | | 420205 Fenestrated Bipolar Forceps, Remanufactured (Housing end only) | Fail |
| 5111 | | 420179 Monopolar Curved Scissors, Remanufactured (Housing end only) | Fail |
| 5107 | | 420205 Fenestrated Bipolar Forceps, Remanufactured (Tool end only) | Pass |
| 5109 | | 420179 Monopolar Curved Scissors, Remanufactured (Tool end only) | Pass |
| **Summary test results (Cytotoxicity) for remanufactured surgical tool end:** | | | **Pass** |

*Table 5: Summary of test results.*

## 11.0 ATTACHMENTS

**11.1** Attachment A: Model List

**11.2** Attachment B: Applicable Procedures

**11.3** Attachment C: Parts and Materials

**11.4** Attachment D: Biocompatibility Model Grouping Table

**11.5** Attachment E: Biocompatibility Test Reports



HIGHLY CONFIDENTIAL

## Attachment A: Model List

| ***REF*** | ***DESCRIPTION*** |
|---|---|
| 420001 | Potts Scissors |
| 420006 | Large Needle Driver |
| 420007 | Round Tip Scissors |
| 420036 | DeBakey Forceps |
| 420048 | Long Tip Forceps |
| 420049 | Cadiere Forceps |
| 420093 | *ProGrasp*™ Forceps |
| 420110 | *PreCise*™ Bipolar Forceps |
| 420171 | Micro Bipolar Forceps |
| 420172 | Maryland Bipolar Forceps |
| 420178 | Curved Scissors |
| 420179 | *Hot Shears*™ (Monopolar Curved Scissors) |
| 420181 | Resano Forceps |
| 420183 | Permanent Cautery Hook |
| 420184 | Permanent Cautery Spatula |
| 420189 | Double Fenestrated Grasper |
| 420190 | Cobra Grasper |
| 420194 | *Mega*™ Needle Driver |
| 420205 | Fenestrated Bipolar Forceps |
| 420207 | Tenaculum Forceps |
| 420227 | PK® Dissecting Forceps |
| 420296 | Large *SutureCut*™ Needle Driver |
| 420309 | *Mega SutureCut*™ Needle Driver |
| 420344 | Curved Bipolar Dissector |



HIGHLY CONFIDENTIAL

**Attachment B: Applicable Procedures**

| DOCUMENT # | TITLE | REVISION |
|---|---|---|
| PR3008 | Interceptor Endo Arm Programming Guide | A00 |
| PR3011 | Interceptor CPLD Firmware Loading Guide | A00 |
| PR3024 | Graspers & Drivers Align & Refurb | B |
| PR3025 | Scissors Sharpen & Refurb | B |
| PR3026 | Tool End Surface Refinishing | B |
| PR3027 | Housing Labeling | B |
| PR3028 | Bi-Polar Pin Removal and Installation SOP | A |
| PR3029 | Mono-Polar Plug Removal and Installation | A |
| PR3030 | ESD | C |
| PR3031 | DS2505 Removal & Install | B |
| PR3032 | PCB Conformal Coating | B |
| PR3033 | Wrist Disassembly & Salvage | B |
| PR3034 | Autoclave Sterilization | D |
| PR3035 | U/S Cleaning & Flush | D |
| PR3036 | In-Process U/S Cleaning | B |
| PR3037 | Testing Gripping Efficiency of Needle Drivers and Forceps | A |
| PR3038 | Cutting | A |
| PR3040 | Operation of Da Vinci S System | B |
| PR3041 | Dielectric Testing (Hipot) | C |
| PR3042 | DC Resistance Testing | C |
| PR3043 | Incoming Evaluation | B |
| PR3044 | Final Assembly | C |
| PR3046 | Parts List | B |
| PR3047 | Test Form | C |
| PR3050 | Final Test and Packaging | A |
| PR3052 | Spool Torque | A |
| | | |

## Attachment B: Applicable Procedures (Cont.)

| REF | PR3005 | PR3011 | PR3024 | PR3025 | PR3026 | PR3027 | PR3028 | PR3029 | PR3030 | PR3031 | PR3032 | PR3033 | PR3034 | PR3035 | PR3036 | PR3037 | PR3038 | PR3040 | PR3041 | PR3042 | PR3043 | PR3044 | PR3046 | PR3047 | PR3050 | PR3052 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420001 | X | X | | X | X | X | | | X | X | X | X | X | X | X | | X | X | X | | X | X | X | X | X | X |
| 420006 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420007 | X | X | | X | X | X | | | X | X | X | X | X | X | X | | X | X | X | | X | X | X | X | X | X |
| 420036 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420040 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420049 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420093 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420110 | X | X | X | | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 420171 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 420172 | X | X | X | | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 420173 | X | X | | X | X | X | | | X | X | X | X | X | X | X | | X | X | X | | X | X | X | X | X | X |
| 420179 | X | X | | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X | X |
| 420181 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420183 | X | X | X | | X | X | | X | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 420184 | X | X | X | | X | X | | X | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 420189 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420190 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420194 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420205 | X | X | X | | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 420207 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | | X | X | X | X | X | X |
| 420227 | X | X | X | | X | X | | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 420296 | X | X | X | X | X | X | | | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X | X | X |
| 420309 | X | X | X | X | X | X | | | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X | X | X |
| 420344 | X | X | X | | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |



