# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-2274-VMC-TGW |

## EXHIBIT INDEX TO INTUITIVE SURGICAL, INC.'S OPPOSITION TO REBOTIX REPAIR LLC'S MOTION TO EXCLUDE OPINIONS OF DR. SARA PARIKH

| Number | Title |
|---|---|
| 1 | June 2, 2021 Deposition transcript of Glenn Papit |
| 2 | June 22, 2021 Deposition transcript of Chris Gibson |
| 3 | May 20, 2019 Email from G. Papit to J. Freehling, C. Gibson and T. Gibson re: Robot Instrument Reset Marketing Material |
| 4 | June 6, 2019 Email from H. Goodwin to G. Papit and D. Howard Fw: Intuitive Endowrist instrument repair |
| 5 | June 26, 2019 Email from M. McKeny to K. Jividen and D. Armstrong re: Thank You |
| 6 | October 29, 2019 Email from G. Papit to C. Carter, copying C. Gibson re: GORDON HOSPITAL |
| 7 | September 5, 2018 Rebotix presentation, "Use of the Rebotix Responsible Reuse Process by Hospitals to Reduce Cost and Waste" |

2

| Number | Title |
|---|---|
| 8 | April 26, 2019 Rebotix flyer, "Repair of da Vinci EndoWrist IMPORTANT FACTS" |
| 9 | August 30, 2019 Email from P. Stalling to J. Hines, H. Franzel and K. Ronquillo re: Potential $75,000 Annual Savings Rebotix DaVinci Endowrist Instrument Repair *Trial Proposal* |
| 10 | Parikh Survey Results Dataset |
| 11 | August 19, 2019 Email from G. Papit to C. Gibson, G. Fiegel and S. Hamilton, copying C. Shepard and D. Mixner re: DOCUMENT |
| 12 | May 24, 2021 Deposition transcript of Edward W. Harrich |
| 13 | May 27, 2021 Deposition transcript of Stacey Donovan |