# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| REBOTIX REPAIR LLC, | |
|---|---|
| Plaintiff/Counterclaim Defendant, | Civil Case No. 8:20-cv-2274-VMC-TGW |
| v. | |
| INTUITIVE SURGICAL, INC., | |
| Defendant/Counterclaim Plaintiff. | |

## EXHIBIT INDEX TO INTUITIVE SURGICAL, INC.'S OPPOSITION TO REBOTIX REPAIR LLC'S MOTION TO EXCLUDE OPINIONS OF HEATHER S. ROSECRANS

| Number | Title |
|---|---|
| 1 | September 9, 2019 Letter from R. Denis and K. Reiter to S. Adams |
| 2 | Deutsche Bank Produced Document Titled: ISRG Notes.xlsx |
| 3 | Intuitive Surgical, Inc.'s Unauthorized Reprogrammed Instrument FAQs |
| 4 | October 7, 2019 Email from D. Conrad to B. Hill re: Follow-Up Letter On Refurbished Instrument Discussion |
| 5 | May 14, 2019 Email from C. Parker to D. Mixner re: Restore Robotics Repairs response |