# Exhibit 3



# Unauthorized Reprogrammed Instrument FAQs

## Objective of this FAQ Document:
Educate users of da Vinci® EndoWrist® instruments about risks associated with the use of unauthorized reprogrammed instruments and communicate where to direct further inquiries.

### 1.) What is an unauthorized reprogrammed instrument?
Intuitive has become aware of 3rd party companies acquiring and servicing da Vinci reusable instruments that are about to expire. The instruments are reprogrammed with additional uses, beyond their original validated number of lives.

### 2.) Does Intuitive support the unauthorized reprogramming of instruments?
No. To ensure the highest level of patient safety and product quality, Intuitive sells its products and services only directly to hospitals or through authorized Intuitive distributors. Due to safety concerns, Intuitive does not recommend the procurement of its products and services through unauthorized parties or channels.

### 3.) What are the risks involved with use of unauthorized reprogrammed instruments?
Intuitive advocates "Patients First...Always".

In Robotic Assisted Surgery, the instruments under surgeon control have been carefully engineered to maintain a specific level of performance during every use. As such, all Intuitive EndoWrist® products are rigorously tested, reviewed and cleared by regulatory authorities to achieve a targeted level of safety, precision, and dexterity over the validated number of instrument lives. Beyond this validated useful life, the accumulated effects of normal wear and tear will impact the instrument's performance. This gradual degradation occurs both from use in surgery as well as repeated chemical and thermal exposure during the cleaning and sterilization cycles required between uses, which is why it is so important to adhere to the validated number of uses.

Examples of instrument degradation include but are not limited to:

- Nonintuitive motion (i.e. instruments do not track well with master manipulators; sudden undesired motions or stalls);
- Insufficient grip force;
- Dull or damaged scissor blades;
- Broken/failed components; could result in fractured components

Any of these product performance issues could impact the surgeon during the procedure and result in safety risks to the patient.

Furthermore, unknown handling, non-validated reprocessing methods, and transit conditions for instruments by these unauthorized 3rd party companies have the potential to damage instruments.

### 4.) What are the regulatory risks involved with use of unauthorized reprogrammed instruments?
Regulatory clearances for all da Vinci Instruments specify the allowable number of uses for which the instrument has been validated. Use of the product beyond the validated number of uses would require a new validation and regulatory review and clearance. For details regarding the validation testing see question #3.

1

Confidential                                                                                                                    Intuitive-00110468

In addition, modification by an outside party can impact support, traceability and monitoring of the device by Intuitive. This can impact a customer being notified of a potential device recall or other updates to device labeling.

Intuitive product FDA regulatory requirements for da Vinci instruments only cover instruments that have been manufactured by the legal manufacturer for the validated number of uses. The regulatory clearance does not cover instruments reprogrammed to extend the number of uses.

### 5.) Will a hospital using unauthorized reprogrammed instruments receive quality notifications related to those products from Intuitive?

No. As a medical device company, Intuitive is responsible for tracking the distribution of its devices. This enables us to identify the location of all affected products in the event of a product issue or recall. Reprogrammed products are no longer traceable through our systems. Thus, customers could have product affected by a recall but would not receive a notification because the customer cannot be identified.

### 6.) What internal hospital policies may be violated in acquiring/using unauthorized reprogrammed product?

Acquiring da Vinci surgical products or services through unauthorized channels may also violate the hospital's internal policies, including but not limited to using a medical device that does not have regulatory clearance. Contact the Risk Management department for your hospital's specific policy information and potential implications to patient consent for the use of an altered and/or non-FDA approved device on the patient.

### 7.) Does Intuitive warranty unauthorized reprogrammed instruments? And how does their use impact Intuitive's system service obligation?

No. For the reasons stated above, the use of instruments or accessories purchased through unauthorized sources with the da Vinci Surgical System, or the servicing thereof by any unauthorized party, will void the warranty for the instrument, accessory, system, and/or associated services. Intuitive will no longer have an obligation to service the system and may thus discontinue servicing the system.

### 8.) What should you do if you discover the use of an unauthorized reprogrammed instrument at your hospital or if you have additional questions on this FAQ?

To ensure ongoing patient safety and product performance, the instrument(s) should be returned as per the standard RMA (Return Material Authorization) process. Intuitive will provide credit via a credit memo to the customer for the reprogrammed lives remaining on the unauthorized reprogrammed instrument. Customers may use the credit memo for future purchases from Intuitive.

For further information, please contact us at CustomerService@intusurg.com or 1-800-876-1310 option 3. If available, report the following information:

- Your name and Contact Information
- Serial # of Reprogrammed Instrument(s)
- Site name and System#(s) on which these instruments have been used

INTUITIVE   maker of da Vinci™

For Important Safety Information, indications for use, risks, full cautions and warnings, please also refer to www.davincisurgery.com/safety and www.intuitivesurgical.com/safety.

© 2019 Intuitive Surgical, Inc. All rights reserved. Product names are trademarks or registered trademarks of their respective holders.

PN 1033322-01 Rev A 2/2019