IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-02274-VMC-TGW |

**INTUITIVE SURGICAL, INC.'S MOTION FOR LEAVE TO FILE A MOTION TO STRIKE THE DECLARATION OF RICHARD LYON**

Pursuant to Local Rule 3.01(d), Intuitive Surgical, Inc. ("Intuitive") by and through its undersigned counsel hereby moves this Court for entry of an order granting Intuitive leave to file a motion of no more than five pages to strike the Declaration of Richard Lyon that Rebotix Repair LLC ("Rebotix") filed as Exhibit 21 to its Reply in Support of its Motion for Summary Judgment (ECF No. 141). In support of this motion, Intuitive states as follows:

1. On December 22, 2021, Rebotix filed its Reply in Support of its Motion for Summary Judgment. (ECF No. 141.) In its reply motion, Rebotix asserts that the FDA "expressly confirmed to Rebotix's counsel as recently as December 10, 2021, that it has not yet determined one way or the other whether Rebotix's services required 510(k) clearance." (*Id.* at 6.) In support of this assertion, Rebotix submitted, and relies on, a December 22, 2021 declaration from its own attorney of

record, Richard Lyon (the "Lyon Declaration"). In that declaration, Mr. Lyon purports to summarize discussions he had with FDA's Dr. Anthony Lee during a telephone call on December 10, 2021. The only support in the record for these discussions is the Lyon Declaration.

2. Because the Lyon Declaration was introduced for the first time in Rebotix's Reply in Support of its Motion for Summary Judgment, Intuitive did not have an opportunity to respond to the Lyon Declaration or to Rebotix's reliance on it. Intuitive thus requests leave to file a motion explaining the reasons why the Lyon Declaration should be stricken from the record. Specifically, Intuitive requests leave to demonstrate that the statements attributed to Dr. Anthony Lee within the Lyon Declaration are being introduced for the truth of the matters asserted and are inadmissible hearsay. *See Sabel v. Mead Johnson & Co.*, 737 F. Supp. 135, 144-47 (D. Mass. 1990) (finding that an FDA employee's notes of a telephone conversation with defendant's employee constituted inadmissible hearsay). Further, consideration of the Lyon Declaration as evidence would place the testimony of Rebotix's counsel of record squarely at issue and create potentially serious evidentiary issues at trial. *See* Florida Rule of Professional Conduct 4-3.7.

**WHEREFORE**, Intuitive respectfully requests that this Court grant Intuitive leave to file a motion to strike the Lyon Declaration, not to exceed (5) pages, to be filed within seven (7) days of a ruling on this motion, with Rebotix permitted to file an opposition, not to exceed (5) pages, to be filed within (7) days of Intuitive's filing of the motion.

## LOCAL RULE 3.01(G) CERTIFICATE OF
## COMPLIANCE WITH GOOD FAITH CONFERENCE

Consistent with the Court's Amended Case Management and Scheduling Order, ECF No. 90, Intuitive certifies that its counsel conferred by telephone with Plaintiff's counsel regarding this motion on January 20, 2022. The parties were unable to agree on the resolution of the motion.

DATED:  January 24, 2022                Respectfully submitted,

/s/ Karen Lent

| | |
|---|---|
| KAREN HOFFMAN LENT (*Pro Hac Vice*)<br>MICHAEL H. MENITOVE (*Pro Hac Vice*)<br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Tel: (212) 735-3000<br>karen.lent@skadden.com<br>michael.menitove@skadden.com<br><br>MICHAEL S. BAILEY (*Pro Hac Vice*)<br>1440 New York Avenue, N.W.<br>Washington, DC 20005<br>Tel: (202) 371-7000<br>michael.bailey@skadden.com | DAVID L. McGEE<br>Fla. Bar No. 220000<br>BEGGS & LANE, RLLP<br>501 Commendencia Street<br>Pensacola, FL 32502<br>Telephone: (850) 432-2451<br>dlm@beggslane.com<br><br>ALLEN RUBY (*Pro Hac Vice*)<br>Attorney at Law<br>15559 Union Ave. #138<br>Los Gatos, CA 95032<br>Tel: (408) 477-9690<br>allen@allenruby.com |

*Counsel for Intuitive Surgical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed via CM/ECF for electronic distribution to all counsel of record, this 24th day of January 2022.

/s/ Karen Lent
MICHAEL H. MENITOVE (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

*Counsel for Intuitive Surgical, Inc.*