IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Case No. 8:20-cv-02274-VMC-TGW |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Rebotix Repair LLC ("Rebotix") and Defendant Intuitive Surgical, Inc. ("Intuitive," and together with Rebotix, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Motion to extend by one month (i) the February 17, 2022 deadline for the Parties to file Motions in Limine and all other Pretrial Motions; and (ii) the February 28, 2022 deadline for the parties to meet in person to prepare the Joint Final Pretrial Statement.  In support thereof, the Parties state as follows:

1.	On January 14, 2022, the Court entered an Order moving the deadline to submit the Joint Final Pretrial Statement (from March 10, 2022 to April 7, 2022), rescheduling the Pretrial Conference (from March 17, 2022 to April 14, 2022), and moving the trial term for this case (from April 2022 to May 2022) (ECF No. 154).

2.	In light of these changes to the pretrial and trial calendar, the Parties propose extending the deadlines for two additional pretrial events: (i) to file Motions

in Limine and all Other Pretrial Motions, from February 17, 2022 to March 17, 2022; and (ii) to meet in person to prepare the Joint Final Pretrial Statement, from February 28, 2022 to March 28, 2022.

WHEREFORE, the Parties respectfully request entry of an order revising the Scheduling Order as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Motions in Limine and all other Pretrial Motions | 2/17/2022 | 3/17/2022 |
| Meeting in person to prepare the Joint Final Pretrial Statement | 2/28/2022 | 3/28/2022 |

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certify that counsel for the parties conferred prior to filing this motion and that Plaintiff and Defendant both agree to the relief requested herein.

DATED:   January 24, 2022

/s/ Richard Lyon
Richard Lyon
DOVEL & LUNER, LLP

*Attorney for Rebotix Repair LLC*

/s/ Michael Bailey
Michael Bailey
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*Attorney for Defendant Intuitive Surgical, Inc.*