# Exhibit 1

| | |
|---|---|
| **From:** | Alexander Erwig <alexander@dovel.com> |
| **Sent:** | Thursday, January 27, 2022 7:21 PM |
| **To:** | Bailey, Michael S (WAS) |
| **Cc:** | Folger, Michael W (NYC); Dario, Will (NYC) |
| **Subject:** | Re: [Ext] Meet and Confer re: Sealing Order |

Mike,

I can confirm that we are not withholding any relevant information on the issue of communications with the FDA. There are no Rebotix documents related to what was said during Rick's call with the FDA, and nothing concerning the content of the letter that was sent (which we already produced to you).

Best,
Alexander

> On Jan 27, 2022, at 8:22 AM, Bailey, Michael S <Michael.Bailey@skadden.com> wrote:
>
> Alexander – Following up on the below, can you please let us know Rebotix's position on the FDA communications issue? In particular, if Rebotix is withholding any relevant documents on privilege grounds, we would like to know what those are before our motion to strike is due with the Court on 1/31. Thanks, Mike.
> **Michael S. Bailey**
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> 1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
> T: +1.202.371.7000 | F: +1.202.393.5760 | M: +1.202.412.7993
>
> **From:** Alexander Erwig <alexander@dovel.com>
> **Sent:** Friday, January 21, 2022 5:29 PM
> **To:** Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>
> **Cc:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
> **Subject:** [Ext] RE: Meet and Confer re: Sealing Order
> Hi Mike,
> The attached draft looks good to us—thanks for drafting and getting this on file.
> We discussed and will oppose the motion for leave to file a motion to strike. We are still in the process of conferring about the FDA communications issue and expect to have a response on that for you on Monday.
> Best,
> Alexander
>
> **From:** Bailey, Michael S <Michael.Bailey@skadden.com>
> **Sent:** Friday, January 21, 2022 1:59 PM
> **To:** Alexander Erwig <alexander@dovel.com>
> **Cc:** Folger, Michael W <Michael.Folger@skadden.com>; Dario, Will <William.Dario@skadden.com>
> **Subject:** RE: Meet and Confer re: Sealing Order
> Hi Alexander – Just checking in on the joint motion. Thanks.
> **Michael S. Bailey**
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> 1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
> T: +1.202.371.7000 | F: +1.202.393.5760 | M: +1.202.412.7993

1

**From:** Bailey, Michael S (WAS)
**Sent:** Thursday, January 20, 2022 4:30 PM
**To:** 'Alexander Erwig' <alexander@dovel.com>
**Cc:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

Alexander – As discussed, please see attached for a draft of the joint motion. If fine on your end, we will get this on file.

**Michael S. Bailey**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
**T: +1.202.371.7000** | **F: +1.202.393.5760** | **M: +1.202.412.7993**

**From:** Bailey, Michael S (WAS)
**Sent:** Thursday, January 20, 2022 2:40 PM
**To:** 'Alexander Erwig' <alexander@dovel.com>
**Cc:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

Great, thank you. We will send over the joint motion later today and wait for your response on the other two issues we discussed.

**Michael S. Bailey**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
**T: +1.202.371.7000** | **F: +1.202.393.5760** | **M: +1.202.412.7993**

**From:** Alexander Erwig <alexander@dovel.com>
**Sent:** Thursday, January 20, 2022 2:35 PM
**To:** Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>
**Cc:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
**Subject:** [Ext] RE: Meet and Confer re: Sealing Order

Mike,
This was my understanding as well. Thanks for making sure it was clear.
Best,
Alexander

**From:** Bailey, Michael S <Michael.Bailey@skadden.com>
**Sent:** Thursday, January 20, 2022 11:28 AM
**To:** Alexander Erwig <alexander@dovel.com>
**Cc:** Folger, Michael W <Michael.Folger@skadden.com>; Dario, Will <William.Dario@skadden.com>
**Subject:** RE: Meet and Confer re: Sealing Order

Hi Alexander – I wanted to make sure we had the same understanding of what Intuitive's position is on the hearsay issue with respect to the Lyon Declaration. To be clear, we believe the statements ascribed to Dr. Lee in the Lyon Declaration are hearsay. I don't recall exactly how you summarized our position on the call, but to the extent you understood we were taking a categorical position on all FDA statements in the record, that is not the case. Other FDA statements in the record will need to be addressed on a case by case basis. I can jump back on a call if you would like to clarify.
Thanks,
Mike

**Michael S. Bailey**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
**T: +1.202.371.7000** | **F: +1.202.393.5760** | **M: +1.202.412.7993**

**From:** Bailey, Michael S (WAS)
**Sent:** Wednesday, January 19, 2022 7:37 PM
**To:** Alexander Erwig <alexander@dovel.com>
**Cc:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Dario, Will (NYC)

<William.Dario@skadden.com>
**Subject:** Re: [Ext] RE: Meet and Confer re: Sealing Order
Yes, that time works for us. Will, can you circulate a dial in? Talk to you tomorrow.

