IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBOTIX REPAIR LLC,

      Plaintiff,

v.

INTUITIVE SURGICAL, INC.,

      Defendant.

CASE NO.: 8:20-cv-02274

**DEFENDANT INTUITIVE SURGICAL, INC.'S MOTION FOR ADMISSION *PRO HAC VICE*, WRITTEN DESIGNATION AND CONSENT TO ACT FOR ANDREW D. LAZEROW**

Defendant Intuitive Surgical, Inc. ("Intuitive"), by and through undersigned counsel, and pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, moves this Court for an order allowing Andrew D. Lazerow to appear in this Court as co-counsel on behalf of Intuitive in the above-styled lawsuit, and in support thereof states as follows:

    1.    Mr. Lazerow, a partner with Covington & Burling LLP in Washington, D.C., has been retained to represent Intuitive as counsel in all proceedings conducted in this cause.

    2.    Mr. Lazerow is a member of good standing of the United States Court of Appeals for the First and Third Circuits, the United States District Court for the District of Columbia, and is admitted to practice before the Bars of the District of Columbia (Bar No. 463431) and Maryland (which does not use bar numbers).

3. Mr. Lazerow has no disciplinary or suspension proceeding against him in any Court of the United States or any State, Territory, or Possession of the United States; is not a resident of the State of Florida; is not a member in good standing of The Florida Bar; and does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Nor has Mr. Lazerow appeared in either state or federal court in Florida in the last thirty-six months. (*See* Mr. Lazerow's Special Admission Attorney Certification, dated March 14, 2022, attached hereto as **Exhibit A**.)

4. Mr. Lazerow is familiar with, and will be governed by, the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.04 in particular, and is also familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements now governing the professional behavior of members of The Florida Bar.

5. Mr. Lazerow designates David L. McGee and the law firm of Beggs & Lane, RLLP, 501 Commendencia Street, Pensacola, Florida 32502, as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6. Through his signature affixed below, David L. McGee, of the law firm of Beggs & Lane, RLLP, consents to such designation.

7. Pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, David L. McGee certifies that Mr. Lazerow has

complied with the fee and e-mail registration requirements of Rule 2.01(c)(5) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant Intuitive Surgical, Inc., respectfully requests that this Court enter an order admitting Andrew D. Lazerow to practice before this Court *pro hac vice*.

DATED:  March 15, 2022

                                                  Respectfully submitted,

                                                  *s/ David L. McGee*
                                                  DAVID L. MCGEE
                                                  FLA. BAR NO. 220000
                                                  DLM@BEGGSLANE.COM
                                                  501 COMMENDENCIA STREET
                                                  PENSACOLA, FL 32502
                                                  TELEPHONE: (850) 432-2451
                                                  *Attorneys for Defendant, Intuitive Surgical, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that I filed the above and foregoing, this 15th day of March, 2022, through the CM/ECF Filing system, which will electronically serve a copy on the following counsel of record:

Alexander Erwig
Gregory Scott Dovel
Richard Lyon
Dovel & Luner
201 Santa Monica Blvd., Suite 600
Los Angeles, CA  90401
Attorneys for Rebotix Repair LLC

David L. Luikart, III
Hill Ward Henderson
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL  33602
Attorney for Rebotix Repair LLC

Allen Ruby
15559 Union Ave. #138
Los Gatos, CA
Attorney for Intuitive Surgical, Inc.

Karen Hoffman Lent
Jordan A. Feirman
Michael William Folger
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY  10001
Attorneys for Intuitive Surgical, Inc.

Lance A. Etcheverry
Skadden Arps Slate Meagher & Flom LLP
525 University Ave., Suite 1400
Palo Alto, CA  94301
Attorney for Intuitive Surgical, Inc.

Michael S. Bailey
Douglas J. DeBaugh
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC  20005
Attorneys for Intuitive Surgical, Inc.

Michael H. Menitove
Skadden Arps Slate Meagher & Flom LLP
Suite 42-410
4 Times Square
New York, NY  10036
Attorney for Intuitive Surgical, Inc.

/s/ David L. McGee
DAVID L. MCGEE
FL BAR NO. 220000
DLM@BEGGSLANE.COM
501 COMMENDENCIA STREET
PENSACOLA, FL 32502
TELEPHONE: (850) 432-2451
*Attorneys for Defendant, Intuitive Surgical, Inc.*