**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REBOTIX REPAIR LLC,

            Plaintiff,

                                          CASE NO.: 8:20-cv-02274

v.

INTUITIVE SURGICAL, INC.,

            Defendant.

**DEFENDANT INTUITIVE SURGICAL, INC.'S**
**MOTION FOR ADMISSION *PRO HAC VICE*,**
**WRITTEN DESIGNATION AND CONSENT TO ACT FOR SONYA D. WINNER**

Defendant Intuitive Surgical, Inc. ("Intuitive"), by and through undersigned counsel, and pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, moves this Court for an order allowing Sonya D. Winner to appear in this Court as co-counsel on behalf of Intuitive in the above-styled lawsuit, and in support thereof states as follows:

1.      Ms. Winner, a partner with Covington & Burling LLP in San Francisco, CA, has been retained to represent Intuitive as counsel in all proceedings conducted in this cause.

2.      Ms. Winner is a member in good standing of the bars of the United States Supreme Court; United States Courts of Appeal for the First, Third, Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh, Federal, and District of Columbia Circuits; the Central District of California; the Eastern District of California; the Northern District of California; the Southern District of California; and the District of Columbia, and is also admitted to

practice before the Bars of California and the District of Columbia, Bar Nos. 200348 and 376302, respectively.

3.      Ms. Winner has no disciplinary or suspension proceeding against her in any Court of the United States or any State, Territory, or Possession of the United States; is not a resident of the State of Florida; is not a member in good standing of The Florida Bar; and does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.  (*See* Ms. Winner's Special Admission Attorney Certification, dated March 14, 2022, attached hereto as **Exhibit A**.)

4.      On November 24, 2009, Ms. Winner was granted permission for a limited appearance in the United States District Court for the Southern District of Florida in a matter that is still pending before the court.  *See* Order Granting Motion for Limited Appearance of and Electronic Filing Privileges for Defendants' Out-of-State Attorneys, *In re Checking Acct. Overdraft Litig.*, No. 1:09-md-02036-JLK (S.D. Fla. Nov. 24, 2009), ECF No. 166.  Additionally, on November 5, 2019, Ms. Winner entered an appearance in the United States Court of Appeals for the Eleventh Circuit in an appeal that arose out of the Southern District of Florida.  *See* Appearance of Counsel Form, *Garcia v. Wells Fargo Bank N.A.*, No. 19-14097 (11th Cir. Nov. 5, 2019).  Aside from those two actions, Ms. Winner has not appeared in any other case in state or federal court in Florida within the last thirty-six months.

5.      Ms. Winner is familiar with, and will be governed by, the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.04 in particular, and is also familiar with

and governed by the Code of Professional Responsibility and other ethical limitations or requirements now governing the professional behavior of members of The Florida Bar.

6.      Ms. Winner designates David L. McGee and the law firm of Beggs & Lane, RLLP, 501 Commendencia Street, Pensacola, Florida 32502, as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

7.      Through his signature affixed below, David L. McGee, of the law firm of Beggs & Lane, RLLP, consents to such designation.

8.      Pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, David L. McGee certifies that Ms. Winner has complied with the fee and e-mail registration requirements of Rule 2.01(c)(5) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant Intuitive Surgical, Inc., respectfully requests that this Court enter an order admitting Sonya D. Winner to practice before this Court *pro hac vice*.

DATED:   March 15, 2022

Respectfully submitted,

*s/ David L. McGee*
DAVID L. MCGEE
FL BAR NO. 220000
DLM@BEGGSLANE.COM
501 COMMENDENCIA STREET
PENSACOLA, FL 32502
TELEPHONE: (850) 432-2451
*Attorneys for Defendant, Intuitive Surgical, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the above and foregoing, this 15th day of March, 2022, through the CM/ECF Filing system, which will electronically serve a copy on the following counsel of record:

Alexander Erwig
Gregory Scott Dovel
Richard Lyon
Dovel & Luner
201 Santa Monica Blvd., Suite 600
Los Angeles, CA  90401
Attorneys for Rebotix Repair LLC

David L. Luikart, III
Hill Ward Henderson
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL  33602
Attorney for Rebotix Repair LLC

Allen Ruby
15559 Union Ave. #138
Los Gatos, CA
Attorney for Intuitive Surgical, Inc.

Karen Hoffman Lent
Jordan A. Feirman
Michael William Folger
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY  10001
Attorneys for Intuitive Surgical, Inc.

Lance A. Etcheverry
Skadden Arps Slate Meagher & Flom LLP
525 University Ave., Suite 1400
Palo Alto, CA  94301
Attorney for Intuitive Surgical, Inc.

Michael S. Bailey
Douglas J. DeBaugh
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC  20005
Attorneys for Intuitive Surgical, Inc.

Michael H. Menitove
Skadden Arps Slate Meagher & Flom LLP
Suite 42-410
4 Times Square
New York, NY  10036
Attorney for Intuitive Surgical, Inc.

/s/ David L. McGee
DAVID L. MCGEE
FL BAR NO. 220000
DLM@BEGGSLANE.COM
501 COMMENDENCIA STREET
PENSACOLA, FL 32502
TELEPHONE: (850) 432-2451
*Attorneys for Defendant, Intuitive Surgical, Inc.*