IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBOTIX REPAIR LLC,

        Plaintiff,

vs.

        Case No.:  8:20-cv-02274

INTUITIVE SURGICAL, INC.,

        Defendant.

**Notice of FDA decision**

Rebotix submits this notice to the Court to advise the Court of the FDA's recent communications with Rebotix.

On April 8, 2022, the FDA had a teleconference with Rebotix to discuss Rebotix's activities and sent Rebotix an email setting out its position. The email is attached as Exhibit A. The FDA informed Rebotix that it currently believes that Rebotix's activities constitute remanufacturing. The FDA also mentioned on the call that it was preparing new guidelines to clarify the "murky" line between remanufacturing and repairs.

The FDA explained that Rebotix's options are to pursue FDA clearance or to provide objections so that the FDA can further consider the issue as it develops the new guidelines on remanufacturing.

Rebotix has not yet determined which of these options it intends to pursue, but it will keep the Court informed of its decision.

Date: April 11, 2022            Respectfully submitted,

                                /s/ *Alexander Erwig*
                                Alexander Erwig
                                California Bar No. 334151 (*pro hac vice*)
                                alexander@dovel.com
                                DOVEL & LUNER, LLP
                                201 Santa Monica Blvd., Suite 600
                                Santa Monica, California 90401
                                Telephone: (310) 656-7066
                                COUNSEL FOR PLAINTIFF
                                REBOTIX REPAIR LLC