# Exhibit A

| | |
|---|---|
| **From:** | Chris G <chris@rebotixrepair.com> |
| **Sent:** | Thursday, April 28, 2022 10:35 AM |
| **To:** | Lee, Anthony; Bittleman, Katelyn |
| **Cc:** | Rick Lyon; Glenn P |
| **Subject:** | RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126 |

Dear Dr. Lee,
Friday May 6th, at 10 am EDT is perfect for us.  Please send us the zoom call invite.  Thank you.


Sincerely,

# Chris Gibson
Chief Operations Officer



539 Pasadena Avenue South
St. Petersburg, FL 33707
P: (727) 345-6362
F: (727) 343-4637
C: (813) 245-3974
www.rebotixrepair.com

---

**From:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Sent:** Thursday, April 28, 2022 12:58 PM
**To:** Chris G <chris@rebotixrepair.com>; Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Cc:** Rick Lyon <rick@dovel.com>; Glenn P <glennpapit@rebotixrepair.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Dear Mr. Gibson,
May 2 and 3 conflict with our schedules.  I would like to propose any of the following alternatives:

Thursday May 5: 11AM or 3PM EDT
Friday May 6: 10AM EDT

If none of these times work, please let me know.

Thank you,
Anthony

# Anthony Lee, PhD, MBA
*Team Lead*

1

REBOTIX175700

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**



   

Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

**From:** Chris G <chris@rebotixrepair.com>
**Sent:** Monday, April 25, 2022 12:36 PM
**To:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>; Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Cc:** Rick Lyon <rick@dovel.com>; Glenn P <glennpapit@rebotixrepair.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Dr. Lee & Dr. Bittleman.

We are a 3rd. party service provider consistent with the FDA's definition, and all of our repair business aligns with such. We service instruments in continuous hospital ownership and do not affect the effectiveness or the intended use of these instruments.

During our Zoom call you mentioned that our service was a "complicated" and "murky area" for FDA oversight, yet we have been more than open about our service process. On Feb. 28, 2020 the FDA reached out to us regarding our process. We immediately cooperated by providing all requested information via a succession of informative emails. We provided ample evidence of proper due diligence (formal risk management and design under 13485; service process performed under 9001; hospital/customer due diligence), and that our process returns the instrument to its safe operating condition.

In June of 2019 Dr. Bittleman visited our booth at the AAMI show in Cleveland at which time she was able to examine all aspects of our repair process, and ask any pertinent questions. She expressed no safety or other issues that would concern the FDA during that meeting.

Since the FDA's original contact we heard nothing back from the FDA for a year and nine months, which from our understanding, would indicate that the FDA was satisfied with our responses and the matter was closed. Despite the fact there has been no change in our process, or any known safety issues or customer complaints, on Nov. 16, 2021 we received an overnight delivery indicating the FDA was reopening the investigation. Then on April 8, 2022 we were advised of the FDA's determination that our process constituted remanufacturing.

If, as being suggested, there is an actual issue of patient safety, why has the FDA waited two and a half years to seek correction? By taking this action the FDA is effectively shuttering a small business that is positively affecting the costs of surgery budgets across the country. The question is why?

Following our Zoom call we requested follow up discussion. The FDA declined, choosing instead to direct us to a Q-submission. Our understanding is that our only alternative at this point is to initiate a formal review/appeal with the FDA. We respectfully request to discuss this matter again. Please respond and advise if you are available for a meeting or call next Monday May 2nd, or Tuesday May 3rd. Thank you.

Sincerely,

**Chris Gibson**
Chief Operations Officer



539 Pasadena Avenue South
St. Petersburg, FL 33707
P: (727) 345-6362
F: (727) 343-4637
C: (813) 245-3974

www.rebotixrepair.com

---

**From:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Sent:** Friday, April 22, 2022 12:09 PM
**To:** Chris G <chris@rebotixrepair.com>
**Cc:** Rick Lyon <rick@dovel.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Dear Mr. Gibson,
We would like to have a brief phone call to discuss the timeline and next steps.  Proposed times are (all Eastern time):
4/25 at 2PM or 2:30PM
4/26 at 1:30PM or 2:30PM

If none of these times work, please let me know.

Thanks,

**Anthony Lee, PhD, MBA**
*Team Lead*

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**

REBOTIX175702



   

Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

**From:** Lee, Anthony
**Sent:** Tuesday, April 19, 2022 4:09 PM
**To:** Chris G <chris@rebotixrepair.com>
**Cc:** Rick Lyon <rick@dovel.com>; Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Dear Mr. Gibson,
Management has requested that you submit a Q-submission as previously described.  This will allow your company to have a full documentation of items that were reviewed along with an official FDA written response, teleconference (if desired), and meeting minutes (if applicable).  Please let me know if you have any questions about the process.

Thank you,
Anthony Lee

**Anthony Lee, PhD, MBA**
*Team Lead*

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**



   

Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are*

hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.

**From:** Chris G <chris@rebotixrepair.com>
**Sent:** Friday, April 15, 2022 3:13 PM
**To:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Cc:** Rick Lyon <rick@dovel.com>; Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Subject:** Re: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dr. Lee,
Thank you for the quick response, we would very much appreciate a meeting the week of 4/25. Thank you.

