# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REBOTIX REPAIR LLC,

    Plaintiff,

vs.

Case No.: 8:20-cv-02274

INTUITIVE SURGICAL, INC.,

    Defendant.

## UNOPPOSED MOTION TO WITHDRAW
## AS COUNSEL FOR INTUITIVE SURGICAL, INC.

Intuitive Surgical, Inc. ("Intuitive"), pursuant to M.D. Fla. L.R. 2.02(c)(1), hereby moves for entry of an order permitting attorney Michael S. Bailey of the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") to withdraw as co-counsel of record for Intuitive in this action and, in support thereof, states:

    1.    On October 22, 2020, attorney David L. McGee of Beggs & Lane RLLP appeared in this action on behalf of Intuitive.

    2.    At various points in this litigation, the Court has granted Intuitive's motions for admission *pro hac vice* for attorneys to represent it in this action, including Allen Ruby, Karen Hoffman Lent and Michael Menitove of Skadden, and Sonya Winner and Andrew Lazerow of Covington & Burling LLP ("Covington").

3. On June 8, 2022, Intuitive was notified that Mr. Bailey intends to withdraw as co-counsel for Intuitive in this action. Intuitive has consented to Mr. Bailey's withdrawal.

4. After Mr. Bailey's withdrawal, Intuitive will continue to be represented in this action by Mr. Ruby, Mr. McGee, Ms. Lent and Mr. Menitove of Skadden, and Ms. Winner and Mr. Lazerow of Covington, as well as other counsel of record.

WHEREFORE, Intuitive respectfully requests that the Court enter an order granting withdrawal of Mr. Bailey, and for such other further relief that this Court deems just and necessary.

## LOCAL RULE 2.02(c) CERTIFICATION

The undersigned certifies that Intuitive was notified and has consented to his withdrawal as co-counsel for Intuitive in this litigation.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that he conferred by telephone with Rebotix's counsel regarding this motion on June 16, 2022, and Rebotix does not oppose the relief requested herein.

Dated: June 17, 2022                    Respectfully submitted,

                                            /s/ Michael S. Bailey
MICHAEL S. BAILEY (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
michael.bailey@skadden.com

*Counsel for Intuitive Surgical, Inc.*