IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>        Defendant. | Case No.: 8:20-cv-02274 |

## Notice re clarification by the FDA

Plaintiff Rebotix Repair files this notice to update the Court on its ongoing interactions with the FDA, and to alert the Court of clarifying statements made by the FDA.

Rebotix previously told the Court that "Dr. Anthony Lee of the Food and Drug Administration (FDA) informed Rebotix of FDA's decision that 'the Agency believes the activities of Rebotix constitute remanufacturing and would require FDA review and clearance.'" Dkt 176 (quoting Dr. Lee's April 8, 2022, email).

Dr. Lee has now clarified this statement. He acknowledged that he "used the term 'decision' in a manner that may have incorrectly implied that FDA had made an official regulatory determination related to Rebotix." Exhibit A (July 22, 2022 email from Dr. Lee to Rebotix). He clarified that the "FDA has not conducted an official regulatory evaluation" but instead has only "conducted a preliminary **informal assessment**." *Id.* (emphasis by Dr. Lee). Dr. Lee also made clear that his

1

informal assessment does "not represent the formal position of FDA" and does "not bind or otherwise obligate or commit the agency to the views expressed." *Id*. He further explained that, because the FDA has not made a regulatory determination, "there is nothing for Rebotix to appeal." *Id*.

Although the FDA has not made a regulatory determination on whether or not Rebotix's activities require 510(k) clearance—and Rebotix and its expert maintain that it does not—Rebotix is nonetheless proceeding with plans to submit a 510(k) application to provide Rebotix with maximum business flexibility going forward.[1]

In the interim and for the reasons previously set forth by Rebotix, Rebotix continues to maintain that the Court can and should resolve summary judgment based on the current record. *See* Dkt 176 at 2-3.

Rebotix also notes that the FDA's recent clarification confirms that Judge Wetherell's understanding of Dr. Lee's original email was correct: "a request from an agency employee is presumably not the same thing as a formal warning letter or other enforcement action from the agency itself … and the Court is not persuaded that it reflects a definitive final resolution of that issue by the FDA." Dkt 177-1 (Judge Wetherell's Order denying Intuitive Surgical's Motion for Reconsideration of Judge Wetherell's denial of summary judgment in *Restore* case).

---

[1] For example, if Rebotix chooses to change its business model and manufacture and sell EndoWrists in the future, a 510(k) could be a valuable asset.

Date: July 25, 2022                    Respectfully submitted,

             */s/ Richard Lyon*
             Richard Lyon
             California Bar No. 229288 (*pro hac vice*)
             rick@dovel.com
             DOVEL & LUNER, LLP
             201 Santa Monica Blvd., Suite 600
             Santa Monica, California 90401
             Telephone: (310) 656-7066

             COUNSEL FOR PLAINTIFF
             REBOTIX REPAIR LLC