IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>        Defendant/Counterclaim Plaintiff. | Case No.: 8:20-cv-02274 |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09, Plaintiff and Counterclaim Defendant Rebotix Repair LLC and Defendant and Counterclaim Plaintiff Intuitive Surgical, Inc. (collectively, "the Parties") file this Notice of Settlement. All matters in controversy between the Parties in this case have been settled in principle and have been memorialized in a binding term sheet, with a long form settlement agreement to follow within 30 days.

Date: 10/12/2022                                        Respectfully submitted,

| | |
|---|---|
| */s/ Karen Lent* | */s/ Richard Lyon* |

KAREN HOFFMAN LENT
(*Pro Hac Vice*)
MICHAEL H. MENITOVE
(*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

ALLEN RUBY
(*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

SONYA D. WINNER
(*Pro Hac Vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
swinner@cov.com

ANDREW D. LAZEROW
(*Pro Hac Vice*)

Richard Lyon
California Bar No. 229288 (*pro hac vice*)
rick@dovel.com
Gregory S. Dovel
California Bar No. 135387 (*pro hac vice*)
greg@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
David L. Luikart III
Florida Bar No.: 21079
dave.luikart@hwhlaw.com
HILL WARD & HENDERSON, P.A.
101 East Kennedy Blvd.
Tampa, Florida 33602
Telephone: (813) 227-8419
Facsimile: (813) 221-2900


ATTORNEYS FOR
REBOTIX REPAIR LLC

COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
alazerow@cov.com


ATTORNEYS FOR
INTUITIVE SURGICAL, INC.