IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| REBOTIX REPAIR LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Case No.: 8:20-cv-02274 |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims and counterclaims asserted in this action against all parties are dismissed with prejudice. The parties further stipulate that all attorneys' fees, costs of court, and expenses relating to the claims and counterclaims asserted in this action will be borne by the party incurring same.

| | |
|---|---|
| Date: 11/10/2022 | Respectfully submitted, |
| /s/ Karen Lent | /s/ Richard Lyon |
| KAREN HOFFMAN LENT (*Pro Hac Vice*) MICHAEL H. MENITOVE (*Pro Hac Vice*) SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP One Manhattan West New York, NY 10001 Tel: (212) 735-3000 karen.lent@skadden.com michael.menitove@skadden.com | Richard Lyon California Bar No. 229288 (*pro hac vice*) rick@dovel.com Gregory S. Dovel California Bar No. 135387 (*pro hac vice*) greg@dovel.com DOVEL & LUNER, LLP 201 Santa Monica Blvd., Suite 600 Santa Monica, California 90401 Telephone: (310) 656-7066 Facsimile: (310) 656-7069 David L. Luikart III Florida Bar No.: 21079 dave.luikart@hwhlaw.com HILL WARD & HENDERSON, P.A. 101 East Kennedy Blvd. Tampa, Florida 33602 Telephone: (813) 227-8419 Facsimile: (813) 221-2900 |
| ALLEN RUBY (*Pro Hac Vice*) Attorney at Law 15559 Union Ave. #138 Los Gatos, CA 95032 Tel: (408) 477-9690 allen@allenruby.com | |
| DAVID L. McGEE Fla. Bar No. 220000 BEGGS & LANE, RLLP 501 Commendencia Street Pensacola, FL 32502 Telephone: (850) 432-2451 dlm@beggslane.com | ATTORNEYS FOR REBOTIX REPAIR LLC |
| SONYA D. WINNER (*Pro Hac Vice*) COVINGTON & BURLING LLP Salesforce Tower 415 Mission Street, Suite 5400 San Francisco, CA 94105 swinner@cov.com | |
| ANDREW D. LAZEROW | |

(*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
alazerow@cov.com


ATTORNEYS FOR
INTUITIVE SURGICAL, INC.