HIGHLY CONFIDENTIAL

## Attachment C: Parts and Materials

| PART # | DESCRIPTION | REVISION |
|---|---|---|
| PR1003-002 | PC Board Assembled | A |
| PR1004-002 | Conformal Coating | B |
| PR1045-002 | Bipolar Pins | E |
| PR1081-002 | Eyelet Crimp | A |
| PR1083-002 | Banana Plug (Modified) | B |
| PR1086-002 | Fabulustre 47.313 White Polish | A |
| PR1089-002 | Steris Prolystic Enzymatic Cleaner | A |
| PR1090-002 | Steris Hinge Free Lubricant | A |
| PR1091-002 | Ruhof Surgistain Rust Remover | A |
| PR1102-002 | Screw, Torx, M1.59, 6mm | D |
| PR1106-002 | Loctite 222ms | A |
| PR1109-002 | PCB Software | A |
| PR1110-002 | PCBA, Interceptor | A |
| PR1136-002 | Alpha HF-850 Solder | A |
| PR1137-002 | Alpha Write Flux Pen NR205 | A |
| PR1138-002 | Theraband | A |
| PR1139-002 | Synthetic Thread | B |
| PR1140-002 | Box, | A |
| PR1141-002 | Box Insert | A |
| PR1142-002 | CerMark LMC-6044P Black | A |
| PR1145-002 | Tip Protector | A |
| PR1148-002 | Box, Masterpack | A |
| | | |
| | | |
| | | |
| | | |
| | | |

| Rebotix your prescription for savings | Author | Document Number | Rev | Page |
|---|---|---|---|---|
| | Jeff Bua | PR4015-Report | A 12/01/14 | 11 of 12 |

**Title: Verification Report, Biocompatibility of Re-manufactured EndoWrists**

## Attachment C: Parts and Materials (Cont.)

| REF | PR1003 | PR1004 | PR1045 | PR1081 | PR1083 | PR1086 | PR1089 | PR1090 | PR1091 | PR1102 | PR1109 | PR1110 | PR1136 | PR1137 | PR1138 | PR1139 | PR1140 | PR1142 | PR1145 | PR1148 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420001 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420006 | X | X | | | | | X | X | X | X | X | X | X | X | | X | X | X | X | X |
| 420007 | X | X | | | | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420036 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420048 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420049 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420093 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420110 | X | X | X | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420171 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420172 | X | X | X | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420178 | X | X | | | | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420179 | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420181 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420183 | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420184 | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420189 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420190 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420194 | X | X | | | | | X | X | X | X | X | X | X | X | | X | X | X | X | X |
| 420205 | X | X | X | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 420207 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420227 | X | X | | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 420296 | X | X | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X | X |
| 420309 | X | X | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X | X |
| 420344 | X | X | X | | | | X | X | X | X | X | X | X | X | X | | X | X | X | X |



HIGHLY CONFIDENTIAL 

**Attachment D: Biocompatibility Model Grouping Table**

| Model Tested | Models Covered |
|---|---|
| 420179 Monopolar Curved Scissors | 420178 Curved Scissors<br>420007 Round Tip Scissors<br>420001 Potts Scissors<br>420184 Permanent Cautery Spatula<br>420183 Permanent Cautery Hook |
| 420205 Fenestrated Bipolar Forceps | 420172 Maryland Bi Polar forceps<br>420171 Micro Bipolar Forceps<br>420110 Precise Bipolar Forceps<br>420344 Curved Bipolar Dissector<br>420093 ProGrasp Forceps<br>420207 Tenaculum Forceps<br>420048 Long Tip Forceps<br>420049 Cadiere Forceps<br>420190 Cobra Grasper<br>420036 DeBakey Forceps<br>420181 Resano Forceps<br>420189 Double Fenestrated Grasper<br>420227 PK Dissecting Forceps<br>420194 Mega Needle Driver<br>420006 Large Needle Drivers<br>420296 Large SutureCut Needle Driver<br>420309 Mega SutureCut Needle Driver |

Form 1001-002; Rev A;

DCN 2014-009; Date 05/21/2014




**Title: Document Approval Form**

DOCUMENTATION TYPE: Verification Report

TITLE / DOCUMENT NO / REVISION:

Project: Endowrist; Verification Report, Biocompatibility of Remanufactured EndoWrists; PR4015; Rev A

PREPARED BY: Jeff Bua

DATE: 12/01/14

APPROVALS

| Department | Name | Signature | Date |
|---|---|---|---|
| Quality Assurance: | Jeff Bua | [signature] | 12/02/14 |
| Operations: | Joe Morrison | [signature] | 12/02/14 |
| Member: | David Mixner | [signature] | 12/2/14 |
| R&D Project Manager: | Mathew McGowan | [signature] | 12/2/14 |
| Product Supervisor: | Greg Fiegel | [signature] | 12/2/14 |