> On Jan 19, 2022, at 6:30 PM, Alexander Erwig <alexander@dovel.com> wrote:
>
> Mike,
> I can be available to discuss tomorrow or Friday. How about tomorrow at 11:00am PST?
> Best,
> Alexander

**From:** Bailey, Michael S <Michael.Bailey@skadden.com>
**Sent:** Wednesday, January 19, 2022 10:24 AM
**To:** Alexander Erwig <alexander@dovel.com>
**Cc:** Folger, Michael W <Michael.Folger@skadden.com>; Dario, Will <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

Alexander: I am writing to address three issues.
First, we have not heard back from you with respect to the email below and our request for production of documents and a supplemental privilege log. Can you let us know Rebotix's position?
Second, we are planning to file a motion for leave to move to strike the 12/22/22 Lyon Declaration. Can we schedule a call to discuss?
Third, although the Court moved the dates for the final pretrial conference and the trial back one month, it did not move the deadlines for the motions in limine, the in-person meeting to prepare a joint pretrial statement, and the deadline for submitting the final joint pretrial statement. It would seem logical to move those dates back as well. Is Rebotix amenable to filing a joint motion to amend the scheduling order to align these pre-trial events with the final pretrial conference?
Thanks,
Mike

**Michael S. Bailey**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7000 | F: +1.202.393.5760 | M: +1.202.412.7993

**From:** Bailey, Michael S (WAS)
**Sent:** Wednesday, December 29, 2021 3:33 PM
**To:** 'Alexander Erwig' <alexander@dovel.com>
**Cc:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

Alexander:
We are writing with regard to the December 22, 2021 Declaration of Richard Lyon, which Rebotix cites as evidence in support of its motion for partial summary judgment and puts at issue Rebotix's ongoing communications with the FDA regarding its lack of 510(k) clearance. Because Rebotix cites the declaration as support for its claims, and consistent with our email exchange below in which the parties agreed to supplement the record with FDA communications, we ask that Rebotix produce as soon as possible all documents or communications that pertain to the issues described in the declaration, including without limitation the November 16, 2021 letter from Mark Trumbore of FDA, Rebotix's need for additional time to respond to the letter, the data necessary to respond to the letter, and the purported December 10, 2021 conversation between Mr. Lyon and Dr. Anthony Lee of the FDA. To the extent Rebotix seeks to claim privilege over any responsive communications, please produce a supplemental privilege log.

3

We would also like to better understand how Rebotix intends to introduce the facts set forth in the declaration at trial. Are you available for a call early next week to discuss?
Thanks,
Mike

**Michael S. Bailey**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7000 | F: +1.202.393.5760 | M: +1.202.412.7993

**From:** Folger, Michael W (NYC)
**Sent:** Monday, December 6, 2021 11:49 AM
**To:** 'Alexander Erwig' <alexander@dovel.com>
**Cc:** Rick Lyon <rick@dovel.com>; Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

Alexander,
We wanted to confirm there was one communication with the FDA following on the SIS and Larkin motions to stay. I've attached it here and uploaded it to the FTP with the credentials below. The email and its attachments are also included here in PDF form for ease of access.
Site: https://secureftp.skadden.com
Username: sk2020541_reb
Password: mSKb45BW (this is case sensitive)
The password for the document is tJK9F<Z=^C;:;8Jk.
Thanks,
Mike

**From:** Alexander Erwig <alexander@dovel.com>
**Sent:** Tuesday, November 30, 2021 2:08 PM
**To:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>
**Cc:** Rick Lyon <rick@dovel.com>; Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

Hi Mike,
I wanted to follow up on the additional communications between Intuitive and the FDA. Can you confirm that there are no additional communications that have not been produced to us?
Thanks,
Alexander