Sincerely,

Chris Gibson

> On Apr 15, 2022, at 2:55 PM, Lee, Anthony <Anthony.Lee1@fda.hhs.gov> wrote:
>
> Sending a quick followup. I'm checking with management to see if we can fast-track a meeting with your proposed week. If that won't work, then the previously-mentioned Q-submission will be the proper approach. I'll send another followup on Monday to confirm.
>
> Thanks,
> Anthony
>
> **Anthony Lee, PhD, MBA**
> *Team Lead*
>
> **Robotic Assisted Surgery Devices Team**
> **Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
> **Office of Product Evaluation and Quality | Center for Devices and Radiological Health**
>
> 
>
> 
>
> Office: (240) 402-5935
> E-mail: Anthony.Lee1@fda.hhs.gov
>
> Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E
>
> *THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

**From:** Lee, Anthony
**Sent:** Friday, April 15, 2022 10:34 AM
**To:** Chris G <chris@rebotixrepair.com>; Rick Lyon <rick@dovel.com>
**Cc:** Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Mr. Gibson,

Thank you for following up.  I was on leave until yesterday and have been catching up with my messages.  We are open to additional discussion, however this should occur through the formal Q-submission process.  With your submission, you can provide information for the FDA team to review along with any questions in which you would like a formal response.

If you wish to proceed with a Q-submission, please confirm and we will stand by for your submission.  Due to the ongoing pandemic, FDA is not currently open to in-person meetings, however teleconferences are still acceptable.

Thanks,
Anthony

**Anthony Lee, PhD, MBA**
*Team Lead*

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**





Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

**From:** Chris G <chris@rebotixrepair.com>
**Sent:** Friday, April 15, 2022 9:16 AM
**To:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>; Rick Lyon <rick@dovel.com>
**Cc:** Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Subject:** Re: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

REBOTIX175705

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dr. Lee and Dr. Bittleman,

We are requesting confirmation that you have received our email dated 4/11 and that we have requested an in-person meeting for the week of 4/25. Please confirm, thank you.

Sincerely,

Chris Gibson

> On Apr 11, 2022, at 11:14 AM, Chris G <chris@rebotixrepair.com> wrote:
>
> Dear Dr. Lee and Dr. Bittleman,
>
> Thank you for your time and consideration.  We appreciate your acknowledgment on the call that whether a process constitutes remanufacturing is a "murky area" under the current FDA guidelines and that new guidelines are forthcoming.  We also appreciate your explanation of our options going forward: whether to pursue FDA clearance (e.g., a 510(k)) or to provide Objections to your decision so that the FDA can further consider the issue as it works to finalize its guidelines.  To this end we wish to request an in person meeting at your offices to begin the collaborative assistance you offered on our zoom call.  Please let us know if you have availability the week of April 25th.
>
> Best regards,
>
> Chris Gibson
>
> > **From:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
> > **Sent:** Friday, April 8, 2022 2:28 PM
> > **To:** Rick Lyon <rick@dovel.com>; Chris G <chris@rebotixrepair.com>
> > **Cc:** Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
> > **Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126
> >
> > Dear Rick and Chris,
> > Thank you for your time earlier today.  As mentioned during our call, the Agency believes that the activities of Rebotix constitute remanufacturing and would require FDA review and clearance (e.g. 510(k) / de Novo).  We therefore request that Rebotix stop engaging in the current activities until an application is reviewed and cleared/granted.
> >
> > The instruments in question no longer maintain the same safety and effectiveness profile as cleared with the original manufacturer's own submission.  During premarket review, FDA reviews test data to the labeled number of reuse cycles.  This includes, but is not limited to, items such as electrical safety, reprocessing, software, and general performance testing.  By extending the number of uses and modifying the instrument with a new chip, the prior information is no longer valid and requires additional review to the new labeled usage limit in order to establish safety and effectiveness.  This is therefore different than returning the device to its original condition.

REBOTIX175706

Please let us know if you have any further questions and what your intentions are for next steps.

Thank you again,
Anthony

**Anthony Lee, PhD, MBA**
*Team Lead*

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**



   

Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:
https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

---

**From:** Rick Lyon <rick@dovel.com>
**Sent:** Wednesday, April 6, 2022 1:13 PM
**To:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Cc:** Chris G <chris@rebotixrepair.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Anthony. 1 PM ET works for us. What is the best number to reach you? Or if you prefer, I can send call-in information.

Thanks,
Rick

---

**From:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Sent:** Wednesday, April 06, 2022 5:58 AM
**To:** Rick Lyon <rick@dovel.com>

REBOTIX175707

**Cc:** Chris G <chris@rebotixrepair.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Dear Rick,
A decision has been made regarding CPT2000126 and Rebotix Repair.  We would like to request a short teleconference.  Are you and someone from Rebotix available to discuss this Friday at 1PM ET?

Thanks,
Anthony

**Anthony Lee, PhD, MBA**
*Team Lead*

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**





Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:
https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

**From:** Lee, Anthony
**Sent:** Monday, December 13, 2021 10:56 AM
**To:** Rick Lyon <rick@dovel.com>
**Cc:** Chris G <chris@rebotixrepair.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Good morning Rick,
We have discussed your request internally, and we are ok with extending the response by an additional 30 days.  We look forward to hearing back from you in January.

Regards,
Anthony

REBOTIX175708

**Anthony Lee, PhD, MBA**
*Team Lead*

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**





Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:
https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

---

**From:** Rick Lyon <rick@dovel.com>
**Sent:** Friday, December 10, 2021 11:51 AM
**To:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Cc:** Chris G <chris@rebotixrepair.com>
**Subject:** [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Dr. Lee,

Thank you for taking the time to speak with me. Following up on our conversation, would it be possible to extend the deadline for our submission of the information you requested by 30 days? This would make the information due January 15, 2022, instead of next Thursday (December 16, 2021).

Best regards,
Rick Lyon
310-656-7066
Counsel for Rebotix Repair LLC

REBOTIX175709