**From:** Alexander Erwig
**Sent:** Tuesday, November 23, 2021 10:19 AM
**To:** 'Folger, Michael W' <Michael.Folger@skadden.com>
**Cc:** Rick Lyon <rick@dovel.com>; Bailey, Michael S <Michael.Bailey@skadden.com>; Dario, Will <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

Mike,
We can confirm that we've produced all communications between the FDA and Rebotix. We've produced the letter to Restore.
Relatedly, we wanted to check and confirm that there are no additional communications between Intuitive and the FDA related to Rebotix that have not been produced to us.
Best,
Alexander

**From:** Folger, Michael W <Michael.Folger@skadden.com>
**Sent:** Tuesday, November 23, 2021 9:56 AM

4

**To:** Alexander Erwig <alexander@dovel.com>
**Cc:** Rick Lyon <rick@dovel.com>; Bailey, Michael S <Michael.Bailey@skadden.com>; Dario, Will <William.Dario@skadden.com>
**Subject:** RE: [Ext] RE: Meet and Confer re: Sealing Order

One other item that I wanted to flag for this afternoon.

Following up on the FDA letter cited in Rebotix's MSJ, we wanted to confirm that there are not any other communications between the FDA and Rebotix that have not been produced and also confirm that all future FDA communications will be produced as well. Since these communications inform arguments in both Intuitive's and Rebotix's motions for summary judgment and are responsive to discovery requests, we think it's critical to make sure the record here is complete. Relatedly, could you please confirm whether that the letter was produced to Restore in response to the subpoenas that Intuitive and Restore served on Rebotix in that litigation?

Thanks, and talk soon,
Mike

**From:** Folger, Michael W (NYC)
**Sent:** Monday, November 22, 2021 8:35 PM
**To:** Alexander Erwig <alexander@dovel.com>
**Cc:** Rick Lyon <rick@dovel.com>; Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
**Subject:** Re: [Ext] RE: Meet and Confer re: Sealing Order

Yes, those times work. Let's say 11:30? I'll adjust the invite.

> On Nov 22, 2021, at 7:34 PM, Alexander Erwig <alexander@dovel.com> wrote:
>
> Apologies—can we push to 11:30 or 10:30? Thanks.
>
> **From:** Folger, Michael W <Michael.Folger@skadden.com>
> **Sent:** Monday, November 22, 2021 2:36 PM
> **To:** Alexander Erwig <alexander@dovel.com>; Rick Lyon <rick@dovel.com>
> **Cc:** Bailey, Michael S <Michael.Bailey@skadden.com>; Dario, Will <William.Dario@skadden.com>
> **Subject:** RE: Meet and Confer re: Sealing Order
>
> Yes, we can do that time. I can send a meeting invite unless you'd prefer?
>
> **From:** Alexander Erwig <alexander@dovel.com>
> **Sent:** Monday, November 22, 2021 5:29 PM
> **To:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Rick Lyon <rick@dovel.com>
> **Cc:** Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>; Dario, Will (NYC) <William.Dario@skadden.com>
> **Subject:** [Ext] RE: Meet and Confer re: Sealing Order
>
> Hi Mike,
> I can be available for a call sometime tomorrow. How about 11:00 am PST/2:00 EST?
> Best,
> Alexander
>
> **From:** Folger, Michael W <Michael.Folger@skadden.com>
> **Sent:** Monday, November 22, 2021 12:28 PM
> **To:** Rick Lyon <rick@dovel.com>; Alexander Erwig

5

<alexander@dovel.com>
**Cc:** Bailey, Michael S <Michael.Bailey@skadden.com>; Dario, Will <William.Dario@skadden.com>
**Subject:** Meet and Confer re: Sealing Order

Hi both,

We thought it would make sense to meet and confer regarding the Court's sealing order and the required that final, redacted versions of motions and documents by filed by December 1. We're working with our client on what we think should remain under seal, but given the timing, we thought it would be good to fit in a conversation about procedure and logistics before the Thanksgiving holiday. Is there a time on Tuesday that would work for you both? I could also do most times on Wednesday, though I'd prefer to fit it in slightly earlier in the day, if possible, to allow for a bit of travel time before the holiday.

Thanks,
Mike

**Michael Folger**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | New York | 10001-8602
T: +1.212.735.2157

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================
===

--------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================
===

--------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================

--------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================

--------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================